# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: fharrigan | Date Created: 11/12/2009 |
| Case: 8–09–78585–ast | Form ID: 272 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty     C. Nathan Dee     ndee@cullenanddykman.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Global Container Lines Limited     100 Quentin Roosevelt Boulevard     Garden City, NY 11530
smg     Diana Adams     Office of the United States Trustee     Long Island Federal Courthouse     560 Federal Plaza     Central Islip, NY 11722–4437

TOTAL: 2