# EXHIBIT "A"

# "PROPOSED ORDER"

CULLEN AND DYKMAN, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516)357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CND 9703)
Bonnie L. Pollack, Esq. (BP 3711)

Attorneys for Global Container Lines Ltd., et al.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD.,                        Case No. 09-78585

        Debtor.

-----------------------------------------------------------------x
In re:                                              Chapter 11

SHIPTRADE, INC.,                                    Case No. 09-78584

        Debtor.

-----------------------------------------------------------------x
In re:                                              Chapter 11

GCL SHIPPING CORP.,                                 Case Nos. 09-78589

        Debtor.

-----------------------------------------------------------------x
In re:                                              Chapter 11

REDSTONE SHIPPING CORP.,                            Case No. 09-78586

        Debtor.

-----------------------------------------------------------------x
In re:                                              Chapter 11

GILMORE SHIPPING CORP.,                             Case No. 09-78587

        Debtor.

-----------------------------------------------------------------x

1

---------------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL PROGRESS LLC,                            Case No. 09-78588

              Debtor.
---------------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL PROSPERITY LLC,                          Case No. 09-78590

              Debtor.
---------------------------------------------------------------x

**ORDER AUTHORIZING JOINT ADMINISTRATION
PURSUANT TO BANKRUPTCY RULE 1015(b)**

Upon the annexed joint application of Global Container Lines, Ltd. ("Global"), Shiptrade, Inc. ("Shiptrade"), GCL Shipping Corp. ("GCL"), Redstone Shipping Corp. ("Redstone"), Gilmore Shipping Corp. ("Gilmore"), Global Progress LLC ("Progress") and Global Prosperity LLC ("Prosperity"; collectively, the "Debtors"), debtors and debtors-in-possession, for an order of joint administration of the above Chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and due deliberation having been had; and sufficient cause appearing to me therefor; it is hereby

ORDERED, that the Debtors' Chapter 11 cases be, and they hereby are, consolidated for purposes of administration only, pursuant to Bankruptcy Rule 1015(b); and it is further

ORDERED, that the caption for such cases as consolidated under the terms hereof shall read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                Case Nos. 09-78584 through
                                                              09-78590

                    Debtors.                        Jointly Administered
-----------------------------------------------------------------x

; and it is further

ORDERED, that entries shall be made by the Clerk of the Court on the original dockets of each of the Debtors' cases substantially as follows:

> Orders dated November __, 2009 have been entered in the cases of Global Container Lines, Ltd. ("Global"), Shiptrade, Inc. ("Shiptrade"), GCL Shipping Corp. ("GCL"), Redstone Shipping Corp. ("Redstone"), Gilmore Shipping Corp. ("Gilmore"), Global Progress LLC ("Progress") and Global Prosperity LLC ("Prosperity"; collectively, the "Debtors"), consolidating such cases for procedural purposes only and providing for the joint administration of the Debtors' cases. All docket entries are to be maintained on the docket of Global Container Lines Ltd., Case No. 09-78585; and it is further

ORDERED, that the Debtors be, and they hereby are, authorized, through not required, to file consolidated monthly operating reports provided that such consolidated reports fulfill the requirements and guidelines set by the United States Trustee; and it is further

ORDERED, that this order shall be signed in multiple originals for purposes of docketing an original order in each of the Chapter 11 Cases of the Debtors.

Dated: Central Islip, New York
      November ___, 2009

                                                                                                        _____
                                                                                                        United States Bankruptcy Judge