UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                    Chapter 11

GLOBAL CONTAINER LINES LTD.,              Case No. 09-78585

                Debtor.
-------------------------------------------------------x
In re:                                    Chapter 11

SHIPTRADE, INC.,                          Case No. 09-78584

                Debtor.
-------------------------------------------------------x
In re:                                    Chapter 11

GCL SHIPPING CORP.,                       Case No. 09-78589

                Debtor.
-------------------------------------------------------x
In re:                                    Chapter 11

REDSTONE SHIPPING CORP.,                  Case No. 09-78586

                Debtor.
-------------------------------------------------------x
In re:                                    Chapter 11

GILMORE SHIPPING CORP.,                   Case No. 09-78587

                Debtor.
-------------------------------------------------------x

```
---------------------------------------------------------x   Chapter 11
In re:
                                                             Case No. 09-78588
GLOBAL PROGRESS LLC,

                        Debtor.
---------------------------------------------------------x
In re:                                                       Chapter 11

GLOBAL PROSPERITY LLC,                                       Case No. 09-78590

                        Debtor.
---------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

C. NATHAN DEE, being duly sworn, deposes and says:

That he is over the age of 21 years, resides in Suffolk County, New York and is not a party to this action.

That on the 12th day of November 2009, he served via facsimile and email on or Before 5:00 P.M. The Debtor's Motion For Entry Of An Order Authorizing, But Not Directing, Debtor's To Pay Certain Pre-Petition Claims Maritime Lien Claimants And Authorizing Financial Institutions To Honor All Related Checks And Electronic Payment Requests; Notice Of Debtors' Motion For An Order Pursuant To Sections 105(A) And 331 Of The Bankruptcy Code Establishing Procedures For Interim Compensation And Reimbursement Of Expenses Of Professionals; Affidavit Of Bijan Paksima Pursuant To Local Bankruptcy Rule 1007-4; Notice; Amended Notice; Order Authorizing, But Not Directing, Debtor's To Pay Certain Pre-Petition Claims Maritime Lien Claimants And Authorizing Financial Institutions To Honor All Related Checks And Electronic Payment Requests, addressed as follows on the following:

SEE ATTACHED SERVICE LIST

At the numbers and emails designated for that purpose.


C. NATHAN DEE

Sworn to before me this
12th day of November, 2009.

s/ Bonnie L. Pollack
Notary Public

| Name | Fax Number |
|---|---|
| AIG MARINE SVCS. PTW LTD | 6567730093 |
| AL SHABIA ENGINEERING | 97165336139 |
| BEUREAU VERITAS SA | 97143452391 |
| DHAKA ENGINEERING | 97165326773 |
| ELCOME INTERNATIONAL | 97143349465 |
| ENVIRONMENTAL SYSTEMS | |
| GOLTENS | 97143241019 |
| GULF OIL MARINE LIMITED | |
| HORMOZI SUPERMARKET | |
| JOTUN PAINTS | 97143380666 |
| NATIONAL BANK OF PAKISTAN | 212-809-4720 |
| OASIS CHEMICALS | 97165590261 |
| PPG INDUSTRIES LLC | 97143470820 |
| PUSAN TRADING CO. LLC | 97142210969 |
| SAEED MARINE | 97142235445 |
| SEASTER MARINE | 97143240767 |
| SIGMA PAINTS | 97143380539 |
| TECHNO MARINE | 97165314240 |
| TILE MARINE | 97143242823 |
| VIKING LIFE SAVING EQUIPMENT | 97143243444 |
| DELTA MARINE SERVICES CO. | |
| BLUE SEA CAPITAL | MCGUID@COMPUTER.NET |
| DEWITT STERN | 1201-915-0133 |
| KEYBANK NATIONAL | RICHARD_B_SAULSBERY@KEYBANK.COM |
| MERRILL MARINE SERVICES | 314-968-0019 |
| NATIONAL BAN K OF PAKISTAN | 212-809-4720 |
| ISB INTERNATIONAL SHIPPING | 714-296-5597 |
| MIDDLE EAST EXPRESS | |
| NOBLE DENTON | JOHN.POULSON@NOBLEDENTON.COM |
| BRIARCLIFFE LTD. | 212-407-3248 |
| COMET SHIPPING NIGERIA | 212-220-3780 |
| MERCUR INTERNATIONAL | 0113268448752 |
| SDV GHAN LIMITED | 215-564-7699 |
| SEACASTLE CONTAINER | 201-391-0356 |
| SPEDAG EAST AFRICA | 01141586779677 |
| TAL INTERNATIONAL | 914-697-2888 |
| TANZANIA ROAD HAULAGE | 0112552113358 |
| TEXTAINER EQUIPMENT | 4154370599 |
| TSG TECHNICAL SERVICES | 2023319321 |
| UNITED STATES DEPT OF AGRICULTURE | |
| US BUREAU OF CUSTOMS AND BORDER | |
| CITIBANK | |
| GARDEN CITY CHAMBER OF COMMERCE | |
| MERCHANTS INSURANCE GROUP | |
| REMOTE REPORTING | 203-286-1182 |
| SHIPNET | 916-324-0677 |
| STATE BOARD OF EQUALIZATION | |

| | |
|---|---|
| KeyBank National | Richard_B_Saulsbery@KeyBank.com |
| | Andrew.Turscak@thompsonhine.com |
| | jssimms@simmsshowers.com |
| | dhakaeng@emirates.net.ae |
| Environmental Systems | esisys@emirates.net.ae |
| | info@elcome.ae |
| | dubai@goltens.com |
| | DBA_CDU@bureauveritas.com |
| Gulf Oil Marine Limited | Invoice.hk@gulf-marine.com |
| | mcgold@computer.net |
| | meeshhj@emirates.net.ae |
| | John.poulson@nobledenton.com |
| | info@remotereporting.com |
| | csd@jotundxb.ae |
| Oasis Chemicals | oasischm@emirates.net.ae |
| | tileship@emirates.net.ae |
| | accounts@isb.ae |
| | meeshhj@emirates.net.ae |
| | smee@emirates.net.ae |
| | ndadubai@emirates.net.ae |
| | hliss@akingump.com |
| | raymondryckmans@mercuresudan.be |
| | Al.gennarelli@talinternational.com |
| | billing@textainer.com |
| | Aaron.baines@shipnet.no |
| | Viking-uae@vikinglife.com |
| Dewitt Stern | garyferrazzano@dewittsternimperatore.com |
| U.S. Bureau of Customs and Border | Susan.endicott@dhs.gov |
| Delta Marine Services Co. | ops@deltaegyptltd.com |
| Mercur International | raymondryckmans@mercursudan.be |
| | abudhabi@ameraon-by.com |
| | info@elcome.ae |
| | ndadubai@emirates.net.ae |
| Comet Shipping Nigeria | info@cometshipping.com |