**Critical Payments**

Maritime Liens

| | |
|---|---|
| S&S Shipmanagement - MV Global Progress bunkers | $253,191.54 |
| FAL Energy -MV Global Progress bunkers | $177,278.00 |
| Kenyan Ports Authority - C/O African Liner Agencies Mombasa - Global Prosperity Port Charges and services | $106,489.00 |
| Kenyan Ports Authority - C/O African Liner Agencies Mombasa - Global Progress Port Charges and services | $131,137.00 |
| Crew Wages - MV "Global Progress" C/O African Liner Agencies Mombasa | $144,842.72 |
| Crew Wages - MV "Global Prosperity" C/O African Liner Agencies Mombasa | $280,000.00 |
| Tanzania Ports Authority - C/O African Liner Agencies Dar Es Salaam - Global Prosperity Port Charges and services | $87,344.21 |
| Alba Petroleum - Bunkers Global Prosperity | $197,000.00 |
| FAL Energy -MV Global Prosperity | $135,900.00 |
| Crew Wages - MV "Caterina" - C/O Engima Shipping, Liberia | $100,000.00 |
| | $1,613,182.47 |

**Critical Vendors**

| | |
|---|---|
| Mercur International | $1,000,000.00 |

**Total** $2,613,182.47