UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD.,                        Case No. 09-78585 (AST)

    Debtor.

---------------------------------------------------------------x

In re:                                              Chapter 11

SHIPTRADE, INC.,                                    Case No. 09-78584 (AST)

    Debtor.

---------------------------------------------------------------x

In re:                                              Chapter 11

GCL SHIPPING CORP.,                                 Case Nos. 09-78589 (AST)

    Debtor.

---------------------------------------------------------------x

In re:                                              Chapter 11

REDSTONE SHIPPING CORP.,                            Case No. 09-78586 (AST)

    Debtor.

---------------------------------------------------------------x

In re:                                              Chapter 11

GILMORE SHIPPING CORP.,                             Case No. 09-78587 (AST)

    Debtor.

---------------------------------------------------------------x

In re:                                              Chapter 11

GLOBAL PROGRESS LLC,                                Case No. 09-78588 (AST)

    Debtor.

---------------------------------------------------------------x

```
-------------------------------------------------------------x
```
In re:                                          Chapter 11

GLOBAL PROSPERITY LLC,                          Case No. 09-78590
                                                              (AST)
                         Debtor.
```
-------------------------------------------------------------x
```

### ORDER AUTHORIZING JOINT ADMINISTRATION
### PURSUANT TO BANKRUPTCY RULE 1015(b)

Upon the joint application of Global Container Lines, Ltd. ("Global"), Shiptrade, Inc. ("Shiptrade"), GCL Shipping Corp. ("GCL"), Redstone Shipping Corp. ("Redstone"), Gilmore Shipping Corp. ("Gilmore"), Global Progress LLC ("Progress") and Global Prosperity LLC ("Prosperity"; collectively, the "Debtors") dated November 12, 2009 by the above captioned debtors and debtors-in-possession, for an order of joint administration of the above Chapter 11 cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and due deliberation having been had; and sufficient cause appearing to me therefor; it is hereby

ORDERED, that the Debtors' Chapter 11 cases be, and they hereby are, consolidated for purposes of administration only, pursuant to Bankruptcy Rule 1015(b); and it is further

ORDERED, that the caption for such cases as consolidated under the terms hereof

shall read as follows:

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                    Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,          Case Nos.     09-78585 (AST)
                                                            09-78584 (AST)
                                                            09-78586 (AST)
                                                            09-78587 (AST)
                                                            09-78588 (AST)
                                                            09-78589 (AST)
                                                            09-78590 (AST)
                                                         (Jointly Administered)


                        Debtors.

-----------------------------------------------------------------x

; and it is further

ORDERED, that entries shall be made by the Clerk of the Court on the original

dockets of each of the Debtors' cases substantially as follows:

> Orders dated November 17, 2009, have been entered in the cases of
> Global Container Lines, Ltd. ("Global"), Shiptrade, Inc. ("Shiptrade"),
> GCL Shipping Corp. ("GCL"), Redstone Shipping Corp. ("Redstone"),
> Gilmore Shipping Corp. ("Gilmore"), Global Progress LLC ("Progress")
> and Global Prosperity LLC ("Prosperity"; collectively, the "Debtors"),
> consolidating such cases for procedural purposes only and providing for
> the joint administration of the Debtors' cases.  All docket entries are to
> be maintained on the docket of Global Container Lines Ltd., Case No.
> 09-78585;

and it is further

ORDERED, that the Debtors be, and they hereby are, authorized, through not

required, to file consolidated monthly operating reports provided that such consolidated

reports fulfill the requirements and guidelines set by the United States Trustee; and it is

further

ORDERED, that this order shall be signed in multiple originals for purposes of docketing an original order in each of the Chapter 11 Cases of the Debtors.



Dated: November 17, 2009
     Central Islip, New York

_____
**Alan S. Trust**
**United States Bankruptcy Judge**