# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

IN RE: CASE NO: 8−09−78585−ast

Global Container Lines Limited

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: CHAPTER: 11

11−3024523

DEBTOR(s)

---

## NOTICE OF AMENDED CAPTION

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

The above captioned debtor(s) having filed a petition in bankruptcy under Chapter 11 of the United States Bankruptcy Code on November 10, 2009 and an order having been entered by the Honorable Alan S. Trust on November 17, 2009 amending the caption.

The caption is amended as set forth below:

---

IN RE:

Global Container Lines Ltd., et al.,
Case Nos.
09−78585 (AST)
09−78584 (AST)
09−78586 (AST)
09−78587 (AST)
09−78588 (AST)
09−78589 (AST)
09−78590 (AST)
(Jointly Administered)

CHAPTER: 11

DEBTOR(s)

---

NOTE: An order having been entered consolidating these Chapter 11 cases for procedural purposes only and providing for its joint administration. All further original docket entries other than proofs of claims, shall be made on the docket of 09−78585−ast

Dated: November 18, 2009

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLacc** [Amended Caption Joint Administration 9/20/02]