# Notice Recipients

District/Off: 0207−8  User: pmillet  Date Created: 11/18/2009
Case: 8−09−78585−ast  Form ID: 228  Total: 105

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
6453372   NSPO Eqypt
6450601   Trans Ethiopia Private

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
aty       C. Nathan Dee          ndee@cullenanddykman.com
aty       Matthew G Roseman      mroseman@cullenanddykman.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Global Container Lines Limited      100 Quentin Roosevelt Boulevard      Garden City, NY 11530
smg       United States of America      Secretary of the Treasury      15th Street &Pennsylvania Ave. NW       Washington, DC 20220
smg       NYS Unemployment Insurance      Attn: Insolvency Unit      Bldg. #12, Room 256      Albany, NY 12201
smg       NYS Department of Taxation &Finance      Bankruptcy Unit      PO Box 5300      Albany, NY 12205
smg       Internal Revenue Service      11601 Roosevelt Blvd.      P.O. Box 21126      Philadelphia, PA 19114
smg       NYC Department of Finance      345 Adams Street, 3rd Floor      Attn: Legal Affairs − Devora Cohn       Brooklyn, NY 11201−3719
smg       Diana Adams       Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza       Central Islip, NY 11722−4437
6450536   AND Group PLC      Tanners Bank      North Shields, Tyne and W      NE30 1JH United Kingdom
6450535   Abdulkader Kordoughli      PO Box 1897      Lattakia, Syria
6450537   Applied Weather      Technology      158 Commercial Street      Sunnyvale, CA 94086
6450538   Blue Sea Capital      62 Southfeld Avenue      Building 2 Suite 214      Stamford, CT 06902
6453363   Blue Sea Capital      62 Southfeld Avenue      Building 2 Suite 214      Stamford, CT 06902
6450539   Blue Sea Capital, Inc.      62 Southfield Avenue      Stamford, CT 06902
6453364   Briarcliffe Ltd. Caterina      Akin, Gump, Straus, Hauer      590 Madison Avenue      New York, NY 10022
6450540   Briarcliffe Ltd. Caterina      Akin, Gump, Straus, Hauer      590 Madison Avenue      attn. Heidi Liss       New York, NY 10022
6450541   Briarcliffe ltd. Loan      c/o Akin Gump Strauss      Hauer &Feld LLC      590 Madison Avenue      New York, NY 10022
6453365   Briarcliffe ltd. Loan      c/o Akin Gump Strauss      Hauer &Feld LLC      New York, NY 10022
6450542   C.R. Cushing &Co., Inc.      30 Vessey Street      7th Floor      New York, NY 10007
6450543   CAI International Inc.      One Embarcadeo Center      Suite 2101      San Francisco, CA 94111
6450544   CAI−Interpool, LLC      One Embarcadero Center      Suite 2101      San Francisco, CA 94111
6450545   Comet Shipping Nigeria Lt      c/o Michael J Carcich      Wall Street Plaza      88 Pine Street 7th Fl      New York, NY 10005
6453366   Comet Shipping Nigeria Lt      c/o Michael J Carcich      Wall Street Plaza      New York, NY 10005
6450546   Consilium      PO Box 8018      SAIF Zone      Sharjah, UAE
6450547   Container Applications      Limited      One Embarcadero Center      Suite 2102      San Francisco, CA 94111
6450548   Crew Wages−MV Caterina      c/o Engima Shipping      Liberia
6450549   Cux Parts      D−27607 Langen, Germany
6450550   Dan Bunkering ltd.      Strandvejen 5      PO Box 71      DK05500 Middelfart      Denmark
6453367   DeWitt Stern Imperatore      harborside Financial Cent      Plaza Five Suite 1500      Jersey City, NJ 07311
6450552   DeWitt Stern Imperatore      harborside Financial Cent      Plaza Five Suite 1510      Jersey City, NJ 07311
6450551   Descartes Systems(USA)LLC      Power Ferry Business Park      Suite 520 Building 500      2030 Powers Ferry Road SE      Atlanta, GA 30339
6450554   Dewitt Stern Imperatore      Container Insurance      Harbourside Financial Ctr      Plaza Five Suite 1500       Jersey City, NJ 07311
6450555   Dewitt Stern Imperatore      FD &D)      Harbourside Financial Ctr      Plaza Five Suite 1500      Jersey City, NJ 07311
6450556   Dewitt Stern Imperatore      H      Harbourside Financial Cr.      Plaza Five Suite 1500      Jersey City, NJ 07311
6450553   Dewitt Stern Imperatore      PI Insurance      Harbourside Financial Ctr      Jersey City, NJ 07311
6453368   Dewitt Stern Imperatore      PI Insurance      Harbourside Financial Ctr      Jersey City, NJ 07311
6450557   Elcome International      Dubai Investments Park      PO Box 1788      Dubai, UAE
6450558   GE Seaco Charleston      215 East Bay Street      Suite 403−C      Charleston, SC 29401
6450559   Groupe Eyssautier      c/o Budd S.A. Marseille      7 Rue Bailli De Suffren      13001 Marseille, France
6450560   Hiller Systems, Inc.      PO Box 91508      Mobile, AL 36691
6450561   Intercargo Clearing and      Forwarding      Q. Asatique      Av. Des Payans      BP Bujumbura
6450562   Intercargo S.A.      Q. Asatique      Av. Des Payans      BP Bujunbra
6450563   Interpool Limited      211 College Road East      Princeton, NJ 08540
6450564   Interpool, Inc.      Princeton, NJ 08540

| | | | | | |
|---|---|---|---|---|---|
| 6450565 | James J. Flanagan | Stevedores | 595 Orleans | Suite 1500 | Beaumont, TX |
| 6450566 | Keraba and Bayo Freight | Transport | PO Box 2075 | Addis Ababa, Ethiopia | |
| 6450567 | Keybank Equipment Finance | 66 South Pearl Street | Albany, NY 12207 | | |
| 6450568 | Keybank National | Association | 66 South Pearl Street | 8th Floor | Albany, NY 12207 |
| 6450569 | Keybank National | Association | 66 South Pearl Street | Albany, NY 12207 | |
| 6453369 | Keybank National | Association | 66 South Pearl Street | Albany, NY 12207 | |
| 6450570 | Legge Farrow Kimmit | McGrath &Brown | 6363 Woodway | Suite 400 | Houston, TX 77057 |
| 6450571 | Lilo Transport P.L.C. | Bada Street House | No. 19–23 | Asmara, Eritrea | |
| 6450572 | Mercur International for | Development Co Ltd. | Faisal Islamic Bank Bldg. | 5th Floor | Port Sudan |
| 6453370 | Mercur International for | Development Co Ltd. | Faisal Islamic Bank Bldg. | Port Sudan | |
| 6450573 | Middle East Express | PO Box 622 | Sharjah, UAE | | |
| 6450574 | Multistar Tank Leasing | Company LLC | 18333 Egret Bay Boulevard | Suite 410 | Houston, TX 77058 |
| 6450576 | NCOS for Logistic and | Customs NCOS | | | |
| 6450575 | National Bank of Pakistan | 100 Wall Street | New York, NY 10005 | | |
| 6453371 | National Bank of Pakistan | 100 Wall Street | New York, NY 10005 | | |
| 6450577 | Nicoletti Hornig | Sweeney | Wall Street Plaza | 88 Pine Street, 7th Floor | New York, NY 10005 |
| 6450578 | Potomac Maritime | 1729 Wisconsin Avenue | 2nd Floor | Washington, DC 20007 | |
| 6450579 | Rhine Marine | PO Box 86710 | Dubai, UAE | | |
| 6450581 | SDV Ghan Limited | c/o Weber Gallagher | Simpson Stapleon Fires | 2000 Market St. 13 Fl. | Philadelphia, PA 19103 |
| 6453373 | SDV Ghan Limited | c/o Weber Gallagher | Simpson Stapleon Fires | 2000 Market St. 13 Fl. | Philadelphia, PA 19103 |
| 6450580 | Saeed Marine | PO Box 50636 | Dubai, UAE | | |
| 6450582 | Sea Castle Container | Leasing | 1 Matnard Drive | Park Ridge, NJ 07656 | |
| 6450583 | Sea Pride Enterprises | Comboni Street | PO Box 76 | Port Sudan, Sudan | |
| 6450584 | Seacastle Container | Leasing | 1 Maynard Drive | Park Ridge, NJ 07656 | |
| 6453374 | Seacastle Container | Leasing | 1 Maynard Drive | Park Ridge, NJ 07656 | |
| 6450585 | Seacastle Container | Leasing LLC | 1 Maynard Drive | Park Ridge, NJ 07656 | |
| 6450586 | Seven Sea Shipchandlers | PO Box 5592 | Dubai, UAE | | |
| 6450587 | Sigma Paints | PO Box 52781 | Duabi, UAE | | |
| 6450588 | Spedag East Africa Ltd. | Kriegackerstasse 91 | Muttenz | 4002 Basel Switzerland | |
| 6453375 | Spedag East Africa Ltd. | Kriegackerstasse 91 | Muttenz | 4002 Basel Switzerland | |
| 6450589 | Stratos | Xantic Sales B.V. | 34 Harvey Road | PO Box 5754 | St. Johns, CA |
| 6450590 | Syed Amjad Hussain &Co | 12, Cour chambers | Syedna Tahir Saifuddin Rd | Karachi, OK 74200 | |
| 6450591 | TAL International | Container Corp. | 100 Manhattanville Road | Purchase, NY 10577–2135 | |
| 6450604 | TSG Technical Services | 2215 M Street Northwest | Washington, DC | | |
| 6453379 | TSG Technical Services | 2215 M Street Northwest | Washington, DC | | |
| 6450592 | Talk International | Container Corp. | 100 Manhattanville Road | Purchase, NY 10577 | |
| 6450593 | Tanzania Road Haulage | PO Box 21493 | Nelson Mandela Expressway | Dar Es Salaam, Tanzania | |
| 6453376 | Tanzania Road Haulage | PO Box 21493 | Nelson Mandela Expressway | Dar Es Salaam, Tanzania | |
| 6450594 | Tencarva Machinery Co. | Jay A Press P.C. | 115 Broad Hollow Road | Suite 350 | Melville, NY 11747 |
| 6450596 | Textainer Equipment | 650 California Street | 16th Floor | San Francisco, CA 94108 | |
| 6453377 | Textainer Equipment | 650 California Street | 16th Floor | San Francisco, CA 94108 | |
| 6450595 | Textainer Equipment | Management | 650 California Street | 16th Floor | San Francisco, CA 94108 |
| 6453378 | Textainer Equipment | Management | 650 California Street | San Francisco, CA 94108 | |
| 6450597 | Textainer Equipment | Management (US) Limited | 650 California Street | San Francisco, CA 94108 | |
| 6450598 | Thocomar Shipping Senegal | 1 Rue Parent | B.P. 1781 Daker | Senegal | |
| 6450599 | Tosi Maritime Consultants | PO Box 5488 | Washington, DC 20016 | | |
| 6450600 | Trans Ethiopia PLC | Adigrat Road Elala | Mekelle, Tigray | Ethiopia 459 | |
| 6450602 | TransAmerica Leasing | 100 Manhattanville Road | Purchase, NY 10577 | | |
| 6450603 | Triton Container | International Limited | 55 Green Street | San Francisco, CA 94111 | |
| 6450605 | U.S. Department of | Homeland Security | 1430 A Kristina Way | Chesapeake, VA 23326 | |
| 6450608 | US Bureau of Customs and | Border Protection | PO Box 70946 | Charlotte, NC 28272 | |
| 6453381 | US Bureau of Customs and | Border Protection | PO Box 70946 | Charlotte, NC 28272 | |
| 6450609 | US Customs and Border | Protection | PO Box 70946 | Charlotte, NC 28272 | |
| 6450606 | Uni Global Business | Bangladesh | Taher Tower 9th Floor | Circle 2 | Dhaka–1212 |
| 6450607 | United States Dept of | Agriculture | Kansas City Commodity | PO Box 419205 | Kansas City, MO 64114 |
| 6453380 | United States Dept of | Agriculture | Kansas City Commodity | PO Box 419205 | Kansas City, MO 64114 |
| 6450610 | W.K. Webster &Co Ltd. | Christopher House | Station Road | Sidcup, Kent DA15 7BS | United Kingdom |
| 6450611 | World Food Program | Via Cesare Giulio Viola | Parco de'Medici | 00148 Rome Italy | |

TOTAL: 101