UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD.,                    Case No. 09-78585 (AST)

                Debtor.
--------------------------------------------------------x
In re:                                          Chapter 11

SHIPTRADE, INC.,                                Case No. 09-78584 (AST)

                Debtor.
--------------------------------------------------------x
In re:                                          Chapter 11

GCL SHIPPING CORP.,                             Case No. 09-78589 (AST)

                Debtor.
--------------------------------------------------------x
In re:                                          Chapter 11

REDSTONE SHIPPING CORP.,                        Case No. 09-78586 (AST)

                Debtor.
--------------------------------------------------------x
In re:                                          Chapter 11

GILMORE SHIPPING CORP,                          Case No. 09-78587 (AST)

                Debtor.
--------------------------------------------------------x
In re:

GLOBAL PROGRESS LLC,                            Chapter 11

                Debtor.    Case No. 09-78588 (AST)
--------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL PROSPERITY LLC,                          Case No. 09-78590 (AST)

                Debtor.
--------------------------------------------------------x

**ORDER AUTHORIZING, BUT NOT DIRECTING,
DEBTOR'S TO PAY CERTAIN PRE-PETITION CLAIMS
MARITIME LIEN CLAIMANTS AND AUTHORIZING
FINANCIAL INSTITUTIONS TO HONOR ALL RELATED
<u>CHECKS AND ELECTRONIC PAYMENT REQUESTS</u>**

Upon the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively the "Debtors") dated November 12, 2009, by their counsel Cullen and Dykman LLP, seeking entry of an Order (a) authorizing, but not directing Debtors to pay certain pre-petition claims, Maritime Lien Holders'[1] claims and (b) authorizing financial institutions to honor all related checks and electronic payment requests [dkt item 5]; and no adverse interest being represented; and it appearing that the relief requested is in the best interests of the Debtors, it estate and creditors and that no further notice is necessary; and other due deliberation of good and sufficient cause appearing therefore;

NOW, upon the Motion of Cullen and Dykman LLP, proposed counsel to the Debtors and Debtors-in-Possession it is

ORDERED, that the Debtors and Debtors-in-Possession be and hereby are authorized, but not directed to allow the payment set forth on Exhibit "B" of the Motion, and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the same meanings as those ascribed to such terms in the Motion. To the extent of any conflict between the terms of the Motion and the terms of this Order, the terms of this Order shall control.

ORDERED, that all financial institutions are authorized to honor all related checks and electronic payment requests for the payment of certain pre-petition claims and maritime lien claimants.



**Dated: November 17, 2009**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**