UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                  Chapter 11

GLOBAL CONTAINER LINES LTD.,                            Case No. 09-78585

                          Debtor.
-------------------------------------------------------x
In re:                                                  Chapter 11

SHIPTRADE, INC.,                                        Case No. 09-78584

                          Debtor.
-------------------------------------------------------x
In re:                                                  Chapter 11

GCL SHIPPING CORP.,                                     Case No. 09-78589

                          Debtor.
-------------------------------------------------------x
In re:                                                  Chapter 11

REDSTONE SHIPPING CORP.,                                Case No. 09-78586

                          Debtor.
-------------------------------------------------------x
In re:                                                  Chapter 11

GILMORE SHIPPING CORP.,                                 Case No. 09-78587

                          Debtor.
-------------------------------------------------------x

```
-------------------------------------------------------x   Chapter 11
In re:
                                                           Case No. 09-78588
GLOBAL PROGRESS LLC,

                           Debtor.
-------------------------------------------------------x
In re:                                                     Chapter 11

GLOBAL PROSPERITY LLC,                                     Case No. 09-78590

                           Debtor.
-------------------------------------------------------x
```

## AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF NEW YORK | ) |
| | ) ss.: |
| COUNTY OF NASSAU | ) |

Cynthia Robles, being duly sworn, deposes and says:

That he is over the age of 21 years, resides in Suffolk County, New York and is not a party to this action.

That on the 16th day of November 2009, she served via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, the following documents **Affidavit Of Bijan Paksima Pursuant To Local Bankruptcy Rule 1007-4; Notice; and Debtors Motion for Entry of Emergency, Interim and Final Orders.**, addressed as follows on the following:

DeWitt Stern, Imperatore
Harborside Fin. Center
Plaza Five Suite 1510
Jersey City, NJ 07311

Gilmore Shipping Corp.
100 Quentin Roosevelt
Boulevard
Garden City, NY 11530

Global Container Line Ltd
100 Quentin Roosevelt Blv
Garden City, NY 11530

Global Container Line Ltd
100 Quentin Roosevelt
Boulevard
Garden City, NY 11530

Global Progress LLC
100 Quentin Roosevelt Blv
Garden City, NY 11530

Global Prosperity LLC
100 Quentin Roosevelt Blv
Garden City, NY 11530

KeyBank National
Association
66 South Pearl Street
Attn:Richard B. Saulsbery
Albany, NY 12207

Merrill Marine Services
7909 Big Bend Boulevard
Saint Louis, MO 63119

National Bank of Pakistan
100 Wall Street
New York, NY 10005

Shiptrade, Inc.
100 Quentin Roosevelt Blv
Garden City, NY 11530

ABB Inc.
11600 Miramar Pkwy
Hollywood, FL 33025

ABS Nautical Systems
16855 Northchase Drive
Houston, TX 77060

American Diesel & Ship
Repairs, Inc.
604 Time Save Avenue
New Orleans, LA 70123

CG International, Inc.
1958 Westfield Avenue
Scotch Plains, NJ 07076

Coleman Supply Company
989 Morrison Drive
PO Box 21818
Charleston, SC 29403

Crescent Towing & Salvage
Co., Inc.
PO Box 2704
Savannah, GA 31401

Detyens
1670 Dryrock Avenue
Building 236
Suite 200
North Charleston, SC 29405

DNV Petroleum Service Inc
318N. 16th Street
La Porte, TX 77571

Electronic Services
590 East Dayson Drive
Fairborn, OH 45324

Gulf and Continental
Bunkers
Fuels Co., ltd.
PO Box 18068

Hiller Systems, Inc.
Frederick Robinson, Esq.
PO Box 91508
Mobile, AL 36691

Interocean
Ecffelon Plaza
302 Harper Drive
Suite 200
Moorestown, NJ 08057

Key Equipment Finance, In
66 South Pearl Street
Albany, NY 12207

Kristensons-Petroleum Inc
128 Broad Street
2nd Floor
Red Bank, NJ 07701

Main Industries, Inc.
107 E. Street
Hampton, VA 23661

Marine Inc.
609 Talleyrand Avenue
Jacksonville, FL 32202

McAllister Towing of
Charleston
1120 North Point Drive
North Charleston, SC 29405

Morco Refrigeration
Service Inc.
1466-B State Road
Summerville, SC 29484

Precision Solutions
Incorporated
PO Box 2021
Summerville, SC 29484

Seacoast Electronics, Inc
240 Talleyrand Avenue
Jacksonville, FL 32202

Southern Elevator Company
130 O'Connor Street
PO Box 36006
Greensboro, NC 27416

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

Tencarva Machinery
Company
PO Box 409897
Atlanta, GA 30384

Tencarva Machinery Co.
Jay A Press, Esq.
115 Broad Hollow Road
Suite 350
Melville, NY 11747

Universal Marine Electric
Co. Inc.
PO Box 266-923
Houston, TX 77207

US Customs and Border
Protection
PO Box 70946
Charlotte, NC 28272

US Department of Homeland
Security
1430A Kristina Way
Chesapeake, VA 23326

Washington International
US Customs Ins. Company
1200 Arlington Heights Rd
Suite 400
Itasca, IL 60143

Westfalia Separator Inc.
PO Box 12042
Newark, NJ 07101
Worldwide Diesel Power
732 Parker Street
Jacksonville, FL 32202

ADP Payroll
1700 Walt Whitman Road
Melville, NY 11747

All American Transport
739 Dogwood Avenue
West Hempstead, NY 11552

All Star Limousine
739 Dogwood Avenue
West Hempstead, NY 11552

Atlas Shipping COrp.
100 Quentin Roosevelt Blv
Garden City, NY 11530

B&B Coverage LLC
1 East Lincoln Avenue
PO Box 1210
Valley Stream, NY 11582

Cablevision
PO Box 9256
Chelsea, MA 02150-9256

Citibank
Business Bank Loan Ops
100 Citibank Drive
San Antonio, TX

Diners Club
PO Box 6009
The Lakes, NV 89163

Dover Shipping Corp
100 Quentin Roosevelt Blv
Garden City, NY 11530

Emerge Technology
17 Brandywine Drive
Deer Park, NY 11729

Empire Healthchoice HMO
PO Box 11532A
New York, NY 10286

FMC Management Corp.
PO Box 9019
Hicksville, NY 11802

Garden City Chamber of
Commerce, Inc.
230 Seventh Street
Garden City, NY 11530

Merchants Insurance Group
Po Box 4031
Buffalo, NY 14240

National Retirement
Services, Inc.
File 56732
Los Angeles, CA 90074-6732

National Retirement
2838-F Queen City Drive
Charlotte, NC 28208

New York State Insurance
Fund Workers Compensation
PO Box 4788
Syracuse, NY 13221

One Communications
Dept 284
Po Box 80000
Hartford, CT 06180

Oxford Health Plans
PO Box 1697
Newark, NJ 07101

Remote Reporting
2407 Newman Road
Mount Pleasant, WI 53406


Shipnet
53 Water Street
Norwalk, CT 06854

Staples
PO Box 689020
Des Moines, IA 50368

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

Stewart Shipping Corp.
100 Quentin Roosevelt Blv
Garden City, NY 11530

Sun Life and Health
Insurance
Box No 6168
Carol Stream, IL 60197

T-Mobile
PO Box 790047
Saint Louis, MO 63179-0047

TradeWinds
Marine Building East
70 Seaview Avenue
Stamford, CT 06902

Union Central Life Ins.
1876 Wacross Road
Station 12
Cincinnati, OH 45240

United Healthcare
AARP Medicare
Rx Preferred
PO Box 5840
Philadelphia, PA 19101

United Healthcare
PO box 8220
Philadelphia, PA 19101-8220
US Postal Service
185 W John Street
Hicksville, NY 11801

Voda Networks, Inc.
PO Box 3085
Hicksville, NY 11802-3085

Consilium Middle East
PO Box 8018
SAIF Zone
Sharjah, UAE

DMI
PO Box 8807
Dubai, UAE

Elcome Marine
G-3 Arihant Bldg
Ahmedabad, St. Mumbai

Goltens India Ltd.
Off Veera Desaid Road
Andheri, Mumbai

Gulf Oil Marine Limited
3 Lockhart Road
25th Floor
Wan Chai, Hong Kong

ISB Internat'l Shipping
Bureau
PO Box 14751
Dubai, UAE

Jijibila
PO Box 19349
Dubai, UAE

Ladder Corp.
1720 Carey Avenue
Cheyenne WY82001 USA

Noble Denton
PO Box 12541
Dubai, UAE
Safety Marine
PO Box 40269
Sharjah, UAE

Serck Services
PO Box 5834
Sharjah, UAE

Tile Marine
PO Box 33296
Dubai, UAE

Total UAE LLC
PO box 14871
Dubai, UAE

UAE LLC
PO Box 14871
Dubai UAE
Wartsila LLC
PO Box 32785
Dubai, UAE

Abdulkader Kordoughli
PO Box 1897
Lattakia, Syria

AND Group PLC
Tanners Bank
North Shields, Tyne and W
NE30 1JH United Kingdom

Applied Weather
Technology
158 Commercial Street
Sunnyvale, CA 94086

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Briarcliffe ltd. Loan
c/o Akin Gump Strauss
Hauer & Feld LLC
590 Madison Avenue
New York, NY 10022

C.R. Cushing & Co., Inc.
30 Vessey Street
7th Floor
New York, NY 10007

CAI International Inc.
One Embarcadeo Center
Suite 2101
San Francisco, CA 94111

Comet Shipping Nigeria Lt
c/o Michael J Carcich
Wall Street Plaza
88 Pine Street 7th Fl
New York, NY 10005

Consilium
PO Box 8018
SAIF Zone
Sharjah, UAE

Container Applications
Limited
One Embarcadero Center
Suite 2102
San Francisco, CA 94111

Crew Wages-MV Caterina
c/o Engima Shipping
Liberia

Cux Parts
D-27607 Langen, Germany

Dan Bunkering ltd.
Strandvejen 5
PO Box 71
DK05500 Middelfart
Denmark

Descartes Systems(USA)LLC
Power Ferry Business Park
Suite 520 Building 500
2030 Powers Ferry Road SE
Atlanta, GA 30339

Elcome International
Dubai Investments Park
PO Box 1788
Dubai, UAE

GE Seaco Charleston
215 East Bay Street
Suite 403-C
Charleston, SC 29401

Hiller Systems, Inc.
PO Box 91508
Mobile, AL 36691

Intercargo S.A.
Q. Asatique
Av. Des Payans
BP Bujunbra

Interpool Limited
211 College Road East
Princeton, NJ 08540

Interpool, Inc.
Princeton, NJ 08540

James J. Flanagan
Stevedores
595 Orleans
Suite 1500
Beaumont, TX

Legge Farrow Kimmit
McGrath & Brown
6363 Woodway
Suite 400
Houston, TX 77057

Multistar Tank Leasing
Company LLC
18333 Egret Bay Boulevard
Suite 410
Houston, TX 77058

Nicoletti Hornig &
Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005

Potomac Maritime
1729 Wisconsin Avenue
2nd Floor
Washington, DC 20007

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103

Sea Castle Container
Leasing
1 Matnard Drive
Park Ridge, NJ 07656

Seven Sea Shipchandlers
PO Box 5592
Dubai, UAE

Stratos
Xantic Sales B.V.
34 Harvey Road
PO Box 5754
St. Johns, CA

Syed Amjad Hussain & Co
12, Cour chambers
Syedna Tahir Saifuddin Rd
Karachi, OK 74200

TAL International
Container Corp.
100 Manhattanville Road
Purchase, NY 10577-2135

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

Tencarva Machinery Co.
Jay A Press P.C.
115 Broad Hollow Road
Suite 350
Melville, NY 11747

Textainer Equipment
650 California Street
16th Floor
San Francisco, CA 94108

Tosi Maritime Consultants
PO Box 5488
Washington, DC 20016

Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577

Triton Container
International Limited
55 Green Street
San Francisco, CA 94111

TSG Technical Services
2215 M Street Northwest
Washington, DC

U.S. Department of
Homeland Security
1430 A Kristina Way
Chesapeake, VA 23326

Uni Global Business
Bangladesh
Taher Tower 9th Floor
Circle 2
Dhaka-1212

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

US Customs and Border
Protection
PO Box 70946
Charlotte, NC 28272

W.K. Webster & Co Ltd.
Christopher House
Station Road
Sidcup, Kent DA15 7BS
United Kingdom

World Food Program
Via Cesare Giulio Viola
Parco de'Medici
00148 Rome Italy

AIG Marine Svcs. PTE Ltd.
71, Toh Guan Road East
#03-03 TCH Techcentre
Singapore 608598

Bureau VeritasSA
67/71 Boulevard
Du Chateau
France

Dhaka Engineering
P.O. Box 23598
Sharjah, UAE

Dolphin Radiators
P.O. Box 1424
Sharjah, UAE

Elcome International
PO Box 1788
Dubai, UAE

Fal Energy Co., Ltd.
PO Box 6600 Charjah
United Arab Emirates

Global Care Marine
PO Box 63234
Sharjah, UAE
Garden City, NY 11530

Gulf Oil Marine Limited
The Hong Kong & Shanghai
Banking Corp.
Jebel Ali, Dubai, UAE

K. Hashim LLC
PO Box 5216
Sharjah, UAE

Middle East Express
P.O. Box 622
Sharjah, UAE

Middle East Fuji Khimji's
Room 107
Khimji Ramdas HO
Muscat

PPG Industries (UAE) LLC
PO Box 126215
Dubai, UAE

S&S Ship Management
House No. 15, Road No. 1
Lan-3 Block-L Halishaher
Housing Estate
Chittagong Bangladesh

S&S Shipmanagement
House 15 Roadmoul, Lane 3
Block L Halish
Chihajon, Bangladesh

Seastar Marine
Engineering
PO Box 62241
Dubai, UAE

Total UAE LLC
PO Box 14871
Dubai, UAE

Viking Enterprise Co.
1-9 Isogami-Dor i 6-chome
Chuo-Ku, Kobe 651-0086
Kobe Japan

AKA Trade
PO Box 51248
Dubai UAE

Alatas Singapore PTE
10 Toh Guan Road
#05-03 T.T. International
Tradepark, Singapore
608838

Alco Shipping
Services LLC
PO Box 19525
Sharjar UAE

Ali Minhali Trading Co.
PO Box 22022
Jeddah 21495 KSA

Elcome International
PO Box 1788
Dubai, UAE

Gulf Metal
PO Box 19848
Dubai, UAE

Gulf Oil Marine Limited
25th Floor
3 Lockhart Road
Wan Chai Hong Kong

Kobelco Eagle Marine
26 Pandan Loop
Singapore

Middle East Express
PO Box 622
Sharjah, UAE

Oasis Chemicals
PO Box 6974
Sharjah, UAE

Saeed Marine
Equipment Est.
PO Box 50636
Dubai, UAE

Truebell Marketing
& Trading LLC
PO Box 4146
Sharjah UAE


Viking Enterprise Co.
1-9 Isogami-Dor i 6 Chome
Chuo-Ku Kobe 651-0086

Citibank
GC Park
2301 Jericho Turnpike
Garden City Park, New York 11040

Simms Showers LLP
Attn: Stephen Simms
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

That being the address designated on the latest papers served by them in this action.

**The following people were served on November 17, 2009 via regular mail:**


Alfa Laval (Thailand) Ltd
222 Krunghep Kreetha Road
Hauamark, Bangkapa
Bangkok 10240 Thailand


DNV Petroleum Service
Pte Ltd.
27 Changi South Street 1
Singapore 486071

Dormac(Pty) Ltd.
1 Belfast Road
PO Box 12568
Burban, South Africa


Man Diesel S.A.S.
Avenue de Catonay(port 7)
BP 427
44615 Saint-Nazaire Cedex
France

Marcontrel s.j.
Powstancow Wlkp. 39b
70-111 Szczecin

PPG Industries(Singapore)
Pte ltd.
4 Gul Drive
Singapore 629456

Tous Travaus Sous Marins
Societe Naonyme avec
Administrateur General
au Capital de 62 000 000


Wartsila L.O.C.
PO Box 32785
Dubai United Arab Emirate

CDW Direct LLC
PO Box 75723
Chicago, IL 60675

Gal Braiths, Ltd.
124-126 Borough High St.
London, Se11 BL


A.A. Electricals Sets
Repair
PO Box 55323
Dubai, UAE

A.M. Trading
PO Box 3274
Dubai, UAE

AKA Trade Building
PO Box 51248
Dubai, UAE

Al Khoory
PO Box 256
Dubai, UAE

Al Shabia Engineering
PO Box 22186
Sharjah, UAE

Atlas Worldwide, Ltd.
10Toh Guan Rd
Singapore

Bombay Boring
J.Karia Ind Est
Jacob circle Mumbai

Elcome International
PO Box 1788
Dubai, UAE

Middle East Express
PO Box 622
Sharjah, UAE

Seven Seas Shipchandlers
PO Box 5592
Dubai, UAE

Truebell Marketing
& Trading LLC
PO box 4146
Sharjah, UAE

Viking Enterprises Co.,
1-9 Isogami-Dor i 6-Chome
Chuo-Ku, Kobe 651-0086
Kobe, Japan

Groupe Eyssautier
c/o Budd S.A. Marseille
7 Rue Bailli De Suffren
13001 Marseille, France

Intercargo Clearing and
Forwarding
Q. Asatique
Av. Des Payans
BP Bujumbura

Keraba and Bayo Freight
Transport
PO Box 2075
Addis Ababa, Ethiopia

Lilo Transport P.L.C.
Bada Street House
No. 19-23
Asmara, Eritrea

Mercur International for
Development Co Ltd.
Hameau de la Manterne
2 7890
Ellezelles, Belguim

Rhine Marine
PO Box 86710
Dubai, UAE

Saeed Marine
PO Box 50636
Dubai, UAE

Sea Pride Enterprises
Comboni Street
PO Box 76
Port Sudan, Sudan

Sigma Paints
PO Box 52781
Duabi, UAE

Spedag East Africa Ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland

Thocomar Shipping Senegal
1 Rue Parent
B.P. 1781 Daker
Senegal

AKA Trade Building Tools
P.O. Box 51248
Dubai, UAE

AL Shabia Engineering
P.O. Box 22186
Sharjah, UAE

Alco Shipping Services
PO Box 19525
Sharjah-UAE

Areej Pharmacy
P.O. Box 11725
Dubai, UAE

Dubai Fuel Supply
PO Box 8278
Dubai, UAE

Environmental Systems
PO Box 5992
Sharjah, UAE

Ericson & Richards
P.O. Box 40148
Sharjah

Gulf Oil Marine Ltd.
25th FL, 3 Lockhart Rd.
Hong Kong

Gulf Rope & Plastic Prod.
PO Box 21422
Sharjah, UAE

Jotun Paints
PO Box 3671
Dubai, UAE

Oasis Chemicals
PO Box 157810
Sharjah, UAE

Pusan Trading Co. LLC
PO Box 40762
Dubai, UAE

Saeed Marine
PO Box 31268
Dubai, UAE
Sigma Paints
PO Box 52781
Dubai, UAE

Tanzanian Ports Authority
c/o African Liner Agency
PO Box 7876 Acacia Blding
1st Floor, Morogoro Road
Dar Es Salaam, Tanzania

Techno Marine
PO Box 24293
Sharjah, UAE

Viking Life Saving Equip
PO Box 13448
Dubai, UAE

Abdul Jaleel Marine
PO Box 13746
Dubai, U.A.E.

Adam Marine
PO Box 22398
Sharjah, UAE

Al Moosawi Trading
PO Box 16275
Dubai, U.A.E.

Alba Petroleum
Tangana Road/Mbaraki
Creek
PO Box 97155
Mombasa, Kenya

Bombay Boring
J. karia Ind Estm Jacob
Circle Mumbai, India

Delta Marine Services Co.
7 Panama & Elgmhoria St.
Pt. Said Egypt
PO Box 75
Port Said, 42511 Egypt

Dream Marine
PO Box 232974
Dubai UAE

Fal Energy Co., Inc.
PO Box 6600 Charjah
United Arab Emirates

Freudenberg Technische
Ausrustung
Neuer Weg 62
D-25489 Haselau
Hohenhorst, Germany

Goltens
PO Box 2811
Dubai, UAE

Gulf Rope & Plastic
PO Box 21422
Sharjah UAE


Hormozi Supermarket
PO Box 6868
Dubai, UAE

K Hashim
PO Box 5216
Sharjah, UAE

Kenya Ports Authority
c/o African Liner Agency
Maritime House MOI Avenue
PO Box 43181
Mombasa Kenya


Qais Marine Equipment
PO Box 31263
Dubai, UAE

Safety Marine
PO Box 40269
Sharjah, UAE

Sea Hook
Shop-1
Mazgoan Mumbai

Seastar Marine
Engineering LLC
Al Jaddaf Shed #98
PO Box 62241
Dubai UAE

Sigma Paints
PO Box 52781
Dubai, UAE

Tile Marine LLC
PO box 33296
Dubai, UAE

Zenar Electronics
PO Box 389
Dubai, UAE

**And the following party was served via overnight delivery via Federal Express on November 17, 2009.**

IMS International Ltd.
2881 East Oakland Park Boulevard
Fort Lauderdale, FL 33306

CYNTHIA ROBLES

Sworn to before me this
_19th_ day of November, 2009.

Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/_10_