Hearing Date and Time: December 1, 2009 at 3:00 p.m.
Objection Date and Time: November 30, 2009 at 3:00 p.m.

CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)
Bonnie Pollack, Esq. (BP 3711)

Proposed Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos. 09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)
                        Debtors.
-------------------------------------------------------------x

## NOTICE OF PROPOSED ORDER

Please find attached a copy of the above referenced debtors (the "Debtors") proposed final order (the "Order") pursuant to sections 105, 361, 362, 363, 364 and 507 of the United States Bankruptcy Code and Rules 2002, 4001 AND 9014 of the Federal Rules of Bankruptcy Procedure authorizing the debtors use of cash collateral and to obtain debtor in possession financing. A copy of the Debtors' motion (the "Motion") dated November 12, 2009 seeking entry of the Order was previously provided to all of the Debtors' creditors and parties in interest on November 16, 2009. Additional copies of the Motion and related Order can be obtained from undersigned counsel upon written request.

1

PLEASE TAKE NOTICE, that any objections to the Debtors' Motion or the Order, if any, shall be filed as follows: (A) (i) Through the Bankruptcy Court's electronic filing system in accordance with General Order N-182, which may be accessed through the internet at the Bankruptcy Court's website: www.nyeb.uscourts.gov using Netscape Navigator software version 3.0 or higher; (ii) portable document format (PDF) using Adobe Exchange software for conversion; or (B) For parties unable to file electronically, such parties shall file the objection in PDF format on a diskette in an envelope with a case name, case number, type and title of document, document number to which the objection refers, and the file name on the outside of the envelope; or (C) For parties unable to file electronically or use PDF format, those parties shall submit the objection on diskette in either Word, Word Perfect of DLS text (ASCII) format. An objection filed by a party with no legal representation shall comply with section (B) or (C) as set forth in this paragraph.

PLEASE TAKE FURTHER NOTICE that a hard copy of an objection, if any, (a) shall be delivered directly to chambers of the Honorable Alan S. Trust located at 290 Federal Plaza, Courtroom 960, Central Islip, New York, 11722 on or before November 30, 2009 at 3:00 p.m. and (b) shall also be served upon (i) Debtors' proposed counsel, Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Attention: Matthew G. Roseman, Esq.; (ii) the Office of the United States Trustee, 290 Federal Plaza, Central Islip, New York, 11722, Attention: Stan Yang, Esq.; (c) counsel to NBP, Watson, Farley & Williams LLP, 1133 Avenue of the Americas, 11th Floor, New York, New York, 10036 , Attn: Alfred E. Yudes, Jr. and (d) filed with the Clerk of the Bankruptcy Court located at 290 Federal Plaza, Courtroom 960, Central Islip, New York, 11722 so as to be received no later than November 30, 2009 at 3:00 p.m.

Dated: Garden City, New York
November 25, 2009

        CULLEN AND DYKMAN LLP
        Attorneys for Reorganized Debtors

By   /s/C. Nathan Dee
      Matthew G. Roseman (mr1387)
      C. Nathan Dee (CD 9703)
      100 Quentin Roosevelt Boulevard
      Garden City, New York 11530
      (516) 296-9106