## MONTHLY BUDGET NOVEMBER 10,2009 TO DECEMBER 10,2009

Inflow

| ITEM | AMOUNT | REMARK |
|---|---:|---|
| Accounts Receivable Collections | 1,344,000.00 | |
| Equity Infusion | 100,000.00 | |
| National Bank of Pakistan Loan | 4,000,000.00 | |
| Income Tax Refund | 401,000.00 | |
| New Accounts Receivalbe Financing | 1,000,000.00 | |
| | 6,845,000.00 | |

Case 8-09-78585-ast    Doc 35    Filed 12/01/09    Entered 12/01/09 11:58:40