CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

Proposed Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                               Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,      Case Nos. 09-78585 (AST)
                                                     09-78584 (AST)
                                                     09-78589 (AST)
                                                     09-78586 (AST)
                                                     09-78587 (AST)
                                                     09-78588 (AST)
                                                     09-78590 (AST)

                              Debtors.
--------------------------------------------------------x

## NOTICE OF HEARING

GENTLEMEN:

PLEASE TAKE NOTICE that a Final Hearing will be held for an Order authorizing the

Debtors and Debtors-in-Possession to enter into a Post-Petition Financing Agreement with

National Bank of Pakistan and related relief on December 22, 2009 at 2:00 p.m. before the

Honorable Alan A. Trust, United States Bankruptcy Judge for the Eastern District of New York,

at the United States Courthouse located 290 Federal Plaza, Central Islip, New York 11722,

Courtroom 960.

Dated: Garden City, New York
      December 3, 2009

                                 CULLEN AND DYKMAN LLP

                                 By:   s/ Matthew G. Roseman
                                 Matthew G. Roseman, Esq. (MR 1387)
                                 C. Nathan Dee, Esq. (CND 9703)
                                 Bonnie L. Pollack, Esq. (BP 3711)
                                 Counsel to Debtors and Debtors-in Possession
                                 100 Quentin Roosevelt Boulevard
                                 Garden City, New York 11530
                                 (516) 357-3700