# EXHIBIT K

## SECURITY AGREEMENT

This SECURITY AGREEMENT (herein referred to, including as the same may from time to time be amended, restated or otherwise modified, as this "Agreement") is made as of the 14th day of May, 2009, by and between GLOBAL CONTAINER LINES LIMITED, a Delaware corporation (herein referred to, together with its successors and assigns as the "Grantor") in favor of KEYBANK NATIONAL ASSOCIATION (herein referred to, together with its successors and assigns as the "Secured Party").

    1.    Recitals.

    A.    The following agreements and instruments, among others, are in effect between the respective parties indicated:

    (i)    *Letter Agreement* dated October 12, 2007 between Gilmore Shipping Corp. ("Gilmore") and Secured Party providing for a line of credit as therein described (herein referred to, including as the same has been or may be amended, restated, supplemented and/or otherwise modified from time to time, as the "Gilmore Loan Agreement");

    (ii)    *Amended and Restated Promissory Note* dated May 14$\widetilde{th}$ 2009 in the original principal amount of $5,000,000 issued by Gilmore to Secured Party (herein referred to, including as the same has been or may be amended, restated, supplemented and/or otherwise modified from time to time, as the "Gilmore Note");

    (iii)    *First Preferred Saint Vincent and the Grenadines Ship Mortgage* on the M/V *Global Precision*, granted by Gilmore in favor of Secured Party dated October 12, 2007 (herein referred to, including as the same has been or may be amended, restated, supplemented and/or otherwise modified or replaced from time to time (including by a new mortgage on the *Global Precision* to be executed and delivered in connection with the registration of the *Global Precision* in Panama), as the "Precision First Mortgage"); and

    (iv)    *Guarantee/Global Container Lines Limited and Guarantee/GCL Shipping Corp.*, each dated October 12, 2007 (herein referred to, including as either of the same has been or may be amended, restated, supplemented and/or otherwise modified from time to time, as the "Gilmore Guaranties") issued by Grantor and GCL Shipping Corp., respectively, to Secured Party relating to indebtedness of Gilmore to Secured Party.

The instruments and agreements described in (i) through (iv) above and this Agreement are herein collectively and severally referred to as the "Loan Documents".

    B.    Gilmore has requested a new loan from Secured Party in the amount of approximately $500,000 to finance in part dry docking and other expenses to be incurred with respect to the *Global Precision* in order, among other things, to retain the *Global Precision's* class certification which is essential to the maintenance of insurance and the qualification of the

JURY TRIAL WAIVER.  GRANTOR, TO THE EXTENT PERMITTED BY LAW, HEREBY WAIVES ANY RIGHT TO HAVE A JURY PARTICIPATE IN RESOLVING ANY DISPUTE, WHETHER SOUNDING IN CONTRACT, TORT, OR OTHERWISE, BETWEEN GRANTOR AND SECURED PARTY ARISING OUT OF, IN CONNECTION WITH, RELATED TO, OR INCIDENTAL TO THE RELATIONSHIP ESTABLISHED BETWEEN THEM IN CONNECTION WITH THIS AGREEMENT, ANY LOAN DOCUMENT, OR ANY NOTE OR OTHER INSTRUMENT, DOCUMENT OR AGREEMENT EXECUTED OR DELIVERED IN CONNECTION HEREWITH OR THE TRANSACTIONS RELATED THERETO.  THIS WAIVER SHALL NOT IN ANY WAY AFFECT, WAIVE, LIMIT, AMEND OR MODIFY THE RIGHT OF THE SECURED PARTY TO PURSUE REMEDIES PURSUANT TO ANY CONFESSION OF JUDGMENT OR COGNOVIT PROVISION CONTAINED IN ANY NOTE, OR OTHER INSTRUMENT, DOCUMENT OR AGREEMENT BETWEEN GRANTOR AND SECURED PARTY.

IN WITNESS WHEREOF, the undersigned have executed and delivered this Security Agreement as of the date first written above.

KEYBANK NATIONAL ASSOCIATION, as Secured Party

GLOBAL CONTAINER LINES LIMITED, a Delaware corporation, as Grantor

By:_____
    Name:
    Title:

By:_____
    Name: *KAREN PANSIMA*
    Title: *PRESIDENT*

JURY TRIAL WAIVER. GRANTOR, TO THE EXTENT PERMITTED BY LAW, HEREBY WAIVES ANY RIGHT TO HAVE A JURY PARTICIPATE IN RESOLVING ANY DISPUTE, WHETHER SOUNDING IN CONTRACT, TORT, OR OTHERWISE, BETWEEN GRANTOR AND SECURED PARTY ARISING OUT OF, IN CONNECTION WITH, RELATED TO, OR INCIDENTAL TO THE RELATIONSHIP ESTABLISHED BETWEEN THEM IN CONNECTION WITH THIS AGREEMENT, ANY LOAN DOCUMENT, OR ANY NOTE OR OTHER INSTRUMENT, DOCUMENT OR AGREEMENT EXECUTED OR DELIVERED IN CONNECTION HEREWITH OR THE TRANSACTIONS RELATED THERETO. THIS WAIVER SHALL NOT IN ANY WAY AFFECT, WAIVE, LIMIT, AMEND OR MODIFY THE RIGHT OF THE SECURED PARTY TO PURSUE REMEDIES PURSUANT TO ANY CONFESSION OF JUDGMENT OR COGNOVIT PROVISION CONTAINED IN ANY NOTE, OR OTHER INSTRUMENT, DOCUMENT OR AGREEMENT BETWEEN GRANTOR AND SECURED PARTY.

IN WITNESS WHEREOF, the undersigned have executed and delivered this Security Agreement as of the date first written above.

KEYBANK NATIONAL ASSOCIATION,
as Secured Party

GLOBAL CONTAINER LINES LIMITED, a
Delaware corporation, as Grantor

By: _____
Name: Richard B. Soulsby
Title: Vice President

By: _____
Name:
Title:



**EXHIBIT L**

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

Marcia Burston                                    2165665537

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

```
THOMPSON HINE LLP

3900 KEY CENTER

127 PUBLIC SQUARE

CLEVELAND OH 44114
```

*DELAWARE DEPARTMENT OF STATE*
*U.C.C. FILING SECTION*
*FILED 02:07 PM 05/15/2009*
*INITIAL FILING # 2009 1553715*

*SRV: 090480425*

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GLOBAL CONTAINER LINES LIMITED | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 100 QUENTIN ROOSEVELT BOULEVARD | GARDEN CITY | NY | 11530 | US |

| | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | CORPORATION | DE |

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | | |

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| KEYBANK NATIONAL ASSOCIATION | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 66 SOUTH PEARL STREET 8TH FLOOR | ALBANY | NY | 12207 | US |

**4.  This FINANCING STATEMENT covers the following collateral:**

Collateral Description - please see attachment

| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum  [if applicable] | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]  [optional] | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |
|---|---|---|---|---|

8. OPTIONAL FILER REFERENCE DATA

All of the Equipment described on Exhibit A hereto, consisting of the following: (i) shipping containers, stevedoring equipment and related items; (ii) all replacements, additions and accessions thereto; (iii) all rights arising from contracts with third parties, rules, regulations, treaties, conventions, protocols and/or trade practices, at law and/or in equity, providing for or relating to the use, possession, storage, transfer, protection, management, insuring, delivery, redelivery and/or disposition of any of the equipment; and (iv) all proceeds of any or all of the foregoing.

## Details of Stevedoring Equipment

| Sr. No. | Description | Capacity | Model | Year | Engine Type | Eqpt. No. | Chassis No. | Engine No. | Engine Model No. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Hyster Challenger Top Loader | 30 Ts | H 800A | 1980 | Cummins | 311 | A 117E1575A | 10481474 | V903-C-265 |
| 2 | Hyster Challenger Top Loader | 30 Ts | H 800A | 1980 | Cummins | 1 | A 117E1567A | 10488681 | V903-C-265 |
| 3 | Hyster Challenger Top Loader | 30 Ts | H 800A | 1980 | Cummins | 2 | A 117E1573A | 10894624 | V903-C-265 |
| 4 | Hyster Challenger Top Loader (Lower Mast with Inverted forks) | 30 Ts | H 800A | 1980 | Cummins | 312 | A 117E15184 | 10489503 | V903-C-265 |
| 5 | Kalmar KLMV 25 RORO | 25 Ts | 25 RORO | 1982 | Volvo Penta | | T 341100533 | TD70G-649939 41147940 | |
| 6 | Kalmar KLMV 25 RORO | 25 Ts | 25 RORO | 1982 | Volvo Penta | | T 341100593 | TD70G-693140191 | |
| 7 | Kalmar KLMV 25 RORO | 25 Ts | 25 RORO | 1983 | Volvo Penta | GCL 02 | T 341110620 | TD70G-139808/217632 | |
| 8 | Kalmar KLMV 25 RORO High Mast | 25 Ts | 25 RORO | 1982 | Volvo Penta | GCL 03 | T 341100547 | TD70G-141013/219078 | |
| 9 | Kalmar KLMV 25 RORO | 25 Ts | 25 RORO | 1982 | Volvo Penta | GCL 01 | T 341100546 | TD70G-149733/225282 | |
| 10 | Clark Forklift | 4 Ts | GPX 40 | 1989 | Perking | | | U610854X Sr.No.4325M1022 HLT00505 930064 (Stamped on the mast | |
| 11 | Caterpillar Forklift | 3 Ts | V60B No.74P590 | | | | | 236V99788 | |

| No. | Equipment No. | Size & Type |
|-----|---------------|-------------|
| 1 | CCCU2702167 | 20' Standard |
| 2 | CLOU2002636 | 20' Standard |
| 3 | CLOU2276750 | 20' Standard |
| 4 | CLOU2280241 | 20' Standard |
| 5 | CLOU2282687 | 20' Standard |
| 6 | CLOU2383403 | 20' Standard |
| 7 | CLOU2384185 | 20' Standard |
| 8 | CLOU2468521 | 20' Standard |
| 9 | GSTU2071354 | 20' Standard |
| 10 | GSTU2174007 | 20' Standard |
| 11 | GSTU2175929 | 20' Standard |
| 12 | GSTU2194560 | 20' Standard |
| 13 | GSTU2501460 | 20' Standard |
| 14 | GSTU2532306 | 20' Standard |
| 15 | GSTU2614195 | 20' Standard |
| 16 | GSTU2639172 | 20' Standard |
| 17 | GSTU2703137 | 20' Standard |
| 18 | GSTU3044630 | 20' Standard |
| 19 | GSTU3046802 | 20' Standard |
| 20 | GSTU3172354 | 20' Standard |
| 21 | GSTU3215203 | 20' Standard |
| 22 | GSTU3220350 | 20' Standard |
| 23 | GSTU3311742 | 20' Standard |
| 24 | GSTU3391516 | 20' Standard |
| 25 | GSTU3394773 | 20' Standard |
| 26 | GSTU3395614 | 20' Standard |
| 27 | GSTU3395722 | 20' Standard |
| 28 | GSTU3401471 | 20' Standard |
| 29 | GSTU3405456 | 20' Standard |
| 30 | GSTU3405585 | 20' Standard |
| 31 | GSTU3408666 | 20' Standard |
| 32 | GSTU3409127 | 20' Standard |
| 33 | GSTU3413019 | 20' Standard |
| 34 | GSTU3421082 | 20' Standard |
| 35 | GSTU3427835 | 20' Standard |
| 36 | GSTU3504145 | 20' Standard |
| 37 | GSTU3680910 | 20' Standard |
| 38 | GSTU3906102 | 20' Standard |
| 39 | GSTU4042442 | 20' Standard |
| 40 | GSTU4050427 | 20' Standard |
| 41 | GSTU4115071 | 20' Standard |
| 42 | GSTU4145728 | 20' Standard |
| 43 | GSTU4150339 | 20' Standard |
| 44 | GSTU4231657 | 20' Standard |
| 45 | GSTU4263778 | 20' Standard |
| 46 | GSTU4423201 | 20' Standard |
| 47 | GSTU4533620 | 20' Standard |
| 48 | GSTU4607282 | 20' Standard |
| 49 | GSTU4673089 | 20' Standard |

```
50   GSTU4786212   20'  Standard
51   GSTU5604610   20'  Standard
52   ICCU7924455   20'  Standard
53   IKKU37642     20'  Standard
54   ITLU6441390   20'  Standard
55   ITLU6496813   20'  Standard
56   ITLU6549235   20'  Standard
57   ITLU6592099   20'  Standard
58   ITLU6637167   20'  Standard
59   ITLU6670606   20'  Standard
60   ITLU6690515   20'  Standard
61   ITLU6693480   20'  Standard
62   ITLU6818910   20'  Standard
63   ITLU6909291   20'  Standard
64   ITLU6936105   20'  Standard
65   ITLU6938366   20'  Standard
66   SCXU8951248   20'  Standard
67   SCXU8952898   20'  Standard
68   SCZU3056406   20'  Standard
69   SCZU3073722   20'  Standard
70   SCZU7165112   20'  Standard
71   SCZU7165998   20'  Standard
72   SCZU7168338   20'  Standard
73   SCZU7169041   20'  Standard
74   SCZU7192289   20'  Standard
75   SCZU7195272   20'  Standard
76   SCZU7215358   20'  Standard
77   SCZU7234070   20'  Standard
78   SCZU7249086   20'  Standard
79   SCZU7288781   20'  Standard
80   SCZU7297649   20'  Standard
81   SCZU7297700   20'  Standard
82   SCZU7324791   20'  Standard
83   SCZU7325416   20'  Standard
84   SCZU7325503   20'  Standard
85   SCZU7325571   20'  Standard
86   SCZU7331656   20'  Standard
87   SCZU7359334   20'  Standard
88   SCZU7364285   20'  Standard
89   SCZU7369060   20'  Standard
90   SCZU7369857   20'  Standard
91   SCZU7417739   20'  Standard
92   SCZU7425945   20'  Standard
93   SCZU7431737   20'  Standard
94   SCZU7431824   20'  Standard
95   SCZU7432538   20'  Standard
96   SCZU7432728   20'  Standard
97   SCZU7433386   20'  Standard
98   SCZU7433447   20'  Standard
99   SCZU7433998   20'  Standard
```

```
100   SCZU7434398    20'  Standard
101   SCZU7434593    20'  Standard
102   SCZU7434612    20'  Standard
103   SCZU7435054    20'  Standard
104   SCZU7435141    20'  Standard
105   SCZU7435521    20'  Standard
106   SCZU7435650    20'  Standard
107   SCZU7435840    20'  Standard
108   SCZU7435990    20'  Standard
109   SCZU7436343    20'  Standard
110   SCZU7437252    20'  Standard
111   SCZU7438346    20'  Standard
112   SCZU7439044    20'  Standard
113   SCZU7439764    20'  Standard
114   SCZU7439960    20'  Standard
115   SCZU7440343    20'  Standard
116   SCZU7441294    20'  Standard
117   SCZU7441967    20'  Standard
118   SCZU7442270    20'  Standard
119   SCZU7442644    20'  Standard
120   SCZU7443168    20'  Standard
121   SCZU7443234    20'  Standard
122   SCZU7444020    20'  Standard
123   SCZU7444225    20'  Standard
124   SCZU7444400    20'  Standard
125   SCZU7445535    20'  Standard
126   SCZU7446249    20'  Standard
127   SCZU7526215    20'  Standard
128   SCZU7530236    20'  Standard
129   SCZU7532060    20'  Standard
130   XTRU2019471    20'  Standard
131   ZIMU2630498    20'  Standard
132   GCIU2080500    20'  Standard
133   GCIU2082605    20'  Standard
134   GCIU2082694    20'  Standard
135   CCAV200071     20'  Standard
136   CRXU1208698    20'  Standard
137   CRXU1334211    20'  Standard
138   CRXU2819500    20'  Standard
139   CTIU3467046    20'  Standard
140   GCIU2010117    20'  Standard
141   GCIU2010354    20'  Standard
142   GCIU201055A    20'  Standard
143   GCIU201089A    20'  Standard
144   GCIU2011284    20'  Standard
145   GCIU2011411    20'  Standard
146   GCIU2060015    20'  Standard
147   GCIU2060062    20'  Standard
148   GCIU2060078    40'  Standard
149   GCIU2060102    20'  Standard
```

```
150   GCIU2060118   20'  Standard
151   GCIU2060144   20'  Standard
152   GCIU2060170   20'  Standard
153   GCIU2060268   20'  Standard
154   GCIU2060289   20'  Standard
155   GCIU2060329   20'  Standard
156   GCIU2060340   20'  Standard
157   GCIU2060416   20'  Standard
158   GCIU2060442   20'  Standard
159   GCIU2060484   20'  Standard
160   GCIU2060592   20'  Standard
161   GCIU2060714   20'  Standard
162   GCIU2060859   20'  Standard
163   GCIU2060951   20'  Standard
164   GCIU2060988   20'  Standard
165   GCIU2061182   20'  Standard
166   GCIU2061304   20'  Standard
167   GCIU2061330   20'  Standard
168   GCIU2061428   20'  Standard
169   GCIU2061460   20'  Standard
170   GCIU2061541   20'  Standard
171   GCIU2061644   20'  Standard
172   GCIU2061670   20'  Standard
173   GCIU2061686   20'  Standard
174   GCIU2061710   20'  Standard
175   GCIU2061747   20'  Standard
176   GCIU2061813   20'  Standard
177   GCIU2061834   20'  Standard
178   GCIU2061937   20'  Standard
179   GCIU2061942   20'  Standard
180   GCIU2061963   20'  Standard
181   GCIU2061979   20'  Standard
182   GCIU2062002   20'  Standard
183   GCIU2062018   20'  Standard
184   GCIU2062044   20'  Standard
185   GCIU2062070   20'  Standard
186   GCIU2062086   20'  Standard
187   GCIU2062240   20'  Standard
188   GCIU2062424   20'  Standard
189   GCIU2062511   20'  Standard
190   GCIU2062527   40'  Standard
191   GCIU2062574   20'  Standard
192   GCIU2062722   20'  Standard
193   GCIU2062804   20'  Standard
194   GCIU2062825   20'  Standard
195   GCIU2062830   20'  Standard
196   GCIU2062846   20'  Standard
197   GCIU2062872   20'  Standard
198   GCIU2062888   20'  Standard
199   GCIU2062912   20'  Standard
```

```
200    GCIU2062980    20'  Standard
201    GCIU2062996    20'  Standard
202    GCIU2080032    20'  Standard
203    GCIU2080080    20'  Standard
204    GCIU2080201    20'  Standard
205    GCIU2080217    20'  Standard
206    GCIU2080259    20'  Standard
207    GCIU2080325    20'  Standard
208    GCIU2080372    20'  Standard
209    GCIU2080388    20'  Standard
210    GCIU2080393    20'  Standard
211    GCIU2080520    20'  Standard
212    GCIU2080541    40'  Standard
213    GCIU2080602    20'  Standard
214    GCIU2080618    20'  Standard
215    GCIU2080644    20'  Standard
216    GCIU2080768    20'  Standard
217    GCIU2080808    20'  Standard
218    GCIU2080840    20'  Standard
219    GCIU2080855    20'  Standard
220    GCIU2080963    20'  Standard
221    GCIU2080979    20'  Standard
222    GCIU2080984    20'  Standard
223    GCIU2081018    20'  Standard
224    GCIU2081023    20'  Standard
225    GCIU2081147    20'  Standard
226    GCIU2081189    20'  Standard
227    GCIU2081194    20'  Standard
228    GCIU2081229    20'  Standard
229    GCIU2081240    20'  Standard
230    GCIU2081255    20'  Standard
231    GCIU2081281    20'  Standard
232    GCIU2081297    40'  Standard
233    GCIU2081300    20'  Standard
234    GCIU2081316    20'  Standard
235    GCIU2081342    20'  Standard
236    GCIU2081363    20'  Standard
237    GCIU2081403    20'  Standard
238    GCIU2081553    20'  Standard
239    GCIU2081569    20'  Standard
240    GCIU2081717    20'  Standard
241    GCIU2081738    20'  Standard
242    GCIU2081764    20'  Standard
243    GCIU2081785    20'  Standard
244    GCIU2081830    20'  Standard
245    GCIU2081912    20'  Standard
246    GCIU2081949    20'  Standard
247    GCIU2081975    20'  Standard
248    GCIU2082035    20'  Standard
249    GCIU2082061    20'  Standard
```

| | | | |
|---|---|---|---|
| 250 | GCIU2082101 | 20' | Standard |
| 251 | GCIU2082122 | 20' | Standard |
| 252 | GCIU2082138 | 20' | Standard |
| 253 | GCIU2082190 | 20' | Standard |
| 254 | GCIU2082246 | 20' | Standard |
| 255 | GCIU2082251 | 20' | Standard |
| 256 | GCIU2082293 | 20' | Standard |
| 257 | GCIU2082328 | 20' | Standard |
| 258 | GCIU2082380 | 20' | Standard |
| 259 | GCIU2082396 | 20' | Standard |
| 260 | GCIU2082462 | 20' | Standard |
| 261 | GCIU2082550 | 20' | Standard |
| 262 | GCIU2082647 | 20' | Standard |
| 263 | GCIU2082689 | 20' | Standard |
| 264 | GCIU2082713 | 20' | Standard |
| 265 | GCIU2082729 | 20' | Standard |
| 266 | GCIU2082816 | 20' | Standard |
| 267 | GCIU2082950 | 20' | Standard |
| 268 | GCIU2082966 | 20' | Standard |
| 269 | GCIU2090025 | 20' | Standard |
| 270 | GCIU2090051 | 20' | Standard |
| 271 | GCIU2090323 | 20' | Standard |
| 272 | GCIU2090339 | 20' | Standard |
| 273 | GCIU2090350 | 20' | Standard |
| 274 | GCIU2090447 | 20' | Standard |
| 275 | GCIU2090468 | 20' | Standard |
| 276 | GCIU2090621 | 20' | Standard |
| 277 | GCIU2090792 | 20' | Standard |
| 278 | GCIU2090806 | 20' | Standard |
| 279 | GCIU2090811 | 20' | Standard |
| 280 | GCIU2090832 | 20' | Standard |
| 281 | GCIU2090853 | 20' | Standard |
| 282 | GCIU2090880 | 20' | Standard |
| 283 | GCIU2090940 | 20' | Standard |
| 284 | GCIU2090977 | 20' | Standard |
| 285 | GCIU2091058 | 20' | Standard |
| 286 | GCIU2091079 | 20' | Standard |
| 287 | GCIU2091320 | 20' | Standard |
| 288 | GCIU2091459 | 20' | Standard |
| 289 | GCIU2091485 | 20' | Standard |
| 290 | GCIU2091504 | 20' | Standard |
| 291 | GCIU2091572 | 20' | Standard |
| 292 | GCIU2091607 | 20' | Standard |
| 293 | GCIU2091649 | 20' | Standard |
| 294 | GCIU2091654 | 20' | Standard |
| 295 | GCIU2091715 | 20' | Standard |
| 296 | GCIU2091736 | 20' | Standard |
| 297 | GCIU2091802 | 20' | Standard |
| 298 | GCIU2091844 | 20' | Standard |
| 299 | GCIU2091891 | 20' | Standard |

```
300    GCIU2092007    20'    Standard
301    GCIU2092141    20'    Standard
302    GCIU2092157    20'    Standard
303    GCIU2092286    20'    Standard
304    GCIU2092305    20'    Standard
305    GCIU2092326    20'    Standard
306    GCIU2092394    20'    Standard
307    GCIU2092408    20'    Standard
308    GCIU2092516    20'    Standard
309    GCIU2092630    20'    Standard
310    GCIU2092645    20'    Standard
311    GCIU2092650    20'    Standard
312    GCIU2092671    20'    Standard
313    GCIU2092711    20'    Standard
314    GCIU2092727    20'    Standard
315    GCIU2092748    20'    Standard
316    GCIU2092769    20'    Standard
317    GCIU2092795    20'    Standard
318    GCIU2092877    20'    Standard
319    GCIU2092898    20'    Standard
320    GCIU2093003    20'    Standard
321    GCIU2093087    20'    Standard
322    GCIU2093111    20'    Standard
323    GCIU2093220    20'    Standard
324    GCIU2093282    20'    Standard
325    GCIU2093301    20'    Standard
326    GCIU2093390    20'    Standard
327    GCIU2093425    20'    Standard
328    GCIU2093446    20'    Standard
329    GCIU2093472    20'    Standard
330    GCIU2093488    20'    Standard
331    GCIU2093528    20'    Standard
332    GCIU2093533    20'    Standard
333    GCIU2093549    20'    Standard
334    GCIU2093560    20'    Standard
335    GCIU2093678    20'    Standard
336    GCIU2093702    20'    Standard
337    GCIU2093791    20'    Standard
338    GCIU2093805    20'    Standard
339    GCIU2093831    20'    Standard
340    GCIU2093929    20'    Standard
341    GCIU2093997    20'    Standard
342    GCIU2094083    20'    Standard
343    GCIU2094099    20'    Standard
344    GCIU2094205    20'    Standard
345    GCIU2094247    20'    Standard
346    GCIU2094289    20'    Standard
347    GCIU2094294    20'    Standard
348    GCIU2094308    20'    Standard
349    GCIU2094397    20'    Standard
```

```
350    GCIU2094400    20'  Standard
351    GCIU2094479    20'  Standard
352    GCIU2094490    20'  Standard
353    GCIU2094524    20'  Standard
354    GCIU2094530    20'  Standard
355    GCIU2094550    20'  Standard
356    GCIU2094653    20'  Standard
357    GCIU2094669    40'  Standard
358    GCIU2094680    20'  Standard
359    GCIU2094695    20'  Standard
360    GCIU2094709    20'  Standard
361    GCIU2094798    20'  Standard
362    GCIU2094925    20'  Standard
363    GCIU2094930    20'  Standard
364    GCIU2094946    20'  Standard
365    GCIU2094988    20'  Standard
366    GCIU2400202    20'  Standard
367    GCIU2400326    20'  Standard
368    GCIU2400429    20'  Standard
369    GCIU4302144    20'  Standard
370    GCIU4510003    40'  High Cube
371    ICCU7907761    20'  Standard
372    MLCU2021222    20'  Standard
373    MMMU4059487    20'  Standard
374    SCXU6228878    20'  Standard
375    SCXU6466475    20'  Standard
376    TEXU4480442    40'  Standard
377    TPHU2085830    20'  Standard
378    TPHU6895110    20'  Standard
379    TRLU2770327    20'  Standard
380    CLOU2365499    20'  Standard
381    CLOU2431409    20'  Standard
382    CLOU2460135    20'  Standard
383    CLOU2485107    20'  Standard
384    CLOU2488235    20'  Standard
385    CLOU2515156    20'  Standard
386    GSTU2685943    20'  Standard
387    GSTU2806665    20'  Standard
388    GSTU2823615    20'  Standard
389    GSTU3516526    20'  Standard
390    GSTU5040830    20'  Standard
391    GSTU5113330    20'  Standard
392    GSTU5118590    20'  Standard
393    GSTU5120616    20'  Standard
394    GSTU5918000    20'  Standard
395    ITLU6498328    20'  Standard
396    ITLU6700362    20'  Standard
397    SCZU7211394    20'  Standard
398    SCZU7247653    20'  Standard
399    SCZU7299636    20'  Standard
```

```
400   SCZU7431850    20' Standard
401   SCZU7435922    20' Standard
402   SCZU7443276    20' Standard
403   SCZU7464221    20' Standard
404   SCZU7519113    20' Standard
405   SCZU7520990    20' Standard
406   SCZU7521661    20' Standard
407   CTIU1732161    20' Standard
408   ACLU3650518    20' Flat bed fixd corn post
409   CGIU2905245    20' Standard
410   CGIU3156590    20' Standard
411   CMCU2075940    20' Standard
412   GCIU2011221    20' Standard
413   GCIU2061006    20' Standard
414   GCIU2061074    20' Standard
415   GCIU2062105    20' Standard
416   GCIU2080480    20' Standard
417   GCIU2080562    20' Standard
418   GCIU2081743    40' Standard
419   GCIU2082478    20' Standard
420   GCIU2090215    20' Standard
421   GCIU2091084    20' Standard
422   GCIU2092882    20' Standard
423   GCIU2093317    20' Standard
424   GCIU2739048    20' Standard
425   GCIU4368408    20' Standard
426   NONE242495     20' Flat bed fixd corn post
427   NONE8936845    20' Platform Flat
428   SCXU4282289    20' Platform Flat
429   GCIU2011155    20' Standard
430   GCIU2011159    20' Standard
431   GCIU2011263    20' Standard
432   GCIU2011265    20' Standard
433   GCIU2011269    20' Standard
434   GCIU2011274    20' Standard
435   XESU7550079    40' Flat rack fixed ends
436   XESU7550504    40' Flat rack fixed ends
437   GCIU2061808    20' Standard
438   TPXU6412135    20' Standard
439   GSTU4736720    20' Standard
440   GCIU2082776    20' Standard
441   ITLU6291393    20' Standard
442   SCXU2530088    20' Standard
443   SCXU6285646    20' Standard
444   SCLU2450067    20' Standard
445   GCIU2061011    20' Standard
446   GSTU2350934    20' Standard
447   GSTU5263582    20' Standard
448   SCZU7204190    20' Standard
449   ACLU3651031    20' Platform Flat
```

| 450 | GCIU2011181 | 20' | Standard |
|-----|-------------|-----|----------|
| 451 | GCIU2060191 | 20' | Standard |
| 452 | GCIU2062471 | 20' | Standard |
| 453 | GCIU2082204 | 20' | Standard |
| 454 | GCIU2092373 | 20' | Standard |
| 455 | GCIU2093132 | 20' | Standard |
| 456 | GCIU2093359 | 20' | Standard |
| 457 | GCIU2302232 | 20' | Standard |
| 458 | JAYU1010820 | 20' | Standard |
| 459 | JAYU1031761 | 20' | Standard |
| 460 | JAYU1032027 | 20' | Standard |
| 461 | JAYU1032372 | 20' | Standard |
| 462 | SCXU6053907 | 20' | Standard |
| 463 | SCZU7188186 | 20' | Standard |
| 464 | SCZU7431974 | 20' | Standard |
| 465 | SCZU7441340 | 20' | Standard |
| 466 | XTRU2056217 | 20' | Standard |
| 467 | ACLU3653013 | 20' | Platform Flat |
| 468 | ARVU0046144 | 40' | Flat rack fixed ends |
| 469 | ATRU212071 | 20' | Flat Rack Fixed End |
| 470 | ATRU212128 | 20' | Flat Rack Fixed End |
| 471 | CRXU2489440 | 20' | Standard |
| 472 | CTIU0202824 | 20' | Standard |
| 473 | CTIU1622272 | 20' | Standard |
| 474 | CTIU1747011 | 20' | Standard |
| 475 | CTIU2381565 | 20' | Standard |
| 476 | CTIU2496754 | 20' | Standard |
| 477 | CTIU2869708 | 20' | Standard |
| 478 | CTIU301058A | 20' | Standard |
| 479 | CTIU3142056 | 20' | Standard |
| 480 | GBLU2612230 | 20' | Flat Rack Fixed End |
| 481 | GBLU2612605 | 20' | Flat Rack Fixed End |
| 482 | GBLU2612797 | 20' | Flat Rack Fixed End |
| 483 | GBLU2612966 | 20' | Flat Rack Fixed End |
| 484 | GBLU2613089 | 20' | Flat Rack Fixed End |
| 485 | GBLU2613371 | 20' | Flat Rack Fixed End |
| 486 | GBLU2613643 | 20' | Flat Rack Fixed End |
| 487 | GBLU2613854 | 20' | Flat Rack Fixed End |
| 488 | GCIU0712433 | 20' | Standard |
| 489 | GCIU154547 | 40' | Standard |
| 490 | GCIU201017A | 20' | Standard |
| 491 | GCIU2010523 | 20' | Standard |
| 492 | GCIU2010565 | 20' | Standard |
| 493 | GCIU2010858 | 20' | Standard |
| 494 | GCIU2010950 | 20' | Standard |
| 495 | GCIU2011005 | 20' | Standard |
| 496 | GCIU2011197 | 20' | Standard |
| 497 | GCIU2011263 | 20' | Standard |
| 498 | GCIU2011319 | 20' | Standard |
| 499 | GCIU2011350 | 20' | Standard |

```
500    GCIU2011366    20'  Standard
501    GCIU2011638    20'  Standard
502    GCIU2011849    20'  Standard
503    GCIU2012249    20'  Standard
504    GCIU2012439    20'  Standard
505    GCIU2012444    20'  Standard
506    GCIU201245A    20'  Standard
507    GCIU2060083    20'  Standard
508    GCIU2060099    20'  Standard
509    GCIU2060210    20'  Standard
510    GCIU2060421    20'  Standard
511    GCIU2060530    20'  Standard
512    GCIU2060611    20'  Standard
513    GCIU2060674    20'  Standard
514    GCIU2060761    20'  Standard
515    GCIU2060910    20'  Standard
516    GCIU2060993    20'  Standard
517    GCIU2061259    20'  Standard
518    GCIU2061325    20'  Standard
519    GCIU2061367    20'  Standard
520    GCIU2061393    20'  Standard
521    GCIU2061855    20'  Standard
522    GCIU2062091    20'  Standard
523    GCIU2062189    20'  Standard
524    GCIU2062213    20'  Standard
525    GCIU2062300    20'  Standard
526    GCIU2062640    20'  Standard
527    GCIU2062656    20'  Standard
528    GCIU2062661    20'  Standard
529    GCIU2062738    20'  Standard
530    GCIU2062759    20'  Standard
531    GCIU2062954    20'  Standard
532    GCIU2080053    20'  Standard
533    GCIU2080156    20'  Standard
534    GCIU2080238    20'  Standard
535    GCIU2080243    20'  Standard
536    GCIU2080290    20'  Standard
537    GCIU2080346    20'  Standard
538    GCIU2080686    20'  Standard
539    GCIU2080860    20'  Standard
540    GCIU2080916    20'  Standard
541    GCIU2081086    20'  Standard
542    GCIU2081105    20'  Standard
543    GCIU2081152    20'  Standard
544    GCIU2081173    20'  Standard
545    GCIU2081487    20'  Standard
546    GCIU2081506    20'  Standard
547    GCIU2081620    20'  Standard
548    GCIU2081804    20'  Standard
549    GCIU2081954    20'  Standard
```

```
550  GCIU2081960  20' Standard
551  GCIU2082415  20' Standard
552  GCIU2082436  20' Standard
553  GCIU2082610  20' Standard
554  GCIU2082708  20' Standard
555  GCIU2090088  20' Standard
556  GCIU2090405  20' Standard
557  GCIU2090489  20' Standard
558  GCIU2090684  20' Standard
559  GCIU2090848  20' Standard
560  GCIU2090895  20' Standard
561  GCIU2091248  20' Standard
562  GCIU2091525  20' Standard
563  GCIU2091567  20' Standard
564  GCIU2091660  20' Standard
565  GCIU2091700  20' Standard
566  GCIU2091886  20' Standard
567  GCIU2091994  20' Standard
568  GCIU2092049  20' Standard
569  GCIU2092080  20' Standard
570  GCIU2092250  20' Standard
571  GCIU2092429  20' Standard
572  GCIU2092542  20' Standard
573  GCIU2092753  20' Standard
574  GCIU2092917  20' Standard
575  GCIU2093214  20' Standard
576  GCIU2093261  20' Standard
577  GCIU2093385  20' Standard
578  GCIU2093404  20' Standard
579  GCIU2093847  20' Standard
580  GCIU2093889  20' Standard
581  GCIU2093934  20' Standard
582  GCIU2094000  20' Standard
583  GCIU2094078  20' Standard
584  GCIU2094329  20' Standard
585  GCIU2094421  20' Standard
586  GCIU2094838  20' Standard
587  GCIU2094864  20' Standard
588  GCIU2094972  20' Standard
589  GCIU2200550  20' Standard
590  GCIU2300142  20' Standard
591  GCIU2302145  20' Standard
592  GCIU2500259  20' Standard
593  GCIU3000026  20' Flat rack collpsbl ends
594  GCIU3000031  20' Flat rack collpsbl ends
595  GCIU3000047  20' Flat rack collpsbl ends
596  GCIU3000052  20' Flat rack collpsbl ends
597  GCIU3000068  20' Flat rack collpsbl ends
598  GCIU3000073  20' Flat rack collpsbl ends
599  GCIU3000089  20' Flat rack collpsbl ends
```

```
600  GCIU3000094    20' Platform Flat Container
601  GCIU3000108    20' Flat Rack Fixed End
602  GCIU3000113    20' Flat Rack Fixed End
603  GCIU3020001    20' Platform Flat Container
604  GCIU3020017    20' FB fixd corn post
605  GCIU3020022    20' Platform Flat Container
606  GCIU3020038    20' Platform Flat Container
607  GCIU3080639    20' Standard
608  GCIU3400001    40' Platform Flat Cont
609  GCIU4302545    40' Standard
610  GCIU4305131    40' Standard
611  GCIU4510019    40' High Cube
612  GCIU4510024    40' High Cube
613  HASU0902001    40' Standard
614  ITEU1331302    20' Open-Top
615  MLCU7700273    20' Open-Top
616  MMMU1290255    20' Standard
617  MMMU3487618    20' Standard
618  NETU0000393    40' Flat rack fixed ends
619  NICU904880     20' Standard
620  NONE0008721    20' Standard
621  NONE1000540    20' Flat Rack Fixed End
622  NONE248464     20' Flat Bed fixd corn post
623  NONE810023     20' Flat Bed fixd corn post
624  NONE811538     20' Flat Bed fixd corn post
625  NONE893799     20' Flat Rack Fixed End
626  OCLU0457876    20' Standard
627  OTAU100047     20' Flat Rack Fixed End
628  RASU4179428    20'Open-Top Container
629  SAMU2612422    20' Flat Rack Fixed End
630  SAMU2612783    20' Flat Rack Fixed End
631  SAMU2613310    20' Flat Rack Fixed End
632  SAMU2613692    20' Flat Rack Fixed End
633  SCPU4704308    40' Platform Flat
634  SCPU4704484    40' Platform Flat
635  SCPU4705500    20' Standard
636  SCPU4705520    40' Platform Flat
637  SCPU4709932    40' Platform Flat
638  SCPU4711246    40' Platform Flat
639  SCPU4712833    40' Platform Flat
640  SCPU4717440    40' Platform Flat
641  SCPU4718467    40' Platform Flat
642  SCPU4719592    40' Platform Flat
643  SCPU4719801    40' Platform Flat
644  SCPU4720274    40' Flat Rack Fixed End
645  SCPU4720783    40' Platform Flat
646  SCP04721603    40' Platform Flat
647  SCP04721619    40' Platform Flat
648  SCXU2403817    20' Standard
649  SCXU2767866    20' Standard
```

```
650   SCXU2857234    20' Open-Top
651   SCXU4204012    40' Platform Flat
652   SCXU4207156    40' Platform Flat
653   SCXU4208975    40' Platform Flat
654   SCXU4702817    40' Platform Flat
655   SCXU4715882    40' Platform Flat
656   SCXU4716132    40' Platform Flat
657   SCXU4716214    40' Platform Flat
658   SCXU4716507    40' Platform Flat
659   SCXU6064141    20' Standard
660   SCXU6140848    20' Standard
661   SCXU6321450    20' Standard
662   SCXU6781667    20' Standard
663   SCXU8118587    20' Flat Rack Fixed End
664   SCXU8947382    20' Flat Bed fixd corn post
665   SCZU4487270    40' Open-Top
666   SZDU3571127    20' Standard
667   TPHU2514302    20' Open-Top
668   TPXU4108083    40' Standard
669   TPXU4346060    40' Standard
670   TPXU4350543    40' Standard
671   TPXU4509424    40' Standard
672   TPXU4512367    40' Standard
673   TPXU4649494    40' High Cube
674   TPXU5120400    40' Standard
675   TPXU6675738    20' Standard
676   TRIU2738640    20' Standard
677   UFCU6336583    20' Standard
678   UFCU6449980    20' Standard
679   XTRU8516217    20' Standard
680   CLOU2461532    20' Standard
681   CLOU2483995    20' Standard
682   GSTU2207374    20' Standard
683   GSTU3051516    20' Standard
684   GSTU3413620    20' Standard
685   GSTU3434726    20' Standard
686   GSTU3516887    20' Standard
687   GSTU3751572    20' Standard
688   GSTU5603126    20' Standard
689   ITLU6673565    20' Standard
690   ITLU6821699    20' Standard
691   SCZU7182130    20' Standard
692   SCZU7320121    20' Standard
693   SCZU7346194    20' Standard
694   SCZU7423201    20' Standard
695   SCZU7425009    20' Standard
696   SCZU7433030    20' Standard
697   SCZU7435239    20' Standard
698   SCZU7437669    20' Standard
699   SCZU7438367    20' Standard
```

```
700    SCZU7441817    20' Standard
701    SCZU7442475    20' Standard
702    SCZU7442602    20' Standard
703    SCZU7452534    20' Standard
704    SCZU7554222    20' Standard
705    XTRU8539296    20' Standard
706    ACLU3653142    20' Flat Bed fixd corn post
707    CMCU2077563    20' Standard
708    CRXU1050684    20' Standard
709    CRXU2095338    20' Standard
710    CRXU2115413    20' Standard
711    CRXU2390924    20' Standard
712    CRXU2495247    20' Standard
713    GCIU2010293    20' Standard
714    GCIU2010539    20' Standard
715    GCIU2010924    20' Standard
716    GCIU2011242    20' Standard
717    GCIU2011392    20' Standard
718    GCIU201148A    20' Standard
719    GCIU201167A    20' Standard
720    GCIU2011772    20' Standard
721    GCIU2011875    20' Standard
722    GCIU2011999    20' Standard
723    GCIU2012017    20' Standard
724    GCIU2012280    20' Standard
725    GCIU2012341    20' Standard
726    GCIU2060036    20' Standard
727    GCIU2060041    20' Standard
728    GCIU2060057    20' Standard
729    GCIU2060139    20' Standard
730    GCIU2060294    20' Standard
731    GCIU2060308    20' Standard
732    GCIU2060355    20' Standard
733    GCIU2060360    20' Standard
734    GCIU2060376    20' Standard
735    GCIU2060381    20' Standard
736    GCIU2060400    20' Standard
737    GCIU2060463    20' Standard
738    GCIU2060503    20' Standard
739    GCIU2060550    20' Standard
740    GCIU2060571    20' Standard
741    GCIU2060606    20' Standard
742    GCIU2060648    20' Standard
743    GCIU2060653    20' Standard
744    GCIU2060680    20' Standard
745    GCIU2060695    20' Standard
746    GCIU2060720    20' Standard
747    GCIU2060735    20' Standard
748    GCIU2060782    20' Standard
749    GCIU2060864    20' Standard
```

```
750   GCIU2060890   20'  Standard
751   GCIU2060904   20'  Standard
752   GCIU2060925   20'  Standard
753   GCIU2060967   20'  Standard
754   GCIU2061048   20'  Standard
755   GCIU2061080   20'  Standard
756   GCIU2061201   20'  Standard
757   GCIU2061243   20'  Standard
758   GCIU2061264   20'  Standard
759   GCIU2061388   20'  Standard
760   GCIU2061412   20'  Standard
761   GCIU2061500   20'  Standard
762   GCIU2061536   20'  Standard
763   GCIU2061578   20'  Standard
764   GCIU2061599   20'  Standard
765   GCIU2061602   20'  Standard
766   GCIU2061650   20'  Standard
767   GCIU2061731   20'  Standard
768   GCIU2061768   20'  Standard
769   GCIU2061840   20'  Standard
770   GCIU2061876   20'  Standard
771   GCIU2061897   20'  Standard
772   GCIU2061921   20'  Standard
773   GCIU2061958   20'  Standard
774   GCIU2062126   20'  Standard
775   GCIU2062147   20'  Standard
776   GCIU2062152   20'  Standard
777   GCIU2062168   20'  Standard
778   GCIU2062173   20'  Standard
779   GCIU2062229   20'  Standard
780   GCIU2062234   20'  Standard
781   GCIU2062255   20'  Standard
782   GCIU2062390   20'  Standard
783   GCIU2062419   20'  Standard
784   GCIU2062430   20'  Standard
785   GCIU2062450   20'  Standard
786   GCIU2062532   20'  Standard
787   GCIU2062620   20'  Standard
788   GCIU2062635   20'  Standard
789   GCIU2062717   20'  Standard
790   GCIU2062867   20'  Standard
791   GCIU2062933   20'  Standard
792   GCIU2062960   20'  Standard
793   GCIU2063009   20'  Standard
794   GCIU2080011   20'  Standard
795   GCIU2080095   20'  Standard
796   GCIU2080109   20'  Standard
797   GCIU2080135   20'  Standard
798   GCIU2080140   20'  Standard
799   GCIU2080182   20'  Standard
```

```
800    GCIU2080222    20'  Standard
801    GCIU2080270    20'  Standard
802    GCIU2080304    20'  Standard
803    GCIU2080407    20'  Standard
804    GCIU2080496    20'  Standard
805    GCIU2080557    20'  Standard
806    GCIU2080599    20'  Standard
807    GCIU2080623    20'  Standard
808    GCIU2080691    20'  Standard
809    GCIU2080710    20'  Standard
810    GCIU2080747    20'  Standard
811    GCIU2080937    20'  Standard
812    GCIU2080958    20'  Standard
813    GCIU2081044    20'  Standard
814    GCIU2081050    20'  Standard
815    GCIU2081065    20'  Standard
816    GCIU2081110    20'  Standard
817    GCIU2081168    20'  Standard
818    GCIU2081234    20'  Standard
819    GCIU2081321    20'  Standard
820    GCIU2081419    20'  Standard
821    GCIU2081445    20'  Standard
822    GCIU2081466    20'  Standard
823    GCIU2081527    20'  Standard
824    GCIU2081532    20'  Standard
825    GCIU2081580    20'  Standard
826    GCIU2081614    20'  Standard
827    GCIU2081635    20'  Standard
828    GCIU2081640    20'  Standard
829    GCIU2081656    20'  Standard
830    GCIU2081698    20'  Standard
831    GCIU2081701    20'  Standard
832    GCIU2081759    20'  Standard
833    GCIU2081810    20'  Standard
834    GCIU2081846    20'  Standard
835    GCIU2081928    20'  Standard
836    GCIU2081996    20'  Standard
837    GCIU2082009    20'  Standard
838    GCIU2082159    20'  Standard
839    GCIU2082170    20'  Standard
840    GCIU2082272    20'  Standard
841    GCIU2082518    20'  Standard
842    GCIU2082523    20'  Standard
843    GCIU2082539    20'  Standard
844    GCIU2082652    20'  Standard
845    GCIU2082668    20'  Standard
846    GCIU2082740    20'  Standard
847    GCIU2082760    20'  Standard
848    GCIU2082837    20'  Standard
849    GCIU2082863    20'  Standard
```

```
850   GCIU2082884   20'  Standard
851   GCIU2090067   20'  Standard
852   GCIU2090093   20'  Standard
853   GCIU2090149   20'  Standard
854   GCIU2090154   20'  Standard
855   GCIU2090160   20'  Standard
856   GCIU2090180   20'  Standard
857   GCIU2090257   20'  Standard
858   GCIU2090318   20'  Standard
859   GCIU2090344   20'  Standard
860   GCIU2090370   20'  Standard
861   GCIU2090473   20'  Standard
862   GCIU2090494   20'  Standard
863   GCIU2090540   20'  Standard
864   GCIU2090642   20'  Standard
865   GCIU2090663   20'  Standard
866   GCIU2090679   20'  Standard
867   GCIU2090719   20'  Standard
868   GCIU2090730   20'  Standard
869   GCIU2090766   20'  Standard
870   GCIU2090920   20'  Standard
871   GCIU2090935   20'  Standard
872   GCIU2091000   20'  Standard
873   GCIU2091063   20'  Standard
874   GCIU2091103   20'  Standard
875   GCIU2091119   20'  Standard
876   GCIU2091124   20'  Standard
877   GCIU2091145   20'  Standard
878   GCIU2091150   20'  Standard
879   GCIU2091166   20'  Standard
880   GCIU2091187   20'  Standard
881   GCIU2091206   20'  Standard
882   GCIU2091227   20'  Standard
883   GCIU2091253   20'  Standard
884   GCIU2091274   20'  Standard
885   GCIU2091356   20'  Standard
886   GCIU2091398   20'  Standard
887   GCIU2091422   20'  Standard
888   GCIU2091464   20'  Standard
889   GCIU2091530   20'  Standard
890   GCIU2091546   20'  Standard
891   GCIU2091633   20'  Standard
892   GCIU2091680   20'  Standard
893   GCIU2091757   20'  Standard
894   GCIU2091850   20'  Standard
895   GCIU2091947   20'  Standard
896   GCIU2091952   20'  Standard
897   GCIU2091968   20'  Standard
898   GCIU2091973   20'  Standard
899   GCIU2091989   20'  Standard
```

```
900    GCIU2092012    20'  Standard
901    GCIU2092054    20'  Standard
902    GCIU2092060    20'  Standard
903    GCIU2092075    20'  Standard
904    GCIU2092096    20'  Standard
905    GCIU2092115    20'  Standard
906    GCIU2092136    20'  Standard
907    GCIU2092162    20'  Standard
908    GCIU2092178    20'  Standard
909    GCIU2092218    20'  Standard
910    GCIU2092244    20'  Standard
911    GCIU2092331    20'  Standard
912    GCIU2092352    20'  Standard
913    GCIU2092389    20'  Standard
914    GCIU2092413    20'  Standard
915    GCIU2092476    20'  Standard
916    GCIU2092579    20'  Standard
917    GCIU2092624    20'  Standard
918    GCIU2092687    20'  Standard
919    GCIU2092774    20'  Standard
920    GCIU2092780    20'  Standard
921    GCIU2092809    20'  Standard
922    GCIU2092814    20'  Standard
923    GCIU2092861    20'  Standard
924    GCIU2092938    20'  Standard
925    GCIU2092970    20'  Standard
926    GCIU2093050    20'  Standard
927    GCIU2093066    20'  Standard
928    GCIU2093106    20'  Standard
929    GCIU2093169    20'  Standard
930    GCIU2093174    20'  Standard
931    GCIU2093338    20'  Standard
932    GCIU2093370    20'  Standard
933    GCIU2093410    20'  Standard
934    GCIU2093512    20'  Standard
935    GCIU2093575    20'  Standard
936    GCIU2093580    20'  Standard
937    GCIU2093596    20'  Standard
938    GCIU2093620    20'  Standard
939    GCIU2093641    20'  Standard
940    GCIU2093657    20'  Standard
941    GCIU2093662    20'  Standard
942    GCIU2093723    20'  Standard
943    GCIU2093744    20'  Standard
944    GCIU2093765    20'  Standard
945    GCIU2093770    20'  Standard
946    GCIU2093810    20'  Standard
947    GCIU2093826    20'  Standard
948    GCIU2093873    20'  Standard
949    GCIU2093908    20'  Standard
```

```
950    GCIU2093913    20'  Standard
951    GCIU2093955    20'  Standard
952    GCIU2093960    20'  Standard
953    GCIU2094102    20'  Standard
954    GCIU2094150    20'  Standard
955    GCIU2094186    20'  Standard
956    GCIU2094210    20'  Standard
957    GCIU2094268    20'  Standard
958    GCIU2094313    20'  Standard
959    GCIU2094334    20'  Standard
960    GCIU2094376    20'  Standard
961    GCIU2094381    20'  Standard
962    GCIU2094458    20'  Standard
963    GCIU2094484    20'  Standard
964    GCIU2094519    20'  Standard
965    GCIU2094566    20'  Standard
966    GCIU2094571    20'  Standard
967    GCIU2094756    20'  Standard
968    GCIU2094761    20'  Standard
969    GCIU2094777    20'  Standard
970    GCIU2094801    20'  Standard
971    GCIU2094870    20'  Standard
972    GCIU2094885    20'  Standard
973    GCIU2094910    20'  Standard
974    GCIU2400352    20'  Standard
975    GCIU2400460    20'  Standard
976    GCIU821152     20'  Standard
977    INBU3257239    20'  Standard
978    MAXU213152     20'  Standard
979    MLCU249557     20'  Standard
980    MMMU1328788    20'  Standard
981    SCXU2484038    20'  Flat Rack collpsbl ends
982    SCXU5110854    40'  Standard
983    SCXU6178587    20'  Standard
984    SCXU6520447    20'  Standard
985    SCXU6624539    20'  Standard
986    SCZU7552873    20'  Standard
987    SCZU7563986    20'  Standard
988    SCZU8244068    20'  Standard
989    SZDU319504     20'  Standard
990    TEXU294225     20'  Standard
991    TPHU2079191    20'  Standard
992    TPXU6549766    20'  Standard
993    TPXU6761332    20'  Standard
994    UFCU6022601    20'  Standard
995    UFCU6283056    20'  Standard
996    XTRU8526730    20'  Standard
997    CLOU2334543    20'  Standard
998    CLOU2408121    20'  Standard
999    CLOU2457851    20'  Standard
```

```
1000   GSTU2066949   20'  Standard
1001   GSTU2136882   20'  Standard
1002   GSTU2185758   20'  Standard
1003   GSTU2272019   20'  Standard
1004   GSTU3431500   20'  Standard
1005   GSTU4041596   20'  Standard
1006   GSTU4483474   20'  Standard
1007   GSTU5569253   20'  Standard
1008   ITLU6630054   20'  Standard
1009   SCZU7161610   20'  Standard
1010   SCZU7190202   20'  Standard
1011   SCZU7195816   20'  Standard
1012   SCZU7279959   20'  Standard
1013   SCZU7295693   20'  Standard
1014   SCZU7297530   20'  Standard
1015   SCZU7298666   20'  Standard
1016   SCZU7305940   20'  Standard
1017   SCZU7325967   20'  Standard
1018   SCZU7362446   20'  Standard
1019   SCZU7383449   20'  Standard
1020   SCZU7431866   20'  Standard
1021   SCZU7432991   20'  Standard
1022   SCZU7433025   20'  Standard
1023   SCZU7434680   20'  Standard
1024   SCZU7434926   20'  Standard
1025   SCZU7434952   20'  Standard
1026   SCZU7440003   20'  Standard
1027   SCZU7445812   20'  Standard
1028   CRXU2171187   20'  Standard
1029   CTIU1575231   20'  Standard
1030   CTIU1933166   20'  Standard
1031   CTIU2405219   20'  Standard
1032   CTIU2572129   20'  Standard
1033   CTIU3453633   20'  Standard
1034   GCIU2010040   20'  Standard
1035   GCIU2010415   20'  Standard
1036   GCIU2010945   20'  Standard
1037   GCIU2011031   20'  Standard
1038   GCIU2011089   20'  Standard
1039   GCIU201186A   20'  Standard
1040   GCIU2011957   20'  Standard
1041   GCIU2012399   20'  Standard
1042   GCIU2060186   20'  Standard
1043   GCIU2060273   20'  Standard
1044   GCIU2060458   20'  Standard
1045   GCIU2060490   20'  Standard
1046   GCIU2060669   20'  Standard
1047   GCIU2060885   20'  Standard
1048   GCIU2061114   20'  Standard
1049   GCIU2061520   20'  Standard
```

```
1050   GCIU2061557   20'  Standard
1051   GCIU2061665   20'  Standard
1052   GCIU2061984   20'  Standard
1053   GCIU2062208   20'  Standard
1054   GCIU2062384   20'  Standard
1055   GCIU2062928   20'  Standard
1056   GCIU2062949   20'  Standard
1057   GCIU2080074   20'  Standard
1058   GCIU2080583   20'  Standard
1059   GCIU2080876   20'  Standard
1060   GCIU2081131   20'  Standard
1061   GCIU2081213   20'  Standard
1062   GCIU2081548   20'  Standard
1063   GCIU2081888   20'  Standard
1064   GCIU2082014   20'  Standard
1065   GCIU2082307   20'  Standard
1066   GCIU2082591   20'  Standard
1067   GCIU2082626   20'  Standard
1068   GCIU2090196   20'  Standard
1069   GCIU2090200   20'  Standard
1070   GCIU2090220   20'  Standard
1071   GCIU2090391   20'  Standard
1072   GCIU2090410   20'  Standard
1073   GCIU2090426   20'  Standard
1074   GCIU2090534   20'  Standard
1075   GCIU2090745   20'  Standard
1076   GCIU2090914   20'  Standard
1077   GCIU2091037   20'  Standard
1078   GCIU2091295   20'  Standard
1079   GCIU2091335   20'  Standard
1080   GCIU2091593   20'  Standard
1081   GCIU2091762   20'  Standard
1082   GCIU2092100   20'  Standard
1083   GCIU2092943   20'  Standard
1084   GCIU2093024   20'  Standard
1085   GCIU2093030   20'  Standard
1086   GCIU2093092   20'  Standard
1087   GCIU2093298   20'  Standard
1088   GCIU2300538   20'  Standard
1089   GCIU2301684   20'  Standard
1090   GCIU2301880   20'  Standard
1091   GSTU341724    20'  Standard
1092   GSTU7349005   20'  Standard
1093   ICSU377504    20'  Standard
1094   ICSU4280350   20'  Standard
1095   NONE67438     20'  Standard
1096   NONE822445    20'  Standard
1097   SCXU4554176   20'  Standard
1098   SCXU608192A   20'  Standard
1099   SCXU6322903   20'  Standard
```

```
1100    SCXU6774267    20'  Standard
1101    SZDU3604350    20'  Standard
1102    TPHU2810449    20'  Standard
1103    TPHU6418626    20'  Standard
1104    TPXU6369018    20'  Standard
1105    TPXU6379700    20'  Standard
1106    TPXU6474986    20'  Standard
1107    UFCU3818175    20'  Standard
1108    CLOU2277612    20'  Standard
1109    CLOU2329260    20'  Standard
1110    CLOU2368060    20'  Standard
1111    CLOU2383698    20'  Standard
1112    CLOU2488298    20'  Standard
1113    GSTU2645257    20'  Standard
1114    GSTU3077510    20'  Standard
1115    GSTU3177700    20'  Standard
1116    GSTU3346878    20'  Standard
1117    GSTU3351350    20'  Standard
1118    GSTU3392894    20'  Standard
1119    GSTU3409657    20'  Standard
1120    GSTU3409997    20'  Standard
1121    GSTU3413908    20'  Standard
1122    GSTU4116294    20'  Standard
1123    GSTU4474301    20'  Standard
1124    GSTU4729188    20'  Standard
1125    GSTU5105782    20'  Standard
1126    GSTU5260881    20'  Standard
1127    ITLU6459614    20'  Standard
1128    ITLU6467672    20'  Standard
1129    ITLU6519987    20'  Standard
1130    SCZU7197969    20'  Standard
1131    SCZU7297741    20'  Standard
1132    SCZU7303361    20'  Standard
1133    SCZU7317600    20'  Standard
1134    SCZU7421493    20'  Standard
1135    SCZU7430920    20'  Standard
1136    SCZU7432712    20'  Standard
1137    SCZU7438351    20'  Standard
1138    SCZU7439888    20'  Standard
1139    GCIU2061433    20'  Standard
1140    GCIU2081867    20'  Standard
1141    GCIU2090072    40'  Standard
1142    GCIU2090827    20'  Standard
1143    GCIU2091783    20'  Standard
1144    GCIU2091910    20'  Standard
1145    GCIU2092460    20'  Standard
1146    ICSU3742346    20'  Standard
1147    TPHU8152176    20'  Standard
1148    GSTU4072637    20'  Standard
1149    SCZU3015290    40'  Standard
```

1150   SCPU4704930    40' Platform Flat