Exhibits may be viewed at the office of :

Rosenberg, Musso & Weiner, LLP
26 Court St., Suite 2211
Brooklyn, NY 11242

(718) 855-6840