AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
New York, New York 10036
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)
Lisa G. Beckerman (LB-9655)
Heidi T. Liss (HL-4777)

*Counsel for Briarcliffe Ltd. Caterina and Briarcliffe ltd. Loan*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL CONTAINER LINES LTD., *et al.*, | ) | Case No. 09-78585 (AST) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

STATE OF NEW YORK    )

      REBECCA BARLOON

    1.    Deponent is not a party to this action, is over 18 years of age and is an employee of Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, New York, New York 10036.

    2.    On December 3, 2009 I caused true and correct copies of the Notice of Appearance and Request for Notice of Akin Gump Strauss Hauer & Feld on behalf of Briarcliffe Ltd. Caterina and Briarcliffe Ltd. Loan (Docket No. 41), to be served via first class mail, postage prepaid, on the parties listed on the annexed Service List A.

                                    /s/   *Rebecca Barloon*
                                          Rebecca Barloon

Sworn to before me this
8th day of December, 2009

/s/   *Nancy C. Kunen*
Nancy C. Kunen
Notary Public, State of New York
No. 43-4945938
Qualified in Richmond County
Certificate filed in New York County
Commission Expires 1-27-2011

Global Container Lines Limited
100 Quentin Roosevelt Boulevard
Garden City, NY 11530

C. Nathan Dee
Matthew G Roseman
Cullen & Dykman, LLP
100 Quentin Rooselvelt Blvd
Garden City, NY 11530

Michael L. Schein
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Diana G. Adams
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437

Paul A. Levine
Lemery Greisler LLC
50 Beaver Street
Albany, NY 12207

Bruce Weiner
Rosenberg, Musso & Weiner, LLP
26 Court Street, Suite 2211
Brooklyn, New York 11242

Michael L. Schein
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, NY 10019

Blue Sea Capital
62 Southfeld Ave.
Building 2, Suite 214
Stamford, CT 06902

Comet Shipping Nigeria Lt
c/o Michael J. Carcich
88 Pine Street, 7th Floor
Wall Street Plaza
New York, NY 10022

DeWitt Stern Imperatore
Harborside Financial Center
Plaza Five Suite 1500
Jersey City, NJ 07311

Dewitt Stern Imperatore
PI Insurance
Harbourside Financial Center
Jersey City, NJ 07311

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

| | |
|---|---|
| **Keybank National Association**<br>66 South Pearl Street<br>Albany, NY 12207 | **Mercur International for Development Co Ltd**<br>Faisal Islamic Bank Bldg., 5th Floor<br>Port Sudan |
| **National Bank of Pakistan**<br>100 Wall Street<br>New York, NY 1005 | **SDV Ghan Limited**<br>c/o Weber Gallagher<br>Simpson Stapleon Fires<br>2000 Market St. 13th Floor<br>Philadelphia, PA 19103 |
| **Seacastle Container Leasing**<br>1 Maynard Drive<br>Park Ridge, NJ 07656 | **Spedag East Africa Ltd.**<br>Kriegackerstasse 91<br>Muttenz<br>4002 Basel Switzerland |
| **Tanzania Road Haulage**<br>PO Box 21493<br>Nelson Mandela Expressway<br>Dar Es Salaam, Tanzania | **Textainer Equipment**<br>650 California Street, 16th Floor<br>San Francisco, CA 94108 |
| **Textainer Equipment Management**<br>650 California Street, 16th Floor<br>San Francisco, CA 64108 | **TSG Technical Services**<br>2245 M St, NW<br>Washington, DC |
| **United States Dept. of Agriculture**<br>Kansas City Commodity<br>PO Box 419205<br>Kansas City, MO 64114 | **U.S. Bureau of Customs and Border protection**<br>PO Box 70946<br>Charlotte, NC 28272 |