CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

Proposed Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                    Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,      Case Nos. 09-78585 (AST)
                                                    09-78584 (AST)
                                                    09-78589 (AST)
                                                    09-78586 (AST)
                                                    09-78587 (AST)
                                                    09-78588 (AST)
                                                    09-78590 (AST)
                        Debtors.
-------------------------------------------------------------x

## NOTICE OF AMENDED EXHIBIT TO DEBTORS MOTION TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS

Please find enclosed a copy of an amended Exhibit A to the Debtors'[1] motion to reject certain executory contracts and unexpired leases dated December 7, 2009. Please be advised that a hearing on the Debtors' motion has been scheduled for December 22, 2009 at 2:00 p.m. with objections to the motion, if any, to be filed by December 18, 2009 at 4:00 p.m. with the United States Bankruptcy Court for the Eastern District of New York, located at 290 Federal Plaza, Central Islip, New York, 11722. Copies of the Debtors' motion were previously served on all counterparties to the contracts or leases being rejected, the United States Trustee's office,

---

[1] The Debtors in these chapter 11 cases are: Global Container Lines, LTD, Shiptrade, Inc., GCL Shipping Corp, Redstone Shipping Corp., Gilmore Shipping Corp., Global Progress, LLC and Global Prosperity, LLC.

1

counsel to the Debtors' secured lenders and all parties who have filed notices of appearance and requested service of pleadings and are available from undersigned counsel upon request.

Dated: Garden City, New York
      December 15, 2009

                              CULLEN AND DYKMAN LLP
                              Proposed Counsel for Debtors and Debtors in Possession

                              By    /s/ C. Nathan Dee
                                     Matthew G. Roseman (mr1387)
                                     C. Nathan Dee (CD 9703)
                                     100 Quentin Roosevelt Boulevard
                                     Garden City, New York 11530
                                     (516) 296-9106

**Amended Exhibit A- Container Leases**

| Contract Number | Contract Counterparty | Address | Debtor Entity | Contract Description | Contract Date | Additional Notice (if any) |
|---|---|---|---|---|---|---|
| NAML3211 | Textainer Equipment Management, (U.S) Limited | 650 California Street, 16th Fl, San Francisco, CA 94108 | Global Container Lines, Ltd | Equipment Lease | Lease Schedules dated March 6, 2000 and Master LeaseAgreement dated April 22, 1992 | |
| WAMM3137 | Textainer Equipment Management, (U.S) Limited | 650 California Street, San Francisco, 16th Fl, CA 94108 | Global Container Lines, Ltd | Equipment Lease | | |
| MGCL10M | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |
| GCLG5 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | July 1, 2004 | |
| GCL5001 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |
| GCL5002 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |
| GCL5004 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |
| GCL5005 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |

| Contract Number | Contract Counterparty | Address | Debtor Entity | Contract Description | Contract Date | Additional Notice (if any) |
|---|---|---|---|---|---|---|
| 001349 | GESEACO a/k/a GE Sea Co Services, LTD | Sea Containers House, 20 Upper Ground, London SE1 9PF, England | Shiptrade, Inc. | Equipment Lease | April 1, 1999 | |
| S54902/STL D20150 | GESEACO a/k/a GE Sea Co Services, LTD | Sea Containers House, 20 Upper Ground, London SE1 9PF, England | Shiptrade, Inc. | Equipment Lease | June 18, 2999 | |
| 003729 | GESEACO a/k/a GE Sea Co Services, LTD | Sea Containers House, 20 Upper Ground, London SE1 9PF, England | Shiptrade, Inc | Equipment Lease | | |
| GCOL 100 | Container Applications Limited | Suite 102, Corporate Centre, Bush Hill, Bay Street, St. Michael, Barbados, West Indies | Global Container Lines, LTD | Master Lease Agreement | February 1, 2008 | |
| GLL 42 | Triton Container International Limited | 55 Green Street San Francisco, California, 94111 | Global Container Lines, LTD | Equipment Lease | April 1, 2006 | |
| GLL 41 | Triton Container International Limited | 55 Green Street San Francisco, California, 94111 | Global Container Lines, LTD | Amendment No. 1 to Equipment Lease | March 1, 2005 | |