# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

IN RE:     CASE NO: 8−09−78585−ast

   Global Container Lines Limited

SSN/TAX ID:     CHAPTER: 11

   11−3024523

DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on December 1, 2009 was filed on December 11, 2009 .

The following deadlines apply:

The parties have until December 18, 2009 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is January 4, 2010.

If a Transcript Redaction Request is filed, the redacted transcript is due January 11, 2010.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is March 11, 2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber TypeWrite Word Processing Service 1−888−4TYPEWP or you may view the document at the public terminal at the Office of the Clerk.

Dated: December 14, 2009

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: dcox              Page 1 of 1             Date Rcvd: Dec 14, 2009
Case: 09-78585                Form ID: 295            Total Noticed: 3
```

The following entities were noticed by first class mail on Dec 16, 2009.
```
db           +Global Container Lines Limited,    100 Quentin Roosevelt Boulevard,    Garden City, NY 11530-4874
aty          +J Stephen Simms,    Simms Showers LLP,    20 S Charles Street,    Suite 702,
               Baltimore, MD 21201-3291
             +Alfred E. Yudes c/o Watson Farley & Williams,    1133 Avenue of the Americas,
               New York, NY 10036-6710
```

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 16, 2009**                         **Signature:** _Joseph Speetjens_