# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Global Container Lines Limited | | | | |
| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 100 Quentin Roosevelt Boulevard | Garden City | NY | 11530 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION |
|---|---|---|---|
| | | Corporation | Delaware |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - Insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION |
|---|---|---|
| | | |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Seacastle Container Leasing, LLC | | | | |
| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 4000 Executive Parkway, Suite 240 | San Ramon | CA | 08540 | US |

4. This FINANCING STATEMENT covers the following collateral:

Lease agreement (#3507) - March 25, 2005 - CAI-Interpool / Global Container Lines
Lease agreement (#3531) - December 13, 2005 - CAI-Interpool / Global Container Lines
See attached list of Equipment, including Schedule A. This Equipment is subject to true leases between the Secured Party as Lessor (successor to/owner of leases) and Debtor as Lessee and this Financing Statement is filed as a precaution only under UCC Section 9-408.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | | | All Debtors | Debtor 1 | Debtor 2 |

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

## *SCHEDULE "A"*

## GLOBAL CONTAINER LINES LIMITED

Seacastle Container Leasing, LLC, successor to/owner of

Lessor:   Interpool Limited   / CAI - Interpool

Account #  

| Quantity | Equipment Description |
|---|---|
| 400 | 20' x 8' x 8'6" Dry Cargo Containers  (Mfr: Singamas)<br>Unit Numbers:  GCIU 205001  through  GCIU 205400 |
| 100 | 40' x 8' x 9'6" Dry Cargo Containers  (Mfr: Singamas)<br>Unit Numbers:  GCIU 451003  through  GCIU 451102 |

and all replacement, substitution and additional units of equipment subject to the terms and conditions of the lease agreement between the parties and all receivables and/or proceeds derived from all of the Equipment.

AND, Equipment, namely, Dry Cargo Containers, serial numbers in the ranges of GCIU 205401 through GCIU 205600 per 20' x 8' x 8'6" container, and GCIU 451 103 through GCIU 451352 per 40' x 8' x 9'6" container, and all replacement, substitution and additional units of equipment subject to the terms and conditions of the lease agreement between the parties (including predecessors) and all receivables and/or proceeds derived from all of the Equipment.

Note: serial numbers are the first six digits after the prefix "GCIU"

| Unit Number | Equip Type | Contract |
|---|---|---|
| GCIU2050017 | D20ST30T | 3507A |
| GCIU2050022 | D20ST30T | 3507A |
| GCIU2050038 | D20ST30T | 3507A |
| GCIU2050043 | D20ST30T | 3507 |
| GCIU2050059 | D20ST30T | 3507B |
| GCIU2050064 | D20ST30T | 3507B |
| GCIU2050070 | D20ST30T | 3507A |
| GCIU2050085 | D20ST30T | 3507B |
| GCIU2050090 | D20ST30T | 3507A |
| GCIU2050104 | D20ST30T | 3507A |
| GCIU2050110 | D20ST30T | 3507 |
| GCIU2050125 | D20ST30T | 3507A |
| GCIU2050130 | D20ST30T | 3507B |
| GCIU2050146 | D20ST30T | 3507 |
| GCIU2050151 | D20ST30T | 3507 |
| GCIU2050167 | D20ST30T | 3507 |
| GCIU2050172 | D20ST30T | 3507 |
| GCIU2050188 | D20ST30T | 3507A |
| GCIU2050193 | D20ST30T | 3507D |
| GCIU2050207 | D20ST30T | 3507E |
| GCIU2050212 | D20ST30T | 3507A |
| GCIU2050228 | D20ST30T | 3507A |
| GCIU2050233 | D20ST30T | 3507A |
| GCIU2050249 | D20ST30T | 3507A |
| GCIU2050254 | D20ST30T | 3507A |
| GCIU2050260 | D20ST30T | 3507A |
| GCIU2050275 | D20ST30T | 3507 |
| GCIU2050280 | D20ST30T | 3507 |
| GCIU2050296 | D20ST30T | 3507 |
| GCIU2050300 | D20ST30T | 3507A |
| GCIU2050315 | D20ST30T | 3507A |
| GCIU2050320 | D20ST30T | 3507A |
| GCIU2050336 | D20ST30T | 3507A |
| GCIU2050341 | D20ST30T | 3507 |
| GCIU2050357 | D20ST30T | 3507A |
| GCIU2050362 | D20ST30T | 3507A |
| GCIU2050378 | D20ST30T | 3507A |
| GCIU2050383 | D20ST30T | 3507 |
| GCIU2050399 | D20ST30T | 3507A |
| GCIU2050402 | D20ST30T | 3507A |
| GCIU2050418 | D20ST30T | 3507 |
| GCIU2050423 | D20ST30T | 3507A |
| GCIU2050439 | D20ST30T | 3507B |
| GCIU2050444 | D20ST30T | 3507 |
| GCIU2050450 | D20ST30T | 3507 |
| GCIU2050465 | D20ST30T | 3507A |
| GCIU2050470 | D20ST30T | 3507A |
| GCIU2050486 | D20ST30T | 3507A |
| GCIU2050491 | D20ST30T | 3507A |
| GCIU2050505 | D20ST30T | 3507A |
| GCIU2050510 | D20ST30T | 3507A |

```
GCIU2050526 D20ST30T    3507A
GCIU2050531 D20ST30T    3507A
GCIU2050547 D20ST30T    3507A
GCIU2050552 D20ST30T    3507A
GCIU2050568 D20ST30T    3507A
GCIU2050573 D20ST30T    3507A
GCIU2050589 D20ST30T    3507A
GCIU2050594 D20ST30T    3507B
GCIU2050608 D20ST30T    3507
GCIU2050613 D20ST30T    3507
GCIU2050629 D20ST30T    3507
GCIU2050634 D20ST30T    3507
GCIU2050640 D20ST30T    3507
GCIU2050655 D20ST30T    3507A
GCIU2050660 D20ST30T    3507B
GCIU2050676 D20ST30T    3507A
GCIU2050681 D20ST30T    3507
GCIU2050697 D20ST30T    3507A
GCIU2050700 D20ST30T    3507B
GCIU2050716 D20ST30T    3507A
GCIU2050721 D20ST30T    3507A
GCIU2050737 D20ST30T    3507A
GCIU2050742 D20ST30T    3507A
GCIU2050758 D20ST30T    3507A
GCIU2050763 D20ST30T    3507A
GCIU2050779 D20ST30T    3507B
GCIU2050784 D20ST30T    3507A
GCIU2050790 D20ST30T    3507
GCIU2050803 D20ST30T    3507A
GCIU2050819 D20ST30T    3507A
GCIU2050824 D20ST30T    3507A
GCIU2050830 D20ST30T    3507
GCIU2050845 D20ST30T    3507A
GCIU2050850 D20ST30T    3507
GCIU2050866 D20ST30T    3507D
GCIU2050871 D20ST30T    3507
GCIU2050887 D20ST30T    3507C
GCIU2050892 D20ST30T    3507C
GCIU2050906 D20ST30T    3507A
GCIU2050911 D20ST30T    3507A
GCIU2050927 D20ST30T    3507B
GCIU2050932 D20ST30T    3507A
GCIU2050948 D20ST30T    3507A
GCIU2050953 D20ST30T    3507A
GCIU2050969 D20ST30T    3507B
GCIU2050974 D20ST30T    3507A
GCIU2050980 D20ST30T    3507A
GCIU2050995 D20ST30T    3507A
GCIU2051008 D20ST30T    3507B
GCIU2051013 D20ST30T    3507A
GCIU2051029 D20ST30T    3507A
GCIU2051034 D20ST30T    3507A
```

```
GCIU2051040 D20ST30T    3507A
GCIU2051055 D20ST30T    3507A
GCIU2051060 D20ST30T    3507A
GCIU2051076 D20ST30T    3507A
GCIU2051081 D20ST30T    3507B
GCIU2051097 D20ST30T    3507A
GCIU2051100 D20ST30T    3507A
GCIU2051116 D20ST30T    3507
GCIU2051121 D20ST30T    3507B
GCIU2051137 D20ST30T    3507A
GCIU2051142 D20ST30T    3507A
GCIU2051158 D20ST30T    3507A
GCIU2051163 D20ST30T    3507A
GCIU2051179 D20ST30T    3507A
GCIU2051184 D20ST30T    3507B
GCIU2051190 D20ST30T    3507B
GCIU2051203 D20ST30T    3507A
GCIU2051219 D20ST30T    3507A
GCIU2051224 D20ST30T    3507
GCIU2051230 D20ST30T    3507A
GCIU2051245 D20ST30T    3507A
GCIU2051250 D20ST30T    3507A
GCIU2051266 D20ST30T    3507B
GCIU2051271 D20ST30T    3507
GCIU2051287 D20ST30T    3507A
GCIU2051292 D20ST30T    3507A
GCIU2051306 D20ST30T    3507A
GCIU2051311 D20ST30T    3507B
GCIU2051327 D20ST30T    3507A
GCIU2051332 D20ST30T    3507A
GCIU2051348 D20ST30T    3507A
GCIU2051353 D20ST30T    3507A
GCIU2051369 D20ST30T    3507A
GCIU2051374 D20ST30T    3507A
GCIU2051380 D20ST30T    3507
GCIU2051395 D20ST30T    3507B
GCIU2051409 D20ST30T    3507A
GCIU2051414 D20ST30T    3507B
GCIU2051420 D20ST30T    3507A
GCIU2051435 D20ST30T    3507B
GCIU2051440 D20ST30T    3507A
GCIU2051456 D20ST30T    3507A
GCIU2051461 D20ST30T    3507A
GCIU2051477 D20ST30T    3507B
GCIU2051482 D20ST30T    3507A
GCIU2051498 D20ST30T    3507B
GCIU2051501 D20ST30T    3507A
GCIU2051517 D20ST30T    3507
GCIU2051522 D20ST30T    3507
GCIU2051538 D20ST30T    3507
GCIU2051543 D20ST30T    3507A
GCIU2051559 D20ST30T    3507A
```

```
GCIU2051564 D20ST30T    3507B
GCIU2051570 D20ST30T    3507A
GCIU2051585 D20ST30T    3507A
GCIU2051590 D20ST30T    3507A
GCIU2051604 D20ST30T    3507
GCIU2051610 D20ST30T    3507
GCIU2051625 D20ST30T    3507B
GCIU2051630 D20ST30T    3507
GCIU2051646 D20ST30T    3507B
GCIU2051651 D20ST30T    3507A
GCIU2051667 D20ST30T    3507A
GCIU2051672 D20ST30T    3507A
GCIU2051688 D20ST30T    3507
GCIU2051693 D20ST30T    3507
GCIU2051707 D20ST30T    3507
GCIU2051712 D20ST30T    3507
GCIU2051728 D20ST30T    3507A
GCIU2051733 D20ST30T    3507A
GCIU2051749 D20ST30T    3507A
GCIU2051754 D20ST30T    3507A
GCIU2051760 D20ST30T    3507A
GCIU2051775 D20ST30T    3507
GCIU2051780 D20ST30T    3507A
GCIU2051796 D20ST30T    3507A
GCIU2051800 D20ST30T    3507
GCIU2051815 D20ST30T    3507D
GCIU2051820 D20ST30T    3507
GCIU2051836 D20ST30T    3507A
GCIU2051841 D20ST30T    3507A
GCIU2051857 D20ST30T    3507A
GCIU2051862 D20ST30T    3507A
GCIU2051878 D20ST30T    3507A
GCIU2051883 D20ST30T    3507A
GCIU2051899 D20ST30T    3507B
GCIU2051902 D20ST30T    3507A
GCIU2051918 D20ST30T    3507A
GCIU2051923 D20ST30T    3507A
GCIU2051939 D20ST30T    3507B
GCIU2051944 D20ST30T    3507A
GCIU2051950 D20ST30T    3507A
GCIU2051965 D20ST30T    3507
GCIU2051970 D20ST30T    3507A
GCIU2051986 D20ST30T    3507
GCIU2051991 D20ST30T    3507
GCIU2052004 D20ST30T    3507A
GCIU2052010 D20ST30T    3507
GCIU2052025 D20ST30T    3507A
GCIU2052030 D20ST30T    3507B
GCIU2052046 D20ST30T    3507A
GCIU2052051 D20ST30T    3507
GCIU2052067 D20ST30T    3507
GCIU2052072 D20ST30T    3507A
```

| | | |
|---|---|---|
| GCIU2052088 | D20ST30T | 3507 |
| GCIU2052093 | D20ST30T | 3507A |
| GCIU2052107 | D20ST30T | 3507 |
| GCIU2052112 | D20ST30T | 3507A |
| GCIU2052128 | D20ST30T | 3507 |
| GCIU2052133 | D20ST30T | 3507 |
| GCIU2052149 | D20ST30T | 3507A |
| GCIU2052154 | D20ST30T | 3507 |
| GCIU2052160 | D20ST30T | 3507A |
| GCIU2052175 | D20ST30T | 3507A |
| GCIU2052180 | D20ST30T | 3507A |
| GCIU2052196 | D20ST30T | 3507 |
| GCIU2052200 | D20ST30T | 3507A |
| GCIU2052215 | D20ST30T | 3507A |
| GCIU2052220 | D20ST30T | 3507A |
| GCIU2052236 | D20ST30T | 3507A |
| GCIU2052241 | D20ST30T | 3507A |
| GCIU2052257 | D20ST30T | 3507A |
| GCIU2052262 | D20ST30T | 3507A |
| GCIU2052278 | D20ST30T | 3507A |
| GCIU2052283 | D20ST30T | 3507A |
| GCIU2052299 | D20ST30T | 3507A |
| GCIU2052302 | D20ST30T | 3507A |
| GCIU2052318 | D20ST30T | 3507A |
| GCIU2052323 | D20ST30T | 3507A |
| GCIU2052339 | D20ST30T | 3507B |
| GCIU2052344 | D20ST30T | 3507A |
| GCIU2052350 | D20ST30T | 3507B |
| GCIU2052365 | D20ST30T | 3507A |
| GCIU2052370 | D20ST30T | 3507A |
| GCIU2052386 | D20ST30T | 3507A |
| GCIU2052391 | D20ST30T | 3507A |
| GCIU2052405 | D20ST30T | 3507A |
| GCIU2052410 | D20ST30T | 3507A |
| GCIU2052426 | D20ST30T | 3507A |
| GCIU2052431 | D20ST30T | 3507 |
| GCIU2052447 | D20ST30T | 3507A |
| GCIU2052452 | D20ST30T | 3507A |
| GCIU2052468 | D20ST30T | 3507D |
| GCIU2052473 | D20ST30T | 3507A |
| GCIU2052489 | D20ST30T | 3507 |
| GCIU2052494 | D20ST30T | 3507A |
| GCIU2052508 | D20ST30T | 3507A |
| GCIU2052513 | D20ST30T | 3507A |
| GCIU2052529 | D20ST30T | 3507 |
| GCIU2052534 | D20ST30T | 3507A |
| GCIU2052540 | D20ST30T | 3507A |
| GCIU2052555 | D20ST30T | 3507 |
| GCIU2052560 | D20ST30T | 3507A |
| GCIU2052576 | D20ST30T | 3507A |
| GCIU2052581 | D20ST30T | 3507B |
| GCIU2052597 | D20ST30T | 3507 |

```
GCIU2052600 D20ST30T   3507A
GCIU2052616 D20ST30T   3507B
GCIU2052621 D20ST30T   3507B
GCIU2052637 D20ST30T   3507A
GCIU2052642 D20ST30T   3507A
GCIU2052658 D20ST30T   3507B
GCIU2052663 D20ST30T   3507B
GCIU2052679 D20ST30T   3507A
GCIU2052684 D20ST30T   3507A
GCIU2052690 D20ST30T   3507A
GCIU2052703 D20ST30T   3507A
GCIU2052719 D20ST30T   3507A
GCIU2052724 D20ST30T   3507A
GCIU2052730 D20ST30T   3507
GCIU2052745 D20ST30T   3507B
GCIU2052750 D20ST30T   3507A
GCIU2052766 D20ST30T   3507
GCIU2052771 D20ST30T   3507A
GCIU2052787 D20ST30T   3507
GCIU2052792 D20ST30T   3507
GCIU2052806 D20ST30T   3507
GCIU2052811 D20ST30T   3507
GCIU2052827 D20ST30T   3507A
GCIU2052832 D20ST30T   3507A
GCIU2052848 D20ST30T   3507A
GCIU2052853 D20ST30T   3507A
GCIU2052869 D20ST30T   3507A
GCIU2052874 D20ST30T   3507A
GCIU2052880 D20ST30T   3507A
GCIU2052895 D20ST30T   3507
GCIU2052909 D20ST30T   3507A
GCIU2052914 D20ST30T   3507
GCIU2052920 D20ST30T   3507A
GCIU2052935 D20ST30T   3507A
GCIU2052940 D20ST30T   3507A
GCIU2052956 D20ST30T   3507A
GCIU2052961 D20ST30T   3507B
GCIU2052977 D20ST30T   3507
GCIU2052982 D20ST30T   3507A
GCIU2052998 D20ST30T   3507A
GCIU2053000 D20ST30T   3507A
GCIU2053016 D20ST30T   3507A
GCIU2053021 D20ST30T   3507A
GCIU2053037 D20ST30T   3507A
GCIU2053042 D20ST30T   3507A
GCIU2053058 D20ST30T   3507A
GCIU2053063 D20ST30T   3507A
GCIU2053079 D20ST30T   3507A
GCIU2053084 D20ST30T   3507A
GCIU2053090 D20ST30T   3507B
GCIU2053103 D20ST30T   3507A
GCIU2053119 D20ST30T   3507A
```

| | | |
|---|---|---|
| GCIU2053124 | D20ST30T | 3507 |
| GCIU2053130 | D20ST30T | 3507 |
| GCIU2053145 | D20ST30T | 3507A |
| GCIU2053150 | D20ST30T | 3507 |
| GCIU2053166 | D20ST30T | 3507A |
| GCIU2053171 | D20ST30T | 3507A |
| GCIU2053187 | D20ST30T | 3507A |
| GCIU2053192 | D20ST30T | 3507A |
| GCIU2053206 | D20ST30T | 3507A |
| GCIU2053211 | D20ST30T | 3507A |
| GCIU2053227 | D20ST30T | 3507 |
| GCIU2053232 | D20ST30T | 3507 |
| GCIU2053248 | D20ST30T | 3507A |
| GCIU2053253 | D20ST30T | 3507 |
| GCIU2053269 | D20ST30T | 3507 |
| GCIU2053274 | D20ST30T | 3507A |
| GCIU2053280 | D20ST30T | 3507 |
| GCIU2053295 | D20ST30T | 3507B |
| GCIU2053309 | D20ST30T | 3507A |
| GCIU2053314 | D20ST30T | 3507 |
| GCIU2053320 | D20ST30T | 3507 |
| GCIU2053335 | D20ST30T | 3507A |
| GCIU2053340 | D20ST30T | 3507B |
| GCIU2053356 | D20ST30T | 3507A |
| GCIU2053361 | D20ST30T | 3507A |
| GCIU2053377 | D20ST30T | 3507A |
| GCIU2053382 | D20ST30T | 3507A |
| GCIU2053398 | D20ST30T | 3507A |
| GCIU2053401 | D20ST30T | 3507A |
| GCIU2053417 | D20ST30T | 3507A |
| GCIU2053422 | D20ST30T | 3507A |
| GCIU2053438 | D20ST30T | 3507A |
| GCIU2053443 | D20ST30T | 3507A |
| GCIU2053459 | D20ST30T | 3507A |
| GCIU2053464 | D20ST30T | 3507A |
| GCIU2053470 | D20ST30T | 3507A |
| GCIU2053485 | D20ST30T | 3507A |
| GCIU2053490 | D20ST30T | 3507B |
| GCIU2053504 | D20ST30T | 3507B |
| GCIU2053510 | D20ST30T | 3507A |
| GCIU2053525 | D20ST30T | 3507 |
| GCIU2053530 | D20ST30T | 3507B |
| GCIU2053546 | D20ST30T | 3507 |
| GCIU2053551 | D20ST30T | 3507B |
| GCIU2053567 | D20ST30T | 3507A |
| GCIU2053572 | D20ST30T | 3507A |
| GCIU2053588 | D20ST30T | 3507B |
| GCIU2053593 | D20ST30T | 3507B |
| GCIU2053607 | D20ST30T | 3507B |
| GCIU2053612 | D20ST30T | 3507B |
| GCIU2053628 | D20ST30T | 3507B |
| GCIU2053633 | D20ST30T | 3507 |

```
GCIU2053649 D20ST30T      3507
GCIU2053654 D20ST30T      3507
GCIU2053660 D20ST30T      3507A
GCIU2053675 D20ST30T      3507A
GCIU2053680 D20ST30T      3507A
GCIU2053696 D20ST30T      3507A
GCIU2053700 D20ST30T      3507
GCIU2053715 D20ST30T      3507
GCIU2053720 D20ST30T      3507
GCIU2053736 D20ST30T      3507
GCIU2053741 D20ST30T      3507A
GCIU2053757 D20ST30T      3507
GCIU2053762 D20ST30T      3507A
GCIU2053778 D20ST30T      3507
GCIU2053783 D20ST30T      3507A
GCIU2053799 D20ST30T      3507A
GCIU2053802 D20ST30T      3507A
GCIU2053818 D20ST30T      3507A
GCIU2053823 D20ST30T      3507A
GCIU2053839 D20ST30T      3507
GCIU2053844 D20ST30T      3507A
GCIU2053850 D20ST30T      3507
GCIU2053865 D20ST30T      3507
GCIU2053870 D20ST30T      3507A
GCIU2053886 D20ST30T      3507
GCIU2053891 D20ST30T      3507A
GCIU2053905 D20ST30T      3507
GCIU2053910 D20ST30T      3507
GCIU2053926 D20ST30T      3507
GCIU2053931 D20ST30T      3507A
GCIU2053947 D20ST30T      3507
GCIU2053952 D20ST30T      3507A
GCIU2053968 D20ST30T      3507
GCIU2053973 D20ST30T      3507B
GCIU2053989 D20ST30T      3507A
GCIU2053994 D20ST30T      3507A
GCIU2054007 D20ST30T      3507
GCIU2054012 D20ST30T      3531A
GCIU2054028 D20ST30T      3531B
GCIU2054033 D20ST30T      3531A
GCIU2054049 D20ST30T      3531B
GCIU2054054 D20ST30T      3531B
GCIU2054060 D20ST30T      3531B
GCIU2054075 D20ST30T      3531A
GCIU2054080 D20ST30T      3531B
GCIU2054096 D20ST30T      3531A
GCIU2054100 D20ST30T      3531A
GCIU2054115 D20ST30T      3531A
GCIU2054120 D20ST30T      3531A
GCIU2054136 D20ST30T      3531B
GCIU2054141 D20ST30T      3531A
GCIU2054157 D20ST30T      3531A
```

```
GCIU2054162 D20ST30T    3531A
GCIU2054178 D20ST30T    3531A
GCIU2054183 D20ST30T    3531A
GCIU2054199 D20ST30T    3531A
GCIU2054202 D20ST30T    3531B
GCIU2054218 D20ST30T    3531A
GCIU2054223 D20ST30T    3531B
GCIU2054239 D20ST30T    3531A
GCIU2054244 D20ST30T    3531A
GCIU2054250 D20ST30T    3531A
GCIU2054265 D20ST30T    3531A
GCIU2054270 D20ST30T    3531A
GCIU2054286 D20ST30T    3531A
GCIU2054291 D20ST30T    3531D
GCIU2054305 D20ST30T    3531A
GCIU2054310 D20ST30T    3531C
GCIU2054326 D20ST30T    3531D
GCIU2054331 D20ST30T    3531B
GCIU2054347 D20ST30T    3531A
GCIU2054352 D20ST30T    3531B
GCIU2054368 D20ST30T    3531B
GCIU2054373 D20ST30T    3531A
GCIU2054389 D20ST30T    3531A
GCIU2054394 D20ST30T    3531A
GCIU2054408 D20ST30T    3531A
GCIU2054413 D20ST30T    3531A
GCIU2054429 D20ST30T    3531A
GCIU2054434 D20ST30T    3531B
GCIU2054440 D20ST30T    3531A
GCIU2054455 D20ST30T    3531A
GCIU2054460 D20ST30T    3531A
GCIU2054476 D20ST30T    3531B
GCIU2054481 D20ST30T    3531A
GCIU2054497 D20ST30T    3531A
GCIU2054500 D20ST30T    3531A
GCIU2054516 D20ST30T    3531A
GCIU2054521 D20ST30T    3531A
GCIU2054537 D20ST30T    3531A
GCIU2054542 D20ST30T    3531A
GCIU2054558 D20ST30T    3531A
GCIU2054563 D20ST30T    3531A
GCIU2054579 D20ST30T    3531A
GCIU2054584 D20ST30T    3531B
GCIU2054590 D20ST30T    3531A
GCIU2054603 D20ST30T    3531A
GCIU2054619 D20ST30T    3531A
GCIU2054624 D20ST30T    3531A
GCIU2054630 D20ST30T    3531A
GCIU2054645 D20ST30T    3531E
GCIU2054650 D20ST30T    3531A
GCIU2054666 D20ST30T    3531A
GCIU2054671 D20ST30T    3531A
```

| | | |
|---|---|---|
| GCIU2054687 | D20ST30T | 3531A |
| GCIU2054692 | D20ST30T | 3531A |
| GCIU2054706 | D20ST30T | 3531B |
| GCIU2054711 | D20ST30T | 3531A |
| GCIU2054727 | D20ST30T | 3531A |
| GCIU2054732 | D20ST30T | 3531B |
| GCIU2054748 | D20ST30T | 3531A |
| GCIU2054753 | D20ST30T | 3531A |
| GCIU2054769 | D20ST30T | 3531A |
| GCIU2054774 | D20ST30T | 3531A |
| GCIU2054780 | D20ST30T | 3531A |
| GCIU2054795 | D20ST30T | 3531A |
| GCIU2054809 | D20ST30T | 3531A |
| GCIU2054814 | D20ST30T | 3531A |
| GCIU2054820 | D20ST30T | 3531B |
| GCIU2054835 | D20ST30T | 3531A |
| GCIU2054840 | D20ST30T | 3531A |
| GCIU2054856 | D20ST30T | 3531A |
| GCIU2054861 | D20ST30T | 3531B |
| GCIU2054877 | D20ST30T | 3531B |
| GCIU2054882 | D20ST30T | 3531A |
| GCIU2054898 | D20ST30T | 3531B |
| GCIU2054901 | D20ST30T | 3531B |
| GCIU2054917 | D20ST30T | 3531A |
| GCIU2054922 | D20ST30T | 3531A |
| GCIU2054938 | D20ST30T | 3531A |
| GCIU2054943 | D20ST30T | 3531C |
| GCIU2054959 | D20ST30T | 3531B |
| GCIU2054964 | D20ST30T | 3531B |
| GCIU2054970 | D20ST30T | 3531 |
| GCIU2054985 | D20ST30T | 3531A |
| GCIU2054990 | D20ST30T | 3531A |
| GCIU2055003 | D20ST30T | 3531A |
| GCIU2055019 | D20ST30T | 3531A |
| GCIU2055024 | D20ST30T | 3531B |
| GCIU2055030 | D20ST30T | 3531B |
| GCIU2055045 | D20ST30T | 3531A |
| GCIU2055050 | D20ST30T | 3531A |
| GCIU2055066 | D20ST30T | 3531 |
| GCIU2055071 | D20ST30T | 3531B |
| GCIU2055087 | D20ST30T | 3531B |
| GCIU2055092 | D20ST30T | 3531A |
| GCIU2055106 | D20ST30T | 3531B |
| GCIU2055111 | D20ST30T | 3531D |
| GCIU2055127 | D20ST30T | 3531B |
| GCIU2055132 | D20ST30T | 3531B |
| GCIU2055148 | D20ST30T | 3531B |
| GCIU2055153 | D20ST30T | 3531B |
| GCIU2055169 | D20ST30T | 3531B |
| GCIU2055174 | D20ST30T | 3531B |
| GCIU2055180 | D20ST30T | 3531B |
| GCIU2055195 | D20ST30T | 3531A |

```
GCIU2055209 D20ST30T    3531A
GCIU2055214 D20ST30T    3531B
GCIU2055220 D20ST30T    3531A
GCIU2055235 D20ST30T    3531A
GCIU2055240 D20ST30T    3531B
GCIU2055256 D20ST30T    3531A
GCIU2055261 D20ST30T    3531B
GCIU2055277 D20ST30T    3531A
GCIU2055282 D20ST30T    3531B
GCIU2055298 D20ST30T    3531A
GCIU2055301 D20ST30T    3531B
GCIU2055317 D20ST30T    3531B
GCIU2055322 D20ST30T    3531B
GCIU2055338 D20ST30T    3531B
GCIU2055343 D20ST30T    3531B
GCIU2055359 D20ST30T    3531B
GCIU2055364 D20ST30T    3531B
GCIU2055370 D20ST30T    3531B
GCIU2055385 D20ST30T    3531
GCIU2055390 D20ST30T    3531B
GCIU2055404 D20ST30T    3531B
GCIU2055410 D20ST30T    3531A
GCIU2055425 D20ST30T    3531B
GCIU2055430 D20ST30T    3531B
GCIU2055446 D20ST30T    3531A
GCIU2055451 D20ST30T    3531B
GCIU2055467 D20ST30T    3531B
GCIU2055472 D20ST30T    3531B
GCIU2055488 D20ST30T    3531A
GCIU2055493 D20ST30T    3531B
GCIU2055507 D20ST30T    3531A
GCIU2055512 D20ST30T    3531
GCIU2055528 D20ST30T    3531
GCIU2055533 D20ST30T    3531
GCIU2055549 D20ST30T    3531
GCIU2055554 D20ST30T    3531
GCIU2055560 D20ST30T    3531
GCIU2055575 D20ST30T    3531
GCIU2055580 D20ST30T    3531
GCIU2055596 D20ST30T    3531
GCIU2055600 D20ST30T    3531
GCIU2055615 D20ST30T    3531A
GCIU2055620 D20ST30T    3531B
GCIU2055636 D20ST30T    3531A
GCIU2055641 D20ST30T    3531
GCIU2055657 D20ST30T    3531
GCIU2055662 D20ST30T    3531
GCIU2055678 D20ST30T    3531
GCIU2055683 D20ST30T    3531B
GCIU2055699 D20ST30T    3531
GCIU2055702 D20ST30T    3531
GCIU2055718 D20ST30T    3531
```

| | | |
|---|---|---|
| GCIU2055723 | D20ST30T | 3531 |
| GCIU2055739 | D20ST30T | 3531 |
| GCIU2055744 | D20ST30T | 3531 |
| GCIU2055750 | D20ST30T | 3531 |
| GCIU2055765 | D20ST30T | 3531 |
| GCIU2055770 | D20ST30T | 3531 |
| GCIU2055786 | D20ST30T | 3531A |
| GCIU2055791 | D20ST30T | 3531 |
| GCIU2055805 | D20ST30T | 3531 |
| GCIU2055810 | D20ST30T | 3531 |
| GCIU2055826 | D20ST30T | 3531A |
| GCIU2055831 | D20ST30T | 3531 |
| GCIU2055847 | D20ST30T | 3531 |
| GCIU2055852 | D20ST30T | 3531 |
| GCIU2055868 | D20ST30T | 3531B |
| GCIU2055873 | D20ST30T | 3531 |
| GCIU2055889 | D20ST30T | 3531 |
| GCIU2055894 | D20ST30T | 3531A |
| GCIU2055908 | D20ST30T | 3531A |
| GCIU2055913 | D20ST30T | 3531A |
| GCIU2055929 | D20ST30T | 3531 |
| GCIU2055934 | D20ST30T | 3531 |
| GCIU2055940 | D20ST30T | 3531 |
| GCIU2055955 | D20ST30T | 3531B |
| GCIU2055960 | D20ST30T | 3531B |
| GCIU2055976 | D20ST30T | 3531B |
| GCIU2055981 | D20ST30T | 3531B |
| GCIU2055997 | D20ST30T | 3531B |
| GCIU2056000 | D20ST30T | 3531B |
| GCIU4510030 | D40HC32T | 3507B |
| GCIU4510045 | D40HC32T | 3507B |
| GCIU4510050 | D40HC32T | 3507B |
| GCIU4510066 | D40HC32T | 3507A |
| GCIU4510071 | D40HC32T | 3507A |
| GCIU4510087 | D40HC32T | 3507A |
| GCIU4510092 | D40HC32T | 3507B |
| GCIU4510106 | D40HC32T | 3507A |
| GCIU4510111 | D40HC32T | 3507A |
| GCIU4510127 | D40HC32T | 3507A |
| GCIU4510132 | D40HC32T | 3507B |
| GCIU4510148 | D40HC32T | 3507A |
| GCIU4510153 | D40HC32T | 3507A |
| GCIU4510169 | D40HC32T | 3507A |
| GCIU4510174 | D40HC32T | 3507A |
| GCIU4510180 | D40HC32T | 3507C |
| GCIU4510195 | D40HC32T | 3507A |
| GCIU4510209 | D40HC32T | 3507A |
| GCIU4510214 | D40HC32T | 3507A |
| GCIU4510220 | D40HC32T | 3507 |
| GCIU4510235 | D40HC32T | 3507A |
| GCIU4510240 | D40HC32T | 3507B |
| GCIU4510256 | D40HC32T | 3507A |

| | | |
|---|---|---|
| GCIU4510261 | D40HC32T | 3507A |
| GCIU4510277 | D40HC32T | 3507A |
| GCIU4510282 | D40HC32T | 3507A |
| GCIU4510298 | D40HC32T | 3507A |
| GCIU4510301 | D40HC32T | 3507A |
| GCIU4510317 | D40HC32T | 3507A |
| GCIU4510322 | D40HC32T | 3507B |
| GCIU4510338 | D40HC32T | 3507A |
| GCIU4510343 | D40HC32T | 3507 |
| GCIU4510359 | D40HC32T | 3507A |
| GCIU4510364 | D40HC32T | 3507B |
| GCIU4510370 | D40HC32T | 3507 |
| GCIU4510385 | D40HC32T | 3507A |
| GCIU4510390 | D40HC32T | 3507A |
| GCIU4510404 | D40HC32T | 3507A |
| GCIU4510410 | D40HC32T | 3507A |
| GCIU4510425 | D40HC32T | 3507 |
| GCIU4510430 | D40HC32T | 3507A |
| GCIU4510446 | D40HC32T | 3507 |
| GCIU4510451 | D40HC32T | 3507A |
| GCIU4510467 | D40HC32T | 3507 |
| GCIU4510472 | D40HC32T | 3507A |
| GCIU4510488 | D40HC32T | 3507A |
| GCIU4510493 | D40HC32T | 3507A |
| GCIU4510507 | D40HC32T | 3507 |
| GCIU4510512 | D40HC32T | 3507A |
| GCIU4510528 | D40HC32T | 3507A |
| GCIU4510533 | D40HC32T | 3507B |
| GCIU4510549 | D40HC32T | 3507A |
| GCIU4510554 | D40HC32T | 3507A |
| GCIU4510560 | D40HC32T | 3507A |
| GCIU4510575 | D40HC32T | 3507 |
| GCIU4510580 | D40HC32T | 3507A |
| GCIU4510596 | D40HC32T | 3507A |
| GCIU4510600 | D40HC32T | 3507A |
| GCIU4510615 | D40HC32T | 3507D |
| GCIU4510620 | D40HC32T | 3507A |
| GCIU4510636 | D40HC32T | 3507A |
| GCIU4510641 | D40HC32T | 3507A |
| GCIU4510657 | D40HC32T | 3507A |
| GCIU4510662 | D40HC32T | 3507A |
| GCIU4510678 | D40HC32T | 3507A |
| GCIU4510683 | D40HC32T | 3507A |
| GCIU4510699 | D40HC32T | 3507 |
| GCIU4510702 | D40HC32T | 3507A |
| GCIU4510718 | D40HC32T | 3507A |
| GCIU4510723 | D40HC32T | 3507B |
| GCIU4510739 | D40HC32T | 3507 |
| GCIU4510744 | D40HC32T | 3507 |
| GCIU4510750 | D40HC32T | 3507A |
| GCIU4510765 | D40HC32T | 3507 |
| GCIU4510770 | D40HC32T | 3507 |

| | | |
|---|---|---|
| GCIU4510786 | D40HC32T | 3507A |
| GCIU4510791 | D40HC32T | 3507A |
| GCIU4510805 | D40HC32T | 3507A |
| GCIU4510810 | D40HC32T | 3507A |
| GCIU4510826 | D40HC32T | 3507 |
| GCIU4510831 | D40HC32T | 3507 |
| GCIU4510847 | D40HC32T | 3507A |
| GCIU4510852 | D40HC32T | 3507 |
| GCIU4510868 | D40HC32T | 3507B |
| GCIU4510873 | D40HC32T | 3507B |
| GCIU4510889 | D40HC32T | 3507B |
| GCIU4510894 | D40HC32T | 3507A |
| GCIU4510908 | D40HC32T | 3507 |
| GCIU4510913 | D40HC32T | 3507A |
| GCIU4510929 | D40HC32T | 3507A |
| GCIU4510934 | D40HC32T | 3507A |
| GCIU4510940 | D40HC32T | 3507A |
| GCIU4510955 | D40HC32T | 3507B |
| GCIU4510960 | D40HC32T | 3507A |
| GCIU4510976 | D40HC32T | 3507A |
| GCIU4510981 | D40HC32T | 3507A |
| GCIU4510997 | D40HC32T | 3507A |
| GCIU4511000 | D40HC32T | 3507B |
| GCIU4511015 | D40HC32T | 3507D |
| GCIU4511020 | D40HC32T | 3507A |
| GCIU4511036 | D40HC32T | 3531B |
| GCIU4511041 | D40HC32T | 3531B |
| GCIU4511057 | D40HC32T | 3531B |
| GCIU4511062 | D40HC32T | 3531C |
| GCIU4511078 | D40HC32T | 3531A |
| GCIU4511083 | D40HC32T | 3531B |
| GCIU4511099 | D40HC32T | 3531B |
| GCIU4511102 | D40HC32T | 3531B |
| GCIU4511118 | D40HC32T | 3531B |
| GCIU4511123 | D40HC32T | 3531B |
| GCIU4511139 | D40HC32T | 3531B |
| GCIU4511144 | D40HC32T | 3531 |
| GCIU4511150 | D40HC32T | 3531 |
| GCIU4511165 | D40HC32T | 3531 |
| GCIU4511170 | D40HC32T | 3531A |
| GCIU4511186 | D40HC32T | 3531B |
| GCIU4511191 | D40HC32T | 3531B |
| GCIU4511205 | D40HC32T | 3531B |
| GCIU4511210 | D40HC32T | 3531B |
| GCIU4511226 | D40HC32T | 3531B |
| GCIU4511231 | D40HC32T | 3531B |
| GCIU4511247 | D40HC32T | 3531 |
| GCIU4511252 | D40HC32T | 3531 |
| GCIU4511268 | D40HC32T | 3531 |
| GCIU4511273 | D40HC32T | 3531 |
| GCIU4511289 | D40HC32T | 3531 |
| GCIU4511294 | D40HC32T | 3531 |

```
GCIU4511308 D40HC32T    3531B
GCIU4511313 D40HC32T    3531B
GCIU4511329 D40HC32T    3531B
GCIU4511334 D40HC32T    3531B
GCIU4511340 D40HC32T    3531B
GCIU4511355 D40HC32T    3531B
GCIU4511360 D40HC32T    3531A
GCIU4511376 D40HC32T    3531B
GCIU4511381 D40HC32T    3531A
GCIU4511397 D40HC32T    3531A
GCIU4511400 D40HC32T    3531B
GCIU4511416 D40HC32T    3531A
GCIU4511421 D40HC32T    3531C
GCIU4511437 D40HC32T    3531A
GCIU4511442 D40HC32T    3531C
GCIU4511458 D40HC32T    3531A
GCIU4511463 D40HC32T    3531B
GCIU4511479 D40HC32T    3531C
GCIU4511484 D40HC32T    3531C
GCIU4511490 D40HC32T    3531B
GCIU4511503 D40HC32T    3531B
GCIU4511519 D40HC32T    3531A
GCIU4511524 D40HC32T    3531B
GCIU4511530 D40HC32T    3531B
GCIU4511545 D40HC32T    3531B
GCIU4511550 D40HC32T    3531A
GCIU4511566 D40HC32T    3531B
GCIU4511571 D40HC32T    3531C
GCIU4511587 D40HC32T    3531B
GCIU4511592 D40HC32T    3531C
GCIU4511606 D40HC32T    3531C
GCIU4511611 D40HC32T    3531B
GCIU4511627 D40HC32T    3531B
GCIU4511632 D40HC32T    3531B
GCIU4511648 D40HC32T    3531B
GCIU4511653 D40HC32T    3531A
GCIU4511669 D40HC32T    3531B
GCIU4511674 D40HC32T    3531A
GCIU4511680 D40HC32T    3531B
GCIU4511695 D40HC32T    3531A
GCIU4511709 D40HC32T    3531A
GCIU4511714 D40HC32T    3531B
GCIU4511720 D40HC32T    3531A
GCIU4511735 D40HC32T    3531A
GCIU4511740 D40HC32T    3531A
GCIU4511756 D40HC32T    3531B
GCIU4511761 D40HC32T    3531B
GCIU4511777 D40HC32T    3531A
GCIU4511782 D40HC32T    3531A
GCIU4511798 D40HC32T    3531B
GCIU4511801 D40HC32T    3531A
GCIU4511817 D40HC32T    3531A
```

```
GCIU4511822 D40HC32T    3531A
GCIU4511838 D40HC32T    3531C
GCIU4511843 D40HC32T    3531A
GCIU4511859 D40HC32T    3531A
GCIU4511864 D40HC32T    3531A
GCIU4511870 D40HC32T    3531B
GCIU4511885 D40HC32T    3531A
GCIU4511890 D40HC32T    3531A
GCIU4511904 D40HC32T    3531B
GCIU4511910 D40HC32T    3531A
GCIU4511925 D40HC32T    3531A
GCIU4511930 D40HC32T    3531A
GCIU4511946 D40HC32T    3531B
GCIU4511951 D40HC32T    3531A
GCIU4511967 D40HC32T    3531B
GCIU4511972 D40HC32T    3531B
GCIU4511988 D40HC32T    3531A
GCIU4511993 D40HC32T    3531A
GCIU4512006 D40HC32T    3531A
GCIU4512011 D40HC32T    3531A
GCIU4512027 D40HC32T    3531A
GCIU4512032 D40HC32T    3531A
GCIU4512048 D40HC32T    3531A
GCIU4512053 D40HC32T    3531B
GCIU4512069 D40HC32T    3531B
GCIU4512074 D40HC32T    3531B
GCIU4512080 D40HC32T    3531C
GCIU4512095 D40HC32T    3531C
GCIU4512109 D40HC32T    3531B
GCIU4512114 D40HC32T    3531
GCIU4512120 D40HC32T    3531B
GCIU4512135 D40HC32T    3531B
GCIU4512140 D40HC32T    3531B
GCIU4512156 D40HC32T    3531B
GCIU4512161 D40HC32T    3531B
GCIU4512177 D40HC32T    3531A
GCIU4512182 D40HC32T    3531B
GCIU4512198 D40HC32T    3531B
GCIU4512201 D40HC32T    3531B
GCIU4512217 D40HC32T    3531B
GCIU4512222 D40HC32T    3531A
GCIU4512238 D40HC32T    3531A
GCIU4512243 D40HC32T    3531A
GCIU4512259 D40HC32T    3531B
GCIU4512264 D40HC32T    3531B
GCIU4512270 D40HC32T    3531A
GCIU4512285 D40HC32T    3531B
GCIU4512290 D40HC32T    3531B
GCIU4512304 D40HC32T    3531B
GCIU4512310 D40HC32T    3531B
GCIU4512325 D40HC32T    3531B
GCIU4512330 D40HC32T    3531A
```

| | | |
|---|---|---|
| GCIU4512346 | D40HC32T | 3531 |
| GCIU4512351 | D40HC32T | 3531A |
| GCIU4512367 | D40HC32T | 3531B |
| GCIU4512372 | D40HC32T | 3531B |
| GCIU4512388 | D40HC32T | 3531B |
| GCIU4512393 | D40HC32T | 3531B |
| GCIU4512407 | D40HC32T | 3531B |
| GCIU4512412 | D40HC32T | 3531B |
| GCIU4512428 | D40HC32T | 3531 |
| GCIU4512433 | D40HC32T | 3531B |
| GCIU4512449 | D40HC32T | 3531B |
| GCIU4512454 | D40HC32T | 3531B |
| GCIU4512460 | D40HC32T | 3531B |
| GCIU4512475 | D40HC32T | 3531 |
| GCIU4512480 | D40HC32T | 3531B |
| GCIU4512496 | D40HC32T | 3531A |
| GCIU4512500 | D40HC32T | 3531A |
| GCIU4512515 | D40HC32T | 3531A |
| GCIU4512520 | D40HC32T | 3531A |
| GCIU4512536 | D40HC32T | 3531B |
| GCIU4512541 | D40HC32T | 3531B |
| GCIU4512557 | D40HC32T | 3531B |
| GCIU4512562 | D40HC32T | 3531B |
| GCIU4512578 | D40HC32T | 3531B |
| GCIU4512583 | D40HC32T | 3531A |
| GCIU4512599 | D40HC32T | 3531A |
| GCIU4512602 | D40HC32T | 3531B |
| GCIU4512618 | D40HC32T | 3531B |
| GCIU4512623 | D40HC32T | 3531B |
| GCIU4512639 | D40HC32T | 3531B |
| GCIU4512644 | D40HC32T | 3531B |
| GCIU4512650 | D40HC32T | 3531B |
| GCIU4512665 | D40HC32T | 3531B |
| GCIU4512670 | D40HC32T | 3531B |
| GCIU4512686 | D40HC32T | 3531B |
| GCIU4512691 | D40HC32T | 3531B |
| GCIU4512705 | D40HC32T | 3531B |
| GCIU4512710 | D40HC32T | 3531A |
| GCIU4512726 | D40HC32T | 3531B |
| GCIU4512731 | D40HC32T | 3531B |
| GCIU4512747 | D40HC32T | 3531B |
| GCIU4512752 | D40HC32T | 3531B |
| GCIU4512768 | D40HC32T | 3531B |
| GCIU4512773 | D40HC32T | 3531B |
| GCIU4512789 | D40HC32T | 3531B |
| GCIU4512794 | D40HC32T | 3531B |
| GCIU4512808 | D40HC32T | 3531B |
| GCIU4512813 | D40HC32T | 3531B |
| GCIU4512829 | D40HC32T | 3531C |
| GCIU4512834 | D40HC32T | 3531B |
| GCIU4512840 | D40HC32T | 3531B |
| GCIU4512855 | D40HC32T | 3531B |

```
GCIU4512860 D40HC32T    3531C
GCIU4512876 D40HC32T    3531C
GCIU4512881 D40HC32T    3531B
GCIU4512897 D40HC32T    3531B
GCIU4512900 D40HC32T    3531A
GCIU4512916 D40HC32T    3531A
GCIU4512921 D40HC32T    3531B
GCIU4512937 D40HC32T    3531A
GCIU4512942 D40HC32T    3531B
GCIU4512958 D40HC32T    3531B
GCIU4512963 D40HC32T    3531A
GCIU4512979 D40HC32T    3531A
GCIU4512984 D40HC32T    3531B
GCIU4512990 D40HC32T    3531
GCIU4513002 D40HC32T    3531A
GCIU4513018 D40HC32T    3531A
GCIU4513023 D40HC32T    3531
GCIU4513039 D40HC32T    3531B
GCIU4513044 D40HC32T    3531A
GCIU4513050 D40HC32T    3531C
GCIU4513065 D40HC32T    3531B
GCIU4513070 D40HC32T    3531B
GCIU4513086 D40HC32T    3531B
GCIU4513091 D40HC32T    3531B
GCIU4513105 D40HC32T    3531B
GCIU4513110 D40HC32T    3531
GCIU4513126 D40HC32T    3531A
GCIU4513131 D40HC32T    3531A
GCIU4513147 D40HC32T    3531A
GCIU4513152 D40HC32T    3531
GCIU4513168 D40HC32T    3531
GCIU4513173 D40HC32T    3531
GCIU4513189 D40HC32T    3531
GCIU4513194 D40HC32T    3531
GCIU4513208 D40HC32T    3531A
GCIU4513213 D40HC32T    3531
GCIU4513229 D40HC32T    3531
GCIU4513234 D40HC32T    3531A
GCIU4513240 D40HC32T    3531
GCIU4513255 D40HC32T    3531A
GCIU4513260 D40HC32T    3531A
GCIU4513276 D40HC32T    3531A
GCIU4513281 D40HC32T    3531
GCIU4513297 D40HC32T    3531
GCIU4513300 D40HC32T    3531A
GCIU4513316 D40HC32T    3531A
GCIU4513321 D40HC32T    3531A
GCIU4513337 D40HC32T    3531C
GCIU4513342 D40HC32T    3531
GCIU4513358 D40HC32T    3531A
GCIU4513363 D40HC32T    3531
GCIU4513379 D40HC32T    3531B
```

325777

GCIU4513384 D40HC32T   3531A
GCIU4513390 D40HC32T   3531B
GCIU4513403 D40HC32T   3531B
GCIU4513419 D40HC32T   3531B
GCIU4513424 D40HC32T   3531B
GCIU4513430 D40HC32T   3531B
GCIU4513445 D40HC32T   3531B
GCIU4513450 D40HC32T   3531B
GCIU4513466 D40HC32T   3531B
GCIU4513471 D40HC32T   3531B
GCIU4513487 D40HC32T   3531A
GCIU4513492 D40HC32T   3531A
GCIU4513506 D40HC32T   3531A
GCIU4513511 D40HC32T   3531A
GCIU4513527 D40HC32T   3531B