# CULLENandDYKMANLLP

MATTHEW G. ROSEMAN
PARTNER
DIRECT DIAL: 516-296-9106
EMAIL: MROSEMAN@CULLENANDDYKMAN.COM

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

December 18, 2009

**VIA ELECTRONIC MAIL**

Chambers of the Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

      RE:    Global Container Lines Limited
              Case No.: 09-78585 (AST)

Dear Sir/Madam:

To all creditors and interested parties, please take notice that an adjournment of the final hearing on the Debtors' motion for authority for use of cash collateral and to enter into a DIP financing agreement with the National Bank of Pakistan dated 11/13/09 (Docket no. 12) has been adjourned from December 22, 2009 to January 13, 2010 at 3:00 pm.

Should you have any questions, please feel free to contact the undersigned. Thank you for your courtesies and cooperation.

Very truly yours,

Matthew G. Roseman

MGR/cr
Enclosure

*Founded 1850*

BROOKLYN        LONG ISLAND        MANHATTAN        WASHINGTON, D.C.        NEW JERSEY