CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)
Bonnie Pollack, Esq. (BP 3711)

Proposed Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,   Case Nos. 09-78585 (AST)
                                                  09-78584 (AST)
                                                  09-78589 (AST)
                                                  09-78586 (AST)
                                                  09-78587 (AST)
                                                  09-78588 (AST)
                                                  09-78590 (AST)
                        Debtors.
-------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

CYNTHIA ROBLES, being duly sworn, deposes and says:

That she is over the age of 21 years, resides in Bay Shore, New York and is not a party to this action.

That on the 21st day of December, 2009, I served the Letter regarding Notice of Adjournment sending a copy of their response and related exhibits by facsimile transmission to:

Bruce Weiner, Esq.( via facsimile 718-625-1966)
Rosenberg, Musso & Weiner, LLP
26 Court Street
Brooklyn, New York 11242

Office of the US Trustee (via facsimile 631-715-7777)
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Michael L. Stein, Esq. ( via facsimile 212-407-7799)
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, New York 10019

Paul A. Levine, Esq. ( via facsimile 518-433-8823)
Lemery Greusler, LLC
50 Beaver Street
Albany, New York 12207

Akin Gump Strauss Hauer & Feld LLP (via facsimile 212-872-1002)
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

at the numbers designated for that purpose.

CYNTHIA ROBLES

Sworn to before me this
21st day of December, 2009.

Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/10

2