UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

| | |
|---|---|
| In Re: | CHAPTER 11 |
| Global Container Lines. Ltd., Shiptrade, Inc., Shipping Corp., | Case No.:809-78585-ast |
| Redstone Shipping Corp., Gilmore Shipping Corp., Global | 809-78584 |
| Progress, LLC., and Global Prosperity, LLC. | 809-78589 |
| | 809-78586 |
| Debtors. | 809-78587 |
| | 809-78588 |
| | 809-78590 |

------------------------------------------------------------------------X

## APPOINTMENT OF THE OFFICIAL CONSOLIDATED COMMITTEE
## OF UNSECURED CREDITORS

Under 11 U.S.C. section 1102(a)(1), the following creditors of the above captioned debtor, being among the largest unsecured claimants and who are willing to serve, are appointed to the Official Committee of Unsecured Creditors:

1. Blue Sea Capital
   62 Southfield Avenue
   Building 2, Suite 214
   Stanford, CT 06902
   Attn: Matt McCleery, President
   (202) 550-2626
   (202) 406-0110 (fax)
   mmcclerry@marinemoney.com

2. Briarcliff Ltd
   c/o Akin Gump, Strass, Hauer
   One Bryant Park
   New York, New York 10036
   Attn: Heidi Liss, Esq.
   (212) 872-1047
   hliss@akingump.com

3. Key Equipment Finance, Inc.,
   66 South Pearl Street
   Albany, New York 12207
   Attn: Richard B. Saulsbery, VP
   (518) 257-8542
   richard_b_saulsberg@keybank.com

Dated: Central Islip, New York
       December 29, 2009

                                        */s/Christine H. Black*
                                        Christine H. Black
                                        Assistant United States Trustee