CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

Counsel to Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                Case Nos. 09-78585 (AST)
                                                              09-78584 (AST)
                                                              09-78589 (AST)
                                                              09-78586 (AST)
                                                              09-78587 (AST)
                                                              09-78588 (AST)
                                                              09-78590 (AST)

                    Debtors.

---------------------------------------------------------x

Pursuant to the order of the Honorable Alan S. Trust at the hearing dated December 22, 2009, please find attached as Exhibits A-F supplemental information regarding the location, depot storage area and related contact information for the container lessors subject to the Debtors motion to reject certain leases dated December 7, 2009.[1]

Dated: Garden City, New York
       December 30, 2009            CULLEN AND DYKMAN LLP

                                    By:___/s/ C. Nathan Dee___
                                    Matthew G. Roseman, Esq. (MR 1387)
                                    C. Nathan Dee, Esq. (CND 9703)
                                    Bonnie L. Pollack, Esq. (BP 3711)
                                    Attorneys for Global Container Lines Ltd., et al.
                                    100 Quentin Roosevelt Boulevard
                                    Garden City, New York 11530
                                    (516) 357-3700

---

[1] While the Debtors have not yet determined whether they will assume or reject their leases with Seacastle Container Leasing LLC, they have included information related to the location of Seacastle's containers in this exhibit in order to fully comply with the Court's order.