Exhibit A
Textainer Equipment Management (U.S.) Limited

| No. | Contract | Container No. | TP | CURRENT STATUS / LOCATION | Last Activity | Activity date | Total Days | Activity Location | CONTACT ADDRESS | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NAMM3137 | MLCU2463336 | 20'STD | BEIRA | Received at Depot | 30-Jun-03 | 2366 | Beira Co Cont Term | ANNEX | BEIRA/01 |
| 2 | NAMM3137 | MLCU256071 | 20'STD | BEIRA | Received at Depot | 30-Jun-03 | 2366 | Beira Co Cont Term | ANNEX | BEIRA/01 |
| 3 | NAMM3137 | TEXU354257 | 20'STD | BEIRA | Received at Depot | 30-Jun-03 | 2366 | Beira Co Cont Term | ANNEX | BEIRA/01 |
| 4 | NAML3211 | GCIU207010 | 40'HIG | DAR ES SALAM | Received at Depot | 31-Jan-08 | 690 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 5 | NAML3211 | GCIU207012 | 40'HIG | DAR ES SALAM | Received at Depot | 30-Nov-06 | 1117 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 6 | NAML3211 | GCIU207018 | 40'HIG | DAR ES SALAM | Received at Depot | 30-Nov-06 | 1050 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 7 | NAML3211 | GCIU207022 | 40'HIG | DAR ES SALAM | Received at Depot | 05-Feb-07 | 1118 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 8 | NAML3211 | GCIU207024 | 40'HIG | DAR ES SALAM | Received at Depot | 29-Nov-06 | 1078 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 9 | NAML3211 | GCIU207025 | 40'HIG | DAR ES SALAM | Received at Depot | 08-Jan-07 | 312 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 10 | NAML3211 | GCIU207026 | 40'HIG | DAR ES SALAM | Received at Depot | 12-Feb-09 | 582 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 11 | NAML3211 | GCIU207031 | 40'HIG | DAR ES SALAM | Received at Depot | 18-May-08 | 279 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 12 | NAML3211 | GCIU207033 | 40'HIG | DAR ES SALAM | Received at Terminal | 17-Mar-09 | 133 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 13 | NAML3211 | GCIU207035 | 40'HIG | DAR ES SALAM | Received at Depot | 10-Aug-09 | 1050 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 14 | NAML3211 | GCIU207036 | 40'HIG | DAR ES SALAM | Received at Depot | 05-Feb-07 | 1050 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 15 | NAML3211 | GCIU207041 | 40'HIG | DAR ES SALAM | Received at Depot | 05-Feb-07 | 342 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 16 | NAML3211 | GCIU207045 | 40'HIG | DAR ES SALAM | Received at Terminal | 13-Jan-09 | 133 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 17 | NAML3211 | GCIU207047 | 40'HIG | DAR ES SALAM | Received at Depot | 10-Aug-09 | 293 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 18 | NAML3211 | GCIU207051 | 40'HIG | DAR ES SALAM | Received at Depot | 03-Mar-09 | 1122 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 19 | NAML3211 | GCIU207056 | 40'HIG | DAR ES SALAM | Received at Depot | 25-Nov-06 | 810 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 20 | NAML3211 | GCIU207067 | 40'HIG | DAR ES SALAM | Received at Terminal | 03-Oct-07 | 133 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 21 | NAML3211 | GCIU207068 | 40'HIG | DAR ES SALAM | Received at Depot | 10-Aug-09 | 251 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 22 | NAML3211 | GCIU207069 | 40'HIG | DAR ES SALAM | Sent to Consignee | 14-Apr-09 | 2400 | Dar w Consgn in Burundi | ANNEX | DAR/02 |
| 23 | NAML3211 | GCIU207073 | 40'HIG | DAR ES SALAM | Received at Depot | 27-May-03 | 268 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 24 | NAML3211 | GCIU207074 | 40'HIG | DAR ES SALAM | Received at Depot | 28-Mar-09 | 268 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 25 | NAML3211 | GCIU207080 | 40'HIG | DAR ES SALAM | Received at Depot | 29-Nov-06 | 1118 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 26 | NAML3211 | GCIU207083 | 40'HIG | DAR ES SALAM | Received at Depot | 21-Jul-09 | 153 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 27 | NAML3211 | GCIU207086 | 40'HIG | DAR ES SALAM | Received at Terminal | 28-Mar-09 | 268 | Dar Int ContTerm | ANNEX | DAR/01 |
| 28 | NAML3211 | GCIU207087 | 40'HIG | DAR ES SALAM | Received at Terminal | 21-Aug-09 | 122 | Dar Int ContTerm | ANNEX | DAR/01 |
| 29 | NAML3211 | GCIU207087 | 40'HIG | DAR ES SALAM | Discharged fm vessel | 25-Dec-08 | 361 | Dar w Consgn in DRC | ANNEX | DAR/01 |
| 30 | NAML3211 | GCIU207090 | 40'HIG | DAR ES SALAM | Sent to Consignee | 12-Dec-03 | 2201 | Dar w Consgn in DRC | ANNEX | DAR/02 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 30 | NAML3211 | GCIU207091 | 40'HIG | DAR ES SALAM | Received at Terminal | 04-Apr-08 | 626 | Dar Int ContTerm | ANNEX DAR/01 |
| 32 | 31 | NAML3211 | GCIU207092 | 40'HIG | DAR ES SALAM | Received at Depot | 30-Nov-06 | 1117 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 33 | 32 | NAML3211 | GCIU207094 | 40'HIG | DAR ES SALAM | Received at Depot | 12-Jul-07 | 893 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 34 | 33 | NAML3211 | GCIU207101 | 40'HIG | DAR ES SALAM | Received at Depot | 24-Sep-08 | 453 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 35 | 34 | NAML3211 | GCIU207103 | 40'HIG | DAR ES SALAM | Received at Depot | 28-Jul-09 | 146 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 36 | 35 | NAML3211 | GCIU207105 | 40'HIG | DAR ES SALAM | Discharged fm vessel | 31-Jan-09 | 324 | Dar Int ContTerm | ANNEX DAR/01 |
| 37 | 36 | NAML3211 | GCIU207106 | 40'HIG | DAR ES SALAM | Received at Terminal | 21-Aug-09 | 122 | Dar Int ContTerm | ANNEX DAR/01 |
| 38 | 37 | NAML3211 | GCIU207108 | 40'HIG | DAR ES SALAM | Discharged fm vessel | 25-Nov-08 | 391 | Dar Int ContTerm | ANNEX DAR/01 |
| 39 | 38 | NAML3211 | GCIU207120 | 40'HIG | DAR ES SALAM | Received at Depot | 25-Mar-09 | 271 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 40 | 39 | NAML3211 | GCIU207127 | 40'HIG | DAR ES SALAM | Received at Depot | 07-Aug-08 | 501 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 41 | 40 | NAML3211 | GCIU207137 | 40'HIG | DAR ES SALAM | Received at Depot | 08-Jan-07 | 1078 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 42 | 41 | NAML3211 | GCIU207144 | 40'HIG | DAR ES SALAM | Received at Depot | 12-Jun-09 | 192 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 43 | 42 | NAML3211 | GCIU207148 | 40'HIG | DAR ES SALAM | Received at Depot | 07-Sep-07 | 836 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 44 | 43 | NAML3211 | GCIU207149 | 40'HIG | DAR ES SALAM | Received at Depot | 20-Jul-09 | 154 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 45 | 44 | NAML3211 | GCIU207156 | 40'HIG | DAR ES SALAM | Received at Depot | 25-Mar-09 | 271 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 46 | 45 | NAML3211 | GCIU207168 | 40'HIG | DAR ES SALAM | Received at Depot | 29-Nov-06 | 1118 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 47 | 46 | NAML3211 | GCIU207175 | 40'HIG | DAR ES SALAM | Received at Depot | 29-Dec-08 | 357 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 48 | 47 | NAML3211 | GCIU207187 | 40'HIG | DAR ES SALAM | Discharged fm vessel | 31-Jan-09 | 324 | Dar Int ContTerm | ANNEX DAR/01 |
| 49 | 48 | NAML3211 | GCIU207195 | 40'HIG | DAR ES SALAM | Received at Depot | 03-Jan-07 | 1083 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 50 | 49 | NAML3211 | GCIU207197 | 40'HIG | DAR ES SALAM | Received at Depot | 15-Jun-09 | 189 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 51 | 50 | NAML3211 | JCTU062298 | 20'STD | DAR ES SALAM | Received at Terminal | 27-May-03 | 2400 | Dar Int ContTerm | ANNEX DAR/01 |
| 52 | 51 | NAMM3137 | MLCU208203 | 20'STD | DAR ES SALAM | Sent to Consignee | 27-May-03 | 2400 | Dar w Consgn in DRC | ANNEX DAR/02 |
| 53 | 52 | NAMM3137 | MLCU211653 | 20'STD | DAR ES SALAM | Destuffed at THA | 14-Oct-08 | 433 | Dar TPA Copper Yard | ANNEX DAR/01 |
| 54 | 53 | NAMM3137 | MLCU215495 | 20'STD | DAR ES SALAM | Sent to Consignee | 30-Jun-04 | 2000 | Dar w Consgn in Rwanda | ANNEX DAR/02 |
| 55 | 54 | NAMM3137 | MLCU216598 | 20'STD | DAR ES SALAM | Received at Depot | 15-Jun-09 | 189 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 56 | 55 | NAMM3137 | MLCU222115 | 20'STD | DAR ES SALAM | Sent to Consignee | 21-Jun-06 | 1279 | Dar w Consgn in Dar | ANNEX DAR/02 |
| 57 | 56 | NAMM3137 | MLCU226009 | 20'STD | DAR ES SALAM | Discharged fm vessel | 23-Oct-09 | 59 | Dar Int ContTerm | ANNEX DAR/01 |
| 58 | 57 | NAMM3137 | MLCU226553 | 20'STD | DAR ES SALAM | Received at Terminal | 13-Jul-03 | 2353 | Dar Int ContTerm | ANNEX DAR/01 |
| 59 | 58 | NAMM3137 | MLCU231155 | 20'STD | DAR ES SALAM | Received at Depot | 03-Jan-09 | 352 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 60 | 59 | NAMM3137 | MLCU235132 | 20'STD | DAR ES SALAM | Received at Depot | 09-May-09 | 226 | Dar Tanzania Road Haulage | ANNEX DAR/01 |
| 61 | 60 | NAMM3137 | MLCU282207 | 20'STD | DAR ES SALAM | Sent to Consignee | 27-May-03 | 2400 | Dar w Consgn in DRC | ANNEX DAR/02 |
| 62 | 61 | NAMM3137 | MLCU286038 | 20'STD | DAR ES SALAM | Sent to Consignee | 27-May-03 | 2400 | Dar w Consgn in Rwanda | ANNEX DAR/02 |
| 63 | 62 | NAMM3137 | MLCU288867 | 20'STD | DAR ES SALAM | Received at Terminal | 13-Jul-03 | 2353 | Dar Int ContTerm | ANNEX DAR/01 |
| 64 | 63 | NAMM3137 | MLCU293273 | 20'STD | DAR ES SALAM | Received at Depot | 20-Feb-09 | 304 | Dar Tanzania Road Haulage | ANNEX DAR/01 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 65 | 64 | NAMM3137 | MLCU293336 | 20'STD | DAR ES SALAM | Received at Depot | 12-Jun-09 | 192 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 66 | 65 | NAMM3137 | MLCU330740 | 20'STD | DAR ES SALAM | Received at Depot | 16-Jun-09 | 188 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 67 | 66 | NAMM3137 | MLCU330971 | 20'STD | DAR ES SALAM | Sent to Consignee | 30-Jun-04 | 2000 | Dar w Consgn in Rwanda | ANNEX | DAR/02 |
| 68 | 67 | NAMM3137 | MLCU350218 | 20'STD | DAR ES SALAM | Sent to Consignee | 13-Jul-03 | 2353 | Dar w Consgn in Burundi | ANNEX | DAR/02 |
| 69 | 68 | NAMM3137 | MLCU350338 | 20'STD | DAR ES SALAM | Received at Depot | 15-Jun-09 | 189 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 70 | 69 | NAMM3137 | MLCU360249 | 20'STD | DAR ES SALAM | Sent to Consignee | 27-May-03 | 2400 | Dar w Consgn in DRC | ANNEX | DAR/02 |
| 71 | 70 | NAMM3137 | MLCU385921 | 20'STD | DAR ES SALAM | Received at Depot | 11-May-09 | 224 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 72 | 71 | NAMM3137 | MLCU457895 | 40'STD | DAR ES SALAM | Sent to Consignee | 13-Jul-03 | 2353 | Dar w Consgn in Burundi | ANNEX | DAR/02 |
| 73 | 72 | NAMM3137 | MLCU480039 | 40'STD | DAR ES SALAM | Received at Terminal | 13-Jul-03 | 2353 | Dar Int ContTerm | ANNEX | DAR/01 |
| 74 | 73 | NAMM3137 | MLCU491895 | 40'STD | DAR ES SALAM | Sent to Consignee | 27-May-03 | 2400 | Dar w Consgn in Burundi | ANNEX | DAR/01 |
| 75 | 74 | NAMM3137 | MLCU960084 | 40'HIG | DAR ES SALAM | Received at Depot | 27-Jun-07 | 908 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 76 | 75 | NAMM3137 | PRSU207295 | 20'STD | DAR ES SALAM | Received at Depot | 20-Jan-09 | 335 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 77 | 76 | NAMM3137 | PRSU221651 | 20'STD | DAR ES SALAM | Sent to Consignee | 13-Jul-03 | 2353 | Dar w Consgn in DRC | ANNEX | DAR/02 |
| 78 | 77 | NAMM3137 | PRSU230033 | 20'STD | DAR ES SALAM | Received at Depot | 03-Jan-09 | 352 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 79 | 78 | NAMM3137 | PRSU230717 | 20'STD | DAR ES SALAM | Received at Depot | 02-Apr-07 | 994 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 80 | 79 | NAMM3137 | PRSU232636 | 20'STD | DAR ES SALAM | Received at Depot | 11-May-09 | 224 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 81 | 80 | NAMM3137 | TEXU204691 | 20'STD | DAR ES SALAM | Received at Terminal | 23-Feb-09 | 301 | Dar Int ContTerm | ANNEX | DAR/01 |
| 82 | 81 | NAMM3137 | TEXU288816 | 20'STD | DAR ES SALAM | Received at Terminal | 27-May-03 | 2400 | Dar Int ContTerm | ANNEX | DAR/01 |
| 83 | 82 | NAMM3137 | TEXU322729 | 20'STD | DAR ES SALAM | Sent to Consignee | 14-Feb-06 | 1406 | Dar w Consgn in Uganda | ANNEX | DAR/02 |
| 84 | 83 | NAMM3137 | TEXU349136 | 20'STD | DAR ES SALAM | Sent to Consignee | 25-Dec-03 | 2188 | Dar w Consgn in DRC | ANNEX | DAR/02 |
| 85 | 84 | NAMM3137 | TEXU361562 | 20'STD | DAR ES SALAM | Received at Depot | 01-May-04 | 2060 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 86 | 85 | NAMM3137 | TEXU368026 | 20'STD | DAR ES SALAM | Sent to Consignee | 30-Jun-06 | 1270 | Dar w Consgn in Rwanda | ANNEX | DAR/02 |
| 87 | 86 | NAMM3137 | TEXU397524 | 20'STD | DAR ES SALAM | Received at Depot | 03-Jan-09 | 352 | Dar Tanzania Road Haulage | ANNEX | DAR/01 |
| 88 | 87 | NAMM3137 | TEXU456479 | 20'STD | DAR ES SALAM | Sent to Consignee | 12-Dec-03 | 2201 | Dar w Consgn in Dar | ANNEX | DAR/02 |
| 89 | 88 | NAML3211 | GCIU207007 | 40'HIG | DUBAI | Received at Depot | 14-Nov-09 | 37 | Dubai Stalco Container Depot | ANNEX | DXB/01 |
| 90 | 89 | NAML3211 | GCIU207037 | 40'HIG | DUBAI | Received at Depot | 14-Nov-09 | 37 | Dubai Stalco Container Depot | ANNEX | DXB/01 |
| 91 | 90 | NAML3211 | GCIU207142 | 40'HIG | DUBAI | Received at Depot | 14-Nov-09 | 37 | Dubai Stalco Container Depot | ANNEX | DXB/01 |
| 92 | 91 | NAML3211 | GCIU207143 | 40'HIG | DUBAI | Received at Depot | 14-Nov-09 | 37 | Dubai Stalco Container Depot | ANNEX | DXB/01 |
| 93 | 92 | NAML3211 | GCIU207050 | 40'HIG | DURBAN | Received at Depot | 14-Dec-08 | 372 | Bidfreight Port Operatiaons | ANNEX | DURBAN/01 |
| 94 | 93 | NAML3211 | GCIU207096 | 40'HIG | DURBAN | Received at Depot | 14-Dec-08 | 372 | Bidfreight Port Operatiaons | ANNEX | DURBAN/01 |
| 95 | 94 | NAML3211 | GCIU207126 | 40'HIG | DURBAN | Received at Depot | 14-Dec-08 | 372 | Bidfreight Port Operatiaons | ANNEX | DURBAN/01 |
| 96 | 95 | NAML3211 | GCIU207138 | 40'HIG | DURBAN | Received at Depot | 14-Dec-08 | 372 | Bidfreight Port Operatiaons | ANNEX | DURBAN/01 |
| 97 | 96 | NAML3211 | GCIU207170 | 40'HIG | DURBAN | Received at Depot | 14-Dec-08 | 372 | Bidfreight Port Operations | ANNEX | DURBAN/01 |
| 98 | 97 | NAML3211 | GCIU207173 | 40'HIG | DURBAN | Received at Depot | 15-Dec-08 | 371 | Bidfreight Port Operatiaons | ANNEX | DURBAN/01 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 99 | 98 | NAML3211 | GCIU207174 | 40'HIG | DURBAN | Received at Depot | 14-Dec-08 | 372 | Bidfreight Port Operatiaons | ANNEX | DURBAN/01 |
| 100 | 99 | NAML3211 | GCIU207185 | 40'HIG | DURBAN | Received at Depot | 14-Dec-08 | 372 | Bidfreight Port Operatiaons | ANNEX | DURBAN/01 |
| 101 | 100 | NAML3211 | GCIU207196 | 40'HIG | DURBAN | Received at Depot | 14-Dec-08 | 372 | Bidfreight Port Operatiaons | ANNEX | DURBAN/01 |
| 102 | 101 | NAML3211 | GCIU207004 | 40'HIG | KARACHI | Discharged fm vessel | 11-Dec-09 | 10 | Karachi East Wharf B17 | ANNEX | KHI/03 |
| 103 | 102 | NAML3211 | GCIU207014 | 40'HIG | KARACHI | Received at Terminal | 14-Mar-09 | 282 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 104 | 103 | NAML3211 | GCIU207017 | 40'HIG | KARACHI | Received at Terminal | 20-Mar-09 | 276 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 105 | 104 | NAML3211 | GCIU207095 | 40'HIG | KARACHI | Discharged fm vessel | 11-Dec-09 | 10 | Karachi East Wharf B17 | ANNEX | KHI/03 |
| 106 | 105 | NAML3211 | GCIU207109 | 40'HIG | KARACHI | Received at Terminal | 19-Mar-09 | 277 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 107 | 106 | NAML3211 | GCIU207134 | 40'HIG | KARACHI | Received at Terminal | 02-Jun-05 | 1663 | Karachi Customs Custody | ANNEX | KHI/02 |
| 108 | 107 | NAML3211 | GCIU207179 | 40'HIG | KARACHI | Discharged fm vessel | 11-Dec-09 | 10 | Karachi East Wharf B17 | ANNEX | KHI/03 |
| 109 | 108 | NAML3211 | GCIU207191 | 40'HIG | KARACHI | Received at Terminal | 26-Mar-09 | 270 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 110 | 109 | NAMM3137 | MLCU200143 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Terminal | ANNEX | KHI/01 |
| 111 | 110 | NAMM3137 | MLCU213070 | 20'STD | KARACHI | Discharged fm vessel | 29-Oct-08 | 418 | Karachi West Wharf | ANNEX | KHI/03 |
| 112 | 111 | NAMM3137 | MLCU216547 | 20'STD | KARACHI | Discharged fm vessel | 13-Mar-06 | 1379 | Karachi East Wharf B17 | ANNEX | KHI/03 |
| 113 | 112 | NAMM3137 | MLCU224656 | 20'STD | KARACHI | Received at Terminal | 14-Jan-09 | 341 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 114 | 113 | NAMM3137 | MLCU233516 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Terminal | ANNEX | KHI/01 |
| 115 | 114 | NAMM3137 | MLCU236075 | 20'STD | KARACHI | Received at Terminal | 31-Jan-09 | 324 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 116 | 115 | NAMM3137 | MLCU237737 | 20'STD | KARACHI | Discharged fm vessel | 19-Nov-08 | 397 | Karachi West Wharf | ANNEX | KHI/03 |
| 117 | 116 | NAMM3137 | MLCU241227 | 20'STD | KARACHI | Received at Terminal | 21-Mar-09 | 275 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 118 | 117 | NAMM3137 | MLCU242108 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Terminal | ANNEX | KHI/01 |
| 119 | 118 | NAMM3137 | MLCU246732 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Terminal | ANNEX | KHI/01 |
| 120 | 119 | NAMM3137 | MLCU254435 | 20'STD | KARACHI | Received at Terminal | 29-Nov-08 | 387 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 121 | 120 | NAMM3137 | MLCU255254 | 20'STD | KARACHI | Received at Terminal | 15-Dec-08 | 371 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 122 | 121 | NAMM3137 | MLCU260597 | 20'STD | KARACHI | Received at Terminal | 31-Mar-09 | 265 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 123 | 122 | NAMM3137 | MLCU264944 | 20'STD | KARACHI | Received at Terminal | 11-Apr-09 | 254 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 124 | 123 | NAMM3137 | MLCU273264 | 20'STD | KARACHI | Received at Terminal | 15-Dec-08 | 371 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 125 | 124 | NAMM3137 | MLCU275548 | 20'STD | KARACHI | Discharged fm vessel | 20-Nov-08 | 396 | Karachi West Wharf | ANNEX | KHI/03 |
| 126 | 125 | NAMM3137 | MLCU276665 | 20'STD | KARACHI | Received at Terminal | 29-Jun-09 | 175 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 127 | 126 | NAMM3137 | MLCU278913 | 20'STD | KARACHI | Received at Terminal | 25-Mar-09 | 271 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 128 | 127 | NAMM3137 | MLCU281692 | 20'STD | KARACHI | Received at Terminal | 24-Jan-09 | 331 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 129 | 128 | NAMM3137 | MLCU283641 | 20'STD | KARACHI | Received at Terminal | 22-Dec-08 | 364 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 130 | 129 | NAMM3137 | MLCU287377 | 20'STD | KARACHI | Received at Terminal | 19-Jan-09 | 336 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 131 | 130 | NAMM3137 | MLCU296200 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Terminal | ANNEX | KHI/01 |
| 132 | 131 | NAMM3137 | MLCU297706 | 20'STD | KARACHI | Received at Terminal | 01-Apr-09 | 264 | Karachi PMS Hussain Repair Terminal | ANNEX | KHI/01 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 133 | 132 | NAMM3137 | MLCU311220 1 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Termi | ANNEX | KHI/01 |
| 134 | 133 | NAMM3137 | MLCU320759 | 20'STD | KARACHI | Received at Terminal | 30-Jan-09 | 325 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 135 | 134 | NAMM3137 | MLCU345602 | 20'STD | KARACHI | Received at Terminal | 14-Mar-09 | 282 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 136 | 135 | NAMM3137 | MLCU350134 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Termi | ANNEX | KHI/01 |
| 137 | 136 | NAMM3137 | MLCU350756 | 20'STD | KARACHI | Received at Terminal | 30-Mar-09 | 266 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 138 | 137 | NAMM3137 | MLCU360083 | 20'STD | KARACHI | Received at Terminal | 29-Jun-09 | 175 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 139 | 138 | NAMM3137 | MLCU360375 | 20'STD | KARACHI | Received at Terminal | 16-Jan-09 | 339 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 140 | 139 | NAMM3137 | MLCU361263 | 20'STD | KARACHI | Received at Terminal | 15-Jan-09 | 340 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 141 | 140 | NAMM3137 | MLCU370175 | 20'STD | KARACHI | Discharged fm vessel | 20-Nov-08 | 396 | Karachi West Wharf | ANNEX | KHI/03 |
| 142 | 141 | NAMM3137 | MLCU385197 | 20'STD | KARACHI | Received at Terminal | 27-Mar-09 | 269 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 143 | 142 | NAMM3137 | PRSU209494 | 20'STD | KARACHI | Received at Terminal | 13-Mar-09 | 283 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 144 | 143 | NAMM3137 | PRSU217289 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Termi | ANNEX | KHI/01 |
| 145 | 144 | NAMM3137 | PRSU218564 | 20'STD | KARACHI | Received at Terminal | 27-Jan-09 | 328 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 146 | 145 | NAMM3137 | PRSU231027 | 20'STD | KARACHI | Received at Terminal | 21-Mar-09 | 275 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 147 | 146 | NAMM3137 | PRSU233126 | 20'STD | KARACHI | Received at Terminal | 31-Mar-09 | 265 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 148 | 147 | NAMM3137 | TEXU208927 | 20'STD | KARACHI | Received at Terminal | 15-Dec-08 | 371 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 149 | 148 | NAMM3137 | TEXU211775 | 20'STD | KARACHI | Discharged fm vessel | 20-Nov-08 | 396 | Karachi West Wharf | ANNEX | KHI/03 |
| 150 | 149 | NAMM3137 | TEXU219739 | 20'STD | KARACHI | Received at Terminal | 15-Jan-09 | 340 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 151 | 150 | NAMM3137 | TEXU238049 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Termi | ANNEX | KHI/01 |
| 152 | 151 | NAMM3137 | TEXU318423 | 20'STD | KARACHI | Received at Terminal | 27-Mar-09 | 269 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 153 | 152 | NAMM3137 | TEXU337519 | 20'STD | KARACHI | Received at Terminal | 30-Jan-09 | 325 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 154 | 153 | NAMM3137 | TEXU355717 | 20'STD | KARACHI | Received at Terminal | 25-Mar-09 | 271 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 155 | 154 | NAMM3137 | TEXU381339 | 20'STD | KARACHI | Received at Terminal | 06-Dec-08 | 380 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 156 | 155 | NAMM3137 | TEXU394526 | 20'STD | KARACHI | Received at Terminal | 29-Jan-09 | 326 | Karachi PMS Depot [PICT] | ANNEX | KHI/03 |
| 157 | 156 | NAMM3137 | WCIU063798 | 20'STD | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Termi | ANNEX | KHI/01 |
| 158 | 157 | NAMM3137 | GCIU207005 | 40'HIG | MOMBASSA | Received at Depot | 25-Oct-08 | 422 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 159 | 158 | NAMM3137 | GCIU207020 | 40'HIG | MOMBASSA | Received at Depot | 06-Apr-09 | 259 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 160 | 159 | NAMM3137 | GCIU207028 | 40'HIG | MOMBASSA | Received at Depot | 14-Feb-09 | 310 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 161 | 160 | NAMM3137 | GCIU207032 | 40'HIG | MOMBASSA | Received at Depot | 13-Oct-08 | 434 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 162 | 161 | NAMM3137 | GCIU207038 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 163 | 162 | NAML3211 | GCIU207046 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 164 | 163 | NAML3211 | GCIU207052 | 40'HIG | MOMBASSA | Received at Depot | 12-Aug-09 | 131 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 165 | 164 | NAML3211 | GCIU207053 | 40'HIG | MOMBASSA | Received at Depot | 01-Mar-07 | 1026 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 166 | 165 | NAML3211 | GCIU207054 | 40'HIG | MOMBASSA | Received at Depot | 28-Aug-06 | 1211 | Mombasa Hakika Depo | ANNEX | MSA/01 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 167 | 166 | NAML3211 | GCIU207055 | 40'HIG | MOMBASSA | Received at Depot | 11-Dec-07 | 741 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 168 | 167 | NAML3211 | GCIU207057 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 169 | 168 | NAML3211 | GCIU207059 | 40'HIG | MOMBASSA | Received at Depot | 07-Apr-07 | 989 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 170 | 169 | NAML3211 | GCIU207071 | 40'HIG | MOMBASSA | Received at Depot | 12-Apr-07 | 984 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 171 | 170 | NAML3211 | GCIU207078 | 40'HIG | MOMBASSA | Received at Depot | 30-Oct-06 | 1148 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 172 | 171 | NAML3211 | GCIU207081 | 40'HIG | MOMBASSA | Received at Depot | 08-Dec-07 | 744 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 173 | 172 | NAML3211 | GCIU207082 | 40'HIG | MOMBASSA | Received at Depot | 18-Mar-09 | 278 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 174 | 173 | NAML3211 | GCIU207089 | 40'HIG | MOMBASSA | Received at Depot | 15-May-09 | 220 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 175 | 174 | NAML3211 | GCIU207093 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 176 | 175 | NAML3211 | GCIU207099 | 40'HIG | MOMBASSA | Received at Depot | 31-May-09 | 204 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 177 | 176 | NAML3211 | GCIU207104 | 40'HIG | MOMBASSA | Received at Depot | 13-Jan-09 | 342 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 178 | 177 | NAML3211 | GCIU207116 | 40'HIG | MOMBASSA | Received at Depot | 14-May-09 | 221 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 179 | 178 | NAML3211 | GCIU207117 | 40'HIG | MOMBASSA | Received at Depot | 22-Feb-08 | 668 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 180 | 179 | NAML3211 | GCIU207118 | 40'HIG | MOMBASSA | Received at Depot | 09-Jan-09 | 346 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 181 | 180 | NAML3211 | GCIU207119 | 40'HIG | MOMBASSA | Received at Depot | 18-Mar-09 | 278 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 182 | 181 | NAML3211 | GCIU207123 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 183 | 182 | NAML3211 | GCIU207125 | 40'HIG | MOMBASSA | Received at Depot | 01-Dec-08 | 385 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 184 | 183 | NAML3211 | GCIU207129 | 40'HIG | MOMBASSA | Received at Depot | 24-Nov-08 | 392 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 185 | 184 | NAML3211 | GCIU207131 | 40'HIG | MOMBASSA | Received at Depot | 16-Oct-08 | 431 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 186 | 185 | NAML3211 | GCIU207132 | 40'HIG | MOMBASSA | Received at Depot | 09-Dec-03 | 2204 | MSA w Mombasa Shipper | ANNEX | MSA/03 |
| 187 | 186 | NAML3211 | GCIU207133 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 188 | 187 | NAML3211 | GCIU207145 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 189 | 188 | NAML3211 | GCIU207146 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 190 | 189 | NAML3211 | GCIU207147 | 40'HIG | MOMBASSA | Received at Depot | 08-Jan-09 | 347 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 191 | 190 | NAML3211 | GCIU207150 | 40'HIG | MOMBASSA | Received at Depot | 03-Aug-09 | 140 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 192 | 191 | NAML3211 | GCIU207152 | 40'HIG | MOMBASSA | Received at Depot | 09-Jan-09 | 346 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 193 | 192 | NAML3211 | GCIU207153 | 40'HIG | MOMBASSA | Received at Depot | 20-Feb-06 | 1400 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 194 | 193 | NAML3211 | GCIU207154 | 40'HIG | MOMBASSA | Received at Depot | 31-Aug-07 | 843 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 195 | 194 | NAML3211 | GCIU207164 | 40'HIG | MOMBASSA | Received at Depot | 08-Oct-07 | 805 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 196 | 195 | NAML3211 | GCIU207166 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 197 | 196 | NAML3211 | GCIU207171 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 198 | 197 | NAML3211 | GCIU207178 | 40'HIG | MOMBASSA | Received at Depot | 27-Jul-07 | 878 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 199 | 198 | NAML3211 | GCIU207183 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo | ANNEX | MSA/01 |
| 200 | 199 | NAML3211 | GCIU207186 | 40'HIG | MOMBASSA | Received at Depot | 06-Dec-06 | 1111 | Mombasa Hakika Depo | ANNEX | MSA/01 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 201 | 200 | NAML3211 | GCIU207188 | 40'HIG | MOMBASSA | Received at Depot | 25-Feb-09 | 299 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 202 | 201 | NAML3211 | GCIU207199 | 40'HIG | MOMBASSA | Received at Depot | 27-Jan-09 | 328 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 203 | 202 | NAMM3137 | MLCU226782 | 20'STD | MOMBASSA | Sent to Consignee | 31-Mar-06 | 1361 | Msa Cnee in Congo (Missing) ANNEX | MSA/03 |
| 204 | 203 | NAMM3137 | MLCU241587 | 20'STD | MOMBASSA | Received at Depot | 11-Sep-09 | 101 | Mombasa Hakika Depo ANNEX | MSA/C1 |
| 205 | 204 | NAMM3137 | MLCU243875 | 20'STD | MOMBASSA | Discharged fm vessel | 13-Feb-09 | 311 | Mombasa KPA Term ANNEX | MSA/C2 |
| 206 | 205 | NAMM3137 | MLCU255108 | 20'STD | MOMBASSA | Received at Terminal | 03-Aug-09 | 1601 | Mombasa ICDE ANNEX | MSA/03 |
| 207 | 206 | NAMM3137 | MLCU255988 | 20'STD | MOMBASSA | GCL Storage use | 30-May-03 | 2397 | Mombasa KPA Term ANNEX | MSA/02 |
| 208 | 207 | NAMM3137 | MLCU275539 | 20'STD | MOMBASSA | Received at Depot | 25-Apr-09 | 240 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 209 | 208 | NAMM3137 | MLCU279411 | 20'STD | MOMBASSA | Received at Depot | 15-Aug-06 | 1224 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 210 | 209 | NAMM3137 | MLCU287309 | 20'STD | MOMBASSA | Received at Depot | 05-May-09 | 230 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 211 | 210 | NAMM3137 | MLCU300321 | 20'STD | MOMBASSA | Discharged fm vessel | 25-Jul-04 | 1975 | Mombasa KPA Term ANNEX | MSA/02 |
| 212 | 211 | NAMM3137 | MLCU300525 | 20'STD | MOMBASSA | Received at Depot | 28-May-09 | 207 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 213 | 212 | NAMM3137 | MLCU346389 | 20'STD | MOMBASSA | Received at Depot | 16-Mar-09 | 280 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 214 | 213 | NAMM3137 | MLCU360227 | 20'STD | MOMBASSA | Discharged fm vessel | 06-Oct-04 | 1902 | Mombasa KPA Term ANNEX | MSA/02 |
| 215 | 214 | NAMM3137 | MLCU361548 | 20'STD | MOMBASSA | Received at Depot | 24-Apr-09 | 241 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 216 | 215 | NAMM3137 | MLCU980074 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 217 | 216 | NAMM3137 | TEXU308091 | 20'STD | MOMBASSA | Discharged fm vessel | 07-Dec-04 | 1840 | Mombasa KPA Term ANNEX | MSA/02 |
| 218 | 217 | NAMM3137 | TEXU325020 | 20'STD | MOMBASSA | Received at Depot | 12-Feb-09 | 312 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 219 | 218 | NAMM3137 | TEXU326646 | 20'STD | MOMBASSA | Received at Depot | 25-Apr-09 | 240 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 220 | 219 | NAMM3137 | TEXU444218 | 20'STD | MOMBASSA | Received at Terminal | 22-Mar-04 | 2100 | Mombasa KPA Term ANNEX | MSA/02 |
| 221 | 220 | NAMM3137 | TEXU506022 | 40'HIG | MOMBASSA | Received at Depot | 10-Mar-09 | 286 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 222 | 221 | NAMM3137 | TEXU506834 | 40'HIG | MOMBASSA | Received at Depot | 24-Apr-06 | 1337 | Mombasa Hakika Depo ANNEX | MSA/01 |
| 223 | 222 | NAML3211 | GCIU207013 | 40'HIG | SHARJAH | Received at Depot | 08-Oct-09 | 74 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 224 | 223 | NAML3211 | GCIU207021 | 40'HIG | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 225 | 224 | NAML3211 | GCIU207029 | 40'HIG | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 226 | 225 | NAML3211 | GCIU207062 | 40'HIG | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 227 | 226 | NAML3211 | GCIU207072 | 40'HIG | SHARJAH | Received at Depot | 08-Oct-09 | 74 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 228 | 227 | NAML3211 | GCIU207111 | 40'HIG | SHARJAH | Received at Depot | 13-Jun-08 | 556 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 229 | 228 | NAML3211 | GCIU207112 | 40'HIG | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 230 | 229 | NAML3211 | GCIU207169 | 40'HIG | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 231 | 230 | NAML3211 | GCIU207181 | 40'HIG | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 232 | 231 | NAML3211 | GCIU207198 | 40'HIG | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 233 | 232 | NAML3211 | MLCU241471 | 20'STD | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |
| 234 | 233 | NAMM3137 | MLCU264050 | 20'STD | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo ANNEX | SHJ/02 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 235 | 234 | NAMM3137 | MLCU272074 | 20'STD | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo | SHJ/02 |
| 236 | 235 | NAMM3137 | MLCU287019 | 20'STD | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo | SHJ/02 |
| 237 | 236 | NAMM3137 | MLCU287116 | 20'STD | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo | SHJ/02 |
| 238 | 237 | NAMM3137 | MLCU320692 | 20'STD | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo | SHJ/02 |
| 239 | 238 | NAMM3137 | MLCU350748 | 20'STD | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo | SHJ/02 |
| 240 | 239 | NAMM3137 | TEXU236123 | 20'STD | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depo | SHJ/02 |
| 241 | 240 | NAMM3137 | MLCU215375 | 20'STD | SOHAR | Received at Terminal | 19-Apr-09 | 246 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 242 | 241 | NAMM3137 | MLCU225021 | 20'STD | SOHAR | Received at Terminal | 04-May-09 | 231 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 243 | 242 | NAMM3137 | MLCU225025 | 20'STD | SOHAR | Received at Terminal | 06-Jul-09 | 168 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 244 | 243 | NAMM3137 | MLCU225193 | 20'STD | SOHAR | Received at Terminal | 19-Apr-09 | 246 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 245 | 244 | NAMM3137 | MLCU231764 | 20'STD | SOHAR | Received at Terminal | 23-Feb-09 | 301 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 246 | 245 | NAMM3137 | MLCU236564 | 20'STD | SOHAR | Received at Terminal | 06-Jul-09 | 168 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 247 | 246 | NAMM3137 | MLCU239561 | 20'STD | SOHAR | Received at Terminal | 22-Jun-09 | 182 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 248 | 247 | NAMM3137 | MLCU239715 | 20'STD | SOHAR | Received at Terminal | 13-Apr-09 | 252 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 249 | 248 | NAMM3137 | MLCU240127 | 20'STD | SOHAR | Received at Terminal | 14-Apr-09 | 251 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 250 | 249 | NAMM3137 | MLCU240879 | 20'STD | SOHAR | Received at Terminal | 22-Jun-09 | 182 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 251 | 250 | NAMM3137 | MLCU241475 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 252 | 251 | NAMM3137 | MLCU242037 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 253 | 252 | NAMM3137 | MLCU244707 | 20'STD | SOHAR | Received at Terminal | 15-Feb-09 | 309 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 254 | 253 | NAMM3137 | MLCU246379 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 255 | 254 | NAMM3137 | MLCU248744 | 20'STD | SOHAR | Received at Terminal | 14-Apr-09 | 251 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 256 | 255 | NAMM3137 | MLCU249967 | 20'STD | SOHAR | Received at Terminal | 05-Jul-09 | 169 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 257 | 256 | NAMM3137 | MLCU253954 | 20'STD | SOHAR | Received at Terminal | 18-Jan-09 | 337 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 258 | 257 | NAMM3137 | MLCU255159 | 20'STD | SOHAR | Received at Terminal | 18-Jan-09 | 337 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 259 | 258 | NAMM3137 | MLCU261857 | 20'STD | SOHAR | Received at Terminal | 18-Jan-09 | 337 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 260 | 259 | NAMM3137 | MLCU262810 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 261 | 260 | NAMM3137 | MLCU265030 | 20'STD | SOHAR | Received at Terminal | 20-Jan-09 | 335 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 262 | 261 | NAMM3137 | MLCU270447 | 20'STD | SOHAR | Received at Terminal | 06-Jul-09 | 168 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 263 | 262 | NAMM3137 | MLCU271574 | 20'STD | SOHAR | Received at Terminal | 13-Apr-09 | 252 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 264 | 263 | NAMM3137 | MLCU271957 | 20'STD | SOHAR | Received at Terminal | 17-Jan-09 | 338 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 265 | 264 | NAMM3137 | MLCU274950 | 20'STD | SOHAR | Received at Terminal | 23-Jan-09 | 332 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 266 | 265 | NAMM3137 | MLCU274973 | 20'STD | SOHAR | Received at Terminal | 19-Feb-09 | 305 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 267 | 266 | NAMM3137 | MLCU279042 | 20'STD | SOHAR | Received at Terminal | 05-Jul-09 | 169 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |
| 268 | 267 | NAMM3137 | MLCU279508 | 20'STD | SOHAR | Received at Terminal | 06-Apr-09 | 259 | Sohar Intl Cntr Terminal ANNEX | OMAN/01 |

| | A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|---|
| 269 | 268 | NAMM3137 | MLCU284171 | 20'STD | SOHAR | Received at Terminal | 04-May-09 | 231 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 270 | 269 | NAMM3137 | MLCU286825 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 271 | 270 | NAMM3137 | MLCU286894 | 20'STD | SOHAR | Received at Terminal | 21-Feb-09 | 303 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 272 | 271 | NAMM3137 | MLCU287162 | 20'STD | SOHAR | Received at Terminal | 12-Aug-09 | 131 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 273 | 272 | NAMM3137 | MLCU293590 | 20'STD | SOHAR | Received at Terminal | 19-Mar-09 | 277 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 274 | 273 | NAMM3137 | MLCU298967 | 20'STD | SOHAR | Received at Terminal | 15-Apr-09 | 250 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 275 | 274 | NAMM3137 | MLCU300063 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 276 | 275 | NAMM3137 | MLCU320472 | 20'STD | SOHAR | Received at Terminal | 15-Feb-09 | 309 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 277 | 276 | NAMM3137 | MLCU320948 | 20'STD | SOHAR | Received at Terminal | 04-Jul-09 | 170 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 278 | 277 | NAMM3137 | MLCU330167 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 279 | 278 | NAMM3137 | MLCU330464 | 20'STD | SOHAR | Received at Terminal | 04-May-09 | 231 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 280 | 279 | NAMM3137 | MLCU345025 | 20'STD | SOHAR | Received at Terminal | 03-Aug-09 | 140 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 281 | 280 | NAMM3137 | MLCU350867 | 20'STD | SOHAR | Received at Terminal | 12-Jan-09 | 343 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 282 | 281 | NAMM3137 | MLCU350918 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 283 | 282 | NAMM3137 | MLCU360305 | 20'STD | SOHAR | Received at Terminal | 11-Jan-09 | 344 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 284 | 283 | NAMM3137 | MLCU361240 | 20'STD | SOHAR | Received at Terminal | 13-Apr-09 | 252 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 285 | 284 | NAMM3137 | PRSU201155 | 20'STD | SOHAR | Received at Terminal | 19-Apr-09 | 246 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 286 | 285 | NAMM3137 | PRSU204103 | 20'STD | SOHAR | Received at Terminal | 25-Jan-09 | 330 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 287 | 286 | NAMM3137 | PRSU205440 | 20'STD | SOHAR | Received at Terminal | 04-May-09 | 231 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 288 | 287 | NAMM3137 | PRSU208459 | 20'STD | SOHAR | Received at Terminal | 25-Jan-09 | 330 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 289 | 288 | NAMM3137 | PRSU212928 | 20'STD | SOHAR | Received at Terminal | 14-Apr-09 | 251 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 290 | 289 | NAMM3137 | PRSU214695 | 20'STD | SOHAR | Received at Terminal | 08-Jul-09 | 166 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 291 | 290 | NAMM3137 | PRSU219607 | 20'STD | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 292 | 291 | NAMM3137 | PRSU219721 | 20'STD | SOHAR | Received at Terminal | 11-Jan-09 | 344 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 293 | 292 | NAMM3137 | PRSU222113 | 20'STD | SOHAR | Received at Terminal | 22-Jun-09 | 182 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 294 | 293 | NAMM3137 | PRSU222724 | 20'STD | SOHAR | Received at Terminal | 18-Apr-09 | 247 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 295 | 294 | NAMM3137 | PRSU228162 | 20'STD | SOHAR | Received at Terminal | 25-Jan-09 | 330 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 296 | 295 | NAMM3137 | PRSU230729 | 20'STD | SOHAR | Received at Terminal | 02-Aug-09 | 141 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 297 | 296 | NAMM3137 | TEXU210892 | 20'STD | SOHAR | Received at Terminal | 04-May-09 | 231 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 298 | 297 | NAMM3137 | TEXU212946 | 20'STD | SOHAR | Received at Terminal | 19-Apr-09 | 246 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 299 | 298 | NAMM3137 | TEXU214005 | 20'STD | SOHAR | Received at Terminal | 15-Feb-09 | 309 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 300 | 299 | NAMM3137 | TEXU219209 | 20'STD | SOHAR | Received at Terminal | 14-Apr-09 | 251 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 301 | 300 | NAMM3137 | TEXU222144 | 20'STD | SOHAR | Received at Terminal | 16-Apr-09 | 249 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |
| 302 | 301 | NAMM3137 | TEXU227137 | 20'STD | SOHAR | Received at Terminal | 14-Apr-09 | 251 | Sohar Intl Cntr Terminal | ANNEX | OMAN/01 |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| 302 | NAMM3137 | TEXU235274 | 20'STD | SOHAR | Received at Terminal | 18-Jan-09 | 337 | Sohar Intl Cntr Terminal | OMAN/01 |
| 303 | NAMM3137 | TEXU290536 | 20'STD | SOHAR | Received at Terminal | 13-Apr-09 | 252 | Sohar Intl Cntr Terminal | OMAN/01 |
| 304 | NAMM3137 | TEXU334531 | 20'STD | SOHAR | Received at Terminal | 21-Jan-09 | 334 | Sohar Intl Cntr Terminal | OMAN/01 |
| 305 | NAMM3137 | TEXU350619 | 20'STD | SOHAR | Received at Terminal | 25-Jan-09 | 330 | Sohar Intl Cntr Terminal | OMAN/01 |
| 306 | NAMM3137 | TEXU355082 | 20'STD | SOHAR | Received at Terminal | 03-May-09 | 232 | Sohar Intl Cntr Terminal | OMAN/01 |
| 307 | NAMM3137 | TEXU356935 | 20'STD | SOHAR | Received at Terminal | 26-Jan-09 | 329 | Sohar Intl Cntr Terminal | OMAN/01 |
| 308 | NAMM3137 | TEXU357721 | 20'STD | SOHAR | Received at Terminal | 16-Apr-09 | 249 | Sohar Intl Cntr Terminal | OMAN/01 |
| 309 | NAMM3137 | TEXU368780 | 20'STD | SOHAR | Received at Terminal | 16-Apr-09 | 249 | Sohar Intl Cntr Terminal | OMAN/01 |
| 310 | NAMM3137 | TEXU372882 | 20'STD | SOHAR | Received at Terminal | 01-Aug-09 | 142 | Sohar Intl Cntr Terminal | OMAN/01 |
| 311 | NAMM3137 | TEXU379632 | 20'STD | SOHAR | Received at Terminal | 07-Jul-09 | 167 | Sohar Intl Cntr Terminal | OMAN/01 |
| 312 | NAMM3137 | TEXU381000 | 20'STD | SOHAR | Received at Terminal | 19-Apr-09 | 246 | Sohar Intl Cntr Terminal | OMAN/01 |
| 313 | NAMM3137 | TEXU381346 | 20'STD | SOHAR | Received at Terminal | 03-May-09 | 232 | Sohar Intl Cntr Terminal | OMAN/01 |
| 314 | NAMM3137 | TGHU204777 | 20'STD | SOHAR | Received at Terminal | 12-Jan-09 | 343 | Sohar Intl Cntr Terminal | OMAN/01 |
| 315 | NAMM3137 | MLCU240495 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 316 | NAMM3137 | MLCU264841 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 317 | NAMM3137 | MLCU274919 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 318 | NAMM3137 | MLCU277356 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 319 | NAMM3137 | MLCU285049 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 320 | NAMM3137 | MLCU286247 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 321 | NAMM3137 | MLCU287229 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 322 | NAMM3137 | MLCU299233 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 323 | NAMM3137 | MLCU350843 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 324 | NAMM3137 | PRSU214531 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 325 | NAMM3137 | TEXU229924 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 326 | NAMM3137 | TEXU298470 | 20'STD | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | TAMAT/01 |
| 327 | NAMM3137 | MLCU291647 | 20'STD | ZANZIBAR | Discharged fm vessel | 04-Nov-09 | 47 | Zanzibar Container Terminal | ZABR/01 |

| ANNEX – KHI/01 | ANNEX – KHI/02 | ANNEX – KHI/03 |
|---|---|---|
| C/O FRIENDS KARACHI LTD<br>HUSSAIN TRADING AGENCIES (PVT) LTD.<br>HTAL HOUSE 36-38, Timber Pond,<br>Keamari, Karachi - Pakistan.<br>Tel: 2852501-7 (7 Lines) Fax: 2851175 | FRIENDS KARACHI LTD<br>217, EFU HOUSE<br>M.A. JINNAH ROAD<br>KARACHI-74000 PAKISTAN<br>TEL#2314736<br>FAX#2310606<br>friends@friends-shipping.com | C/O FRIENDS KARACHI LTD<br>Pakistan International Container Terminal Ltd.<br>Berth No. 6 - 9, East Wharf, Keamari, Karachi.<br>+92 - (21) 111-11-PICT x 257<br>+92 - (21) 2859730<br>+92 (301) 8261206 |

| ANNEX – MSA/01 | ANNEX – MSA/02 | ANNEX – MSA/03 |
|---|---|---|
| C/O AFRICAN LINER AGENCIES<br>M/S HAKIKA TRANSPORT SERVICES<br>P.O. BOX 86961, MOMBASA, KENYA<br>TEL# 3434252 / FAX 3432928<br>hakika@swiftmombasa.com | C/O AFRICAN LINER AGENCIES<br>KENYA PORTS AUTHORITY<br>P.O. BOX 95009-80104<br>MOMBASSA - KENYA<br>TEL# 254-41-2112999 | AFRICAN LINER AGENCIES<br>P.O. BOX 43181<br>MOMBASSA - KENYA<br>TEL # 254-11-229 485<br>FAX # 254-11-229 364<br>admin@alamsa.com |

| ANNEX – BEIRA/01 | ANNEX – DURBAN/01 | ANNEX – INDIA/01 |
|---|---|---|
| MANICA FREIGHT SERVICES<br>LARGO DO BUZI<br>1-6 P.O. BOX 44 / 258<br>BEIRA - MOCAMBIQUE<br>TEL # 323143, 325163 | FREIGHT MARINE SHIPPING<br>22 GARDINER STREET<br>DURBAN - 4001, S.A.<br>P.O. Box 1524<br>TEL # 304-7491 | SAI SHIPPING PVT LTD<br>Sai Shipping Co. (P) Ltd<br>1112-A, Embassy Centre, Nariman Point,<br>Mumbai 400 021. INDIA<br>Tel # +9122 66513649/66513600<br>Fax # +9122 22875178/22841127<br>agency@saiship.com |

| ANNEX – OMAN/01 | ANNEX – ZABR/01 | ANNEX – DXB/01 |
|---|---|---|
| M/S. Khimji Ramdas Shipping LLC,<br>P.O.Box.19, Postal Code:311,<br>Al Ghishbah, Sohar, Sultanate of Oman<br>TEL : +968 268 409 07<br>FAX : + 968 268 432 06 | THE SHIPPING CORPORATION OF ZANZIBAR<br>P.O. BOX 80, ZANZIBAR<br>TEL # 2230302, FAX 2232578 | C/O GULF LINER SHIPPING AGENCIES<br>M/S STALCO L.L.C<br>P.O. Box 464, Dubai - U.A.E<br>Tel +971 4 3934 666/39 38 389<br>Fax +971 4 3934888 |