Exhibit D
Container Applications Limited

| No. | Contract | Container No. | TP | CURRENT STATUS / LOCATION | Last Activity | Activity date | Total Days | Activity Location | CONTACT ADDRESS |
|---|---|---|---|---|---|---|---|---|---|
| 1 | GCOL100 | CAXU281532 | 20 | DAR ES SALAM | Sent to Consignee | 27-May-03 | 2400 | Dar w Consgn in DRC | ANNEX - DAR/02 |
| 2 | GCOL100 | CAXU288437 | 20 | DAR ES SALAM | Received at Depot | 19-Feb-09 | 305 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 3 | GCOL100 | CAXU426377 | 40 | DAR ES SALAM | Received at Depot | 23-Apr-07 | 973 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 4 | GCOL100 | CAXU477756 | 40 | DAR ES SALAM | Received at Depot | 27-Apr-07 | 969 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 5 | GCOL100 | CAXU493108 | 41 | DAR ES SALAM | Received at Depot | 16-Nov-06 | 1131 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 6 | GCOL100 | CAXU605393 | 20 | DAR ES SALAM | Received at Depot | 02-May-09 | 233 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 7 | GCOL100 | CAXU615200 | 20 | DAR ES SALAM | Received at Depot | 15-Jun-09 | 189 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 8 | GCOL100 | CAXU681286 | 20 | DAR ES SALAM | Received at Depot | 15-Jun-09 | 189 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 9 | GCOL100 | CAXU703701 | 40 | DAR ES SALAM | Received at Depot | 21-Apr-07 | 975 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 10 | GCOL100 | CAXU903951 | 41 | DAR ES SALAM | Received at Depot | 19-Apr-07 | 977 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 11 | GCOL100 | CAXU904044 | 41 | DAR ES SALAM | Received at Depot | 31-Mar-07 | 996 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 12 | GCOL100 | CAXU936158 | 41 | DAR ES SALAM | Received at Depot | 30-Jul-09 | 144 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 13 | GCOL100 | CAXU936516 | 41 | DAR ES SALAM | Discharged fm vessel | 05-May-08 | 595 | Dar Int ContTerm | ANNEX - DAR/01 |
| 14 | GCOL100 | CAXU937500 | 41 | DAR ES SALAM | Received at Depot | 15-Jan-09 | 340 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 15 | GCOL100 | CAXU953765 | 41 | DAR ES SALAM | Received at Depot | 29-Nov-06 | 1118 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 16 | GCOL100 | CAXU956456 | 41 | DAR ES SALAM | Received at Depot | 11-Feb-08 | 679 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 17 | GCOL100 | CAXU960842 | 41 | DAR ES SALAM | Received at Depot | 06-Feb-07 | 1049 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 18 | GCOL100 | CAXU968239 | 41 | DAR ES SALAM | Received at Depot | 15-Aug-08 | 493 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 19 | GCOL100 | CAXU977395 | 41 | DAR ES SALAM | Received at Depot | 15-Jun-09 | 189 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 20 | GCOL100 | CAXU977607 | 41 | DAR ES SALAM | Received at Depot | 12-Feb-07 | 1043 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 21 | GCOL100 | CAXU980569 | 41 | DAR ES SALAM | Discharged fm vessel | 25-Nov-08 | 391 | Dar Int ContTerm | ANNEX - DAR/01 |
| 22 | GCOL100 | CAXU984950 | 41 | DAR ES SALAM | Received at Depot | 25-Mar-09 | 271 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 23 | GCOL100 | INKU2795596 | 41 | DAR ES SALAM | Discharged fm vessel | 02-May-09 | 233 | Dar Int ContTerm | ANNEX - DAR/01 |
| 24 | GCOL100 | INNU521874 | 40 | DAR ES SALAM | Received at Depot | 27-Apr-07 | 969 | Dar Tanzania Road Haulage | ANNEX - DAR/01 |
| 25 | GCOL100 | CAXU234190 | 20 | KARACHI | Received at Terminal | 30-Jan-09 | 325 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 26 | GCOL100 | CAXU248644 | 20 | KARACHI | Received at Terminal | 16-Mar-09 | 280 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 27 | GCOL100 | CAXU295855 | 20 | KARACHI | Received at Terminal | 02-Apr-09 | 263 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 28 | GCOL100 | CAXU609742 | 20 | KARACHI | Received at Terminal | 13-Mar-09 | 283 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 29 | GCOL100 | CAXU612387 | 20 | KARACHI | Received at Terminal | 12-Nov-08 | 404 | Karachi Hussain Repair Terminal | ANNEX - KHI/01 |
| 30 | GCOL100 | CAXU616937 | 20 | KARACHI | Received at Terminal | 24-Mar-09 | 272 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 31 | GCOL100 | CAXU621511 | 20 | KARACHI | Received at Terminal | 19-Dec-08 | 367 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 32 | GCOL100 | CAXU651645 | 20 | KARACHI | Received at Terminal | 22-Jan-09 | 333 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 33 | GCOL100 | CAXU652892 | 20 | KARACHI | Received at Terminal | 15-Dec-08 | 371 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 34 | GCOL100 | CAXU663985 | 20 | KARACHI | Received at Terminal | 30-Mar-09 | 266 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 35 | GCOL100 | CAXU936177 | 41 | KARACHI | Received at Terminal | 25-Mar-09 | 271 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 36 | GCOL100 | CAXU955678 | 41 | KARACHI | Received at Terminal | 14-Mar-09 | 282 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 37 | GCOL100 | CAXU966009 | 41 | KARACHI | Received at Terminal | 21-Mar-09 | 275 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |
| 38 | GCOL100 | CAXU968310 | 41 | KARACHI | Received at Terminal | 14-Mar-09 | 282 | Karachi PMS Depot [PICT] | ANNEX - KHI/03 |

| # | Code | Container | Size | Port | Status | Date | Ref | Location | Annex | Code2 |
|---|---|---|---|---|---|---|---|---|---|---|
| 39 | GCOL100 | CAXU978234 | 41 | KARACHI | Received at Terminal | 19-Mar-09 | 277 | Karachi PMS Depot [PICT] | ANNEX - | KHI/03 |
| 40 | GCOL100 | INBU382643 | 20 | KARACHI | Received at Terminal | 25-Mar-09 | 271 | Karachi PMS Depot [PICT] | ANNEX - | KHI/03 |
| 41 | GCOL100 | INKU282611 | 41 | KARACHI | Received at Terminal | 14-Mar-09 | 282 | Karachi PMS Depot [PICT] | ANNEX - | KHI/03 |
| 42 | GCOL100 | CAXU256759 | 20 | MOMBASSA | Received at Depot | 25-Apr-09 | 240 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 43 | GCOL100 | CAXU281537 | 20 | MOMBASSA | Received at Depot | 12-Feb-09 | 312 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 44 | GCOL100 | CAXU483423 | 41 | MOMBASSA | Discharged fm vessel | 23-Dec-04 | 1824 | Mombasa KPA Term | ANNEX - | MSA/02 |
| 45 | GCOL100 | CAXU493117 | 41 | MOMBASSA | Discharged fm vessel | 27-Aug-05 | 1577 | Mombasa KPA Term | ANNEX - | MSA/02 |
| 46 | GCOL100 | CAXU499795 | 41 | MOMBASSA | Received at Depot | 19-Mar-09 | 277 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 47 | GCOL100 | CAXU601243 | 20 | MOMBASSA | Received at Depot | 19-Apr-06 | 1342 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 48 | GCOL100 | CAXU622307 | 20 | MOMBASSA | Received at Depot | 24-Apr-09 | 241 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 49 | GCOL100 | CAXU900929 | 41 | MOMBASSA | Received at Depot | 04-May-09 | 231 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 50 | GCOL100 | CAXU954614 | 41 | MOMBASSA | Received at Depot | 15-Jan-09 | 340 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 51 | GCOL100 | CAXU963766 | 41 | MOMBASSA | Received at Depot | 15-Jan-07 | 1071 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 52 | GCOL100 | CAXU978809 | 41 | MOMBASSA | Received at Depot | 02-Sep-08 | 475 | Mombasa Hakika Depo | ANNEX - | MSA/01 |
| 53 | GCOL100 | CAXU255582 | 20 | MUMBAI | Received at Depot | 02-Oct-05 | 1541 | JNPT UIA CFS | ANNEX - | INDIA/01 |
| 54 | GCOL100 | CAXU966351 | 41 | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depot | ANNEX - | SHJ/02 |
| 55 | GCOL100 | INBU337721 | 20 | SHARJAH | Received at Depot | 10-Nov-09 | 41 | Sharjah GULSA Container Depot | ANNEX - | SHJ/02 |
| 56 | GCOL100 | CAXU226584 | 20 | SOHAR | Received at Terminal | 15-Jan-09 | 340 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 57 | GCOL100 | CAXU234070 | 20 | SOHAR | Received at Terminal | 22-Jan-09 | 333 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 58 | GCOL100 | CAXU235080 | 20 | SOHAR | Received at Terminal | 21-Feb-09 | 303 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 59 | GCOL100 | CAXU241812 | 20 | SOHAR | Received at Terminal | 13-Feb-09 | 252 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 60 | GCOL100 | CAXU251925 | 20 | SOHAR | Received at Terminal | 14-Apr-09 | 251 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 61 | GCOL100 | CAXU255844 | 20 | SOHAR | Received at Terminal | 02-Aug-09 | 141 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 62 | GCOL100 | CAXU281275 | 20 | SOHAR | Received at Terminal | 23-Feb-09 | 301 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 63 | GCOL100 | CAXU281574 | 20 | SOHAR | Received at Terminal | 23-Feb-09 | 301 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 64 | GCOL100 | CAXU281997 | 20 | SOHAR | Received at Terminal | 02-May-09 | 233 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 65 | GCOL100 | CAXU286428 | 20 | SOHAR | Received at Terminal | 21-Jan-09 | 334 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 66 | GCOL100 | CAXU288074 | 20 | SOHAR | Received at Terminal | 19-Feb-09 | 305 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 67 | GCOL100 | CAXU296271 | 20 | SOHAR | Received at Terminal | 19-Mar-09 | 277 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 68 | GCOL100 | CAXU600367 | 20 | SOHAR | Received at Terminal | 14-Apr-09 | 251 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 69 | GCOL100 | CAXU602201 | 20 | SOHAR | Received at Terminal | 22-Feb-09 | 302 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 70 | GCOL100 | CAXU602673 | 20 | SOHAR | Received at Terminal | 02-May-09 | 233 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 71 | GCOL100 | CAXU603693 | 20 | SOHAR | Received at Terminal | 03-Aug-09 | 140 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 72 | GCOL100 | CAXU609248 | 20 | SOHAR | Received at Terminal | 14-Feb-09 | 310 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 73 | GCOL100 | CAXU609988 | 20 | SOHAR | Received at Terminal | 22-Feb-09 | 302 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 74 | GCOL100 | CAXU613518 | 20 | SOHAR | Received at Terminal | 19-Apr-09 | 246 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 75 | GCOL100 | CAXU615109 | 20 | SOHAR | Received at Terminal | 13-Apr-09 | 252 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 76 | GCOL100 | CAXU615865 | 20 | SOHAR | Received at Terminal | 02-May-09 | 233 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 77 | GCOL100 | CAXU669363 | 20 | SOHAR | Received at Terminal | 16-Apr-09 | 249 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |
| 78 | GCOL100 | INBU317626 | 20 | SOHAR | Received at Terminal | 11-Jan-09 | 344 | Sohar Intl Cntr Terminal | ANNEX - | OMAN/01 |

| 79 | GCOL100 | INBU347852 | 20 | SOHAR | Received at Terminal | 24-Jan-09 | 331 | Sohar Intl Cntr Terminal | ANNEX - OMAN/01 |
| 80 | GCOL100 | INBU350019 | 20 | SOHAR | Received at Terminal | 28-Jun-09 | 176 | Sohar Intl Cntr Terminal | ANNEX - OMAN/01 |
| 81 | GCOL100 | INBU350069 | 20 | SOHAR | Received at Terminal | 19-Feb-09 | 305 | Sohar Intl Cntr Terminal | ANNEX - OMAN/01 |
| 82 | GCOL100 | CAXU241049 | 20 | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | ANNEX - TAMAT/01 |
| 83 | GCOL100 | CAXU249192 | 20 | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | ANNEX - TAMAT/01 |
| 84 | GCOL100 | CAXU293591 | 20 | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | ANNEX - TAMAT/01 |
| 85 | GCOL100 | CAXU294892 | 20 | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | ANNEX - TAMAT/01 |
| 86 | GCOL100 | CAXU611426 | 20 | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | ANNEX - TAMAT/01 |
| 87 | GCOL100 | CAXU614982 | 20 | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | ANNEX - TAMAT/01 |
| 88 | GCOL100 | CAXU650718 | 20 | TAMATAVE | Discharged fm vessel | 15-Sep-06 | 1193 | Tamatave (Toamasina) | ANNEX - TAMAT/01 |

| ANNEX – KHI/01 | ANNEX – KHI/02 | ANNEX – KHI/03 |
|---|---|---|
| C/O FRIENDS KARACHI LTD<br>HUSSAIN TRADING AGENCIES (PVT) LTD.<br>HTAL HOUSE 36-38, Timber Pond,<br>Keamari, Karachi - Pakistan.<br>Tel: 2852501-7 (7 Lines) Fax: 2851175 | FRIENDS KARACHI LTD<br>217, EFU HOUSE<br>M.A.JINNAH ROAD<br>KARACHI-74000 PAKISTAN<br>TEL:#2314736<br>FAX#2310606<br>friends@friends-shipping.com | C/O FRIENDS KARACHI LTD<br>Pakistan International Container Terminal Ltd.<br>Berth No. 6 - 9, East Wharf, Kemari, Karachi.<br>+92 - (21) 111-11-PICT x 257<br>+92 - (21) 2859730<br>+92 (301) 8261206 |

| ANNEX – MSA/01 | ANNEX – MSA/02 | ANNEX – MSA/03 |
|---|---|---|
| C/O AFRICAN LINER AGENCIES<br>M/S HAKIKA TRANSPORT SERVICES<br>P.O. BOX 86961, MOMBASA, KENYA<br>TEL# 343252 / FAX 3432928<br>hakika@swiftmombasa.com | C/O AFRICAN LINER AGENCIES<br>KENYA PORTS AUTHORITY<br>P.O. BOX 95009-80104<br>MOMBASA - KENYA<br>TEL# 254-41-2112999 | AFRICAN LINER AGENCIES<br>P.O. BOX 43181<br>MOMBASSA - KENYA<br>TEL: 254-11-229 485<br>FAX # 254-11-229 364<br>admin@alalmsa.com |

| ANNEX – BEIRA/01 | ANNEX – DURBAN/01 | ANNEX – INDIA/01 |
|---|---|---|
| MANICA FREIGHT SERVICES<br>LARGO DO BUZI<br>1-6 P.O. BOX 44 / 258<br>BEIRA - MOCAMBIQUE<br>TEL # 323143, 325163 | FREIGHT MARINE SHIPPING<br>22 GARDINER STREET<br>DURBAN - 4001, S.A.<br>P.O. BOX 1524<br>TEL # 304-7491 | SAI SHIPPING PVT LTD<br>Sai Shipping Co. (P) Ltd<br>1112-A, Embassy Centre, Nariman Point,<br>Mumbai 400 021. INDIA<br>Tel # +9122 66513649/66513600<br>Fax # +9122 22875178/22841127<br>agency@saiship.com |

| ANNEX – OMAN/01 | ANNEX – ZABR/01 | ANNEX – DXB/01 |
|---|---|---|
| M/S. Khimji Ramdas Shipping LLC,<br>P.O.Box.19, Postal Code:311,<br>Al Ghishbah, Sohar, Sultanate of Oman<br>TEL : +968 268 409 07<br>FAX : + 968 268 432 06 | THE SHIPPING CORPORATION OF ZANZIBAR<br>P.O. BOX 80, ZANZIBAR<br>TEL # 2230302, FAX 2232578 | C/O GULF LINER SHIPPING AGENCIES<br>M/S STALCO L.L.C<br>P.O. Box 464, Dubai - U.A.E<br>Tel +971 4 3934 666/39 38 389<br>Fax +971 4 3934888 |

| ANNEX – SHJ/01 | ANNEX – SHJ/02 | ANNEX – DAR/01 |
|---|---|---|
| C/O GULF LINER SHIPPING AGENCIES<br>GULFTAINER CONTAINER TERMINAL<br>P.O. BOX 510, SHARJAH, UAE<br>TEL # +971-6-5281327<br>FAX # +971-6-5281425 | C/O GULF LINER SHIPPING AGENCIES<br>P.O.BOX 3274<br>DUBAI - UAE<br>TEL # +971-4-3367676<br>FAX # +971-4-3368106 | C/O African Liner Agencies, Dar Es Salam<br>Tanzania Ports Authority<br>P.O BOX 9184, 1 BANDARI ROAD<br>TURASANI, DAR ES SALAM, TANZANIA<br>TEL # 0255-2110401 |

| ANNEX – DAR/02 | ANNEX – TAMAT/01 | |
|---|---|---|
| African Liner Agencies, Dar Es Salam<br>PO Box 7876<br>Dar es salaam, Tanzania<br>East Africa<br>Tel: +255 22 2133801/3<br>Fax:+255 22 2133788 | CO. MA. MA<br>IMMEUBLE LA GITANE<br>7 RUE RICHELIEU<br>MAHAJANGA - 401<br>B.P. 451, TEL 261 2062 242 79<br>FAX 261 2062 242 78<br>dir@comama.mg | |