

# CULLENandDYKMANLLP

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

**C. Nathan Dee**
**Partner**
Direct Dial: (516) 357-3817
ndee@cullenanddykman.com

January 12, 2010

**VIA ELECTRONIC MAIL**

Chambers of the Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

    RE:    Global Container Lines Limited
               Case No.: 09-78585 (AST)

Dear Sir/Madam:

    To all creditors and interested parties, please take notice that an adjournment of the final hearing on the Debtors' motion for authority for use of cash collateral and to enter into a DIP financing agreement with the National Bank of Pakistan dated 11/13/09 (Docket no. 12) has been adjourned from January 13, 2010 at 3:00 p.m. to January 27, 2010 at 2:00 p.m.

    Should you have any questions, please feel free to contact the undersigned. Thank you for your courtesies and cooperation.

                              Very truly yours,

                              C. Nathan Dee

CND/cnd
Enclosure