# LaMonica Herbst & Maniscalco, LLP

Salvatore LaMonica
Gary F. Herbst†
Joseph S. Maniscalco
David A. Blansky
_____
Shannon A. Scott
Holly R. Holecek‡
Jacqulyn S. Giunta
Jordan C. Pilevsky
Melanie A. FitzGerald*

† also admitted in CO
‡ also admitted in MA
* also admitted in CT

ATTORNEYS AT LAW
3305 Jerusalem Avenue
Wantagh, New York 11793

Phone (516) 826-6500
Facsimile (516) 826-0222

WWW.LHMLAWFIRM.COM

Donna M. Fiorelli
Adam P. Wofse±
Joyce M. Glass
_____
COUNSEL

± also admitted in NJ

January 12, 2010

**Via Email, E-Filing & Overnight Delivery**
Honorable Alan A. Trust
United States Bankruptcy Court
290 Federal Plaza
P.O. Box 9013
Central Islip, NY 11722-9013

        **In re    Global Container Lines Ltd., et al.
                    Chapter 11
                    Case No. 09-78585- AST**

Honorable Sir:

       Please be advised that our firm is proposed counsel to the Official Committee of Unsecured Creditors (the "Committee") in the above jointly administered cases. To this end, our firm's retention application will be filed with the Court in the very near future.

       The Committee has conducted its first meeting and the Committee and our firm as proposed counsel respectfully request a one week extension, through and including Wednesday, January 20, 2010 to file its response papers in connection with the Debtors' motion seeking to reject certain container leases, and the responses submitted by the various lessors.

       Our firm contacted counsel for the Debtors and the several interested lessors and each have advised that they have no objection to such extension of time so that the Committee may inform the Court of its position.

       Thank you for your courtesy and consideration.

                                                                Respectfully submitted,
                                                                *s/ Adam P. Wofse*
                                                                Adam P. Wofse

APW:lg
cc:    Gary F. Herbst, Esq.
          Michael Schein, Esq. (via email)
          Bruce Weiner, Esq. (via email)
          J. Stephen Sims, Esq. (via email)
          Todd L. Padnos, Esq. (via email)
          C. Nathan Dee, Esq. (via email)