**EXHIBIT A**

# Amended Exhibit A- Container Leases

| Contract Number | Contract Counterparty | Address | Debtor Entity | Contract Description | Contract Date | Additional Notice (if any) |
|---|---|---|---|---|---|---|
| NAML3211 | Textainer Equipment Management, (U.S) Limited | 650 California Street, 16th Fl, San Francisco, CA 94108 | Global Container Lines, Ltd | Equipment Lease | Lease Schedules dated March 6, 2000 and Master LeaseAgreement dated April 22, 1992 | |
| WAMM3137 | Textainer Equipment Management, (U.S) Limited | 650 California Street, San Francisco, 16th Fl, CA 94108 | Global Container Lines, Ltd | Equipment Lease | | |
| MGCL10M | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | July 1, 2004 | |
| GCLG5 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |
| GCL5001 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |
| GCL5002 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |
| GCL5004 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |
| GCL5005 | TransAmerica Leasing | 100 Manhattanville Road, Purchase, NY 10577 | Global Container Lines, Ltd | Equipment Service Lease | | |

| Contract Number | Contract Counterparty | Address | Debtor Entity | Contract Description | Contract Date | Additional Notice (if any) |
|---|---|---|---|---|---|---|
| 001349 | GESEACO a/k/a GE Sea Co Services, LTD | Sea Containers House, 20 Upper Ground, London SE1 9PF, England | Shiptrade, Inc. | Equipment Lease | April 1, 1999 | |
| S54902/STL D20150 | GESEACO a/k/a GE Sea Co Services, LTD | Sea Containers House, 20 Upper Ground, London SE1 9PF, England | Shiptrade, Inc. | Equipment Lease | June 18, 2999 | |
| 003729 | GESEACO a/k/a GE Sea Co Services, LTD | Sea Containers House, 20 Upper Ground, London SE1 9PF, England | Shiptrade, Inc | Equipment Lease | | |
| GCOL 100 | Container Applications Limited | Suite 102, Corporate Centre, Bush Hill, Bay Street, St. Michael, Barbados, West Indies | Global Container Lines, LTD | Master Lease Agreement | February 1, 2008 | |
| GLL 42 | Triton Container International Limited | 55 Green Street San Francisco, California, 94111 | Global Container Lines, LTD | Equipment Lease | April 1, 2006 | |
| GLL 41 (amendment) | Triton Container International Limited | 55 Green Street San Francisco, California, 94111 | Global Container Lines, LTD | Amendment No. 1 to Equipment Lease | June 1, 2005 | |
| GLL 41 | Triton Container International Limited | 55 Green Street San Francisco, California, 94111 | Global Container Lines, LTD | Equipment Lease | March 1, 2005 | |

EXHIBIT B

| ANNEX _ KHI/01                                                                                                                                                                          | ANNEX _ KHI/02                                                                                                                | ANNEX _ KHI/03                                                                                                                                                                                  |
|---|---|---|
| C/O FRIENDS KARACHI LTD<br>HUSSAIN TRADING AGENCIES (PVT) LTD.<br>HTAL HOUSE 36-38, Timber Pond,<br>Keamari, Karachi - Pakistan.<br>Tel: 2852501-7 (7 Lines) Fax: 2851175 | FRIENDS KARACHI LTD<br>217,EFU HOUSE<br>M.A.JINNAH ROAD<br>KARACHI-74000 PAKISTAN<br>TEL#2314736<br>FAX#2310606<br>friends@friends-shipping.com | C/O FRIENDS KARACHI LTD<br>Pakistan International Container Terminal Ltd.<br>Berth No. 6 - 9, East Wharf, Kemari, Karachi.<br>+92 - (21) 111-11-PICT x 257<br>+92 - (21) 2859730<br>+92 (301) 8261206 |

| ANNEX _ MSA/01 | ANNEX _ MSA/02 | ANNEX _ MSA/03 |
|---|---|---|
| C/O AFRICAN LINER AGENCIES<br>M/S HAKIKA TRANSPORT SERVICES<br>P.O.BOX 86961, MOMBASA, KENYA<br>TEL# 3434252 / FAX 3432928<br>hakika@swiftmombasa.com | C/O AFRICAN LINER AGENCIES<br>KENYA PORTS AUTHORITY<br>P.O.BOX 95009-80104<br>MOMBASSA - KENYA<br>TEL# 254-41-2112999 | AFRICAN LINER AGENCIES<br>P.O.BOX 43181<br>MOMBASSA - KENYA<br>TEL # 254-11-229 485<br>FAX # 254-11-229 364<br>admin@alalmsa.com |

| ANNEX _ BEIRA/01 | ANNEX _ DURBAN/01 | ANNEX _ INDIA/01 |
|---|---|---|
| MANICA FREIGHT SERVICES<br>LARGO DO BUZI<br>1-6 P.O.BOX 44 / 258<br>BEIRA - MOCAMBIQUE<br>TEL # 323143, 325163 | FREIGHT MARINE SHIPPING<br>22 GARDINER STREET<br>DURBAN - 4001, S.A.<br>P.O.BOX 1524<br>TEL # 304-7491 | SAI SHIPPING PVT LTD<br>Sai Shipping Co. (P) Ltd<br>1112-A, Embassy Centre, Nariman Point,<br>Mumbai 400 021. INDIA<br>Tel # +9122 66513649/66513600<br>Fax # +9122 22875178/22841127<br>agency@saiship.com |

| ANNEX _ OMAN/01 | ANNEX _ ZABR/01 | ANNEX _ DXB/01 |
|---|---|---|
| M/S. Khimji Ramdas Shipping LLC,<br>P.O.Box.19, Postal Code:311,<br>Al Ghishbah, Sohar, Sultanate of Oman<br>TEL : +968 268 409 07<br>FAX : + 968 268 432 06 | THE SHIPPING CORPORATION OF ZANZIBAR<br>P.O.BOX 80, ZANZIBAR<br>TEL # 2230302, FAX 2232578 | C/O GULF LINER SHIPPING AGENCIES<br>M/S STALCO L.L.C<br>P.O. Box 464, Dubai - U.A.E<br>Tel +971 4  3934 666/39 38 389<br>Fax +971 4  3934888 |

| ANNEX _ SHJ/01 | ANNEX _ SHJ/02 | ANNEX _ DAR/01 |
|---|---|---|
| C/O GULF LINER SHIPPING AGENCIES<br>GULFTAINER CONTAINER TERMINAL<br>P.O. BOX 510, SHARJAH, UAE<br>TEL # +971-6-5281327<br>TEL # +971-6-5281425 | C/O GULF LINER SHIPPING AGENCIES<br>P.O.BOX 3274<br>DUBAI - UAE<br>TEL # +971-4-3367676<br>FAX # +971-4-3368106 | C/O African Liner Agencies, Dar Es Salam<br>Tanzania Ports Authority<br>P.O BOX 9184, 1 BANDARI ROAD<br>TURASANI, DAR ES SALAM, TANZANIA<br>TEL # 0255-2110401 |

| ANNEX _ DAR/02 | ANNEX _ TAMAT/01 |
|---|---|
| African Liner Agencies, Dar Es Salam<br>PO Box 7876<br>Dar es salaam, Tanzania<br>East Africa<br>Tel: +255 22 2133801/3<br>Fax:+255 22 2133788 | CO. MA. MA<br>IMMEUBLE LA GITANE<br>7 RUE RICHELIEU<br>MAHAJANGA - 401<br>B.P. 451, TEL 261 2062 242 78<br>FAX 261 2062 242 79<br>dir@comama.mo |