

C. NATHAN DEE
PARTNER
DIRECT DIAL: 516-357-3817
EMAIL: NDEE@CULLENANDDYMAN.COM

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

January 19, 2010

**VIA FIRST CLASS MAIL**

Chambers of the Honorable Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York  11722

    RE:    Global Container Lines Limited
             Case No.: 09-78585 (AST)

To all creditors and parties in interest:

    Please be advised that the hearing on the Debtors' motion for authority to reject certain unexpired leases and executory contracts dated January 11, 2010 (Docket no. 86) has been adjourned from January 27, 2010 at 9:30 a.m. to January 27, 2010 at 2:00 p.m.

    Should you have any questions, please feel free to contact the undersigned.

                                                   Very truly yours,

                                                   C. Nathan De