# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

| | |
|---|---|
| IN RE: | CASE NO: 8−09−78585−ast |
| Global Container Lines Limited | |
| SSN/TAX ID: | CHAPTER: 11 |
| 11−3024523 | |
| DEBTOR(s) | |

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on December 22, 2009 was filed on January 17, 2010 .

The following deadlines apply:

The parties have until January 25, 2010 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is February 8, 2010.

If a Transcript Redaction Request is filed, the redacted transcript is due February 17, 2010.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 19, 2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber TypeWrite Word Processing Service 1−888−4TYPEWP or you may view the document at the public terminal at the Office of the Clerk.

Dated: January 20, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]