UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                  Case Nos.  09-78585-AST
                                                                                              09-78584-AST
                                                                                              09-78589-AST
                                                                                              09-78586-AST
                                                                                              09-78587-AST
                                                                                              09-78588-AST
                                                                                              09-78590-AST

                                                                                       (Jointly Administered)
                                              Debtors.
-----------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                            ) ss.:
COUNTY OF NASSAU   )

      ADAM P. WOFSE, being duly sworn, deposes and says:

      Deponent is not a party to the action, is over 18 years of age and resides in Port Washington, New York.

      On January 20, 2010, deponent served the **RESPONSE AND MEMORANDUM OF LAW OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS CONCERNING DEBTORS' MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES AND RESPONSE THERETO OF CONTAINER APPLICATIONS LIMITED AND RESPONSE AND MEMORANDUM OF LAW OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS CONCERNING DEBTORS' MOTION TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASE AND RESPONSES THERETO OF VARIOUS CONTAINER LESSORS** via email and overnight delivery, upon the attorneys/parties listed on the annexed list, at the address(es) listed below, said address(es) designated for that purpose, in an official depository under the exclusive care and custody of the UPS overnight delivery courier within the State of New York.

**TO:**    **See Attached Service List**

                                                                  *s/ Adam P. Wofse*
                                                                  ADAM P. WOFSE

Sworn to before me this
20th day of January, 2010.

*s/ Lori Gaetani*
Lori Gaetani
Notary Public, State of New York
No.01GA6080119
Qualified in Nassau County
Commission Expires September 9, 2010

**SERVICE LIST**

Stan Yang, Esq.
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722
Email: Stan.Y.Yang@usdoj.gov

Michael L. Schein, Esq.
Vedder Price, P.C.
1633 Broadway
47th Floor
New York, NY 10019
Email: mschein@vedderprice.com

Matthew Roseman, Esq.
C. Nathan Dee, Esq.
Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
Email: mroseman@cullenanddykman.com
Email: Ndee@CullenandDykman.com

Todd L. Padnos, Esq.
Dewey & LeBoeuf
1950 University Avenue
Suite 500
East Palo Alto, CA 94303
Email: tpadnos@deweyleboeuf.com

J. Stephen Simms, Esq.
Simms Showers LLP
20 South Charles Street
Suite 702
Baltimore, MD 21201
Email: jssimms@simmsshowers.com

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner LLP
26 Court St
Suite 2211
Brooklyn, NY 11242
Email: rmwlaw@att.net

M:\Documents\Company\Cases\Global Container Lines Ltd et al.,\response container lessors\AOS resposes.wpd