# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

IN RE:                                                                  CASE NO: 8−09−78585−ast

   Global Container Lines Limited

SSN/TAX ID:                                                  CHAPTER: 11

   11−3024523

                     DEBTOR(s)

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on December 22, 2009 was filed on January 17, 2010 .

The following deadlines apply:

The parties have until January 25, 2010 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is February 8, 2010.

If a Transcript Redaction Request is filed, the redacted transcript is due February 17, 2010.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is April 19, 2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber TypeWrite Word Processing Service 1−888−4TYPEWP or you may view the document at the public terminal at the Office of the Clerk.

Dated: January 20, 2010

                                                               For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]

# CERTIFICATE OF NOTICE

```
District/off: 0207-8          User: dcox              Page 1 of 1              Date Rcvd: Jan 20, 2010
Case: 09-78585                Form ID: 295            Total Noticed: 2
```

The following entities were noticed by first class mail on Jan 22, 2010.
```
db          +Global Container Lines Limited,   100 Quentin Roosevelt Boulevard,   Garden City, NY 11530-4874
aty         +J Stephen Simms,   Simms Showers LLP,   20 S Charles Street,   Suite 702,
              Baltimore, MD 21201-3291
```

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 22, 2010**          **Signature:** _Joseph Speetjens_