UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------x

In re:                                                              Chapter 11

GLOBAL CONTAINER LINES LTD., <u>et al</u>.,                        Case Nos.    09-78585-AST
                                                                                09-78584-AST
                                                                                09-78589-AST
                                                                                09-78586-AST
                                                                                09-78587-AST
                                                                                09-78588-AST
                                                                                09-78590-AST

                                                                    (Jointly Administered)
                                Debtors.
--------------------------------------------------------------------x

## ORDER APPROVING EMPLOYMENT OF
## LAMONICA HERBST & MANISCALCO, LLP AS ATTORNEYS
## <u>FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS</u>

Upon consideration of the application (the "Application") of the Official Committee of

Unsecured Creditors (the "Committee"), appointed by the United States Trustee in the above-

captioned jointly administered Chapter 11 cases of Global Container Lines Ltd., *et al.*, (the

"Debtors"), seeking authority to employ LaMonica Herbst & Maniscalco, LLP ("LH&M") to

represent the Committee under a general retainer as its attorneys, and upon the affidavit of Gary F.

Herbst, Esq., a member of LH&M, (the "Affidavit") which is attached to the Application, and it

appearing that: (i) the employment of LH&M is necessary and would be in the best interests of the

Committee and the estates; (ii) LH&M is a "disinterested person" as that term is defined in Section

101(4) of the Bankruptcy Code: and (iii) LH&M is a firm duly qualified to practice in the Courts

of the State of New York and before this Court, and that the firm represents no interest adverse to

these estates, and no adverse interest appearing herein and no additional notice being required, it is

hereby

**ORDERED**, that in accordance with Section 327 of the Bankruptcy Code, LH&M is authorized and empowered to represent the Committee as its attorneys under a general retainer; and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to LH&M for professional services rendered to the Committee, except upon proper application under Sections 330 and 331 of the Bankruptcy Code, and by further Order of this Court.

Dated:  January 25, 2010
        Central Islip, New York


NO OBJECTION


  /S/ Stan Y. Yang
UNITED STATES TRUSTEE



**Dated: January 25, 2010**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**

2