Global Container Lines & Affiliates
Cash Flow Budget
January 11, 2010 to February 28, 2010

| | | |
|---|---:|---:|
| Cash Balance | | 1,626,383 |
| **Inflows** | | |
| Accounts Receivable Collections | | |
|     UN Invoices | | |
|         Past Due Amounts | | 928,000 |
|         Completed and waiting for Payment | | 430,000 |
|         Under Delivery | | 6,677,000 |
| | | 8,035,000 |
|     Global Progress (One Voyage) | | 690,000 |
|     Global Prosperity (One Voyage) | | 700,000 |
|     Caterina Charter Hire | (2X $230M) | 460,000 |
| Expense Reimbursements(Global Precision Sale) | | 238,000 |
| Total Projected Collections | | 10,123,000 |
| | | |
| **Outflows** | | |
| Bunkers, Inland Freight and Port Charges | | 5,517,445 |
| Daily Operating Expenses | | |
|     Global Progress | (48 X $5750) | 276,000 |
|     Global Prosperity | | 276,000 |
|     Caterina | (48 X $2500) | 120,000 |
| | | |
| Charter Hire Expense - Caterina | $2800/day | 168,000 |
| Financing Expenses | | |
|     National Bank Pakistan | | |
|     Accounts Receivable Financing(Principal) | | 3,955,000 |
|     Accounts Receivable Financing(Interest) | | 45,800 |
|     Interest on $16 Million Loan | | 134,000 |
| | | |
| Payroll, Benefits and Occupancy Costs | | 315,000 |
| Professional Fees | | 50,000 |
| Trustee Fees | | 13,000 |
| | | |
| Dubai Office Monthly | ( 2 months) | 100,000 |
| | | |
| Total | | 10,970,245 |
| | | |
| Net Cash Flow | | 779,139 |