SAMUEL C. COLUZZI, ESQ.
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel:    (212) 220-3830
Fax:    (212) 220-3780
OUR FILE:    00000948 SCC/DS

**Counsel for Spedag East Africa Ltd.**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GLOBAL CONTAINER LINES LTD., et al., | ) | Case No. 09-78585 (AST) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>

PLEASE TAKE NOTICE that Nicoletti Hornig & Sweeney hereby appears in the above-captioned cases (the "Cases"), as counsel for Spedag East Africa Ltd. ("Spedag"), creditor of the above-captioned debtors and debtors-in-possession (the "Debtors"), and enters its appearance pursuant to section 1109(b) of the Bankruptcy Code, and requests pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases be given to and served upon the undersigned at the following address, telephone number and e-mail addresses:

Samuel C. Coluzzi, Esq.
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel:    (212) 220-3830
Fax:    (212) 220-3780
E-mail:scoluzzi@nicolettihornig.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Spedag's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, reclamations, actions, setoffs, or recoupments to which Spedag is or may be entitled, in law or in equity, all of which rights, claims, reclamations, actions, defenses, setoffs and recoupments Spedag expressly reserves.

Dated: New York, New York
       January 20, 2010

Respectfully submitted,

*[signature]*

SAMUEL C. COLUZZI, ESQ.
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801
Tel:   (212) 220-3830
Fax:   (212) 220-3780
OUR FILE:   00000948 SCC/DS

Attorneys for Spedag East Africa Ltd.

X:\Public Word Files\0\948\BANKRUPTCY COURT\NOTICE OF APPEARANCE ANd REQUEST FOR SERVICE OF PAPERS.val.doc

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                       : s.s.:

COUNTY OF NEW YORK  )

         VALERIE A. CLUNE, being duly sworn, deposes and says:

         1.     I am employed by the firm of NICOLETTI HORNIG & SWEENEY, attorneys for Creditor Spedag East Africa Ltd.  I am not a party to this action, am over 18 years of age and reside in Queens County, New York.

         2.     On January 20, 2010, I served the annexed NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS upon the following:

**SEE ATTACHED LIST**

at the addresses designated by said attorneys for that purpose, by depositing true copies of same enclosed in postpaid, properly addressed wrappers in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

                                                          _____
                                                     VALERIE A. CLUNE

Sworn to before me this
20th day of January, 2010

Notary Public

MICHELLE MANISCALCO
Notary Public, State of New York
No. 01MA6088438
Qualified in Kings County
Certificate Filed In New York County
Commission Expires March 3, 20 11

Applied Weather
Technology
158 Commercial Street
Sunnyvale, CA 94086-5201

Briarcliffe Ltd. Caterina
Akin, Gump, Straus, Hauer
590 Madison Avenue
New York, NY 10022-2524

Briarcliffe Ltd. Loan
c/o Akin Gump, Strauss
Hauer & Feld LLC
590 Madison Avenue
New York, NY 10022-2524

Blue Sea Capital, Inc.
62 Southfield Avenue
Stamford, CT 06902-7229

Briarcliffe Ltd. Loan
c/o Akin Gump, Strauss
Hauer & Feld LLC
590 Madison Avenue
New York, NY 10022-2524

CAI-Interpool, LLC
One Embarcadero Center
Suite 2101
San Francisco, CA 94111-3706

Briarcliffe Ltd. Caterina and Briarcliffe LT
Lisa G. Bekerman, Esq.
Akim Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, New York 10036-6715

CAI International Inc.
One Embarcadero Center
Suite 2101
San Francisco, CA 94111-3706

Consilium
PO Box 8018
SAIF Zone
Sharjah, UAE

C.R. Cushing & Co., Inc.
30 Vesey Street
7th Floor
New York, New York 10007-4203

Crew Wages -MV Caterina
c/o Enigma Shipping
Liberia

Cux Parts
D-27607 Langen, Germany

Container Applications Limited
One Embarcadero Center
Suite 2102
San Francisco, CA 94111-3706

DeWitt Stern Imperatore
Harborside Financial Center
Plaza 5, Suite 1500
Jersey City, NJ 07311-4011

DeWitt Stern Imperatore
Harborside Financial Center
Plaza Five, Suite 1510
Jersey City, NJ 07311-4014

Dan Bunkering Ltd.
Strandvejen 5
PO Box 71
DK05500 Middelfart
Denmark

NYC Dept. of Finance
345 Adams Street
10th Floor, South Side
Brooklyn, NY 11201-3719

Descartes Systems (USA) LLC
Power Ferry Business Park
Suite 520, Bldg. 500
2030 Powers Ferry Road SE
Atlanta, GA 30339-5032

Global Container Lines Limited
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4874

TAL International Container Corp.
Michael L. Schein, Esq.
Vedder Price P.C.
1633 Broadway, 47th Floor
New York, New York 10019-6771

DeWitt Stern Imperatore
H&M)
Harborside Financial Center
Plaza Five, Suite 1500
Jersey City, NJ 07311-4011

NYS Unemployment Insurance
Attn: Insolvency Unit
Bldg. #12 Room 256
Albany, NY 12201

Abdulkader Kordoughli
PO Box 1897
Lattakia, Syria

GE Seaco Charleston
215 East Bay Street
Suite 403-C
Charleston, SC 29401-2637

AND Group PLC
Tanners Bank
North Shields, Tyne and W
NE30 1JH United Kingdom

Blue Sea Capital
62 Southfield Avenue
Building 2, Suite 214
Stamford, CT 06902-7229

Interpool Limited
211 College Road East
Princeton, NJ 08540-6610

Arthur J. Weis
c/o Friedman, James & Buchsbaum
Attn: John P. James, Esq.
132 Nassau Street, Suite 900
New York, New York 10038-2429

Briarcliffe Ltd.Caterina
Akin, Gump, Straus, Hauer
590 Madison Avenue
New York, NY 10022-2524
Att: Heidi Liss

Keraba and Bayo Freight
Transport
PO Box 2075
Addis Ababa, Ethiopia

KeyBank National Association
c/o Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207-1511

Keybank National Association
c/o Lemery Freisler LLC
50 Beaver Street, 2nd Floor
Albany, New York 12207-1511

Middle East Express
PO Box 622
Sharjah, UAE

KeyBank National Association
66 South Pearl Street
Albany, New York 12207-1501

Mercur International for Development Co.
Ltd.
Faisal Islamic Bank Bldg.
Port Sudan

National Bank of Pakistan
100 Wall Street
New York, New York 10005-3701

Mercur International for Development Co.
Ltd.
Faisal Islamic Bank Bldg.
5th Floor
Port Sudan

Potomac Maritime
1729 Wisconsin Avenue
2nd Floor
Washington, DC 20007-2379

Rhine Marine
PO Box 86710
Dubai, UAE

Multistar Tank Leasing Company LLC
18333 Egret Bay Boulevard
Suite 410
Houston, TX 77058-3266

DeWitt Stern Imperatore
FD & D)
Harborside Financial Center
Plaza Five, Suite 1500
Jersey City, New Jersey 07311-4011

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleton Fires
2000 Market Street, 13th Floor
Philadelphia, PA 19103-3204

DeWitt Stern Imperatore
Container Insurance
Harborside Financial Center
Plaza Five, Suite 1500
Jersey City, NJ 07311-4011

Elcome International
Dubai Investments Park
PO Box 1788
Dubai, UAE

Sea Pride Enterprises
Comboni Street
PO Box 76
Port Sudan, Sudan

DeWitt Stern Imperatore
PI Insurance
Harbourside Financial Center
Plaza Five, Suite 1500
Jersey City, NJ 07311-4011

Hiller Systems, Inc.
PO Box 91508
Mobile, AL 36691-1508

Sigma Paints
PO Box 52781
Dubai, UAE

Group Eyssautier
c/o Budd S.A. Marseille
7 Rue Bailli De Suffren
13001 Marseille, France

James J. Flanagan
Stevedores
595 Orleans, Suite 1500
Beaumont, TX 77701-318

TAL International Container Corp.
c/o Michael L. Schein, Esq.
1633 Broadway, 47th Floor
New York, New York 10019-6771

Interpool, Inc.
Princeton, NJ 08540

Key Equipment Finance Inc.
c/o Paul A. Levine, Esq.
Lemery Greisler LC
50 Beaver Street
Albany, New York 12207-1511

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

Key Equipment Finance Inc.
c/o Lemery Greisler LLC
50 Beaver Street, 2nd Floor
Albany, New York 12207-1511

Keybank National Association
66 South Pearl Street, 8th Floor
Albany, New York 12207-1501

Textainer Equipment Management
650 California Street
16th Floor
San Francisco, CA 94108-2720

Keybank Equipment Finance
66 South Pearl Street
Albany, New York 12207-1501

Legge Farrow Kimmit McGrath & Brown,
LLP
6363 Woodway, Suite 400
Houston, Texas 77057-1714

Textainer Equipment Management U.S.
Ltd.
c/o Bruce Weiner
Rosenberg Musso & Weiner
26 Court Street, Suite 2211
Brooklyn, New York 11242-1122

Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459

United States Department of Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64141-6205

W.K. Webster & Co. Ltd.
Christopher House
Station Road
Sidcup, Kent DA15 7BS
United Kingdom

Triton Container International Limited
55 Green Street
San Francisco, CA 94111-1434

Sea Castle Container Leasing
1 Maynard Drive
Park Ridge, NJ 07656-1878

World Food Program
Via Cesare Giulio Viola
Parco de'Medici
00148 Rome, Italy

US Customs and Border Protection
PO Box 70946
Charlotte, NC 28272-0946

Seven Seas Shipchandlers
PO Box 5592
Dubai, UAE

J. Stephen Sims
Sims Showers LLP
20 S. Charles Street, Suite 702
Baltimore, MD 21201-3291

Saeed Marine
PO Box 50636
Dubai, UAE

TAL International Container Corp.
100 Manhattanville Road
Purchase, NY 10577-2134

C. Nathan Dee
Cullen & Dykman, LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530-4850

Seacastle Container Leasing
1 Maynard Drive
Park Ridge, NJ 07656-1878

TAL International Container Corp.
100 Manhattanville Road
Purchase, NY 10577-2134

Matthew G. Roseman
Cullen and Dykman Bleakley Platt LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530-4850

TGS Technical Services
2215 M Street Northwest
Washington, DC 20037-1483

Textainer Equipment
650 California Street, 16th Floor
San Francisco, CA 94108-2720

Diana G. Adams
Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza- Room 560
Central Islip, New York 11722-4456

Tencarva Machinery Co.
Jay A. Press P.C.
115 Broad Hollow Road
Suite 350
Melville, New York 11747-9202

Textainer Equipment Management (US)
Limited
650 California Street, 16th Floor
San Francisco, CA 94108-2720

Paul Levine
Lemery Greisler LLC
50 Beaver Street
Albany, NY 12207-1511

Textainer Equipment Management
650 California Street
San Francisco, CA 94108-2702

Tosi Maritime Consultants
PO Box 5488
Washington, DC 20016-1088

Thocomar Shipping Senegal
1 Rue Parent
B.P. 1781 Daker
Senegal

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577-2134

U.S. Department of Homeland Security
1430 A Kristina Way
Chesapeake, VA 23326-0002

US Bureau of Customs and Border
Protection
PO Box 70946
Charlotte, NC 28272-0946