UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re __Global Container Lines Limited *__ _____
      **Debtor**

Case No. __09-78585 (AST)__
Reporting Period: __11/10/09-11/30/09__

Federal Tax I.D. #     __11-3024523__ _____

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and
submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of*
*the month, as are the reports for Southern District of New York.)*

| | | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | X | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

Signature of Debtor _____     Date _____

Signature of Authorized Individual* _____     Date __1/26/2010__

Printed Name of Authorized Individual   BIJAN PAKSIMA      Date __1/26/2010__

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a
partnership; a manager or member if debtor is a limited liability company.

Notes:

   * Consolidated. Includes case #'s: 09-78584 Shiptrade, 09-78585 Global Container, 09-78586 Redstone, 09-78587 Gilmore Shipping
   09-78588 Global Progress, 09-78589 GCL Shipping Corp, 09-78590 Global Prosperity LLC

In re **Global Container Lines Limited** *  
Debtor

Case No. **09-78585 (AST)**  
Reporting Period: **11/10/09-11/30/09**

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | |
|---|---|---|---|---|---|
| ACCOUNT NUMBER (LAST 4) | OPER | PAYROLL | TAX | OTHER | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| CASH BEGINNING OF MONTH | | - | - | 137,889 | 137,889 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | - | - | - | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | - | 230,189 | 230,189 |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | - | - |
| LOANS AND ADVANCES | - | - | - | 2,578,183 | 2,578,183 |
| SALE OF ASSETS | - | - | - | - | - |
| OTHER (ATTACH LIST) | - | - | - | - | - |
| Capital | - | - | - | 100,000 | 100,000 |
| Deposits | - | - | - | 455 | 455 |
| Tax Refund | - | - | - | 387,396 | 387,396 |
| TRANSFERS (FROM DIP ACCTS) | - | - | - | 45,000 | 45,000 |
| Transfer from Acct #2080 to #8987 Payroll | - | - | - | 60,000 | 60,000 |
| Transfer from Acct #2080 to #8987 | - | - | - | 20,000 | 20,000 |
| Transfer from Acct #2972 to #8987 Payroll | - | - | - | 29,985 | 29,985 |
| Transfer from Acct #2972 to #8987 | - | - | - | 2,000 | 2,000 |
| Transfer from Acct #2972 to #7183 | - | - | - | 10,000 | 10,000 |
| **TOTAL RECEIPTS** | - | - | - | 3,463,208 | 3,463,208 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | - | - | - | 62,843 | 62,843 |
| PAYROLL TAXES | - | - | - | 26,514 | 26,514 |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | - | - | - | 27,884 | 27,884 |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER *(ATTACH LIST)* | - | - | - | - | - |
| 401K Expense | - | - | - | 1,420 | 1,420 |
| Bunkers | - | - | - | 990,466 | 990,466 |
| Inland Freight | - | - | - | 800,015 | 800,015 |
| Misc Fees | - | - | - | 449 | 449 |
| Office | - | - | - | 11,882 | 11,882 |
| Petty Cash | - | - | - | 1,000 | 1,000 |
| Rent | - | - | - | 7,689 | 7,689 |
| Service Charge | - | - | - | 204 | 204 |
| Settlement Charge | - | - | - | 651 | 651 |
| Ship Expense | - | - | - | 1,372,403 | 1,372,403 |
| OWNER DRAW * | - | - | - | - | - |
| TRANSFERS *(TO DIP ACCTS)* | - | - | - | - | - |
| Transfer from Acct #2080 to #8987 Payroll | - | - | - | 60,000 | 60,000 |
| Transfer from Acct #2080 to #8987 | - | - | - | 20,000 | 20,000 |
| Transfer from Acct #2972 to #8987 Payroll | - | - | - | 29,985 | 29,985 |
| Transfer from Acct #2972 to #8987 | - | - | - | 2,000 | 2,000 |
| Transfer from Acct #2972 to #7183 | - | - | - | 10,000 | 10,000 |
| PROFESSIONAL FEES | - | - | - | 48,725 | 48,725 |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | - | - | - | 3,474,129 | 3,474,129 |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | | | | (10,921) | (10,921) |
| **CASH – END OF MONTH** | | | | 126,967 | 126,967 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
**DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)**

| | |
|---|---|
| TOTAL DISBURSEMENTS | 3,474,129 |
| LESS: TRANSFERS TO OTHER DEBTOR IN | 121,985 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. | 3,352,144 |

SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

In re    Global Container Lines Limited *
Debtor

Case No. 09-78585 (AST)
Reporting Period: 11/16/09-1/10/09

Amounts reported should be from the debtor's books and not the bank statement. The beginning cash should be the ending cash from the prior month or, in the first report, the amount should be the balance on the petition date. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CONT'D)]

BANK ACCOUNTS FOR REPORTING PERIOD 11/16/09-1/10/09

FORM MOR-1 A Detail
PAGE 3 OF 20



(Detailed schedule of cash receipts and disbursements table — rotated, multi-column bank account detail with rows including Cash Sales, Accounts Receivable - Prepetition, Accounts Receivable - Postpetition, Loans and Advances, Sale of Assets, Other (Attach List), Deposits, Tax Refund, Transfers (From DIP Accts), Total Receipts, Net Payroll, Payroll Taxes, Sales, Use & Other Taxes, Inventory Purchases, Secured/Rental/Leases, Insurance, Administrative, Selling, Other (Attach List), Owner Draw, Transfers (To DIP Accts), Professional Fees, U.S. Trustee Quarterly Fees, Court Costs, Total Disbursements, Net Cash Flow — values largely illegible due to image resolution.)

In re Global Container Lines Limited *     Case No. 09-78585 (AST)
    Debtor     Reporting Period: 11/10/09-11/30/09

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Payroll # | Tax # | Other # (1) |
|---|---|---|---|---|
| BALANCE PER BOOKS | - | - | - | 126,967 |
| BANK BALANCE | - | - | - | 172,481 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | - | - | - | - |
| (-) OUTSTANDING CHECKS (ATTACH LIST): | - | - | - | 45,514 |
| OTHER (ATTACH EXPLANATION) | - | - | - | - |
| ADJUSTED BANK BALANCE * | | | | 126,967 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| DEPOSITS IN TRANSIT | Date | Amount |
|---|---|---|
| | | |
| | | |

| CHECKS OUTSTANDING | Ck # | (1) Amount |
|---|---|---|
| **SHIPTRADE** | | |
| **8987- Citibank** | | |
| 9/6/2009 | 32350 | 1,037 |
| 9/22/2009 | 32375 | 124 |
| 10/22/2009 | 32424 | 120 |
| 11/10/2009 | 32442 | 1,754 |
| 11/10/2009 | 32444 | 1,457 |
| 11/10/2009 | 32443 | 443 |
| 11/12/2009 | 32448 | 495 |
| 11/14/2009 | 32446 | 9,857 |
| 11/14/2009 | 32447 | 3,099 |
| 11/14/2009 | 32445 | 510 |
| 11/15/2009 | 32450 | 1,279 |
| 11/15/2009 | 32454 | 534 |
| 11/15/2009 | 32451 | 467 |
| 11/15/2009 | 32449 | 39 |
| 11/15/2009 | 32453 | 37 |
| 11/15/2009 | 32452 | 37 |
| 11/15/2009 | 32456 | 35 |
| 11/15/2009 | 32455 | 35 |
| 11/20/2009 | 32439 | 1,467 |
| 11/20/2009 | 32441 | 312 |
| 11/20/2009 | 32440 | 51 |
| 11/23/2009 | 32464 | 7,689 |
| 11/23/2009 | 32463 | 93 |
| 11/23/2009 | 32460 | 51 |
| 11/25/2009 | 32458 | 1,467 |
| 11/25/2009 | 32459 | 1,353 |
| | Total | 33,839 |
| **GLOBAL CONTAINER LINES LIMITED** | | |
| **5183- Capital One** | | |
| | 5594 | 10,331 |
| | Total | 10,331 |
| **SHIPTRADE** | | |
| **8987- Citibank** | | |
| 11/10/2009 | 10136 | 188.64 |
| 11/20/2009 | 1157 | 314.92 |
| 11/20/2009 | 10149 | 188.64 |
| 11/23/2009 | 1160 | 73.99 |
| 11/25/2009 | 1158 | 314.92 |
| 11/25/2009 | 10162 | 188.64 |
| 11/25/2009 | 1161 | 73.99 |
| | Total | 1,344 |

**OTHER**
(1) See supporting schedule for details.  "Other" represents NON DIP accounts.

In re Global Container Lines Limited *
Debtor

**BANK RECONCILIATIONS**

Continuation Sheet for MOR-1
A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | | SHIPTRADE 0907- Citibank | | BUFFALO | | GLOBAL CONTAINER LINES LIMITED | | | | | | SHIPTRADE 0907- Citibank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OTHER | Combined Operating | 0907- Citibank | 5907- Chase | BB&C-Capital One | 0501- Chase | 9777-Chase | 3011-Chase | 3008-Frontier | 2002-NBP BB&C | 2024-NBP BB&C | SBA-Capital One | |
| BALANCE PER BOOKS | 126,767 | 94,039 | (12,044) | 544 | 1,715 | 10,296 | 433 | 5,609 | 6,300 | 18,700 | 37,000 | 533 | 32,928 |
| BANK BALANCE | 172,081 | 138,210 | 21,775 | 544 | 1,715 | 10,296 | 433 | 5,609 | 6,300 | 18,700 | 37,500 | 19,844 | 34,271 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | 45,514 | 44,170 | 33,839 | | | | | | | | | 16,311 | 1,344 |
| OTHER (ATTACH EXPLANATION) | | | | | | | | | | | | | |
| ADJUSTED BANK BALANCE * | 126,567 | 94,040 | (12,064) | 544 | 1,715 | 10,296 | 433 | 5,609 | 6,300 | 18,700 | 37,500 | 533 | 32,927 |

*"Adjusted Bank Balance" must equal "Balance per Books"

DEPOSITS IN TRANSIT

| Deposit Date | Amount |
|---|---|

CHECKS OUTSTANDING

| Ck. Date | Ck. # | Amount |
|---|---|---|
| **SHIPTRADE** | | |
| **0907- Citibank** | | |
| 9/9/2009 | 32350 | 1,037 |
| 9/23/2009 | 32375 | 134 |
| 9/22/2009 | 32424 | 120 |
| 11/10/2009 | 32443 | 1,794 |
| 11/10/2009 | 32444 | 1,637 |
| 11/10/2009 | 32445 | 44 |
| 11/13/2009 | 32448 | 495 |
| 11/16/2009 | 32446 | 9,937 |
| 11/16/2009 | 32447 | 3,099 |
| 11/16/2009 | 32445 | 510 |
| 11/16/2009 | 32450 | 2,779 |
| 11/15/2009 | 32454 | 534 |
| 11/15/2009 | 32455 | 467 |
| 11/15/2009 | 32459 | 39 |
| 11/15/2009 | 32453 | 37 |
| 11/15/2009 | 32452 | 37 |
| 11/15/2009 | 32456 | 35 |
| 11/15/2009 | 32455 | 33 |
| 11/20/2009 | 32439 | 1,407 |
| 11/20/2009 | 32441 | 312 |
| 11/20/2009 | 32440 | 35 |
| 11/23/2009 | 32464 | 7,999 |
| 11/23/2009 | 32463 | 93 |
| 11/23/2009 | 32460 | 51 |
| 11/25/2009 | 32458 | 1,407 |
| 11/25/2009 | 32459 | 1,353 |
| | **Total** | **33,839** |
| **GLOBAL CONTAINER LINES LIMITED** | | |
| **SBA- Capital One** | | |
| | 5504 | 10,311 |
| | **Total** | **10,311** |
| **SHIPTRADE** | | |
| **0907- Citibank** | | |
| 11/10/2009 | 10136 | 188.64 |
| 11/20/2009 | 1157 | 314.92 |
| 11/20/2009 | 10149 | 188.64 |
| 11/20/2009 | 10160 | 73.99 |
| 11/25/2009 | 1158 | 314.92 |
| 11/25/2009 | 10162 | 188.64 |
| 11/25/2009 | 1161 | 73.99 |
| | **Total** | **1,344** |

OTHER:



**CitiBusiness®**

bank

ent Services   236
13
, TX 78245-9013

92137/F1/21F000/0

082
CITIBANK, N. A.
**Account**
17878987
**Statement Period**
Nov. 1 - Nov. 30, 2009
**Relationship Manager**
Citibusiness Service Cent
(877) 528-0990

SHIPTRADE INC
100 QUENTIN ROOSEVLT BL SUITE 401
GARDEN CITY              NY 11530-4817

Page  1  of  26

---

## CitiBusiness® ACCOUNT AS OF NOVEMBER 30, 2009

**Relationship Summary:**

| | |
|---|---|
| Checking | $56,045.72 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

**Checking**

| | Balance |
|---|---|
| CitiBusiness Checking  0017878987 | $21,774.82 |
| CitiBusiness Checking  0043730409 | $34,270.90 |

**Total Checking at Citibank** | **$56,045.72**

---

> **Help protect yourself from online fraud**
> Delete and do not respond to suspicious official-looking emails requesting your personal security information, and never click on embedded links in emails. Ensure your computer has current anti-virus software. Change online passwords often and at irregular intervals. Keep PINs confidential and never provide online token passwords to anyone. Please review your account statements promptly and call us at **1-877-528-0990** if you find a discrepancy.

---

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2009 THRU OCTOBER 31, 2009

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # 17878987** | | | |
| Average Daily Collected Balance | | | $18,114.94 |
| DEPOSIT SERVICES | | | |
| CHECKS PAID | 65 | .2000 | 13.00 |
| DEPOSIT TICKETS | 4 | .2000 | 0.80 |
| ITEMS DEPOSITED | 3 | .2000 | 0.60 |
| TRANSFER SERVICES | | | |
| INCOMING WIRE TRANSFER | 7 | 10.0000 | 70.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
| ACH DEBIT RECEIVED | 2 | .1500 | 0.30 |
| **Total Charges for Services** | | | **$84.70** |
| **CITIBUSINESS CHECKING # 43730409** | | | |
| Average Daily Collected Balance | | | $12,737.79 |
| DEPOSIT SERVICES | | | |
| CHECKS PAID | 7 | .2000 | 1.40 |

SHIPTRADE INC                     Account 17878987       Page 2 of 26           92138/R1/21F000/0
                                  Statement Period - Nov. 1 - Nov. 30, 2009

## SERVICE CHARGE SUMMARY FROM OCTOBER 1, 2009 THRU OCTOBER 31, 2009                    Continued

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| TRANSFER SERVICES | | | |
| INCOMING WIRE TRANSFER | 5 | 10.0000 | 50.00 |
| AUTOMATED CLEARING HOUSE (ACH) | | | |
| ACH DEBIT RECEIVED | 14 | .1500 | 2.10 |
| **Total Charges for Services** | | | **$53.50** |
| **Total Non-Interest Bearing Account Charges** | | | **$138.20** |
| Average collected balances | | | $30,852.74 |
| Less 10% reserve requirement | | | $3,085.27 |
| Balances eligible for Earnings Credit | | | $27,767.47 |
| Balances Required to Offset Service Charges | | | $406,860.80 |
| Earnings Credit allowance at 0.40000% | | | $9.43 |
| Charges Subject to Earnings Credit | | | $138.20 |
| **Net Service Charge** | | | **$128.77** |

Charges debited from account # 17878987

## CHECKING ACTIVITY

**CitiBusiness Checking**
**0017878987**                                    Beginning Balance:        $12,659.85
                                                  Ending Balance:           $21,774.82

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/02 | CHECK NO: 32407 | 533.50 | | 12,126.35 |
| 11/02 | CHECK NO: 32412 | 467.00 | | 11,659.35 |
| 11/02 | CHECK NO: 32403 | 337.45 | | 11,321.90 |
| 11/02 | CHECK NO: 32368 | 279.99 | | 11,041.91 |
| 11/02 | CHECK NO: 32391 | 230.17 | | 10,811.74 |
| 11/02 | CHECK NO: 32369 | 117.34 | | 10,694.40 |
| 11/02 | CHECK NO: 32408 | 36.90 | | 10,657.50 |
| 11/02 | CHECK NO: 32409 | 36.90 | | 10,620.60 |
| 11/02 | CHECK NO: 32410 | 34.80 | | 10,585.80 |
| 11/02 | CHECK NO: 32411 | 34.80 | | 10,551.00 |
| 11/04 | CHECK NO: 32336 | 124.00 | | 10,427.00 |
| 11/04 | CHECK NO: 32273 | 120.00 | | 10,307.00 |
| 11/05 | CHECK NO: 32421 | 1,000.00 | | 9,307.00 |
| 11/06 | CHECK NO: 32394 | 443.21 | | 8,863.79 |
| 11/06 | CHECK NO: 32390 | 200.00 | | 8,663.79 |
| 11/09 | FUNDS TRANSFER | | 45,000.00 | 53,663.79 |
| | WIRE FROM GLOBAL CONTAINER INES LIMITED   Nov 09 | | | |
| 11/09 | CHECK NO: 32417 | 1,848.93 | | 51,814.86 |
| 11/09 | CHECK NO: 32418 | 1,345.90 | | 50,468.96 |
| 11/09 | CHECK NO: 32422 | 71.76 | | 50,397.20 |
| 11/10 | BUSINESS LOAN PAYMENT | 48.84 | | 50,348.36 |
| | AUTOMATED LOAN  PAYMENT  000000090498729 Nov 10 | | | |
| 11/10 | CHECK NO: 32431 | 500.00 | | 49,848.36 |
| 11/10 | CHECK NO: 32344 | 10,000.00 | | 39,848.36 |
| 11/10 | ACH DEBIT | 7,450.19 | | 32,398.17 |
| | AMERICAN EXPRESS  ELEC REMIT 091109052402854 Nov 10 | | | |
| 11/10 | CHECK NO: 32357 | 1,290.00 | | 31,108.17 |
| 11/12 | CHECK NO: 32419 | 7,688.13 | | 23,420.04 |
| 11/12 | CHECK NO: 32423 | 84.90 | | 23,335.14 |
| 11/13 | CHECK NO: 32387 | 2,044.83 | | 21,290.31 |
| 11/13 | CHECK NO: 32405 | 1,876.65 | | 19,413.66 |
| 11/13 | CHECK NO: 32427 | 1,466.50 | | 17,947.16 |
| 11/13 | CHECK NO: 32420 | 100.00 | | 17,847.16 |
| 11/13 | CHECK NO: 32425 | 50.00 | | 17,797.16 |

# citibank
## CitiBusiness®
SHIPTRADE INC

## CHECKING ACTIVITY                                        Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/16 | CHECK NO: 32399 | 9,856.83 | | 7,940.33 |
| 11/16 | CHECK NO: 32432 | 1,466.50 | | 6,473.83 |
| 11/16 | CHECK NO: 32401 | 510.00 | | 5,963.83 |
| 11/16 | CHECK NO: 32400 | 92.82 | | 5,871.01 |
| 11/16 | CHECK NO: 32430 | 33.71 | | 5,837.30 |
| 11/17 | CHECK NO: 32415 | 1,352.52 | | 4,484.78 |
| 11/17 | CHECK NO: 32250 | 124.00 | | 4,360.78 |
| 11/18 | FUNDS TRANSFER<br>WIRE FROM GCL SH PPING CORP, MARSHALL ISLA Nov 18 | | 10,000.00 | 14,360.78 |
| 11/18 | CHECK NO: 32436 | 2,250.00 | | 12,110.78 |
| 11/18 | CHECK NO: 32429 | 187.19 | | 11,923.59 |
| 11/18 | SERVICE CHARGE<br>ACCT ANALYSIS DIRECT DB | 128.77 | | 11,794.82 |
| 11/19 | CHECK NO: 32437 | 500.00 | | 11,294.82 |
| 11/23 | FUNDS TRANSFER<br>WIRE FROM GLOBAL CONTAINER INES LIMITED Nov 23 | | 2,000.00 | 13,294.82 |
| 11/23 | DEPOSIT | | 255.00 | 13,549.82 |
| 11/23 | DEPOSIT | | 200.00 | 13,749.82 |
| 11/24 | FUNDS TRANSFER<br>WIRE FROM GCL SH PPING CORP, MARSHALL ISLA Nov 24 | | 10,000.00 | 23,749.82 |
| 11/24 | CHECK NO: 32457 | 500.00 | | 23,249.82 |
| 11/25 | CHECK NO: 32434 | 1,000.00 | | 22,249.82 |
| 11/25 | CHECK NO: 32438 | 475.00 | | 21,774.82 |
| | **Total Debits/Credits** | **58,340.03** | **67,455.00** | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 32250 | 11/17 | 124.00 | 32399* | 11/16 | 9,856.83 | 32412 | 11/02 | 467.00 | 32427* | 11/13 | 1,466.50 |
| 32273* | 11/04 | 120.00 | 32400 | 11/16 | 92.82 | 32415* | 11/17 | 1,352.52 | 32429* | 11/18 | 187.19 |
| 32336* | 11/04 | 124.00 | 32401 | 11/16 | 510.00 | 32417* | 11/09 | 1,848.93 | 32430 | 11/16 | 33.71 |
| 32344* | 11/10 | 10,000.00 | 32403* | 11/02 | 337.45 | 32418 | 11/09 | 1,345.90 | 32431 | 11/10 | 500.00 |
| 32357* | 11/10 | 1,290.00 | 32405* | 11/13 | 1,876.65 | 32419 | 11/12 | 7,688.13 | 32432 | 11/16 | 1,466.50 |
| 32368* | 11/02 | 279.99 | 32407* | 11/02 | 533.50 | 32420 | 11/13 | 100.00 | 32434* | 11/25 | 1,000.00 |
| 32369 | 11/02 | 117.34 | 32408 | 11/02 | 36.90 | 32421 | 11/05 | 1,000.00 | 32436* | 11/18 | 2,250.00 |
| 32387* | 11/13 | 2,044.83 | 32409 | 11/02 | 36.90 | 32422 | 11/09 | 71.76 | 32437 | 11/19 | 500.00 |
| 32390* | 11/06 | 200.00 | 32410 | 11/02 | 34.80 | 32423 | 11/12 | 84.90 | 32438 | 11/25 | 475.00 |
| 32391 | 11/02 | 230.17 | 32411 | 11/02 | 34.80 | 32425* | 11/13 | 50.00 | 32457* | 11/24 | 500.00 |
| 32394* | 11/06 | 443.21 | | | | | | | | | |

\* Indicates gap in check number sequence    Number Checks Paid:    41    Totaling:    $50,712.23

## CitiBusiness Checking
### 0043730409

| | | |
|---|---|---|
| Beginning Balance: | $3,105.06 |
| Ending Balance: | $34,270.90 |

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/04 | FUNDS TRANSFER<br>WIRE FROM GLOBAL CONTAINER INES LIMITED Nov 04 | | 15,000.00 | 18,105.06 |
| 11/04 | ACH DEBIT<br>ADP PAYROLL FEES ADP - FEES 13ML8 1675642 Nov 04 | 88.56 | | 18,016.50 |
| 11/05 | FUNDS TRANSFER<br>WIRE FROM GLOBAL CONTAINER INES LIMITED Nov 05 | | 13,000.00 | 31,016.50 |
| 11/06 | ACH DEBIT<br>ADP TX/FINCL SVC ADP - TAX 430009722273ML8 Nov 06 | 20,208.65 | | 10,807.85 |
| 11/06 | ACH DEBIT<br>ADP TX/FINCL SVC ADP - TAX 52ML8 110644A01 Nov 06 | 8,838.20 | | 1,969.65 |
| 11/09 | FUNDS TRANSFER<br>WIRE FROM GLOBAL CONTAINER INES LIMITED Nov 09 | | 30,000.00 | 31,969.65 |
| 11/09 | CHECK NO: 1153 | 314.92 | | 31,654.73 |
| 11/10 | ACH DEBIT<br>ADP TX/FINCL SVC ADP - TAX 52ML8 111045A01 Nov 10 | 8,838.24 | | 22,816.49 |
| 11/12 | CHECK NO: 10142 | 2,297.17 | | 20,519.32 |
| 11/12 | CHECK NO: 10137 | 379.78 | | 20,139.54 |
| 11/12 | CHECK NO: 10144 | 3,359.94 | | 16,779.60 |
| 11/12 | CHECK NO: 10146 | 3,165.19 | | 13,614.41 |
| 11/12 | CHECK NO: 10134 | 1,357.60 | | 12,256.81 |

SHIPTRADE INC                    Account 17878987        Page  4  of  26                92140/R1/21F000/0
                                 Statement Period -  Nov. 1 - Nov. 30, 2009

## CHECKING ACTIVITY                                                                              Continued

| Date | Description | | Debits | Credits | Balance |
|------|-------------|---|--------|---------|---------|
| 11/12 | CHECK NO: | 10145 | 586.76 | | 11,670.05 |
| 11/12 | ACH DEBIT | | 90.33 | | 11,579.72 |
| | ADP PAYROLL FEES ADP - FEES 13ML8  1970250 Nov 12 | | | | |
| 11/13 | CHECK NO: | 1154 | 314.92 | | 11,264.80 |
| 11/16 | CHECK NO: | 10143 | 2,097.67 | | 9,167.13 |
| 11/16 | CHECK NO: | 10141 | 3,782.06 | | 5,385.07 |
| 11/16 | CHECK NO: | 10138 | 729.10 | | 4,655.97 |
| 11/16 | CHECK NO: | 10140 | 660.76 | | 3,995.21 |
| 11/16 | CHECK NO: | 10139 | 433.83 | | 3,561.38 |
| 11/16 | CHECK NO: | 1155 | 314.92 | | 3,246.46 |
| 11/18 | FUNDS TRANSFER | | | 30,000.00 | 33,246.46 |
| | WIRE FROM GCL SH PPING CORP , MARSHALL ISLA Nov 18 | | | | |
| 11/18 | ACH DEBIT | | 73.99 | | 33,172.47 |
| | ADP PAYROLL FEES ADP - FEES 13ML8  5030254 Nov 18 | | | | |
| 11/19 | CHECK NO: | 1156 | 8,838.20 | | 24,334.27 |
| 11/20 | CHECK NO: | 10155 | 2,297.17 | | 22,037.10 |
| 11/20 | CHECK NO: | 10158 | 586.77 | | 21,450.33 |
| 11/20 | CHECK NO: | 10150 | 379.78 | | 21,070.55 |
| 11/20 | CHECK NO: | 10157 | 3,359.94 | | 17,710.61 |
| 11/20 | CHECK NO: | 10159 | 3,165.19 | | 14,545.42 |
| 11/23 | FUNDS TRANSFER | | | 30,000.00 | 44,545.42 |
| | WIRE FROM GLOBAL CONTAINER INES LIMITED   Nov 23 | | | | |
| 11/23 | CHECK NO: | 1159 | 8,838.24 | | 35,707.18 |
| 11/23 | CHECK NO: | 10156 | 2,097.67 | | 33,609.51 |
| 11/23 | CHECK NO: | 10147 | 1,357.59 | | 32,251.92 |
| 11/23 | CHECK NO: | 10135 | 1,170.13 | | 31,081.79 |
| 11/23 | CHECK NO: | 10151 | 729.11 | | 30,352.68 |
| 11/23 | CHECK NO: | 10152 | 433.84 | | 29,918.84 |
| 11/24 | FUNDS TRANSFER | | | 29,985.00 | 59,903.84 |
| | WIRE FROM GCL SH PPING CORP , MARSHALL ISLA Nov 24 | | | | |
| 11/24 | CHECK NO: | 10170 | 3,359.94 | | 56,543.90 |
| 11/24 | CHECK NO: | 10168 | 2,297.18 | | 54,246.72 |
| 11/24 | CHECK NO: | 10160 | 1,357.60 | | 52,889.12 |
| 11/24 | CHECK NO: | 10172 | 3,165.18 | | 49,723.94 |
| 11/24 | CHECK NO: | 10171 | 586.76 | | 49,137.18 |
| 11/24 | CHECK NO: | 10154 | 3,782.06 | | 45,355.12 |
| 11/25 | CHECK NO: | 10163 | 379.78 | | 44,975.34 |
| 11/25 | CHECK NO: | 10167 | 3,782.06 | | 41,193.28 |
| 11/27 | CHECK NO: | 10164 | 729.10 | | 40,464.18 |
| 11/27 | CHECK NO: | 10165 | 433.83 | | 40,030.35 |
| 11/30 | CHECK NO: | 10169 | 2,097.68 | | 37,932.67 |
| 11/30 | CHECK NO: | 10148 | 1,170.12 | | 36,762.55 |
| 11/30 | CHECK NO: | 10161 | 1,170.12 | | 35,592.43 |
| 11/30 | CHECK NO: | 10153 | 660.77 | | 34,931.66 |
| 11/30 | CHECK NO: | 10166 | 660.76 | | 34,270.90 |
| | **Total Debits/Credits** | | 116,819.16 | 147,985.00 | |

| Checks Paid | | | | | | | | | | | |
|------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
| 1153 | 11/09 | 314.92 | 10141 | 11/16 | 3,782.06 | 10152 | 11/23 | 433.84 | 10163* | 11/25 | 379.78 |
| 1154 | 11/13 | 314.92 | 10142 | 11/12 | 2,297.17 | 10153 | 11/30 | 660.77 | 10164 | 11/27 | 729.10 |
| 1155 | 11/16 | 314.92 | 10143 | 11/16 | 2,097.67 | 10154 | 11/24 | 3,782.06 | 10165 | 11/27 | 433.83 |
| 1156 | 11/19 | 8,838.20 | 10144 | 11/12 | 3,359.94 | 10155 | 11/20 | 2,297.17 | 10166 | 11/30 | 660.76 |
| 1159* | 11/23 | 8,838.24 | 10145 | 11/12 | 586.76 | 10156 | 11/23 | 2,097.67 | 10167 | 11/25 | 3,782.06 |
| 10134* | 11/12 | 1,357.60 | 10146 | 11/12 | 3,165.19 | 10157 | 11/20 | 3,359.94 | 10168 | 11/24 | 2,297.18 |
| 10135 | 11/23 | 1,170.13 | 10147 | 11/23 | 1,357.59 | 10158 | 11/20 | 586.77 | 10169 | 11/30 | 2,097.68 |
| 10137* | 11/12 | 379.78 | 10148 | 11/30 | 1,170.12 | 10159 | 11/20 | 3,165.19 | 10170 | 11/24 | 3,359.94 |
| 10138 | 11/16 | 729.10 | 10150* | 11/20 | 379.78 | 10160 | 11/24 | 1,357.60 | 10171 | 11/24 | 586.76 |
| 10139 | 11/16 | 433.83 | 10151 | 11/23 | 729.11 | 10161 | 11/30 | 1,170.12 | 10172 | 11/24 | 3,165.18 |
| 10140 | 11/16 | 660.76 | | | | | | | | | |

* Indicates gap in check number sequence      Number Checks Paid:      41        Totaling:        $78,681.19

# citibank

**SHIPTRADE INC**

**CitiBusiness**®

Account  17878987        Page  5  of  26
Statement Period -  Nov. 1 - Nov. 30, 2009

92141/R1/21F000/0

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:

Checking

YOU CAN CALL:

**877-528-0990**
(For Speech and Hearing
Impaired Customers Only
TDD: 800-945-0258)

YOU CAN WRITE:

CitiBusiness
100 Citibank Drive
San Antonio, TX 78245-9966

For change in address, call your account officer or visit your branch.

SHIPTRADE INC



[Purposely left blank]

citibank    **CitiBusiness®**
SHIPTRADE INC

**Note:** Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

### Check images for account #    17878987



Ck Date: 11/17/2009 Ck No: 32250 Amt: $124.00



Ck Date: 11/04/2009 Ck No: 32273 Amt: $120.00



Ck Date: 11/04/2009 Ck No: 32336 Amt: $124.00



Ck Date: 11/10/2009 Ck No: 32344 Amt: $10000.00



Ck Date: 11/10/2009 Ck No: 32357 Amt: $1290.00



Ck Date: 11/02/2009 Ck No: 32368 Amt: $279.99



Ck Date: 11/02/2009 Ck No: 32369 Amt: $117.34



Ck Date: 11/13/2009 Ck No: 32387 Amt: $2044.83



Ck Date: 11/06/2009 Ck No: 32390 Amt: $200.00



Ck Date: 11/02/2009 Ck No: 32391 Amt: $230.17

SHIPTRADE INC

92144/R1/21F000



Ck Date: 11/04/2009 Ck No: 32273 Amt: $120.00



Ck Date: 11/17/2009 Ck No: 32250 Amt: $124.00



Ck Date: 11/10/2009 Ck No: 32344 Amt: $10000.00



Ck Date: 11/04/2009 Ck No: 32336 Amt: $124.00



Ck Date: 11/02/2009 Ck No: 32368 Amt: $279.99



Ck Date: 11/10/2009 Ck No: 32357 Amt: $1290.00



Ck Date: 11/13/2009 Ck No: 32387 Amt: $2044.83



Ck Date: 11/02/2009 Ck No: 32369 Amt: $117.34

Ck Date: 11/02/2009 Ck No: 32391 Amt: $230.17



Ck Date: 11/06/2009 Ck No: 32390 Amt: $200.00

# citibank

**SHIPTRADE INC**

**CitiBusiness**®

Account 17878987          Page 9 of 26
Statement Period -  Nov. 1 - Nov. 30, 2009

92145/R1/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order. Non-numbered checks will appear first.  Non-check items will appear last.

### Check images for account #    17878987



Ck Date: 11/06/2009 Ck No: 32394 Amt: $443.21



Ck Date: 11/16/2009 Ck No: 32399 Amt: $9856.83



Ck Date: 11/16/2009 Ck No: 32400 Amt: $92.82



Ck Date: 11/16/2009 Ck No: 32401 Amt: $510.00



Ck Date: 11/02/2009 Ck No: 32403 Amt: $337.45



Ck Date: 11/13/2009 Ck No: 32405 Amt: $1876.65



Ck Date: 11/02/2009 Ck No: 32407 Amt: $533.50



Ck Date: 11/02/2009 Ck No: 32408 Amt: $36.90



Ck Date: 11/02/2009 Ck No: 32409 Amt: $36.90



Ck Date: 11/02/2009 Ck No: 32410 Amt: $34.80

SHIPTRADE INC

Account 17878987       Page 10 of 26
Statement Period - Nov. 1 - Nov. 30, 2009

92146/R1/21F000



Ck Date: 11/16/2009 Ck No: 32399 Amt: $9856.83

Ck Date: 11/06/2009 Ck No: 32394 Amt: $443.21



Ck Date: 11/16/2009 Ck No: 32401 Amt: $510.00



Ck Date: 11/16/2009 Ck No: 32400 Amt: $92.82



Ck Date: 11/13/2009 Ck No: 32405 Amt: $1876.65

Ck Date: 11/02/2009 Ck No: 32403 Amt: $337.45



Ck Date: 11/02/2009 Ck No: 32408 Amt: $36.90



Ck Date: 11/02/2009 Ck No: 32407 Amt: $533.50



Ck Date: 11/02/2009 Ck No: 32410 Amt: $34.80



Ck Date: 11/02/2009 Ck No: 32409 Amt: $36.90



**SHIPTRADE INC**

**CitiBusiness®**

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order. Non-numbered checks will appear first.  Non-check items will appear last.

### Check images for account #    17878987



Ck Date: 11/02/2009 Ck No: 32411 Amt: $34.80



Ck Date: 11/02/2009 Ck No: 32412 Amt: $467.00



Ck Date: 11/17/2009 Ck No: 32415 Amt: $1352.52



Ck Date: 11/09/2009 Ck No: 32417 Amt: $1848.93



Ck Date: 11/09/2009 Ck No: 32418 Amt: $1345.90



Ck Date: 11/12/2009 Ck No: 32419 Amt: $7688.13



SHIPTRADE INC

Account 17878987        Page 12 of 26
Statement Period - Nov. 1 - Nov. 30, 2009

92148/R1/21F000



Ck Date: 11/02/2009 Ck No: 32412 Amt: $467.00

Ck Date: 11/02/2009 Ck No: 32411 Amt: $34.80

Ck Date: 11/12/2009 CK No: 32423 Amt: $84.90

Ck Date: 11/09/2009 CK No: 32422 Amt: $71.76

Ck Date: 11/05/2009 Ck No: 32421 Amt: $1000.00

Ck Date: 11/13/2009 CK No: 32420 Amt: $100.00



**citibank**
SHIPTRADE INC

**CitiBusiness**®

Account  17878987        Page 13 of 26
Statement Period -  Nov. 1 - Nov. 30, 2009

92149/R1/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order.  Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #    17878987



Ck Date: 11/13/2009 Ck No: 32425 Amt: $50.00



Ck Date: 11/13/2009 Ck No: 32427 Amt: $1466.50



Ck Date: 11/18/2009 Ck No: 32429 Amt: $187.19



Ck Date: 11/16/2009 Ck No: 32430 Amt: $33.71



Ck Date: 11/10/2009 Ck No: 32431 Amt: $500.00



Ck Date: 11/16/2009 Ck No: 32432 Amt: $1466.50



Ck Date: 11/25/2009 Ck No: 32434 Amt: $1000.00



Ck Date: 11/18/2009 Ck No: 32436 Amt: $2250.00



Ck Date: 11/19/2009 Ck No: 32437 Amt: $500.00



Ck Date: 11/25/2009 Ck No: 32438 Amt: $475.00

SHIPTRADE INC

Account 17878987          Page 14 of 26
Statement Period -   Nov. 1 - Nov. 30, 2009

92150/R1/21F0QQ



Ck Date: 11/13/2009 Ck No: 32427 Amt: $1466.50



Ck Date: 11/13/2009 Ck No: 32425 Amt: $50.00



Ck Date: 11/16/2009 Ck No: 32430 Amt: $33.71

Ck Date: 11/18/2009 Ck No: 32429 Amt: $187.19



Ck Date: 11/16/2009 Ck No: 32432 Amt: $1466.50



Ck Date: 11/10/2009 Ck No: 32431 Amt: $500.00



Ck Date: 11/18/2009 Ck No: 32436 Amt: $2250.00



Ck Date: 11/25/2009 Ck No: 32434 Amt: $1000.00



Ck Date: 11/25/2009 Ck No: 32438 Amt: $475.00



Ck Date: 11/19/2009 Ck No: 32437 Amt: $500.00

citibank

**SHIPTRADE INC**

**CitiBusiness®**

Account 17878987        Page 15 of 26
Statement Period -  Nov. 1 - Nov. 30, 2009        92151/B1/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order. Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #    17878987



Ck Date: 11/24/2009 Ck No: 32457 Amt: $500.00



Ck Date: 11/24/2009 Ck No: 32457 Amt: $500.00

# citibank
**SHIPTRADE INC**

**CitiBusiness®**

Account 17878987         Page 17 of 26
Statement Period - Nov. 1 - Nov. 30, 2009

92153/R1/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order. Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #     43730409



Ck Date: 11/09/2009 Ck No: 1153 Amt: $314.92



Ck Date: 11/13/2009 Ck No: 1154 Amt: $314.92



Ck Date: 11/16/2009 Ck No: 1155 Amt: $314.92



Ck Date: 11/19/2009 Ck No: 1156 Amt: $8838.20



Ck Date: 11/23/2009 Ck No: 1159 Amt: $8838.24



Ck Date: 11/12/2009 Ck No: 10134 Amt: $1357.60



Ck Date: 11/23/2009 Ck No: 10135 Amt: $1170.13



Ck Date: 11/12/2009 Ck No: 10137 Amt: $379.78



Ck Date: 11/16/2009 Ck No: 10138 Amt: $729.10



Ck Date: 11/16/2009 Ck No: 10139 Amt: $433.83

SHIPTRADE INC



Ck Date: 11/13/2009 Ck No: 1154 Amt: $314.92



Ck Date: 11/09/2009 Ck No: 1153 Amt: $314.92



Ck Date: 11/19/2009 Ck No: 1156 Amt: $8838.20



Ck Date: 11/16/2009 Ck No: 1155 Amt: $314.92



Ck Date: 11/12/2009 Ck No: 10134 Amt: $1357.60



Ck Date: 11/23/2009 Ck No: 1159 Amt: $8838.24



Ck Date: 11/12/2009 Ck No: 10137 Amt: $379.78



Ck Date: 11/23/2009 Ck No: 10135 Amt: $1170.13



Ck Date: 11/16/2009 Ck No: 10139 Amt: $433.83



Ck Date: 11/16/2009 Ck No: 10138 Amt: $729.10

# citibank

**SHIPTRADE INC**

**CitiBusiness®**

Account 17878987        Page 19 of 26
Statement Period - Nov. 1 - Nov. 30, 2009

92155/R1/21F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

## Check images for account #    43730409



Ck Date: 11/16/2009 Ck No: 10140 Amt: $660.76



Ck Date: 11/16/2009 Ck No: 10141 Amt: $3782.06



Ck Date: 11/12/2009 Ck No: 10142 Amt: $2297.17



Ck Date: 11/16/2009 Ck No: 10143 Amt: $2097.67



Ck Date: 11/12/2009 Ck No: 10144 Amt: $3359.94



Ck Date: 11/12/2009 Ck No: 10145 Amt: $586.76



Ck Date: 11/12/2009 Ck No: 10146 Amt: $3165.19



Ck Date: 11/23/2009 Ck No: 10147 Amt: $1357.59



Ck Date: 11/30/2009 Ck No: 10148 Amt: $1170.12

Ck Date: 11/20/2009 Ck No: 10150 Amt: $379.78



Ck Date: 11/16/2009 Ck No: 10141 Amt: $3782.06

Ck Date: 11/16/2009 Ck No: 10140 Amt: $660.76



Ck Date: 11/16/2009 Ck No: 10143 Amt: $2097.67



Ck Date: 11/12/2009 Ck No: 10142 Amt: $2297.17



Ck Date: 11/12/2009 Ck No: 10145 Amt: $586.76



Ck Date: 11/12/2009 Ck No: 10144 Amt: $3359.94



Ck Date: 11/23/2009 Ck No: 10147 Amt: $1357.59



Ck Date: 11/12/2009 Ck No: 10146 Amt: $3165.19



Ck Date: 11/20/2009 Ck No: 10150 Amt: $379.78



Ck Date: 11/30/2009 Ck No: 10148 Amt: $1170.12

# citibank
## SHIPTRADE INC

Account 17878987          Page 21 of 26
Statement Period - Nov. 1 - Nov. 30, 2009

**CitiBusiness®**

92157/F1/21F000

Note: Imaged checks can be used as evidence of payment. Imaged checks appear in numeric order. Non-numbered checks will appear first. Non-check items will appear last.

Check images for account #    43730409



Ck Date: 11/23/2009 Ck No: 10151 Amt: $729.11



Ck Date: 11/23/2009 Ck No: 10152 Amt: $433.84



Ck Date: 11/30/2009 Ck No: 10153 Amt: $660.77



Ck Date: 11/24/2009 Ck No: 10154 Amt: $3782.06



Ck Date: 11/20/2009 Ck No: 10155 Amt: $2297.17

Ck Date: 11/23/2009 Ck No: 10156 Amt: $2097.67

Ck Date: 11/20/2009 Ck No: 10157 Amt: $3359.94

Ck Date: 11/20/2009 Ck No: 10158 Amt: $586.77



Ck Date: 11/20/2009 Ck No: 10159 Amt: $3165.19



Ck Date: 11/24/2009 Ck No: 10160 Amt: $1357.60

SHIPTRADE INC



Ck Date: 11/25/2009 Ck No: 10163 Amt: $379.78



Ck Date: 11/30/2009 Ck No: 10161 Amt: $1170.12



Ck Date: 11/27/2009 Ck No: 10165 Amt: $433.83



Ck Date: 11/27/2009 Ck No: 10164 Amt: $729.10



Ck Date: 11/25/2009 Ck No: 10167 Amt: $3782.06



Ck Date: 11/30/2009 Ck No: 10166 Amt: $660.76



Ck Date: 11/30/2009 Ck No: 10169 Amt: $2097.68



Ck Date: 11/24/2009 Ck No: 10168 Amt: $2297.18

Ck Date: 11/24/2009 Ck No: 10171 Amt: $586.76

Ck Date: 11/24/2009 Ck No: 10170 Amt: $3359.94

# citibank

SHIPTRADE INC

**CitiBusiness**®

Account 17878987    Page 25 of 26
Statement Period -  Nov. 1 - Nov. 30, 2009

92161/R1/21F000

Note: Imaged checks can be used as evidence of payment.  Imaged checks appear in numeric order. Non-numbered checks will appear first.  Non-check items will appear last.

Check images for account #    43730409



Ck Date: 11/24/2009 Ck No: 10172 Amt: $3165.18

SHIPTRADE INC

Account  17878987          Page  26  of  26
Statement Period -  Nov. 1 - Nov. 30, 2009

92162/R1/21F090



Ck Date: 11/24/2009 Ck No: 10172 Amt: $3165.18



**CHASE**

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

October 31, 2009 through November 30, 2009
Account Number: **000000893025097**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00001449 DDA 802 142 33509 - NNNNN T 1 000000000 67 0000
SHIPTRADE INC
100 QUENTIN ROOSEVELT BLVD
SUITE 305
GARDEN CITY NY 11530-4844

## CHECKING SUMMARY    Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$543.66** |
| **Ending Balance** | 0 | **$543.66** |

There has been no activity on your account during this statement period. You may not receive a statement through the mail in the future if there is no activity on your account. You can always view your account activity and statement by logging on to your account through chase.com. If you have questions, please call us at the number on this statement.

Your service charges, fees and earnings credit have been calculated through account analysis.



October 31, 2009 through November 30, 2009
Account Number: **000000893025097**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

1. **Write in the Ending Balance shown on this statement:**       Step 1 Balance: $_____

2. **List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

                                                                    Step 2 Total:   $_____

3. **Add Step 2 Total to Step 1 Balance.**                          Step 3 Total:   $_____

4. **List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                                    Step 4 Total:   -$_____

5. **Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:**  $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
  • Your name and account number
  • The dollar amount of the suspected error
  • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



EQUAL HOUSING
LENDER    **JPMorgan Chase Bank, N.A. Member FDIC**

# Capital One Bank

Direct inquiries to Customer Service
(888) 755-2172

REDSTONE SHIPPING CORP
C/O GLOBAL CONTAINER
100 QUENTIN ROOSEVELT BLVD STE 103          5888
GARDEN CITY NY  11530-4843

|  | 0 ENCLOSURES | Page | 1 |
|---|---|---|---|

**Business Advantage Plus**          402403 804 6

| | | |
|---|---|---|
| Opening balance | 11-01-09 | 1,715.17 |
| +Deposits/Credits | 0 | 0.00 |
| -Checks/Debits | 0 | 0.00 |
| -Service charge | | 0.00 |
| Ending balance | 11-30-09 | 1,715.17 |
| Days in Statement Period | 30 | |

END OF STATEMENT

Capital One Bank is a trade name of Capital One, N. A.
and does not refer to a separately insured institution.

Capital One, N.A., Member FDIC    EQUAL HOUSING LENDER

HNSTLN

## An Important Message to Our Clients
### Please Examine Your Statement Promptly and Report any Inaccuracy as Soon as Possible

**In Case of Errors or Questions About Your Electronic Transfers:**

Call us at: 1 (800) 655-2265, write us at Capital One, N.A., 3939 W. John Carpenter Frwy., Irving, TX 75063, Attn: Customer Service Center or e-mail us using the Contact Us link in the Customer Service section of www.capitalonebank.com, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt.

### The following section applies only to consumer accounts:

We must hear from you no later than sixty (60) days after we sent you the FIRST statement on which the problem or error appeared.

(1) Tell us your name and account number.

(2) Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe it is an error, or why you need more information.

(3) Tell us the dollar amount of the suspected error.

If you tell us verbally you must send us your complaint or question in writing within ten (10) business days.

We will tell you the results of our investigation within ten (10) business days (twenty (20) business days for transactions processed on a new account) after we hear from you and will correct any error promptly. If we need more time, however, we may take up to forty five (45) days (ninety (90) days for those transactions at merchant POS terminals, processed on a new account, or initiated outside the United States) to investigate your complaint or question. If we decide to do this, we will credit your account within ten (10) business days (twenty (20) business days for transactions processed on a new account) for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within ten (10) business days, we may not credit your account.

### The following section applies only to commercial accounts:

If you believe that an unauthorized transaction has occurred, we must hear from you within twenty-four (24) hours of the time the transaction posts to your account. We will require you to submit an affidavit of unauthorized activity in connection with any such transaction immediately thereafter.

**Account Reconciliation:**

| THIS FORM IS DESIGNED TO HELP YOU BALANCE YOUR CHECKBOOK | | | | | | | |
|---|---|---|---|---|---|---|---|

BALANCE SHOWN ON STATEMENT:

ADD (+) DEPOSITS NOT CREDITED TO THIS STATEMENT:    (+) _____

OUTSTANDING CHECKS NOT CHARGED TO THE ACCOUNT:

BALANCE SHOWN IN CHECKBOOK: _____

LIST ANY BANK CHARGES AND/OR RETURNED CHECKS

| CK# | AMOUNT | CK# | AMOUNT | CK# | AMOUNT | DATE | AMOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  | TOTAL |  |
|  |  |  |  |  | TOTAL |  |  |

SUBTRACT (-) TOTAL OF CHECKS NOT CHARGED FROM BALANCE ON STATEMENT:    (-) _____

BALANCE FOR STATEMENT: _____

SUBTRACT (-) TOTAL BANK CHARGES:

BALANCE FOR CHECKBOOK:    (-) _____

**THESE TWO BALANCES SHOULD AGREE**

Capital One, N.A., Member FDIC

HNSTLB

# CHASE ◯

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

October 31, 2009 through November 30, 2009
Account Number: **000000893032972**



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00006354 DDA 802 141 33509 - NNNNN T 1 000000000 62 0000

GLOBAL CONTAINER LINES LIMITED
100 QUENTIN ROOSEVELT BLVD
SUITE 305
GARDEN CITY NY 11530-4844

## CHECKING SUMMARY    Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$210,542.66** |
| Deposits and Additions | 4 | 662,112.00 |
| Electronic Withdrawals | 25 | - 861,708.34 |
| Other Withdrawals, Fees & Charges | 1 | - 650.51 |
| Ending Balance | 30 | **$10,295.81** |

This message confirms that you have overdraft protection on your checking account.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/03 | Fed Wire Credit Via: Standard Chartered Bank/026002561 B/O: Konkola Copper Mines Plc Cm (N) 2000,Lusaka Ref: Chase Nyc/Ctr/Bnf=Global Container Lines Limited Garden City NY 11530-4843/Ac-000000008930 Rfb=Msg.27374 Obi=/Rfb/Msg.27374 Bbi=/Chgs/Uimad: 1103B1Q9282C004248 Trn: 1421309307Ff | $4,527.00 |
| 11/10 | Book Transfer Credit B/O: Cb Funds Trans Sameday Cdt Rettampa FL 33610- Org: Aba/021407912 Capital One N.A. Ref:/Bnf/Our Ref Jpm091110-002854 JPMorgan Chaseref3379809314Ff Reversal of Entry Dtd 11/10/2009 Trn 2639 100314Jo As Uta Bene Acct Nbr Mis Sing Trn: 8571700314Hh | 40,000.00 |
| 11/16 | Deposit    2719246 | 387,396.00 |
| 11/18 | Book Transfer Credit B/O: U N Mission IN Liberia Unmil New York NY 10017- Ref:/Bnf/Inv 00-09-0214-6 Trn: 8082900322Jn | 230,189.00 |
| **Total Deposits and Additions** | | **$662,112.00** |

Page 1 of 4