# SHIPTRADE, INC.



100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530 • U.S.A.

EM426036670US

December 1, 2009

ADP – SBS Division
99 Jefferson Road – MS 243
Parsippany, New Jersey 07054

Attention:  Ms. Judi Lamb

Gentlemen:

Re:  Company Code ML8

Enclosed please find bank check no. 110878711 in the amount of $8,838.22 to cover the payroll taxes for the week ending December 4, 2009.

Very truly yours,

Diane Sboto

Diane Sboto
Accounts Department
Shiptrade, Inc.

Encl.


Citibank, N.A.

# OFFICIAL CHECK
### SERVICE INSTRUCTIONS
PLEASE CONSULT A CITIBANK ASSOCIATE OR YOUR CLIENT MANUAL FOR A
DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT
REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

## 110878711

62-20
311

FCH 00701 FAH 006          $0.00 UNL          DATE  1 2 / 0 1 / 0 9
071-02 CK. Ser.#    110878711    * * * * * 8 , 8 3 8 . 2 2 * * *

**PAY**   ***EIGHT THOUSAND EIGHT HUNDRED THIRTY-EIGHT
          AND 22/100 DOLLARS****

**TO
THE
ORDER
OF**      ****ADP****

**NAME OF REMITTER
ADDRESS**          SHIPIRADE INC.
Citibank, N.A. One Penn's Way
New Castle, DE 19720

## NON NEGOTIABLE

**REMITTER COPY**

### TERMS
**KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.**

## Payroll Totals

| Earnings | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | CO401K | Net Pay | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross | 29,506.50 | SS/Med | 934.74 | NY State | 1,611.06 | 401 K | 1,071.66 | | 13 Chks | | 20,208.64 |
| SALARY | 29,506.50 | Fed Wt | 5,244.56 | NY DIS | 7.80 | 401KLN | 314.92 | 527.52 | | | |
| | | | | NewYrkCy | 113.12 | | | | | | |
| **Total Gross** | **29,506.50** | **Total Withholdings** | | | | **Total Deductions** | | | **Total Net** | | **20,208.64** |
| | | | 7,911.28 | | 7,911.28 | | | | 1,914.10 | 13 | |

## Taxes

| Tax Type | Deposit Responsibility | Total Taxes | Employer This Pay | Employee This Pay | Taxable Wages | # of Employees | Tax Rate | ID Number |
|---|---|---|---|---|---|---|---|---|
| Social Security/Medicare | ADP | 1,869.48 | 934.74 | 934.74 | 29,506.50 | 13 | | 112550149 |
| Federal Withholding | ADP | 5,244.56 | | 5,244.56 | 28,434.84 | 13 | | 112550149 |
| **Federal Deposit** | | **7,114.04** | **934.74** | **6,179.30** | | | | |
| Federal Unemployment | ADP | | | | | 13 | | 112550149 |
| NY State Income Tax | ADP | 1,611.06 | | 1,611.06 | 28,434.84 | 13 | | 112550149 |
| NY Disability | Client | 7.80 | | 7.80 | 29,506.50 | 13 | .8000 % | 39-40751 |
| NY Unemployment | ADP | | | | | 13 | | 39-40751 |
| New York City Res | ADP | 113.12 | | 113.12 | 3,412.87 | 2 | 2.8000 % | 112550149 |
| **ADP Responsibility** | | **8,838.22** | **934.74** | **7,903.48** | | | | |
| **Client Responsibility** | | **7.80** | | **7.80** | | | | |
| **Total Taxes** | | **8,846.02** | **934.74** | **7,911.28** | | | | |

## Cash Flow Summary

| | Amount | Account Number | Bank Number | Bank Name |
|---|---|---|---|---|
| Checks | 20,208.64 | | | |
| Taxes - ADP Resp. | 8,838.22 | | | |
| Cash Requirements | 29,046.86 | XXXX0409 | XXXXXXXX | CITIBANK |

## Messages

NOTICE: The date you submitted your payroll input may not permit sufficient time to debit your account for tax liabilities. This may negatively impact the timely submission of your tax deposits. As a result, tax penalties may be incurred. Contact your service representative for clarification. Thank you.

# Payroll Summary

Client: ML8
SHIPTRADE INC

| Period Covered: | 11/30/2009 - 12/04/2009 | Run: | 49 |
|---|---|---|---|
| Check Date: | 12/02/2009 | Week: | 48 |
| | | Qtr: | 4 |
| | | Page: | 1 |



# SHIPTRADE, INC.



100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530 • U.S.A.

November 23, 2009

ADP – SBS Division
99 Jefferson Road – MS 243
Parsippany, New Jersey 07054

Attention:  Ms. Judi Lamb

Gentlemen:

Re:  Company Code ML8

Enclosed please find bank check no. 110878376 in the amount of $8,838.24 to cover the taxes for payroll for the period ending November 27, 2008.

Very truly yours,

Diane Sboto
Accounts Department
Shiptrade, Inc.

Encl.

# citibank®

Citibank, N.A.

## OFFICIAL CHECK

### SERVICE INSTRUCTIONS

PLEASE CONSULT A CITIBANK ASSOCIATE OR YOUR CLIENT MANUAL FOR A
DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT
REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

## 110878376

62-20
311

```
FCB 00701 FA# 001          $0.00 ONLY              DATE  1 1 / 2 3 / 0 9
145-02  Ck. Ser.#       110878376    * * * * * 8 , 8 3 8 . 2 4 * * *
```

**PAY**   ****EIGHT THOUSAND EIGHT HUNDRED THIRTY-EIGHT
          AND 24/100 DOLLARS****

TO
THE        ***ADP***
ORDER
OF

NAME OF REMITTER    Shiptrade Inc.
ADDRESS

Citibank, N.A. One Penn's Way
New Castle, DE 19720

## NON NEGOTIABLE

**REMITTER COPY**

### TERMS
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.

## Payroll Totals

| Earnings | Amount | Federal Taxes | | State/Local Taxes | | Deductions | | | | Net Pay | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross | 29,506.50 | SS/Med | 934.75 | NY State | 1,611.06 | 401 K | 1,071.66 | CO401K | 527.52 | 13 | Chks |
| SALARY | 29,506.50 | Fed Wt | 5,244.56 | NY DIS | 7.80 | 401KLN | 314.92 | | | | |
| | | | | NewYrkCy | 113.12 | | | | | | |
| Total Gross | 29,505.50 | Total Withholdings | 7,911.29 | | | Total Deductions | 7,911.29 | -1,914.10 | 13 | Total Net | 20,208.63 |

## Taxes

| Tax Type | Deposit Responsibility | Total Taxes | Employer This Pay | Employee This Pay | Taxable Wages | # of Employees | Tax Rate | ID Number |
|---|---|---|---|---|---|---|---|---|
| Social Security/Medicare | ADP | 1,869.50 | 934.75 | 934.75 | 29,506.50 | 13 | | 112550149 |
| Federal Withholding | ADP | 5,244.56 | | 5,244.56 | 28,434.84 | 13 | | 112550149 |
| **Federal Deposit** | | **7,114.06** | **934.75** | **6,179.31** | | | | |
| Federal Unemployment | ADP | | | | 28,434.84 | 13 | .8000 % | 112550149 |
| NY State Income Tax | ADP | 1,611.06 | | 1,611.06 | 29,506.50 | 13 | | 112550149 |
| NY Disability | Client | 7.80 | | 7.80 | | 13 | | 39-40751 |
| NY Unemployment | ADP | | | | 3,412.87 | 13 | 2.8000 % | 39-40751 |
| New York City Res | ADP | 113.12 | | 113.12 | | 2 | | 112550149 |
| **ADP Responsibility** | | **8,838.24** | **934.75** | **7,903.49** | | | | |
| **Client Responsibility** | | **7.80** | | **7.80** | | | | |
| **Total Taxes** | | **8,846.04** | **934.75** | **7,911.29** | | | | |

## Cash Flow Summary

| | Amount | Account Number | Bank Number | Bank Name |
|---|---|---|---|---|
| Checks | 20,208.63 | | | |
| Taxes - ADP Resp. | 8,838.24 | XXXX0409 | XXXXXXXXX | CITIBANK |
| **Cash Requirements** | **29,046.87** | | | |

Client: ML8
SHIPTRADE INC

# Payroll Summary

Period Covered: **11/21/2009 - 11/27/2009**
Check Date: **11/25/2009**

Run: 48
Week: 47
Qtr: 4
Page: 1



# SHIPTRADE, INC.



100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530 • U.S.A.

November 19, 2009

ADP – SBS Division
99 Jefferson Road – MS 243
Parsippany, New Jersey 07054

Attention:  Ms. Judi Lamb

Gentlemen:

Re:  Company Code ML8

Enclosed please find bank check no. 110878478 in the amount of $8,838.20 to cover the taxes for payroll for the period ending November 20, 2009.

Very truly yours,

Diane Sboto
Accounts Department
Shiptrade, Inc.

Encl.


**Citibank, N.A.**

# OFFICIAL CHECK

**SERVICE INSTRUCTIONS**
PLEASE CONSULT A CITIBANK ASSOCIATE OR YOUR CLIENT MANUAL FOR A
DESCRIPTION OF THE BANK'S POLICY CONCERNING PLACING A STOP PAYMENT
REQUEST ON THIS INSTRUMENT AND THE FEE ASSOCIATED WITH THAT REQUEST.

## 110878478

62-20
311

FC#-0070T FAM-002              $0.00 ONL           DATE  11/18/09
016-04  CK. Ser.#       110878478    *******8,838.20***

**PAY**   ****EIGHT THOUSAND EIGHT HUNDRED THIRTY EIGHT
          AND 20/100 DOLLARS****

**TO**
**THE**      ****ADP****
**ORDER**
**OF**

**NAME OF REMITTER**      Shiptrade Inc.
**ADDRESS**                  43730409

Citibank, N.A. One Penn's Way
New Castle, DE 19720

## NON NEGOTIABLE

**REMITTER COPY**

**TERMS**
KEEP THIS COPY FOR YOUR RECORD OF THE TRANSACTION. TO REPORT A LOSS OR FOR ANY OTHER INFORMATION
ABOUT THE INSTRUMENT, CONTACT THE INSTITUTION FROM WHICH YOU RECEIVED THE INSTRUMENT.



# URGENT

**Attention:** <u>**DIANE**</u>     **Fax#:** **516-222-0817**

**PLEASE ENSURE THIS FAX IS <u>IMMEDIATELY</u> DELIVERED TO THE RESPONSIBLE PARTY IN YOUR PAYROLL OR CASH MANAGEMENT DEPARTMENT.**

This letter is to provide you with the banking information required to initiate a WIRE TRANSFER to ADP, for your Payroll Liabilities.

1. Contact your bank to determine their requirements and cut off times for a WIRE TRANSFER of funds.

2. Please ensure that your bank directs the WIRE TRANSFER to:

   **\*Deutsche Bank** (Bankers Trust Company)
   **60 Wall Street**
   **New York, NY 10005-2858**
   **ABA No. 021001033**
   **For credit to ADP Payroll Deposit Custodial Account No. 00153170**

**\* <u>NOTE</u>: Correspondence & checks to ADP should <u>NOT</u> be mailed to this address.**

| | | |
|---|---|---|
| **$8,838.20** | | **RBI: 52-ML8** |
| (Amount Rejected) | | (Branch/Company Code) |

**Plus Security Deposit:** N/A     =     **Total Due:** $8,838.20

**Attention:**   SHIPTRADE, INC.
         (Your Company Name)

If you have any questions regarding this information, please contact your Returned Item Coordinator.
Please mention your Branch & Company Code, as listed above, when leaving a message.

Thank You,
Judi Lamb
ADP-SBS Division
Tax Central East
99 Jefferson Road – MS 243
Parsippany, NJ 07054
Phone: 888 237-2321 or 973 739-3900 Option 1
Fax:   973 396-8331

20,208.65

20,208.65  Total Net

| Net Pay | |
|---|---|
| 527.52 | 13  Chks |

CO401K

1,914.10 | 13

| Taxable Wages | # of Employees | Tax Rate | ID Number |
|---|---|---|---|
| 29,506.50 | 13 | | 112550149 |
| 28,434.84 | 13 | | 112550149 |
| 28,434.84 | 13 | .8000 % | 112550149 |
| 29,506.50 | 13 | | 112550149 |
| | 13 | | 39-40751 |
| 3,412.87 | 2 | 2.8000 % | 39-40751 |
| | | | 112550149 |

71.66
14.92

Period Covered: 11/14/2009 - 11/20/2009     Run:  47
Check Date:     11/20/2009                    Week: 46
                                             Qtr:  4
                                             Page: 1

Global Container Lines Limited
User ID  KAREN

**GCLSOFT - Accounts Payable**
**Vendor Invoice wise Age Analysis Report (All Currency)**
As at  Nov  30  2009

| Voucher Ref | Vendor Invoice No | Due Date | Type | Total Payable | Not Yet Due | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **B-A-0002** | **A-N-D Group PLC** | | | | | | | | |
| 21-09-05-0013 | 107751 | 06/27/2009 | USD | 863.69 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-09-05-0014 | 108567 | 06/27/2009 | USD | 178.06 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-09-05-0015 | 108575 | 06/27/2009 | USD | 197.26 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-09-06-0016 | 108866 | 07/30/2009 | USD | 720.82 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-09-06-0014 | 110398 | 08/29/2009 | USD | 1,044.33 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-09-07-0008 | 110589 | 08/29/2009 | USD | 6.04 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-09-07-0009 | 111193 | 08/29/2009 | USD | 285.71 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-09-07-0010 | 113927 | 08/29/2009 | USD | 329.40 Cr | 0.00 | 0.00 | 329.40 Cr | 0.00 | |
| 21-09-09-0013 | 114096 | 10/24/2009 | USD | 280.00 Cr | 0.00 | 0.00 | 280.00 Cr | 0.00 | |
| 21-09-09-0014 | 114940 | 10/23/2009 | USD | 457.38 Cr | 0.00 | 0.00 | 457.38 Cr | 0.00 | |
| 21-09-10-0007 | 115021 | 10/23/2009 | USD | 328.93 Cr | 0.00 | 0.00 | 328.93 Cr | 0.00 | |
| 21-09-10-0009 | 206181 DM042 | 10/30/2009 | USD | 228.69 | 0.00 | 0.00 | 228.69 | 0.00 | |
| 21-09-11-0006 | 116024 | 11/30/2009 | R USD | 73.69 Cr | 73.69 Cr | 0.00 | 0.00 | 0.00 | |
| 21-09-11-0007 | 116098 | 11/30/2009 | USD | 269.26 Cr | 269.26 Cr | 0.00 | 0.00 | 0.00 | |
| JV-09-05-0002 | DUPLICATE | 05/20/2009 | R USD | 3,072.66 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | **Vendor Total  -----> ** | | | **1,733.22 Cr** | **342.95 Cr** | **0.00** | **1,167.02 Cr** | **0.00** | |
| **B-A-0019** | **Applied Weather Technology** | | | | | | | | |
| 21-08-02-0030 | 06-03-0354D | 03/30/2008 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-08-03-0029 | 06-04-084OD | 04/30/2008 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-08-04-0038 | 06-04-2223 | 05/28/2008 | USD | 400.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-08-04-0040 | 08-04-0401 | 05/30/2008 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 21-09-01-0010 | 08-05-1012D | 05/30/2008 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| 09-01-1030D | 01/01/2009 | USD | 221.66 | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 06-04-325 | 01/01/2009 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 06-06-0905 | 01/01/2009 | USD | 300.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 06-06-0806 | 01/01/2009 | USD | 300.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 06-07-0210 | 01/01/2009 | USD | 255.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 06-07-0237 | 01/01/2009 | USD | 255.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 06-08-0760 | 01/01/2009 | USD | 340.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 06-08-0204 | 01/01/2009 | USD | 255.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 07-04-1145 | 01/01/2009 | USD | 420.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 07-12-629 | 01/01/2009 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 08-10-20560D | 01/01/2009 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 08-11-0707D | 01/01/2009 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 08-12-1625D | 01/01/2009 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| 08-12-3024D | 03/31/2009 | USD | 350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | | |
| | **Vendor Total  -----> ** | | | **5,453.34 Cr** | **0.00** | **0.00** | **0.00** | **0.00** | |
| **B-A-0034** | **Alfa Laval(Thailand) Ltd.** | | | | | | | | |
| 21-07-10-0024 | SER0710-002 | 10/30/2007 | USD | 981.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | |
| | **Vendor Total  -----> ** | | | **981.00 Cr** | **0.00** | **0.00** | **0.00** | **0.00** | |

Global Container Lines Limited
User ID  KAREN

**GCLSOFT - Accounts Payable**
**Vendor Invoice wise Age Analysis Report (All Currency)**
As at  Nov 30  2009

Report ID        PR44
Run Date      01/15/2010
Page No.            3

| Voucher Ref | Vendor Invoice No | Due Date | Type | Total Payable | Not Yet Due | 1-30 | 31-60 | 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **ABB Inc.** | | | | | | | | | |
| B-A-0037 21-08-12-0016 | 12013861 | 12/19/2008 | USD | 26,045.10 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 26,045.10 Cr |
| | | Vendor Total ---> | | 26,045.10 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 26,045.10 Cr |
| **American Diesel & Ship Repairs, Inc** | | | | | | | | | |
| B-A-0038 21-08-12-0034 | 082754 | 1231/2008 | USD | 13,003.10 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 13,003.10 Cr |
| | | Vendor Total ---> | | 13,003.10 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 13,003.10 Cr |
| **Addax Bunkering Services (Adax Energy SA)** | | | | | | | | | |
| B-A-0039 26-09-11-0002 | 35514-CDS | 12/26/2009 | USD | 25,350.00 Cr | 25,350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Vendor Total ---> | | 25,350.00 Cr | 25,350.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 |
| **BankServe Insurance Services Ltd** | | | | | | | | | |
| B-B-0020 20-09-10-0001 | PI/A9AHS5Y | 12/12/2009 | USD | 30,625.00 Cr | 30,625.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Vendor Total ---> | | 30,625.00 Cr | 30,625.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 |
| **Crescent Towing & Salvage Co.Inc.** | | | | | | | | | |
| B-C-0001 21-08-09-0041 | 199193 | 09/24/2008 | USD | 14,801.51 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 14,801.51 Cr |
| JV-08-09-11-0006 | 199193 | 11/01/2009 | USD | 2,709.45 Cr | 0.00 | 2,709.45 Cr | 0.00 | 0.00 | 0.00 |
| | | Vendor Total ---> | | 17,510.96 Cr | 0.00 | 2,709.45 Cr | 0.00 | 0.00 | 14,801.51 Cr |
| **Container Applications International, Inc.** | | | | | | | | | |
| B-C-0012 21-09-03-0022 | 91482 | 05/30/2009 | USD | 4,560.10 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,560.10 Cr |
| 21-09-04-0015 | 92250 | 06/29/2009 | USD | 4,413.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,413.00 Cr |
| 21-09-05-0008 | 93011 | 07/30/2009 | USD | 4,574.60 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,574.60 Cr |
| 21-09-06-0007 | 93759 | 08/29/2009 | USD | 4,378.60 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,378.60 Cr |
| 21-09-07-0011 | 94512 | 09/29/2009 | USD | 4,417.50 Cr | 0.00 | 0.00 | 0.00 | 4,417.50 Cr | 0.00 |
| 21-09-08-0009 | 95270 | 10/30/2009 | USD | 4,417.50 Cr | 0.00 | 0.00 | 4,417.50 Cr | 0.00 | 0.00 |
| 21-09-09-0015 | 96035 | 11/29/2009 | USD | 4,303.60 Cr | 0.00 | 4,303.60 Cr | 0.00 | 0.00 | 0.00 |
| 21-09-10-0011 | 96801 | 12/30/2009 | USD | 4,392.50 Cr | 4,392.50 Cr | 0.00 | 0.00 | 0.00 | 0.00 |
| 21-09-11-0013 | 97564 | 01/29/2010 | USD | 4,227.00 Cr | 4,227.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 |
| | | Vendor Total ---> | | 39,684.40 Cr | 8,619.50 Cr | 4,303.60 Cr | 4,417.50 Cr | 4,417.50 Cr | 17,926.30 Cr |
| **Coleman Supply Company** | | | | | | | | | |
| B-C-0026 21-08-08-0033 | 09-8755 | 08/08/2008 | USD | 7,655.91 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 7,655.91 Cr |
| 21-08-09-0007 | 09-0027 | 10/09/2008 | USD | 6,902.91 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 6,902.91 Cr |
| | | Vendor Total ---> | | 14,558.82 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 14,558.82 Cr |
| **C.R. Cushing & Co., Inc.** | | | | | | | | | |
| B-C-0031 21-09-06-0020 | 15653 | 06/02/2009 | USD | 6,850.20 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 6,850.20 Cr |
| | | Vendor Total ---> | | 6,850.20 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 6,850.20 Cr |





Global Container Lines Limited
User ID   KAREN

| Voucher Ref | Vendor Invoice No | Vendor |
|---|---|---|
| B-J-0002 | | Vendor |
| 21-05-00-0449 | HB-8546 | 11/25 |
| 21-05-00-0464 | RUT261 (TRITON) | 11/3( |
| B-I-0018 | | Vendor |
| 21-09-09-0002 | PROSPERITY 9408 09/0( | |
| B-I-0007 | | IMS Intern |
| 21-08-07-0054 | 1013 | 07/3 |
| 21-08-08-0020 | 206098 | 08/2 |
| 21-08-09-0052 | 1023 | 09/3( |
| 21-08-09-0053 | 1024 | 09/3( |
| 21-08-09-0054 | 208112 | 09/3( |
| 21-08-09-0065 | 1018 | 09/3( |
| B-H-0017 | | Hiller Sys |
| 21-08-10-0221 | 18289-000 | 11/0 |
| B-G-0023 | | Vendor |
| 26-09-01-0002 | 40007266 | 02/1 |
| | | Gulf and |
| | | Vendo |
| 21-09-02-0006 | MPSSG300 069646 03/1 | |
| 21-09-01-0022 | MPSSG300 068259 02/1 | |
| 21-08-09-0011 | MPSUS250 1823    10/0 | |
| B-D-0017 | MPSSG300 051399 06/0 | DNV Petr |
| 21-08-05-0019 | | Vendo |
| B-D-0014 | | Dewitt St |
| 20-09-05-0002 | 1836801 | 05/1 |
| B-D-0013 | | DeWitt-N |
| 20-09-07-0003 | 1903301 | 07/2 |
| | | Vendc |
| 20-09-11-0027 | 1996303 | 04/( |
| 20-09-11-0028 | 1996304 | 07/2 |

Global Container Lines Limited
User ID  KAREN

GCLSOFT - Accounts Payable
Vendor Invoice wise Age Analysis Report (All Currency)
As at  Nov  30   2009

Report ID
Run Date
Page No.

| Voucher Ref | Vendor Invoice No | Type | Due Date | Total Payable | Not Yet Due | 1-30 | 31-60 | Over Due Amount 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| **B-K-0004** | | | **Kristensons- Petroleum, Inc.** | | | | | | |
| 26-08-09-0006 | 08-6679 | | 10/18/2008 | USD | 800,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 800,000.00 C |
| 26-08-12-0001 | 08-7012C | | 01/06/2009 | USD | 145,623.74 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 145,623.74 Cr |
| | | | Vendor Total ——> | | 945,623.74 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 945,623.74 Cr |
| **B-K-0009** | | | **Keraba and Beyo Freight Transport** | | | | | | |
| 21-09-03-0006 | CEC FIGHTER9403 | | 03/11/2009 | USD | 68,100.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 68,100.00 C |
| | | | Vendor Total ——> | | 68,100.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 68,100.00 C |
| **B-L-0013** | | | **Lilo Transport P.L.C - Asmara,Eritrea** | | | | | | |
| 21-09-01-0009 | U.N V/94018&402 | | 01/25/2009 | USD | 41,316.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 41,316.00 C |
| 21-09-07-0014 | U.N V/9402 | R | 07/30/2009 | USD | 10,065.00 | 0.00 | 0.00 | 0.00 | 0.00 | 10,065.00 |
| | | | Vendor Total ——> | | 31,251.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 31,251.00 C |
| **B-M-0002** | | | **MAN Diesel** | | | | | | |
| 21-08-10-0010 | 50099974 | | 10/24/2008 | USD | 2,420.57 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 2,420.57 C |
| 21-09-02-0007 | 00005921 | | 04/18/2009 | USD | 45,757.27 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 45,757.27 C |
| 21-09-03-0016 | 50103047 | | 03/24/2009 | USD | 1,285.27 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 1,285.27 C |
| | | | Vendor Total ——> | | 49,463.11 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 49,463.11 C |
| **B-M-0009** | | | **Merrill Marine Services Inc.** | | | | | | |
| 21-09-08-0005 | 51541 | | 08/18/2009 | USD | 2,800.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 C |
| | | | Vendor Total ——> | | 2,800.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 C |
| **B-M-0013** | | | **McAlister Towing of Charleston** | | | | | | |
| 21-08-09-0039 | 47102288&229 | | 09/25/2008 | USD | 8,855.77 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 8,855.77 C |
| | | | Vendor Total ——> | | 8,855.77 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 8,855.77 C |
| **B-M-0034** | | | **Marcontrel S.J.-Poland** | | | | | | |
| 21-07-11-0033 | 00195/Z/2007 | | 12/13/2007 | USD | 13,212.55 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 13,212.55 C |
| | | | Vendor Total ——> | | 13,212.55 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 13,212.55 C |
| **B-M-0036** | | | **M/V Marine,Inc.** | | | | | | |
| 21-08-06-0059 | 5631B | | 07/12/2008 | USD | 640.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 640.00 C |
| | | | Vendor Total ——> | | 640.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 640.00 C |
| **B-M-0037** | | | **Morco Refrigeration Service,Inc.** | | | | | | |
| 21-08-07-0047 | 3070 | | 08/02/2008 | USD | 4,996.20 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,996.20 C |
| | | | Vendor Total ——> | | 4,996.20 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,996.20 C |
| **B-M-0038** | | | **Main Industries, Inc.** | | | | | | |
| 21-08-07-0061 | 8240 | | 08/23/2008 | USD | 37,800.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 37,800.00 C |
| | | | Vendor Total ——> | | 37,800.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 37,800.00 C |

Global Container Lines Limited
User ID  KAREN

GCLSOFT - Accounts Payable
Vendor Invoice wise Age Analysis Report (All Currency)
As at  Nov  30   2009

Report ID  PR44
Run Date  01/15/2010
Page No.  9

| Voucher Ref | Vendor Invoice No | Due Date | Type | Total Payable | Not Yet Due | 1-30 | 31-60 | Over Due Amount 61-90 | Over 90 |
|---|---|---|---|---|---|---|---|---|---|
| 21-08-07-0053 | 19542 | 08/09/2008 | USD | 1,800.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 Cr |
| | | Vendor Total ---> | | 4,630.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,630.00 Cr |
| **B-S-0004** | | | | **Stratos (ex: Xantic, ex: Station 12)** | | | | | |
| 21-09-11-0005 | 109101104230 | 11/05/2009 | USD | 331.37 Cr | 0.00 | 331.37 Cr | 0.00 | 0.00 | 0.00 |
| | | Vendor Total ---> | | 331.37 Cr | 0.00 | 331.37 Cr | 0.00 | 0.00 | 0.00 |
| **B-S-0019** | | | | **Seacoast Electronics Inc.** | | | | | |
| 21-07-03-0043 | 44052CM | 03/01/2007 | R  USD | 864.00 | 0.00 | 0.00 | 0.00 | 0.00 | 864.00 |
| 21-07-03-0044 | 1-45424 | 03/12/2007 | USD | 216.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 216.00 Cr |
| | | Vendor Total ---> | | 648.00 | 0.00 | 0.00 | 0.00 | 0.00 | 648.00 |
| **B-S-0033** | | | | **Southern Elevator Company Inc.** | | | | | |
| 21-08-09-0066 | 421+591+665+764 | 09/20/2008 | USD | 27,026.22 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 27,026.22 Cr |
| | | Vendor Total ---> | | 27,026.22 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 27,026.22 Cr |
| **B-S-0034** | | | | **Spedag East Africa** | | | | | |
| 21-09-09-0003 | PROGRESS 9409 | 09/16/2009 | USD | 797,342.00 Cr | 0.00 | 0.00 | 0.00 | 797,342.00 Cr | 0.00 |
| | | Vendor Total ---> | | 797,342.00 Cr | 0.00 | 0.00 | 0.00 | 797,342.00 Cr | 0.00 |
| **B-T-0019** | | | | **Trans Ethiopia Private.Ltd.Company** | | | | | |
| 21-06-09-0018 | G.PATTIOT 6201 | 06/30/2006 | USD | 37,108.07 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 37,108.07 Cr |
| 21-06-10-0005 | G.PRINCE V/6308 | 10/06/2006 | USD | 7,130.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 7,130.00 Cr |
| 21-06-12-0036 | G.PRINCE V/8304 | 12/31/2006 | USD | 20,656.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 20,656.00 Cr |
| 21-08-10-0003 | 31 TRUCKS | 10/08/2008 | USD | 31,620.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 31,620.00 Cr |
| | | Vendor Total ---> | | 96,514.07 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 96,514.07 Cr |
| **B-T-0026** | | | | **Tous Travaux Sous Marins** | | | | | |
| 21-08-12-0011 | 10133 | 12/21/2008 | USD | 4,852.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,852.00 Cr |
| | | Vendor Total ---> | | 4,852.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,852.00 Cr |
| **B-T-0028** | | | | **Tanzania Road Haulage Ltd.** | | | | | |
| 21-09-09-0001 | PROSPERITY 9408 | 09/02/2009 | USD | 1,267,500.00 Cr | 0.00 | 0.00 | 0.00 | 1,267,500.00 Cr | 0.00 |
| | | Vendor Total ---> | | 1,267,500.00 Cr | 0.00 | 0.00 | 0.00 | 1,267,500.00 Cr | 0.00 |
| **B-T-0029** | | | | **Tencarva Machinery Company** | | | | | |
| JV-09-01-0032 | 99257 | 01/08/2009 | USD | 8,668.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 8,668.00 Cr |
| | | Vendor Total ---> | | 8,668.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 8,668.00 Cr |
| **B-U-0010** | | | | **Universal Marine Electric Co.,INC** | | | | | |
| 05-06-22743 | 05-06-22743 | 09/30/2008 | USD | 4,983.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,983.00 Cr |
| | | Vendor Total ---> | | 4,983.00 Cr | 0.00 | 0.00 | 0.00 | 0.00 | 4,983.00 Cr |





Global Container Lines Limited
User ID   HOMA

**GCLSOFT - Accounts Receivable**
**Customer wise Age Analysis Report (All Currency)**
As at   Nov   30   2009

Selection      A - -   to H-S-0001

| Vendor Code | Customer Name | Total Payable Home Currency | Not Yet Due | 1-30 | 31-60 |
|---|---|---|---|---|---|
| **A** | **FREIGHT RECEIVABLE-CUSTOMERS** | | | | |
| A-D-0012 | DynCorp International | 20,000.00 | 0.00 | 0.00 | |
| A-U-0002 | UN Secretariat- Procurement Division | 4,967,155.21 | 0.00 | 51,250.00 | 145,0 |
| A-U-005 | United Nations Mission in Liberia (UNMIL) | 91,026.64 | 30.00 | 19,770.00 | |
| **G** | **FREIGHT RECEIVABLE-AGENTS** | | | | |
| G-G-0001 | Gulf Liner Shipping Agencies-Dubai | 1,331.00 ← | 19,002.36 Cr ← | 0.00 | |
| | Company Total ---> | 5,079,512.85 | 18,972.36 Cr | 71,020.00 | 145,0 |

In re **Global Container Lines Limited ***

    Debtor

Case No. **09-78585 (AST)**

Reporting Period: **11/10/09-11/30/09**

### PAYMENTS TO INSIDERS AND PROFESSIONALS

Of the total disbursements shown on the Cash Receipts and Disbursements Report (MOR-1) list the amount paid to insiders (as defined in Section 101(31) (A)-(F) of the U.S. Bankruptcy Code) and to professionals. For payments to insiders, identify the type of compensation paid (e.g. Salary, Bonus, Commissions, Insurance, Housing Allowance, Travel, Car Allowance, Etc.). Attach additional sheets if necessary.

**INSIDERS**