UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
In re:                                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,        Case Nos.  09-78585 (AST)
                                                       09-78584 (AST)
                                                       09-78589 (AST)
                                                       09-78586 (AST)
                                                       09-78587 (AST)
                                                       09-78588 (AST)
                                                       09-78590 (AST)
                        Debtors.
--------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NASSAU      )

   C. NATHAN DEE, being duly sworn, deposes and says:

   That he is over the age of 21 years, resides in Suffolk County and is not a party to this action.

   That on the 25th day of January 2010, I served the Reply to Response of Seacastle Container Leasing LLC to Debtors Motion to Reject Seacastle Container Agreements with attached Exhibit , via electronic mail located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

J. Stephen Simms
Simms Showers LLP
20 South Charles Street
Suite 702
Baltimore, Maryland  21201

That being the addresses designated on the latest papers served by them in this action.

s/ C. Nathan Dee
C. NATHAN DEE

Sworn to before me this
27th day of January, 2010.

*Janet S. Umphred*
Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/10

2