UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                    Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                      Case Nos. 09-78585 (AST)
                                                                    09-78584 (AST)
                                                                    09-78589 (AST)
                                                                    09-78586 (AST)
                                                                    09-78587 (AST)
                                                                    09-78588 (AST)
                                                                    09-78590 (AST)

                              Debtors.
---------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NASSAU      )

     CYNTHIA ROBLES, being duly sworn, deposes and says:

     That she is over the age of 21 years, resides in Massapequa Park, New York and is not a party to this action.

     That on the 1st day of February 2010, she served the Notice of Stipulated and Agreed to Order Between Global Container Lines, Ltd., Keybank National Association and Key Equipment Finance Inc., with Respect to (i) Motion for Relief from the Automatic Stay Pursuant to 11 USC 362 (d) and (2) or, in the alternative, Adequate Protection Pursuant to 11 USC Section 361 and (ii) the Allocation of Sale Proceeds from the Public Sale of M/V Global Precision Pursuant to 11 USC 506(c) with attached Exhibit, via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

## SEE ATTACHED LIST

     That being the address(es) designated on the latest papers served by them in this action.

                                                           */s/ Cynthia Robles*
                                                           CYNTHIA ROBLES

Sworn to before me this
1st day of February, 2010.

*/s/ Janet S. Umphred*
Notary Public

        JANET S. UMPHRED
   Notary Public, State Of New York
        No. 01UM4818081
    Qualified In Suffolk County
    Term Expires 4/30/ 10

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126
Philadelphia, PA 19114

NYS Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany, New York 12205-5300

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Alba Petroleum
Tangana Road/Mbaraki Creek
PO Box 97155
Mombasa, Kenya

K Hashim
PO Box 5216
Sharjah, UAE

Fal Energy Co., Inc.
PO Box 6600 Sharjah
United Arab Emirates

Tile Marine
PO Box 33296
Dubai, UAE

Merrill Marine Services
7909 Big Bend Boulevard
Saint Louis, MO 63119

ABB Inc.
11600 Miramar Pkwy
Hollywood, FL 33025

American Diesel & Ship Repairs, Inc.
604 Time Save Avenue
New Orleans, LA 70123

CG International, Inc.
1958 Westfield Avenue
Scotch Plains, NJ 07076

Coleman Supply Company
989 Morrison Drive
PO Box 21818
Charleston, SC 29403

Crescent Towing & Salvage Co., Inc.
PO Box 2704
Savannah, GA 31401

Detyens
1670 Dryrock Avenue
Building 236
Suite 200
North Charleston, SC 29405

Dormac(Pty) Ltd.
1 Belfast Road
PO Box 12568
Burban, South Africa

IMS International Ltd.
2881 East Oakland Park Boulevard
Suite 215
Fort Lauderdale, Florida 33306

Kristensons-Petroleum Inc
128 Broad Street
2nd Floor
Red Bank, NJ 07701

Man Diesel S.A.S.
Avenue de Catonay(port 7)
BP 427
44615 Saint-Nazaire Cedex
France

Precision Solutions
Incorporated
34 Village Street
Manchester, CT 06040-6532

Gulf and Continental
Bunker Fuels Co., Ltd.
PO Box 18068
Jebel Ali, Dubai
United Arab Emirates

Interocean
Ecffelon Plaza
302 Harper Drive
Suite 200
Moorestown, NJ 08057

Main Industries, Inc.
107 E. Street
Hampton, VA 23661

Marcontrel s.j.
Powstancow Wlkp. 39b
70-111 Szczecin

Southern Elevator Company
130 O'Connor Street
PO Box 36006
Greensboro, NC 27416

Washington International
US Customs Ins. Company
1200 Arlington Heights Rd
Suite 400
Itasca, IL 60143

Worldwide Diesel Power
732 Parker Street
Jacksonville, FL 32202

Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715

Dr. A. Alizadeh
100 Quentin Roosevelt Blv
Garden City, NY 11530

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103

Textainer Equipment Management (U.S.)
650 California Street
16th Floor
San Francisco, CA 94108

Westfalia Separator Inc.
PO Box 12042
Newark, NJ 07101

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Comet Shipping Nigeria Lt
c/o Michael J Carcich, Esq.
Wall Street Plaza
88 Pine Street 7th Fl
New York, NY 10005

Groupe Eyssautier
c/o Budd S.A. Marseille
7 Rue Bailli De Suffren
13001 Marseille, France

Mercur International for
Development Co., Ltd.
Hameau de la Lanterne 2
B-7890 Wodecq/Belguim

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577

TSG Technical Services
2215 M Street Northwest
Washington, DC 20037

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

Al Mubarak Shipping LLC
PO Box 722
Dubai, UAE

ISB Internat'l Shipping
Bureau
PO Box 14751
Dubai, UAE

Middle East Express
PO Box 622
Sharjah, UAE

Noble Denton
PO Box 12541
Dubai, UAE

Citibank
Business Bank Loan Ops
100 Citibank Drive
San Antonio, TX 48029

GalBraith's, Ltd.
124-126 Borough High St.
London, Se11 BL

Griffin Partner Travel AS
Fr. Nansens plass 8
Oslo 0160 Norway

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

Spedag East Africa, ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

Watson Farley & Williams LLP
Attn: Alfred E. Yudes, Jr.
1133 Avenue of Americas
11th Floor
New York, New York 10036

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

Michael J Carcich, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Shipnet
53 Water Street
Norwalk, CT 06854

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07311-4097

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, New York 11242

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

Vedder Price, P.C.
Attn: Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Adam P. Wofse, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

United States Attorney's Office
Eastern District of New York
Attention: Long Island Bankruptcy Processing
610 Federal Plaza
5th Floor
Central Islip, NY 11722

CAI International  
1 Embarcadero Center  
Suite 2101  
San Francisco, CA 94111

A.A. Electricals Sets Repair  
PO Box 55323  
Dubai, UAE

A.M. Trading  
PO Box 3274  
Dubai, UAE

AKA Trade Building  
PO Box 51248  
Dubai, UAE

Al Koory Marine Services  
PO Box256  
Dubai, UAE

Al Mubarak OdwreonLLC  
PO Box 722  
Dubai, UAE

Al Shabia Engineering  
PO Box 22186  
Sharjah, UAE

Atlas Worldwide, Ltd.  
10Toh Guan Rd  
Singapore

Bombay Boring  
J.Karia Ind Est  
Jacob circle Mumbai

Consilium Middle East  
PO Box 8018  
SAIF Zone  
Sharjah, UAE

DeWitt Stern  
Imperatore, Ltd.  
Harborside Financial Ctr.  
Plaza Five, Suite 1510  
Jersey City, NJ 07311-4097

DMI  
PO Box 8807  
Dubai, UAE

Elcome International  
PO Box 1788  
Dubai, UAE

Elcome Marine  
G-3 Arihant Bldg  
Ahmedabad, St. Mumbai

Goltens India Ltd.
Off Veera Desaid Road
Andheri, Mumbai

Gulf Oil Marine Limited
3 Lockhart Road
25th Floor
Wan Chai, Hong Kong

ISB Internat'l Shipping
Bureau
PO Box 14751
Dubai, UAE

J.S. Marine
Men Waitter House
Mazgoun
Mumbai, India

Jijibila
PO Box 19349
Dubai, UAE

KeyBank National
Association
Attn:Richard B. Saulsbery
66 South Pearl Street
Albany, NY 12207

Ladder Corp.
1720 Carey Avenue
Cheyenne WY82001 USA

Safety Marine
PO Box 40269
Sharjah, UAE

Serck Services
PO Box 5834
Sharjah, UAE

Seven Seas Shipchandlers
PO Box 5592
Dubai, UAE

Shiptrade, Inc.
100 Quentin Roosevelt Blv
Garden City, NY 11530

Sigma Paints Saudi Arabia
PO Box 52781
Dubai, UAE

Tile Marine
Po Box 33296
Dubai, UAE

Total UAE LLC
PO box 14871
Dubai, UAE

Truebell Marketing
& Trading LLC
PO box 4146
Sharjah, UAE

Vessel Crew
c/o Gulf Liner Shipping
Agencies
PO Box 3274
Dubai, UAE

Viking Enterprises Co.,
1-9 Isogami-Dor i 6-Chome
Chuo-Ku, Kobe 651-0086
Kobe, Japan

Wartsila LLC
PO Box 32785
Dubai, UAE

Jakub Ligeza
Global Partner Alliance, Inc.
703 Foster Avenue
Bensenville, IL 60106