# CULLENandDYKMANLLP

C. NATHAN DEE
PARTNER
DIRECT DIAL: 516-357-3817
EMAIL: NDEE@CULLENANDDYMAN.COM

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

February 1, 2010

**VIA ELECTRONIC FILING**

Chambers of the Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

RE: Global Container Lines Limited
Case No.: 09-78585 (AST)

Dear Sir/Madam:

To all creditors and interested parties, please take notice that an adjournment of the final hearing on the Debtors' motion for authority for use of cash collateral and to enter into a DIP financing agreement with the National Bank of Pakistan dated November 13, 2009 (Docket no. 12) and all related objections has been adjourned from January 27, 2010 at 3:00 p.m. to February 24, 2010 at 2:00 p.m.

Should you have any questions, please feel free to contact the undersigned. Thank you for your courtesies and cooperation.

Very truly yours,

C. Nathan Dee

CND/cnd
Enclosure

*Founded 1850*