**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Plaintiff
132 Nassau Street, Suite 900
New York, New York 10038
(212) 233-9385
JJ-8110

**Counsel for Arthur J. Weis**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL CONTAINER LINES LTD., et al., | Case No.: 09-78585 (AST) |
| Debtors. | Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Friedman, James & Buchsbaum LLP hereby appears in the above-captioned cases (the "Cases"), as counsel for Arthur J. Weis ("Weis"), creditor of the above-captioned debtors and debtors-in-possession (the "Debtors"), and enters its appearance pursuant to section 1109(b) of the Bankruptcy Code, and requests pursuant to Bankruptcy Rules 2002, 9007 and 9010(b) that all notices given or required to be given in these Cases and all papers served or required to be served in these Cases be given to and served upon the undersigned at the following address, telephone number, and e-mail addresses:

> John P. James, Esq.
> **FRIEDMAN, JAMES & BUCHSBAUM LLP**
> 132 Nassau Street, Suite 900
> New York, NY 10038
> Tel: (212) 233-9385
> Fax: (212) 619-2340
> E-mail: jjames@friedmanjames.com

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile transmission, e-mail or otherwise, which affect the Debtors or property of the Debtors.

This Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of Weis's right (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases, (3) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, reclamations, actions, setoffs, or recoupments to which Weis is or may be entitled, in law or in equity, all of which rights, claims, reclamations, actions, defenses, setoffs and recoupments Weis expressly reserves.

Dated: New York, New York
January 26, 2010

Respectfully submitted,

**FRIEDMAN, JAMES & BUCHSBAUM LLP**
Attorneys for Arthur J. Weis

By: *[signature]*
John P. James (JJ-8110)
132 Nassau Street, Suite 900
New York, New York 10038
(212) 233-9385
jjames@friedmanjames.com