UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------x

In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos. 09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)

                        Debtors.

-------------------------------------------------------x

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

     CYNTHIA ROBLES, being duly sworn, deposes and says:

     That she is over the age of 21 years, resides in Massapequa Park, New York and is not a party to this action.

     That on the dates listed below she served the Notice of Deadline Requiring Filing of Proofs of Claim on or before March 12, 2010 with attached Exhibits to same, via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Served on February 9, 2010

Akbar Traders LLC
PO Box 13589
Deira, Dubai, UAE
118-36 Al Burj Street
Sabka Area, Shop #4

Served on February 11, 2010

Jebel Ali Free Zone-South
PO Box 263 007
Dubai, UAE

Trans Ethiopia PLC
PO Box 9280
Addis Ababa
Ethiopia

Un Global Business
93, Motijheel C/A (4th Floor)
Dhaka-1000, Bangladesh

Gulf Marine Limited
The Hong Kong & Shanghai
Banking Corp.
Jebel Ali, Dubai, UAE

Tous Travaus Sous Marins
Societe Naonyme avec
Adminstrateur General
Au Capital de 62 000 000

Bombay Boring Works Private Limited
J. Karia Industrial Estate, Ground Floor
Kwshavrae Khadey Marg
Musa Killedar Street
Jacob Circle Mumbai, 400 01
Maharashtra, India

Goltens India, Ltd. (India Branch)
415-417 Crystal Paradise
Off Veera Desaid Road
Andheri (West)
Mumbai 400 053
India

Galbraith's Ltd.
124-126 Borough High Street
London, Se 11 BL
U.K.

       That being the address(es) designated on the latest papers served by them in this action.

CYNTHIA ROBLES

Sworn to before me this
12th day of February, 2010.

Notary Public

BONNIE L. POLLACK
NOTARY PUBLIC, State of New York
No. 4962169
Qualified in Nassau County
Commission Expires March 13, 2010

3