UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,        Case Nos.  09-78585 (AST)
                                                       09-78584 (AST)
                                                       09-78589 (AST)
                                                       09-78586 (AST)
                                                       09-78587 (AST)
                                                       09-78588 (AST)
                                                       09-78590 (AST)
                    Debtors.
---------------------------------------------------------x  (Jointly Administered)

**ORDER TO SHOW CAUSE SCHEDULING ~~REQUESTING~~ AN EMERGENCY HEARING ON MOTION (I) APPROVING AUCTION SALE OF PROPERTY; (II) APPROVING RETENTION OF BROKERFOR THE PURPOSE OF CONDUCTING THE AUCTION SALE;(III) APPROVING SALE PROCEDURES; AND (IV) GRANTING RELATED RELIEF**

Upon the Motion (the "Sale Motion") dated February 22, 2010, of Global Container Lines, Ltd., et al., debtors and debtors-in-possession herein (the "Debtors") for an order: (i) approving the public sale of property; (ii) approving retention of a broker for the purpose of conducting the public sale; (iii) approving sale procedures; and (iv) granting related relief, and the affirmation of C. Nathan Dee, Esq also dated February 22, 2010, in support of the Motion and this Order ~~attached hereto as Exhibit 1~~, and upon the request in the Sale Motion for an emergency hearing on the relief requested in the Sale Motion, and after due deliberation and sufficient cause therefore, it is

**ORDERED**, that the Sale Motion will be heard on **March 10, 2010, at 9:30 a.m.**; and it is further

**ORDERED**, that by **February 24, 2010, at 5:00 p.m.** the Debtors must serve a copy of this Order, as well as a copy of the Sale Motion, by email or facsimile, upon the following parties:

- Office of the United States Trustee for the Eastern District of New York;

- Any party that has filed a request for service of pleadings with this Court;

- Any party against whom relief is sought;

- Any party asserting a lien upon any of Global Prosperity, LLC and Global Progress, LLC's respective assets; and

- Any Creditors Committee and its Counsel; and

by via first class mail on **February 24, 2010, at 5:00 p.m.** upon each of the Debtors' twenty largest unsecured creditors; and it is further

**ORDERED**, that objections, if any, to the relief requested in the Sale Motion shall (i) be in writing; (ii) set forth a factual and legal basis for the objection; (iii) comply with the Federal Rules of Bankruptcy Procedure; and (iv) be filed with the Court ~~(with one [1] copy to Chambers)~~ and be served upon counsel for the Debtors, Matthew G. Roseman, Esq., Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, not later than **March 8, 2010, at 5:00 p.m.**; and it is further

**ORDERED**, that Debtors shall also file a certificate of service with the Clerk of the United States Bankruptcy Court, Eastern District of New York, **March 8, 2010, at 5:00 p.m.**



Dated: February 23, 2010  
      Central Islip, New York

Alan S. Trust  
United States Bankruptcy Judge