CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)
Bonnie Pollack, Esq. (BP 3711)

Proposed Attorneys for Debtors and Debtors-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x  Chapter 11
In re:

|  | Case Nos. | 09-78585 (AST) |
|---|---|---|
| GLOBAL CONTAINER LINES LTD., et al., | | 09-78584 (AST) |
| | | 09-78589 (AST) |
| | | 09-78586 (AST) |
| | | 09-78587 (AST) |
| | | 09-78588 (AST) |
| | | 09-78590 (AST) |

         Debtors.
-----------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
         ) ss.:
COUNTY OF NASSAU )

  CYNTHIA ROBLES, being duly sworn, deposes and says:

  That she is over the age of 21 years, resides in Massapequa, New York and is not a party to this action.

  That on or before the 24th day of February, 2010, I served the Debtors Motion for an Order Approving Public Sale of Property; Approving Retention of Broker for the Purpose of Conducting the Public Sale; Approving Sale Procedures and Granting Related Relief with attached Exhibits (the "Sale Motion") via facsimile, email and/or regular mail on the following parties:

**Please see Attached Exhibit A.**

  That on or before the 24th day of February, 2010, I also served the Sale Motion via facsimile and/or electronic mail on the following parties:

**Please see Attached Exhibit B.**

**Exhibit A**

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126
Philadelphia, PA 19114

NYS Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany, New York 12205-5300

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Alba Petroleum
Tangana Road/Mbaraki Creek
PO Box 97155
Mombasa, Kenya

K Hashim
PO Box 5216
Sharjah, UAE

Fal Energy Co., Inc.
PO Box 6600 Sharjah
United Arab Emirates

Tile Marine
PO Box 33296
Dubai, UAE

Merrill Marine Services
7909 Big Bend Boulevard
Saint Louis, MO 63119

ABB Inc.
11600 Miramar Pkwy
Hollywood, FL 33025

American Diesel & Ship Repairs, Inc.
604 Time Save Avenue
New Orleans, LA 70123

CG International, Inc.
1958 Westfield Avenue
Scotch Plains, NJ 07076

Coleman Supply Company
989 Morrison Drive
PO Box 21818
Charleston, SC 29403

Crescent Towing & Salvage Co., Inc.
PO Box 2704
Savannah, GA 31401

Detyens
1670 Dryrock Avenue
Building 236
Suite 200
North Charleston, SC 29405

Dormac(Pty) Ltd.
1 Belfast Road
PO Box 12568
Burban, South Africa

Gulf and Continental
Bunker Fuels Co., Ltd.
PO Box 18068
Jebel Ali, Dubai
United Arab Emirates

IMS International Ltd.
2881 East Oakland Park Boulevard
Suite 215
Fort Lauderdale, Florida 33306

Interocean
Ecffelon Plaza
302 Harper Drive
Suite 200
Moorestown, NJ 08057

Kristensons-Petroleum Inc
128 Broad Street
2nd Floor
Red Bank, NJ 07701

Main Industries, Inc.
107 E. Street
Hampton, VA 23661

Man Diesel S.A.S.
Avenue de Catonay(port 7)
BP 427
44615 Saint-Nazaire Cedex
France

Precision Solutions
Incorporated
34 Village Street
Manchester, CT 06040-6532

Southern Elevator Company
130 O'Connor Street
PO Box 36006
Greensboro, NC 27416

Washington International
US Customs Ins. Company
1200 Arlington Heights Rd
Suite 400
Itasca, IL 60143

Westfalia Separator Inc.
PO Box 12042
Newark, NJ 07101

Worldwide Diesel Power
732 Parker Street
Jacksonville, FL 32202

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715

Comet Shipping Nigeria Lt
c/o Michael J Carcich, Esq.
Wall Street Plaza
88 Pine Street 7th Fl
New York, NY 10005

Dr. A. Alizadeh
100 Quentin Roosevelt Blv
Garden City, NY 11530

Groupe Eyssautier
c/o Budd S.A. Marseille
7 Rue Bailli De Suffren
13001 Marseille, France

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

Mercur International for
Development Co., Ltd.
Hameau de la Lanterne 2
B-7890 Wodecq/Belguim

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

Textainer Equipment Management (U.S.)
650 California Street
16th Floor
San Francisco, CA 94108

Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577

TSG Technical Services
2215 M Street Northwest
Washington, DC 20037

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

Al Mubarak Shipping LLC
PO Box 722
Dubai, UAE

ISB Internat'l Shipping
Bureau
PO Box 14751
Dubai, UAE

Middle East Express
PO Box 622
Sharjah, UAE

Noble Denton
PO Box 12541
Dubai, UAE

Citibank
Business Bank Loan Ops
100 Citibank Drive
San Antonio, TX 48029

Griffin Partner Travel AS
Fr. Nansens plass 8
Oslo 0160 Norway

Shipnet
53 Water Street
Norwalk, CT 06854

| | |
|---|---|
| State Board of Equalization<br>450 N Street, MIC:48<br>PO Box 942879<br>Sacramento, CA 94279 | DeWitt Stern Imperatore, Ltd.<br>Harborside Financial Ctr.<br>Plaza Five<br>Suite 1510<br>Jersey City, NJ 07311-4097 |
| Spedag East Africa, ltd.<br>Kriegackerstasse 91<br>Muttenz<br>4002 Basel Switzerland | Bruce Weiner, Esq.<br>Rosenberg, Musso & Weiner, LLP<br>26 Court Street<br>Suite 2211<br>Brooklyn, New York 11242 |
| Paul A. Levine, Esq.<br>Lemery Greisler LLC<br>50 Beaver Street<br>Albany, New York 12207 | J. Stephen Simms<br>Simms Showers LLP<br>20 S. Charles Street<br>Suite 702<br>Baltimore, Maryland 21201 |
| Watson Farley & Williams LLP<br>Attn: Alfred E. Yudes, Jr.<br>1133 Avenue of Americas<br>11th Floor<br>New York, New York 10036 | Vedder Price, P.C.<br>Attn: Michael L. Schein, Esq.<br>1633 Broadway<br>47th Floor<br>New York, New York 10019 |
| Akin Gump Strauss Hauer & Feld LLP<br>Attn: Lisa G. Beckerman, Esq.<br>Heidi T. Liss, Esq.<br>One Bryant Park<br>New York, New York 10036 | Samuel C. Coluzzi, Esq.<br>Nicoletti Hornig & Sweeney<br>Wall Street Plaza<br>88 Pine Street<br>7th Floor<br>New York, NY 10005-1801 |
| Michael J Carcich, Esq.<br>Nicoletti Hornig & Sweeney<br>Wall Street Plaza<br>88 Pine Street<br>7th Floor<br>New York, NY 10005-1801 | Adam P. Wofse, Esq.<br>LaMonica Herbst & Maniscalco, LLP<br>3305 Jerusalem Avenue<br>Wantagh, NY 11793 |
| United States Attorney's Office<br>Eastern District of New York<br>Attention: Long Island Bankruptcy Processing<br>610 Federal Plaza<br>5th Floor<br>Central Islip, NY 11722 | John P. James, Esq.<br>Friedman, James & Buchsbaum LLP<br>132 Nassau Street<br>Suite 900<br>New York, New York 10038 |

Oscar E. Sanchez, Esq.  
Oscar Sanchez and Associates, P.A.  
701 Brickell Key Boulevard  
Suite CU-1  
Miami, Florida 33131-2675  

Gilbert B. Weisman, Esq.  
Becket & Lee, LLP  
POB 3001  
Malverne, PA 19355-0701  

Crew Wages  
African Liner Agencies  
Mambasa

# TOP TWENTY SERVICE LIST

**Global Container Lines**

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715

Comet Shipping Nigeria Lt
c/o Michael J Carcich, Esq.
Wall Street Plaza
88 Pine Street 7th Fl
New York, NY 10005

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

Mercur International for
Development Co., Ltd.
Hameau de la Lanterne 2
B-7890 Wodecq/Belguim

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

Textainer Equipment Management (U.S.)
650 California Street
16th Floor
San Francisco, CA 94108

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07311-4097

Spedag East Africa, ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland

TSG Technical Services
2215 M Street Northwest
Washington, DC 20037

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

**Gilmore**

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07311-4097

ISB Internat'l Shipping
Bureau
PO Box 14751
Dubai, UAE

Middle East Express
PO Box 622
Sharjah, UAE

Noble Denton
PO Box 12541
Dubai, UAE

Saeed Marine
PO Box 50636
Dubai, UAE

Shipnet
53 Water Street
Norwalk, CT 06854

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

Union Central Life Ins.
1876 Wacross Road
Station 12
Cincinnati, OH 45240

**Redstone**

ABB Inc.
11600 Miramar Pkwy
Hollywood, FL 33025

CG International, Inc.
1958 Westfield Avenue
Scotch Plains, NJ 07076

Coleman Supply Company
989 Morrison Drive
PO Box 21818
Charleston, SC 29403

Crescent Towing & Salvage
Co., Inc.
PO Box 2704
Savannah, GA 31401

Detyens
1670 Dryrock Avenue
Building 236
Suite 200
North Charleston, SC 29405

Dormac(Pty) Ltd.
1 Belfast Road
PO Box 12568
Durban, South Africa

Gulf and Continental
Bunker Fuels Co., Ltd.
PO Box 18006
Jebel Ali, Dubai
United Arab Emirates

IMS International Ltd.
2881 East Oakland Park Boulevard
Suite 215
Fort Lauderdale, Florida 33306

Interocean
Ecffelon Plaza
302 Harper Drive
Suite 200
Moorestown, NJ 08057

Kristensons-Petroleum Inc
128 Broad Street
2nd Floor
Red Bank, NJ 07701

Main Industries, Inc.
107 E. Street
Hampton, VA 23661

Man Diesel S.A.S.
Avenue de Catonay(port 7)
BP 427
44615 Saint-Nazaire Cedex
France

Precision Solutions
Incorporated
PO Box 2021
Summerville, CT 29484

Southern Elevator Company
130 O'Connor Street
PO Box 36006
Greensboro, NC 27416

Washington International
US Customs Ins. Company
1200 Arlington Heights Rd
Suite 400
Itasca, IL 60143

Westfalia Separator Inc.
PO Box 12042
Newark, NJ 07101

Worldwide Diesel Power
732 Parker Street
Jacksonville, FL 32202

Marcontrel s.j.
Powstancow Wlkp. 39b
70-111 Szczecin
Polland

**GCL Shipping Corp.**

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07302

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

Merrill Marine Services
7909 Big Bend Boulevard
Saint Louis, MO 63119

National Bank of Pakistan
100 Wall Street
New York, New York 10005

**Shiptrade, Inc.**

Shipnet
53 Water Street
Norwalk, CT 06854

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

Union Central Life Ins.
1876 Wacross Road
Station 12
Cincinnati, OH 45240

**Global Prosperity**

**Exhibit B**

| Creditor | Method of Service | Date |
|---|---|---|
| Al Shabia Engineering<br>PO Box 22186<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Elcome International<br>PO Box 1788<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Environmental Systems<br>PO Box 5992<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Ericson & Richards<br>P.O. Box 40148<br>Sharjah | Electronic Mail | 2/24/10 |
| Fal Energy Co., Ltd.<br>PO Box 6600 Charjah<br>United Arab Emirates | Facsimile | 2/23/10 |
| Jotun Paints<br>PO Box 3671<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| K Hashim<br>PO Box 5216<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Global Care Marine<br>PO Box 63234<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Goltens<br>PO Box 2811<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Gulf Marine Limited<br>The Hong Kong & Shanghai<br>Banking Corp.<br>Jebel Ali, Dubai, UAE | Electronic Mail | 2/24/10 |

| | | |
|---|---|---|
| Gulf Oil Marine Limited<br>3 Lockhart Road<br>25th Floor<br>Wan Chai, Hong Kong | Electronic Mail | 2/24/10 |
| Gulf Rope & Plastic Prod.<br>PO Box 21422<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Saeed Marine<br>PO Box 31268<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Seastar Marine Engineering<br>PO Box 62241<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| MD Trade & Spares GMBH<br>AM Biptop 2<br>39171 Su-Izetal, Germany | Electronic Mail | 2/25/10 |
| Middle East Express<br>PO Box 622<br>Sharjah, UAE | Facsimile | 2/25/10 |
| Middle East Fuji Khimji's<br>Khimji Ramdas HO<br>Room 107<br>Box 19 PC 100<br>Port Sultan Qaboos<br>Muscat, Sutanate of Aman | Electronic Mail | 2/24/10 |
| Oasis Chemicals<br>PO Box 6974<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Viking Life Saving Equip<br>PO Box 13448<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Seven Seas Shipchandlers<br>PO Box 5592<br>Dubai, UAE | Facsimile | 2/26/10 |
| Sigma Paints<br>PO Box 52781<br>Dubai, UAE | Electronic Mail | 2/24/10 |

| | | |
|---|---|---|
| Areej Pharmacy<br>PO Box 11725<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Bureau VeritasSA<br>67/71 Boulevard<br>Du Chateau<br>France | Facsimile | 2/26/10 |
| Techno Marine<br>PO Box 24293<br>Sharjah, UAE | Facsimile | 2/25/10 |
| Total UAE LLC<br>PO Box 14871<br>Dubai, UAE | Regular Mail | 2/26/10 |
| Viking Enterprise Co.<br>1-9 Isogami-Dor 6-chome<br>Chou-Ku Kobe 651-0086<br>Kobe, Japan | Overnight Mail | 2/24/10 |
| Dhaka Engineering<br>PO Box 23598<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Dolphin Radiators<br>PO Box 1424<br>Sharjah, UAE | Electronic Mail | 2/27/10 |
| Alatas Singapore PTE<br>10 Toh Guan Road<br>#05-03 T.T. International<br>Tradepark, Singapore<br>608838 | Electronic Mail | 2/24/10 |
| Bombay Boring<br>J. karia Ind Estm Jacob<br>Circle Mumbai, India | Electronic Mail | 2/24/10 |
| Delta Marine Services Co.<br>7 Panama & Elgmhoria St.<br>Pt. Said Egypt<br>PO Box 75<br>Port Said, 42511 Egypt | Facsimile | 2/24/10 |
| Dream Marine<br>PO Box 232974<br>Dubai UAE | Electronic Mail | 2/24/10 |

| | | |
|---|---|---|
| Freudenberg Technische Ausrustung<br>Neuer Weg 62<br>D-25489 Haselau<br>Hohenhorst, Germany | Electronic Mail | 2/25/10 |
| Gulf Metal<br>PO Box 19848<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Jijibila<br>PO Box 19349<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Kobelco Eagle Marine<br>26 Pandan Loop<br>Singapore | Electronic Mail | 2/25/10 |
| Qais Marine Equipment<br>PO Box 31263<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Safety Marine<br>PO Box 40269<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Tile Marine LLC<br>PO box 33296<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Zenar Electronics<br>PO Box 389<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Abdul kader Kordoughli<br>PO Box 1897<br>Lattakia, Syria | Electronic Mail | 2/24/10 |
| Adam Marine<br>PO Box 22398<br>Sharjah, UAE | Electronic Mail | 2/24/10 |
| Al Moosawi Trading<br>PO Box 16275<br>Dubai, U.A.E. | Electronic Mail | 2/24/10 |

## **Exhibit C**

| **Creditor** | **Method of Service** | **Date** |
|---|---|---|
| A.M. Trading Company LLC<br>PO Box 6215<br>Dubai, UAE | Regular Mail | 2/26/10 |
| AIG Marine Svcs.<br>71 Toh Guan Road East<br>#03-03 TCH Techcentre<br>Singapore 608598 | Facsimile | 2/26/10 |
| AKA Trade Building Tools<br>PO Box 51248<br>Dubai, UAE | Electronic Mail | 2/25/10 |
| Dubai Fuel Supply<br>PO Box 8278<br>Dubai, UAE | Electronic Mail | 2/25/10 |
| Kenya Ports Authority<br>c/o African Liner Agency<br>Maritime House, MOI Ave.<br>PO Box 43181<br>Mombasa, Kenya | Regular Mail | 2/26/10 |
| PPG Industries LLC<br>PO Box 126215<br>Dubai, UAE | Facsimile | 2/25/10 |
| Pusan Trading Co., LLC<br>PO Box 40762<br>Dubai, UAE | Regular Mail | 2/26/10 |
| S&S Shipmanamgent<br>House 15 Roadmoul , Lane 3<br>Block L Halish<br>Chihajon, Bangladesh | Regular Mail | 2/26/10 |
| Alba Petroleum<br>Tangana Road/Mbaraki Creek<br>PO Box 97155<br>Mombasa, Kenya | Regular Mail | 2/26/10 |

| Name/Address | Method | Date |
|---|---|---|
| Ali Minhali Trading Co.<br>PO Box 22022<br>Jeddah 21495 KSA | Facsimile | 2/26/10 |
| Freudenberg Technische Ausrustung<br>Neuer Weg 62<br>D-25489 Haselau<br>Hohenhorst, Germany | Electronic Mail | 2/25/10 |
| Kobelco Eagle Marine<br>26 Pandan Loop<br>Singapore | Electronic Mail | 2/25/10 |
| Truebell Marketing & Trading LLC<br>PO Box 4146<br>Sharjah UAE | Electronic Mail | 2/25/10 |
| Dubai Fuel Supply<br>PO Box 8278<br>Dubai, UAE | Electronic Mail | 2/24/10 |
| Marcontrel s.j.<br>Powstancow Wlkp. 39b<br>70-111 Szczecin<br>Polland | Electronic Mail | 3/2/10 |
| Union Central Life Ins.<br>1876 Wacross Road<br>Station 12<br>Cincinnati, OH 45240 | Overnight Delivery | 3/2/10 |
| Alco Shipping<br>PO Box 19525<br>Sharjar, UAE | Electronic Mail | 3/2/10 |
| Seahook<br>Shop-1<br>Mazgoan Mumbai | Regular Mail | 2/26/10 |