## REMITTANCES FROM UNITED NATIONS
## FROM NOVEMBER 10,2009 THROUGH MARCH 03,2010

| Date | | Amount | Reference |
|---|---|---:|---|
| 18-Nov-09 | $ | 230,189.00 | CATERINA |
| 3-Dec-09 | $ | 411,678.90 | RFPS-1283 |
| 10-Dec-09 | $ | 521,561.44 | RFPS-1262 |
| 28-Dec-09 | $ | 449,983.95 | RFPS-1367 |
| 30-Dec-09 | $ | 973,750.59 | RFPS-1402 |
| 8-Jan-10 | $ | 242,340.00 | CATERINA |
| 8-Jan-10 | $ | 1,220,824.72 | RFPS-1402 |
| 21-Jan-10 | $ | 638,813.20 | RFPS-1406 |
| 28-Jan-10 | $ | 230,019.00 | CATERINA |
| 1-Feb-10 | $ | 1,180,964.74 | RFPS-1310 |
| 2-Feb-10 | $ | 64,592.55 | RFPS-1406 |
| 5-Feb-10 | $ | 5,800.00 | CATERINA |
| 11-Feb-10 | $ | 145,654.99 | RFPS-1402 |
| 12-Feb-10 | $ | 2,846,855.55 | RFPS-1401 |
| 23-Feb-10 | $ | 227,920.00 | CATERINA |
| **TOTAL** | **$** | **9,390,948.63** | |