## United Nations - Account Status As of March 3, 2010

| UN Ref. | Vessel | Voy. | Amount Due | | Comments |
|---|---|---|---|---|---|
| 1210 | Atiu | 8415 | 194,259.13 | | Awaiting payment - Documentation completed |
| 1245 | Onega Explorer | 8416 | 477,754.88 | | Awaiting payment - Documentation completed |
| 1262 | Global Provider | 8419 | 65,756.56 | | Awaiting PO Amendment - Documentation completed |
| 1816 | MSC Maeva | 8412 | 70,000.00 | | Awaiting payment - Documentation completed |
| 1816 | MC Rita | 8413 | 100,000.00 | | Awaiting payment - Documentation completed |
| 1320 | Global Prosperity | 9406 | 391,843.22 | | Awaiting payment - Documentation completed |
| 1401 | Sloman Trader | 9412 | 783,645.96 | | Awaiting payment - Documentation completed |
| | | | | 2,083,259.75 | |
| 1402 | Global Progress | 9410 | 319,888.94 | | Under delivery inland |
| 1406 | Global Progress | 9411 | 97,771.69 | | Under delivery inland |
| | | | | 417,660.63 | |
| 1252 | Global Patriot | 8418 | 733,791.35 | | Wrongful deduction |
| 1310 | Ulusoy 6 | 9405 | 309,952.06 | | Disputed - Awaiting payment |
| | | | | 1,043,743.41 | |
| | | Total | 3,544,663.79 | 3,544,663.79 | |

## UNMIL - Account Status as of March 3, 2010

| UN Ref. | Vessel | Amount Due | Comments |
|---|---|---|---|
| PD/C0086/04 | Caterina | 214,721.00 | Awaiting payment - Documentation completed |
| PD/C0086/04 | Caterina | 71,226.64 | Disputed |
| | | 285,947.64 | |