UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x   Chapter 11
In re:

                                          Case Nos.  09-78585 (AST)
GLOBAL CONTAINER LINES LTD., et al.,                 09-78584 (AST)
                                                     09-78589 (AST)
                                                     09-78586 (AST)
                                                     09-78587 (AST)
                                                     09-78588 (AST)
                                                     09-78590 (AST)

                          Debtors.
------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

        JANET S. UMPHRED, being duly sworn, deposes and says:

        That she is over the age of 21 years, resides in Bay Shore, New York and is not a party to this
action.

        That on the 9th day of March, 2010, I served the **Amended Order Scheduling Emergency
Hearing on Motion (I) Approving Auction Sale of Property; (II) Approving Retention of Broker for
the Purpose of Conducting the Auction Sale; (III) Approving Sale Procedures; and (IV) Granting
Related Relief** via regular mail on the following parties:

                          **PLEASE SEE ATTACHED EXHIBIT A.**

        That on the 9th day of March, 2010, I also served the **Amended Order Scheduling Emergency
Hearing on Motion (I) Approving Auction Sale of Property; (II) Approving Retention of Broker for
the Purpose of Conducting the Auction Sale; (III) Approving Sale Procedures; and (IV) Granting
Related Relief** via facsimile and C. Nathan Dee, Esq. served same via electronic mail on the following
parties:

                          **PLEASE SEE ATTACHED EXHIBIT B.**

                                          _Janet S Umphred_
                                          JANET S. UMPHRED

Sworn to before me this
15th day of March, 2010

_Danielle Zerla_
Notary Public

                          **DANIELLE ZERLA**
                          Notary Public, State of New York
                          No. 01ZE6030241
                          Qualified in Nassau County
                          Commission Expires September 7, 20 _13_

**EXHIBIT A**

**Global Container Lines**


Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715


Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207


SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103


Textainer Equipment Management (U.S.)
650 California Street
16th Floor
San Francisco, CA 94108


DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07311-4097


TSG Technical Services
2215 M Street Northwest
Washington, DC 20037


Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902


Comet Shipping Nigeria Lt
c/o Michael J Carcich, Esq.
Wall Street Plaza
88 Pine Street 7th Fl
New York, NY 10005


Mercur International for
Development Co., Ltd.
Hameau de la Lanterne 2
B-7890 Wodecq/Belguim


Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania


TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577


Spedag East Africa, ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland


United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272


**Gilmore**

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07311-4097


ISB Internat'l Shipping
Bureau
PO Box 14751
Dubai, UAE

Middle East Express
PO Box 622
Sharjah, UAE


Noble Denton
PO Box 12541
Dubai, UAE

Saeed Marine
PO Box 50636
Dubai, UAE


Shipnet
53 Water Street
Norwalk, CT 06854

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279


Union Central Life Ins.
1876 Wacross Road
Station 12
Cincinnati, OH 45240


**Redstone**

ABB Inc.
11600 Miramar Pkwy
Hollywood, FL 33025

CG International, Inc.
1958 Westfield Avenue
Scotch Plains, NJ 07076

Coleman Supply Company
989 Morrison Drive
PO Box 21818
Charleston, SC 29403

Crescent Towing & Salvage
Co., Inc.
PO Box 2704
Savannah, GA 31401

Detyens
1670 Dryrock Avenue
Building 236
Suite 200
North Charleston, SC 29405

Dormac(Pty) Ltd.
1 Belfast Road
PO Box 12568
Durban, South Africa

Gulf and Continental
Bunker Fuels Co., Ltd.
PO Box 18006
Jebel Ali, Dubai
United Arab Emirates

IMS International Ltd.
2881 East Oakland Park Boulevard
Suite 215
Fort Lauderdale, Florida 33306

Interocean
Ecffelon Plaza
302 Harper Drive
Suite 200
Moorestown, NJ 08057

Kristensons-Petroleum Inc
128 Broad Street
2nd Floor
Red Bank, NJ 07701

Main Industries, Inc.
107 E. Street
Hampton, VA 23661

Man Diesel S.A.S.
Avenue de Catonay(port 7)
BP 427
44615 Saint-Nazaire Cedex
France

Precision Solutions
Incorporated
PO Box 2021
Summerville, CT 29484

Southern Elevator Company
130 O'Connor Street
PO Box 36006
Greensboro, NC 27416

Washington International
US Customs Ins. Company
1200 Arlington Heights Rd
Suite 400
Itasca, IL 60143

Westfalia Separator Inc.
PO Box 12042
Newark, NJ 07101

Worldwide Diesel Power
732 Parker Street
Jacksonville, FL 32202

Marcontrel s.j.
Powstancow Wlkp. 39b
70-111 Szczecin
Polland

**GCL Shipping Corp.**

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07302

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

Merrill Marine Services
7909 Big Bend Boulevard
Saint Louis, MO 63119

National Bank of Pakistan
100 Wall Street
New York, New York 10005

**Shiptrade, Inc.**

Shipnet
53 Water Street
Norwalk, CT 06854

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

Union Central Life Ins.
1876 Wacross Road
Station 12
Cincinnati, OH 45240

**Global Prosperity**

| | |
|---|---|
| Delta Marine Services Co.<br>7 Panama & Elgmhoria St.<br>Pt. Said Egypt<br>PO Box 75<br>Port Said, 42511 Egypt | Saeed Marine<br>Equipment Est.<br>PO Box 50636<br>Dubai, UAE |
| | **Global Progress** |
| AIG Marine Svcs. PTE Ltd.<br>71, Toh Guan Road East<br>#03-03 TCH Techcentre<br>Singapore 608598 | AL Shabia Engineering<br>P.O. Box 22186<br>Sharjah, UAE |
| Bureau Veritassa<br>67/71 Boulevard<br>Du Chateau<br>France | Dhaka Engineering<br>P.O. Box 23598<br>Sharjah, UAE |
| Elcome International<br>PO Box 1788<br>Dubai, UAE | Environmental Systems<br>PO Box 5992<br>Sharjah, UAE |
| Goltens<br>PO Box 28711<br>Dubai, UAE | Gulf Oil Marine Limited<br>25th Floor<br>3 Lockhart Road<br>Wan Chai Hong Kong |
| Hormozi Supermarket<br>PO Box 6868<br>Dubai, UAE | Jotun Paints<br>PO Box 3671<br>Dubai, UAE |

PPG Industries (UAE) LLC
PO Box 126215
Dubai, UAE

Pusan Trading Co. LLC
PO Box 40762
Dubai, UAE

Saeed Marine
PO Box 31268
Dubai, UAE

Seastar Marine
Engineering
PO Box 62241
Dubai, UAE

Techno Marine
PO Box 24293
Sharjah, UAE

Sigma Paints
PO Box 52781
Dubai, UAE

Viking Life Saving Equip
PO Box 13448
Dubai, UAE

Oasis Chemicals
PO Box 157810
Sharjah, UAE

Tile Marine
PO Box 33296
Dubai, UAE

National Bank of Pakistan
100 Wall Street
NY, NY 10005

# EXHIBIT B

| Creditor | Method of Service |
|---|---|
| KOBELCO EAGLE MARINE | FACSIMILE |
| VIKING ENTERPRISE CO. | FACSIMILE |
| AKA TRADE | FACSIMILE |
| ALCO SHIPPING SERVICES | FACSIMILE |
| S&S SHIPMANAGEMENT | FACSIMILE |
| STAN YANG, US TRUSTEE | FACSIMILE |
| MICHAEL L. SCHEIN, ESQ. | FACSIMILE |
| PAUL LEVINE, ESQ. | FACSIMILE |
| J. STEPHEN SIMMS, ESQ. | FACSIMILE |
| ALFRED E. YUDES, ESQ | FACSIMILE |
| ADAM P. WOFSE, ESQ. | FACSIMILE |
| LISA G. BECKERMAN, ESQ. | FACSIMILE |
| SAMUEL C. COLUZZI, ESQ. | FACSIMILE |
| JOHN P. JAMES, ESQ. | FACSIMILE |
| MIDDLE EAST EXPRESS | FACSIMILE |
| DEWITT STERN | FACSIMILE |
| TILE MARINE | FACSIMILE; ELECTRONIC MAIL |
| MICHAEL CARCICH | FACSIMILE |
| FAL ENERGY CO., INC. | FACSIMILE |
| GILBERT B. WEISMAN, ESQ. | FACSIMILE |
| BRUCE WEINER, ESQ. | FACSIMILE |

Elcome International
PO Box 1788
Dubai UAE

Environmental Systems
PO Box 5992
Sharjah UAE

Marcontrel s.j.
Powstancow Wlkp 39b
70-111 Szczecin
Poland

Viking Life Saving Equip
PO Box 13448
Dubai UAE

K Hashim
PO Box 5216
Sharjah UAE

AKA Trade
PO Box 51248
Dubai UAE

Fal Energy Co., Inc.
PO Box 6600 Charjah
United Arab Emirates

Freudenberg Technische
Ausrustung
Neuer Weg 62
D-25489 Haselau
Hohenhorst, Germany

Hormozi Supermarket
PO Box 6868
Dubai UAE

Kobelco Eagle Marine
26 Pandan Loop
Singapore

Sea Hook
Shop-1
Mazgoan Mumbai

Trubell Marketing & Trading LLC
PO Box 4146
Sharjah UAE

A.M. Trading Company LLC
PO Box 6215
Dubai UAE

Dubai Fuel Supply
PO Box 8278
Dubai UAE

Kenya Ports Authority
c/o African Liner Agencie
Maritime House, MOI Ave.
PO Box 43181
Mombasa, Kenya

S&S Shipmanagement
House 15 Roadmoul, Lane
Block L Halish
Chihajon, Bangladesh

EXHIBIT B

MD Trade & Spares GMBH                      Seven Sea ShipChandlers
AM Biptop 2                                 PO Box 5592
39171 Su-Izetal, Germany                    Dubai, UAE


Total UAE LLC
PO Box 14871
Dubai, UAE

## Dee, Nathan

| | |
|---|---|
| **From:** | Dee, Nathan |
| **Sent:** | Tuesday, March 09, 2010 10:05 AM |
| **To:** | 'AYudes@wfw.com'; 'Richard_B_Saulsbery@KeyBank.com'; 'Andrew.Turscak@thompsonhine.com'; 'jssimms@simmsshowers.com'; 'dhakaeng@emirates.net.ae'; 'esisys@emirates.net.ae'; 'info@elcome.ae'; 'dubai@goltens.com'; 'DBA_CDU@bureauveritas.com'; 'invoice.hk@gulf-marine.com'; 'mcgold@computer.net';             ; 'john.poulson@nobledenton.com'; 'info@remotereporting.com'; 'csd@joundxb.ae'; 'oasischm@emirates.net.ae'; 'info@sigmapaints.com'; 'tileship@emirates.net.ae'; 'accounts@isb.ae';           '; 'smee@emirates.net.ae'; 'ndadubai@emirates.net.ae'; 'hliss@akingump.com'; 'info@cometshipping.com'; '          'al_gennarelli@talinternational.com'; 'aaron.baines@shipnet.no'; 'viking-uae@viking-life.com';               e'; 'abudhabi@ameraon-bv.com'; 'mulugetasolomon@yahoo.com'; 't           'jijibla@emirates.net.ae'; 'wasim@dubaifuel.net';    'wasim@dubaifuel.net'; 'wasim@dubaifuel.net'; 'dhakaeng@emirates.net.ae'; 'akbartraders@eim.ae'; 'legal@alatas.com'; 'murali.k@sevenseasgroup.com'; 'mohd.akhtar@trinitygroup.ae'; 'dhakaeng@emirates.net.ae'; 'esisys@emirates.net.ae'; 'info@elcome.ae'; 'dubai@goltens.com'; 'DBA_CDU@bureauveritas.com'; 'invoice.hk@gulf-marine.com'; 'mcgold@computer.net'; '           e'; 'tileship@emirates.net.ae'; 'accounts@isb.ae'; 'n.        smee@emirates.net.ae'; 'ndadubai@emirates.net.ae'; 'viking-uae@viking-life.com'; '    'abudhabi@ameraon-bv.com'; 'h                r; 'jijibla@emirates.net.ae'; 'wasim@dubaifuel.net'; '      'dhakaeng@emirates.net.ae'; 'akbartraders@eim.ae'; 'legal@alatas.com'; 'dreamshp@eim.ae';      'legal@alatas.com'; 'qaiseqpt@emirates.net.ae'; 'jijibla@emirates.net.ae' |
| **Subject:** | Global Container Lines, LTD |
| **Attachments:** | amended order scheduling emergency hearing.pdf |

Please find enclosed a copy of the amended order scheduling an emergency hearing on the debtors' motion to approval the public sale of certain property and for related relief. Pursuant to the amended order, the court has scheduled a hearing on the motion on March 24, 2010 at 4:00 p.m. (U.S. Eastern Time). Any objections to the proposed motion must be filed by March 19, 2010 at 5:00 p.m. (U.S. Eastern Time).

C. Nathan Dee, Esq.
Partner
**Cullen and Dykman, LLP**
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Phone No.: 516-357-3817
Fax No.: 516-357-2575
ndee@cullenanddykman.com

**Dee, Nathan**

| | |
|---|---|
| **From:** | Dee, Nathan |
| **Sent:** | Tuesday, March 09, 2010 12:42 PM |
| **To:** | 'hawkins@kobelco-eagle.com'; 'bbwmarine@hathway.com'; 'viking-uae@viking-life.com' |
| **Attachments:** | amended order scheduling emergency hearing.pdf |

Please find enclosed a copy of the amended order scheduling an emergency hearing on the debtors' motion to approval the public sale of certain property and for related relief. Pursuant to the amended order, the court has scheduled a hearing on the motion on March 24, 2010 at 4:00 p.m. (U.S. Eastern Time). Any objections to the proposed motion must be filed by March 19, 2010 at 5:00 p.m. (U.S. Eastern Time).

C. Nathan Dee, Esq.
Partner
***Cullen and Dykman, LLP***
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Phone No.: 516-357-3817
Fax No.: 516-357-2575
ndee@cullenanddykman.com

**Dee, Nathan**

| | |
|---|---|
| **From:** | Dee, Nathan |
| **Sent:** | Tuesday, March 09, 2010 12:44 PM |
| **To:** | 'akatrade@emirates.net.ae' |
| **Subject:** | Global Container Lines, LTD |
| **Attachments:** | amended order scheduling emergency hearing.pdf |

Please find enclosed a copy of the amended order scheduling an emergency hearing on the debtors' motion to approval the public sale of certain property and for related relief. Pursuant to the amended order, the court has scheduled a hearing on the motion on March 24, 2010 at 4:00 p.m. (U.S. Eastern Time). Any objections to the proposed motion must be filed by March 19, 2010 at 5:00 p.m. (U.S. Eastern Time).

C. Nathan Dee, Esq.
Partner
***Cullen and Dykman, LLP***
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Phone No.: 516-357-3817
Fax No.: 516-357-2575
ndee@cullenanddykman.com

3/15/2010

**Dee, Nathan**

| | |
|---|---|
| **From:** | Dee, Nathan |
| **Sent:** | Tuesday, March 09, 2010 12:50 PM |
| **To:** | 'mail@md-trade.de' |
| **Attachments:** | amended order scheduling emergency hearing.pdf |

Please find enclosed a copy of the amended order scheduling an emergency hearing on the debtors' motion to approval the public sale of certain property and for related relief. Pursuant to the amended order, the court has scheduled a hearing on the motion on March 24, 2010 at 4:00 p.m. (U.S. Eastern Time). Any objections to the proposed motion must be filed by March 19, 2010 at 5:00 p.m. (U.S. Eastern Time).

C. Nathan Dee, Esq.
Partner
***Cullen and Dykman, LLP***
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Phone No.: 516-357-3817
Fax No.: 516-357-2575
ndee@cullenanddykman.com

3/15/2010

# Dee, Nathan

| | |
|---|---|
| **From:** | Dee, Nathan |
| **Sent:** | Tuesday, March 09, 2010 12:56 PM |
| **To:** | 'dxbfuel@emirates.net.ae' |
| **Subject:** | Global Container Lines, LTD |
| **Attachments:** | amended order scheduling emergency hearing.pdf |

Please find enclosed a copy of the amended order scheduling an emergency hearing on the debtors' motion to approval the public sale of certain property and for related relief.  Pursuant to the amended order, the court has scheduled a hearing on the motion on March 24, 2010 at 4:00 p.m. (U.S. Eastern Time).  Any objections to the proposed motion must be filed by March 19, 2010 at 5:00 p.m. (U.S. Eastern Time).

C. Nathan Dee, Esq.
Partner
*Cullen and Dykman, LLP*
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Phone No.: 516-357-3817
Fax No.: 516-357-2575
ndee@cullenanddykman.com

```
                   ********************************
                   ***    MULTI TX/RX REPORT    ***
                   ********************************
   TX/RX NO              4554
   PGS.                    4
   TX/RX INCOMPLETE      (1)    01125441495316
   TRANSACTION OK        (2)    12122203780
   ERROR INFORMATION     -----
```



# CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

## FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:   MARCH 9, 2010

TO:
STAN YANG, US TRUSTEE
MICHAEL L. SCHEIN, ESQ.
PAUL LEVINE, ESQ.
J. STEPHEN SIMMS, ESQ.
ALFRED E. YUDES, ESQ
ADAM P. WOFSE, ESQ.
LISA G. BECKERMAN, ESQ.
SAMUEL C. COLUZZI, ESQ.
JOHN P. JAMES, ESQ.
MIDDLE EAST EXPRESS
DEWITT STERN
TILE MARINE
ALBA PETROLEUM
MICHAEL CARCICH
FAL ENERGY CO., INC.
GILBERT B. WEISMAN, ESQ.
BRUCE WEINER, ESQ

FAX NUMBER:
631-715-7777
212-407-7799
518-433-8823
410-510-1789
212-922-1512
516-826-0222
212-872-1002
212-220-3780
212-619-2340
630-860-3533
201-915-0133
714-324-2823
011 254 41 495 316
212-220-3780
011 971 6 528 1437
610-993-8493
718-625-1966

RE:   GLOBAL CONTAINER LINES . ET AL

INDEX NUMBER:   09-78585

FROM:   C. NATHAN DEE, ESQ.

DIRECT DIAL:   (516) 357-3817

ORIGINAL DOCUMENTS WILL ☒     WILL NOT ☐   FOLLOW BY MAIL
Please find enclosed the Courts Amended Order dated March 9, 2010  rescheduling the Hearing Date on the Sale Motion
If you do not receive all of the pages, please contact the sender at the above number.

—



    MODE = MEMORY TRANSMISSION          START=MAR-09 12:13      END=MAR-09 12:19

      FILE NO.=012

| STN NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | 634 | ☎ | 01125441495316 | 000/004 | 00:00:00 |

                                                    -CULLEN AND DYKMAN LLP    -

    ***************************** -            - ***** -    516 357 3792- **********

# CULLENandDYKMANLLP

**100 QUENTIN ROOSEVELT BOULEVARD**
**GARDEN CITY, NEW YORK 11530-4850**
**TELEPHONE: 516-357-3700 ● FAX: 516-296-9155**

## FACSIMILE COVER SHEET

**NUMBER OF PAGES INCLUDING THIS PAGE__3__**

**DATE:** MARCH 9, 2010

**TO:**

| | FAX NUMBER: |
|---|---|
| STAN YANG, US TRUSTEE | 631-715-7777 |
| MICHAEL L. SCHEIN, ESQ. | 212-407-7799 |
| PAUL LEVINE, ESQ. | 518-433-8823 |
| J. STEPHEN SIMMS, ESQ. | 410-510-1789 |
| ALFRED E. YUDES, ESQ | 212-922-1512 |
| ADAM P. WOFSE, ESQ. | 516-826-0222 |
| LISA G. BECKERMAN, ESQ. | 212-872-1002 |
| SAMUEL C. COLUZZI, ESQ. | 212-220-3780 |
| JOHN P. JAMES, ESQ. | 212-619-2340 |
| MIDDLE EAST EXPRESS | 630-860-3533 |
| DEWITT STERN | 201-915-0133 |
| TILE MARINE | 714-324-2823 |
| ALBA PETROLEUM | 011 254 41 495 316 |
| MICHAEL CARCICH | 212-220-3780 |
| FAL ENERGY CO., INC. | 011 971 6 528 1437 |
| GILBERT B. WEISMAN, ESQ. | 610-993-8493 |
| BRUCE WEINER, ESQ | 718-625-1966 |

**RE:** GLOBAL CONTAINER LINES . ET AL    **INDEX NUMBER:**    09-78585

**FROM:** C. NATHAN DEE, ESQ.    **DIRECT DIAL:**    (516) 357-3817

**ORIGINAL DOCUMENTS WILL** ☒    **WILL NOT** ☐    **FOLLOW BY MAIL**
Please find enclosed the Courts Amended Order dated March 9, 2010 rescheduling the Hearing Date on the Sale Motion
If you do not receive all of the pages, please contact the sender at the above number.

**Important:** THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATIONS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.

| BROOKLYN | LONG ISLAND | FOUNDED 1850 | WASHINGTON, D.C. | NEW JERSEY |
|---|---|---|---|---|

```
                    ****************************
                    ***   ERROR TX REPORT   ***
                    ****************************

        TX FUNCTION WAS NOT COMPLETED

        TX/RX NO                  .    4560
        CONNECTION TEL                 01125441495316
        SUBADDRESS
        CONNECTION ID
        ST. TIME                  03/09 13:33
        USAGE T                   00'00
        PGS. SENT                 0
        RESULT                    NG        #018  BUSY/NO SIGNAL
```



# CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

## FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:     MARCH 9, 2010

TO:       STAN YANG, US TRUSTEE                FAX NUMBER:    631-715-7777
          MICHAEL L. SCHEIN, ESQ.                             212-407-7799
          PAUL LEVINE, ESQ.                                   518-433-8823
          J. STEPHEN SIMMS, ESQ.                              410-510-1789
          ALFRED E. YUDES, ESQ                                212-922-1512
          ADAM P. WOFSE, ESQ.                                 516-826-0222
          LISA G. BECKERMAN, ESQ.                             212-872-1002
          SAMUEL C. COLUZZI, ESQ.                             212-220-3780
          JOHN P. JAMES, ESQ.                                 212-619-2340
          MIDDLE EAST EXPRESS                                 630-860-3533
          DEWITT STERN                                        201-915-0133
          TILE MARINE                                         714-324-2823
          ALBA PETROLEUM                                      011 254 41 495 316
          MICHAEL CARCICH                                     212-220-3780
          FAL ENERGY CO., INC.                                011 971 6 528 1437
          GILBERT B. WEISMAN, ESQ.                            610-993-8493
          BRUCE WEINER, ESQ                                   718-625-1966

RE:       GLOBAL CONTAINER LINES . ET AL        INDEX          09-78585
                                                NUMBER:

FROM:     C. NATHAN DEE, ESQ.                   DIRECT DIAL:   (516) 357-3817

```
           *******************************
           ***   MULTI TX/RX REPORT   ***
           *******************************

TX/RX NO          4553
PGS.              4
TX/RX INCOMPLETE  (2)   17143242823
TRANSACTION OK    (1)   12019150133
ERROR INFORMATION       -----
```



## CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:   MARCH 9, 2010

TO:

| | FAX NUMBER: | |
|---|---|---|
| STAN YANG, US TRUSTEE | 631-715-7777 |
| MICHAEL L. SCHEIN, ESQ. | 212-407-7799 |
| PAUL LEVINE, ESQ. | 518-433-8823 |
| J. STEPHEN SIMMS, ESQ. | 410-510-1789 |
| ALFRED E. YUDES, ESQ | 212-922-1512 |
| ADAM P. WOFSE, ESQ. | 516-826-0222 |
| LISA G. BECKERMAN, ESQ. | 212-872-1002 |
| SAMUEL C. COLUZZI, ESQ. | 212-220-3780 |
| JOHN P. JAMES, ESQ. | 212-619-2340 |
| MIDDLE EAST EXPRESS | 630-860-3533 |
| DEWITT STERN | 201-915-0133 |
| TILE MARINE | 714-324-2823 |
| ALBA PETROLEUM | 011 254 41 495 316 |
| MICHAEL CARCICH | 212-220-3780 |
| FAL ENERGY CO., INC. | 011 971 6 528 1437 |
| GILBERT B. WEISMAN, ESQ. | 610-993-8493 |
| BRUCE WEINER, ESQ | 718-625-1966 |

RE:   GLOBAL CONTAINER LINES . ET AL

INDEX NUMBER:   09-78585

FROM:   C. NATHAN DEE, ESQ.

DIRECT DIAL:   (516) 357-3817

ORIGINAL DOCUMENTS WILL ☒    WILL NOT ☐  FOLLOW BY MAIL
Please find enclosed the Courts Amended Order dated March 9, 2010 rescheduling the Hearing Date on the Sale Motion
**If you do not receive all of the pages, please contact the sender at the above number.**

```
                    *****************************
                    ***   ERROR TX REPORT   ***
                    *****************************

        TX FUNCTION WAS NOT COMPLETED

        TX/RX NO            4557
        CONNECTION TEL          17143242823
        SUBADDRESS
        CONNECTION ID
        ST. TIME            03/09 13:18
        USAGE T             00'00
        PGS. SENT           0
        RESULT              NG      #018  BUSY/NO SIGNAL
```



# CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

## FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:   MARCH 9, 2010

| TO: | | FAX NUMBER: | |
|---|---|---|---|
| | STAN YANG, US TRUSTEE | | 631-715-7777 |
| | MICHAEL L. SCHEIN, ESQ. | | 212-407-7799 |
| | PAUL LEVINE, ESQ. | | 518-433-8823 |
| | J. STEPHEN SIMMS, ESQ. | | 410-510-1789 |
| | ALFRED E. YUDES, ESQ | | 212-922-1512 |
| | ADAM P. WOFSE, ESQ. | | 516-826-0222 |
| | LISA G. BECKERMAN, ESQ. | | 212-872-1002 |
| | SAMUEL C. COLUZZI, ESQ. | | 212-220-3780 |
| | JOHN P. JAMES, ESQ. | | 212-619-2340 |
| | MIDDLE EAST EXPRESS | | 630-860-3533 |
| | DEWITT STERN | | 201-915-0133 |
| | TILE MARINE | | 714-324-2823 |
| | ALBA PETROLEUM | | 011 254 41 495 316 |
| | MICHAEL CARCICH | | 212-220-3780 |
| | FAL ENERGY CO., INC. | | 011 971 6 528 1437 |
| | GILBERT B. WEISMAN, ESQ. | | 610-993-8493 |
| | BRUCE WEINER, ESQ | | 718-625-1966 |

| RE: | GLOBAL CONTAINER LINES . ET AL | INDEX NUMBER: | 09-78585 |
|---|---|---|---|
| FROM: | C. NATHAN DEE, ESQ. | DIRECT DIAL: | (516) 357-3817 |

```
                    ********************************
                    ***    ERROR TX REPORT    ***
                    ********************************


        TX FUNCTION WAS NOT COMPLETED

        TX/RX NO              4559
        CONNECTION TEL             17143242823
        SUBADDRESS
        CONNECTION ID
        ST. TIME            03/09 13:29
        USAGE T             00'00
        PGS. SENT              0
        RESULT              NG        #018  BUSY/NO SIGNAL
```

 CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:  MARCH 9, 2010

| TO: | | FAX NUMBER: | |
|---|---|---|---|
| STAN YANG, US TRUSTEE | | | 631-715-7777 |
| MICHAEL L. SCHEIN, ESQ. | | | 212-407-7799 |
| PAUL LEVINE, ESQ. | | | 518-433-8823 |
| J. STEPHEN SIMMS, ESQ. | | | 410-510-1789 |
| ALFRED E. YUDES, ESQ | | | 212-922-1512 |
| ADAM P. WOFSE, ESQ. | | | 516-826-0222 |
| LISA G. BECKERMAN, ESQ. | | | 212-872-1002 |
| SAMUEL C. COLUZZI, ESQ. | | | 212-220-3780 |
| JOHN P. JAMES, ESQ. | | | 212-619-2340 |
| MIDDLE EAST EXPRESS | | | 630-860-3533 |
| DEWITT STERN | | | 201-915-0133 |
| TILE MARINE | | | 714-324-2823 |
| ALBA PETROLEUM | | | 011 254 41 495 316 |
| MICHAEL CARCICH | | | 212-220-3780 |
| FAL ENERGY CO., INC. | | | 011 971 6 528 1437 |
| GILBERT B. WEISMAN, ESQ. | | | 610-993-8493 |
| BRUCE WEINER, ESQ | | | 718-625-1966 |

RE:  GLOBAL CONTAINER LINES . ET AL

INDEX NUMBER:  09-78585

FROM:  C. NATHAN DEE, ESQ.

DIRECT DIAL:  (516) 357-3817



100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:       MARCH 9, 2010

| | | | |
|---|---|---|---|
| TO: | ALI MINHALI TRADING CO. | FAX NUMBER: | 011 9662 236 0880 |
| | KOBELCO EAGLE MARINE | | |
| | PUSAN TRADING | | 011 971 422 10969 |
| | VIKING ENTERPRISE CO. | | |
| | AKA TRADE | | 01197142231547 |
| | ALCO SHIPPING SERVICES | | |
| | MIDDLE EAST EXPRESS | | 01197165634824 |
| | PPG INDUSTRIES (UAE) LLC | | 011 97143470820 |
| | PUSAN TRADING CO. LLC | | 011 97142210969 |
| | S&S SHIPMANAGEMENT | | 011 880312513418 |
| | AIG MARINE SVCS. PTE LTD. | | 011 6567730093 |

RE:        GLOBAL CONTAINER LINES . ET AL          INDEX NUMBER:    09-78585

FROM:    C. NATHAN DEE, ESQ.          DIRECT DIAL:    (516) 357-3817

☐ URGENT          ☒ FOR REVIEW          ☐ PLEASE COMMENT          ☐ PLEASE REPLY

### COMMENTS

Please find enclosed the Courts Amended Order dated M arch 9, 2010 rescheduling the Hearing Date on the Sale Motion. If you do not receive all of the pages, please contact the sender at the above number.

ORIGINAL DOCUMENTS WILL ☒          WILL NOT ☐          FOLLOW BY MAIL

If you do not receive all of the pages, please contact the sender at the above number.

Important:  THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATIONS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.

FOUNDED 1850

BROOKLYN          LONG ISLAND          MANHATTAN          WASHINGTON, D.C.          NEW JERSEY



**CULLENandDYKMANLLP**

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE ___3___

DATE: MARCH 9, 2010

TO: ALI MINHALI TRADING CO.          FAX NUMBER:    9462236 0280
KOBELCO EAGLE MARINE  *email*
PUSAN TRADING                                           9714221 0969
VIKING ENTERPRISE CO. *email*
AKA TRADE   *email*                                    01197142231547
ALCO SHIPPING SERVICES *email*
MIDDLE EAST EXPRESS                                     630 860 3533 – 9716563 *illegible*
PPG INDUSTRIES (UAE) LLC                                011 971 43470820– 971487 34461
PUSAN TRADING CO. LLC                                   011 97142210969
S&S SHIPMANAGEMENT                                      ⊕880 312513416
AIG MARINE SVCS. PTE LTD. *illegible*                  011 6567730093

RE: GLOBAL CONTAINER LINES . ET AL     INDEX NUMBER:    09-78585

FROM: C. NATHAN DEE, ESQ.              DIRECT DIAL:    (516) 357-3817

☐ URGENT        ☒ FOR REVIEW        ☐ PLEASE COMMENT        ☐ PLEASE REPLY

## COMMENTS

Fal?    (011971165271437)

ORIGINAL DOCUMENTS WILL ☒        WILL NOT ☐    FOLLOW BY MAIL

**If you do not receive all of the pages, please contact the sender at the above number.**

Important: THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATIONS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.

*FOUNDED 1850*

BROOKLYN        LONG ISLAND        MANHATTAN        WASHINGTON, D.C.        NEW JERSEY



CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:   MARCH 9, 2010

| TO: | | FAX NUMBER: | |
|---|---|---|---|
| STAN YANG, US TRUSTEE | | | 631-715-7777 |
| MICHAEL L. SCHEIN, ESQ. | | | 212-407-7799 |
| PAUL LEVINE, ESQ. | | | 518-433-8823 |
| J. STEPHEN SIMMS, ESQ. | | | 410-510-1789 |
| ALFRED E. YUDES, ESQ | | | 212-922-1512 |
| ADAM P. WOFSE, ESQ. | | | 516-826-0222 |
| LISA G. BECKERMAN, ESQ. | | | 212-872-1002 |
| SAMUEL C. COLUZZI, ESQ. | | | 212-220-3780 |
| JOHN P. JAMES, ESQ. | | | 212-619-2340 |
| MIDDLE EAST EXPRESS | | | 630-860-3533 |
| DEWITT STERN | | | 201-915-0133 |
| TILE MARINE | | | 714-324-2823 |
| ALBA PETROLEUM | | | 011 254 41 495 316 |
| MICHAEL CARCICH | | | 212-220-3780 |
| FAL ENERGY CO., INC. | | | 011 971 6 528 1437 |
| GILBERT B. WEISMAN, ESQ. | | | 610-993-8493 |
| BRUCE WEINER, ESQ | | | 718-625-1966 |

RE:   GLOBAL CONTAINER LINES . ET AL          INDEX          09-78585
                                             NUMBER:

FROM:   C. NATHAN DEE, ESQ.                  DIRECT DIAL:   (516) 357-3817

ORIGINAL DOCUMENTS WILL ☒     WILL NOT ☐   FOLLOW BY MAIL

Please find enclosed the Courts Amended Order dated March 9, 2010  rescheduling the Hearing Date on the Sale Motion
**If you do not receive all of the pages, please contact the sender at the above number.**

Important: THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATIONS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE.  THANK YOU.

☐ *URGENT*　　　☒ *FOR REVIEW*　　　☐*PLEASE COMMENT*　　　☐*PLEASE REPLY*

## *COMMENTS*

*ORIGINAL DOCUMENTS WILL* ☒　　　*WILL NOT* ☐　　*FOLLOW BY MAIL*
Please find enclosed the Courts Amended Order dated March 9, 2010  rescheduling the Hearing Date on the Sale Motion
**If you do not receive all of the pages, please contact the sender at the above number.**

**Important:** **THIS MESSAGE IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATIONS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE, AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA U.S. POSTAL SERVICE. THANK YOU.**

| BROOKLYN | LONG ISLAND | MANHATTAN *FOUNDED 1850* | WASHINGTON, D.C. | NEW JERSEY |

```
                    **************************
            ***     MULTI TX/RX REPORT     ***
                    **************************
TX/RX NO            4552
PGS.                   4
TX/RX INCOMPLETE    (1)  916317157777
TRANSACTION OK      (2)  12124077799
                    (3)  15184338823
                    (4)  14105101789
                    (5)  12129221512
                    (6)  8260222
                    (7)  12128721002
                    (8)  12122203780
                    (9)  12126192340
                    (0)  16308603533

ERROR INFORMATION    -----
```



# CULLENandDYKMANLLP

**100 QUENTIN ROOSEVELT BOULEVARD**
**GARDEN CITY, NEW YORK 11530-4850**
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:     MARCH 9, 2010

| TO: | | FAX NUMBER: | |
|---|---|---|---|
| STAN YANG, US TRUSTEE | | 631-715-7777 | ~~O/Lwent~~ |
| MICHAEL L. SCHEIN, ESQ. | | 212-407-7799 | ✓ |
| PAUL LEVINE, ESQ. | | 518-433-8823 | ✓ |
| J. STEPHEN SIMMS, ESQ. | | 410-510-1789 | ✓ |
| ALFRED E. YUDES, ESQ. | | 212-922-1512 | ✓ |
| ADAM P. WOFSE, ESQ. | | 516-826-0222 | ✓ |
| LISA G. BECKERMAN, ESQ. | | 212-872-1002 | ✓ |
| SAMUEL C. COLUZZI, ESQ. | | 212-220-3780 | ✓ |
| JOHN P. JAMES, ESQ. | | 212-619-2340 | ✓ |
| MIDDLE EAST EXPRESS | | 630-860-3533 | ✓ |
| DEWITT STERN | | 201-915-0133 | |
| TILE MARINE | | 714-324-2823 | |
| ALBA PETROLEUM | | 011 254 41 495 316 | |
| MICHAEL CARCICH | | 212-220-3780 | |
| FAL ENERGY CO., INC. | | 011 971 6 528 1437 | |
| GILBERT B. WEISMAN, ESQ. | | 610-993-8493 | |
| BRUCE WEINER, ESQ | | 718-625-1966 | |

RE:     GLOBAL CONTAINER LINES . ET AL     INDEX
                                           NUMBER:     09-78585

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO            4556
        CONNECTION TEL          16317157777
        SUBADDRESS
        CONNECTION ID
        ST. TIME            03/09 13:11
        USAGE T             00'59
        PGS. SENT              4
        RESULT              OK
```



# CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:    MARCH 9, 2010

| TO: | | FAX NUMBER: | |
|---|---|---|---|
| | STAN YANG, US TRUSTEE | | 631-715-7777 |
| | MICHAEL L. SCHEIN, ESQ. | | 212-407-7799 |
| | PAUL LEVINE, ESQ. | | 518-433-8823 |
| | J. STEPHEN SIMMS, ESQ. | | 410-510-1789 |
| | ALFRED E. YUDES, ESQ. | | 212-922-1512 |
| | ADAM P. WOFSE, ESQ. | | 516-826-0222 |
| | LISA G. BECKERMAN, ESQ. | | 212-872-1002 |
| | SAMUEL C. COLUZZI, ESQ. | | 212-220-3780 |
| | JOHN P. JAMES, ESQ. | | 212-619-2340 |
| | MIDDLE EAST EXPRESS | | 630-860-3533 |
| | DEWITT STERN | | 201-915-0133 |
| | TILE MARINE | | 714-324-2823 |
| | ALBA PETROLEUM | | 011 254 41 495 316 |
| | MICHAEL CARCICH | | 212-220-3780 |
| | FAL ENERGY CO., INC. | | 011 971 6 528 1437 |
| | GILBERT B. WEISMAN, ESQ. | | 610-993-8493 |
| | BRUCE WEINER, ESQ | | 718-625-1966 |

RE:    GLOBAL CONTAINER LINES . ET AL     INDEX NUMBER:    09-78585

FROM:    C. NATHAN DEE, ESQ      DIRECT DIAL:    (516) 357-3917

```
                              **********************
                              ***   TX REPORT   ***
                              **********************

           TRANSMISSION OK

           TX/RX NO            4561
           CONNECTION TEL         01197165281437
           SUBADDRESS
           CONNECTION ID
           ST. TIME           03/09 13:34
           USAGE T            03'01
           PGS. SENT             4
           RESULT             .  OK
```

 **CULLENandDYKMANLLP**

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:   MARCH 9, 2010

| TO: | | FAX NUMBER: | |
|---|---|---|---|
| | STAN YANG, US TRUSTEE | | 631-715-7777 |
| | MICHAEL L. SCHEIN, ESQ. | | 212-407-7799 |
| | PAUL LEVINE, ESQ. | | 518-433-8823 |
| | J. STEPHEN SIMMS, ESQ. | | 410-510-1789 |
| | ALFRED E. YUDES, ESQ | | 212-922-1512 |
| | ADAM P. WOFSE, ESQ. | | 516-826-0222 |
| | LISA G. BECKERMAN, ESQ. | | 212-872-1002 |
| | SAMUEL C. COLUZZI, ESQ. | | 212-220-3780 |
| | JOHN P. JAMES, ESQ. | | 212-619-2340 |
| | MIDDLE EAST EXPRESS | | 630-860-3533 |
| | DEWITT STERN | | 201-915-0133 |
| | TILE MARINE | | 714-324-2823 |
| | ALBA PETROLEUM | | 011 254 41 495 316 |
| | MICHAEL CARCICH | | 212-220-3780 |
| | FAL ENERGY CO., INC. | | 011 971 6 528 1437 |
| | GILBERT B. WEISMAN, ESQ. | | 610-993-8493 |
| | BRUCE WEINER, ESQ | | 718-625-1966 |

RE:    GLOBAL CONTAINER LINES . ET AL

INDEX NUMBER:    09-78585

FROM:   C. NATHAN DEE, ESQ.                DIRECT DIAL:   (516) 357-3817

```
                    ************************
                ***     MULTI TX/RX REPORT    ***
                    ************************
TX/RX NO            4571
PGS.                  3
TX/RX INCOMPLETE    (1)    01197143470820
                    (2)    01197142210969
                    (3)    01196622360880
                    (4)    0116567730093
TRANSACTION OK             -----
ERROR INFORMATION          -----
```



# CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

---

## FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:      MARCH 9, 2010

TO:     ALI MINHALI TRADING CO.          FAX NUMBER:     011 9662 236 0880
        KOBELCO EAGLE MARINE
        PUSAN TRADING                                     011 971 422 10969
        VIKING ENTERPRISE CO.
        AKA TRADE                                         01197142231547
        ALCO SHIPPING SERVICES
        MIDDLE EAST EXPRESS                               01197165634824
        PPG INDUSTRIES (UAE) LLC                          011 97143470820
        PUSAN TRADING CO. LLC                             011 97142210969
        S&S SHIPMANAGEMENT                                011 8803125134̶18
        AIG MARINE SVCS. PTE LTD.                         011 6567730093

RE:     GLOBAL CONTAINER LINES . ET AL     INDEX          09-78585
                                           NUMBER:

FROM:   C. NATHAN DEE, ESQ.                DIRECT DIAL:   (516) 357-3817

☐ URGENT      ☒ FOR REVIEW      ☐ PLEASE COMMENT      ☐ PLEASE REPLY

## COMMENTS

Please find enclosed the Courts Amended Order dated March 9, 2010 rescheduling the Hearing Date on the Sale Motion. If you do not receive all of the pages, please contact the sender at the above number.

ORIGINAL DOCUMENTS WILL ☒      WILL NOT ☐     FOLLOW BY MAIL

```
                          CULLEN & DYKMAN                          ☑ 001

                  ************************************
                  ***    MULTI  TX/RX  REPORT    ***
                  ************************************
TX/RX NO            4569
PGS.                  3
TX/RX INCOMPLETE    (1)   01197143470820
                    (2)   01197142210969
                    (3)   01196622360880
                    (4)   0116567730093
TRANSACTION OK            -----
ERROR INFORMATION         -----
```

 **CULLEN and DYKMAN LLP**

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:   MARCH 9, 2010

| | | | |
|---|---|---|---|
| TO: | ALI MINHALI TRADING CO. | FAX NUMBER: | 011 9662 236 0880 |
| | KOBELCO EAGLE MARINE | | |
| | PUSAN TRADING | | 011 971 422 10969 |
| | VIKING ENTERPRISE CO. | | |
| | AKA TRADE | | 01197142231547 |
| | ALCO SHIPPING SERVICES | | |
| | MIDDLE EAST EXPRESS | | 01197165634824 |
| | PPG INDUSTRIES (UAE) LLC | | 011 97143470820 |
| | PUSAN TRADING CO. LLC | | 011 97142210969 |
| | S&S SHIPMANAGEMENT | | 011 880312513418 |
| | AIG MARINE SVCS. PTE LTD. | | 011 6567730093 |

RE:   GLOBAL CONTAINER LINES . ET AL         INDEX NUMBER:   09-78585

FROM:   C. NATHAN DEE, ESQ.         DIRECT DIAL:   (516) 357-3817

☐ URGENT     ☒ FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY

COMMENTS

Please find enclosed the Courts Amended Order dated March 9, 2010 rescheduling the Hearing Date on the Sale Motion. If you do not receive all of the pages, please contact the sender at the above number.

ORIGINAL DOCUMENTS WILL ☒     WILL NOT ☐   FOLLOW BY MAIL

```
***************************
***   MULTI TX/RX REPORT   ***
***************************
TX/RX NO              4564
PGS.                     3
TX/RX INCOMPLETE    (2)   01197143470820
TRANSACTION OK      (1)   01197165634824
ERROR INFORMATION   -----
```



CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:       MARCH 9, 2010

TO:     ALI MINHALI TRADING CO.          FAX NUMBER:    011 9662 236 0880 ✓
        KOBELCO EAGLE MARINE
        PUSAN TRADING                                    011 971 422 10969 ✓
        VIKING ENTERPRISE CO.
        AKA TRADE                                        01197142231547 ✓
        ALCO SHIPPING SERVICES
        MIDDLE EAST EXPRESS                              01197165634824 ✓
        PPG INDUSTRIES (UAE) LLC                         011 97143470820 /Mail
        PUSAN TRADING CO. LLC                            011 97142210969
        S&S SHIPMANAGEMENT                               011 880312513418
        AIG MARINE SVCS. PTE LTD.                        011 6567730093

RE:     GLOBAL CONTAINER LINES . ET AL      INDEX          09-78585
                                            NUMBER:

FROM:   C. NATHAN DEE, ESQ.                 DIRECT DIAL:    (516) 357-3817

        ☐ URGENT        ☒ FOR REVIEW        ☐ PLEASE COMMENT       ☐ PLEASE REPLY
                                    COMMENTS

Please find enclosed the Courts Amended Order dated March 9, 2010 rescheduling the Hearing Date on the
Sale Motion.  If you do not receive all of the pages, please contact the sender at the above number.

ORIGINAL DOCUMENTS WILL ☒          WILL NOT ☐    FOLLOW BY MAIL

If you do not receive all of the pages, please contact the sender at the above number.

```
            ******************************
            ***   MULTI TX/RX REPORT   ***
            ******************************
TX/RX NO           4565
PGS.               3
TX/RX INCOMPLETE   (1)   01197142210969
TRANSACTION OK     (2)   011880312513418
ERROR INFORMATION  -----
```

# CULLENandDYKMANLLP

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# *FACSIMILE COVER SHEET*

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:   MARCH 9, 2010

| TO: | | FAX NUMBER: | |
|---|---|---|---|
| ALI MINHALI TRADING CO. | | | 011 9662 236 0880 ✓ |
| KOBELCO EAGLE MARINE | | | |
| PUSAN TRADING | | | 011 971 422 10969 ✓ |
| VIKING ENTERPRISE CO. | | | |
| AKA TRADE | | | 01197142231547 ✓ |
| ALCO SHIPPING SERVICES | | | |
| MIDDLE EAST EXPRESS | | | 01197165634824 ✓ |
| PPG INDUSTRIES (UAE) LLC | | | 011 97143470820 ✓ |
| PUSAN TRADING CO. LLC | | | 011 97142210969 _Mail_ |
| S&S SHIPMANAGEMENT | | | 011 880312513418 |
| AIG MARINE SVCS. PTE LTD. | | | 011 6567730093 |

RE:   GLOBAL CONTAINER LINES . ET AL

INDEX NUMBER:   09-78585

FROM:   C. NATHAN DEE, ESQ.

DIRECT DIAL:   (516) 357-3817

☐ URGENT     ☒ FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY

## *COMMENTS*

Please find enclosed the Courts Amended Order dated M arch 9, 2010 rescheduling the Hearing Date on the Sale Motion. If you do not receive all of the pages, please contact the sender at the above number.

ORIGINAL DOCUMENTS WILL ☒     WILL NOT ☐     FOLLOW BY MAIL

If you do not receive all of the pages, please contact the sender at the above number.

```
                    *****************************
                    ***   MULTI TX/RX REPORT   ***
                    *****************************
   TX/RX NO            4563
   PGS.                3
   TX/RX INCOMPLETE   (1)   01196622360880
                      (2)   01197142210969

   TRANSACTION OK      -----
   ERROR INFORMATION   -----
```



# *CULLENandDYKMANLLP*

**100 QUENTIN ROOSEVELT BOULEVARD**
**GARDEN CITY, NEW YORK 11530-4850**
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

---

# FACSIMILE COVER SHEET

---

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:  MARCH 9, 2010

TO:  ALI MINHALI TRADING CO.     FAX NUMBER:  011 9662 236 0880
KOBELCO EAGLE MARINE
PUSAN TRADING                                011 971 422 10969
VIKING ENTERPRISE CO.
AKA TRADE                                     01197142231547
ALCO SHIPPING SERVICES
MIDDLE EAST EXPRESS                     01197165634824
PPG INDUSTRIES (UAE) LLC          011 97143470820
PUSAN TRADING CO. LLC             011 97142210969
S&S SHIPMANAGEMENT                 011 880312513418
AIG MARINE SVCS. PTE LTD.          011 6567730093

RE:  GLOBAL CONTAINER LINES . ET AL     INDEX NUMBER:  09-78585

FROM:  C. NATHAN DEE, ESQ.     DIRECT DIAL:  (516) 357-3817

☐ URGENT     ☒ FOR REVIEW     ☐ PLEASE COMMENT     ☐ PLEASE REPLY

## COMMENTS

Please find enclosed the Courts Amended Order dated M arch 9, 2010 rescheduling the Hearing Date on the Sale Motion. If you do not receive all of the pages, please contact the sender at the above number.

ORIGINAL DOCUMENTS WILL ☒ .     WILL NOT ☐    FOLLOW BY MAIL

If you do not receive all of the pages, please contact the sender at the above number.

CULLEN & DYKMAN
☑001

```
*******************************
***    ERROR TX REPORT    ***
*******************************

TX FUNCTION WAS NOT COMPLETED

TX/RX NO              4566
CONNECTION TEL             0116567730093
SUBADDRESS
CONNECTION ID
ST. TIME              03/09 14:26
USAGE T               00'38
PGS. SENT             0
RESULT                NG        #018  BUSY/NO SIGNAL
```



**CULLENandDYKMANLLP**

100 QUENTIN ROOSEVELT BOULEVARD
GARDEN CITY, NEW YORK 11530-4850
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

# FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE:   MARCH 9, 2010

TO:   ALI MINHALI TRADING CO.        FAX NUMBER:   **011 9662 236 0880** ✓
      KOBELCO EAGLE MARINE
      PUSAN TRADING                                **011 971 422 10969** ✓
      VIKING ENTERPRISE CO.
      AKA TRADE                                    **01197142231547** ✓
      ALCO SHIPPING SERVICES
      MIDDLE EAST EXPRESS                          **01197165634824** ✓
      PPG INDUSTRIES (UAE) LLC                     **011 97143470820** ✓
      PUSAN TRADING CO. LLC                        **011 97142210969** ✓
      S&S SHIPMANAGEMENT                           **011 880312513418** ✓
      AIG MARINE SVCS. PTE LTD.                    **011 6567730093** Naul

RE:   GLOBAL CONTAINER LINES . ET AL      INDEX        09-78585
                                          NUMBER:

FROM:   C. NATHAN DEE, ESQ.        .      DIRECT DIAL:   (516) 357-3817

☐ URGENT        ☒ FOR REVIEW        ☐ PLEASE COMMENT        ☐ PLEASE REPLY

COMMENTS

Please find enclosed the Courts Amended Order dated March 9, 2010 rescheduling the Hearing Date on the Sale Motion. If you do not receive all of the pages, please contact the sender at the above number.

CULLEN & DYKMAN ☑001

```
********************************
***    MULTI TX/RX REPORT    ***
********************************
TX/RX NO              4568
PGS.                  3
TX/RX INCOMPLETE      (1)   0116567730093
                      (2)   01196622360880
                      (3)   01197142210969
                      (4)   01197143470820
TRANSACTION OK        -----
ERROR INFORMATION     -----
```



# CULLENandDYKMANLLP

**100 QUENTIN ROOSEVELT BOULEVARD**
**GARDEN CITY, NEW YORK 11530-4850**
TELEPHONE: 516-357-3700 ● FAX: 516-296-9155

## FACSIMILE COVER SHEET

NUMBER OF PAGES INCLUDING THIS PAGE __3__

DATE: MARCH 9, 2010

TO: ALI MINHALI TRADING CO.          FAX NUMBER:   011 9662 236 0880 ✓
    KOBELCO EAGLE MARINE
    PUSAN TRADING                                   011 971 422 10969 ✓
    VIKING ENTERPRISE CO.
    AKA TRADE                                       01197142231547 ✓
    ALCO SHIPPING SERVICES
    MIDDLE EAST EXPRESS                             01197165634824 ✓
    PPG INDUSTRIES (UAE) LLC                        011 97143470820 ✓
    PUSAN TRADING CO. LLC                           011 97142210969 ✓
    S&S SHIPMANAGEMENT                              011 880312513418 ✓
    AIG MARINE SVCS. PTE LTD.                       011 6567730093 ✓

RE:   GLOBAL CONTAINER LINES . ET AL      INDEX         09-78585
                                          NUMBER:

FROM:  C. NATHAN DEE, ESQ.                DIRECT DIAL:   (516) 357-3817

☐ URGENT    ☒ FOR REVIEW    ☐ PLEASE COMMENT    ☐ PLEASE REPLY

### COMMENTS
Please find enclosed the Courts Amended Order dated M arch 9, 2010 rescheduling the Hearing Date on the Sale Motion. If you do not receive all of the pages, please contact the sender at the above number.

ORIGINAL DOCUMENTS WILL ☒    WILL NOT ☐    FOLLOW BY MAIL