UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                            Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,              Case Nos. 09-78585 (AST)
                                                            09-78584 (AST)
                                                            09-78589 (AST)
                                                            09-78586 (AST)
                                                            09-78587 (AST)
                                                            09-78588 (AST)
                                                            09-78590 (AST)

                        Debtors.
------------------------------------------------------------x

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

      CYNTHIA ROBLES, being duly sworn, deposes and says:

      That she is over the age of 21 years, resides in Massapequa Park, New York and is not a party to this action.

      That on the 26th day of March, 2010 she served the Order Pursuant To Sections 105 and 363 Of The United States Bankruptcy Code Approving Public Sale Of Property Free and Clear Of Liens, Claims and Encumbrances, Approving Retention Of Broker For Purpose Of Conducting Public Sale and Granting Related Relief, via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

PLEASE SEE ATTACHED

      That being the address(es) designated on the latest papers served by them in this action.

_____
CYNTHIA ROBLES

Sworn to before me this
26th day of March, 2010.

_____
Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/10

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126
Philadelphia, PA 19114

NYS Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany, New York 12205-5300

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, New York 11242

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

Watson Farley & Williams LLP
Attn: Alfred E. Yudes, Jr.
1133 Avenue of Americas
11th Floor
New York, New York 10036

Vedder Price, P.C.
Attn: Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Michael J Carcich, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Adam P. Wofse, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

United States Attorney's Office
Eastern District of New York
Attention: Long Island Bankruptcy Processing
610 Federal Plaza
5th Floor
Central Islip, NY 11722

Oscar E. Sanchez, Esq.
Oscar Sanchez and Associates, P.A.
701 Brickell Key Boulevard
Suite CU-1
Miami, Florida 33131-2675

Al Mubarak Shipping LLC
PO Box 722
Dubai, UAE

John P. James, Esq.
Friedman, James & Buchsbaum LLP
132 Nassau Street
Suite 900
New York, New York 10038

Gilbert B. Weisman, Esq.
Becket & Lee, LLP
POB 3001
Malverne, PA 19355-0701

Alco Shipping Services
PO Box 19525
Sharjah-UAE

Areej Pharmacy
P.O. Box 11725
Dubai, UAE

Bureau VeritasSA
67/71 Boulevard
Du Chateau
France

Dhaka Engineering
P.O. Box 23598
Sharjah, UAE

Dolphin Radiators
P.O. Box 1424
Sharjah, UAE

Dubai Fuel Supply
PO Box 8278
Dubai, UAE

Elcome International
PO Box 1788
Dubai, UAE

Environmental Systems
PO Box 5992
Sharjah, UAE

Ericson & Richards
P.O. Box 40148
Sharjah

Fal Energy Co, Ltd.
PO Box 6600 Charjah
United Arab Emirates

Global Care Marine
PO Box 63234
Sharjah, UAE

Goltens
PO Box 28711
Dubai, UAE

Gulf Oil Marine Limited
The Hong Kong & Shanghai
Banking Corp.
Jebel Ali, Dubai, UAE

Gulf Oil Marine Ltd.
25th FL, 3 Lockhart Rd.
Hong Kong

Gulf Rope & Plastic Prod.
PO Box 21422
Sharjah, UAE

Hormozi Supermarket
PO Box 6868
Dubai, UAE

Jotun Paints
PO Box 3671
Dubai, UAE

K. Hashim LLC
PO Box 5216
Sharjah, UAE

Kenya Ports Authority
c/o African LIner
Agencies Ltd.
Maritime Huse, MOI Avenu
Mombasa, Kenya

Kenya Ports Authority
c/o Afircan Liner Agencie
Maritime House, MOI Ave.
PO Box 43181
Mombasa, Kenya

MD Trade & Spares GMBH
AM Biptop 2
39171 Su-Izetal, Germany

Middle East Express
P.O. Box 622
Sharjah, UAE

Middle East Fuji Khimji's
Room 107
Khimji Ramdas HO
Muscat

National Bank of Pakistan
100 Wall Street
New York, NY 10005

Oasis Chemicals
PO Box 157810
Sharjah, UAE

PPG Industries (UAE) LLC
PO Box 126215
Dubai, UAE

Pusan Trading Co. LLC
PO Box 40762
Dubai, UAE

S&S Shipmanagement
House 15 Roadmoul, Lane 3
Block L Halish
Chihajon, Bangladesh

Saeed Marine
PO Box 31268
Dubai, UAE

Seastar Marine
PO Box 62241
Dubai, UAE

Seven Seas ShipChandlers
PO Box 5592
Dubai, UAE

Sigma Paints
PO Box 52781
Dubai, UAE

Techno Marine
PO Box 24293
Sharjah, UAE

Total UAE LLC
PO Box 14871
Dubai, UAE

Viking Enterprise Co.
1-9 Isogami-Dor i 6-chome
Chuo-Ku, Kobe 651-0086
Kobe Japan

Viking Life Saving Equip
PO Box 13448
Dubai, UAE

Abdul Jaleel Marine
PO Box 13746
Dubai, U.A.E.

Adam Marine
PO Box 22398
Sharjah, UAE

AKA Trade
PO Box 51248
Dubai UAE

Al Moosawi Trading
PO Box 16275
Dubai, U.A.E.

Alatas Singapore PTE
10 Toh Guan Road
#05-03 T.T. International
Tradepark, Singapore
608838

Ali Minhali Trading Co.
PO Box 22022
Jeddah 21495 KSA

| | |
|---|---|
| Bombay Boring<br>J. karia Ind Estm Jacob<br>Circle Mumbai, India | Crew Wages<br>c/ African Liner Agencies<br>Mambasa |
| Delta Marine Services<br>7 Panama J. Elgmhoria St.<br>Pt. Said Egypt<br>Po Box 75<br>Port Said, Egypt 4251 | Dream Marine<br>PO Box 232974<br>Dubai UAE |
| Elcome International<br>PO Box 1788<br>Dubai, UAE | Environmental Systems<br>PO Box 5992<br>Sharjah UAE |
| Fal Energy Co., Inc.<br>PO Box 6600 Charjah<br>United Arab Emirates | Freudenberg Technische<br>Ausrustung<br>Neuer Weg 62<br>D-25489 Haselau<br>Hohenhorst, Germany |
| Global Care Marine<br>PO Box 632234 | Goltens<br>PO Box 2811<br>Dubai, UAE |
| Gulf Metal<br>PO Box 19848<br>Dubai, UAE | Gulf Oil Marine<br>25th Fl<br>3 Lockhart Road<br>Won, Chai Hongkong |
| Gulf Oil Marine Limited<br>25th Floor<br>3 Lockhart Road<br>Wan Chai Hong Kong | Gulf Rope & Plastic<br>PO Box 21422<br>Sharjah UAE |

Hormozi Supermarket
PO Box 6868
Dubai, UAE

Jotun Paints
PO Box 3671
Dubai, UAE

Kenya Port Authority
c/o African Liner Agency
Maritime House
PO Box 43181
Membasa, Kenya

Middle East Express
PO Box 622
Sharjah, UAE

Oasis Chemicals
PO Box 6974
Sharjah, UAE

Safety Marine
PO Box 40269
Sharjah, UAE

Seastar Marine
Engineering LLC
Al Jaddaf Shed #98
PO Box 62241
Dubai UAE

Jijibila
PO Box 19349
Dubai UAE

K Hashim
PO Box 5216
Sharjah, UAE

Kobelco Eagle Marine
26 Pandan Loop
Singapore

National Bank of Pakistan
100 Wall Street
New York, NY 10005

Saeed Marine
Equipment Est.
PO Box 50636
Dubai, UAE

Sea Hook
Shop-1
Mazgoan Mumbai

Sigma Paints
PO Box 52781
Dubai, UAE

Tanzania Ports Authority
c/o African Liner
Agencies Ltd
PO Box 7876
Dai Es Salaam, Tanzania

Truebell Marketing
& Trading LLC
PO Box 4146
Sharjah UAE

Zenar Electronics
PO Box 389
Dubai, UAE

Tile Marine
PO Box 33296
Dubai, UAE

Viking Enterprise Co.
1-9 Isogami-Dor i 6 Chome
Chuo-Ku Kobe 651-0086

Qais Marine Equipment
PO Box 31263
Dubai, UAE