UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------x

In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos. 09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)

                              Debtors.

----------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

      CYNTHIA ROBLES, being duly sworn, deposes and says:

      That she is over the age of 21 years, resides in Massapequa Park, New York and is not a party to this action.

      That on the 29th day of March, 2010 she served the Order Pursuant To Sections 105 and 363 Of The United States Bankruptcy Code Approving Public Sale Of Property Free and Clear Of Liens, Claims and Encumbrances, Approving Retention Of Broker For Purpose Of Conducting Public Sale and Granting Related Relief, via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Alba Petroleum
Tangana Road/Mbaraki
Creek
PO Box 97155
Mombasa, Kenya

      That being the address(es) designated on the latest papers served by them in this action.

                                        *[signature]*
                                        CYNTHIA ROBLES

Sworn to before me this
29th day of March, 2010.

*[signature]*
Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/10