
# CULLENandDYKMANLLP

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

**C. Nathan Dee**
**Partner**
Direct Dial: (516) 357-3817
ndee@cullenanddykman.com

March 29, 2010

**VIA FIRST CLASS MAIL**

Honorable of the Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

      RE:   Global Container Lines Limited, et al.
              Case No.: 09-78585 (AST)

Dear Honorable Trust:

    This letter shall confirm that the case status conference that was scheduled for March 24, 2010 at 3:00 p.m. has been adjourned to June 9, 2010 at 11:00 a.m.

    Should you have any questions, please feel free to contact the undersigned. Thank you for your courtesies in this matter.

                                            Very truly yours,

                                            C. Nathan Dee

CND/cnd
Enclosure