UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,        Case Nos. 09-78585 (AST)
                                                       09-78584 (AST)
                                                       09-78589 (AST)
                                                       09-78586 (AST)
                                                       09-78587 (AST)
                                                       09-78588 (AST)
                                                       09-78590 (AST)

                            Debtors.
------------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

    CYNTHIA ROBLES, being duly sworn, deposes and says:

    That she is over the age of 21 years, resides in Massapequa Park, New York and is not a party to this action.

    That on the 29th day of March, 2010 she served the Letter of Adjournment for status conference scheduled for March 24, 2010 at 3:00 p.m. has now been adjourned to June 9, 2010 at 11:00 a.m., via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

PLEASE SEE ATTACHED

    That being the address(es) designated on the latest papers served by them in this action.

                                                CYNTHIA ROBLES

Sworn to before me this
29th day of March, 2010.

/s/ Janet S. Umphred
Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/10

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126
Philadelphia, PA 19114

NYS Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany, New York 12205-5300

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, New York 11242

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

Watson Farley & Williams LLP
Attn: Alfred E. Yudes, Jr.
1133 Avenue of Americas
11th Floor
New York, New York 10036

Vedder Price, P.C.
Attn: Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Michael J Carcich, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Adam P. Wofse, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

United States Attorney's Office
Eastern District of New York
Attention: Long Island Bankruptcy Processing
610 Federal Plaza
5th Floor
Central Islip, NY 11722

Oscar E. Sanchez, Esq.
Oscar Sanchez and Associates, P.A.
701 Brickell Key Boulevard
Suite CU-1
Miami, Florida 33131-2675

Al Mubarak Shipping LLC
PO Box 722
Dubai, UAE

John P. James, Esq.
Friedman, James & Buchsbaum LLP
132 Nassau Street
Suite 900
New York, New York 10038

Gilbert B. Weisman, Esq.
Becket & Lee, LLP
POB 3001
Malverne, PA 19355-0701