UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,          Case Nos.  09-78585 (AST)
                                                         09-78584 (AST)
                                                         09-78589 (AST)
                                                         09-78586 (AST)
                                                         09-78587 (AST)
                                                         09-78588 (AST)
                                                         09-78590 (AST)

                              Debtors.
-----------------------------------------------------------x

**ORDER PURSUANT TO LOCAL RULE 9077-1 SCHEDULING HEARING
ON SHORTENED NOTICE OF THE DEBTORS' MOTION FOR ENTRY OF AN
ORDER AUTHORIZING AND APPROVING A CERTAIN SETTLEMENT
AGREEMENT WITH THE UNITED NATIONS AND FOR OTHER RELATED RELIEF**

Upon the motion, on shortened notice, dated April 2, 2010 (the "Motion") of Global

Container Lines Ltd., et al., debtors and debtors-in-possession in the above-captioned bankruptcy

cases (the "Debtors")[1], by their attorneys Cullen and Dykman LLP, and the affirmation of C.

Nathan Dee, Esq., pursuant to Local Rule 9077-1, seeking the entry of an Order scheduling a

hearing on shortened notice of the Debtors motion for an Order authorizing and approving a

certain settlement agreement with the United Nations, and related relief.

IT IS HEREBY ORDERED THAT:

1.      The hearing, on shortened notice, pursuant to Local Rule 9077-1, on the approval

of the Debtors motion for an order authorizing and approving a settlement agreement with the

United Nations (the "9019 Motion") and any objection to the relief requested in the Motion, shall

be held before the Honorable Alan S. Trust, United States Bankruptcy Judge, United States

Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Alfonse M. D'Amato

---

[1] The Debtors in these chapter 11 cases are: Global Container Lines Limited ("Global"), Shiptrade, Inc.
("Shiptrade"), GCL Shipping Corp, Redstone Shipping Corp., Gilmore Shipping Corp., Global Progress, LLC and
Global Prosperity, LLC.

Federal Courthouse, Court Room 960, Central Islip, New York 11722 on **April 21, 2010 at 3:00 p.m.**, or as soon thereafter as counsel can be heard.

2.      On or before **April 6, 2010, at 5:00 p.m.** the Debtors shall serve a copy of this Order Scheduling Hearing, the Motion and the Debtors' 9019 Motion via: (a) electronic mail, facsimile or overnight delivery upon:  (i) the Office of the United States Trustee; (ii) the Debtors' top twenty creditors; (iii) the United Nations; and (iv) all those persons who have formally appeared and requested service in this proceeding pursuant to Rule 2002 of the Bankruptcy Rules.

3.      Any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Bankruptcy Court for the Eastern District of New York (the "Local Rules"), set forth the basis for the objection and the specific grounds therefor, and shall be filed with the Bankruptcy Court ~~(with a courtesy copy delivered to chambers)~~, and served upon:  Cullen and Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY, 11530, Attention:  C. Nathan Dee, Esq.; and the Office of the United States Trustee, 560 Federal Plaza, Alfonse M. D'Amato Federal Court House, Central Islip, New York 11722, Attention:  Stan Yang, Esq., so as to be received on or before **April 20, 2010, at 21:00 p.m.**

*4.      The Debtors shall file proof of service in conformity with this Order with the Clerk of the United States Bankruptcy Court, Eastern District of New York, on or before April 9, 2010, at 5:00 p.m.*



**Dated: April 5, 2010**
       **Central Islip, New York**

_____
                **Alan S. Trust**
       **United States Bankruptcy Judge**