UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                Case Nos. 09-78585 (AST)
                                                              09-78584 (AST)
                                                              09-78589 (AST)
                                                              09-78586 (AST)
                                                              09-78587 (AST)
                                                              09-78588 (AST)
                                                              09-78590 (AST)

                        Debtors.
------------------------------------------------------------x

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NASSAU      )

      CYNTHIA ROBLES, being duly sworn, deposes and says:

      That she is over the age of 21 years, resides in Massapequa Park, New York and is not a party to this action.

      That on the 6th day of April, 2010 she served the Order Pursuant to Local Rule 9077-1 Scheduling Hearing on Shortened Notice of the Debtors' Motion for Entry of an Order Authorizing and Approving a Certain Settlement Agreement with the United Nations and for Other Related Relief with related Motion Pursuant to Rules 2002 and 9006 of the Federal Rules of Bankruptcy Procedure and E.D.N.Y. LBR 9077 for an order Shortening Time of Notice for Hearing on Motion by Debtors and Debtors in Possession for Approval of Settlement Agreement with United Nations and Scheduling a Hearing on the Motion for April 19, 2010 with attached Exhibit and Motion of Reorganized Debtors to Approve Settlement Agreement with United Nations with attached Exhibit , via electronic mail, facsimile or overnight delivery all located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

**The following people were served via Electronic Mail**

Techno Marine
PO Box 24293
Sharjah, UAE

Delta Marine Services Co.
7 Panama & Elgmhoria St.
Pt. Said Egypt
PO Box 75
Port Said, 42511 Egypt

Saeed Marine
Equipment Est.
PO Box 50636
Dubai, UAE

AIG Marine Svcs. PTE Ltd.
71, Toh Guan Road East
#03-03 TCH Techcentre
Singapore 608598

AL Shabia Engineering
P.O. Box 22186
Sharjah, UAE

Bureau Veritassa
67/71 Boulevard
Du Chateau
France

Dhaka Engineering
P.O. Box 23598
Sharjah, UAE

Elcome International
PO Box 1788
Dubai, UAE

Environmental Systems
PO Box 5992
Sharjah, UAE

Goltens
PO Box 28711
Dubai, UAE

Gulf Oil Marine Limited
25th Floor
3 Lockhart Road
Wan Chai Hong Kong

Jotun Paints
PO Box 3671
Dubai, UAE

Saeed Marine
PO Box 31268
Dubai, UAE

Seastar Marine
Engineering
PO Box 62241
Dubai, UAE

Sigma Paints
PO Box 52781
Dubai, UAE

Viking Life Saving Equip
PO Box 13448
Dubai, UAE

Oasis Chemicals
PO Box 157810
Sharjah, UAE

Tile Marine
PO Box 33296
Dubai, UAE

Marcontrel s.j.
Powstancow Wlkp. 39b
70-111 Szczecin
Polland

Dormac(Pty) Ltd.
1 Belfast Road
PO Box 12568
Durban, South Africa

Mercur International for
Development Co., Ltd.
Hameau de la Lanterne 2
B-7890 Wodecq/Belguim

Noble Denton
PO Box 12541
Dubai, UAE

Man Diesel S.A.S.
Avenue de Catonay(port 7)
BP 427
44615 Saint-Nazaire Cedex
France

Saeed Marine
PO Box 50636
Dubai, UAE

**The following people were served via overnight mail by Federal Express**

US Mission to the United Nations
140E. 45th Street
New York, New York 10017-3144

Worldwide Diesel Power
732 Parker Street
Jacksonville, FL 32202

IMS International Ltd.
2881 East Oakland Park Boulevard
Suite 215
Fort Lauderdale, Florida 33306

Interocean
Ecffelon Plaza
302 Harper Drive
Suite 200
Moorestown, NJ 08057

Kristensons-Petroleum Inc
128 Broad Street
2nd Floor
Red Bank, NJ 07701


Main Industries, Inc.
107 E. Street
Hampton, VA 23661

Precision Solutions
Incorporated
PO Box 2021
Summerville, CT 29484

Southern Elevator Company
130 O'Connor Street
PO Box 36006
Greensboro, NC 27416

Washington International
US Customs Ins. Company
1200 Arlington Heights Rd
Suite 400
Itasca, IL 60143

CG International, Inc.
1958 Westfield Avenue
Scotch Plains, NJ 07076

Coleman Supply Company
989 Morrison Drive
PO Box 21818
Charleston, SC 29403

Crescent Towing & Salvage
Co., Inc.
PO Box 2704
Savannah, GA 31401

Detyens
1670 Dryrock Avenue
Building 236
Suite 200
North Charleston, SC 29405

ABB Inc.
11600 Miramar Pkwy
Hollywood, FL 33025

Shipnet
53 Water Street
Norwalk, CT 06854

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

Union Central Life Ins.
1876 Wacross Road
Station 12
Cincinnati, OH 45240

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

United States Attorney's Office
Eastern District of New York
Attention: Long Island Bankruptcy Processing
610 Federal Plaza
5th Floor
Central Islip, NY 11722

TSG Technical Services
2215 M Street Northwest
Washington, DC 20037

Middle East Express
PO Box 622
Sharjah, UAE

**The following people were served via facsimile**

Gulf and Continental
Bunker Fuels Co., Ltd.
PO Box 18006
Jebel Ali, Dubai
United Arab Emirates

6

PPG Industries (UAE) LLC
PO Box 126215
Dubai, UAE

Pusan Trading Co. LLC
PO Box 40762
Dubai, UAE

Hormozi Supermarket
PO Box 6868
Dubai, UAE

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07302

ISB Internat'l Shipping
Bureau
PO Box 14751
Dubai, UAE

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, New York 11242

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

Watson Farley & Williams LLP
Attn: Alfred E. Yudes, Jr.
1133 Avenue of Americas
11th Floor
New York, New York 10036

Vedder Price, P.C.
Attn: Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Michael J Carcich, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Adam P. Wofse, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

John P. James, Esq.
Friedman, James & Buchsbaum LLP
132 Nassau Street
Suite 900
New York, New York 10038

Oscar E. Sanchez, Esq.
Oscar Sanchez and Associates, P.A.
701 Brickell Key Boulevard
Suite CU-1
Miami, Florida 33131-2675

Gilbert B. Weisman, Esq.
Becket & Lee, LLP
POB 3001
Malverne, PA 19355-0701

**The following people were served via Priority Overnight Mail maintained by the US Post Office**

Westfalia Separator Inc.
PO Box 12042
Newark, NJ 07101

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126Philadelphia, PA 19114

NYS Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany, New York 12205-5300

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

      That being the address(es) designated on the latest papers served by them in this action.

_____
CYNTHIA ROBLES

Sworn to before me this
7th day of April, 2010

_____
Notary Public

DANIELLE ZERLA
Notary Public, State of New York
No. 01ZE6030241
Qualified in Nassau County
Commission Expires September 7, 20 13