| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br><br>In Re:<br><br>GLOBAL CONTAINER LINES LTD., et al.<br><br>DEBTORS | Chapter: 11<br><br>Case Nos: 09-78585-AST<br>09-78584-AST<br>09-78589-AST<br>09-78586-AST<br>09-78587-AST<br>09-78588-AST<br>09-78590-AST<br><br>(Jointly Administered)<br><br>Judge: |

Recommended Local Form:    [x] Followed    [ ] Modified

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, __Sean Raquet, CPA__, being of full age, certify as follows:

1. I am seeking retention as <u>Accountants to the Official Committee of Unsecured Creditors in the above cases</u>

2. My Professional credentials include: <u>I am a Certified Public Accountant and a Certified Fraud Examiner. Bederson and Company has the appropriate accounting skills and personnel needed to perform the accounting services required by this Estate. Such firm has previously been employed as accountants for Trustees and has extensive experience and expertise in performing this type of service.</u>

3. I am a member of or associated with the Firm of: <u>Bederson & Company, LLP 347 Mt. Pleasant Avenue, West Orange, NJ 07052</u>

4. The proposed arrangement for compensation, including hourly rates, if applicable, are as follows:

**Bederson & Company shall bill the estate at its normal hourly rates as follows:**

| | |
|---|---|
| **Partners:** | $ 315.00 to 550.00 |
| **Directors:** | $ 290.00 |
| **Managers:** | $ 285.00 |
| **Senior Accountants:** | $ 215.00 |
| **Semi Sr. Accountant:** | $ 180.00 |
| **Staff Accountants:** | $ 145.00 |
| **Para Professionals:** | $ 130.00 |

Our rates are subject to review and are usually increased once a year.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the United States trustee, is as follows:

   [x] None

   [ ] Describe connection:_____

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor(s), creditors, any other party in interest, their respective attorneys and accountants, the United States trustee, or any person employed in the office of the united States trustee, is as follows:

   [X] None

   [ ] Describe Connection:_____

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

   [x] do not hold an adverse interest to the estate.

   [x] do not represent an adverse interest to the estate.

   [x] are disinterested under 11 U.S.C. 101(14).

   [x] do not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which I will be retained under 11 U.S.C. 327(e).

   [ ] Other, Explain:_____

8. If the professional is an auctioneer,
   a. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.
      ☐ Yes    ☐ No
   b. My qualifications and previous experience as an auctioneer include: <u>N/A</u>
   c. Have you or any member of your firm ever been convicted of any criminal offense, other than motor vehicle violations: ☐ Yes ☒ No

   If yes, explain:

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: _____

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: <u>April 7, 2010</u>   _____
                              SEAN RAQUET

                              <u>BEDERSON & COMPANY, LLP</u>
                              Name of Professional