UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
In re:                                                      Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,       Case Nos.     09-78585-AST
                                                                                               09-78584-AST
                                                                                               09-78589-AST
                                                                                               09-78586-AST
                                                                                               09-78587-AST
                                                                                               09-78588-AST
                                                                                               09-78590-AST

                                                                                  (Jointly Administered)
                                                   Debtors.
-------------------------------------------------------------------x

## STIPULATION AMONG THE DEBTORS, NATIONAL BANK OF PAKISTAN AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS

**WHEREAS,** this Court entered an Order dated March 1, 2010 (the "Final Cash Collateral and DIP Financing Order"), authorizing, <u>inter alia</u>, the Debtors' (a) use of cash collateral of the Bank of Pakistan (the "Lender") and (b) to obtain post-petition financing from the Lender; and

**WHEREAS,** all capitalized terms used but not defined herein shall be ascribed the same meaning(s) as set forth in the Final Cash Collateral and DIP Financing Order; and

**WHEREAS,** the Final Cash Collateral and DIP Financing Order contained a provision at paragraph 22 which set forth a time limitation (the "Objection Period") of ninety (90) calendar days from the date of entry of such Final Cash Collateral and DIP Financing Order for the Committee to file an Objection that seeks to object to, challenge, contest or otherwise invalidate or reduce (a) the existence, validity or amount of the Pre-Petition Obligations, (b) the extent, legality validity perfection, or enforceability of the Pre-Petition Liens or (c) the Lender's right to

1

apply post-petition payments and collections against the Pre-Petition Obligations as set forth in the Final Cash Collateral and DIP Financing Order; and

**WHEREAS,** the Lender, the Committee and the Debtors (collectively, the "Parties") have agreed (the "Stipulation") that the Committee shall have an extension of time concerning the Objection Period with respect to the filing of any such Objection; and

**IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE PARTIES THAT:**

1. The Objection Period set forth in paragraph 22 of the Final Cash Collateral and DIP Financing Order for the Committee to file any Objection is extended through and including May 14, 2010.

2. All other terms, conditions and provisions as set forth in the Final Cash Collateral and DIP Financing Order shall otherwise remain in full force and effect.

3. This Stipulation may be executed in counterparts and by facsimile or email signature.

Dated: April 16, 2010   **LaMonica Herbst & Maniscalco, LLP**
              **Attorneys for the Committee**

              By: /s/ Adam P. Wofse
                 Adam P. Wofse, Esq.
                 3305 Jerusalem Avenue
                 Wantagh, New York 11793
                 (516) 826-6500

Dated: April 19, 2010    **Watson, Farley & Williams LLP**
                         **Attorneys for the Lender**

                         By:   /s/ Alfred E. Yudes, Jr.
                               Alfred E. Yudes, Jr.
                               1133 Avenue of the Americas, 11th Floor
                               New York, New York 10036
                               (212) 922-2211

Date: April 19, 2010     **Cullen and Dykman, LLP**
                         **Attorneys for the Debtors**

                         By:   /s/ Matthew G. Roseman
                               Matthew G. Roseman, Esq.
                               100 Quentin Roosevelt Blvd.
                               Garden City, New York 11530
                               (516) 357-3817

SO ORDERED



**Dated: April 20, 2010**                    _____
**Central Islip, New York**                  **Alan S. Trust**
                                             **United States Bankruptcy Judge**