CULLEN AND DYKMAN LLP
Attorneys for Reorganized Debtors
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                    Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,      Case Nos. 09-78585 (AST)
                                                                    09-78584 (AST)
                                                                    09-78589 (AST)
                                                                    09-78586 (AST)
                                                                    09-78587 (AST)
                                                                    09-78588 (AST)
                                                                    09-78590 (AST)

                            Debtors.
-------------------------------------------------------x

## NOTICE OF CHANGE OF TIME OF HEARING

GENTLEMEN:

Please be advised that all matters scheduled before the Honorable Alan S. Trust in the matter Global Container Lines Ltd., et al., Case No. 09-78585 scheduled for June 9, 2010 at 11:00 a.m. have been rescheduled for June 9, 2010 at 2:00 p.m.

Dated: Garden City, New York
       April 22, 2010

                                    CULLEN AND DYKMAN LLP

                                    By: s/ Matthew G. Roseman
                                    Matthew G. Roseman (MGR 1387)
                                    Attorneys for Global Container Lines, Ltd., et al.
                                    100 Quentin Roosevelt Boulevard
                                    Garden City, New York 11530
                                    (516) 357-3700