UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                Case Nos.  09-78585 (AST)
                                                               09-78584 (AST)
                                                               09-78589 (AST)
                                                               09-78586 (AST)
                                                               09-78587 (AST)
                                                               09-78588 (AST)
                                                               09-78590 (AST)

                            Debtors.
--------------------------------------------------------x

## ORDER GRANTING MOTION OF DEBTORS
## AND APPROVING SETTLEMENT AGREEMENT
## WITH THE UNITED NATIONS

Upon the Motion of the Debtors to approve a Settlement Agreement with the United Nations dated April 2, 2010 (the "Motion") and pursuant to Rules 2002, 9006 and 9019 of the Federal Rules of Bankruptcy Procedure; and no objections having been raised to the Motion and it appearing that good and sufficient notice of the Motion has been given; and upon the hearing held before this Court on April 21, 2010 and the statements of counsel upon the record at the hearing and sufficient cause appearing therefore,

Now upon the Motion of Cullen and Dykman LLP, counsel to Debtors and Debtors-In-Possession it is

**ORDERED**, that the Motion be and hereby is granted; and it is further

**ORDERED**, that the Settlement and Release Agreement by and between the Debtor and the United Nations annexed as Exhibit "A" to the Motion is approved in its entirety.



**Dated: April 23, 2010**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**