UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| GLOBAL CONTAINER LINES LTD., et al., | Case Nos.   09-78585-AST |
| | 09-78584-AST |
| | 09-78589-AST |
| | 09-78586-AST |
| | 09-78587-AST |
| | 09-78588-AST |
| | 09-78590-AST |
| | (Jointly Administered) |
| Debtors. | |

-------------------------------------------------------------------x

**ORDER APPROVING EMPLOYMENT OF
BEDERSON & COMPANY, LLP AS ACCOUNTANTS
FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Upon consideration of the application (the "Application") of the Official Committee of Unsecured Creditors (the "Committee"), by its counsel, LaMonica Herbst & Maniscalco, LLP, in the above-captioned jointly administered Chapter 11 cases of Global Container Lines Ltd., *et al.*, (the "Debtors"), seeking authority to employ Bederson & Company, LLP ("B&C") to represent the Committee under a general retainer as its accountants, and upon the certification of Sean Raquet, CPA, a partner of B&C (the "Certification"), which is attached to the Application, and it appearing that: (i) the employment of B&C is necessary and would be in the best interests of the Committee and the estates; (ii) B&C is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code; and (iii) that the B&C represents no interest adverse to these estates, and no adverse interest appearing herein, and no additional notice being required, it is hereby

**ORDERED**, that in accordance with Section 1103 of the Bankruptcy Code, B&C is

1

authorized and empowered to represent the Committee as its accountants under a general retainer; and it is further

**ORDERED**, that no compensation or reimbursement of expenses shall be paid to B&C for professional services rendered to the Committee, except upon proper application under Sections 330 and 331 of the Bankruptcy Code, and by further Order of this Court.

Dated: April 22, 2010
      Central Islip, New York

NO OBJECTION

/S/ Stan Y. Yang
UNITED STATES TRUSTEE



**Dated: April 23, 2010**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**

2