UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                    Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,      Case Nos. 09-78585 (AST)
                                                    09-78584 (AST)
                                                    09-78589 (AST)
                                                    09-78586 (AST)
                                                    09-78587 (AST)
                                                    09-78588 (AST)
                                                    09-78590 (AST)

                         Debtors.
----------------------------------------------------------x

**ORDER GRANTING DEBTORS' FIRST OMNIBUS OBJECTION UNDER SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER EXPUNGING CLAIM NOS. 51, 52, 53 AND 54 FILED AGAINST GLOBAL CONTAINER LINES LTD. AND CLAIM NO. 19 FILED AGAINST GILMORE SHIPPING CORP. AS BEING TIME-BARRED**

Global Container Lines Ltd. ("Global") and Gilmore Shipping Corp. ("Gilmore"), two of the debtors and debtors-in-possession herein (the "Debtors"), having brought a First Omnibus Objection dated May 7, 2010, under 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure for an order expunging certain time-barred claims filed against them (the "Objection"); and

The Debtors having properly served the Objection on all claimants affected by the Objection at the addresses set forth in their respective proofs of claim, the Office of the United States Trustee for the Eastern District of New York, and counsel for the Creditors' Committee and all persons or entities who filed a Notice of Appearance; and

A hearing having been held on June 9, 2010 with respect to the relief sought in the Objection, and the Court having heard the arguments of all parties present at the hearing; and

The Court having determined that good and proper notice of the relief sought in the Objection was made in accordance with the Bankruptcy Code and the Bankruptcy Rules and that cause exists to grant the relief sought in the Objection;

NOW, THEREFORE, in consideration of the foregoing, it is hereby ordered as follows:

1. The following claims, all of which are included in Exhibit "B" to the Objection, be, and hereby are, expunged on the grounds that they are time-barred:

| CLAIMANT | DEBTOR | CLAIM NO. |
|---|---|---|
| Corrugated Sheets Ltd. | Global | 52 |
| Gulf Liners Shipping Agencies LLC | Global | 53 |
| Kristensons Petroleum Inc. | Global | 51 |
| Seven Seas Shiphandlers LLC | Gilmore | 19 |
| Trans Ethiopia PLC | Global | 54 |

2. Nothing in this Order shall prevent the Debtors from filing additional objections, including, without limitation, objections as to the validity, amount, classification and status of any claims in the Debtors' case including, without limitation, the claims that are the subject of this Order.

Dated: Central Islip, New York
June __, 2010

ALAN S. TRUST
United States Bankruptcy Judge