# EXHIBIT "B"

| CLAIMANT'S NAME AND ADDRESS | DEBTOR | CLAIM AMOUNT | BASIS OF OBJECTION |
|---|---|---|---|
| Al Mubarek Odwreon<br>PO Box 722<br>Durai, UAE | Gilmore | $179,405.38 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |
| GE Seaco Charleston<br>215 East Bay Street<br>Suite 403-C<br>Charleston, SC 29401 | Global | $62,921.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |
| Groupe Eyssautier<br>c/o Budd S.A. Marseille<br>7 Rue Bailli De Suffren<br>13001 Marseille, France | Global | $100,000.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |
| Intercargo Clearing & Forwarding<br>Q. Asatique<br>Av. Des Payans<br>BP Bujumbura | Global | $51,759.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |

| CLAIMANT'S NAME AND ADDRESS | DEBTOR | CLAIM AMOUNT | BASIS OF OBJECTION |
|---|---|---|---|
| James J. Flanagan Stevedores<br>595 Orelans<br>Suite 1500<br>Beaumont, TX 77701 | Global | $25,118.40 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |
| Keraba and Bayo Freight Transport<br>PO Box 2075<br>Addis Ababa, Ethiopia | Global | $68,100.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |
| Mercur International for Development Co. Ltd.<br>Hameau de la Lanterne 2<br>B-7890 Wodecq/Belgium | Global | $979,835.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |
| Rennie Ship Agency<br>Rennie House<br>41 Margaret Mncadi Avenue<br>Esplanade, Durbain 4001<br>South Africa | Global | $18,600.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |

| CLAIMANT'S NAME AND ADDRESS | DEBTOR | CLAIM AMOUNT | BASIS OF OBJECTION |
|---|---|---|---|
| Thocomar Shipping Senegal<br>1 Rue Parent<br>B.P. 1781 Daker<br>Senegal | Global | $56,612.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |
| Tosi Maritime Consultants<br>PO Box 5488<br>Washington, DC 20016 | Global | $24,000.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |
| World Food Program<br>Via Cesare Giulio Viola<br>Parco de'Medici<br>00148 Rome Italy | Global | $38,500.00 | Disputed Scheduled Claim Without Subsequent Proof of Claim (¶s 6-10 of Objection) |

B6A (Official Form 6A) (12/07)

In re **Global Container Lines Limited**

Case No. **8-09-78585**

Debtor

## SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

Sub-Total > 0.00 (Total of this page)

Total > 0.00

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re  **Global Container Lines Limited**　　　　　　　　　　　　　　　　　Case No.　**8-09-78585**
　　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

  Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **JP Morgan Chase (checking); 1985 Marcus Avenue; New Hyde Park, New York 11042** | - | 19,897.31 |
| | | **Capital One Bank (checking);** | - | 1,055.27 |
| | | **National Bank of Pakistan (checking); 100 Wall Street, New York, New York 10005** | - | 6,329.75 |
| | | **Capital One Bank (CD)** | - | 1,033.78 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　**28,316.11**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

__3__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Global Container Lines Limited**
                        Debtor

Case No. __8-09-78585__

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | Redstone Shipping Corp. 51% shareholder | - | 0.00 |
| | | Gallant Shipping Corp., Stewart Shipping Corp.; Dover Shipping Corp; Atlas Shipping Corp; (100% shareholder) | - | 200.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Dyn Corp International | - | 20,000.00 |
| | | United Nations/Frt/Fwd Unit | - | 4,920,905.21 |
| | | United Nations mission in Liberia (UNMIL) | - | 301,415.64 |
| | | Africa Liner Agencies Ltd-Mombasa | - | 1,859,852.27 |
| | | African Liner Agencies(T) Ltd.Dar Es Salaam | - | 35,000.00 |
| | | Gulf Liner Shipping Agencies-Dubai | - | 1,139,220.34 |
| | | From Redstone Shipping Corp. | - | 8,002,799.00 |
| | | Shiptrade Inc. | - | 2,259,160.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >      **18,538,552.46**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

In re **Global Container Lines Limited**, Case No. **8-09-78585**
Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Friends (P.V.T,) Ltd.** | - | 1,286,700.00 |
| | | **Tax Refund** | - | 387,396.00 |
| | | **claim by Global Container Lines Limited v. Beira Port Authority, Mozambique, in Mozambican Supreme Court** | - | 102,000.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |

Sub-Total > **1,776,096.00**
(Total of this page)

Sheet **2** of **3** continuation sheets attached
to the Schedule of Personal Property

In re  **Global Container Lines Limited**                         Case No.  **8-09-78585**
                           Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Sub-Total >      0.00
(Total of this page)
Total >      **20,342,964.57**

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re  **Global Container Lines Limited**  
_____,  
Debtor

Case No. __8-09-78585__

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No.<br><br>Abdulkader Kordoughli<br>PO Box 1897<br>Lattakia, Syria | | - | | Value $ 31,758.00 | | | | 31,758.00 | 0.00 |
| Account No.<br><br>Consilium<br>PO Box 8018<br>SAIF Zone<br>Sharjah, UAE | | - | | Value $ 2,420.00 | | | | 2,420.00 | 0.00 |
| Account No.<br><br>Crew Wages-MV Caterina<br>c/o Engina Shipping<br>Liberia | | - | | Value $ 109,000.00 | | | | 109,000.00 | 0.00 |
| Account No.<br><br>Cux Parts<br>D-27607 Langen, Germany | | - | | Value $ 1,290.00 | | | | 1,290.00 | 0.00 |
| __2__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 144,468.00 | 0.00 |

In re **Global Container Lines Limited**, Debtor

Case No. **8-09-78585**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Elcome International<br>Dubai Investments Park<br>PO Box 1788<br>Dubai, UAE | | - | Value $ 10,670.00 | | | | 10,670.00 | 0.00 |
| Account No.<br><br>Interpool Limited<br>211 College Road East<br>Princeton, NJ 08540 | | - | Value $ 0.00 | | | X | 0.00 | 0.00 |
| Account No.<br><br>National Bank of Pakistan<br>100 Wall Street<br>New York, NY 10005 | | - | Per December 23, 2008 credit agreement, bank has lien in contract receivables and on their proceeds<br><br>Value $ 0.00 | | | | 13,863,634.00 | 4,623,634.00 |
| Account No.<br><br>Rhine Marine<br>PO Box 86710<br>Dubai, UAE | | - | Value $ 1,980.00 | | | | 1,980.00 | 0.00 |
| Account No.<br><br>Saeed Marine<br>PO Box 50636<br>Dubai, UAE | | - | Value $ 11,845.00 | | | | 11,845.00 | 0.00 |

Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **13,888,129.00** | **4,623,634.00**

In re **Global Container Lines Limited**  Case No. **8-09-78585**
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. contract 3507 and 3531 <br><br> Seacastle Container Leasing <br> 1 Maynard Drive <br> Park Ridge, NJ 07656 | - | | 4/1/2009-7/31/2009 <br><br><br> Value $ 360,000.00 | | | X | 360,648.00 | 648.00 |
| Account No. <br><br> Seven Sea Shipchandlers <br> PO Box 5592 <br> Dubai, UAE | - | | <br><br><br> Value $ 4,897.23 | | | | 4,897.23 | 0.00 |
| Account No. <br><br> Sigma Paints <br> PO Box 52781 <br> Duabi, UAE | - | | <br><br><br> Value $ 7,050.75 | | | | 7,050.75 | 0.00 |
| Account No. <br><br> Triton Container International Limited <br> 55 Green Street <br> San Francisco, CA 94111 | - | | 7/30/09-8/30/09 <br><br><br> Value $ 40,884.80 | | | | 40,884.80 | 0.00 |
| Account No. <br><br><br><br> | | | <br><br><br> Value $ | | | | | |

Sheet **2** of **2** continuation sheets attached to Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 413,480.78 | 648.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 14,446,077.78 | 4,624,282.00 |

In re   **Global Container Lines Limited**                                    Case No.   **8-09-78585**
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

   A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

   The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

   If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

   Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

   Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

   Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                              **0**    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **Global Container Lines Limited**  
_____,  
Debtor

Case No. __8-09-78585__

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **DG142** <br><br> **AND Group PLC** <br> **Tanners Bank** <br> **North Shields, Tyne and W** <br> **NE30 1JH United Kingdom** | | - | 5/20/9-8/29-09 | | | | 1,571.29 |
| Account No. <br><br> **Applied Weather** <br> **Technology** <br> **158 Commercial Street** <br> **Sunnyvale, CA 94086** | | - | 5/30/09-1/1/09 | | | | 5,453.34 |
| Account No. <br><br> **Blue Sea Capital** <br> **62 Southfeld Avenue** <br> **Building 2 Suite 214** <br> **Stamford, CT 06902** | | - | | | | | 145,500.00 |
| Account No. <br><br> **Briarcliffe Ltd. Caterina** <br> **Akin, Gump, Straus, Hauer** <br> **590 Madison Avenue** <br> **attn. Heidi Liss** <br> **New York, NY 10022** | | - | | | | | 2,862,382.00 |

__10__ continuation sheets attached

Subtotal  
(Total of this page)   **3,014,906.63**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

S/N:34511-100407   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Global Container Lines Limited**  
Debtor

Case No. **8-09-78585**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Briarcliffe ltd. Loan** <br> c/o Akin Gump Strauss <br> Hauer & Feld LLC <br> 590 Madison Avenue <br> New York, NY 10022 | - | | | | | | 1,885,020.00 |
| Account No. <br> **C.R. Cushing & Co., Inc.** <br> 30 Vessey Street <br> 7th Floor <br> New York, NY 10007 | - | | | | | | 4,720.00 |
| Account No. <br> **Comet Shipping Nigeria Lt** <br> c/o Michael J Carcich <br> Wall Street Plaza <br> 88 Pine Street 7th Fl <br> New York, NY 10005 | - | | | | | X | 191,713.00 |
| Account No. <br> **Container Applications Limited (CAI)** <br> One Embarcadero Center <br> Suite 2102 <br> San Francisco, CA 94111 | - | | | | | X | 36,277.80 |
| Account No. <br> **Dan Bunkering ltd.** <br> Strandvejen 5 <br> PO Box 71 <br> DK05500 Middelfart <br> Denmark | - | | 3/31/07 | | | | 9,750.49 |

Sheet no. **1** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **2,127,481.29**

In re __Global Container Lines Limited__, Case No. __8-09-78585__
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Descartes Systems(USA)LLC  Power Ferry Business Park  Suite 520 Building 500  2030 Powers Ferry Road SE  Atlanta, GA 30339 | - | | 11/30/2009-4/30/2009 | | | | 650.00 |
| Account No.  Dewitt Stern Imperatore  PI Insurance  Harbourside Financial Ctr  Jersey City, NJ 07311 | - | | | | | X | 632,320.00 |
| Account No.  Dewitt Stern Imperatore  Container Insurance  Harbourside Financial Ctr  Plaza Five Suite 1500  Jersey City, NJ 07311 | - | | | | | X | 13,500.00 |
| Account No.  Dewitt Stern Imperatore  (FD & D)  Harbourside Financial Ctr  Plaza Five Suite 1500  Jersey City, NJ 07311 | - | | | | | X | 15,829.00 |
| Account No.  Dewitt Stern Imperatore  (H&M)  Harbourside Financial Cr.  Plaza Five Suite 1500  Jersey City, NJ 07311 | - | | | | | X | 28,095.00 |

Sheet no. __2__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) __690,394.00__

B6F (Official Form 6F) (12/07) - Cont.

In re **Global Container Lines Limited**, Case No. **8-09-78585**
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Dr. A. Alizadeh<br>100 Quentin Roosevelt Blv<br>Garden City, NY 11530 | | - | | | | | 371,830.00 |
| Account No.<br><br>Dr. N Paksima<br>100 Quentin Roosevelt Blv<br>Garden City, NY 11530 | | - | | | | | 138,332.00 |
| Account No.<br><br>GE Seaco Charleston<br>215 East Bay Street<br>Suite 403-C<br>Charleston, SC 29401 | | - | | | | X | 62,921.00 |
| Account No.<br><br>Groupe Eyssautier<br>c/o Budd S.A. Marseille<br>7 Rue Bailli De Suffren<br>13001 Marseille, France | | - | | | | X | 100,000.00 |
| Account No.<br><br>Hiller Systems, Inc.<br>PO Box 91508<br>Mobile, AL 36691 | | - | | | | | 1,828.31 |

Sheet no. **3** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **674,911.31**