In re   **Global Container Lines Limited**                 Case No.   **8-09-78585**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Intercargo Clearing and Forwarding Q. Asatique Av. Des Payans BP Bujumbura** | - | | | | | | X | 51,759.00 |
| Account No. | | | | | | | | |
| **James J. Flanagan Stevedores 595 Orleans Suite 1500 Beaumont, TX** | - | | | | | | X | 25,118.40 |
| Account No. | | | | | | | | |
| **Keraba and Bayo Freight Transport PO Box 2075 Addis Ababa, Ethiopia** | - | | | | | | X | 68,100.00 |
| Account No. | | | | | | | | |
| **Keybank Equipment Finance 66 South Pearl Street Albany, NY 12207** | - | | | | X | | X | 9,083,000.00 |
| Account No. | | | | | | | | |
| **Keybank National Association 66 South Pearl Street Albany, NY 12207** | - | | | | X | | X | 1,195,000.00 |

Sheet no. **4** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal     **10,422,977.40**
(Total of this page)

In re   **Global Container Lines Limited**          Case No.   **8-09-78585**

                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Legge Farrow Kimmit McGrath & Brown 6363 Woodway Suite 400 Houston, TX 77057 | - | | | | | | | 1,635.90 |
| **Account No.** | | | | 1/25/2009-7/30/2009 | | | | |
| Lilo Transport P.L.C. Bada Street House No. 19-23 Asmara, Eritrea | - | | | | | | | 31,251.00 |
| **Account No.** | | | | 7/15/2008-7/31/2009 | | | | |
| Mercur International for Development Co., Ltd. Hameau de la Lanterne 2 B-7890 Wodecq/Belguim | - | | | | | | X | 979,835.00 |
| **Account No.** | | | | | | | | |
| Middle East Express PO Box 622 Sharjah, UAE | - | | | | | | | 1,692.20 |
| **Account No.** | | | | 3/31/2009-7/30/2009 | | | | |
| Multistar Tank Leasing Company LLC 18333 Egret Bay Boulevard Suite 410 Houston, TX 77058 | - | | | | | | | 8,775.00 |

Sheet no. **5** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **1,023,189.10**

In re   **Global Container Lines Limited**                                          Case No. __8-09-78585__
_____,
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **NCOS** **For Logistic and Customs** **Clearance Services** **c/o Noureddin El Shaari** **Benghazi/Libya** | - | | | | | | | 4,829.17 |
| Account No. | | | | 12/31/2008-4/27/2009 | | | | |
| **Potomac Maritime** **1729 Wisconsin Avenue** **2nd Floor** **Washington, DC 20007** | - | | | | | | | 30,045.73 |
| Account No. | | | | | | | | |
| **Rennie Shipd Agency (Pty)** **Rennie House** **41 Margaret Mncadi Avenue** **Esplanade, Durbain 4001** **South Africa** | - | | | | | | X | 18,600.00 |
| Account No. | | | | | | | | |
| **SDV Ghan Limited** **c/o Weber Gallagher** **Simpson Stapleon Fires &** **2000 Market St. 13 Fl.** **Philadelphia, PA 19103** | - | | | | | | X | 445,175.00 |
| Account No. | | | | | | | | |
| **Sea Pride Enterprises** **Comboni Street** **PO Box 76** **Port Sudan, Sudan** | - | | | | | | | 27,658.00 |

Sheet no. __6__ of __10__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

526,307.90

In re **Global Container Lines Limited** , Case No. **8-09-78585**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | X | |
| Spedag East Africa Ltd. Kriegackerstasse 91 Muttenz 4002 Basel Switzerland | | | | | | | 797,342.00 |
| Account No. | | - | 7/15/09-7/31/09 | | | | |
| Syed Amjad Hussain & Co 12, Cour chambers Syedna Tahir Saifuddin Rd Karachi, OK 74200 | | | | | | | 14,330.00 |
| Account No. | | - | 4/30/09-7/31/09 | | | X | |
| TAL International Container Corp. 100 Manhattanville Road Purchase, NY 10577-2135 | | | | | | | 124,300.77 |
| Account No. | | - | | | | X | |
| Tanzania Road Haulage PO Box 21493 Nelson Mandela Expressway Dar Es Salaam, Tanzania | | | | | | | 1,267,500.00 |
| Account No. | | - | | | | | |
| Tencarva Machinery Co. Jay A Press P.C. 115 Broad Hollow Road Suite 350 Melville, NY 11747 | | | | | | | 8,668.00 |

Sheet no. **7** of **10** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **2,212,140.77**

In re **Global Container Lines Limited** , Case No. **8-09-78585**
_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Textainer Equipment<br>650 California Street<br>16th Floor<br>San Francisco, CA 94108** | - | | | | | X | 164,778.70 |
| Account No.<br>**Thocomar Shipping Senegal<br>1 Rue Parent<br>B.P. 1781 Daker<br>Senegal** | - | | | | | X | 56,612.00 |
| Account No.<br>**Tosi Maritime Consultants<br>PO Box 5488<br>Washington, DC 20016** | - | | 4/30/08-12/31/08 | | | X | 24,000.00 |
| Account No.<br>**Trans Ethiopia PLC<br>Adigrat Road Elala<br>Mekelle, Tigray<br>Ethiopia 459** | - | | | | | X | 96,514.07 |
| Account No.<br>**TSG Technical Services<br>2215 M Street Northwest<br>Washington, DC 20037** | - | | | | X | | 229,954.64 |

Sheet no. **8** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **571,859.41**

In re __Global Container Lines Limited__ ,     Case No. __8-09-78585__

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> U.S. Department of Homeland Security 1430 A Kristina Way Chesapeake, VA 23326 | | - | | | | | | 4,881.20 |
| Account No. <br><br> Uni Global Business Bangladesh Taher Tower 9th Floor Circle 2 Dhaka-1212 | | - | | | | | | 26,418.44 |
| Account No. <br><br> United States Dept of Agriculture Kansas City Commodity PO Box 419205 Kansas City, MO 64114 | | - | | | | | X | 145,785.00 |
| Account No. <br><br> US Bureau of Customs and Border Protection PO Box 70946 Charlotte, NC 28272 | | - | | | | | | 131,654.00 |
| Account No. <br><br> US Customs and Border Protection PO Box 70946 Charlotte, NC 28272 | | - | | | | | | 14,082.10 |

Sheet no. __9__ of __10__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     322,820.74

In re   **Global Container Lines Limited**                           ,     Case No.   **8-09-78585**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **W.K. Webster & Co Ltd.** **Christopher House** **Station Road** **Sidcup, Kent DA15 7BS** **United Kingdom** | | - | | | | | 15,000.00 |
| Account No. | | | | | | | |
| **World Food Program** **Via Cesare Giulio Viola** **Parco de'Medici** **00148 Rome Italy** | | - | | | | X | 38,500.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **10** of **10** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 53,500.00 |
| | Total (Report on Summary of Schedules) | 21,640,488.55 |

# Eastern District of New York
# Claims Register

### 8-09-78585-ast Global Container Lines Limited

| | |
|---|---|
| **Judge:** Alan S. Trust | **Chapter:** 11 |
| **Office:** Central Islip | **Last Date to file claims:** 03/12/2010 |
| **Trustee:** | **Last Date to file (Govt):** |

| *Creditor:* (6450570) History<br>Legge Farrow Kimmit McGrath & Brown, LLP<br>6363 Woodway<br>Suite 400<br>Houston, TX 77057-1714 | **Claim No: 1**<br>*Original Filed Date:* 11/23/2009<br>*Original Entered*<br>*Date:* 11/25/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $1635.90<br>**Total claimed: $1635.90** | | |
| *History:*<br>Details  1-1  11/23/2009 Claim #1 filed by Legge Farrow Kimmit McGrath & Brown, LLP, total amount claimed: $1635.9 (dmc) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (6450537) History<br>Applied Weather<br>Technology<br>158 Commercial Street<br>Sunnyvale, CA 94086-5201 | **Claim No: 2**<br>*Original Filed Date:* 11/30/2009<br>*Original Entered*<br>*Date:* 12/02/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|
| Unsecured claimed: $5453.34<br>**Total claimed: $5453.34** | | |
| *History:*<br>Details  2-1  11/30/2009 Claim #2 filed by Applied Weather, total amount claimed: $5453.34 (bab) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (6450586)<br>Seven Sea Shipchandlers<br>PO Box 5592<br>Dubai, UAE | **Claim No: 3**<br>*Original Filed Date:* 11/30/2009<br>*Original Entered*<br>*Date:* 12/09/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|
| Secured claimed: $22470.90<br>**Total claimed: $22470.90** | | |
| *History:*<br>Details  3-1  11/30/2009 Claim #3 filed by Seven Sea Shipchandlers, total amount claimed: $22470.9 (dmc) | | |
| *Description:* | | |
| *Remarks:* | | |

| *Creditor:* (6450586)<br>Seven Sea Shipchandlers<br>PO Box 5592 | **Claim No: 4**<br>*Original Filed Date:* 11/30/2009<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc, |
|---|---|---|

| Dubai, UAE | Date: 12/09/2009 | Modified: |
|---|---|---|

Secured claimed: $5389.35
**Total   claimed: $5389.35**

*History:*
Details   4-1   11/30/2009 Claim #4 filed by Seven Sea Shipchandlers, total amount claimed: $5389.35 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:*   (6450586)<br>Seven Sea Shipchandlers<br>PO Box 5592<br>Dubai, UAE | **Claim No: 5**<br>*Original Filed Date:* 12/07/2009<br>*Original Entered*<br>*Date:* 12/10/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Secured claimed: $35862.90
**Total   claimed: $35862.90**

*History:*
Details   5-1   12/07/2009 Claim #5 filed by Seven Sea Shipchandlers, total amount claimed: $35862.9 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:*   (6509601)<br>Arthur J. Weis<br>c/o: Friedman, James & Buchsbaum LLP<br>Attn: John P. James, Esq.<br>132 Nassau Street/Ste. 900<br>New York, NY 10038 | **Claim No: 6**<br>*Original Filed Date:* 12/18/2009<br>*Original Entered*<br>*Date:* 12/22/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1000000.00
**Total   claimed: $1000000.00**

*History:*
Details   6-1   12/18/2009 Claim #6 filed by Arthur J. Weis, total amount claimed: $1000000 (bab)

*Description:*

*Remarks:*

---

| *Creditor:*   (6524397)<br>Keybank National Association<br>c/o Lemery Greisler LLC<br>50 Beaver Street, 2nd Floor<br>Albany, New York 12207 | **Claim No: 7**<br>*Original Filed Date:* 01/05/2010<br>*Original Entered*<br>*Date:* 01/05/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Levine, Paul<br>*Modified:* |
|---|---|---|

Secured claimed: $5218308.41
**Total   claimed: $5218308.41**

*History:*
Details   7-1   01/05/2010 Claim #7 filed by Keybank National Association, total amount claimed: $5218308.41 (Levine, Paul )

*Description:*

*Remarks:*

| Creditor: (6524418)<br>Key Equipment Finance Inc.<br>c/o Lemery Greisler LLC<br>50 Beaver Street, 2nd Floor<br>Albany, New York 12207 | Claim No: 8<br>Original Filed Date: 01/05/2010<br>Original Entered<br>Date: 01/05/2010 | Status:<br>Filed by: CR<br>Entered by: Levine, Paul<br>Modified: |
|---|---|---|

Secured claimed: $9536910.48

**Total claimed: $9536910.48**

*History:*

Details  8-1  01/05/2010 Claim #8 filed by Key Equipment Finance Inc., total amount claimed: $9536910.48 (Levine, Paul )

*Description:*

*Remarks:*

| Creditor: (6453373)<br>SDV Ghan Limited<br>c/o Weber Gallagher<br>Simpson Stapleon Fires &<br>2000 Market St. 13 Fl.<br>Philadelphia, PA 19103 | Claim No: 9<br>Original Filed Date: 01/08/2010<br>Original Entered<br>Date: 01/08/2010 | Status:<br>Filed by: CR<br>Entered by: dkc,<br>Modified: |
|---|---|---|

Unsecured claimed: $450820.08

**Total claimed: $450820.08**

*History:*

Details  9-1  01/08/2010 Claim #9 filed by SDV Ghan Limited, total amount claimed: $450820.08 (dkc)

*Description:*

*Remarks:* (9-1) dkc

| Creditor: (6545861)<br>Spedag East Africa Ltd.<br>c/o Samuel C. Coluzzi, Esq.<br>NICOLETTI HORNIG & SWEENEY<br>Wall Street Plaza<br>88 Pine Street, 7th Floor<br>New York, New York 10005-1801 | Claim No: 10<br>Original Filed Date: 01/25/2010<br>Original Entered<br>Date: 01/26/2010 | Status:<br>Filed by: CR<br>Entered by: srm,<br>Modified: |
|---|---|---|

Unsecured claimed: $797342.00

**Total claimed: $797342.00**

*History:*

Details  10-1  01/25/2010 Claim #10 filed by Spedag East Africa Ltd., total amount claimed: $797342 (srm)

*Description:*

*Remarks:*

| Creditor: (6545893)<br>Comet Shipping Agencies Nigeria Ltd.<br>c/o Michael J. Carcich, Esq.<br>NICOLETTI HORNIG & SWEENEY<br>Wall Street Plaza<br>88 Pine Street, 7th Floor<br>New York, New York 10005-1801 | Claim No: 11<br>Original Filed Date: 01/25/2010<br>Original Entered<br>Date: 01/26/2010 | Status:<br>Filed by: CR<br>Entered by: srm,<br>Modified: |
|---|---|---|

Unsecured claimed: $193919.20

**Total claimed: $193919.20**

*History:*

Details   11-1 01/25/2010 Claim #11 filed by Comet Shipping Agencies Nigeria Ltd., total amount claimed: $193919.2 (srm)

*Description:*

*Remarks:*

---

| *Creditor:*   (6555260)<br>Delta Marine Services<br>7, Panama & Elgomhoria St.<br>Attn. Mr. Ahmed Rezik<br>Port Said Egypt 0020127909998 | **Claim No: 12**<br>*Original Filed Date:* 01/28/2010<br>*Original Entered*<br>*Date:* 02/01/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $22939.09

**Total**    **claimed: $22939.09**

*History:*

Details   12-1 01/28/2010 Claim #12 filed by Delta Marine Services, total amount claimed: $22939.09 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:*   (6569395)<br>Briarcliff Limited<br>c/o Heidi Liss, Esq.<br>Akin, Gump, Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>212-872-1047 | **Claim No: 13**<br>*Original Filed Date:* 02/15/2010<br>*Original Entered*<br>*Date:* 02/15/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barnard, R<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1885020.00

**Total**    **claimed: $1885020.00**

*History:*

Details   13-1 02/15/2010 Claim #13 filed by Briarcliff Limited, total amount claimed: $1885020 (Barnard, R )

*Description:* (13-1) Money loaned

*Remarks:*

---

| *Creditor:*   (6569396)<br>Briarcliff Limited (Caterina)<br>c/o Heidi Liss, Esq.<br>Akin, Gump, Strauss, Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>212-872-1047 | **Claim No: 14**<br>*Original Filed Date:* 02/15/2010<br>*Original Entered*<br>*Date:* 02/15/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Barnard, R<br>*Modified:* |
|---|---|---|

Unsecured claimed: $2862382.00

**Total**    **claimed: $2862382.00**

*History:*

Details   14-1 02/15/2010 Claim #14 filed by Briarcliff Limited (Caterina), total amount claimed: $2862382 (Barnard, R )

*Description:* (14-1) Charter Hire

*Remarks:*

---

| *Creditor:*   (6575107)<br>Middle East Express Ltd.<br>Mazen Abdul Majeed Al Khatib Building | **Claim No: 15**<br>*Original Filed Date:* 02/18/2010<br>*Original Entered* | *Status:*<br>*Filed by:* CR<br>*Entered by:* dhc, |
|---|---|---|

| Shop No 2<br>Umm Al Tarafa<br>PO Box 622<br>Sharjah UAE | Date: 02/19/2010 | Modified: |
|---|---|---|

Unsecured claimed: $463.45

**Total** claimed: **$463.45**

*History:*

Details  15-1  02/18/2010 Claim #15 filed by Middle East Express Ltd., total amount claimed: $463.45 (dhc)

*Description:*

*Remarks:*

---

| Creditor:    (6450560)<br>Hiller Systems, Inc.<br>PO Box 91508<br>Mobile, AL 36691 | **Claim No: 16**<br>*Original Filed Date*: 02/19/2010<br>*Original Entered*<br>*Date*: 03/01/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1908.31

**Total** claimed: **$1908.31**

*History:*

Details  16-1  02/19/2010 Claim #16 filed by Hiller Systems, Inc., total amount claimed: $1908.31 (bab)

*Description:*

*Remarks:*

---

| Creditor:    (6591079)<br>Main Industries, Inc.<br>107 E Street<br>Hampton VA 23661 | **Claim No: 17**<br>*Original Filed Date*: 03/01/2010<br>*Original Entered*<br>*Date*: 03/03/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $37800.00

**Total** claimed: **$37800.00**

*History:*

Details  17-1  03/01/2010 Claim #17 filed by Main Industries, Inc., total amount claimed: $37800 (dmc)

*Description:*

*Remarks:*

---

| Creditor:    (6591813)<br>Alatas Middle East<br>Jebel Ali Free Zone-South<br>PO Box 263007<br>Dubai, UAE | **Claim No: 18**<br>*Original Filed Date*: 03/01/2010<br>*Original Entered*<br>*Date*: 03/04/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unknown claimed: $527.50

**Total** claimed: **$527.50**

*History:*

Details  18-1  03/01/2010 Claim #18 filed by Alatas Middle East, total amount claimed: $527.5 (dmc)

*Description:* (18-1) Dollar amount indicated in Euros

*Remarks:*

| Creditor: (6591823)<br>Alatas Singapore PTE Ltd.<br>10 Toh Guan Road<br>#05-03, T.T. Int'l Tradepark<br>Singapore 608838 | Claim No: 19<br>*Original Filed Date:* 03/01/2010<br>*Original Entered*<br>*Date:* 03/04/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unknown claimed: $28835.24
**Total      claimed: $28835.24**

*History:*
Details   19-1 03/01/2010 Claim #19 filed by Alatas Singapore PTE Ltd., total amount claimed: $28835.24 (dmc)

*Description:* (19-1) Amount indicated in Singapore Dollars

*Remarks:*

| Creditor: (6450595)<br>Textainer Equipment<br>Management<br>650 California Street<br>16th Floor<br>San Francisco, CA 94108 | Claim No: 20<br>*Original Filed Date:* 03/05/2010<br>*Original Entered*<br>*Date:* 03/05/2010 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Weiner, Bruce<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1209222.44
**Total      claimed: $1209222.44**

*History:*
Details   20-1 03/05/2010 Claim #20 filed by Textainer Equipment, total amount claimed: $1209222.44 (Weiner, Bruce )

*Description:* (20-1) Equipment Lease

*Remarks:*

| Creditor: (6599064)   History<br>Seair Global Logistics LLC<br>Office #204, Al Ketbi Building<br>Next to Capitol Hotel, Al Mina Rd.<br>P.O. Box 34225<br>DUBAI - United Arab Emirates<br>Attn: Mr. Johnson Fernandes | Claim No: 21<br>*Original Filed Date:* 03/03/2010<br>*Original Entered*<br>*Date:* 03/10/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $13084.84
**Total      claimed: $13084.84**

*History:*
Details   21-1 03/03/2010 Claim #21 filed by Seair Global Logistics LLC, total amount claimed: $13084.84 (bab)

*Description:*

*Remarks:*

| Creditor: (6599595)<br>TOTAL U.A.E. LLC<br>Al Masaood Tower<br>7th Floor, POB 14871<br>Dubai-United Arab Emirates<br>Attn: Mr. Phillippe Cabus | Claim No: 22<br>*Original Filed Date:* 03/05/2010<br>*Original Entered*<br>*Date:* 03/10/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $43411.55
**Total      claimed: $43411.55**

*History:*

| Details | 22-1 03/05/2010 Claim #22 filed by TOTAL U.A.E. LLC, total amount claimed: $43411.55 (bab) |

*Description:*

*Remarks:*

---

| *Creditor:* (6599595)<br>TOTAL U.A.E. LLC<br>Al Masaood Tower<br>7th Floor, POB 14871<br>Dubai-United Arab Emirates<br>Attn: Mr. Phillippe Cabus | **Claim No: 23**<br>*Original Filed Date:* 03/05/2010<br>*Original Entered<br>Date:* 03/10/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |

Unsecured claimed: $22544.95

**Total** claimed: **$22544.95**

*History:*

Details 23-1 03/05/2010 Claim #23 filed by TOTAL U.A.E. LLC, total amount claimed: $22544.95 (bab)

*Description:*

*Remarks:*

---

| *Creditor:* (6599807)<br>Crescent Towing<br>1240 Patterson St<br>New Orleans, LA 70114 | **Claim No: 24**<br>*Original Filed Date:* 03/08/2010<br>*Original Entered<br>Date:* 03/10/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dhc,<br>*Modified:* |

Unsecured claimed: $17510.96

**Total** claimed: **$17510.96**

*History:*

Details 24-1 03/08/2010 Claim #24 filed by Crescent Towing, total amount claimed: $17510.96 (dhc)

*Description:*

*Remarks:*

---

| *Creditor:* (6600147)<br>DNV Petroleum Services, Inc.<br>318 N. 16th Street<br>La Porte TC 77571 | **Claim No: 25**<br>*Original Filed Date:* 03/02/2010<br>*Original Entered<br>Date:* 03/11/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |

Unsecured claimed: $2150.25

**Total** claimed: **$2150.25**

*History:*

Details 25-1 03/02/2010 Claim #25 filed by DNV Petroleum Services, Inc., total amount claimed: $2150.25 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:* (6450574) History<br>Multistar Tank Leasing Co. LLC<br>18333 Egret Bay Boulevard<br>Suite 410<br>Houston TX 77058 | **Claim No: 26**<br>*Original Filed Date:* 03/10/2010<br>*Original Entered<br>Date:* 03/11/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |

Unsecured claimed: $9094.70

| Total | claimed: **$9094.70** |
|---|---|

*History:*

Details    26-1   03/10/2010 Claim #26 filed by Multistar Tank Leasing Co. LLC, total amount claimed: $9094.7 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:* (6450607)<br>United States Dept of<br>Agriculture<br>Kansas City Commodity<br>PO Box 419205<br>Kansas City, MO 64114 | **Claim No: 27**<br>*Original Filed Date:* 03/11/2010<br>*Original Entered<br>Date:* 03/11/2010 | *Status:*<br>*Filed by:* AT<br>*Entered by:* McFarland, Thomas<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $256470.78 |
|---|
| **Total** claimed: **$256470.78** |

*History:*

Details    27-1   03/11/2010 Claim #27 filed by United States Dept of, total amount claimed: $256470.78 (McFarland, Thomas )

*Description:* (27-1) Services Performed

*Remarks:*

---

| *Creditor:* (6600779)<br>Seacastle Container Leasing LLC<br>c/o J. Stephen Simms<br>Simms Showers LLP<br>20 South Charles Street, Suite 702<br>Baltimore, Maryland 21201 | **Claim No: 28**<br>*Original Filed Date:* 03/11/2010<br>*Original Entered<br>Date:* 03/11/2010 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Simms, J<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $995213.00 |
|---|
| Secured claimed: $887504.00 |
| **Total** claimed: **$1882717.00** |

*History:*

Details    28-1   03/11/2010 Claim #28 filed by Seacastle Container Leasing LLC, total amount claimed: $1882717 (Simms, J )

*Description:* (28-1) Ocean Container Lease. Unpaid Per Diem and Related Lease Charges; Unreturned Equipment; Unpaid Recovery Charges

*Remarks:*

---

| *Creditor:* (6600801)<br>CAI International, Inc.<br>c/o J. Stephen Simms<br>Simms Showers LLP<br>20 South Charles Street, Suite 702<br>Baltimore, Maryland 21201 | **Claim No: 29**<br>*Original Filed Date:* 03/11/2010<br>*Original Entered<br>Date:* 03/11/2010 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Simms, J<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $445259.20 |
|---|
| **Total** claimed: **$445259.20** |

*History:*

Details    29-1   03/11/2010 Claim #29 filed by CAI International, Inc., total amount claimed: $445259.2 (Simms, J )

*Description:* (29-1) Ocean Container Lease. Unpaid Per Diem and Related Lease Charges; Unreturned Equipment; Unpaid Recovery Charges

*Remarks:*

| Creditor: (6600815)<br>Mcallister Towing & Transportation Company<br>c/o J. Stephen Simms<br>Simms Showers LLP<br>20 South Charles Street, Suite 702<br>Baltimore, Maryland 21201 | Claim No: 30<br>*Original Filed Date:* 03/11/2010<br>*Original Entered<br>Date:* 03/11/2010 | Status:<br>*Filed by:* CR<br>*Entered by:* Simms, J<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $10604.78 | |
|---|---|
| **Total** | **claimed: $10604.78** |

*History:*

Details   30-1 03/11/2010 Claim #30 filed by Mcallister Towing & Transportation Company, total amount claimed: $10604.78
                        (Simms, J )

*Description:* (30-1) Tug and Tow Assistance to M/V GLOBAL PATRIOT

*Remarks:*

| Creditor: (6601507)<br>DeWitt Stern, Imperatore, Ltd.<br>Harborside Financial Center<br>Plaza 5, Suite 1510<br>Jersey City New Jersey 07311 | Claim No: 31<br>*Original Filed Date:* 03/11/2010<br>*Original Entered<br>Date:* 03/11/2010 | Status:<br>*Filed by:* AT<br>*Entered by:* Reilly, Mary<br>*Modified:* |
|---|---|---|

| Unsecured claimed: | $1149.59 |
|---|---|
| Secured   claimed: | $248992.41 |
| **Total**   **claimed:** | **$250142.00** |

*History:*

Details   31-1 03/11/2010 Claim #31 filed by DeWitt Stern, Imperatore, Ltd., total amount claimed: $250142 (Reilly, Mary )

*Description:* (31-1) Claim for premiums for vessel insurance

*Remarks:* (31-1) Proof of Maritime Lien Claim also being filed

| Creditor: (6450571)   History<br>Lilo Transport PLC<br>Bada Street House No. 19-23<br>Asmara, Eritrea | Claim No: 32<br>*Original Filed Date:* 03/08/2010<br>*Original Entered<br>Date:* 03/12/2010 | Status:<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $31251.00 | |
|---|---|
| **Total** | **claimed: $31251.00** |

*History:*

Details   32-1 03/08/2010 Claim #32 filed by Lilo Transport PLC, total amount claimed: $31251 (dmc)

*Description:*

*Remarks:*

| Creditor: (6450580)   History<br>Saeed Marine Equipment Est<br>PO Box 50636<br>Dubai, UAE | Claim No: 33<br>*Original Filed Date:* 03/05/2010<br>*Original Entered<br>Date:* 03/12/2010 | Status:<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $178.00 | |
|---|---|
| **Total** | **claimed: $178.00** |

*History:*

Details   33-1 03/05/2010 Claim #33 filed by Saeed Marine Equipment Est, total amount claimed: $178 (dmc)

| | |
|---|---|
| *Description:* | |
| *Remarks:* | |

| *Creditor:*    (6450580)   <u>History</u><br>Saeed Marine Equipment Est<br>PO Box 50636<br>Dubai, UAE | **Claim No: 34**<br>*Original Filed Date:* 03/05/2010<br>*Original Entered*<br>*Date:* 03/12/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $4641.00

**Total**     **claimed: $4641.00**

*History:*

Details   34-1 03/05/2010 Claim #34 filed by Saeed Marine Equipment Est, total amount claimed: $4641 (dmc)

*Description:*

*Remarks:*

| *Creditor:*    (6450580)   <u>History</u><br>Saeed Marine Equipment Est<br>PO Box 50636<br>Dubai, UAE | **Claim No: 35**<br>*Original Filed Date:* 03/05/2010<br>*Original Entered*<br>*Date:* 03/12/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $7311.00

**Total**     **claimed: $7311.00**

*History:*

Details   35-1 03/05/2010 Claim #35 filed by Saeed Marine Equipment Est, total amount claimed: $7311 (dmc)

*Description:*

*Remarks:*

| *Creditor:*    (6450580)   <u>History</u><br>Saeed Marine Equipment Est<br>PO Box 50636<br>Dubai, UAE | **Claim No: 36**<br>*Original Filed Date:* 03/05/2010<br>*Original Entered*<br>*Date:* 03/12/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $591.00

**Total**     **claimed: $591.00**

*History:*

Details   36-1 03/05/2010 Claim #36 filed by Saeed Marine Equipment Est, total amount claimed: $591 (dmc)

*Description:*

*Remarks:*

| *Creditor:*    (6450580)   <u>History</u><br>Saeed Marine Equipment Est<br>PO Box 50636<br>Dubai, UAE | **Claim No: 37**<br>*Original Filed Date:* 03/05/2010<br>*Original Entered*<br>*Date:* 03/12/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $3246.00

        claimed:

| Total | $3246.00 |
|---|---|

History:
Details  37-1  03/05/2010 Claim #37 filed by Saeed Marine Equipment Est, total amount claimed: $3246 (dmc)

Description:

Remarks:

| Creditor:       (6450575)<br>National Bank of Pakistan<br>100 Wall Street<br>New York, NY 10005 | Claim No: 38<br>Original Filed Date: 03/12/2010<br>Original Entered<br>Date: 03/12/2010 | Status:<br>Filed by: CR<br>Entered by: Quartaro, Neil<br>Modified: |
|---|---|---|

Total claimed:

History:
Details  38-1  03/12/2010 Claim #38 filed by National Bank of Pakistan, total amount claimed: $0 (Quartaro, Neil )

Description:

Remarks:

| Creditor:       (6603438)<br>Ulsoy Mrti Roro Isletmeleri A.S.<br>c/o Lennon Murphy & Lennon, LLC<br>2425 Post Road, Suite 302<br>Southport CT 06890 | Claim No: 39<br>Original Filed Date: 03/08/2010<br>Original Entered<br>Date: 03/12/2010 | Status:<br>Filed by: CR<br>Entered by: dmc,<br>Modified: |
|---|---|---|

Unsecured claimed:  $77640.06
Total       claimed: $77640.06

History:
Details  39-1  03/08/2010 Claim #39 filed by Ulsoy Mrti Roro Isletmeleri A.S., total amount claimed: $77640.06 (dmc)

Description:

Remarks:

| Creditor:       (6603518)<br>Logwin Air & Ocean Middle East LLC<br>PO Box 119796<br>Al Mussala Tower 9# 901<br>Dubai, UAE | Claim No: 40<br>Original Filed Date: 03/11/2010<br>Original Entered<br>Date: 03/12/2010 | Status:<br>Filed by: CR<br>Entered by: dmc,<br>Modified: |
|---|---|---|

Unsecured claimed:  $548.71
Total       claimed: $548.71

History:
Details  40-1  03/11/2010 Claim #40 filed by Logwin Air & Ocean Middle East LLC, total amount claimed: $548.71 (dmc)

Description:

Remarks:

| Creditor:       (6603518)<br>Logwin Air & Ocean Middle East LLC<br>PO Box 119796<br>Al Mussala Tower 9# 901<br>Dubai, UAE | Claim No: 41<br>Original Filed Date: 03/11/2010<br>Original Entered<br>Date: 03/12/2010 | Status:<br>Filed by: CR<br>Entered by: dmc,<br>Modified: |
|---|---|---|

Unsecured claimed: $1525.86

**Total** **claimed: $1525.86**

*History:*

Details   <u>41-1</u> 03/11/2010 Claim #41 filed by Logwin Air & Ocean Middle East LLC, total amount claimed: $1525.86 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:* (6603518)<br>Logwin Air & Ocean Middle East LLC<br>PO Box 119796<br>Al Mussala Tower 9# 901<br>Dubai, UAE | **Claim No: 42**<br>*Original Filed Date:* 03/11/2010<br>*Original Entered*<br>*Date:* 03/12/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $293.62

**Total** **claimed: $293.62**

*History:*

Details   <u>42-1</u> 03/11/2010 Claim #42 filed by Logwin Air & Ocean Middle East LLC, total amount claimed: $293.62 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:* (6605937)<br>Pioneer Diesels<br>2135/B Suramya Park<br>Atabhai Chowk, bhavnagar<br>(Gujarat) INDIA | **Claim No: 43**<br>*Original Filed Date:* 03/11/2010<br>*Original Entered*<br>*Date:* 03/15/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $570.00

**Total** **claimed: $570.00**

*History:*

Details   <u>43-1</u> 03/11/2010 Claim #43 filed by Pioneer Diesels, total amount claimed: $570 (bab)

*Description:*

*Remarks:*

---

| *Creditor:* (6606821)<br>MAN DIESEL SAS<br>Avenue De Chatonay (Porte 7)<br>B.P. 427 44615<br>Saint Nazaire Cedex<br>FRANCE | **Claim No: 44**<br>*Original Filed Date:* 03/09/2010<br>*Original Entered*<br>*Date:* 03/16/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $53905.17

**Total** **claimed: $53905.17**

*History:*

Details   <u>44-1</u> 03/09/2010 Claim #44 filed by MAN DIESEL SAS, total amount claimed: $53905.17 (bab)

*Description:*

*Remarks:*

---

| *Creditor:* (6450539)<br>Blue Sea Capital, Inc. | **Claim No: 45**<br>*Original Filed Date:* 03/09/2010 | *Status:*<br>*Filed by:* CR |
|---|---|---|

| 62 Southfield Avenue<br>Stamford, CT 06902 | *Original Entered*<br>*Date:* 03/17/2010 | *Entered by:* bab,<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $145500.00 | | |
|---|---|---|
| **Total**      **claimed: $145500.00** | | |

*History:*
Details   45-1   03/09/2010 Claim #45 filed by Blue Sea Capital, Inc., total amount claimed: $145500 (bab)

*Description:*

*Remarks:*

---

| *Creditor:*   (6450591)   <u>History</u><br>TAL International<br>Container Corp.<br>fka: Transamerica Leasing Inc.<br>100 Manhattanville Road<br>Purchase, NY 10577-2135<br>Attn: Legal Dept. | **Claim No: 46**<br>*Original Filed Date:* 03/09/2010<br>*Original Entered*<br>*Date:* 03/17/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $1622659.04 | | |
|---|---|---|
| **Total**      **claimed: $1622659.04** | | |

*History:*
Details   46-1   03/09/2010 Claim #46 filed by TAL International, total amount claimed: $1622659.04 (bab)

*Description:*

*Remarks:*

---

| *Creditor:*   (6450603)   <u>History</u><br>Triton Container International Limited<br>c/o Peter Fraenkel<br>55 Green Street<br>San Francisco, CA 94111 | **Claim No: 47**<br>*Original Filed Date:* 03/11/2010<br>*Original Entered*<br>*Date:* 03/17/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $383987.24 | | |
|---|---|---|
| **Total**      **claimed: $383987.24** | | |

*History:*
Details   47-1   03/11/2010 Claim #47 filed by Triton Container International Limited, total amount claimed: $383987.24 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:*   (6611271)   <u>History</u><br>GOLTENS CO. LTD.<br>(DUBAI BRANCH)<br>PO BOX 2811 - Shed # 3<br>Jaddaf Shipdocking Yard<br>DUBAI U.A.E. | **Claim No: 48**<br>*Original Filed Date:* 03/09/2010<br>*Original Entered*<br>*Date:* 03/17/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

| Unsecured claimed: $1195.26 | | |
|---|---|---|
| **Total**      **claimed: $1195.26** | | |

*History:*
Details   48-1   03/09/2010 Claim #48 filed by GOLTENS CO. LTD., total amount claimed: $1195.26 (bab)

*Description:*

*Remarks:*

---

| *Creditor:* (6611271) <u>History</u><br>GOLTENS CO. LTD.<br>(DUBAI BRANCH)<br>PO BOX 2811 - Shed # 3<br>Jaddaf Shipdocking Yard<br>DUBAI U.A.E. | **Claim No: 49**<br>*Original Filed Date:* 03/09/2010<br>*Original Entered*<br>*Date:* 03/17/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |

Unsecured claimed: $489.86

**Total      claimed: $489.86**

*History:*

<u>Details</u>   <u>49-1</u> 03/09/2010 Claim #49 filed by GOLTENS CO. LTD., total amount claimed: $489.86 (bab)

*Description:*

*Remarks:*

---

| *Creditor:* (6611271) <u>History</u><br>GOLTENS CO. LTD.<br>(DUBAI BRANCH)<br>PO BOX 2811 - Shed # 3<br>Jaddaf Shipdocking Yard<br>DUBAI U.A.E. | **Claim No: 50**<br>*Original Filed Date:* 03/09/2010<br>*Original Entered*<br>*Date:* 03/17/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |

Unsecured claimed: $19923.44

**Total      claimed: $19923.44**

*History:*

<u>Details</u>   <u>50-1</u> 03/09/2010 Claim #50 filed by GOLTENS CO. LTD., total amount claimed: $19923.44 (bab)

*Description:*

*Remarks:*

---

| *Creditor:* (6611398)<br>Kristensons Petroleum Inc.<br>Attn: Rob Atkinson<br>128 Broad Street<br>Red Bank NJ 07701 | **Claim No: 51**<br>*Original Filed Date:* 03/15/2010<br>*Original Entered*<br>*Date:* 03/17/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |

Unsecured claimed: $1403943.97

**Total      claimed: $1403943.97**

*History:*

<u>Details</u>   <u>51-1</u> 03/15/2010 Claim #51 filed by Kristensons Petroleum Inc., total amount claimed: $1403943.97 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:* (6616020)<br>Corrugated Sheets Ltd<br>c/o Hill Rivkins LLP<br>45 Broadway, Suite 1500<br>New York, NY 10006 | **Claim No: 52**<br>*Original Filed Date:* 03/17/2010<br>*Original Entered*<br>*Date:* 03/19/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

Unsecured claimed: $295300.00

**Total      claimed: $295300.00**