*History:*

Details   52-1   03/17/2010 Claim #52 filed by Corrugated Sheets Ltd, total amount claimed: $295300 (mna)

*Description:*

*Remarks:*

---

| *Creditor:* (6618628) <u>History</u><br>Gulf Liners Shipping Agencies LLC<br>PO Box 3274<br>Offices Land Building, Suite 201, Karama<br>Dubai, UAE | **Claim No: 53**<br>*Original Filed Date:* 03/19/2010<br>*Original Entered*<br>*Date:* 03/22/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |

Secured claimed: $1849.50

**Total**   **claimed: $1849.50**

*History:*

Details   53-1   03/19/2010 Claim #53 filed by Gulf Liners Shipping Agencies LLC, total amount claimed: $1849.5 (dmc)

*Description:*

*Remarks:*

---

| *Creditor:* (6450601) <u>History</u><br>Trans Ethiopia PLC<br>PO Box 459 Mekelle<br>9280 Addis Ababa, Ethiopia | **Claim No: 54**<br>*Original Filed Date:* 04/01/2010<br>*Original Entered*<br>*Date:* 04/06/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |

Unsecured claimed: $31620.00

**Total**   **claimed: $31620.00**

*History:*

Details   54-1   04/01/2010 Claim #54 filed by Trans Ethiopia PLC, total amount claimed: $31620 (dmc)

*Description:*

*Remarks:*

---

## Claims Register Summary

**Case Name:** Global Container Lines Limited
**Case Number:** 8-09-78585-ast
**Chapter:** 11
**Date Filed:** 11/10/2009
**Total Number Of Claims:** 54

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $14371720.64 | |
| **Secured** | $15957287.95 | |
| **Priority** | | |
| **Unknown** | $29362.74 | |
| **Administrative** | | |
| **Total** | $30358371.33 | $0.00 |

### PACER Service Center

#### Transaction Receipt

| 05/06/2010 16:56:32 | | | |
|---|---|---|---|
| PACER Login: | cd0009 | Client Code: | |
| Description: | Claims Register | Search Criteria: | 8-09-78585-ast Filed or Entered From: 4/16/2004 Filed or Entered To: 1/1/2011 |
| Billable Pages: | 5 | Cost: | 0.40 |

In re    **Gilmore Shipping Corp. M.I.**                      Case No.    <u>**8-09-78587**</u>

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. **List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

<u>  0  </u> continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

In re   **Gilmore Shipping Corp. M.I.**                                  Case No.   **8-09-78587**

                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | 0.00 |
|---|---|---|
|  | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

In re  **Gilmore Shipping Corp. M.I.**
_____,
Debtor

Case No. __**8-09-78587**__

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Insurance Claim for M.V. Global Precision | - | 2,500,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >  **2,500,000.00**
(Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

In re   **Gilmore Shipping Corp. M.I.**                          Case No.   **8-09-78587**

                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | M.V. Global Precision Sharjah, United Arab Emirates | - | 1,500,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | | |
|---|---|---|
| Sub-Total > | 1,500,000.00 |
| (Total of this page) | |
| Total > | 4,000,000.00 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                      Best Case Bankruptcy

In re    **Gilmore Shipping Corp. M.I.**                            Case No.   **8-09-78587**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **A.A. Electricals Sets Repair** PO Box 55323 Dubai, UAE | | - | | | | | | |
| | | | Value $     **3,405.99** | | | | **3,405.99** | **0.00** |
| Account No. | | | | | | | | |
| **A.M. Trading** PO Box 3274 Dubai, UAE | | - | | | | | | |
| | | | Value $     **1,034.74** | | | | **1,034.74** | **0.00** |
| Account No. | | | | | | | | |
| **AKA Trade Building** PO Box 51248 Dubai, UAE | | - | | | | | | |
| | | | Value $     **568.12** | | | | **568.12** | **0.00** |
| Account No. | | | | | | | | |
| **Al Khoory** PO Box 256 Dubai, UAE | | - | | | | | | |
| | | | Value $     **625.61** | | | | **625.61** | **0.00** |

**5**   continuation sheets attached

Subtotal | **5,634.46** | **0.00**
(Total of this page)

In re    **Gilmore Shipping Corp. M.I.** _____ ,    Case No.    **8-09-78587** _____

                                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Al Koory Marine Services** **PO Box256** **Dubai, UAE** | - | | | | | | | |
| | | | Value $      12,651.23 | | | | 12,651.23 | 0.00 |
| Account No. | | | | | | | | |
| **Al Shabia Engineering** **PO Box 22186** **Sharjah, UAE** | - | | | | | | | |
| | | | Value $      2,779.29 | | | | 2,779.29 | 0.00 |
| Account No. | | | | | | | | |
| **Atlas Worldwide, Ltd.** **10Toh Guan Rd** **Singapore** | - | | | | | | | |
| | | | Value $      719.00 | | | | 719.00 | 0.00 |
| Account No. | | | | | | | | |
| **Bombay Boring** **J.Karia Ind Est** **Jacob circle Mumbai** | - | | | | | | | |
| | | | Value $      3,627.81 | | | | 3,627.81 | 0.00 |
| Account No. | | | | | | | | |
| **Consilium Middle East** **PO Box 8018** **SAIF Zone** **Sharjah, UAE** | - | | | | | | | |
| | | | Value $      30,743.00 | | | | 30,743.00 | 0.00 |

Sheet **1** of **5** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)     50,520.33      0.00

In re    **Gilmore Shipping Corp. M.I.**                                  ,    Case No. __**8-09-78587**__
_____
                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **DMI**<br>**PO Box 8807**<br>**Dubai, UAE** | - | | | | | | | |
| | | | Value $              **22,861.58** | | | | **22,861.58** | **0.00** |
| Account No. | | | | | | | | |
| **Elcome International**<br>**PO Box 1788**<br>**Dubai, UAE** | - | | | | | | | |
| | | | Value $                **2,805.18** | | | | **2,805.18** | **0.00** |
| Account No. | | | | | | | | |
| **Elcome Marine**<br>**G-3 Arihant Bldg**<br>**Ahmedabad, St. Mumbai** | - | | | | | | | |
| | | | Value $                **1,601.50** | | | | **1,601.50** | **0.00** |
| Account No. | | | | | | | | |
| **Goltens India Ltd.**<br>**Off Veera Desaid Road**<br>**Andheri, Mumbai** | - | | | | | | | |
| | | | Value $                **1,849.50** | | | | **1,849.50** | **0.00** |
| Account No. | | | | | | | | |
| **Gulf Oil Marine Limited**<br>**3 Lockhart Road**<br>**25th Floor**<br>**Wan Chai, Hong Kong** | - | | | | | | | |
| | | | Value $              **57,570.00** | | | | **57,570.00** | **0.00** |

Sheet __2__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page) | **86,687.76** | **0.00** |

In re   **Gilmore Shipping Corp. M.I.**                           Case No.   **8-09-78587**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **J.S. Marine** **Men Waitter House** **Mazgoun** **Mumbai, india UAE** | - | | | | | | | |
| | | | Value $     22,665.00 | | | | 22,665.00 | 0.00 |
| Account No. | | | | | | | | |
| **Jijibila** **PO Box 19349** **Dubai, UAE** | - | | | | | | | |
| | | | Value $     3,867.85 | | | | 3,867.85 | 0.00 |
| Account No. | | | promissory note and related security agreement dated May 12, 2009 | | | | | |
| **KeyBank National Association** **Attn:Richard B. Saulsbery** **66 South Pearl Street** **Albany, NY 12207** | - | | | | | X | | |
| | | | Value $     0.00 | | | | 5,195,000.00 | 1,195,000.00 |
| Account No. | | | | | | | | |
| **Ladder Corp.** **1720 Carey Avenue** **Cheyenne WY82001 USA** | - | | | | | | | |
| | | | Value $     1,290.00 | | | | 1,290.00 | 0.00 |
| Account No. | | | | | | | | |
| **Safety Marine** **PO Box 40269** **Sharjah, UAE** | - | | | | | | | |
| | | | Value $     3,755.48 | | | | 3,755.48 | 0.00 |

Sheet  **3**  of  **5**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 5,226,578.33 | 1,195,000.00 |

In re    **Gilmore Shipping Corp. M.I.**                                          Case No.    **8-09-78587**
_____ ,
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Serck Services** **PO Box 5834** **Sharjah, UAE** | | - | | | | | | |
| | | | Value $           2,288.83 | | | | 2,288.83 | 0.00 |
| Account No. | | | | | | | | |
| **Seven Seas Shipchandlers** **PO Box 5592** **Dubai, UAE** | | - | | | | X | | |
| | | | Value $          14,386.23 | | | | 14,386.23 | 0.00 |
| Account No. | | | | | | | | |
| **Sigma Pains Saudi Arabia** **PO Box 52781** **Dubai, UAE** | | - | | | | | | |
| | | | Value $           5,860.63 | | | | 5,860.63 | 0.00 |
| Account No. | | | | | | | | |
| **Total UAE LLC** **PO box 14871** **Dubai, UAE** | | - | | | | | | |
| | | | Value $          78,570.06 | | | | 78,570.06 | 0.00 |
| Account No. | | | | | | | | |
| **Truebell Marketing** **& Trading LLC** **PO box 4146** **Sharjah, UAE** | | - | | | | | | |
| | | | Value $           7,748.79 | | | | 7,748.79 | 0.00 |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)          | 108,854.54 | 0.00 |

In re   **Gilmore Shipping Corp. M.I.**                                    Case No.   **8-09-78587**
_____
                        Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Vessel Crew c/o Gulf Liner Shipping Agencies PO Box 3274 Dubai, UAE** | - | | | | | | | |
| | | | Value $          0.00 | | | | 320,000.00 | 0.00 |
| Account No. | | | | | | | | |
| **Viking Enterprises Co., 1-9 Isogami-Dor i 6-Chome Chuo-Ku, Kobe 651-0086 Kobe, Japan** | - | | | | | | | |
| | | | Value $       6,227.48 | | | | 6,227.48 | 0.00 |
| Account No. | | | | | | | | |
| **Wartsila LLC PO Box 32785 Dubai, UAE** | - | | | | | | | |
| | | | Value $       6,103.54 | | | | 6,103.54 | 0.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  __5__  of  __5__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | 332,331.02 | 0.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 5,810,606.44 | 1,195,000.00 |

In re   **Gilmore Shipping Corp. M.I.**
_____,   Case No.   **8-09-78587**
                                   Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **0**     continuation sheets attached

In re    **Gilmore Shipping Corp. M.I.**            Case No.    **8-09-78587**

                               Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J | C | | | | | |
| **Account No.** | | | | | | | | | | |
| **Al Mubarak OdwreonLLC** **PO Box 722** **Durai, UAE** | - | | | | | | | | X | |
| | | | | | | | | | | 179,405.38 |
| **Account No.** | | | | | | | | | | |
| **DeWitt Stern Imperatore, Ltd.** **Harborside Financial Ctr.** **Plaza Five, Suite 1510** **Jersey City, NJ 07311-4097** | - | | | | | | | | X | |
| | | | | | | | | | | 244,100.00 |
| **Account No.** | | | | | | | | | | |
| **ISB Internat'l Shipping Bureau** **PO Box 14751** **Dubai, UAE** | - | | | | | | | | | |
| | | | | | | | | | | 6,996.00 |
| **Account No.** | | | | | | | | | | |
| **Middle East Express** **PO Box 622** **Sharjah, UAE** | - | | | | | | | | | |
| | | | | | | | | | | 6,814.25 |

     __1__    continuation sheets attached

                                             Subtotal      437,315.63
                                          (Total of this page)

In re    **Gilmore Shipping Corp. M.I.**                                     Case No.    **8-09-78587**
_____
                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Noble Denton** **PO Box 12541** **Dubai, UAE** | | - | | | | | 12,368.00 |
| Account No. | | | | | | | |
| **Tile Marine** **Po Box 33296** **Dubai, UAE** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. __1__ of __1__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 12,368.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 449,683.63 |

# Eastern District of New York
# Claims Register

### 8-09-78587-ast Gilmore Shipping Corp. M.I.

**Judge:** Alan S. Trust    **Chapter:** 11
**Office:** Central Islip    **Last Date to file claims:**
**Trustee:**    **Last Date to file (Govt):**

| *Creditor:* (6450672)<br>Gulf Oil Marine Limited<br>3 Lockhart Road<br>25th Floor<br>Wan Chai, Hong Kong | **Claim No: 1**<br>*Original Filed Date:* 11/30/2009<br>*Original Entered Date:* 12/03/2009<br>*Last Amendment Filed:* 02/19/2010<br>*Last Amendment Entered:* 03/03/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $54645.00

**Total** claimed: **$54645.00**

*History:*

| Details | 1-1 | 11/30/2009 Claim #1 filed by Gulf Oil Marine Limited, total amount claimed: $54645 (bab) |
|---|---|---|
| Details | 1-2 | 02/19/2010 Amended Claim #1 filed by Gulf Oil Marine Limited, total amount claimed: $54645 (bab) |

*Description:*

*Remarks:*

| *Creditor:* (6450690)<br>Viking Enterprises Co.,<br>1-9 Isogami-Dor i 6-Chome<br>Chuo-Ku, Kobe 651-0086<br>Kobe, Japan | **Claim No: 2**<br>*Original Filed Date:* 12/09/2009<br>*Original Entered Date:* 12/17/2009 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $23043.47

**Total** claimed: **$23043.47**

*History:*

| Details | 2-1 | 12/09/2009 Claim #2 filed by Viking Enterprises Co.,, total amount claimed: $23043.47 (dmc) |
|---|---|---|

*Description:*

*Remarks:*

| *Creditor:* (6450668)<br>DMI<br>PO Box 8807<br>Dubai, UAE | **Claim No: 3**<br>*Original Filed Date:* 01/04/2010<br>*Original Entered Date:* 01/05/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $22861.75

**Total** claimed: **$22861.75**

*History:*

| Details | 3-1 | 01/04/2010 Claim #3 filed by DMI, total amount claimed: $22861.75 (bab) |
|---|---|---|

*Description:*

*Remarks:*

| Creditor: (6524406)<br>KeyBank National Association<br>c/o Lemery Greisler LLC<br>50 Beaver Street, 2nd Floor<br>Albany, New York 12207 | Claim No: 4<br>*Original Filed Date:* 01/05/2010<br>*Original Entered<br>Date:* 01/05/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Levine, Paul<br>*Modified:* |
|---|---|---|

Secured claimed: $5218308.41

**Total   claimed: $5218308.41**

*History:*
Details   4-1  01/05/2010 Claim #4 filed by KeyBank National Association, total amount claimed: $5218308.41 (Levine, Paul )

*Description:*

*Remarks:*

---

| Creditor: (6450658)<br>A.A. Electricals Sets<br>Repair<br>PO Box 55323<br>Dubai, UAE | Claim No: 5<br>*Original Filed Date:* 01/14/2010<br>*Original Entered<br>Date:* 01/20/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $3425.00

**Total   claimed: $3425.00**

*History:*
Details   5-1  01/14/2010 Claim #5 filed by A.A. Electricals Sets, total amount claimed: $3425 (bab)

*Description:*

*Remarks:*

---

| Creditor: (6575154)<br>MIDDLE EAST EXPRESS LTD<br>Mazen Abdul Majeed Al Khatib Building<br>Shop No 2<br>Umm Al Tarafa<br>PO Box 622<br>Sharjah UAE | Claim No: 6<br>*Original Filed Date:* 02/18/2010<br>*Original Entered<br>Date:* 02/19/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dhc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $2211.90

**Total   claimed: $2211.90**

*History:*
Details   6-1  02/18/2010 Claim #6 filed by MIDDLE EAST EXPRESS LTD, total amount claimed: $2211.9 (dhc)

*Description:*

*Remarks:*

---

| Creditor: (6575154)<br>MIDDLE EAST EXPRESS LTD<br>Mazen Abdul Majeed Al Khatib Building<br>Shop No 2<br>Umm Al Tarafa<br>PO Box 622<br>Sharjah UAE | Claim No: 7<br>*Original Filed Date:* 02/18/2010<br>*Original Entered<br>Date:* 02/19/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dhc,<br>*Modified:* |
|---|---|---|

Unsecured claimed: $1998.60

**Total   claimed: $1998.60**

*History:*

Details    7-1   02/18/2010 Claim #7 filed by MIDDLE EAST EXPRESS LTD, total amount claimed: $1998.6 (dhc)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (6575154) <br> MIDDLE EAST EXPRESS LTD <br> Mazen Abdul Majeed Al Khatib Building <br> Shop No 2 <br> Umm Al Tarafa <br> PO Box 622 <br> Sharjah UAE | **Claim No: 8** <br> *Original Filed Date:* 02/18/2010 <br> *Original Entered* <br> *Date:* 02/19/2010 | *Status:* <br> *Filed by:* CR <br> *Entered by:* dhc, <br> *Modified:* |

   Unsecured claimed:  $9885.30

**Total**      **claimed: $9885.30**

*History:*

Details    8-1   02/18/2010 Claim #8 filed by MIDDLE EAST EXPRESS LTD, total amount claimed: $9885.3 (dhc)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (6587694) <br> Hiller Systems Inc. <br> P O Box 91508 <br> Mobile, AL 36691 | **Claim No: 9** <br> *Original Filed Date:* 02/19/2010 <br> *Original Entered* <br> *Date:* 03/01/2010 | *Status:* <br> *Filed by:* CR <br> *Entered by:* bab, <br> *Modified:* |

   Unsecured claimed:  $1908.31

**Total**      **claimed: $1908.31**

*History:*

Details    9-1   02/19/2010 Claim #9 filed by Hiller Systems Inc., total amount claimed: $1908.31 (bab)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (6597843) <br> Environmental Systems Int. LLC <br> P.O. Box 5992 <br> Sharjah - U.A.E. | **Claim No: 10** <br> *Original Filed Date:* 02/22/2010 <br> *Original Entered* <br> *Date:* 03/09/2010 | *Status:* <br> *Filed by:* CR <br> *Entered by:* bab, <br> *Modified:* |

   Unsecured claimed:  $18628.00

**Total**      **claimed: $18628.00**

*History:*

Details    10-1 02/22/2010 Claim #10 filed by Environmental Systems Int. LLC, total amount claimed: $18628 (bab)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (6599062)   <u>History</u> <br> Seair Global Logistics LLC <br> Office #204, Al Ketbi Building <br> Next to Capitol Hotel, Al Mina Rd. <br> P.O. Box 34225 | **Claim No: 11** <br> *Original Filed Date:* 03/03/2010 <br> *Original Entered* <br> *Date:* 03/10/2010 | *Status:* <br> *Filed by:* CR <br> *Entered by:* bab, <br> *Modified:* |

DUBAI - United Arab Emitrates
Attn: Mr. Johnson Fernandes

Unsecured claimed: $849.73

**Total**      **claimed: $849.73**

*History:*

Details   11-1  03/03/2010 Claim #11 filed by Seair Global Logistics LLC, total amount claimed: $849.73 (bab)

*Description:*

*Remarks:*

---

| *Creditor:*      (6599599)<br>TOTAL U.A.E. LLC<br>Al Masaood Tower<br>7th Floor, POB 14871<br>Dubai-United Arab Emirates<br>Attn: Mr. Phillippe Cabus | **Claim No: 12**<br>*Original Filed Date:* 03/05/2010<br>*Original Entered Date:* 03/10/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |

Unsecured claimed: $78484.52

**Total**      **claimed: $78484.52**

*History:*

Details   12-1  03/05/2010 Claim #12 filed by TOTAL U.A.E. LLC, total amount claimed: $78484.52 (bab)

*Description:*

*Remarks:*

---

| *Creditor:*      (6599599)<br>TOTAL U.A.E. LLC<br>Al Masaood Tower<br>7th Floor, POB 14871<br>Dubai-United Arab Emirates<br>Attn: Mr. Phillippe Cabus | **Claim No: 13**<br>*Original Filed Date:* 03/05/2010<br>*Original Entered Date:* 03/10/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* bab,<br>*Modified:* |

Unsecured claimed: $52271.58

**Total**      **claimed: $52271.58**

*History:*

Details   13-1  03/05/2010 Claim #13 filed by TOTAL U.A.E. LLC, total amount claimed: $52271.58 (bab)

*Description:*

*Remarks:*

---

| *Creditor:*      (6601595)<br>DeWitt Stern, Imperatore, Ltd.<br>Harborside Financial Center<br>Plaza 5, Suite 1510<br>Jersey City New Jersey 07311 | **Claim No: 14**<br>*Original Filed Date:* 03/11/2010<br>*Original Entered Date:* 03/11/2010 | *Status:*<br>*Filed by:* AT<br>*Entered by:* Reilly, Mary<br>*Modified:* |

Secured claimed: $248992.41

**Total**    **claimed: $248992.41**

*History:*

Details   14-1  03/11/2010 Claim #14 filed by DeWitt Stern, Imperatore, Ltd., total amount claimed: $248992.41 (Reilly, Mary )

*Description:* (14-1) maritime lien claim for premiums for vessel insurance

*Remarks:* (14-1) proof of claim filed in 09-78585

| Creditor: (6450681) History | Claim No: 15 | Status: |
|---|---|---|
| Saeed Marine Equipment EST | Original Filed Date: 03/05/2010 | Filed by: CR |
| PO Box 50636 | Original Entered | Entered by: dmc, |
| Dubai, UAE | Date: 03/12/2010 | Modified: |

Unsecured claimed: $2326.00
**Total claimed: $2326.00**

*History:*
Details 15-1 03/05/2010 Claim #15 filed by Saeed Marine Equipment EST, total amount claimed: $2326 (dmc)

*Description:*

*Remarks:*

| Creditor: (6605938) | Claim No: 16 | Status: |
|---|---|---|
| Pioneer Diesels | Original Filed Date: 03/11/2010 | Filed by: CR |
| 2135/B Suramya Park | Original Entered | Entered by: bab, |
| Atabhai Chowk, bhavnagar | Date: 03/15/2010 | Modified: |
| (Gujarat) INDIA | | |

Unsecured claimed: $373.50
**Total claimed: $373.50**

*History:*
Details 16-1 03/11/2010 Claim #16 filed by Pioneer Diesels, total amount claimed: $373.5 (bab)

*Description:*

*Remarks:*

| Creditor: (6606822) | Claim No: 17 | Status: |
|---|---|---|
| MAN DIESEL SAS | Original Filed Date: 03/09/2010 | Filed by: CR |
| Avenue De Chatonay (Porte 7) | Original Entered | Entered by: bab, |
| B.P. 427 44615 | Date: 03/16/2010 | Modified: |
| Saint Nazaire Cedex | | |
| FRANCE | | |

Unsecured claimed: $53905.17
**Total claimed: $53905.17**

*History:*
Details 17-1 03/09/2010 Claim #17 filed by MAN DIESEL SAS, total amount claimed: $53905.17 (bab)

*Description:*

*Remarks:*

| Creditor: (6606822) | Claim No: 18 | Status: |
|---|---|---|
| MAN DIESEL SAS | Original Filed Date: 03/09/2010 | Filed by: CR |
| Avenue De Chatonay (Porte 7) | Original Entered | Entered by: bab, |
| B.P. 427 44615 | Date: 03/16/2010 | Modified: |
| Saint Nazaire Cedex | | |
| FRANCE | | |

Unsecured claimed: $24124.70
**Total claimed: $24124.70**

*History:*
Details 18-1 03/09/2010 Claim #18 filed by MAN DIESEL SAS, total amount claimed: $24124.7 (bab)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (6450684) __History__<br>Seven Seas Shipchandlers LLC<br>PO Box 5592<br>Dubai, UAE | **Claim No: 19**<br>*Original Filed Date:* 03/15/2010<br>*Original Entered*<br>*Date:* 03/18/2010 | *Status:*<br>*Filed by:* CR<br>*Entered by:* dmc,<br>*Modified:* |

Unsecured claimed: $14529.08

**Total** claimed: **$14529.08**

*History:*

__Details__ __19-1__ 03/15/2010 Claim #19 filed by Seven Seas Shipchandlers LLC, total amount claimed: $14529.08 (dmc)

*Description:*

*Remarks:*

## Claims Register Summary

**Case Name:** Gilmore Shipping Corp. M.I.
**Case Number:** 8-09-78587-ast
**Chapter:** 11
**Date Filed:** 11/10/2009
**Total Number Of Claims:** 19

| | Total Amount Claimed | Total Amount Allowed |
|---|---|---|
| **Unsecured** | $365471.61 | |
| **Secured** | $5467300.82 | |
| **Priority** | | |
| **Unknown** | | |
| **Administrative** | | |
| **Total** | **$5832772.43** | **$0.00** |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/06/2010 16:57:54 | | | |
| **PACER Login:** | cd0009 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 8-09-78587-ast Filed or Entered From: 4/16/2004 Filed or Entered To: 1/1/2011 |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |