UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos. 09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)
                        Debtors.
----------------------------------------------------------x

## ORDER GRANTING DEBTORS' THIRD OMNIBUS OBJECTION UNDER SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE FOR AN ORDER EITHER (A) EXPUNGING CLAIM NOS. 2, 6, 16, 22, 23, 31, 34, 35, 36, 44 AND 52 FILED AGAINST GLOBAL CONTAINER LINES, LTD.; CLAIM NOS. 2, 3 AND 5 FILED AGAINST GCL SHIPPING CORP.; CLAIM NOS. 3, 6 AND 8 FILED AGAINST SHIPTRADE, INC.; CLAIM NOS. 9, 10, 14, 17 AND 18 FILED AGAINST GILMORE SHIPPING CORP., CLAIM NOS. 1, 5, 11, 12 AND 17 FILED AGAINST GLOBAL PROSPERITY, LLC, CLAIM NOS. 5, 13 AND 14 FILED AGAINST GLOBAL PROGRESS, LLC; AND CLAIM NO. 1 FILED AGAINST REDSTONE SHIPPING CORP. AS BEING FILED AGAINST THE WRONG DEBTOR(S) OR DUPLICATIVE, OR (B) ALLOWING SUCH CLAIMS AGAINST DIFFERENT DEBTORS

Global Container Lines, Ltd. ("Global"), GCL Shipping Corp. ("GCL"), Shiptrade, Inc. ("Shiptrade"), Gilmore Shipping Corp. ("Gilmore"), Global Prosperity, LLC ("Prosperity"), Global Progress, LLC ("Progress") and Redstone Shipping Corp. ("Redstone"), debtors and debtors-in-possession herein (collectively the "Debtors"), having brought a Third Omnibus Objection dated May 7, 2010, under 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure for an order expunging certain duplicative claims or claims filed against the wrong Debtors and/or allowing such claims against a different Debtor (the "Objection"); and

The Debtors having properly served the Objection on all claimants affected by the Objection at the addresses set forth in their respective proofs of claim, the Office of the United States Trustee for the Eastern District of New York, counsel for the Creditors' Committee and all persons or entities who filed a Notice of Appearance; and

A hearing having been held on June 9, 2010 with respect to the relief sought in the Objection, and the Court having heard the arguments of all parties present at the hearing; and

The Court having determined that good and proper notice of the relief sought in the Objection was made in accordance with the Bankruptcy Code and the Bankruptcy Rules and that cause exists to grant the relief sought in the Objection;

NOW, THEREFORE, in consideration of the foregoing, it is hereby ordered as follows:

1. The following claims, all of which are included in Exhibit "B" to the Objection, be, and hereby are, expunged on the grounds that they are filed against the wrong Debtor or otherwise duplicative:

| CREDITOR | DISALLOWED CLAIM(S) | ALLOWED CLAIM |
|---|---|---|
| Arthur J. Weis | Global No. 6<br>Shiptrade No. 3 | Redstone No. 3 |
| Corrugated Sheets Ltd. | Global No. 52 | Prosperity No. 15 |
| DeWitt Stern, Imperatore, Ltd. | Global No. 31<br>Gilmore No. 14<br>Prosperity No. 11 | Progress No. 9 |
| Environmental Services Int'l. LLC | Gilmore No. 10 | Progress No. 6<br>Prosperity No. 7 |
| Gulf Oil Marine | Prosperity No. 1 | Prosperity No. 9 |

| CREDITOR | DISALLOWED CLAIM(S) | ALLOWED CLAIM |
|---|---|---|
| Hiller Systems Inc. | Global No. 16<br>GCL No. 2<br>Shiptrade No. 6<br>Gilmore No. 9<br>Progress No. 5<br>Prosperity No. 5 | Redstone No. 8 |
| Lilo Transport PLC | Prosperity No. 12 | Global No. 32 |
| Man Diesel SAS | Global No. 44<br>Shiptrade No. 8<br>Gilmore No. 17<br>Progress No. 13<br>Prosperity No. 17<br>GCL No. 5 | Redstone No. 11 |
| Man Diesel SAS | Gilmore No. 18<br>Progress No. 14 | Prosperity No. 18 |

2. The following claims, all of which were also included in Exhibit "B" to the Objection be, and hereby are, allowed against a different Debtor as set forth below:

| CREDITOR | DISALLOWED CLAIM(S) | ALLOWED CLAIM |
|---|---|---|
| Applied Weather Technology | GCL No. 3<br>Global No. 2 | Redstone |
| Saeed Marine | Global Nos. 34 and 35 | GCL |
| Saeed Marine | Global No. 36 | Redstone |
| Total U.A.E. LLC | Global Nos. 22 and 23 | GCL |

3. Nothing in this Order shall prevent the Debtors from filing additional objections, including, without limitation, objections as to the validity, amount, classification and status of any claims in the Debtors' case including, without limitation, the claims that are the subject of this Order.

Dated: Central Islip, New York
June __, 2010

ALAN S. TRUST
United States Bankruptcy Judge