UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos. 09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)
                        Debtors.
---------------------------------------------------------x

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

JANET S. UMPHRED, being duly sworn, deposes and says:

That she is over the age of 21 years, resides in Bay Shore, New York and is not a party to this action.

That on the 7th day of May, 2010, I served the **Third Omnibus Objection Under Section 502 Of The Bankruptcy Code And Rule 3007 Of The Federal Rules Of Bankruptcy Procedure For An Order Either (A) Expunging Claim Nos. 2, 6, 16, 22, 23, 31, 34, 35, 36, 44 And 52 Filed Against Global Container Lines, Ltd.; Claim Nos. 2, 3 And 5 Filed Against GCL Shipping Corp.; Claim Nos. 3, 6 And 8 Filed Against Shiptrade, Inc.; Claim Nos. 9, 10, 14, 17 And 18 Filed Against Gilmore Shipping Corp.; Claim Nos. 1, 5, 11, 12 And 17 Filed Against Global Prosperity, LLC; Claim Nos. 5, 13 And 14 Filed Against Global Progress, LLC; And Claim No. 1 Filed Against Redstone Shipping Corp. As Being Filed Against The Wrong Debtor(S) Or Duplicative, Or (B) Allowing Such Claims Against Different Debtors** via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by the United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

## SEE ATTACHED SERVICE LIST

That being the address(es) designated on the latest papers served by them in this action.

*Janet S. Umphred*
JANET S. UMPHRED

Sworn to before me this
7th day of May, 2010

_____
Notary Public

BONNIE L. POLLACK
NOTARY PUBLIC, State of New York
No. 4962169
Qualified in Nassau County
Commission Expires March 13, ~~2010~~ 2014

2

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, New York 11242

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

Watson Farley & Williams LLP
Attn: Alfred E. Yudes, Jr.
1133 Avenue of Americas
11th Floor
New York, New York 10036

Vedder Price, P.C.
Attn: Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Michael J Carcich, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Adam P. Wofse, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

United States Attorney's Office
Eastern District of New York
Attention: Long Island Bankruptcy Processing
610 Federal Plaza
5th Floor
Central Islip, NY 11722

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

John P. James, Esq.
Friedman, James & Buschbaum LLP
132 Nassau Street, Suite 900
New York, New York 10038

Applied Weather Technology
158 Commercial Street
Sunnyvale, CA 94086-5201

Arthur J. Weis
c/o Friedman James & Buchsbaum LLP
Attn: John P. James, Esq.
132 Nassau Street
Suite 900
New York, NY 10038

Corrugated Sheets Ltd.
c/o Hill Rivkins LLP
45 Broadway
Suite 1500
New York, NY 10006

DeWitt Stern, Imperatore, Ltd.
Harborside Financial Center
Plaza 5
Suite 1510
Jersey City, NJ 07311

Environmental Systems International LLC
PO Box 5992
Sharjah U.A.E.

Gulf Oil Marine
3 Lockhart Road
25th Floor
Won, Chai
Hong Kong

Hiller Systems Inc.
PO Box 91508
Mobile, AL 36691

Lilo Transport PLC
Bada Street House No. 19-23
Asmara, Eritrea

Man Diesel SAS
Avenue De Chatonay (Porte 7)
B.P. 427 44615
St. Nazaire Cedex
France

Saeed Marine Equipment
PO Box 50636
Dubai, UAE

Total U.A.E. LLC
Al Masaood Tower
7th Floor, POB 14871
Dubai, UAE
Attn: Mr. Phillippe Cabus