CULLEN AND DYKMAN LLP
Attorneys for Debtors
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                Case Nos. 09-78585 (AST)
                                                              09-78584 (AST)
                                                              09-78589 (AST)
                                                              09-78586 (AST)
                                                              09-78587 (AST)
                                                              09-78588 (AST)
                                                              09-78590 (AST)
                        Debtors.
-------------------------------------------------------x

**NOTICE OF HEARING BY RETAINED PROFESSIONALS
FOR FIRST INTERIM APPLICATIONS FOR
FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES
<u>PURSUANT TO 11 U.S.C. SECTIONS 327, 330 AND 331</u>**

PLEASE TAKE NOTICE, that a hearing will be held before the Honorable Alan S. Trust, United States Bankruptcy Judge on June 9, 2010 at 2:00 p.m. or soon thereafter as counsel can be heard at the United States Bankruptcy Court for the Eastern District of New York, 290 Federal Plaza, Courtroom 960, Central Islip, New York 11722 upon the application (the "Application") for first interim allowance of compensation for professional services rendered and reimbursement of expenses actually incurred pursuant to §§ 327, 330(a) and 331 of Title 11 of the United States Code in the above-referenced case as follows:

| Applicant | Role | Period | Fees Requested | Expenses Requested |
|---|---|---|---|---|
| Cullen and Dykman LLP | Counsel to Debtors and Debtors-in-Possession | 11/9/10-4/30/10 | $320,784.00 | $21,002.36 |
| Farber Blicht Eyersman & Herzog LLP | Accountants to Debtors and Debtors-in-Possession | 11/9/10-4/30/10 | $113,472.50 | $0 |
| LaMonica, Herbst & Maniscalco LLP | Creditor Committee Counsel | 11/9/10-4/30/10 | $58,405.00 | $510.38 |

PLEASE TAKE FURTHER NOTICE, that the Applications, complete with any exhibits, have been or will be filed within the required time period with the Office of the Clerk of the United States Bankruptcy Court for the Eastern District of New York, at the above address and will be available for inspection by parties in interest during the Clerk's regular office hours.

PLEASE TAKE FURTHER NOTICE, that any objection to the relief requested in the Application shall be filed (a)(i) through the Bankruptcy Court's electronic filing system (in accordance with General Order M-182), which may be accessed (with a password which is available by contacting the Bankruptcy Court's technical assistance at (631) 712-6200, ext. 6, Monday through Friday, 9:00 a.m. to 4:00 p.m.) through the internet at the Bankruptcy Court's website: http://www.nyeb.uscourts.gov using Netscape Navigator Software Version 3 or higher, and (ii) importable document format (pdf) using Adobe Exchange Software for Conversion; or (b) if a party is unable to file electronically, such parties shall submit the objection in pdf format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use pdf format, such party shall submit the objection on a diskette in either Word, Word Perfect or DOS Text (ASCII) format.

An objection filed by a party with no legal representation shall comply with Section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to Section (a), (b) or (c) as set forth in this paragraph, shall be delivered directly to the Clerk of the Court to the attention of the Honorable Alan S. Trust. The objection shall be served in accordance with General Order M-182 or by first class mail, upon the following parties (i) Debtor's counsel Cullen and Dykman LLP, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, Attention: Matthew G. Roseman, Esq., (ii) counsel to Creditors Committee LaMonica, Herbst & Maniscalco LLP, 3305 Jerusalem Avenue, Wantagh, New York 11793, Attention: Adam P. Wofse, Esq. and (iii) the Office of the United States Trustee, 560 Federal Plaza, Central Islip, New York 11722, Attention: Stan Yang, Esq., with a courtesy copy to the Chambers of the Honorable Alan S. Trust, 290 Federal Plaza, P.O. Box 9013, Central Islip, New York 11722 (the "Bankruptcy Court") so as to be actually received no later than 4:00 p.m. on June 4, 2010.

Dated: Garden City, New York
       May 13, 2010

                                      CULLEN AND DYKMAN LLP
                                      Counsel for Debtors and Debtors in Possession

                            By    /s/ Matthew G. Roseman
                                   Matthew G. Roseman (MR 1387)
                                   C. Nathan Dee (CD 9703)
                                   100 Quentin Roosevelt Boulevard
                                   Garden City, New York 11530
                                   (516) 296-9106