CULLEN AND DYKMAN LLP
Attorneys for Debtors
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                         Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,           Case Nos. 09-78585 (AST)
                                                         09-78584 (AST)
                                                         09-78589 (AST)
                                                         09-78586 (AST)
                                                         09-78587 (AST)
                                                         09-78588 (AST)
                                                         09-78590 (AST)
                    Debtors.
-------------------------------------------------------x

## CERTIFICATION

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NASSAU    )

MATTHEW G. ROSEMAN, being duly sworn, deposes and says:

1. I am a member of the firm of Cullen and Dykman LLP ("C&D" or "…") counsel to Global Container Lines Ltd. ("GCL"), Shiptrade Inc. ("Shiptrade"), Re… Shipping Corp. ("Redstone"), Gilmore Shipping Corp. ("Gilmore"), Global Progr… ("Global Progress") and Global Prosperity LLC ("Global Prosperity" and collect… "Debtors") the Debtors and Debtor-in-Possession in the above-captioned chapter 11…

2. I have read the application of Cullen and Dykman LLP for interim … and reimbursement of expenses for the period from November 1, 2009 through a… April 31, 2010 (the "Application") for compensation by C&D and know the cont…

3. The contents of the Application are true to the best of my knowledge, ⟨…⟩ as to matters they are alleged to be upon information and belief, and as to those matters ⟨…⟩ them to be true. I have personally performed a portion of the legal services rend⟨…⟩ Applicant and am thoroughly familiar with all of the work performed on behalf of ⟨…⟩ by the attorneys and paraprofessionals in the firm.

4. To the best of my knowledge, information and belief formed after r⟨…⟩ inquiry, the fees and disbursements sought in the application fall within the Unite⟨d States⟩ Trustee's Guidelines for reviewing applications for compensation and reimburse⟨ment of⟩ expenses filed under 11 U.S.C. Section 330 effective January 30, 1996 (the "U.S. ⟨Trustee⟩ Guidelines").

5. The fees and disbursements sought are billed at rates in accordance ⟨with⟩ ⟨…⟩es customarily employed by Applicant and are generally accepted by Applicant's cli⟨ents⟩ providing reimbursable services, Applicant does not make a profit on such servic⟨es⟩ ⟨…⟩h services performed by Applicant in-house or through a third party.

6. Kazem Paksima is the President of the Debtors and has reviewed t⟨…⟩ ⟨…⟩n.

7. The Debtor's, the U.S. Trustee, counsel for the Official Committe⟨e⟩ ⟨…⟩ Creditors and counsel to National Bank of Pakistan have been provided with the ⟨…⟩ least twenty (20) days before the hearing on the Application.