EXHIBIT C    Global Container Lines, et al Interim Fee Application For Period From November 9, 2009 through April 30, 2010

| | Subject Matter Categories | Hours During Period | Amount |
|---|---|---|---|
| 1 | Services Relating to General Operations and Ch. 11 Administration | 163.80 | $ 70,828.00 |
| 2 | Services Relating to Debtor in Possession Financing and Cash Collateral Issues | 142.40 | $ 63,863.50 |
| 3 | Services Relating to Asset Disposition or Sale | 109.90 | $ 46,660.50 |
| 4 | Services Relating to Resolution of Creditors Issues | 35.00 | $ 15,012.00 |
| 5 | Services Relating to Claims Objections | 50.90 | $ 21,629.50 |
| 6 | Services Relating to Plan and Disclosure Statement | 44.00 | $ 20,002.50 |
| 7 | Services Relating to Retention and Professional Compensation | 3.80 | $ 1,604.00 |
| 8 | Services Relating to Litigation | 28.90 | $ 13,378.00 |
| 10 | Services Relating to Sale of M/V Precision | 75.50 | $ 31,428.00 |
| 11 | Services Relating to Executory Contract and Leases | 95.00 | $ 39,708.00 |
| 12 | Services Relating to Preparation for and Attending Hearings | 39.60 | $ 17,670.00 |
| | Grand Total: | 788.80 | $ 341,784.00 |