**Exhibit D**

| Summary of Time |||||||
|---|---|---|---|---|---|---|
| For Interim Fee Application |||||||
| November 9, 2009 through April 30, 2010 |||||||
| Total Hours Billed & Total Amount of Billing for each Timekeeper |||||||
| Timekeeper | Timekeeper # | Year Of Admission | Hours | Rate || Total ||
| **Partners** |||||||
| Jeffrey Herz | JFH | 1986 | 0.6 | $ | 410.00 | $ 246.00 |
| David T. Metcalfe | DTM | 1984 | 1.5 | $ | 325.00 | $ 487.50 |
| Matthew G. Roseman | MGR | 1989 | 257.6 | $ | 473.00 | $ 121,903.00 |
| Craig Nathan Dee | CND | 2000 | 416.9 | $ | 414.00 | $ 172,412.50 |
| **Of Counsel** |||||||
| Bonnie Pollack | BLP | 1990 | 108.1 | $ | 424.00 | $ 45,862.50 |
| **Associates** |||||||
| Nathan Prybosky | NGP | 2010 | 1.6 | $ | 225.00 | $ 360.00 |
| Verley Brown | VB | | 2.5 | $ | 205.00 | $ 512.50 |
| Total Hours Billed: | | | 788.8 | | | |
| Total Fees Billed: | | | | | | $ 341,784.00 |