EXHIBIT E

# Summary of Time
## For Interim Fee Application
### November 9, 2009 through April 30, 2010
### Services Relating to General Operations and Ch. 11 Administration

| Timekeeper | Timekeeper # | Hours | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Craig Nathan Dee | CND | 101.2 | $ 413.00 | $ 41,783.00 |
| David T. Metcalfe | DTM | 1.5 | $ 325.00 | $ 487.50 |
| Matthew G. Roseman | MGR | 53.8 | $ 473.00 | $ 25,472.00 |
| **Of Counsel** | | | | |
| Bonnie Pollack | BLP | 7.3 | $ 423.00 | $ 3,085.50 |
| | | | | |
| Total Hours Billed: | | 163.8 | | |
| Total Fees Billed: | | | * | $ 70,828.00 |

\* Cullen and Dykman's billing rates for the professionals listed above are based upon on the average rate for each category for the Application Period.

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 11/9/2009 | 1.20 | 492.00 | LEGAL RESEARCH AND CASE LAW ANALYSIS REGARDING CRITICAL VENDER PAYMENTS |
| 1 | MGR | 11/10/2009 | 2.00 | 940.00 | REVIEW AND EXECUTE W/ CLIENTS BANKRUPTCY PETITIONS; REVIEW AND HAVE EXECUTED DIRECTORS CERTIFICATES |
| 1 | MGR | 11/10/2009 | 1.00 | 470.00 | MEETING W/ B PAKSIMA REGARDING CRITICAL VENDORS AND REVIEW SCHEDULE OF CRITICAL CREDITORS |
| 1 | CND | 11/10/2009 | 1.40 | 574.00 | MEETING WITH BIJAN PAKSIMA H SHAYEGUN TO PREPARE FOR FILING |
| 1 | CND | 11/10/2009 | 0.60 | 246.00 | ATTENTION TO CORPORATE CONSENTS; NOTICE AND FILING ISSUES |
| 1 | CND | 11/10/2009 | 1.20 | 492.00 | REVIEW AND REVISE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS; GLOBAL CONTAINER LINES REGARDING FILING |
| 1 | CND | 11/10/2009 | 0.60 | 246.00 | REVIEW BANK DOCUMENTS TO PREPARE DIP MOTION; REVIEW INTERIM ORDER REGARDING SAME |
| 1 | CND | 11/10/2009 | 1.40 | 574.00 | REVIEW AND REVISE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS FOR PROSPERITY FILING |
| 1 | CND | 11/10/2009 | 1.60 | 656.00 | REVIEW AND REVISE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS FOR PROGRESS FOR FILING |
| 1 | DM | 11/10/2009 | 0.50 | 162.50 | RESEARCH ON WHETHER FAXED OR ELECTRONIC SIGNATURES ARE PERMITTED ON WRITTEN CONSENT FOR SHAREHOLDERS AND DIRECTORS IN NY |
| 1 | CND | 11/10/2009 | 1.20 | 492.00 | REVIEW AND REVISE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS FOR REDSTONE FILING |
| 1 | CND | 11/10/2009 | 0.60 | 246.00 | MEETING WITH PAKSIMA, SEYERMAN AND ROSEMAN TO REVIEW FILING ISSUES AND DISCUSS TERMS OF DIP LOAN |
| 1 | CND | 11/10/2009 | 1.30 | 533.00 | REVIEW AND REVISE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS FOR SHIPTRADE FOR FILING |
| 1 | CND | 11/10/2009 | 1.40 | 574.00 | REVIEW SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS FOR GCC TO PREPARE FOR FILING |
| 1 | CND | 11/10/2009 | 0.90 | 369.00 | REVIEW AND REVISE SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS ; GILMORE FILING |
| 1 | MGR | 11/11/2009 | 1.30 | 611.00 | REVIEW AND PROVIDE COMMENTS TO RETENTION DOCUMENTS AND OTHER 1 ST DAY ORDERS. |
| 1 | CND | 11/11/2009 | 1.40 | 574.00 | DRAFT SECTION OF PAKSIMA AFFIDAVIT REGARDING ISSUE OF BANKRUPTCY AND REVIEW AND REVISE SAME |
| 1 | CND | 11/11/2009 | 1.20 | 492.00 | MEETING WITH R PAKSIMA, APELISMA, H. SHYEGUN TO REVIEW IRO AFFIDAVIT |
| 1 | CND | 11/11/2009 | 2.60 | 1,066.00 | ALT TO NOTICE AND SERVICE ISSUES; REVIEW SERVICE LISTS FOR AND SERVE DISTORES REGARDING SAME |
| 1 | DM | 11/11/2009 | 1.00 | 325.00 | E-MAIL TO N. DEE; RESEARCH ON WHETHER DE PERMITS ELECTRONIC/FAXED SIGNATURES |
| 1 | BLP | 11/11/2009 | 4.10 | 1,722.00 | CONTINUED ASSISTANCE ON 1007 AFFIDAVIT, WORK ON UPDATING MOTIONS FOR FILING, CONFERENCES RE SAME |
| 1 | CND | 11/11/2009 | 2.80 | 1,148.00 | DRAFT SECTIONS OR PAKSIMA AFFIDAVIT REGARDING FINALIZED PERFORMANCE; PREPETITION DIST, KEYBACI AND MARITIN ; REVIEW AND REVISE SAME |
| 1 | CND | 11/11/2009 | 1.10 | 451.00 | REVIEW AND REVISE PAKSIMA AFFIDAVIT REGARDING COMMENTS BY PRINCIPALS |
| 1 | CND | 11/11/2009 | 2.20 | 902.00 | ALTO TO SCHEDULES FOR PAKSIMA AFFIDAVIT |
| 1 | CND | 11/11/2009 | 1.10 | 451.00 | MEETING B PAKSIMA, A PAKSIMA, H SHAYEGUN AND A PAKSIMA REGARDING FILING AND DIP ISSUES |
| 1 | MGR | 11/12/2009 | 0.50 | 235.00 | FINAL REVIEW AND FILING OF MOTION TO PROCEDURALLY CONSOLIDATE |
| 1 | MGR | 11/12/2009 | 0.60 | 282.00 | FINAL REVIEW, REVISIONS AND FILING OF CRITICAL VENDOR MOTION |
| 1 | CND | 11/12/2009 | 2.60 | 1,066.00 | CONTINUE DRAFTING DIP MOTION; REVIEW AND REVISE SAME |
| 1 | CND | 11/12/2009 | 1.10 | 451.00 | ATTENTION TO NOTICE AND SERVICE ISSUE RE DIP |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 11/12/2009 | | | MOTION AND HEARING RE SAME |
| 1 | CND | 11/12/2009 | 0.30 | 123.00 | REVIEW TERMS OF MOTION RE CRITICAL VENDOR |
| 1 | CND | 11/12/2009 | | | PAYMENTS |
| 1 | CND | 11/12/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM H. SHAYEGUN RE INVOICE; |
| 1 | CND | 11/12/2009 | | | PREPARE RESPONSE TO SAME |
| 1 | CND | 11/12/2009 | 0.70 | 287.00 | FINAL REVIEW AND REVISION TO PAKSIMA AFFIDAVIT |
| 1 | MGR | 11/16/2009 | 1.50 | 705.00 | MEETING W/ CLIENTS REGARDING OPERATIONS AND |
| 1 | MGR | 11/16/2009 | | | OBLIGATIONS IN CHAPTER 11; DISCUSS ISSUES |
| 1 | MGR | 11/16/2009 | | | REGARDING FINANCING AND UN CONTRACTS. |
| 1 | MGR | 11/16/2009 | 0.20 | 94.00 | REVIEW E-MAIL FROM KERBU FREIGHT AND DISCUSS W/ B |
| 1 | MGR | 11/16/2009 | | | PAKSIMA |
| 1 | CND | 11/16/2009 | 0.40 | 164.00 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING |
| 1 | CND | 11/16/2009 | | | DIP MOTION |
| 1 | CND | 11/16/2009 | 0.90 | 369.00 | REVIEW DOCUMENTS REGARDING 7 DEBTORS FOR VARIOUS |
| 1 | CND | 11/16/2009 | | | DEADLINES; PREPARE EMAIL TO CLIENTS REGARDING |
| 1 | CND | 11/16/2009 | | | SAME; REVIEW AMENDED TOP TWENTY LISTS; CONTACT |
| 1 | CND | 11/16/2009 | | | WITH CLIENTS REGARDING SAME |
| 1 | CND | 11/16/2009 | 1.80 | 738.00 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING |
| 1 | CND | 11/16/2009 | | | INTERNATIONAL CREDITORS |
| 1 | CND | 11/16/2009 | 0.10 | 41.00 | PHONE CONFERENCE WITH B. SMITH REGARDING CASE |
| 1 | CND | 11/16/2009 | | | STATUS |
| 1 | CND | 11/17/2009 | 0.40 | 164.00 | MEETING WITH B. PAKSIMA REGARDING SCHEDULES, DIP |
| 1 | CND | 11/17/2009 | | | LOAN, REVIEW AND REVISE SEA CASTLE ISSUES |
| 1 | CND | 11/17/2009 | 0.30 | 123.00 | CONFERENCE WITH B. PAKSIMA REGARDING UN CONTRACT |
| 1 | CND | 11/17/2009 | | | AND SCHEDULES |
| 1 | MGR | 11/18/2009 | 0.30 | 141.00 | REVIEW PROPOSED E-MAIL TO MERCUR AND DISCUSS W/ B |
| 1 | MGR | 11/18/2009 | | | PAKSIMA |
| 1 | MGR | 11/18/2009 | 0.60 | 282.00 | DISCUSS THE IMPOSITION OF AUTOMATIC STAY W/ B |
| 1 | MGR | 11/18/2009 | | | PAKSIMA AND E-MAIL CLIENT CERTIFICATES OF FILING |
| 1 | MGR | 11/18/2009 | | | FOR ALL DEBTORS |
| 1 | CND | 11/18/2009 | 0.10 | 41.00 | REVIEW MULTIPLE EMAILS FROM B. PAKSIMA REGARDING |
| 1 | CND | 11/18/2009 | | | PAYMENT AND RELATED CARGO ISSUE; PREPARE RESPONSE |
| 1 | CND | 11/18/2009 | | | TO SAME |
| 1 | CND | 11/19/2009 | 0.20 | 82.00 | CONFERENCE WITH A. PAKSIMA AND B. PAKSIMA |
| 1 | CND | 11/19/2009 | | | REGARDING SCHEDULES AND UNITED NATION CONTRACT |
| 1 | CND | 11/23/2009 | 1.20 | 492.00 | CONFERENCE WITH ROSEMAN, BIJAN PAKSIMA, - - - - H |
| 1 | CND | 11/23/2009 | | | SHEYGUN CONTAINER LEASES; UNCONTESTS POST |
| 1 | CND | 11/23/2009 | | | PETITION PAYMENTS AND 341 MEETING |
| 1 | CND | 11/23/2009 | 0.20 | 82.00 | - -- TO CONTAINER ISSUE; REVIEW LITIGATION LISTS; |
| 1 | CND | 11/23/2009 | | | REVIEW AND EMAILS FROM CONTAINER LESSONS |
| 1 | CND | 11/23/2009 | | | REGARDING SAME |
| 1 | CND | 11/23/2009 | 0.30 | 123.00 | REVIEW EMAIL FROM PAKSIMA REGARDING MOVEMENT OF |
| 1 | CND | 11/23/2009 | | | UNITED NATIONS CARGO; PC A PAKSIMA REGARDING |
| 1 | CND | 11/23/2009 | | | CONTAINER ASSETS |
| 1 | CND | 11/23/2009 | 0.30 | 123.00 | - -- REVIEW OR EVIDENCE REGARDING CHAPTER 15 FOR |
| 1 | CND | 11/23/2009 | | | REDSTONE; CONFERENCE WITH ROSEMAN REGARDING SAME |
| 1 | CND | 11/24/2009 | 0.30 | 123.00 | CONFERENCE B. PAKSIMA; APALISINE, H. SHAYEGUN |
| 1 | CND | 11/24/2009 | | | REGARDING - - BANK INSURANCE ISSUE; CONTAINER |
| 1 | CND | 11/24/2009 | | | LESSORS AND SCHEDULES |
| 1 | CND | 11/24/2009 | 0.30 | 123.00 | PC BONNIE POLLACK REGARDING CHAPTER 15 ISSUES |
| 1 | CND | 11/24/2009 | 0.70 | 287.00 | REVIEW GCL SCHEDULE LIST STATEMENT OR AFFAIRS |
| 1 | CND | 11/24/2009 | 0.20 | 82.00 | PC CREDITORS REGARDING QUESTIONS REGARDING C/OR |
| 1 | CND | 11/24/2009 | | | C/C |
| 1 | CND | 11/25/2009 | 0.80 | 328.00 | FINAL REVIEW GLOBAL SCHEDULES WITH B. PAKSIMA AND |
| 1 | CND | 11/25/2009 | | | H. SHAYOGAN |
| 1 | CND | 11/25/2009 | 0.90 | 369.00 | FINAL REVIEW SCHEDULES FOR SHIPTRADE WITH B. |
| 1 | CND | 11/25/2009 | | | PAKSIMA AND H. SHAYEGAN |
| 1 | CND | 11/25/2009 | 0.70 | 287.00 | FINAL REVIEW OF SCHEDULES AND STATEMENT OF |
| 1 | CND | 11/25/2009 | | | FINANCIAL AFFAIRS PROSPERITY WITH B. PAKSIMA AND |
| 1 | CND | 11/25/2009 | | | H. SHAYEGON |
| 1 | CND | 11/25/2009 | 0.60 | 246.00 | FINAL REVIEW OF SCHEDULES AND STATEMENT OF |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 11/25/2009 | | | FINANCIAL AFFAIRS FOR GCL SHIPPING WITH B. |
| 1 | CND | 11/25/2009 | | | PAKSIMA AND H SHAYEGAN |
| 1 | CND | 11/25/2009 | 0.60 | 246.00 | REVIEW SCHEDULES AND STATEMENT OF FINANCIAL |
| 1 | CND | 11/25/2009 | | | AFFAIRS FOR REDSTONE WITH B. PAKSIMA AND H. |
| 1 | CND | 11/25/2009 | | | SHAYEGAN |
| 1 | BLP | 11/25/2009 | 1.20 | 504.00 | CONFERENCE WITH N. DEE RE OPERATION REPORTS |
| 1 | BLP | 11/25/2009 | | | VERSUS CASH FLOW STATEMENTS FOR SMALL BUSINESS |
| 1 | BLP | 11/25/2009 | | | DEBTORS (.2); DRAFT MOTION FOR ORDER LIMITING |
| 1 | BLP | 11/25/2009 | | | NOTICE (1.0) |
| 1 | CND | 11/25/2009 | 0.60 | 246.00 | FINAL REVIEW SCHEDULES FOR PROGRESS WITH B. |
| 1 | CND | 11/25/2009 | | | PAKSIMA AND H. SHAYEGAN |
| 1 | CND | 11/30/2009 | 0.50 | 205.00 | FINAL REVIEW OF SCHEDULES AND STATEMENT OF |
| 1 | CND | 11/30/2009 | | | FINANCIAL AFFAIRS FOR GILMORE SHIPPING CORP; |
| 1 | CND | 11/30/2009 | | | REVISE SAME |
| 1 | CND | 11/30/2009 | 0.30 | 123.00 | MEETING WITH H. SHAYEGAN AND B. PAKSIMA REGARDING |
| 1 | CND | 11/30/2009 | | | GCL SCHEDULES; GCL SHIPPING SCHEDULES AND CASTLE |
| 1 | CND | 11/30/2009 | | | OBJECTION |
| 1 | CND | 11/30/2009 | 0.60 | 246.00 | FINAL REVIEW AND REVISION TO REDSONTE SCHEDULES; |
| 1 | CND | 11/30/2009 | | | REVISE SAME |
| 1 | CND | 11/30/2009 | 0.40 | 164.00 | FINAL REVIEW AND REVISIONS OF GCL SHIPPING CORP. |
| 1 | CND | 11/30/2009 | | | SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 1 | CND | 11/30/2009 | 0.40 | 164.00 | MEETING WITH H SHAYEGAN AND B. PAKSIMA REGARDING |
| 1 | CND | 11/30/2009 | | | GILMORE AND REDSTONE SCHEDULES AND TAC CONTAINER |
| 1 | CND | 11/30/2009 | | | OBJECTION |
| 1 | CND | 11/30/2009 | 0.80 | 328.00 | FINAL REVIEW AND REVISIONS OF PROGRESS SCHEDULES |
| 1 | CND | 11/30/2009 | | | AND STATEMENT OF FINANCIAL AFFAIRS |
| 1 | CND | 11/30/2009 | 0.70 | 287.00 | FINAL REVIEW AND REVISIONS OF PROSPERITY |
| 1 | CND | 11/30/2009 | | | SCHEDULES REVISE SAME |
| 1 | CND | 11/30/2009 | 0.60 | 246.00 | FINAL REVIEW AND REVISIONS ON SHIPTRADE |
| 1 | CND | 11/30/2009 | | | SCHEDULES; REVISE SAME |
| 1 | CND | 11/30/2009 | 0.40 | 164.00 | REVIEW TAC EQUIPMENT LEASE TO PREPARE RESPONSE TO |
| 1 | CND | 11/30/2009 | | | DIP OBJECTION |
| 1 | CND | 11/30/2009 | 0.70 | 287.00 | FINAL REVIEW SCHEDULES FOR GLOBAL CONTAINER LINES |
| 1 | CND | 11/30/2009 | | | LIMITED; REVISE SAME |
| 1 | BLP | 11/30/2009 | 0.40 | 168.00 | CONTINUED WORK ON MOTION FOR ORDER LIMITING |
| 1 | BLP | 11/30/2009 | | | NOTICE |
| 1 | CND | 12/1/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM MAIN SHIPPING REGARDING |
| 1 | CND | 12/1/2009 | | | REDSTONE TOP TWENTY LIST; ATTENTION TO SAME |
| 1 | CND | 12/1/2009 | 0.20 | 82.00 | REVIEW AND RESPONSE TO MULTIPLE EMAILS FROM B. |
| 1 | CND | 12/1/2009 | | | PAKSIMA AND S. EYERMAN REGARDING BUDGET |
| 1 | CND | 12/3/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM H. SHAYGAN REGARDING CREDITORS |
| 1 | CND | 12/3/2009 | | | COMMITTEE; PREPARE RESPONSE TO SAME |
| 1 | CND | 12/3/2009 | 0.20 | 82.00 | CONFERENCE WITH B. PAKSIMA REGARDING CREDITOR |
| 1 | CND | 12/3/2009 | | | COMMITTEE FORMATION |
| 1 | CND | 12/4/2009 | 0.50 | 205.00 | CONFERENCE WITH H. SHAYEGAN, B. PAKSIMA REGARDING |
| 1 | CND | 12/4/2009 | | | INSURANCE ISSUE |
| 1 | MGR | 12/9/2009 | 0.60 | 282.00 | CONF W. CLIENTS AND S EYERMAN REGARDING |
| 1 | MGR | 12/9/2009 | | | PREPARATION OF BUDGET AND FILING REQUIREMENTS |
| 1 | MGR | 12/11/2009 | 1.20 | 564.00 | MEETING W/ CLIENTS REGARDING OBLIGATIONS AS A |
| 1 | MGR | 12/11/2009 | | | DEBTOR IN POSSESSION AND ISSUES RELATING TO |
| 1 | MGR | 12/11/2009 | | | INSURANCE, PAYMENTS OF OPERATING EXPENSES AND |
| 1 | MGR | 12/11/2009 | | | CONTAINER LEASE ISSUES |
| 1 | MGR | 12/14/2009 | 0.60 | 282.00 | REVIEW TRANSCRIPT OF 12/1 HEARING |
| 1 | CND | 12/15/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM S. EYERMAN REGARDING HEARING; |
| 1 | CND | 12/15/2009 | | | PREPARE RESPONSE TO SAME |
| 1 | MGR | 12/15/2009 | 0.60 | 282.00 | REVIEW PROPOSED LETTER TO R SALISBURY FROM B |
| 1 | MGR | 12/15/2009 | | | PAKSIMA AND PROVIDE COMMENTS |
| 1 | CND | 12/16/2009 | 1.10 | 451.00 | MEETING WITH B. PAKSIMA TO REVIEW SCHEDULES FOR |
| 1 | CND | 12/16/2009 | | | ALL DEBTORS TO PREPARE FOR 341 MEETING |
| 1 | CND | 12/16/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM H. SHAYEGAN REGARDING INSURANCE |
| 1 | CND | 12/16/2009 | | | ISSUE; PREPARE RESPONSE TO SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 12/23/2009 | 0.30 | 123.00 | DRAFT NOTICE OF HEARING FOR ALL DEBTORS; |
| 1 | CND | 12/23/2009 | | | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING |
| 1 | CND | 12/23/2009 | | | SAME |
| 1 | CND | 12/23/2009 | 0.20 | 82.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING CREW |
| 1 | CND | 12/23/2009 | | | WAGES; CONFERENCE WITH B. PAKSIMA REGARDING SAME |
| 1 | CND | 12/28/2009 | 0.30 | 123.00 | REVIEW EMAIL FROM B. PAKSIMA NOTICE ISSUES; |
| 1 | CND | 12/28/2009 | | | CONFERENCE WITH B. PAKSIMA REGARDING SAME |
| 1 | CND | 12/28/2009 | 0.90 | 369.00 | ATTENTION TO NOTICE ISSUES REGARDING FILING AND |
| 1 | CND | 12/28/2009 | | | OVERSEAS CREDITORS; CONFERENCE WITH B. PAKSIMA |
| 1 | CND | 12/28/2009 | | | REGARDING SAME; PREPARE EMAIL TO B. PAKSIMA |
| 1 | CND | 12/28/2009 | | | REGARDING SAME |
| 1 | CND | 12/29/2009 | 0.10 | 41.00 | PREPARE EMAIL TO B. PAKSIMA REGARDING GILMORE |
| 1 | CND | 12/29/2009 | | | CLAIM |
| 1 | CND | 1/4/2010 | 0.10 | 41.00 | PREPARE EMAIL TO SEYERMAN REGARDING BUDGET AND |
| 1 | CND | 1/4/2010 | | | OPERATING REPORTS |
| 1 | CND | 1/4/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH B. SMITH REGARDING CREDITOR |
| 1 | CND | 1/4/2010 | | | COMMITTEE |
| 1 | CND | 1/5/2010 | 0.80 | 328.00 | CONFERENCE WITH S. EYERMAN REGARDING OPERATING |
| 1 | CND | 1/5/2010 | | | REPORTS, PLAN ISSUES; BUDGET AND ALLOCATION OF |
| 1 | CND | 1/5/2010 | | | SALE PROCEEDS |
| 1 | CND | 1/5/2010 | 0.60 | 246.00 | REVIEW OPERATING GUIDELINES AND OPERATING |
| 1 | CND | 1/5/2010 | | | STATEMENTS TO PREPARE FOR MEETING WITH SEYERMAN |
| 1 | CND | 1/5/2010 | 0.40 | 164.00 | CONFERENCE WITH J. EYERMAN AND H. SHAYEGAN |
| 1 | CND | 1/5/2010 | | | REGARDING PREPARATION OF OPERATING REPORTS |
| 1 | CND | 1/6/2010 | 0.20 | 82.00 | PHONE CONFERENCE TO CREDITOR COMMITTEE REGARDING |
| 1 | CND | 1/6/2010 | | | RETENTION ISSUES |
| 1 | MGR | 1/7/2010 | 1.30 | 611.00 | MEETING W/ CLIENTS REGARDING BUDGET/ OP |
| 1 | MGR | 1/7/2010 | | | STATEMENTS, SALE OF PRECISION, POSITION OF |
| 1 | MGR | 1/7/2010 | | | CONTAINER LEASING CO'S AND GOING FORWARD |
| 1 | MGR | 1/7/2010 | | | OPERATIONS. |
| 1 | CND | 1/8/2010 | 0.10 | 41.00 | PHONE CONFERENCE WITH US TRUSTEE S. YANG |
| 1 | CND | 1/8/2010 | | | REGARDING CASE STATUS |
| 1 | MGR | 1/8/2010 | 0.60 | 282.00 | CONF CALL W A WOFSE AND G HERBST REGARDING |
| 1 | MGR | 1/8/2010 | | | BACKGROUND AND STATUS OF CASE. DISCUSSED |
| 1 | MGR | 1/8/2010 | | | PRESSING ISSUES AND POSITIONS TAKEN BY CONTAINER |
| 1 | MGR | 1/8/2010 | | | COMPANIES. |
| 1 | CND | 1/11/2010 | 1.20 | 492.00 | REVIEW MOTION TO ESTABLISH BAR DATE; NOTICE OF |
| 1 | CND | 1/11/2010 | | | BAR DATE AND RELATED ORDER; REVIEW CASE LAW |
| 1 | CND | 1/11/2010 | | | REGARDING JURISDICTIONAL ISSUES FOR MARITIME |
| 1 | CND | 1/11/2010 | | | LIENS |
| 1 | CND | 1/11/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH CREDITOR COMMITTEE COUNSEL |
| 1 | CND | 1/11/2010 | | | REGARDING CASE STATUS |
| 1 | BLP | 1/11/2010 | 0.30 | 126.00 | REVIEW FILES FOR CONFIDENTIALITY MOTION FOR |
| 1 | BLP | 1/11/2010 | | | COMMITTEE |
| 1 | CND | 1/12/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH S. EYERMAN REGARDING |
| 1 | CND | 1/12/2010 | | | BUDGET; SECOND PHONE CONFERENCE WITH S. EYERMAN |
| 1 | CND | 1/12/2010 | | | REGARDING BUDGET |
| 1 | CND | 1/12/2010 | 0.20 | 82.00 | CONFERENCE WITH S. EYERMAN REGARDING OPERATING |
| 1 | CND | 1/12/2010 | | | REPORTS AND 90 DAYS BUDGET |
| 1 | CND | 1/13/2010 | 0.50 | 205.00 | PHONE CONFERENCE WITH SENATOR SHUMER'S OFFICE |
| 1 | CND | 1/13/2010 | | | REGARDING UN RECEIVABLES; CONFERENCE WITH H. |
| 1 | CND | 1/13/2010 | | | SHAYEGAN; B. PAKSIMA REGARDING SAME |
| 1 | CND | 1/13/2010 | 2.10 | 861.00 | PREPARE FOR AND ATTEND MEETING WITH B. PAKSIMA |
| 1 | CND | 1/13/2010 | | | AND A. PAKSIMA, K. PAKSIMA AND SEYERMAN REGARDING |
| 1 | CND | 1/13/2010 | | | CASH FLOW; REVIEW BUDGET; PRECISION SALE, UN |
| 1 | CND | 1/13/2010 | | | RECEIVABLE ISSUE; CONTRACT ISSUE AND OPERATING |
| 1 | CND | 1/13/2010 | | | REPORTS |
| 1 | CND | 1/13/2010 | 0.20 | 82.00 | CONFERENCE WITH SEYERMAN REGARDING BUDGET |
| 1 | CND | 1/15/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM A. WOFSE MEETING WITH DEBTORS |
| 1 | CND | 1/15/2010 | | | PRINCIPALS; PREPARE RESPONSE TO SAME |
| 1 | CND | 1/15/2010 | 0.70 | 287.00 | REVISE LETTER TO SENATOR SHUMER REGARDING |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 1/15/2010 | | | OUTSTANDING UN RECEIVABLES |
| 1 | CND | 1/15/2010 | 0.60 | 246.00 | CONFERENCE WITH B. PAKSIMA REGARDING LETTER TO |
| 1 | CND | 1/15/2010 | | | UN; REVIEW GCL CORRESONDENCE REGARDING UN |
| 1 | CND | 1/15/2010 | | | RECEIVABLES; REVISE LETTER TO UN REGARDING SAME |
| 1 | CND | 1/15/2010 | 0.40 | 164.00 | FINAL REVISIONS TO UN LETTER |
| 1 | CND | 1/19/2010 | 1.10 | 451.00 | CONFERENCE WITH M. ROSEMAN REGARDING RESPONSE TO |
| 1 | CND | 1/19/2010 | | | UN LETTER; LEGAL RESEARCH REGARDING CODE SECTION |
| 1 | CND | 1/19/2010 | | | ON DISCONTINUATION REGARDING SAME; BEGIN |
| 1 | CND | 1/19/2010 | | | REVIEWING UN DOCUMENTS |
| 1 | CND | 1/19/2010 | 0.70 | 287.00 | CONFERENCE WITH H. SHAYEGAN AND K. PAKSIMA |
| 1 | CND | 1/19/2010 | | | REGARDING UN VENDOR SERVICE BOARD ISSUE; STATUS |
| 1 | CND | 1/19/2010 | | | OF PRECISION AND BIDS FOR UN CONTRACTS |
| 1 | CND | 1/19/2010 | 0.30 | 123.00 | REVIEW EMAIL FROM COURT REGARDING ADJOURNMENT OF |
| 1 | CND | 1/19/2010 | | | HEARING; PREPARE RESPONSE TO SAME; PREPARE LETTER |
| 1 | CND | 1/19/2010 | | | OF ADJOURNMENT REGARDING SAME |
| 1 | CND | 1/19/2010 | 0.20 | 82.00 | CONFERENCE WITH K. PAKSIMA REGARDING UN PAYMENT; |
| 1 | CND | 1/19/2010 | | | KEYBANK MORTGAGE RELEASE AND FUTURE CONTRACTS |
| 1 | MGR | 1/19/2010 | 1.20 | 564.00 | REVIEW UN LETTER AND DRAFT LETTER TO SENATOR |
| 1 | MGR | 1/19/2010 | | | SCHUMERS OFFICE; MEETING W/ CLIENT REGARDING |
| 1 | MGR | 1/19/2010 | | | ISSUE |
| 1 | CND | 1/20/2010 | 2.60 | 1,066.00 | LEGAL RESEARCH REGARDING SECTION 525 OF CODE; |
| 1 | CND | 1/20/2010 | | | DISCRIMINATION ON LETTER REGARDING VENDOR |
| 1 | CND | 1/20/2010 | | | REGISTRATION |
| 1 | CND | 1/20/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM ACCOUNTANTS REGARDING OPERATING |
| 1 | CND | 1/20/2010 | | | REPORTS; PREPARE RESPONSE TO SAME |
| 1 | CND | 1/20/2010 | 0.40 | 164.00 | CONFERENCE WITH H. SHAYEGAN, B. PAKSIMA AND A. |
| 1 | CND | 1/20/2010 | | | PAKSIMA REGARDING RESPONSE TO UN LETTER |
| 1 | CND | 1/20/2010 | 0.10 | 41.00 | PREPARE EMAIL TO C. JOHNSON REGARDING UN MISSION |
| 1 | CND | 1/20/2010 | 1.20 | 492.00 | DRAFT LETTER TO UN REGARDING VENDOR STATUS; |
| 1 | CND | 1/20/2010 | | | CONFERENCE WITH B. PAKSIMA REGARDING SAME |
| 1 | CND | 1/20/2010 | 1.10 | 451.00 | MULTIPLE RE-DRAFTS OF LETTER TO UN REGARDING |
| 1 | CND | 1/20/2010 | | | VENDOR STATUS; MULTIPLE CONFERENCES WITH A. |
| 1 | CND | 1/20/2010 | | | PAKSIMA AND K. PAKSIMA AND H. SHAYEGAN REGARDING |
| 1 | CND | 1/20/2010 | | | SAME |
| 1 | MGR | 1/20/2010 | 1.00 | 470.00 | MEETING W/ CLIENTS TO REVIEW RESPONSE TO UN |
| 1 | MGR | 1/20/2010 | | | LETTER AND SCHEDULE MEETING W/ US MISSION |
| 1 | CND | 1/21/2010 | 0.40 | 164.00 | ATTENTION TO UN VENDOR; STATUS CONFERENCE WITH K. |
| 1 | CND | 1/21/2010 | | | PAKSIMA AND H. SHAYEGAN REGARDING SAME |
| 1 | CND | 1/21/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM A. PAKSIMA REGARDING UN |
| 1 | CND | 1/21/2010 | | | MEETING; PREPARE RESPONSE TO SAME |
| 1 | CND | 1/21/2010 | 0.20 | 82.00 | CONFERENCE WITH M. ROSEMAN REGARDING UN MEETING |
| 1 | CND | 1/21/2010 | | | FOR VENDOR STATUS |
| 1 | CND | 1/21/2010 | 0.10 | 41.00 | PREPARE EMAIL TO A. YUDES REGARDING STATUS OF UN |
| 1 | CND | 1/21/2010 | | | DISPUTE |
| 1 | CND | 1/21/2010 | 0.40 | 164.00 | PREPARE EMAIL TO C. JOHNSON REGARDING UN VENDOR |
| 1 | CND | 1/21/2010 | | | STATUS ISSUE; PHONE CONFERENCE WITH OFFICE OF |
| 1 | CND | 1/21/2010 | | | SENATOR SCHUMER REGARDING SAME |
| 1 | CND | 1/21/2010 | 0.40 | 164.00 | PHONE CONFERENCE WITH CHARLES SCHUMER REGARDING |
| 1 | CND | 1/21/2010 | | | MEETING WITH UN; CONFERENCE WITH A. PAKSIMA AND |
| 1 | CND | 1/21/2010 | | | H. SHAYEGAN REGARDING SAME |
| 1 | CND | 1/21/2010 | 0.40 | 164.00 | REVIEW LETTER TO CONGRESS WOMEN REGARDING UN |
| 1 | CND | 1/21/2010 | | | MEETING; REVISE SAME; CONFERENCE WITH H. SHAYEGAN |
| 1 | CND | 1/21/2010 | | | REGARDING SAME |
| 1 | MGR | 1/21/2010 | 0.80 | 376.00 | REVIEW DRAFT LETTER AND MEET W/ CLIENTS TO |
| 1 | MGR | 1/21/2010 | | | DISCUSS LETTER TO UN |
| 1 | CND | 1/22/2010 | 0.30 | 123.00 | REVIEW 2 EMAILS FROM H. SHAYEGAN REGARDING |
| 1 | CND | 1/22/2010 | | | CHARLES SCHUMER LETTER; REVIEW LETTER; PREPARE |
| 1 | CND | 1/22/2010 | | | RESPONSE TO H. SHAYEGAN REGARDING SAME |
| 1 | CND | 1/22/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM G. PETRALLA REGARDING UN ISSUE; |
| 1 | CND | 1/22/2010 | | | REVIEW EMAIL FROM B. PAKSIMA REGARDING SAME; |
| 1 | CND | 1/22/2010 | | | PREPARE RESPONSES TO SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 1/22/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM K. GRINN REGARDING OPERATING REPORTS; PREPARE RESPONSES TO SAME |
| 1 | CND | 1/22/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM J. SIMMS REGARDING OPERATING REPORTS; PREPARE RESPONSE TO SAME |
| 1 | CND | 1/24/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM H. SHAYEGAN REGARDING UN VENDOR ISSUE; PREPARE RESPONSE TO SAME |
| 1 | MGR | 1/25/2010 | 0.80 | 376.00 | REVIEW PROPOSED OPERATING STATEMENTS AND DISCUSS W/ CLIENTS REGARDING TREATMENT OF DRY DOCKING EXPENSES AND BOOKING AS LOSSES |
| 1 | CND | 1/25/2010 | 0.20 | 82.00 | CONFERENCE WITH B. PAKSIMA AND K. PAKSIMA REGARDING OPERATING REPORTS |
| 1 | CND | 1/25/2010 | 0.20 | 82.00 | CONFERENCE WITH K. GRINN AND K. PAKSIMA REGARDING OPERATING REPORTS |
| 1 | CND | 1/25/2010 | 0.20 | 82.00 | CONFERENCE WITH M. ROSEMAN REGARDING BUDGET, OPERATING REPORTS; AND STATUS OF UN MEETING; ATTENTION TO SAME |
| 1 | CND | 1/25/2010 | 0.80 | 328.00 | CONFERENCE WITH B. PAKSIMA, H. SHAYEGAN, M. ROSEMAN REGARDING UN MEETING |
| 1 | MGR | 1/26/2010 | 2.00 | 940.00 | MEETING W/ CLIENTS REGARDING MEETING W/ US MISSION AND ISSUES TO FOCUS ON AND RAISE INCLUDING RETALIATORY CONDUCT AND IMPROPER DISCRIMINATION |
| 1 | MGR | 1/26/2010 | 3.00 | 1,410.00 | RESEARCH ISSUE OF DISCRIMINATION OF DEBTOR AND 11 USC 525; REVIEW APPROVED VENDOR LIST FOR UN AND HIGHLIGHT FORMER OR CURRENT DEBTORS |
| 1 | MGR | 1/27/2010 | 6.00 | 2,820.00 | ATTEND MEETING AT US MISSION TO UN / CLIENTS REGARDING REVIEW OF UN DECISION TO SUSPEND GCL FROM FUTURE TENDERS; POST MEETING MEETING W/ CLIENTS |
| 1 | MGR | 1/28/2010 | 1.50 | 705.00 | MEETING W/ CLIENTS REGARDING DRAFT LETTER TO UN; REVIEW LETTER AND PROVIDE COMMENTS; FINALIZE SCHEDULE OF UN VENDORS IN OR HAVING BEEN IN BANKRUPTCY |
| 1 | CND | 1/28/2010 | 0.20 | 82.00 | REVIEW EMAIL FROM B. RUSLION AT THE UN TO DISCUSS RESPONSE TO SAME WITH A. PAKSIMA |
| 1 | CND | 1/28/2010 | 0.30 | 123.00 | CONFERENCE WITH M. ROSEMAN, B. PAKSIMA, A PAKSIMA REGARDING UN MEETING AND CULLEN REGARDING SAME |
| 1 | CND | 1/28/2010 | 0.20 | 82.00 | ATTENTION TO NOVEMBER AND DECEMBER REPORTS; PREPARE EMAIL TO K. PAKSIMA REGARDING SAME |
| 1 | MGR | 1/29/2010 | 1.00 | 470.00 | DRAFT LANGUAGE TO BE INCLUDED IN SUBMISSION TO UN REGARDING BANKRUPTCY PROCESS |
| 1 | MGR | 1/29/2010 | 0.50 | 235.00 | CONTINUED REVIEW AND COMMENT ON LETTER TO UN |
| 1 | CND | 1/29/2010 | 0.10 | 41.00 | PHONE CONFERENCE WITH CREDITOR ASB REGARDING GLOBAL FILING |
| 1 | CND | 1/29/2010 | 0.30 | 123.00 | REVIEW MULTIPLE EMAILS FROM B. PAKSIMA AND H. SHAYEGAN REGARDING UN VENDOR STATUS; CONFERENCE WITH H. SHAYEGAN AND A. PAKSIMA REGARDING SAME |
| 1 | CND | 2/1/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM A. PAKSIMA REGARDING UN VENDOR ISSUE; REVIEW RESPONSE BY M. ROSEMAN REGARDING SAME; CONFERENCE WITH M. ROSEMAN REGARDING SAME |
| 1 | CND | 2/1/2010 | 0.30 | 123.00 | CONFERENCE WITH A. PAKSIMA AND H. SHAYEGAN REGARDING RESPONSE TO UN |
| 1 | MGR | 2/1/2010 | 0.70 | 329.00 | MEETING W/ CLIENTS REGARDING OPTIONS W/ UN AND PROCEDURE. |
| 1 | MGR | 2/2/2010 | 2.20 | 1,034.00 | MEETING W/ CLIENTS REGARDING UN AND US MISSION MEETING; DRAFT MEMO REGARDING BANKRUPTCY ISSUES AND UN FOR US MISSION TO USE IN UN MEETING |
| 1 | CND | 2/2/2010 | 0.30 | 123.00 | REVIEW 2 EMAILS FROM M. ROSEMAN AND A. PAKSIMA REGARDING UN RESPONSE CONFERENCE WITH M. ROSEMAN REGARDING SAME |
| 1 | CND | 2/3/2010 | 0.90 | 369.00 | CONFERENCE WITH K. PAKSIMA REGARDING US TRUSTEE |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 2/3/2010 | | | QUARTERLY FEES; REVIEW CALCULATION OF SAME; |
| 1 | CND | 2/3/2010 | | | PREPARE LETTER TO S. YANG REGARDING SAME; |
| 1 | CND | 2/3/2010 | | | CONFERENCE WITH M. ROSEMAN REGARDING PAYMENT OF |
| 1 | CND | 2/3/2010 | | | POST PETITION ATTORNEY FEES |
| 1 | CND | 2/4/2010 | 0.10 | 41.00 | REVIEW EMAILS FROM B. PAKSIMA REGARDING UN |
| 1 | CND | 2/4/2010 | | | PAYMENTS; REVIEW UN RESPONSE REGARDING SAME; |
| 1 | CND | 2/4/2010 | | | PREPARE RESPONSE TO B. PAKSIMA REGARDING SAME |
| 1 | MGR | 2/4/2010 | 1.30 | 611.00 | MEETING W/ CLIENTS REGARDING DIP FINANCING ISSUES |
| 1 | MGR | 2/4/2010 | | | AND DRAFT LETTER TO UN |
| 1 | MGR | 2/10/2010 | 0.50 | 235.00 | E-MAILS W/ CLIENTS REGARDING UN AND MEETING W/ |
| 1 | MGR | 2/10/2010 | | | BANK |
| 1 | CND | 2/11/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM ACCOUNTANT REGARDING OPERATING |
| 1 | CND | 2/11/2010 | | | REPORTS; PREPARE RESPONSE TO SAME; PREPARE EMAIL |
| 1 | CND | 2/11/2010 | | | TO A. WOFSE REGARDING SAME |
| 1 | MGR | 2/11/2010 | 1.50 | 705.00 | MEETING W/ CLIENTS REGARDING OPERATIONS, BUDGET |
| 1 | MGR | 2/11/2010 | | | AND CASH FLOW ISSUES |
| 1 | CND | 2/16/2010 | 0.30 | 123.00 | CONFERENCE WITH B. PAKSIMA, A. PAKSIMA; H. SHAY |
| 1 | CND | 2/16/2010 | | | EGAN REGARDING UN STATUS AND NBB MEETING |
| 1 | CND | 2/16/2010 | 0.30 | 123.00 | CONFERENCE WITH EYERMAN REGARDING OPERATING |
| 1 | CND | 2/16/2010 | | | REPORTS AND RELATED FINANCIAL ISSUES; CONFERENCE |
| 1 | CND | 2/16/2010 | | | WITH B. PAKSIMA REGARDING SAME |
| 1 | MGR | 2/16/2010 | 1.00 | 470.00 | REVIEW PROJECTIONS PROVIDED BY S EYERMAN IN |
| 1 | MGR | 2/16/2010 | | | PREPARATION FOR MEETING WITH CLIENTS AND |
| 1 | MGR | 2/16/2010 | | | SUBSEQUENT MEETING W/ BANK |
| 1 | MGR | 2/17/2010 | 0.50 | 235.00 | REVIEW AND PROVIDE COMMENTS TO DRAFT LETTER TO UN |
| 1 | MGR | 2/17/2010 | | | REGARDING IMPROPER DEBARRMENT |
| 1 | CND | 2/18/2010 | 0.60 | 246.00 | ATTENTION TO OPERATING REPORTS; CONFERENCE WITH |
| 1 | CND | 2/18/2010 | | | K. PAKSIMA REGARDING SAME; PREPARE EMAIL TO K. |
| 1 | CND | 2/18/2010 | | | GRINN REGARDING SAME |
| 1 | CND | 2/19/2010 | 0.80 | 328.00 | REVIEW OPERATING REPORTS; CONFERENCE WITH K. |
| 1 | CND | 2/19/2010 | | | PASKIMA REGARDING SAME; PREPARE EMAIL TO K. GRINN |
| 1 | CND | 2/19/2010 | | | REGARDING SAME |
| 1 | CND | 2/22/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM A. PAKSIMA REGARDING UN VENDOR |
| 1 | CND | 2/22/2010 | | | STATUS; CONFERENCE WITH A. PAKSIMA REGARDING SAME |
| 1 | MGR | 2/22/2010 | 1.00 | 470.00 | MEETING W/ CLIENTS REGARDING UN AND |
| 1 | MGR | 2/22/2010 | | | REINSTATEMENT; DISCUSS REINSTATEMENT W/ A YUDES |
| 1 | CND | 2/23/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM S. EYERMAN REGARDING CASH FLOW |
| 1 | CND | 2/23/2010 | | | STATEMENTS; BUDGET; PREPARE RESPONSE TO SAME |
| 1 | CND | 2/24/2010 | 0.30 | 123.00 | REVIEW MARCH BUDGET; PREPARE EMAIL TO A. YUDES, |
| 1 | CND | 2/24/2010 | | | A. WOFSE, G. HERBST REGARDING SAME; CONFERENCE |
| 1 | CND | 2/24/2010 | | | WITH K. PAKSIMA REGARDING SAME |
| 1 | CND | 2/24/2010 | 0.10 | 41.00 | CONFERENCE WITH A. PAKSIMA, H. SHAYEGAN AND K. |
| 1 | CND | 2/24/2010 | | | PAKSIMA REGARDING UN RECEIVABLES |
| 1 | CND | 2/24/2010 | 0.10 | 41.00 | PREPARE EMAIL TO S. EYERMAN REGARDING BUDGET |
| 1 | CND | 2/24/2010 | | | ISSUES |
| 1 | CND | 2/24/2010 | 1.80 | 738.00 | MULTIPLE DRAFTS OF LETTER TO UN; REVIEW AND |
| 1 | CND | 2/24/2010 | | | REVISE SAME; 2 CONFERENCES WITH DEBTORS |
| 1 | CND | 2/24/2010 | | | PRINCIPALS REGARDING SAME |
| 1 | MGR | 2/25/2010 | 2.00 | 940.00 | MEETING W/ CLIENTS REGARDING COURT HEARING AND |
| 1 | MGR | 2/25/2010 | | | ISSUES NEEDED TO BE ADDRESSED W/ CONTAINER |
| 1 | MGR | 2/25/2010 | | | LESSORS AND NBP. |
| 1 | CND | 2/25/2010 | 1.50 | 615.00 | LONG MEETING WITH M. ROSEMAN, B. PAKSIMA AND H. |
| 1 | CND | 2/25/2010 | | | SHAYEGAN AND K. PAKSIMA PLEADING SALES; PLAN ON |
| 1 | CND | 2/25/2010 | | | REORGANIZATION; UN MEETING; NBP MEETING AND |
| 1 | CND | 2/25/2010 | | | STRATEGIES REGARDING SAME |
| 1 | CND | 2/26/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING UN VENDOR |
| 1 | CND | 2/26/2010 | | | ISSUES; PREPARE RESPONSES TO SAME |
| 1 | CND | 3/1/2010 | 0.20 | 85.00 | PREPARE EMAIL TO UN REGARDING PAYMENT ISSUES; |
| 1 | CND | 3/1/2010 | | | CONFERENCE WITH A. PAKSIMA, H. SHAYEGAN REGARDING |
| 1 | CND | 3/1/2010 | | | SAME |
| 1 | CND | 3/1/2010 | 0.20 | 85.00 | PHONE CONFERENCE WITH A. WOFSE REGARDING UN |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 3/1/2010 | | | MEETING |
| 1 | MGR | 3/2/2010 | 1.50 | 727.50 | MEETING W/ CLIENTS REGARDING SALE PROCESS, PLAN |
| 1 | MGR | 3/2/2010 | | | PROCESS AND NEW ISSUES W/ UN |
| 1 | MGR | 3/2/2010 | 0.60 | 291.00 | REVIEW E-MAIL FROM H SHAGYEN AND REPLY WITH |
| 1 | MGR | 3/2/2010 | | | COMMENTS TO MEMO TO US MISSION; |
| 1 | MGR | 3/2/2010 | 0.40 | 194.00 | REVIEW UN WEB SITE AND E-MAILS W/ B PAKSIMA |
| 1 | MGR | 3/2/2010 | | | REGARDING NEW TENDERS. |
| 1 | CND | 3/2/2010 | 0.30 | 127.50 | CONFERENCE WITH A. PAKSIMA, K. PAKSIMA, H. |
| 1 | CND | 3/2/2010 | | | SHAYEGAN REGARDING OUTGOING UN RECEIVABLES AND |
| 1 | CND | 3/2/2010 | | | SALE OF PROGRESS AND PROSPERITY |
| 1 | CND | 3/2/2010 | 0.30 | 127.50 | BRIEF LEGAL RESEARCH REGARDING UN IMMUNITY AND |
| 1 | CND | 3/2/2010 | | | PRIVILEGES CLAUSE AND ARBITRATION |
| 1 | CND | 3/2/2010 | 0.20 | 85.00 | REVIEW A PAKSIMA EMAIL TO UN MISSION; PREPARE |
| 1 | CND | 3/2/2010 | | | RESPONSE TO SAME; CONFERENCE WITH M. ROSEMAN |
| 1 | CND | 3/2/2010 | | | REGARDING SAME |
| 1 | BLP | 3/3/2010 | 0.30 | 130.50 | CONFERENCE WITH N. DEE RE STRATEGY IN DEALING |
| 1 | BLP | 3/3/2010 | | | WITH PLAN BASED ON FUTURE UN CONTRACTS AND |
| 1 | BLP | 3/3/2010 | | | FEASIBILITY ISSUES |
| 1 | CND | 3/4/2010 | 0.10 | 42.50 | REVIEW EMAIL A. PAKSIMA REGARDING UN MISSION |
| 1 | CND | 3/4/2010 | | | ASSISTANCE WITH VENDOR STATUS; CONFERENCE WITH B. |
| 1 | CND | 3/4/2010 | | | PAKSIMA REGARDING SAME |
| 1 | CND | 3/5/2010 | 0.10 | 42.50 | PREPARE EMAIL TO K. PAKSIMA AND A. PAKSIMA AND B. |
| 1 | CND | 3/5/2010 | | | PAKSIMA AND M. ROSEMAN REGARDING UN AND PAYMENT |
| 1 | CND | 3/5/2010 | | | ISSUES |
| 1 | MGR | 3/8/2010 | 0.80 | 388.00 | MEETING W/ CLIENTS TO DISCUSS ADJOURNMENT OF |
| 1 | MGR | 3/8/2010 | | | SALE; PROGRESS WITH UN RESOLUTION AND CASH FLOW |
| 1 | MGR | 3/8/2010 | | | ISSUES. |
| 1 | MGR | 3/9/2010 | 0.40 | 194.00 | CONF W/ K PAKSIMA REGARDING STATUS OF MOTIONS AND |
| 1 | MGR | 3/9/2010 | | | RETURN DATES; DISCUSS PROGRESS OF RESOLUTION W/ |
| 1 | MGR | 3/9/2010 | | | UN |
| 1 | MGR | 3/9/2010 | 0.70 | 339.50 | DRAFT AFFIRMATION OF EXIGENT CIRCUMSTANCES AND |
| 1 | MGR | 3/9/2010 | | | FILE W/ COURT; REVIEW AND RESPOND TO |
| 1 | MGR | 3/9/2010 | | | COMMUNICATIONS FROM CHAMBERS. |
| 1 | MGR | 3/9/2010 | 0.40 | 194.00 | E-MAILS FROM CLIENTS REGARDING TRADE WIND |
| 1 | MGR | 3/9/2010 | | | REPORTER; PHONE CONF W/ REPORTER FOR TRADE WIND |
| 1 | CND | 3/9/2010 | 0.20 | 85.00 | REVIEW MULTIPLE EMAILS FROM A. WOFSE REGARDING |
| 1 | CND | 3/9/2010 | | | HEARING; STATUS ETC; PREPARE RESPONSE TO SAME |
| 1 | MGR | 3/10/2010 | 0.40 | 194.00 | E-MAILS W COURT REGARDING SCHEDULING HEARING FOR |
| 1 | MGR | 3/10/2010 | | | COMFORT ORDER |
| 1 | CND | 3/10/2010 | 0.10 | 42.50 | PREPARE EMAIL TO S. EYERMAN REGARDING BUDGET; |
| 1 | CND | 3/10/2010 | | | PLAN PROJECTIONS ETC. |
| 1 | MGR | 3/11/2010 | 1.20 | 582.00 | MEETING W/ CLIENTS REGARDING UN SITUATION |
| 1 | CND | 3/11/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM H. SHAYEGAN REGARDING DELIVERY |
| 1 | CND | 3/11/2010 | | | OF CONTAINERS IN KARACHI; CONFERENCE WITH H. |
| 1 | CND | 3/11/2010 | | | SHAYEGAN REGARDING SAME |
| 1 | MGR | 3/15/2010 | 1.50 | 727.50 | MEETING W/ CLIENTS TO REVIEW SETTLEMENT |
| 1 | MGR | 3/15/2010 | | | AGREEMENT, SALE OF VESSELS, REVISED CASH FLOWS |
| 1 | MGR | 3/15/2010 | | | AND POTENTIAL PLAN FORMATS |
| 1 | CND | 3/15/2010 | 0.30 | 127.50 | REVIEW DOCUMENTS PRODUCED BY DEBTOR; PREPARE |
| 1 | CND | 3/15/2010 | | | EMAIL TO CLIENT REGARDING SAME; PREPARE EMAIL TO |
| 1 | CND | 3/15/2010 | | | DEBTORS COUNSEL REGARDING SAME |
| 1 | MGR | 3/16/2010 | 0.20 | 97.00 | E-MAIL EXCHANGE W/ B PAKSIMA REGARDING MEETING |
| 1 | MGR | 3/16/2010 | | | DATE AND TIME AND NEED TO DISCUSS PROPOSAL |
| 1 | CND | 3/16/2010 | 0.40 | 170.00 | REVIEW AND REVISE UN SETTLEMENT AGREEMENT; |
| 1 | CND | 3/16/2010 | | | PREPARE EMAIL TO UN LAWYER REGARDING SAME |
| 1 | CND | 3/16/2010 | 0.40 | 170.00 | REVIEW UN SETTLEMENT AGREEMENT; REVIEW LETTER |
| 1 | CND | 3/16/2010 | | | REGARDING LIQUIDATED DAMAGES PREPARE EMAIL TO UN |
| 1 | CND | 3/16/2010 | | | LAWYER REGARDING SAME |
| 1 | CND | 3/16/2010 | 0.30 | 127.50 | PHONE CONFERENCE WITH UN LAWYER REGARDING |
| 1 | CND | 3/16/2010 | | | SETTLEMENT AGREEMENT AND OUTSTANDING PAYMENTS; |
| 1 | CND | 3/16/2010 | | | PREPARE RESPONSE TO SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 3/16/2010 | 0.20 | 85.00 | CONFERENCE WITH B. PAKSIMA AND A. PAKSIMA |
| 1 | CND | 3/16/2010 | | | REGARDING UN PAYMENT |
| 1 | CND | 3/17/2010 | 0.90 | 382.50 | REVIEW AND REVISE UN SETTLEMENT AGREEMENT; |
| 1 | CND | 3/17/2010 | | | PREPARE EMAIL TO COUNSEL REGARDING SAME |
| 1 | MGR | 3/18/2010 | 1.00 | 485.00 | MEETING W/ CLIENTS REGARDING CREDITOR COMMITTEE |
| 1 | MGR | 3/18/2010 | | | MEETING, AGENDA AND UN SITUATION |
| 1 | CND | 3/18/2010 | 0.20 | 85.00 | REVIEW MULTIPLE EMAILS FROM CREDITOR COMMITTEE |
| 1 | CND | 3/18/2010 | | | COUNSEL; PREPARE RESPONSES TO SAME |
| 1 | CND | 3/18/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM K. GRINN REGARDING FEES; |
| 1 | CND | 3/18/2010 | | | ATTENTION TO SAME |
| 1 | CND | 3/19/2010 | 0.20 | 85.00 | PHONE CONFERENCE WITH UN COUNSEL REGARDING |
| 1 | CND | 3/19/2010 | | | STIPULATION; PREPARE FOLLOW UP EMAIL TO MS. VON |
| 1 | CND | 3/19/2010 | | | WILLISEN AT UN REGARDING SAME; REVIEW EMAIL FROM |
| 1 | CND | 3/19/2010 | | | MS. VON WILLISEN REGARDING SAME |
| 1 | CND | 3/19/2010 | 0.10 | 42.50 | REVIEW PROPOSED 45 DAY BUDGET; PREPARE EMAIL TO |
| 1 | CND | 3/19/2010 | | | EYERMAN REGARDING SAME |
| 1 | CND | 3/22/2010 | 0.20 | 85.00 | REVIEW 2 EMAILS FROM UN COUNSEL REGARDING |
| 1 | CND | 3/22/2010 | | | SETTLEMENT AGREEMENT; PREPARE RESPONSES TO SAME |
| 1 | CND | 3/23/2010 | 0.10 | 42.50 | PREPARE EMAIL TO UN LAWYER REGARDING SETTLEMENT |
| 1 | CND | 3/23/2010 | | | AGREEMENT |
| 1 | CND | 3/23/2010 | 0.20 | 85.00 | ATTENTION TO OPERATING REPORTS FOR MONTH OF |
| 1 | CND | 3/23/2010 | | | FEBRUARY |
| 1 | CND | 3/25/2010 | 0.10 | 42.50 | PREPARE EMAIL TO UN COUNSEL REGARDING PAYMENTS |
| 1 | CND | 3/25/2010 | 0.40 | 170.00 | REVIEW EMAIL FROM UN LAWYER REGARDING SETTLEMENT |
| 1 | CND | 3/25/2010 | | | AGREEMENT; REVIEW AGREEMENT; PREPARE EMAIL TO UN |
| 1 | CND | 3/25/2010 | | | COUNSEL REGARDING SAME |
| 1 | CND | 3/26/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM D. VON WILLIAM REGARDING UN |
| 1 | CND | 3/26/2010 | | | SETTLEMENT AGREEMENT; PREPARE RESPONSE TO SAME |
| 1 | CND | 3/27/2010 | 0.10 | 42.50 | PREPARE EMAIL TO EYERMAN REGARDING IMPERIUM DEBT |
| 1 | CND | 3/29/2010 | 0.20 | 85.00 | CONFERENCE WITH B. PAKSIMA REGARDING UN |
| 1 | CND | 3/29/2010 | | | SETTLEMENT AGREEMENTS; PREPARE EMAIL TO WILLISEN |
| 1 | CND | 3/29/2010 | | | REGARDING SAME |
| 1 | CND | 3/30/2010 | 0.30 | 127.50 | FINAL REVIEW OF UN SETTLEMENT; CONFERENCE WITH A. |
| 1 | CND | 3/30/2010 | | | PAKSIMA REGARDING SAME |
| 1 | BLP | 4/2/2010 | 1.00 | 435.00 | REVIEW MOTION AND ORDER SHORTENING NOTICE ON 9019 |
| 1 | BLP | 4/2/2010 | | | MOTION AND CONFERENCES WITH ND RE SAME |
| 1 | CND | 4/2/2010 | 0.40 | 170.00 | CONFERENCE WITH B. PAKSIMA REGARDING MERCUR |
| 1 | CND | 4/2/2010 | | | CONTRACT COMPLETION AND UN SETTLEMENT; 2ND |
| 1 | CND | 4/2/2010 | | | CONFERENCE WITH A. PAKSIMA AND B. PAKSIMA |
| 1 | CND | 4/2/2010 | | | REGARDING SAME |
| 1 | CND | 4/2/2010 | 1.10 | 467.50 | DRAFT MOTION TO SHORTEN TIME REGARDING UN |
| 1 | CND | 4/2/2010 | | | SETTLEMENT; REVIEW AND REVISE SAME |
| 1 | CND | 4/2/2010 | 0.90 | 382.50 | DRAFT AFFIRMATION IN SUPPORT OF ORDER SHORTENING |
| 1 | CND | 4/2/2010 | | | TIME; REVIEW AND REVISE SAME |
| 1 | CND | 4/2/2010 | 0.60 | 255.00 | DRAFT ORDER SHORTENING AND EXTENDING TIME; REVIEW |
| 1 | CND | 4/2/2010 | | | AND REVISE SAME |
| 1 | CND | 4/2/2010 | 1.10 | 467.50 | DRAFT MOTION TO APPROVE SETTLEMENT AGREEMENT WITH |
| 1 | CND | 4/2/2010 | | | UN; REVIEW AND REVISE SAME |
| 1 | CND | 4/2/2010 | 0.30 | 127.50 | 2 PHONE CONFERENCES WITH A. WOFSE REGARDING |
| 1 | CND | 4/2/2010 | | | SETTLEMENT AGREEMENT |
| 1 | CND | 4/2/2010 | 0.90 | 382.50 | REVIEW MOTION TO APPROVE UN SETTLEMENT AGREEMENT; |
| 1 | CND | 4/2/2010 | | | PREPARE EMAIL TO UN REGARDING SAME |
| 1 | CND | 4/5/2010 | 0.10 | 42.50 | PHONE CONFERENCE WITH M. GOLDSTEIN REGARDING 9019 |
| 1 | CND | 4/5/2010 | | | MOTION; CONFERENCE WITH B. PAKSIMA REGARDING SAME |
| 1 | CND | 4/5/2010 | 0.10 | 42.50 | PREPARE EMAIL TO A. WOFSE REGARDING MEETING; |
| 1 | CND | 4/5/2010 | | | REVIEW RESPONSE TO SAME |
| 1 | CND | 4/5/2010 | 0.30 | 127.50 | PHONE CONFERENCE WITH A. YUDES REGARDING 9019 |
| 1 | CND | 4/5/2010 | | | MOTION; CONFERENCE WITH CLIENTS REGARDING SAME; |
| 1 | CND | 4/5/2010 | | | PREPARE EMAIL TO COURT REGARDING SAME |
| 1 | CND | 4/5/2010 | 0.80 | 340.00 | LONG CONFERENCE WITH B. PAKSIMA AND A. PAKSIMA |
| 1 | CND | 4/5/2010 | | | AND H. SHAYEGAN REGARDING PLAN, UN RECEIVABLES, |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 1 | CND | 4/5/2010 | | | OPERATIONS AND RELATED ISSUES |
| 1 | CND | 4/5/2010 | 0.10 | 42.50 | PREPARE EMAIL TO A. VON WILLISTON REGARDING |
| 1 | CND | 4/5/2010 | | | OUTSTANDING RECEIVABLES |
| 1 | CND | 4/5/2010 | 0.40 | 170.00 | ATTENTION TO UN RECEIVABLES; REVIEW LETTER FROM |
| 1 | CND | 4/5/2010 | | | H. SHAYEGAN TO DYN CORP REGARDING RECEIVABLES; |
| 1 | CND | 4/5/2010 | | | PREPARE COMMENTS TO SAME; CONFERENCE WITH B. |
| 1 | CND | 4/5/2010 | | | PAKSIMA AND A. PAKSIMA REGARDING STATUS OF |
| 1 | CND | 4/5/2010 | | | VATERNIA CHARTER |
| 1 | CND | 4/6/2010 | 1.10 | 467.50 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING |
| 1 | CND | 4/6/2010 | | | 9019 MOTION |
| 1 | CND | 4/6/2010 | 0.10 | 42.50 | REVIEW EMAILS FROM COUNSEL TO CREDITOR COMMITTEE |
| 1 | CND | 4/6/2010 | | | REGARDING OUTSTANDING UN RECEIVABLES; PREPARE |
| 1 | CND | 4/6/2010 | | | RESPONSES TO SAME |
| 1 | CND | 4/7/2010 | 0.90 | 382.50 | PREPARE FOR MEETING WITH CREDITOR COMMITTEE; |
| 1 | CND | 4/7/2010 | | | PHONE CONFERENCE WITH A. WOFSE AND M. ROSEMAN |
| 1 | CND | 4/7/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM ALEXANDER VON WILLISON; |
| 1 | CND | 4/7/2010 | | | REGARDING UN RECEIVABLES; PREPARE RESPONSE TO |
| 1 | CND | 4/7/2010 | | | SAME |
| 1 | CND | 4/8/2010 | 0.40 | 170.00 | REVIEW AND REVISE LETTER TO US TRUSTEE IN |
| 1 | CND | 4/8/2010 | | | RESPONSE TO ANONYMOUS EMAIL |
| 1 | CND | 4/8/2010 | 0.30 | 127.50 | DRAFT DEMAND LETTER TO DYN CORP REGARDING |
| 1 | CND | 4/8/2010 | | | OUTSTANDING ACCOUNTS RECEIVABLES; REVIEW AND |
| 1 | CND | 4/8/2010 | | | REVISE SAME |
| 1 | CND | 4/12/2010 | 0.80 | 340.00 | DRAFT DEMAND LETTER TO UN; REVIEW AND REVISE |
| 1 | CND | 4/12/2010 | | | SAME; CONFERENCE WITH B. PAKSIMA REGARDING SAME |
| 1 | CND | 4/13/2010 | 0.10 | 42.50 | PREPARE EMAIL REGARDING DEMAND LETTER |
| 1 | MGR | 4/14/2010 | 0.30 | 145.50 | PHONE CONF W/ G HERBST REGARDING REVIEW OF |
| 1 | MGR | 4/14/2010 | | | DOCUMENTS AND TIMING TO EXPEDITE PROCESS |
| 1 | CND | 4/14/2010 | 0.30 | 127.50 | DRAFT DEMAND LETTER TO UN REGARDING CONTRACT |
| 1 | CND | 4/14/2010 | | | NUMBER 1252; REVIEW AND REVISE SAME |
| 1 | CND | 4/14/2010 | 0.40 | 170.00 | ATTENTION TO AMENDMENT OF SCHEDULE F AND G ON |
| 1 | CND | 4/14/2010 | | | GLOBAL CONTAINER LINES AND SCHEDULE G OF |
| 1 | CND | 4/14/2010 | | | SHIPTRADE |
| 1 | CND | 4/15/2010 | 0.10 | 42.50 | REVIEW AMENDED SCHEDULES REGARDING MERCUR; |
| 1 | CND | 4/15/2010 | | | ATTENTION TO NOTICE ISSUES REGARDING SAME |
| 1 | CND | 4/19/2010 | 0.20 | 85.00 | PHONE CONFERENCE WITH ALEXANDRA VON WILLISEN |
| 1 | CND | 4/19/2010 | | | REGARDING UN PAYMENTS; PREPARE EMAIL TO A. |
| 1 | CND | 4/19/2010 | | | PAKSIMA, B. PAKSIMA AND H. SHAYEGAN REGARDING |
| 1 | CND | 4/19/2010 | | | SAME |
| 1 | CND | 4/20/2010 | 0.30 | 127.50 | REVIEW AND REVISE DYSON DEMAND LETTER; CONFERENCE |
| 1 | CND | 4/20/2010 | | | WITH H. SHAYEGAN REGARDING SAME; CONFERENCE WITH |
| 1 | CND | 4/20/2010 | | | B. PAKSIMA REGARDING UN RECEIVABLES |
| 1 | MGR | 4/20/2010 | 1.20 | 582.00 | MEETING W/ CLIENTS TO REVIEW UN SITUATION AND |
| 1 | MGR | 4/20/2010 | | | DISCUSS RESPONSE; REVIEW E-MAILS FROM US MISSION |
| 1 | MGR | 4/20/2010 | | | TO UN AND DISCUSS W/ CLIENTS |
| 1 | MGR | 4/20/2010 | 0.60 | 291.00 | VARIOUS E-MAILS AND PHONE CONFS W/ A WOFSE AND G |
| 1 | MGR | 4/20/2010 | | | HERBST REGARDING CONTENT OF LETTER TO UN. |
| 1 | CND | 4/22/2010 | 0.30 | 127.50 | PHONE CONFERENCE WITH A. WOFSE REGARDING STATUS |
| 1 | CND | 4/22/2010 | | | OF UN LETTERS AND KATERINA CHARTER ISSUES |
| 1 | MGR | 4/22/2010 | 0.30 | 145.50 | DRAFT AND FILE NOTICE OF CHANGE OF HEARING TIME |
| 1 | MGR | 4/23/2010 | 0.40 | 194.00 | E-MAILS W/ A WOFSE AND G HERBST REGARDING |
| 1 | MGR | 4/23/2010 | | | RESPONSE TO UN INQUIRES. |
| 1 | CND | 4/27/2010 | 0.30 | 127.50 | CONFERENCE WITH CLIENTS REGARDING UN, DRAFT |
| 1 | CND | 4/27/2010 | | | LETTER TO UN LEGAL REGARDING SAME |
| 1 | MGR | 4/29/2010 | 0.50 | 242.50 | PHONE CONFS W/ A WOFSE REGARDING RESPONSE TO |
| 1 | MGR | 4/29/2010 | | | INQUIRY BY UN REPRESENTATIVE AND OUTCOME OF |
| 1 | MGR | 4/29/2010 | | | MEETING W/ NATIONAL BANK OF PAKISTAN |
| 1 | Total | | 163.80 | 70,828.00 | |