EXHIBIT I

## Summary of Time
## For Interim Fee Application
## November 9, 2009 through April 30, 2010
## Services Relating to Claims Objections

| Timekeeper | Timekeeper # | Hours | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Craig Nathan Dee | CND | 23.0 | $ 413.00 | $ 9,493.00 |
| **Of Counsel** | | | | |
| Bonnie Pollack | BLP | 27.9 | $ 435.00 | $ 12,136.50 |
| Total Hours Billed: | | 50.9 | | |
| Total Fees Billed: | | | * | $ 21,629.50 |

\* Cullen and Dykman's billing rates for the professionals listed above are based upon on the average rate for each categroy for the Application Period.

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 5 | CND | 12/7/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM KERABAU FREIGHT REGARDING |
| 5 | CND | 12/7/2009 | | | CLAIMS AND CASE STATUS; PREPARE RESPONSE TO SAME |
| 5 | CND | 1/12/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM DELTA SUPPLY REGARDING PROOF OF |
| 5 | CND | 1/12/2010 | | | CLAIM ISSUE; PREPARE RESPONSE TO SAME |
| 5 | CND | 1/12/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM DELTA SUPPLY REGARDING CLAIM; |
| 5 | CND | 1/12/2010 | | | PREPARE RESPONSE TO SAME |
| 5 | CND | 1/12/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM KERABA FREIGHT REGARDING CLAIM; |
| 5 | CND | 1/12/2010 | | | PREPARE RESPONSE TO SAME |
| 5 | CND | 1/15/2010 | 0.10 | 41.00 | REVIEW PROOF OF CLAIM OF SEVEN SEAS AGAINST |
| 5 | CND | 1/15/2010 | | | GILMORE REGARDING ALLOCATION OF KEYBANK PROCEEDS |
| 5 | CND | 1/19/2010 | 1.10 | 451.00 | LEGAL RESEARCH, CASE LAW AND STRATEGY ANALYSIS |
| 5 | CND | 1/19/2010 | | | REGARDING MARITIME LIENS; CLAIMS AND JURISDICTION |
| 5 | CND | 1/19/2010 | | | OF BANKRUPTCY COURT |
| 5 | CND | 1/20/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM DREAM MARINE REGARDING PROOF OF |
| 5 | CND | 1/20/2010 | | | CLAIM; ATTENTION TO SAME |
| 5 | CND | 1/22/2010 | 0.10 | 41.00 | REVIEW EMAIL AND RELATED ATTACHMENTS FROM DREAM |
| 5 | CND | 1/22/2010 | | | MACHINE/CREDITOR REGARDING PROOF OF CLAIM; |
| 5 | CND | 1/22/2010 | | | PREPARE RESPONSE TO SAME |
| 5 | CND | 1/24/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM CREDITOR TOTAL DUBAI REGARDING |
| 5 | CND | 1/24/2010 | | | FILING AN SALE OF PRECISION; PREPARE RESPONSES TO |
| 5 | CND | 1/24/2010 | | | SAME |
| 5 | CND | 1/24/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM TOTAL DUBAI; PROOF OF CLAIM; |
| 5 | CND | 1/24/2010 | | | PREPARE RESPONSE TO SAME |
| 5 | CND | 1/26/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM CREDITOR DREAM MACHINE |
| 5 | CND | 1/26/2010 | | | REGARDING PROOF OF CLAIM; PREPARE RESPONSES TO |
| 5 | CND | 1/26/2010 | | | SAME |
| 5 | CND | 1/27/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM CREDITOR GULF LINER SHIPPING |
| 5 | CND | 1/27/2010 | | | AGENCY REGARDING CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 1/28/2010 | 0.70 | 287.00 | REVIEW CLAIMS REJECTION REGARDING GILMORE CLAIMS |
| 5 | CND | 1/29/2010 | 0.20 | 82.00 | REVIEW 13 EMAILS FROM DELTA MARINE SUPPLY |
| 5 | CND | 1/29/2010 | | | REGARDING PROOF OF CLAIM; PREPARE RESPONSE TO |
| 5 | CND | 1/29/2010 | | | SAME |
| 5 | CND | 1/29/2010 | 0.40 | 164.00 | REVIEW 5 EMAILS FROM A. PAKSIMA REGARDING UN |
| 5 | CND | 1/29/2010 | | | STATUS; PREPARE RESPONSE TO SAME; CONFERENCE WITH |
| 5 | CND | 1/29/2010 | | | H. SHAYEGAN REGARDING KEYBANK PROCEEDS |
| 5 | CND | 2/1/2010 | 0.30 | 123.00 | ATTENTION TO PROOF OF CLAIM FORM FOR MARITIME |
| 5 | CND | 2/1/2010 | | | LIEN HOLDERS |
| 5 | CND | 2/2/2010 | 0.10 | 41.00 | REVIEW 2 EMAILS FROM GULF SHIPPING AGENCY |
| 5 | CND | 2/2/2010 | | | REGARDING PROOF OF CLAIM; PREPARE RESPONSE TO |
| 5 | CND | 2/2/2010 | | | SAME |
| 5 | CND | 2/2/2010 | 0.10 | 41.00 | PREPARE EMAIL TO R. JACOBY REGARDING EXTENSION OF |
| 5 | CND | 2/2/2010 | | | TIME TO OBJECT TO DEBTOR AND DISCHARGE AND |
| 5 | CND | 2/2/2010 | | | PRODUCTION OF DOCUMENTS |
| 5 | CND | 2/2/2010 | 0.50 | 205.00 | REVIEW AND REVISE PROOF OF CLAIM FORM FOR |
| 5 | CND | 2/2/2010 | | | MARITIME LIEN |
| 5 | CND | 2/2/2010 | 0.30 | 123.00 | CONFERENCE WITH B. POLLACK REGARDING TREATMENT OF |
| 5 | CND | 2/2/2010 | | | CONTAINER DEPOSIT |
| 5 | CND | 2/2/2010 | 2.80 | 1,148.00 | REVIEW AND REVISE EX PARTE APPLICATION TO |
| 5 | CND | 2/2/2010 | | | ESTABLISH BAR DATE; REVIEW NOTICE REGARDING SAME; |
| 5 | CND | 2/2/2010 | | | REVISE ORDER REGARDING SAME |
| 5 | CND | 2/2/2010 | 0.40 | 164.00 | DRAFT AFFIRMATION IN SUPPORT OF EX PARTE MOTION |
| 5 | CND | 2/2/2010 | | | TO ESTABLISH BAR DATE; REVIEW AND REVISE SAME |
| 5 | CND | 2/3/2010 | 0.10 | 41.00 | REVIEW EMAILS FROM S. PINTO REGARDING MIDDLE EAST |
| 5 | CND | 2/3/2010 | | | EXPERTS CLAIMS; PREPARE RESPONSE TO SAME |
| 5 | CND | 2/3/2010 | 0.10 | 41.00 | PREPARE EMAIL TO LAW CLERK REGARDING TERMS OF BAR |
| 5 | CND | 2/3/2010 | | | DATE ORDER AND MOTION REGARDING SAME |
| 5 | CND | 2/3/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM W. COLLET REGARDING GENERAL BAR |
| 5 | CND | 2/3/2010 | | | DATE ORDER; PREPARE RESPONSE TO SAME |
| 5 | CND | 2/4/2010 | 2.10 | 861.00 | REVIEW AND REVISE ORDER ESTABLISHING BAR DATE; |
| 5 | CND | 2/4/2010 | | | NOTICE OF BAR DATE AND RELATED EXHIBITS |
| 5 | CND | 2/4/2010 | 0.30 | 123.00 | REVIEW EMAILS FROM COURT REGARDING ORDER AND BAR |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 5 | CND | 2/4/2010 | | | DATE; PREPARE RESPONSES TO SAME; PHONE CONFERENCE |
| 5 | CND | 2/4/2010 | | | WITH C. ROBLES REGARDING SAME |
| 5 | CND | 2/4/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM MIDDLE EAST EXPRESS REGARDING |
| 5 | CND | 2/4/2010 | | | CLAIM; PREPARE RESPONSES TO SAME |
| 5 | CND | 2/7/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM CREDITOR DUBAI FUEL REGARDING |
| 5 | CND | 2/7/2010 | | | CLAIMS; PREPARE RESPONSE TO SAME |
| 5 | CND | 2/8/2010 | 0.10 | 41.00 | ATTENTION TO NOTICE ISSUE REGARDING DUBAI |
| 5 | CND | 2/8/2010 | | | CREDITOR |
| 5 | CND | 2/11/2010 | 1.80 | 738.00 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING |
| 5 | CND | 2/11/2010 | | | BAR DATE |
| 5 | CND | 2/11/2010 | 0.20 | 82.00 | REVIEW DOCUMENTS SENT BY ETHIOPIA LLC AND ATLAS |
| 5 | CND | 2/11/2010 | | | SHIPPING REGARDING CLAIMS; ATTENTION TO SERVICE |
| 5 | CND | 2/11/2010 | | | OF NOTICE OF BAR DATE REGARDING SAME |
| 5 | CND | 2/12/2010 | 0.60 | 246.00 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING |
| 5 | CND | 2/12/2010 | | | GLOBAL BAR DATE |
| 5 | CND | 2/12/2010 | 0.60 | 246.00 | ATTENTION TO NOTICE OF BAR DATE; REVIEW |
| 5 | CND | 2/12/2010 | | | SUPPLEMENTAL SERVICE LIST REGARDING SAME; PREPARE |
| 5 | CND | 2/12/2010 | | | EMAIL TO CREDITOR LIST REGARDING SAME |
| 5 | CND | 2/15/2010 | 0.10 | 41.00 | REVIEW 5 EMAILS FROM B. PAKSIMA REGARDING |
| 5 | CND | 2/15/2010 | | | CONTAINER RETURNS; PREPARE RESPONSE TO SAME |
| 5 | CND | 2/15/2010 | 1.50 | 615.00 | DRAFT LETTER TO ALATAS WORLD WIDE VIOLATION OF |
| 5 | CND | 2/15/2010 | | | AUTOMATIC STAY; REVIEW DOCUMENT REGARDING SAME; |
| 5 | CND | 2/15/2010 | | | ONLINE RESEARCH REGARDING ALTAS; REVIEW LETTER; |
| 5 | CND | 2/15/2010 | | | PREPARE EMAIL TO B. PAKSIMA REGARDING SAME |
| 5 | CND | 2/15/2010 | 0.90 | 369.00 | LEGAL RESEARCH AND CASE LAW ANALYSIS REGARDING |
| 5 | CND | 2/15/2010 | | | TOTAL COST METHOD |
| 5 | CND | 2/16/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM K. HASHIM; PREPARE RESPONSE TO |
| 5 | CND | 2/16/2010 | | | SAME REGARDING CLAIMS |
| 5 | CND | 2/16/2010 | 0.10 | 41.00 | REVIEW 2 EMAILS FROM DELTA EGYPT REGARDING PROOFS |
| 5 | CND | 2/16/2010 | | | OF CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 2/16/2010 | 0.10 | 41.00 | PHONE CONFERENCE WITH CRI CUSHING REGARDING CLAIM |
| 5 | CND | 2/17/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH CREDITOR MARCONTREL |
| 5 | CND | 2/17/2010 | | | REGARDING CLAIM FORM AND CASE STATUS |
| 5 | CND | 2/17/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM DUBAI FUEL REGARDING PROOF OF |
| 5 | CND | 2/17/2010 | | | CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 2/18/2010 | 0.20 | 82.00 | REVIEW 5 CLAIMS AND SUPPORTING DOCUMENTS |
| 5 | CND | 2/18/2010 | | | REGARDING MIDDLE EAST EXPRESS |
| 5 | CND | 2/18/2010 | 0.10 | 41.00 | PHONE CONFERENCE WITH H. MCCONNELL REGARDING |
| 5 | CND | 2/18/2010 | | | PROOF OF CLAIM AGAINST GLOBAL |
| 5 | CND | 2/18/2010 | 0.10 | 41.00 | REVIEW PROOF OF CLAIM AND RELATED DOCUMENTATION |
| 5 | CND | 2/18/2010 | | | FROM GULF MARINE |
| 5 | CND | 2/19/2010 | 0.10 | 41.00 | REVIEW 5 EMAILS AND RELATED CLAIM DOCUMENTATION |
| 5 | CND | 2/19/2010 | | | FROM JS MARINE; ATTENTION TO SAME |
| 5 | CND | 2/22/2010 | 0.10 | 41.00 | REVIEW DREAM MARITIME PROOF OF CLAIM; ATTENTION |
| 5 | CND | 2/22/2010 | | | TO SAME |
| 5 | CND | 2/22/2010 | 0.10 | 41.00 | REVIEW PROOF OF CLAIM BY ENVIRONMENTAL MARITIME; |
| 5 | CND | 2/22/2010 | | | ATTENTION TO SAME |
| 5 | CND | 2/24/2010 | 0.10 | 41.00 | PREPARE EMAIL TO B. PAKSIMA AND K. PAKSIMA |
| 5 | CND | 2/24/2010 | | | REGARDING AMENDMENT TO SCHEDULES AND OPERATING |
| 5 | CND | 2/24/2010 | | | REPORTS REGARDING PRE-PETITION DEBT |
| 5 | CND | 2/24/2010 | 0.20 | 82.00 | REVIEW 4 EMAILS FROM CREDITOR REGARDING CLAIMS |
| 5 | CND | 2/24/2010 | | | AGAINST GLOBAL PRECISION, PROGRESS AND |
| 5 | CND | 2/24/2010 | | | PROSPERITY; PREPARE RESPONSES TO SAME |
| 5 | CND | 2/25/2010 | 0.40 | 164.00 | ATTENTION TO MARITIME LIENS REGARDING SALE |
| 5 | CND | 2/25/2010 | | | PROCEEDS; REVIEW NOTICE OF BAR DATE; CLAIMS |
| 5 | CND | 2/25/2010 | | | REGISTER AND SCHEDULE D REGARDING SAME |
| 5 | CND | 2/26/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM CREDITOR MAIN DIESEL REGARDING |
| 5 | CND | 2/26/2010 | | | PROOF OF CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/2/2010 | 0.10 | 42.50 | REVIEW 3 EMAILS FROM DELTA MARINE AND S. PINTO |
| 5 | CND | 3/2/2010 | | | REGARDING CLAIMS ISSUES; REVIEW EMAIL REGARDING |
| 5 | CND | 3/2/2010 | | | SAME; PREPARE RESPONSE TO SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 5 | CND | 3/2/2010 | 0.10 | 42.50 | REVIEW PROOF OF CLAIM OF DNV PETROLEUM |
| 5 | CND | 3/2/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM CREDITOR MARITIME REGARDING PROOF OF CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/2/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM MULTI STAR LEASING REGARDING CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/3/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM CREDITOR WARSILA REGARDING CLAIMS; PREPARE RESPONSE TO SAME; ATTENTION TO SAME |
| 5 | CND | 3/8/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM ADAM AT MARINE REGARDING PROOF OF CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/8/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM CREDITOR PENGULAR GROUP REGARDING PROOF OF CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/8/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM CREDITOR PIONEER DIESEL REGARDING CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/8/2010 | 0.10 | 42.50 | REVIEW 2 EMAILS FROM ADAM MARINE REGARDING CLAIMS AND BAR DATE; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/9/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM CREDITOR DIESEL MARITIME REGARDING PROOF OF CLAIM AGAINST GILMORE; PREPARE RESPONSE TO SAME; REVIEW PROOF OF CLAIM |
| 5 | CND | 3/9/2010 | 0.10 | 42.50 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING DIESEL MARINE AND SEACLIFF |
| 5 | CND | 3/9/2010 | 0.10 | 42.50 | REVIEW 4 EMAILS WITH ATTACHED DOCUMENTATION REGARDING DHAKA ENGINEERING CLAIM; ATTENTION TO SAME |
| 5 | CND | 3/9/2010 | 0.10 | 42.50 | REVIEW CLAIM DOCUMENTS REGARDING LILO TRANSPORT REGARDING GILMORE PROCEEDS |
| 5 | CND | 3/9/2010 | 0.20 | 85.00 | PHONE CONFERENCE WITH CREDITOR REGARDING PROOF OF CLAIM FOR GILMORE; PROGRESS AND PROSPERITY |
| 5 | CND | 3/9/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM COUNSEL; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/9/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM CREDITOR REGARDING PROOF OF CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/17/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM SEVEN SEAS REGARDING CLAIMS; PREPARE RESPONSE TO SAME |
| 5 | BLP | 3/22/2010 | 0.30 | 130.50 | CONFERENCES WITH N. DEE RE CLAIMS AGAINST GILMORE, BAR DATE ISSUES AND SALE ISSUES |
| 5 | CND | 3/27/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM CREDITOR COUNSEL MIDDLE EAST; PREPARE RESPONSE TO SAME REGARDING PROOF OF CLAIM |
| 5 | CND | 3/27/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM JS MARINE REGARDING CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/29/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM CREDITOR JS MARINE REGARDING PROOF OF CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/29/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM TANZANIA ROAD HAULAGE REGARDING PROOF OF CLAIM; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/29/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM MIDDLE EAST; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/29/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM S. EYERMAN REGARDING IRS CLAIMS; PREPARE RESPONSE TO SAME |
| 5 | CND | 3/30/2010 | 0.70 | 297.50 | CONFERENCE WITH A. PAKSIMA AND B. PAKSIMA REGARDING GILMORE MARITIME LIEN CREDITORS; REVIEW CLAIMS AND SCHEDULES; PREPARE EMAIL TO P. LEVINE |
| 5 | CND | 4/2/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM A. WOFSE REGARDING STATUS OF CREDITOR FINANCIAL CONSULTANT AND UN TENDERS; PREPARE RESPONSE TO SAME |
| 5 | CND | 4/6/2010 | 0.20 | 85.00 | CONFERENCE WITH A. PAKSIMA AND K. PAKSIMA REGARDING CLAIMS REVIEW |
| 5 | CND | 4/6/2010 | 0.10 | 42.50 | REVIEW 3 EMAILS REGARDING CLAIM; PREPARE RESPONSES TO SAME |
| 5 | CND | 4/7/2010 | 0.70 | 297.50 | ATTENTION TO CLAIMS REVIEW; CONFERENCE WITH B. PAKSIMA AND K. PAKSIMA REGARDING SAME; BEGIN |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 5 | CND | 4/7/2010 | | | REVIEW OF CLAIMS REGARDING OBJECTIONS; REVIEW |
| 5 | CND | 4/7/2010 | | | SPREADSHEET PREPARED BY DEBTORS |
| 5 | BLP | 4/16/2010 | 2.30 | 1,000.50 | BEGIN REVIEW OF ALL CLAIMS IN PREPARATION FOR |
| 5 | BLP | 4/16/2010 | | | ANALYSIS AND OBJECTIONS |
| 5 | BLP | 4/19/2010 | 4.20 | 1,827.00 | CONTINUED EXTENSIVE REVIEW OF CLAIMS AND |
| 5 | BLP | 4/19/2010 | | | PREPARATION OF CHARTS |
| 5 | BLP | 4/20/2010 | 4.80 | 2,088.00 | CONTINUED EXTENSIVE CLAIM REVIEW AND ANALYSIS |
| 5 | BLP | 4/21/2010 | 5.00 | 2,175.00 | CONTINUED EXTENSIVE CLAIMS REVIEW AND ANALYSIS |
| 5 | BLP | 4/21/2010 | | | AND PREPARATION OF EXTENSIVE CHARTS |
| 5 | BLP | 4/27/2010 | 3.00 | 1,305.00 | CONTINUED WORK ON CLAIM ISSUES |
| 5 | BLP | 4/28/2010 | 5.30 | 2,305.50 | CONTINUED EXTENSIVE WORK ON CLAIM MATTERS |
| 5 | BLP | 4/29/2010 | 3.00 | 1,305.00 | FINALIZE CLAIM ANALYSIS AND MEMO TO N. DEE RE |
| 5 | BLP | 4/29/2010 | | | SAME |
| 5 | Total | | 50.90 | 21,629.50 | |