EXHIBIT J

## Summary of Time
## For Interim Fee Application
## November 9, 2009 through April 30, 2010
## Services Relating to Plan and Disclosure Statement

| Timekeeper | Timekeeper # | Hours | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Craig Nathan Dee | CND | 19.9 | $ 419.00 | $ 8,348.00 |
| Matthew G. Roseman | MGR | 23.6 | $ 485.00 | $ 11,437.00 |
| **Of Counsel** | | | | |
| Bonnie Pollack | BLP | 0.5 | $ 435.00 | $ 217.50 |
| | | | | |
| Total Hours Billed: | | 44.0 | | |
| Total Fees Billed: | | | * | $ 20,002.50 |

\* Cullen and Dykman's billing rates for the professionals listed above are based upon on the average rate for each categroy for the Application Period.

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 6 | CND | 12/1/2009 | 0.40 | 164.00 | CONFERENCE WITH M. ROSEMAN TO PREPARE FOR HEARING ON DIP MOTION |
| 6 | CND | 12/29/2009 | 0.70 | 287.00 | CONFERENCE WITH B. PAKSIMA AND A. PAKSIMA AND K. PAKSIMA AND H. SHAYEGAN REGARDING TERMS OF PLAN |
| 6 | CND | 12/30/2009 | 0.40 | 164.00 | REVIEW DOCUMENT REGARDING EGGERMAN RETENTION; CONFERENCE WITH B. PAKSIMA REGARDING SAME; DISCUSS STRATEGY REGARDING PLAN AND RELATED TRIAL ISSUES |
| 6 | CND | 1/4/2010 | 0.20 | 82.00 | CONFERENCE WITH B. PAKSIMA REGARDING PLAN ISSUES |
| 6 | CND | 1/11/2010 | 1.30 | 533.00 | MEETING WITH A. PAKSIMA, B. PAKSIMA AND H. SHAYEGAN AND K PAKSIMA REGARDING LEASE REJECTION AND PLAN ISSUES; DISCUSS POTENTIAL STRUCTURE OF DEBTOR REGARDING SAME |
| 6 | CND | 1/11/2010 | 1.30 | 533.00 | PHONE CONFERENCE WITH B. PAKSIMA AND A. PAKSIMA REGARDING POTENTIAL EQUITY INVESTMENT AND UN CONTRACT |
| 6 | CND | 2/2/2010 | 0.10 | 41.00 | PREPARE EMAIL TO M. ROSEMAN REGARDING PLAN AND RELATED DEADLINES |
| 6 | CND | 2/3/2010 | 0.90 | 369.00 | CONFERENCE WITH D. PAKSIMA, A. PAKSIMA, H. SHAYEGAN REGARDING UN ISSUE; TERMS OF PLAN; STATUS OF KEYBANK STIPULATION |
| 6 | CND | 2/8/2010 | 0.20 | 82.00 | REVIEW RULES REGARDING DEADLINE FOR MOTION TO EXTEND |
| 6 | CND | 2/10/2010 | 0.40 | 164.00 | ATTENTION TO MOTION TO EXTEND EXCLUSIVITY; PREPARE EMAIL TO COURT REGARDING SAME |
| 6 | CND | 2/10/2010 | 1.30 | 533.00 | DRAFT MOTION TO EXTEND EXCLUSIVITY PERIOD; REVIEW AND REVISE SAME |
| 6 | CND | 2/23/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM UN REGARDING PAYMENT OF OUTSTANDING FUNDS; PREPARE EMAIL TO H. SHAYEGAN REGARDING SAME |
| 6 | MGR | 2/26/2010 | 0.60 | 282.00 | REVIEW E-MAILS FROM CLIENT AND RESPOND TO INQUIRIES REGARDING TIMING NEEDED TO CONFIRM PLAN. |
| 6 | MGR | 3/1/2010 | 2.00 | 970.00 | MEETING W/ CLIENTS TO REVIEW PLAN PROCESS AND TIMING; REVIEW AND DISCUSS MEMO PREPARED BY H SHAGYEN |
| 6 | MGR | 3/3/2010 | 1.30 | 630.50 | MEETING W/ CLIENTS TO REVIEW PLAN PROCESS AND DISCUSS TIMING FOR SALE OF VESSELS |
| 6 | CND | 3/3/2010 | 1.10 | 467.50 | CONFERENCE WITH M. ROSEMAN, A. PAKSIMA AND H. SHAYEGAN AND A. PAKSIMA REGARDING PLAN AND DISCLOSURE STATEMENT; SALES OF PROGRESS AND PROSPERITY |
| 6 | CND | 3/15/2010 | 1.10 | 467.50 | CONFERENCE WITH M. PAKSIMA, B. PAKSIMA AND H. SHAYEGAN AND M. ROSEMAN REGARDING PLAN AND DISCLOSURE STATEMENT AND FINANCIAL PROJECTIONS |
| 6 | MGR | 3/19/2010 | 3.00 | 1,455.00 | MEETING WITH CLIENTS TO PREPARE FOR MEETING W/ CREDITORS COMMITTEE; DRAFT AND CIRCULATE AGENDA FOR MEETING; REVIEW AND DISCUSS PROJECTIONS |
| 6 | CND | 3/19/2010 | 0.20 | 85.00 | CONFERENCE WITH M. ROSEMAN REGARDING PLAN REGARDING CREDITOR COMMITTEE PAYOUT MECHANISM |
| 6 | MGR | 3/22/2010 | 2.50 | 1,212.50 | MEETING WITH CREDITORS COMMITTEE AND CLIENTS REGARDING PLAN |
| 6 | CND | 3/22/2010 | 3.10 | 1,317.50 | PREPARE FOR AND ATTEND MEETING WITH CREDITOR COMMITTEE, HERBST, WOFSE AND DEBTORS MANAGEMENT |
| 6 | CND | 3/22/2010 | 0.20 | 85.00 | CONFERENCE WITH A. HERBST AND A. WOFSE REGARDING PLAN |
| 6 | CND | 3/24/2010 | 0.80 | 340.00 | POST HEARING CONFERENCE FOR A. WOFSE REGARDING TERMS OF PLAN; CONSUMPTION OF SALE AND RELATED ISSUES |
| 6 | CND | 4/2/2010 | 0.60 | 255.00 | BRIEF LEGAL RESEARCH AND CASE LAW ANALYSIS REGARDING SUBSTANTIVE CONSOLIDATION FOR PLAN |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 6 | BLP | 4/5/2010 | 0.50 | 217.50 | CONFERNCE WITH N. DEE RE PLAN STRATEGY |
| 6 | CND | 4/5/2010 | 0.30 | 127.50 | CONFERENCE WITH M. ROSEMAN REGARDING CASE STATUS; |
| 6 | CND | 4/5/2010 | | | PLAN NEGOTIATIONS WITH CREDITOR COMMITTEE |
| 6 | MGR | 4/7/2010 | 1.30 | 630.50 | CONF CALL WITH COUNSEL TO CREDITORS COMMITTEE |
| 6 | MGR | 4/7/2010 | | | REGARDING PLAN FORMATION AND TIMING ISSUES; |
| 6 | MGR | 4/7/2010 | | | FOLLOW UP PHONE CONF W/ G HERBST |
| 6 | MGR | 4/7/2010 | 1.00 | 485.00 | MEETING W/ CLIENTS REGARDING CONF W/ CC COUNSEL |
| 6 | MGR | 4/7/2010 | | | AND ISSUES REGARDING PLAN AND TIME FRAMES FOR |
| 6 | MGR | 4/7/2010 | | | OPERATIONS |
| 6 | CND | 4/7/2010 | 0.80 | 340.00 | CONFERENCE WITH B. PAKSIMA AND A. PAKSIMA AND H. |
| 6 | CND | 4/7/2010 | | | SHAYEGAN REGARDING CREDITOR COMMITTEE MEETING; UN |
| 6 | CND | 4/7/2010 | | | STATUS, KATERINA STATUS ETC. |
| 6 | CND | 4/8/2010 | 0.20 | 85.00 | REVIEW EMAIL FROM CREDITOR COMMITTEE REGARDING |
| 6 | CND | 4/8/2010 | | | FINANCIAL CONSULTANTS REVIEW; CONFERENCE WITH |
| 6 | CND | 4/8/2010 | | | DEBTORS MANAGEMENT REGARDING SAME; PREPARE FOLLOW |
| 6 | CND | 4/8/2010 | | | UP EMAIL TO CREDITOR COUNSEL REGARDING SAME |
| 6 | CND | 4/8/2010 | 0.30 | 127.50 | PHONE CONFERENCE WITH A. YUDES REGARDING TERMS OF |
| 6 | CND | 4/8/2010 | | | PLAN |
| 6 | CND | 4/13/2010 | 0.30 | 127.50 | PHONE CONFERENCE WITH A. WOFSE REGARDING |
| 6 | CND | 4/13/2010 | | | FINANCIAL PROJECTIONS FOR PLAN |
| 6 | CND | 4/13/2010 | 0.50 | 212.50 | PHONE CONFERENCE WITH A. WOFSE REGARDING CREDITOR |
| 6 | CND | 4/13/2010 | | | COMMITTEE REVIEW OF FINANCIALS AND |
| 6 | CND | 4/13/2010 | | | CONFIDENTIALITY AGREEMENT; PREPARE EMAIL TO |
| 6 | CND | 4/13/2010 | | | CREDITOR COMMITTEE REGARDING SAME; REVIEW |
| 6 | CND | 4/13/2010 | | | RESPONSES TO SAME |
| 6 | CND | 4/13/2010 | 0.80 | 340.00 | LONG CONFERENCE WITH B. POLLACK REGARDING CLAIMS |
| 6 | CND | 4/13/2010 | | | ANALYSIS AND PLAN PROJECTION; CONFERENCE WITH A. |
| 6 | CND | 4/13/2010 | | | PAKSIMA REGARDING MARITIME LIEN HOLDERS REGARDING |
| 6 | CND | 4/13/2010 | | | SAME; REVIEW GILMORE CLAIM ANALYSIS REGARDING |
| 6 | CND | 4/13/2010 | | | SAME |
| 6 | MGR | 4/13/2010 | 0.50 | 242.50 | E-MAILS AND PHONE CONFS W/ G HERBST AND A WOFSE |
| 6 | MGR | 4/13/2010 | | | REGARDING INSPECTION OF DEBTOR'S BOOKS AND |
| 6 | MGR | 4/13/2010 | | | FORMULATION OF PLAN |
| 6 | MGR | 4/14/2010 | 1.50 | 727.50 | MEETING W/ CLIENTS TO DISCUSS AND FORMULATE OFFER |
| 6 | MGR | 4/14/2010 | | | TO CREDITORS COMMITTEE AND NEED TO BRING NBP INTO |
| 6 | MGR | 4/14/2010 | | | NEGOTIATIONS LOOP |
| 6 | CND | 4/14/2010 | 1.10 | 467.50 | REVIEW KATERINA CHARTER; REVIEW LEASE; CONFERENCE |
| 6 | CND | 4/14/2010 | | | WITH B. PAKSIMA REGARDING CONFERENCE ISSUES |
| 6 | CND | 4/14/2010 | 0.10 | 42.50 | PREPARE EMAIL TO A. WOFSE REGARDING |
| 6 | CND | 4/14/2010 | | | CONFIDENTIALITY AGREEMENT |
| 6 | CND | 4/14/2010 | 0.90 | 382.50 | MEETING WITH CREDITOR FINANCIAL ADVISORS, B. |
| 6 | CND | 4/14/2010 | | | PAKSIMA, A. PAKSIMA AND H. SHAYEGAN |
| 6 | CND | 4/14/2010 | 0.20 | 85.00 | REVIEW NON DISCLOSURE AGREEMENT REGARDING |
| 6 | CND | 4/14/2010 | | | CREDITOR COUNSEL; EMAIL TO A. WOFSE REGARDING |
| 6 | CND | 4/14/2010 | | | SAME |
| 6 | MGR | 4/15/2010 | 2.00 | 970.00 | MEETINGS W/ CLIENTS REGARDING PLAN NEGOTIATIONS |
| 6 | MGR | 4/15/2010 | | | AND NEED TO ADDRESS CONCERNS RAISED BY NBP |
| 6 | MGR | 4/15/2010 | 0.40 | 194.00 | PHONE CONF W/ G HERBST AND A WOFSE REGARDING PLAN |
| 6 | MGR | 4/15/2010 | | | NEGOTIATIONS. |
| 6 | MGR | 4/16/2010 | 2.00 | 970.00 | MEETING W/ CLIENTS AND S EYERMAN TO CONSIDER |
| 6 | MGR | 4/16/2010 | | | COMMITTEE'S COUNTER OFFER AND TO REVIEW |
| 6 | MGR | 4/16/2010 | | | PROJECTIONS AND CASH FLOW ANALYSIS TO FORMULATE |
| 6 | MGR | 4/16/2010 | | | COUNTER OFFER |
| 6 | MGR | 4/16/2010 | 0.60 | 291.00 | PHONE CONFS (3) W G HERBST REGARDING PLAN AND |
| 6 | MGR | 4/16/2010 | | | NEGOTIATING DISTRIBUTION SCHEME. |
| 6 | MGR | 4/16/2010 | 1.50 | 727.50 | DRAFT CASH AVAILABILITY FORMULA AND REVIEW |
| 6 | MGR | 4/16/2010 | | | APPLICATION WITH CLIENTS REGARDING CREDITOR |
| 6 | MGR | 4/16/2010 | | | COMMITTEE OFFER AND PLUGGING INTO PROJECTIONS |
| 6 | MGR | 4/19/2010 | 0.80 | 388.00 | DRAFT FORM OF LETTER REQUESTED TO BE PROVIDED TO |
| 6 | MGR | 4/19/2010 | | | UN BY CREDITOR COMMITTEE COUNSEL AND DISCUSS AND |
| 6 | MGR | 4/19/2010 | | | REVISE WITH CLIENTS. |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 6 | MGR | 4/22/2010 | 1.30 | 630.50 | MEETING W// CLIENTS TO REVIEW PLAN PROCESS, OUT COME OF HEARING AND TIMING OF POSSIBLE EXITS FROM BANKRUPTCY. |
| 6 | MGR | 4/22/2010 | | | |
| 6 | MGR | 4/22/2010 | | | |
| 6 | MGR | 4/22/2010 | 1.30 | 630.50 | REVIEW AND PROVIDE COMMENTS TO BUSINESS PLAN PREPARED BY CLIENTS; MEETING W/ CLIENTS TO DISCUSS UN BUSINESS AND FORM OF SUBMISSION IN RESPONSE TO INQUIRY CONCERNING BUSINESS PLAN. |
| 6 | MGR | 4/22/2010 | | | |
| 6 | MGR | 4/22/2010 | | | |
| 6 | MGR | 4/22/2010 | | | |
| 6 | Total | | 44.00 | 20,002.50 | |