EXHIBIT K

**Summary of Time**
**For Interim Fee Application**
**November 9, 2009 through April 30, 2010**
**Services Relating to Retention and Professional Compensation**

| Timekeeper | Timekeeper # | Hours | Rate | | Total |
|---|---|---|---|---|---|
| **Partners** | | | | | |
| Craig Nathan Dee | CND | 1.8 | $ | 410.00 | $ 738.00 |
| Matthew G. Roseman | MGR | 0.4 | $ | 485.00 | $ 194.00 |
| **Of Counsel** | | | | | |
| Bonnie Pollack | BLP | 1.6 | $ | 420.00 | $ 672.00 |
| Total Hours Billed: | | 3.8 | | | |
| Total Fees Billed: | | | * | $ | 1,604.00 |

*  Cullen and Dykman's billing
rates for the professionals
listed above are based upon on
the average rate for each
categroy for the Application
Period.

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 7 | CND | 12/8/2009 | 0.20 | 82.00 | CONFERENCE WITH B. POLLACK REGARDING RETENTION |
| 7 | CND | 12/8/2009 | | | PLEADING; REVIEW EMAIL REGARDING SAME; PREPARE |
| 7 | CND | 12/8/2009 | | | EMAIL TO EYERMAN REGARDING SAME |
| 7 | CND | 12/8/2009 | 0.30 | 123.00 | REVIEW AND REVISE MOTION TO RETAIN C&D AS |
| 7 | CND | 12/8/2009 | | | ATTORNEY; AFFIDAVIT OF M. ROSEMAN IN SUPPORT AND |
| 7 | CND | 12/8/2009 | | | ORDER REGARDING SAME |
| 7 | CND | 12/8/2009 | 0.30 | 123.00 | REVIEW AND REVISE MOTION TO RETAIN ACCOUNTANTS; |
| 7 | CND | 12/8/2009 | | | AFFIDAVIT OF M. ROSEMAN IN SUPPORT AND ORDER |
| 7 | CND | 12/8/2009 | | | REGARDING SAME; PREPARE EMAIL TO SEYERMAN |
| 7 | CND | 12/8/2009 | | | REGARDING SAME |
| 7 | BLP | 12/8/2009 | 1.60 | 672.00 | REVIEW, FINALIZE COUNSEL RETENTION PAPERS AND |
| 7 | BLP | 12/8/2009 | | | ACCOUNTANT RETENTION PAPERS |
| 7 | CND | 12/14/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM EYERMAN REGARDING VENTURA |
| 7 | CND | 12/14/2009 | | | PLEADINGS; PREPARE RESPONSE TO SAME |
| 7 | CND | 12/14/2009 | 0.90 | 369.00 | REVIEW AFFIDAVIT OF EYERMAN REGARDING RETENTION; |
| 7 | CND | 12/14/2009 | | | REVIEW MOTION REGARDING SAME; REVIEW AND REVISE |
| 7 | CND | 12/14/2009 | | | ORDER REGARDING SAME; ATTENTION TO NOTICE AND |
| 7 | CND | 12/14/2009 | | | FILING ISSUES |
| 7 | MGR | 4/9/2010 | 0.40 | 194.00 | REVIEW CREDITORS COMMITTEE APPLICATION TO RETAIN |
| 7 | MGR | 4/9/2010 | | | ACCOUNTANTS |
| 7 | Total | | 3.80 | 1,604.00 | |