EXHIBIT L

# Summary of Time
## For Interim Fee Application
### November 9, 2009 through April 30, 2010
### Services Relating to Litigation

| Timekeeper | Timekeeper # | Hours | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Craig Nathan Dee | CND | 1.0 | $ 410.00 | $ 410.00 |
| Matthew G. Roseman | MGR | 25.0 | $ 470.00 | $ 11,750.00 |
| **Of Counsel** | | | | |
| Bonnie Pollack | BLP | 2.9 | $ 420.00 | $ 1,218.00 |
| | | | | |
| Total Hours Billed: | | 28.9 | | |
| Total Fees Billed: | | | * | $ 13,378.00 |

* Cullen and Dykman's billing rates for the professionals listed above are based upon on the average rate for each categroy for the Application Period.

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 8 | MGR | 12/1/2009 | 1.50 | 705.00 | REVIEW AND REVISE RESPONSE TO OBJECTIONS OF DEBTORS MOTIONS |
| 8 | MGR | 12/9/2009 | 3.50 | 1,645.00 | RESEARCH ISSUE OF DISGUISED SALE VS TRUE LEASE; REVIEW KENNETH KLEE ARTICLE AND 2ND CIRCUIT CASE LAW |
| 8 | MGR | 12/15/2009 | 1.50 | 705.00 | REVIEW AND DISCUSS STRATEGY W/ B POLLACK REGARDING SEA CASTLE RESPONSE AND ADVERSARY PROCEEDING; DISCUSS PREFERENCE ISSUE AND REVIEW UCC SEARCH |
| 8 | CND | 12/16/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING ARBITRATION ISSUE; PREPARE RESPONSE TO SAME |
| 8 | BLP | 12/23/2009 | 0.40 | 168.00 | REVIEW SUMMONS IN SEA CASTLE CASE; SERVE AND FILE SUMMONS AND COMPLAINT |
| 8 | MGR | 12/23/2009 | 0.40 | 188.00 | REVIEW SEA CASTLE SCHEDULES AND FORWARD TO S SIMMS; E-MAIL TO SIMMS REGARDING UCC-1 REFERENCED IN COURT |
| 8 | MGR | 12/28/2009 | 0.30 | 141.00 | REVIEW UCC PROVIDED BY S SIMMS REGARDING SEA CASTLE. |
| 8 | CND | 1/4/2010 | 0.20 | 82.00 | REVIEW SUMMONS AND COMPLAINT REGARDING LAWSUIT BY INTER FREIGHT EAST AFRICA LIMITED AGAINST GLOBAL; PREPARE RESPONSE TO SAME |
| 8 | CND | 1/5/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM TRIAL COUNSEL; PREPARE RESPONSE TO SAME |
| 8 | BLP | 1/6/2010 | 2.50 | 1,050.00 | RESEARCH ON DAMAGE ISSUES UNDER 365 AS TO WHETHER DEBTOR NEEDS TO PAY STORAGE COSTS AND CONFERENCES WITH ND RE ISSUES/PAPERS |
| 8 | CND | 1/20/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM J. SIMMS REGARDING ADVERSARY COMPLAINT |
| 8 | CND | 1/21/2010 | 0.30 | 123.00 | REVIEW EMAIL FROM J. STEPHEN SIMMS REGARDING DISMISSAL OF SEA CASTLE ADVERSARY PROCEEDING; PREPARE RESPONSE TO SAME; ATTENTION TO DISMISSAL OF ADVERSARY PROCEEDINGS |
| 8 | CND | 1/22/2010 | 0.20 | 82.00 | ATTENTION TO MOTION TO DISMISS SEA CASTLE COMPLAINT |
| 8 | MGR | 2/1/2010 | 4.50 | 2,115.00 | RESEARCH ISSUE OF ANT-DISCRIMINATION 11 USC 525 AND APPLICABILITY TO UN CONTRACT. |
| 8 | MGR | 2/1/2010 | 1.50 | 705.00 | REVIEW APPROVED LIST OF UN VENDORS AND CREATE LIST OF DEBTOR COMPANIES WORKING FOR UN |
| 8 | MGR | 2/3/2010 | 5.00 | 2,350.00 | REVIEW CASE LAW CONCERNING 11 USC 525 AND ABILITY TO SEEK INJUNCTIVE RELIEF. |
| 8 | MGR | 2/4/2010 | 5.00 | 2,350.00 | CONTINUED RESEARCH REGARDING 525 AND ABILITY TO SEEK AFFIRMATIVE INJUNCTION; RESEARCH IMMUNITY OF UN FROM LEGAL PROCESS; REVIEW UN TREATY |
| 8 | MGR | 2/5/2010 | 1.80 | 846.00 | DRAFT MEMO REGARDING LITIGATION OPTIONS W/ UN; MEETING W/ CLIENTS TO DISCUSS UN OPTIONS. |
| 8 | Total | | 28.90 | 13,378.00 | |