EXHIBIT M

# Summary of Time
## For Interim Fee Application
### November 9, 2009 through April 30, 2010
### Services Relating to Sale of M/V Precision

| Timekeeper | Timekeeper # | Hours | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Craig Nathan Dee | CND | 56.2 | $ 410.00 | $ 23,055.50 |
| Jeffrey Herz | JFH | 0.6 | $ 410.00 | $ 246.00 |
| Matthew G. Roseman | MGR | 16.2 | $ 470.00 | $ 7,614.00 |
| **Associate** | | | | |
| Verley Brown | VB | 2.5 | $ 205.00 | $ 512.50 |
| Total Hours Billed: | | 75.5 | | |
| Total Fees Billed: | | | * | $ 31,428.00 |

* Cullen and Dykman's billing rates for the professionals listed above are based upon on the average rate for each categroy for the Application Period.

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 10 | CND | 12/3/2009 | 1.10 | 451.00 | CONFERENCE WITH H. SHAYEGAN AND B. PAKSIMA |
| 10 | CND | 12/3/2009 | | | REGARDING SALE OF GLOBAL PRECISION; ATTENTION TO |
| 10 | CND | 12/3/2009 | | | BROKER RETENTION AND SALE PLEADING |
| 10 | CND | 12/3/2009 | 0.90 | 369.00 | REVIEW INSURANCE POLICY REGARDING GLOBAL |
| 10 | CND | 12/3/2009 | | | PRECISION INSURANCE CLAIM |
| 10 | MGR | 12/3/2009 | 0.80 | 376.00 | PHONE CONF AND E-MAIL TO COUNSEL FOR KEY BANK |
| 10 | MGR | 12/3/2009 | | | REGARDING PROBLEM W/ GLOBAL PRECISION |
| 10 | MGR | 12/3/2009 | 0.40 | 188.00 | REVIEW AND PROVIDE COMMENTS TO CLIENT MESSAGE TO |
| 10 | MGR | 12/3/2009 | | | KEYBANK REGARDING DETERIORATING CONDITION ON |
| 10 | MGR | 12/3/2009 | | | GLOBAL PRECISION |
| 10 | CND | 12/4/2009 | 0.60 | 246.00 | CONFERENCE WITH H. SHAYEGEAN AND B. POLLACK |
| 10 | CND | 12/4/2009 | | | REGARDING SALE OF PRECISION; RETENTION OF BROKER |
| 10 | CND | 12/4/2009 | | | ETC. |
| 10 | CND | 12/7/2009 | 0.20 | 82.00 | CONFERENCE WITH B. PAKSIMA AND ALI PAKSIMA |
| 10 | CND | 12/7/2009 | | | REGARDING SALE OF PRECISION |
| 10 | MGR | 12/7/2009 | 0.80 | 376.00 | REVIEW DRAFT OF SALE MOTION AND SUPPORTING |
| 10 | MGR | 12/7/2009 | | | PLEADINGS; DISCUSS W/ CLIENT |
| 10 | CND | 12/8/2009 | 1.20 | 492.00 | ATTENTION TO SALE MOTION; REVIEW SAME PER B. |
| 10 | CND | 12/8/2009 | | | PAKSIMA COMMENTS; CONFERENCE WITH B. PAKSIMA |
| 10 | CND | 12/8/2009 | | | REGARDING SAME |
| 10 | CND | 12/8/2009 | 0.40 | 164.00 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING |
| 10 | CND | 12/8/2009 | | | PRECISION SALE |
| 10 | CND | 12/9/2009 | 0.60 | 246.00 | FINAL REVIEW AND REVISION OF GILMORE SALE |
| 10 | CND | 12/9/2009 | | | PLEADINGS AND RELATED ORDER TO SHOW CAUSE |
| 10 | CND | 12/9/2009 | 0.40 | 164.00 | CONFERENCE WITH B. PAKSIMA, H. SHAYEGAN AND K |
| 10 | CND | 12/9/2009 | | | PAKSIMA REGARDING LEASE; RETENTION OF BROKER AND |
| 10 | CND | 12/9/2009 | | | SALE |
| 10 | CND | 12/9/2009 | 0.30 | 123.00 | REVIEW AND REVISE AFFIDAVIT OF SHIPS BROKER |
| 10 | CND | 12/9/2009 | 0.40 | 164.00 | ATTENTION TO SERVICE ISSUES REGARDING MOTION TO |
| 10 | CND | 12/9/2009 | | | SELL |
| 10 | MGR | 12/9/2009 | 1.30 | 611.00 | REVIEW AND REVISE APPLICATION FOR EMERGENCY ORDER |
| 10 | MGR | 12/9/2009 | | | APPROVING SALE OF VESSEL AND RETENTION OF BROKER; |
| 10 | MGR | 12/9/2009 | | | PHONE CONF W/ CLIENT REGARDING STATUS AND TIMING |
| 10 | MGR | 12/10/2009 | 1.50 | 705.00 | FINAL REVIEW OF SALES PLEADINGS AND PROPOSED |
| 10 | MGR | 12/10/2009 | | | ORDER; E-MAIL ORDER TO SHOW CAUSE TO CHAMBERS AND |
| 10 | MGR | 12/10/2009 | | | FOLLOW UP W/ CHAMBERS REGARDING THE STATUS. |
| 10 | MGR | 12/11/2009 | 1.20 | 564.00 | REVIEW EXECUTED ORDER SCHEDULING HEARING AND |
| 10 | MGR | 12/11/2009 | | | OVERSEE SERVICE OF SAME FOR SALE OF PRECISION |
| 10 | MGR | 12/11/2009 | 0.80 | 376.00 | MEETING W/ CLIENTS REGARDING SALE PROCESS OF |
| 10 | MGR | 12/11/2009 | | | PRECISION AND ISSUES REGARDING CREW AND EXPENSES |
| 10 | MGR | 12/14/2009 | 0.70 | 329.00 | CONF W/ CLIENTS REGARDING PROCESS AND TIMING OF |
| 10 | MGR | 12/14/2009 | | | SALE AND PAYMENT OF EXPENSES |
| 10 | CND | 12/16/2009 | 0.20 | 82.00 | REVIEW 5 EMAILS FROM BROKER REGARDING TERMS OF |
| 10 | CND | 12/16/2009 | | | PRECISION SALE; PREPARE RESPONSE TO SAME |
| 10 | CND | 12/17/2009 | 0.30 | 123.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING SALE |
| 10 | CND | 12/17/2009 | | | PROCEEDS; PREPARE RESPONSE TO SAME; ATTENTION TO |
| 10 | CND | 12/17/2009 | | | SALE MATTERS REGARDING ESCROW, BANK , WIRING ETC. |
| 10 | CND | 12/18/2009 | 0.30 | 123.00 | REVIEW KEYBANK RESPONSE TO SALE MOTION; |
| 10 | CND | 12/18/2009 | | | CONFERENCE WITH M. ROSEMAN REGARDING SAME |
| 10 | CND | 12/21/2009 | 1.10 | 451.00 | LONG CONFERENCE WITH B. PAKSIMA, A. PAKSIMA AND |
| 10 | CND | 12/21/2009 | | | H. SHAYEGAN AND K. PAKSIMA REGARDING PRECISION |
| 10 | CND | 12/21/2009 | | | SALE; ALLOCATION OF PROCEEDS, CREW WAGES AND |
| 10 | CND | 12/21/2009 | | | TIMING ISSUES ETC. |
| 10 | CND | 12/21/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM T. PADNOS REGARDING TRITON |
| 10 | CND | 12/21/2009 | | | LEASES |
| 10 | CND | 12/21/2009 | 1.80 | 738.00 | LEGAL RESEARCH AND CASE LAW ANALYSIS REGARDING |
| 10 | CND | 12/21/2009 | | | PRIORITY OF MARITIME LIENS REGARDING REPLY TO |
| 10 | CND | 12/21/2009 | | | KEYBANK OBJECTIONS |
| 10 | CND | 12/21/2009 | 0.60 | 246.00 | REVIEW AND REVISE RESPONSE TO KEYBANK |
| 10 | CND | 12/21/2009 | 1.90 | 779.00 | DRAFT REPLY TO KEYBANK OBJECTION; REVIEW AND |
| 10 | CND | 12/21/2009 | | | REVISE SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 10 | CND | 12/21/2009 | 0.30 | 123.00 | REVISE STIPULATION WITH KEYBANK REGARDING RELIEF FROM STAY; PREPARE EMAIL TO PLEVIN REGARDING SAME |
| 10 | CND | 12/21/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING TRITON CONTAINERS; PREPARE RESPONSE TO SAME |
| 10 | CND | 12/21/2009 | 0.40 | 164.00 | ATTENTION TO REPLY TO KEYBANK RESPONSE; FINAL REVIEW OF DOCUMENTS; ATTENTION TO MOTION AND SERVICE ISSUE |
| 10 | CND | 12/21/2009 | 0.20 | 82.00 | REVIEW MULTIPLE EMAILS FROM PAUL LEVINE REGARDING STIPULATION; PREPARE RESPONSES TO SAME |
| 10 | MGR | 12/21/2009 | 2.50 | 1,175.00 | REVIEW OBJECTION OF KEYBANK AND PROPOSED RESPONSE; DISCUSS RESPONSE W/ N DEE; PHONE CONF AND E-MAIL W/ P LEVINE REGARDING OBJECTION AND PRACTICAL ISSUES; DISCUSS SETTLEMENT OF PORTION OF MOTION |
| 10 | CND | 12/22/2009 | 1.80 | 738.00 | PREPARE FOR HEARING ON SALE OF PRECISION; REVIEW LAW; REVIEW PLEADINGS REGARDING SAME |
| 10 | CND | 12/22/2009 | 3.10 | 1,271.00 | TRAVEL TO HEARING ON PRECISION SALE AND OBJECTION TO CONTAINER LESSORS TO NOTICE TO REJECT; ATTEND HEARING AND RETURN TO OFFICE |
| 10 | MGR | 12/22/2009 | 3.00 | 1,410.00 | ATTEND HEARING REGARDING LEASE REJECTION, KEYBANK MOTION AND SALE OF GLOBAL PRECISION |
| 10 | CND | 1/4/2010 | 0.50 | 205.00 | REVIEW AND REVISE SALE ORDER FOR PRECISION; PREPARE EMAIL TO P. LEVINE REGARDING SAME |
| 10 | CND | 1/4/2010 | 0.30 | 123.00 | REVIEW EMAIL FROM P. LEVINE REGARDING INSURANCE CLAIM; PREPARE RESPONSE TO SAME; PREPARE EMAIL TO H. SHAYEGAN REGARDING SAME; CONFERENCE WITH H. SHAYEGAN |
| 10 | CND | 1/4/2010 | 0.10 | 41.00 | EMAIL TO P. LEVIN |
| 10 | CND | 1/4/2010 | 0.20 | 82.00 | CONFERENCE WITH B. PAKSIMA AND H. SHAYEGAN REGARDING PRECISION SALE AND RELATED ISSUES |
| 10 | CND | 1/4/2010 | 0.50 | 205.00 | ATTENTION TO GILMORE SALE REGARDING DEPOSIT AND ESCROW ETC. |
| 10 | CND | 1/4/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM COUNSEL TO BUYERS REGARDING SALE; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/4/2010 | 0.10 | 41.00 | REVIEW ADDITIONAL OFFERS RECEIVED REGARDING PRECISION |
| 10 | CND | 1/4/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM BUYERS COUNSEL; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/4/2010 | 0.20 | 82.00 | REVIEW 3 EMAILS FROM COUNSEL TO KEYBANK REGARDING CHANGES TO SALE; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/5/2010 | 0.80 | 328.00 | CONFERENCE WITH M. ROSEMAN, A. PAKSIMA, B. PAKSIMA AND H. SHAYEGAN AND S. EYERMAN REGARDING PRECISION SALE; PLAN AND BUDGET ISSUES |
| 10 | CND | 1/5/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM P. LEVIN REGARDING GLOBAL SALE ORDER; PREPARE RESPONSE TO SAME; REVIEW EMAIL REGARDING INSURANCE; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/5/2010 | 0.80 | 328.00 | REVIEW AND REVISE SALE ORDER; PREPARE EMAIL TO P. LEVIN REGARDING SAME; PREPARE EMAIL TO BUYERS COUNSEL REGARDING SAME |
| 10 | JH. | 1/6/2010 | 0.60 | 246.00 | REVIEW BILL OF SALE; REVIEW ORDER; OFFICE CONFERENCE ND. |
| 10 | MGR | 1/6/2010 | 0.80 | 376.00 | REVIEW ORDER AND PROVIDE COMMENTS CONCERNING LIENS AND NOTICE ISSUES |
| 10 | CND | 1/6/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM P. LEVINE REGARDING GILMORE SALE ORDER; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/6/2010 | 0.80 | 328.00 | REVIEW 5 EMAILS FROM BROKER REGARDING SALE DOCUMENTS; REVIEW DOCUMENTS; CONFERENCE WITH J. HERTZ REGARDING REVISIONS TO SAME; PREPARE RESPONSE TO BROKERS EMAILS |
| 10 | CND | 1/6/2010 | 0.10 | 41.00 | PREPARE EMAIL TO BUYERS COUNSEL REGARDING SALE ORDER; REVIEW RESPONSE TO SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 10 | CND | 1/7/2010 | 3.20 | 1,312.00 | ATTENTION TO SALE OF PRECISION; REVIEW AND REVISE BILL OF SALE REGARDING SAME; REVISION TO MULTIPLE EMAILS FROM BROKER AND A. PAKSIMA REGARDING SAME |
| 10 | CND | 1/7/2010 | 1.60 | 656.00 | MULTIPLE CONFERENCE K. PAKSIMA, A. PAKSIMA AND H. SHAYEGAN REGARDING PRECISION SALE; REVIEW ALL SALE DOCUMENTS REGARDING SAME |
| 10 | CND | 1/7/2010 | 0.20 | 82.00 | REVIEW AND REVISE CORPORATE CONSENT FORM |
| 10 | CND | 1/7/2010 | 0.10 | 41.00 | REVIEW AND REVISE POWER OF ATTORNEY |
| 10 | CND | 1/7/2010 | 0.40 | 164.00 | MULTIPLE CONFERENCES WITH J. HERZ AND V. BROWN REGARDING SALE DOCUMENTS |
| 10 | VB | 1/7/2010 | 2.50 | 512.50 | CONFERENCE WITH JEFFREY F. HERZ AND C. NATHAN DEE REGARDING DOCUMENTS NEEDED TO EFFECTUATE INTERNATIONAL SALE OF SHIPPING VESSEL PURSUANT TO BANKRUPTCY ORDER. DRAFT ACTION BY WRITTEN CONSENT AUTHORIZING THE SALE, POWER OF ATTORNEY APPOINTING BROKER AS AGENT TO CONSUMMATE THE SALE, AND APOSTILLE. |
| 10 | MGR | 1/7/2010 | 0.60 | 282.00 | REVIEW DRAFT OF SALE ORDER AND DISCUSS MATTER W/ CLIENTS |
| 10 | CND | 1/8/2010 | 2.60 | 1,066.00 | ATTENTION TO SALE OF PRECISION; CONFERENCE WITH A. PAKSIMA, H. SHAYEGAN REGARDING STATUS; PAYMENT OF CREW WAGES AND BUYERS COMMENTS TO SALE DOCUMENTS |
| 10 | CND | 1/8/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM BUYERS COUNSEL REGARDING MARITIME LIEN CLAIMANTS; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/8/2010 | 0.40 | 164.00 | REVIEW SECOND ADDENDUM TO MEMORANDUM OF ACCEPTANCE; PREPARE EMAIL TO BROKER REGARDING REVISIONS TO SAME |
| 10 | CND | 1/8/2010 | 0.30 | 123.00 | REVIEW MARITIME CLAIMS AGAINST SALE PROCEEDS; PREPARE EM,AIL TO P. LEVIN REGARDING SAME |
| 10 | CND | 1/8/2010 | 0.30 | 123.00 | CONFERENCE WITH B. POLLACK REGARDING JURISDICTION ISSUE OF MARITIME LIENS AND BANKRUPTCY COURT SALE ORDER |
| 10 | CND | 1/11/2010 | 0.50 | 205.00 | CONFERENCE WITH A. PAKSIMA AND K. PAKSIMA REGARDING STATUS OF PRECISION SALE AND CLOSING ISSUE |
| 10 | CND | 1/11/2010 | 0.10 | 41.00 | REVIEW 3 EMAILS FROM A. PAKSIMA, SALE OF PRECISION AND CLOSING ISSUES |
| 10 | CND | 1/11/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM BUYERS COUNSEL REGARDING CLOSING ISSUES; PREPARE RESPONSES TO SAME |
| 10 | CND | 1/11/2010 | 0.50 | 205.00 | PHONE CONFERENCE WITH A. PAKSIMA REGARDING BUYERS COUNSEL COMMENTS TO SALE REGARDING CLOSING ISSUES; REVIEW EMAIL FROM BROKER REGARDING SAME; 2ND PHONE CONFERENCE WITH A. PAKSIMA REGARDING SAME |
| 10 | CND | 1/11/2010 | 0.20 | 82.00 | REVIEW EMAIL FROM A. PAKSIMA TO BUYERS COUNSEL REGARDING SALE ISSUES; PHONE CONFERENCE WITH A. PAKSIMA REGARDING SAME |
| 10 | MGR | 1/12/2010 | 1.20 | 564.00 | CONF W/ N DEE REGARDING ISSUES AFFECTING SALE AND TRANSFER OF PRECISION; CONF W/ CLIENTS AND E-MAIL EXCHANGE W/ P LEVINE |
| 10 | CND | 1/12/2010 | 0.20 | 82.00 | ATTENTION TO PRECISION SALE CLOSING ISSUES; PREPARE EMAIL TO BUYERS COUNSEL REGARDING TIMING OF SAME |
| 10 | CND | 1/12/2010 | 0.50 | 205.00 | CONFERENCE WITH A. PAKSIMA AND K. PAKSIMA REGARDING PRECISION SALE ISSUES; REVIEW EMAIL TO BROKER REGARDING SAME; PREPARE EMAIL TO COUNSEL REGARDING SAME |
| 10 | CND | 1/12/2010 | 0.20 | 82.00 | REVIEW 5 EMAILS REGARDING TOWING AND FINAL PAYMENT ISSUE REGARDING PRECISION; CONFERENCE WITH H. SHAYEGAN AND B. PAKSIMA REGARDING SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 10 | CND | 1/12/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM BUYERS COUNSEL REGARDING SALE ISSUES; PREPARE RESPONSES TO SAME |
| 10 | CND | 1/12/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM BUYERS COUNSEL REGARDING CLAIMS AGAINST SHIP; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/12/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH A. WORSE REGARDING MEMO OF LAW AND RELATED ISSUES |
| 10 | CND | 1/12/2010 | 0.10 | 41.00 | PREPARE EMAIL TO BUYERS COUNSEL REGARDING SALE OF PRECISION |
| 10 | CND | 1/12/2010 | 2.10 | 861.00 | REVIEW SALE ORDERS; MEMORANDUM OF SALE AND SALE DOCUMENTS REGARDING BUYERS COMMENTS REGARDING INDEMNITY; CONFERENCE WITH M. ROSEMAN REGARDING SAME |
| 10 | CND | 1/12/2010 | 0.10 | 41.00 | REVIEW 2 EMAILS FORM P. LEVINE REGARDING GILMORE SALE AND INSURANCE CLAIM; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/12/2010 | 0.10 | 41.00 | REVIEW 2 EMAILS FROM A. PAKSIMA REGARDING CLOSING OF PRECISION SALE; PREPARE RESPONSES TO SAME |
| 10 | CND | 1/13/2010 | 0.20 | 82.00 | REVIEW EMAIL FROM BROKER REGARDING SALE CLOSING; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/13/2010 | 0.10 | 41.00 | PREPARE EMAIL TO P. LEVINE REGARDING STATUS OF PRECISION SALE |
| 10 | CND | 1/13/2010 | 0.20 | 82.00 | REVIEW EMAILS FROM BROKER REGARDING CLOSING OF PRECISION SALE; CONFERENCE WITH A. PAKSIMA REGARDING SAME |
| 10 | CND | 1/14/2010 | 0.80 | 328.00 | ATTENTION TO GLOBAL PRECISION SALE REGARDING WIRE TRANSFER; CONFERENCE WITH A. PAKSIMA AND K. PAKSIMA REGARDING LOGISTICS OF TRANSACTION AND OPEN ISSUES |
| 10 | CND | 1/14/2010 | 0.10 | 41.00 | PREPARE EMAIL TO A. PAKSIMA REGARDING PRECISION SALE; REVIEW RESPONSE TO SAME |
| 10 | CND | 1/14/2010 | 0.20 | 82.00 | ATTENTION TO GILMORE SALE REGARDING PAYMENT ISSUES; PREPARE EMAIL TO B. PAKSIMA AND A PAKSIMA AND H. SHAYEGAN REGARDING SAME |
| 10 | CND | 1/15/2010 | 0.60 | 246.00 | ATTENTION TO PRECISION SALE; REVIEW PAYMENTS; REVIEW COMMISSION CALCULATION; CONFERENCE WITH A. PAKSIMA REGARDING SAME; REVIEW MEMORANDUM OF SALE REGARDING SAME |
| 10 | CND | 1/15/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM P. LEVINE REGARDING TOWING CHARGES; PREPARE RESPONSE TO SAME; PREPARE EMAIL TO H. SHAYEGAN AND B. PAKSIMA REGARDING SAME |
| 10 | CND | 1/19/2010 | 0.20 | 82.00 | REVIEW COSTS REGARDING 506(C) APPLICATION AGAINST PRECISION SALE PROCEEDS; PREPARE EMAIL TO HORMOZ SHAYEGAN REGARDING SAME |
| 10 | CND | 1/20/2010 | 1.30 | 533.00 | PREPARE MEMO REGARDING 506(C) ALLOCATION OF SALE PROCEEDS |
| 10 | CND | 1/20/2010 | 0.30 | 123.00 | PHONE CONFERENCE WITH P. LEVINE REGARDING 506(C) ALLOCATION; CONFERENCE WITH H. SHAYEGAN REGARDING SAME; REVISE 506(C) ALLOCATION REGARDING SAME; PREPARE EMAIL TO P. LEVINE REGARDING SAME |
| 10 | CND | 1/20/2010 | 0.10 | 41.00 | CONFERENCE WITH M. ROSEMAN REGARDING UN ISSUE; REVIEW EMAIL FROM ACCOUNTANT REGARDING BUDGET; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/21/2010 | 0.60 | 246.00 | REVIEW 2 EMAILS FROM BUYERS COUNSEL REGARDING ARREST OF PRECISION; REVIEW EMAIL FROM A. PAKSIMA REGARDING SAME; CONFERENCE WITH K. PAKSIMA REGARDING STATUS |
| 10 | CND | 1/21/2010 | 0.30 | 123.00 | LETTER TO RELEASE OF KEYBANK PREFERRED SHIP MORTGAGE ON PRECISION; REVISE DRAFT OF SAME; CONFERENCE WITH H. SHAYEGAN AND A. PAKSIMA REGARDING SAME |
| 10 | CND | 1/22/2010 | 2.50 | 1,025.00 | DRAFT SETTLEMENT AGREEMENT WITH KEYBANK REGARDING |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 10 | CND | 1/22/2010 | | | ALLOCATION OF SALE PROCEEDS |
| 10 | CND | 1/22/2010 | 0.80 | 328.00 | REVIEW AND REVISE CERTIFICATE OF SATISFACTION; |
| 10 | CND | 1/22/2010 | | | FINAL REVISIONS TO SETTLEMENT AGREEMENT; PREPARE |
| 10 | CND | 1/22/2010 | | | EMAIL TO P. LEVINE REGARDING SAME |
| 10 | CND | 1/22/2010 | 0.10 | 41.00 | REVIEW P. LEVINE CHAPTER TO SATISFACTION OF |
| 10 | CND | 1/22/2010 | | | MORTGAGE; PREPARE EMAIL TO P. LEVIN REGARDING |
| 10 | CND | 1/22/2010 | | | SAME |
| 10 | CND | 1/24/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM P. LEVIN REGARDING KEYBANK |
| 10 | CND | 1/24/2010 | | | STIPULATION; PREPARE RESPONSE TO SAME |
| 10 | CND | 1/25/2010 | 0.20 | 82.00 | CONFERENCE WITH H. SHAYEGAN REGARDING RELEASE OF |
| 10 | CND | 1/25/2010 | | | KEYBANK MORTGAGE |
| 10 | CND | 1/25/2010 | 0.30 | 123.00 | REVISE EMAIL FROM P. LEVINE REGARDING PRECISION |
| 10 | CND | 1/25/2010 | | | STIPULATION; CONFERENCE WITH B. PAKSIMA REGARDING |
| 10 | CND | 1/25/2010 | | | SAME |
| 10 | CND | 1/26/2010 | 0.30 | 123.00 | REVIEW STIPULATION WITH KEY BANK |
| 10 | CND | 1/26/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM P. LEVINE REGARDING LEGAL |
| 10 | CND | 1/26/2010 | | | COSTS; PREPARE RESPONSES TO SAME |
| 10 | CND | 1/26/2010 | 0.20 | 82.00 | REVIEW EMAIL FROM P. LEVINE REGARDING LEGAL FEES; |
| 10 | CND | 1/26/2010 | | | ATTENTION TO SAME |
| 10 | CND | 1/26/2010 | 0.30 | 123.00 | CONFERENCE WITH B. PAKSIMA AND A. PAKSIMA |
| 10 | CND | 1/26/2010 | | | REGARDING KEYBANK STIPULATION; REVIEW 2 EMAILS |
| 10 | CND | 1/26/2010 | | | FROM H. SHAYEGAN REGARDING SAME |
| 10 | CND | 1/27/2010 | 1.00 | 410.00 | REVIEW AND REVISE STIPULATION FOR PRECISION SALE |
| 10 | CND | 1/27/2010 | | | PROCEEDS; REVISE EXHIBIT REGARDING SAME |
| 10 | CND | 1/28/2010 | 0.20 | 82.00 | CONFERENCE WITH B. PAKSIMA REGARDING KEYBANK |
| 10 | CND | 1/28/2010 | | | STIPULATION; REVIEW AND REVISE SAME; PREPARE |
| 10 | CND | 1/28/2010 | | | EMAIL TO P. LEVINE REGARDING SAME |
| 10 | CND | 1/28/2010 | 0.20 | 82.00 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING |
| 10 | CND | 1/28/2010 | | | KEYBANK STIPULATION |
| 10 | CND | 1/28/2010 | 1.20 | 492.00 | REVIEW AND REVISE KEYBANK STIPULATION REGARDING |
| 10 | CND | 1/28/2010 | | | SALE PROCEEDS |
| 10 | MGR | 1/29/2010 | 0.60 | 282.00 | REVIEW AND DISCUSS KEY BANK STIP WITH N DEE |
| 10 | CND | 1/29/2010 | 0.90 | 369.00 | FINAL REVIEW KEYBANK STIPULATION |
| 10 | CND | 1/29/2010 | 0.40 | 164.00 | DRAFT NOTICE OF UN PRESENTMENT REGARDING |
| 10 | CND | 1/29/2010 | | | PRECISION STIPULATION; REVIEW AND REVISE SAME; |
| 10 | CND | 1/29/2010 | | | PHONE CONFERENCE WITH P. LEVINE REGARDING SAME |
| 10 | CND | 1/29/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH CREDITOR COMMITTEE |
| 10 | CND | 1/29/2010 | | | REGARDING KEY BANK STIP |
| 10 | CND | 2/1/2010 | 0.10 | 41.00 | PHONE CONFERENCE WITH JACOB LIGEZA REGARDING |
| 10 | CND | 2/1/2010 | | | CLAIMS AGAIN PRECISION; PROGRESS AND PROSPERITY |
| 10 | CND | 2/1/2010 | 0.40 | 164.00 | PHONE CONFERENCE WITH A. WOFSE REGARDING |
| 10 | CND | 2/1/2010 | | | PRECISION STIP; AND DIP ORDER |
| 10 | CND | 2/1/2010 | 0.80 | 328.00 | REVIEW SERVICE LIST FOR GILMORE REGARDING |
| 10 | CND | 2/1/2010 | | | PRECISION 506(C) STIPULATION |
| 10 | CND | 2/11/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM P. LEVINE REGARDING PRECISION |
| 10 | CND | 2/11/2010 | | | INSURANCE CLAIM; REVIEW LETTER REGARDING SAME; |
| 10 | CND | 2/11/2010 | | | PREPARE RESPONSES TO SAME |
| 10 | CND | 2/24/2010 | 1.60 | 656.00 | REVIEW AND REVISE KEYBANK STIPULATION REGARDING |
| 10 | CND | 2/24/2010 | | | SALE PROCEEDS AND PERSONAL PROPERTY; PREPARE |
| 10 | CND | 2/24/2010 | | | EMAIL TO A. YUDES, B. PAKSIMA, A. WOFSE AND P. |
| 10 | CND | 2/24/2010 | | | LEVINE REGARDING SAME |
| 10 | CND | 2/24/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM P. LEVIN REGARDING AMENDED |
| 10 | CND | 2/24/2010 | | | STIP; PREPARE RESPONSE TO SAME |
| 10 | CND | 2/25/2010 | 0.40 | 164.00 | REVIEW KEYBANK STIPULATION; REVIEW AND PREPARE |
| 10 | CND | 2/25/2010 | | | RESPONSES TO EMAILS FROM A. LEVINE REGARDING |
| 10 | CND | 2/25/2010 | | | SAME; PREPARE EMAIL TO CLIENT REGARDING SAME |
| 10 | CND | 2/25/2010 | 0.30 | 123.00 | REVIEW KEYBANK STIPULATION REGARDING GILMORE |
| 10 | CND | 2/25/2010 | | | PROCEEDS; PREPARE EMAIL TO P. LEVINE REGARDING |
| 10 | CND | 2/25/2010 | | | SAME |
| 10 | CND | 3/8/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM P. LEVINE REGARDING ORDER ON |
| 10 | CND | 3/8/2010 | | | PRECISION SALE PROCEEDS; PREPARE RESPONSE TO SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 10 | CND | 3/10/2010 | 0.20 | 85.00 | REVIEW EMAIL FROM PAUL LEVINE REGARDING KEYBANK |
| 10 | CND | 3/10/2010 | | | STIP; PREPARE RESPONSE TO SAME; REVIEW ADDITIONAL |
| 10 | CND | 3/10/2010 | | | EMAIL FROM P. LEVINE; PREPARE RESPONSES TO SAME |
| 10 | CND | 3/16/2010 | 0.10 | 42.50 | REVIEW 2 EMAILS FROM P. LEVINE REGARDING |
| 10 | CND | 3/16/2010 | | | PRECISION SALE PROCEEDS AND CLAIMS; PREPARE |
| 10 | CND | 3/16/2010 | | | RESPONSES TO SAME |
| 10 | CND | 3/17/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM P. LEVINE REGARDING |
| 10 | CND | 3/17/2010 | | | DISTRIBUTION OF GILMORE SALE PROCEEDS; PREPARE |
| 10 | CND | 3/17/2010 | | | RESPONSE TO SAME |
| 10 | CND | 3/30/2010 | 0.20 | 85.00 | PHONE CONFERENCE WITH P. LEVINE REGARDING |
| 10 | CND | 3/30/2010 | | | TURNOVER OF GILMORE SALE PROCEEDS |
| 10 | CND | 3/30/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM P. LEVINE REGARDING |
| 10 | CND | 3/30/2010 | | | DISTRIBUTION OF SALE PROCEEDS PER PRECISION |
| 10 | CND | 3/30/2010 | | | STIPULATION; PREPARE RESPONSE TO SAME |
| 10 | CND | 4/14/2010 | 0.10 | 42.50 | PHONE CONFERENCE WITH P. LEVINE REGARDING GILMAR |
| 10 | CND | 4/14/2010 | | | SALE PROCEEDS; ATTENTION TO SAME |
| 10 | Total | | 75.50 | 31,428.00 | |