EXHIBIT N

# Summary of Time
# For Interim Fee Application
# November 9, 2009 through April 30, 2010
# Services Relating to Executory Contract and Leases

| Timekeeper | Timekeeper # | Hours | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Craig Nathan Dee | CND | 56.1 | $ 411.00 | $ 23,082.00 |
| Matthew G. Roseman | MGR | 12.0 | $ 470.00 | $ 5,640.00 |
| **Of Counsel** | | | | |
| Bonnie Pollack | BP | 25.3 | $ 420.00 | $ 10,626.00 |
| **Associate** | | | | |
| Nathan Prybosky | NGP | 1.6 | $ 225.00 | $ 360.00 |
| Total Hours Billed: | | 95.0 | | |
| Total Fees Billed: | | | * | $ 39,708.00 |

\* Cullen and Dykman's billing rates for the professionals listed above are based upon on the average rate for each categroy for the Application Period.

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 11 | CND | 11/12/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM R MURPHY OF TEXTAINER; PREPARE RESPONSE TO SAME |
| 11 | MGR | 11/17/2009 | 1.00 | 470.00 | CONF W/ CLIENTS REGARDING OPERATIONS AND THE CONTAINER COMPANY ISSUE; ALSO DISCUSSED OPERATING REPORTS AND BANK ACCOUNTS |
| 11 | CND | 11/17/2009 | 0.20 | 82.00 | CONFERENCE WITH M. ROSEMAN REGARDING SEA CASTLE ISSUES AND CONTAINERS |
| 11 | MGR | 11/19/2009 | 1.50 | 705.00 | MEETING W/ CLIENTS REGARDING CONTAINER LISTS AND ISSUES CONCERNING RESOLUTION OF REPORTING AND OPERATIONAL PROBLEMS |
| 11 | CND | 11/19/2009 | 0.20 | 82.00 | REVIEW AND RESPOND TO MULTIPLE EMAILS FORM BIJAN PAKSIMA REGARDING CONTAINER INFORMATION, SEA CASTLE ISSUES, SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS |
| 11 | MGR | 11/23/2009 | 0.30 | 141.00 | E-MAIL EXCHANGE W/ CONTAINER LEASING COMPANY AND CREDITOR REGARDING STATUS OF CASE |
| 11 | CND | 11/24/2009 | 0.20 | 82.00 | REVIEW MULTIPLE EMAILS FROM B. PAKSIMA REGARDING CONTAINER ISSUES; PREPARE RESPONSE TO SAME |
| 11 | CND | 11/24/2009 | 0.10 | 41.00 | REVIEW EMAIL FROM K BABULAL REGARDING SEC CASTLE CONTAINER ISSUE |
| 11 | CND | 11/29/2009 | 0.10 | 41.00 | PREPARE EMAIL TO B. PAKSIMA AND H. SHAYEGAN REGARDING SEA CASTLE DEFAULT LETTERS AND RELATED AGREEMENTS |
| 11 | CND | 12/2/2009 | 0.20 | 82.00 | CONFERENCE WITH B. PAKSIMA AND H. SHAYEGAN REGARDING LEASE REJECTION MOTION |
| 11 | CND | 12/4/2009 | 0.20 | 82.00 | REVIEW LETTER REGARDING RELEASE OF CONTAINERS FOR SEA CASTLE; PREPARE EMAIL TO B. PAKSIMA REGARDING SAME |
| 11 | CND | 12/7/2009 | 1.80 | 738.00 | DRAFT NOTICE TO REJECT CONTRACTS; REVIEW AND REVISE SAME |
| 11 | CND | 12/7/2009 | 1.40 | 574.00 | PREPARE LIST OF EXECUTORY CONTRACTS MOTION; REVIEW AND REVISE ORDER REGARDING SAME |
| 11 | CND | 12/7/2009 | 2.40 | 984.00 | REVIEW AND REVISE MOTION TO LEASES; ORDER REGARDING SAME; NOTICE OF SALE; ORDER REGARDING SAME; CONFERENCE WITH CLIENT REGARDING SAME |
| 11 | CND | 12/7/2009 | 1.20 | 492.00 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING MOTION TO REJECT LEASES |
| 11 | CND | 12/7/2009 | 0.30 | 123.00 | CONFERENCE WITH B. PAKSIMA, H. SHAYEGAN, A. PAKSIMA AND K. PAKSIMA REGARDING SEA CONTAINER SALE |
| 11 | CND | 12/7/2009 | 0.90 | 369.00 | CONFERENCE WITH H. SHAYEGAN REGARDING MOTION TO REJECT LEASES; REVIEW LEASES REGARDING SAME |
| 11 | MGR | 12/7/2009 | 0.50 | 235.00 | RECEIPT AND REVIEW OF TEXTRON MOTIONS; REVIEW REJECTION OF LEASE MOTION |
| 11 | CND | 12/8/2009 | 0.30 | 123.00 | CONFERENCE WITH M. ROSEMAN REGARDING SEA CASTLE UCC ISSUES; REVIEW FINANCING STATEMENT REGARDING SAME |
| 11 | BLP | 12/8/2009 | 0.60 | 252.00 | CONFERENCES WITH MGR AND ND RE ISSUES IN SEACASTLE MATTER, LEASE VS. SALE, ETC. IN PREPARATION OF PLEADINGS |
| 11 | MGR | 12/8/2009 | 1.50 | 705.00 | MEETING W/ CLIENTS REGARDING OPERATIONAL BUDGET AND CONTAINER LEASE ISSUES |
| 11 | NGP | 12/9/2009 | 1.60 | 360.00 | RESEARCH NOTICE PROVISIONS IN LEASES AND IMPACT ON BANKRUPTCY. |
| 11 | CND | 12/9/2009 | 0.20 | 82.00 | PHONE CONFERENCE WITH COUNSEL TO TRITAN CONTAINER |
| 11 | BLP | 12/9/2009 | 6.60 | 2,772.00 | EXTENSIVE WORK ON RESPONSE TO SEACASTLE MOTION AND ANCILLARY ADVERSARY PROCEEDING, INCLUDING RESEARCH, CONFERENCES RE ISSUES AND FACTS, AND DRAFTING |
| 11 | BLP | 12/10/2009 | 1.80 | 756.00 | CONTINUED WORK ON SEACASTLE MATTER, RESEARCH RE SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 11 | CND | 12/14/2009 | 0.30 | 123.00 | REVIEW MOTION FOR RELIEF FROM STAY FILED BY |
| 11 | CND | 12/14/2009 | | | TEXTAINER EQUIPMENT TO PREPARE RESPONSE TO SAME |
| 11 | MGR | 12/14/2009 | 1.30 | 611.00 | RESEARCH ISSUE OF ADMINISTRATION CLAIMS OF |
| 11 | MGR | 12/14/2009 | | | CONTAINER COMPANY AND REVIEW MOTIONS |
| 11 | CND | 12/15/2009 | 0.10 | 41.00 | PREPARE EMAIL TO COUNSEL TO TEXTAINER REGARDING |
| 11 | CND | 12/15/2009 | | | UPDATED CONTAINER LISTS AND MOTION TO REJECT |
| 11 | CND | 12/15/2009 | 0.10 | 41.00 | PREPARE EMAIL TO COUNSEL TO SEACASTLE REGARDING |
| 11 | CND | 12/15/2009 | | | UPDATED CONTAINER LISTS AND MOTION TO REJECT |
| 11 | CND | 12/15/2009 | 0.90 | 369.00 | AMEND MOTION TO REJECT LEASES REGARDING TRITON |
| 11 | CND | 12/15/2009 | | | LEASES; DRAFT MOTION OF AMENDMENT; ATTENTION TO |
| 11 | CND | 12/15/2009 | | | NOTICE AND SERVICE ISSUES |
| 11 | CND | 12/15/2009 | 0.30 | 123.00 | MEETING WITH H. SHAYEGAN AND B. PAKSIMA REGARDING |
| 11 | CND | 12/15/2009 | | | TRITON LEASES, SEACASTLE LEASES AND KEYBANK |
| 11 | CND | 12/15/2009 | | | SETTLEMENT |
| 11 | CND | 12/15/2009 | 0.80 | 328.00 | BRIEF LEGAL RESEARCH REGARDING TEXTAINER MOTION |
| 11 | CND | 12/15/2009 | | | FOR RELIEF FROM AUTOMATIC STAY |
| 11 | CND | 12/15/2009 | 0.10 | 41.00 | PREPARE EMAIL TO COUNSEL TO TRITON REGARDING |
| 11 | CND | 12/15/2009 | | | UPDATED CONTAINER LISTS |
| 11 | BLP | 12/15/2009 | 6.10 | 2,562.00 | EXTENSIVE PREPARATION OF RESPONSE TO SEACASTLE |
| 11 | BLP | 12/15/2009 | | | MOTION AND ADVERSARY PROCEEDING FOR DECLARATORY |
| 11 | BLP | 12/15/2009 | | | JUDGEMENT AND TO AVOID LIEN |
| 11 | CND | 12/16/2009 | 0.30 | 123.00 | MEETING WITH B. PAKSIMA AND H. SHAYGAN REGARDING |
| 11 | CND | 12/16/2009 | | | CONTAINER LEASES; KEYBANK SETTLEMENT |
| 11 | BLP | 12/16/2009 | 1.30 | 546.00 | CONTINUED PREPARATION OF RESPONSE TO SEACASTLE |
| 11 | BLP | 12/16/2009 | | | MOTION AND ADVERSARY PROCEEDING FOR DECLARATORY |
| 11 | BLP | 12/16/2009 | | | JUDGEMENT AND TO AVOID LIEN INCLUDING CONFERENCES |
| 11 | BLP | 12/16/2009 | | | RE INFORMATION NEEDED RE SAME |
| 11 | BLP | 12/18/2009 | 2.10 | 882.00 | FINALIZE RESPONSE TO SEACASTLE MOTION AND |
| 11 | BLP | 12/18/2009 | | | ADVERSARY PROCEEDING, COMPILE ALL EXHIBITS TO |
| 11 | BLP | 12/18/2009 | | | BOTH, FILE AND SERVE AND LETTER TO COURT RE SAME |
| 11 | MGR | 12/18/2009 | 2.50 | 1,175.00 | REVIEW OBJECTION TO MOTION TO REJECT AND RESEARCH |
| 11 | MGR | 12/18/2009 | | | ISSUE OF RIGHT TO PAYMENTS AND CONTROL OF |
| 11 | MGR | 12/18/2009 | | | PROPERTY. |
| 11 | MGR | 12/18/2009 | 0.40 | 188.00 | REVIEW TEXTRON MOTIONS |
| 11 | CND | 12/21/2009 | 2.20 | 902.00 | PREPARE RESPONSE TO TAL OBJECTION TO LEASE |
| 11 | CND | 12/21/2009 | | | REJECTION MOTION; REVIEW AND REVISE SAME; |
| 11 | CND | 12/21/2009 | | | ATTENTION TO SERVICE ISSUES REGARDING SAME |
| 11 | CND | 12/21/2009 | 0.10 | 41.00 | REVIEW CONTAINER LISTS FOR TRITON; PREPARE EMAIL |
| 11 | CND | 12/21/2009 | | | TO COUNSEL REGARDING SAME |
| 11 | BLP | 12/29/2009 | 2.50 | 1,050.00 | RESEARCH ON PAYMENT OF STORAGE CHARGES AFTER |
| 11 | BLP | 12/29/2009 | | | REJECTION OF LEASE |
| 11 | CND | 12/29/2009 | 0.10 | 41.00 | REVIEW EMAIL REGARDING SEA CASTLE CONTAINERS; |
| 11 | CND | 12/29/2009 | | | PREPARE RESPONSE TO SAME; REVIEW SECOND EMAIL |
| 11 | CND | 12/29/2009 | | | FROM M. ROSEMAN REGARDING SAME; PREPARE RESPONSE |
| 11 | CND | 12/29/2009 | | | TO SAME |
| 11 | CND | 12/29/2009 | 0.40 | 164.00 | REVIEW AND REVISE ORDER REJECTING LEASES PER |
| 11 | CND | 12/29/2009 | | | JUDGE'S COMMENTS AT HEARING; CONFERENCE WITH B. |
| 11 | CND | 12/29/2009 | | | PAKSIMA REGARDING SAME |
| 11 | CND | 12/29/2009 | 0.30 | 123.00 | REVISE EXHIBIT A TO NOTICE TO REJECT CONTAINER |
| 11 | CND | 12/29/2009 | | | LEASES REGARDING PER EMAIL FROM COUNSEL TO TRITON |
| 11 | CND | 12/29/2009 | 0.10 | 41.00 | PREPARE EMAIL TO COUNSEL TO LEASE TO BE REPEATED |
| 11 | CND | 12/29/2009 | | | REGARDING TERMS OF ORDER |
| 11 | CND | 12/29/2009 | 0.40 | 164.00 | ATTENTION TO CONTAINER LESSORS INFORMATION |
| 11 | CND | 12/29/2009 | | | REGARDING LOCATIONS ETC. |
| 11 | CND | 12/29/2009 | 0.10 | 41.00 | PREPARE EMAIL TO J. SIMMS REGARDING CAI |
| 11 | CND | 12/29/2009 | | | CONTAINERS |
| 11 | BLP | 12/30/2009 | 2.20 | 924.00 | CONTINUED RESEARCH ON REJECTION ISSUES AND |
| 11 | BLP | 12/30/2009 | | | CONFERENCES WITH N. DEE RE SAME AND PREPARE |
| 11 | BLP | 12/30/2009 | | | INSERT FOR REPLY PAPERS |
| 11 | CND | 12/30/2009 | 0.30 | 123.00 | ATTENTION TO ORDER REJECTING LEASES; PREPARE |
| 11 | CND | 12/30/2009 | | | EMAIL TO ALL COUNSEL REGARDING SAME |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 11 | CND | 1/4/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING SEA CASTLE; PREPARE RESPONSE TO SAME |
| 11 | CND | 1/4/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM M. SCHEIN REGARDING LEASE REJECTION ORDER; PREPARE RESPONSE TO SAME |
| 11 | CND | 1/5/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM S. SIMMS REGARDING LEASE REJECTION ORDER; PREPARE RESPONSE TO SAME |
| 11 | CND | 1/5/2010 | 0.10 | 41.00 | PREPARE EMAIL TO M. SCHEINE REGARDING LEASE REJECTION ORDER |
| 11 | CND | 1/5/2010 | 0.20 | 82.00 | REVIEW PROPOSED CHANGES TO LEASE REJECTION ORDER; CONFERENCE WITH M. ROSEMAN REGARDING SAME |
| 11 | CND | 1/5/2010 | 0.80 | 328.00 | REVIEW TRANSCRIPT OF HEARING ON DECEMBER 22, 2009 TO PREPARE LEASE REJECTION ORDER |
| 11 | CND | 1/5/2010 | 0.20 | 82.00 | REVIEW 5 EMAILS FROM VARIOUS COUNSEL TO CONTAINER LESSORS REGARDING REVISIONS TO LEASE REJECTION ORDER; PREPARE RESPONSES TO SAME |
| 11 | CND | 1/5/2010 | 0.30 | 123.00 | PHONE CONFERENCE WITH STEPHEN SIMMS REGARDING MODIFICATIONS TO COURT ORDER; REVISE ORDER REGARDING SAME |
| 11 | CND | 1/5/2010 | 0.90 | 369.00 | REVIEW AND REVISE ORDER REJECTING LEASES; PREPARE EMAIL TO VARIOUS COUNSEL REGARDING SAME |
| 11 | CND | 1/5/2010 | 0.30 | 123.00 | PHONE CONFERENCE WITH M. SHINE REGARDING REVISIONS TO LEASE REJECTION ORDER |
| 11 | CND | 1/5/2010 | 0.60 | 246.00 | REVIEW TRANSCRIPT OF HEARING; REVISIONS TO LEASE AND TERMS OF SALE ORDER |
| 11 | CND | 1/5/2010 | 2.50 | 1,025.00 | LEGAL RESEARCH AND CASE LAW ANALYSIS REGARDING SUPPLEMENTAL BRIEF ON REJECTION ISSUES |
| 11 | MGR | 1/6/2010 | 0.70 | 329.00 | REVIEW PROPOSED RESPONSE TO CONTAINER LESSORS CLAIM FOR ADMIN EXPENSE |
| 11 | CND | 1/6/2010 | 4.20 | 1,722.00 | DRAFT MEMO OF LAW REGARDING CONTAINER LESSOR STORAGE CHANGES |
| 11 | CND | 1/6/2010 | 2.50 | 1,025.00 | REVIEW AND REVISE MEMO OF LAW REGARDING CONTAINER LESSOR STORAGE CHANGES |
| 11 | CND | 1/6/2010 | 3.50 | 1,435.00 | FINAL REVIEW AND REVISIONS OF MEMO OF LAW REGARDING STORAGE CHANGES; DRAFT TABLE OF AUTHORITIES, ETC.; ATTENTION TO NOTICE AND SERVICE ISSUES |
| 11 | CND | 1/6/2010 | 0.30 | 123.00 | CONFERENCE WITH B. POLLACK REGARDING LEGAL RESEARCH FOR CONTAINER LESSOR BRIEF |
| 11 | CND | 1/8/2010 | 0.40 | 164.00 | ATTENTION TO MOTION TO REJECT SEA CASTLE LEASES; REVIEW AND REVISE SAME |
| 11 | CND | 1/11/2010 | 0.30 | 123.00 | ATTENTION TO NOTICE AND SERVICE ISSUES REGARDING SEA CASTLE MOTION TO REJECT; PREPARE EMAIL TO COUNSEL REGARDING SAME |
| 11 | CND | 1/11/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING CONTAINER LESSOR CHANGES; PREPARE RESPONSE TO SAME |
| 11 | BLP | 1/11/2010 | 1.80 | 756.00 | MOTION TO REJECT SEACASTLE AGREEMENTS |
| 11 | CND | 1/12/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH COURT REGARDING TERMS OF LEASE REJECTION ORDER; PREPARE EMAIL TO CONTAINER LESSOR COUNSEL REGARDING SAME |
| 11 | CND | 1/12/2010 | 0.10 | 41.00 | CONFERENCE WITH B. PAKSIMA REGARDING TERMS OF LETTER REJECTING CONTAINERS; REVISE SAME |
| 11 | CND | 1/12/2010 | 0.50 | 205.00 | DRAFT LETTER TO DEPUTS REGARDING RELEASE OF CONTAINERS; REVIEW AND REVISE SAME; PREPARE EMAIL TO COUNSEL REGARDING SAME |
| 11 | CND | 1/12/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH B. PAKSIMA REGARDING TEXTAINER CONTAINER AND RELATED ISSUES |
| 11 | CND | 1/14/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM A. WOFSE REGARDING CHRYSLER DECISION AND CONTAINER LESSOR; PREPARE RESPONSE TO SAME |
| 11 | CND | 1/14/2010 | 0.30 | 123.00 | REVIEW MULTIPLE EMAILS FROM CONTAINER LESSOR COUNSEL REGARDING LETTER; PREPARE RESPONSES TO |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 11 | CND | 1/14/2010 | | | SAME |
| 11 | CND | 1/14/2010 | 0.20 | 82.00 | ATTENTION TO LETTER REGARDING CONTAINER LESSORS; |
| 11 | CND | 1/14/2010 | | | CONFERENCE WITH B. PAKSIMA REGARDING SAME |
| 11 | CND | 1/14/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM R. SCHEIN REGARDING CONTAINER |
| 11 | CND | 1/14/2010 | | | LESSORS; PREPARE EMAIL TO B. PAKSIMA REGARDING |
| 11 | CND | 1/14/2010 | | | SAME |
| 11 | CND | 1/14/2010 | 0.10 | 41.00 | REVIEW EMAIL FORM B. PAKSIMA REGARDING NOTICES TO |
| 11 | CND | 1/14/2010 | | | THIRD PARTY DIRECTING RELEASE OF SEA CASTLE |
| 11 | CND | 1/14/2010 | | | CONTAINERS; PREPARE EMAIL TO J. SIMMS REGARDING |
| 11 | CND | 1/14/2010 | | | SAME |
| 11 | CND | 1/15/2010 | 0.40 | 164.00 | PHONE CONFERENCE WITH A. WOFSE REGARDING |
| 11 | CND | 1/15/2010 | | | CONTAINER LESSORS BRIEF |
| 11 | CND | 1/15/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING RETURN OF |
| 11 | CND | 1/15/2010 | | | CAI CONTAINERS; PREPARE RESPONSE TO SAME |
| 11 | CND | 1/15/2010 | 2.30 | 943.00 | LEGAL RESEARCH AND CASE LAW ANALYSIS REGARDING |
| 11 | CND | 1/15/2010 | | | MARITIME LIENS, CLAIMS AND JURISDICTION ISSUES |
| 11 | CND | 1/15/2010 | 0.10 | 41.00 | PREPARE EMAIL TO K. PAKSIMA REGARDING CONTAINER |
| 11 | CND | 1/15/2010 | | | LESSOR RELEASE LETTER |
| 11 | CND | 1/19/2010 | 0.50 | 205.00 | ATTENTION TO RELEASE FROM CONTAINER LESSORS |
| 11 | CND | 1/19/2010 | 0.20 | 82.00 | REVIEW MULTIPLE EMAILS FROM COUNSEL TO CONTAINER |
| 11 | CND | 1/19/2010 | | | LESSORS REGARDING RELEASE OF CONTAINERS; PREPARE |
| 11 | CND | 1/19/2010 | | | RESPONSE TO SAME |
| 11 | CND | 1/20/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH D. WOFSE REGARDING LEASE |
| 11 | CND | 1/20/2010 | | | OBJECTION BRIEF |
| 11 | CND | 1/20/2010 | 0.20 | 82.00 | REVIEW CREDITOR COMMITTEE BRIEF REGARDING LEASE |
| 11 | CND | 1/20/2010 | | | OBJECTION |
| 11 | CND | 1/21/2010 | 0.30 | 123.00 | REVIEW RESPONSE TO DEBTORS MOTION TO REJECT |
| 11 | CND | 1/21/2010 | | | LEASES; CONFERENCE WITH M. ROSEMAN REGARDING SAME |
| 11 | CND | 1/24/2010 | 1.80 | 738.00 | LEGAL RESEARCH AND CASE LAW ANALYSIS REGARDING |
| 11 | CND | 1/24/2010 | | | SEA CASTLE ADMINISTRATIVE EXPENSE AGREEMENT |
| 11 | CND | 1/24/2010 | 0.90 | 369.00 | REVIEW AND REVISE DRAFT OF REPLY TO SEA CASTLE |
| 11 | CND | 1/24/2010 | | | RESPONSE; ATTENTION TO NOTICE ISSUES |
| 11 | CND | 1/24/2010 | 1.40 | 574.00 | DRAFT REPLY TO SEA CASTLE RESPONSE TO NOTICE TO |
| 11 | CND | 1/24/2010 | | | REJECT |
| 11 | CND | 1/25/2010 | 0.60 | 246.00 | PREPARE REPLY TO SEACASTLE RESPONSE TO DEBTORS |
| 11 | CND | 1/25/2010 | | | NOTICE TO REJECT LEASE |
| 11 | CND | 1/25/2010 | 0.10 | 41.00 | PREPARE EMAIL TO B. PAKSIMA REGARDING SEA CASTLE |
| 11 | CND | 1/25/2010 | | | CONTAINER LOCATION; PREPARE RESPONSE TO SAME |
| 11 | CND | 1/26/2010 | 0.20 | 82.00 | REVIEW 2 EMAILS FROM B. PAKSIMA TO DEBTORS AGENTS |
| 11 | CND | 1/26/2010 | | | REGARDING RETURN OF CONTAINERS; PREPARE EMAIL TO |
| 11 | CND | 1/26/2010 | | | M. SCHEIN REGARDING SAME |
| 11 | CND | 1/26/2010 | 0.30 | 123.00 | PHONE CONFERENCE WITH WOFSE REGARDING SEA CASTLE |
| 11 | CND | 1/26/2010 | | | ORDER ON MOTION TO REJECT |
| 11 | CND | 1/27/2010 | 0.30 | 123.00 | PHONE CONFERENCE WITH A. WOFSE REGARDING SEA |
| 11 | CND | 1/27/2010 | | | CASTLE ORDER AND MATTERS ON FOR HEARING |
| 11 | CND | 1/27/2010 | 0.60 | 246.00 | REVIEW DRAFT ORDER OF SEA CASTLE REGARDING LEASE |
| 11 | CND | 1/27/2010 | | | REJECTION; REVIEW ORDER; PREPARE EMAIL TO S. |
| 11 | CND | 1/27/2010 | | | SIMMS REGARDING SAME |
| 11 | CND | 1/27/2010 | 0.20 | 82.00 | PHONE CONFERENCE WITH S. SIMMS REGARDING TERMS OF |
| 11 | CND | 1/27/2010 | | | AGREED TO ORDER |
| 11 | CND | 1/27/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM M. SCHEINE REGARDING RETURN OF |
| 11 | CND | 1/27/2010 | | | CONTAINER IN OMAR |
| 11 | CND | 1/27/2010 | 0.40 | 164.00 | REVIEW TERMS OF PROPOSED ORDER REGARDING SEA |
| 11 | CND | 1/27/2010 | | | CASTLE; PHONE CONFERENCE WITH S. SIMMS REGARDING |
| 11 | CND | 1/27/2010 | | | SAME |
| 11 | BLP | 1/27/2010 | 0.30 | 126.00 | CONFERENCE WITH N. DEE RE SEACASTLE ISSUES RE |
| 11 | BLP | 1/27/2010 | | | ORDER |
| 11 | CND | 1/28/2010 | 0.20 | 82.00 | REVIEW EMAIL FROM COURT REGARDING ORDER; REVIEW |
| 11 | CND | 1/28/2010 | | | EMAIL FROM S. SIMMS REGARDING SAME; PREPARE |
| 11 | CND | 1/28/2010 | | | RESPONSE TO SIMMS REGARDING SAME |
| 11 | CND | 1/29/2010 | 0.10 | 41.00 | PREPARE EMAIL TO S. SIMMS REGARDING ORDER ON |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 11 | CND | 1/29/2010 | | | MOTIONS TO REJECT |
| 11 | CND | 2/2/2010 | 0.20 | 82.00 | REVIEW STIPULATED AND AGREED TO ORDER FOR SEA |
| 11 | CND | 2/2/2010 | | | CASTLE; PREPARE RESPONSE TO SAME |
| 11 | CND | 2/3/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM M. SCHEIN REGARDING POST |
| 11 | CND | 2/3/2010 | | | PETITION OF CONTRACTORS; PREPARE RESPONSE TO SAME |
| 11 | MGR | 2/3/2010 | 0.70 | 329.00 | REVIEW PROPOSED ORDER PREPARED BY SEA CASTLE ATTY |
| 11 | MGR | 2/3/2010 | | | REGARDING REJECTION OF LEASES. |
| 11 | CND | 2/4/2010 | 0.10 | 41.00 | REVIEW EMAIL REGARDING POST PETITION USE OF |
| 11 | CND | 2/4/2010 | | | CONTAINERS; PREPARE RESPONSE TO SAME; PREPARE |
| 11 | CND | 2/4/2010 | | | EMAIL TO CLIENT REGARDING SAME |
| 11 | CND | 2/5/2010 | 0.20 | 82.00 | DRAFT SEA CASTLE LETTER REGARDING RELEASE OF |
| 11 | CND | 2/5/2010 | | | CONTAINERS |
| 11 | CND | 2/8/2010 | 0.20 | 82.00 | REVIEW 3 EMAILS FROM M. SCHEIN REGARDING |
| 11 | CND | 2/8/2010 | | | CONTAINERS; PREPARE EMAIL TO B. PAKSIMA REGARDING |
| 11 | CND | 2/8/2010 | | | SAME; PREPARE EMAIL TO M. SCHEIN REGARDING SAME |
| 11 | CND | 2/8/2010 | 0.10 | 41.00 | PREPARE EMAIL TO CONTAINER LESSORS REGARDING |
| 11 | CND | 2/8/2010 | | | CONTAINERS IN DURBAI |
| 11 | CND | 2/9/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING DURBAN |
| 11 | CND | 2/9/2010 | | | CONTAINERS; PREPARE RESPONSE TO SAME |
| 11 | CND | 2/22/2010 | 0.20 | 82.00 | REVIEW 2 EMAILS FROM COURT REGARDING LEASE |
| 11 | CND | 2/22/2010 | | | REJECTION MOTION; PREPARE RESPONSE REGARDING SAME |
| 11 | CND | 2/24/2010 | 0.20 | 82.00 | PREPARE EMAIL TO CONTAINER LESSORS REGARDING |
| 11 | CND | 2/24/2010 | | | REMOVAL OF CONTAINERS FROM OMAR |
| 11 | CND | 2/24/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM DEPOT OWNER REGARDING SEA |
| 11 | CND | 2/24/2010 | | | CASTLE CONTAINERS; PREPARE EMAIL TO J. SIMMS |
| 11 | CND | 2/24/2010 | | | REGARDING SAME |
| 11 | CND | 2/24/2010 | 0.60 | 246.00 | PHONE CONFERENCE WITH M. SCHEIN REGARDING CARGO; |
| 11 | CND | 2/24/2010 | | | CONFERENCE WITH CLIENT REGARDING SAME; SECOND |
| 11 | CND | 2/24/2010 | | | PHONE CONFERENCE WITH M. SCHEIN REGARDING SAME |
| 11 | MGR | 2/25/2010 | 0.60 | 282.00 | REVIEW PROPOSED ESCROW AGREEMENT FROM TAL; |
| 11 | MGR | 2/25/2010 | | | DISCUSS W/ N DEE |
| 11 | MGR | 2/25/2010 | 1.00 | 470.00 | REVIEW DECISION ON LESSOR MOTION FOR RIGHT TO |
| 11 | MGR | 2/25/2010 | | | PAYMENT OF STORAGE CHARGES. |
| 11 | CND | 2/25/2010 | 0.60 | 246.00 | REVIEW TAL ESCROW AGREEMENT; CONFERENCE WITH J. |
| 11 | CND | 2/25/2010 | | | HERZ REGARDING SAME; CONFERENCE WITH B. PAKSIMA |
| 11 | CND | 2/25/2010 | | | REGARDING SAME |
| 11 | CND | 2/25/2010 | 0.30 | 123.00 | REVIEW COURT DECISION REGARDING CONTAINER |
| 11 | CND | 2/25/2010 | | | LESSORS; CONFERENCE WITH B. PAKSIMA AND A. |
| 11 | CND | 2/25/2010 | | | PAKSIMA REGARDING SAME |
| 11 | CND | 2/26/2010 | 0.20 | 82.00 | PREPARE MULTIPLE EMAILS TO C. ROBLES REGARDING |
| 11 | CND | 2/26/2010 | | | ESCROW AGREEMENT; REVIEW EMAIL FROM J .HERZ |
| 11 | CND | 2/26/2010 | | | REGARDING SAME; REVIEW PROPOSED CHANGES TO ESCROW |
| 11 | CND | 2/26/2010 | | | AGREEMENT |
| 11 | CND | 3/1/2010 | 0.50 | 212.50 | REVIEW AND REVISE ESCROW AGREEMENT FOR TAL; |
| 11 | CND | 3/1/2010 | | | PREPARE EMAIL TO M. GILMAN REGARDING SAME; |
| 11 | CND | 3/1/2010 | | | CONFERENCE WITH B. PAKSIMA REGARDING SAME |
| 11 | CND | 3/1/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM M. SCHEME REGARDING ESCROW |
| 11 | CND | 3/1/2010 | | | AGREEMENT; PREPARE RESPONSE TO SAME; CONFERENCE |
| 11 | CND | 3/1/2010 | | | WITH M. ROSEMAN REGARDING SAME |
| 11 | CND | 3/1/2010 | 0.10 | 42.50 | PREPARE EMAIL TO M. SCHEIN REGARDING ESCROW |
| 11 | CND | 3/1/2010 | | | AGREEMENTS |
| 11 | CND | 3/1/2010 | 0.30 | 127.50 | PHONE CONFERENCE WITH M. SCHEIN REGARDING ESCROW |
| 11 | CND | 3/1/2010 | | | AGREEMENT; REVISE AGREEMENT REGARDING SAME; |
| 11 | CND | 3/1/2010 | | | PREPARE EMAIL TO M. SCHEIN REGARDING SAME |
| 11 | CND | 3/1/2010 | 0.20 | 85.00 | REVIEW REVISED ESCROW AGREEMENT PER M. SCHEIN |
| 11 | CND | 3/1/2010 | | | COMMENTS; PREPARE RESPONSE TO SAME |
| 11 | CND | 3/1/2010 | 0.20 | 85.00 | CONFERENCE WITH A. PAKSIMA REGARDING ADDITIONAL |
| 11 | CND | 3/1/2010 | | | CHANGES REGARDING TAL |
| 11 | CND | 3/1/2010 | 0.20 | 85.00 | PREPARE EMAIL TO M. SCHEIN REGARDING |
| 11 | CND | 3/1/2010 | | | MISCELLANEOUS COSTS OF DELIVERY; REVIEW EMAIL |
| 11 | CND | 3/1/2010 | | | FROM SCHEIN REGARDING ESCROW; PREPARE RESPONSE TO |

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 11 | CND | 3/1/2010 | | | SAME |
| 11 | CND | 3/1/2010 | 0.60 | 255.00 | FINAL REVIEW OF ESCROW AGREEMENT PRIOR TO |
| 11 | CND | 3/1/2010 | | | EXECUTION; PREPARE EMAIL TO M. SCHEIN REGARDING |
| 11 | CND | 3/1/2010 | | | SAME; CONFERENCE WITH A. PAKSIMA AND H. SHAYEGAN |
| 11 | CND | 3/1/2010 | | | REGARDING SAME |
| 11 | CND | 3/2/2010 | 0.10 | 42.50 | ATTENTION TO ESCROW AGREEMENT WITH TAL AND |
| 11 | CND | 3/2/2010 | | | PAYMENT REGARDING SAME |
| 11 | CND | 3/2/2010 | 0.10 | 42.50 | PREPARE EMAIL TO R. TREYMOR REGARDING STORAGE |
| 11 | CND | 3/2/2010 | | | CHANGES FOR GE SEA CASTLE CONTAINERS |
| 11 | CND | 3/2/2010 | 0.10 | 42.50 | REVIEW EMAIL FROM M. SCHEIN REGARDING ESCROW |
| 11 | CND | 3/2/2010 | | | FUNDS; PREPARE RESPONSE TO SAME |
| 11 | CND | 3/2/2010 | 0.20 | 85.00 | PHONE CONFERENCE WITH R. TRAYNOR REGARDING RETURN |
| 11 | CND | 3/2/2010 | | | OF CONTAINERS; CONFERENCE WITH M. ROSEMAN |
| 11 | CND | 3/2/2010 | | | REGARDING SAME |
| 11 | CND | 3/3/2010 | 0.10 | 42.50 | REVIEW 2 EMAILS FROM SEA CASTLE REGARDING |
| 11 | CND | 3/3/2010 | | | CONTAINER ISSUE; CONFERENCE WITH A. PAKSIMA |
| 11 | CND | 3/3/2010 | | | REGARDING SAME |
| 11 | CND | 3/11/2010 | 0.10 | 42.50 | REVIEW 5 EMAILS FROM VARIOUS AGENTS REGARDING SEA |
| 11 | CND | 3/11/2010 | | | CASTLE CONTAINERS; PREPARE EMAIL TO H. SHAYEGAN |
| 11 | CND | 3/11/2010 | | | REGARDING SAME; REVIEW RESPONSE TO SAME |
| 11 | CND | 3/17/2010 | 0.10 | 42.50 | PREPARE EMAIL TO M. SCEINE REGARDING DELIVERY OF |
| 11 | CND | 3/17/2010 | | | TAL CONTAINER |
| 11 | CND | 3/17/2010 | 0.30 | 127.50 | REVIEW CLAIM OF TANZANIA HAWKAYE; CONFERENCE WITH |
| 11 | CND | 3/17/2010 | | | A. PAKSIMA REGARDING SAME |
| 11 | CND | 3/17/2010 | 0.10 | 42.50 | REVIEW EMAIL REGARDING SALE OF CONTAINERS; |
| 11 | CND | 3/17/2010 | | | PREPARE EMAIL TO B. PAKSIMA REGARDING SAME |
| 11 | CND | 3/18/2010 | 0.40 | 170.00 | REVIEW EMAIL FROM B. PAKSIMA REGARDING RELEASE OF |
| 11 | CND | 3/18/2010 | | | FUNDS; REVIEW ESCROW AGREEMENT REGARDING SAME; |
| 11 | CND | 3/18/2010 | | | ATTENTION TO RELEASE OF FUNDS; PREPARE EMAIL TO |
| 11 | CND | 3/18/2010 | | | M. SCHEIN REGARDING SAME |
| 11 | CND | 3/30/2010 | 0.40 | 170.00 | DRAFT LETTERS TO SEA CASTLE AND TRITON REGARDING |
| 11 | CND | 3/30/2010 | | | POST PETITION; REVIEW AND REVISE SAME |
| 11 | CND | 4/13/2010 | 1.20 | 510.00 | CONFERENCE WITH H. SHAYEGAN, A. PAKSIMA REGARDING |
| 11 | CND | 4/13/2010 | | | KATRINA BAR BOAT CHARTER AND ASSUMPTION ISSUES; |
| 11 | CND | 4/13/2010 | | | BRIEF LEGAL RESEARCH REGARDING SAME |
| 11 | Total | | 95.00 | 39,708.00 | |