EXHIBIT O

# Summary of Time
## For Interim Fee Application
### November 9, 2009 through April 30, 2010
#### Services Relating to Preparation for and Attending Hearings

| Timekeeper | Timekeeper # | Hours | Rate | Total |
|---|---|---|---|---|
| **Partners** | | | | |
| Craig Nathan Dee | CND | 18.3 | $ 415.00 | $ 7,587.00 |
| Matthew G. Roseman | MGR | 21.3 | $ 473.00 | $ 10,083.00 |
| Total Hours Billed: | | 39.6 | | |
| Total Fees Billed: | | | * | $ 17,670.00 |

* Cullen and Dykman's billing rates for the professionals listed above are based upon on the average rate for each categroy for the Application Period.

| Matter | Atty | Date | Hours | Amount | Time Description |
|---|---|---|---|---|---|
| 12 | MGR | 11/23/2009 | 1.00 | 470.00 | MEETING W/ CLIENTS REGARDING OPEN ISSUES FOR |
| 12 | MGR | 11/23/2009 | | | FINANCING HEARING, CONTAINER COMPANY ISSUES, KEY |
| 12 | MGR | 11/23/2009 | | | BANK AND OPERATION EXPENSES. |
| 12 | CND | 11/29/2009 | 0.10 | 41.00 | PREPARE EMAIL TO B. PAKSIMA AND H. SHAYEGAN |
| 12 | CND | 11/29/2009 | | | REGARDING UN CONTRACTS TO PREPARE FOR DIP HEARING |
| 12 | MGR | 12/1/2009 | 4.00 | 1,880.00 | ATTEND HEARING REGARDING DIP FINANCING AND |
| 12 | MGR | 12/1/2009 | | | RELATED MATTERS |
| 12 | CND | 12/16/2009 | 0.50 | 205.00 | PREPARE FOR 341 MEETING; REVIEW SCHEDULES OF |
| 12 | CND | 12/16/2009 | | | SHIPTRADE AND GLOBAL PROGRESS |
| 12 | MGR | 12/16/2009 | 1.00 | 470.00 | MEETING W/ CLIENTS REGARDING PENDING MOTIONS, |
| 12 | MGR | 12/16/2009 | | | SALE AND POST PETITION OBLIGATIONS |
| 12 | CND | 12/17/2009 | 2.00 | 820.00 | PREPARE FOR 341 MEETING; REVIEW SCHEDULES AND |
| 12 | CND | 12/17/2009 | | | STATEMENT OF FINANCIAL AFFAIRS FOR 7 DEBTORS; |
| 12 | CND | 12/17/2009 | | | CONFERENCE IWHT B. PAKSIMA REGARDING SAME |
| 12 | CND | 12/18/2009 | 3.60 | 1,476.00 | TRAVEL TO 341 MEETING; ATTEND MEETING WITH |
| 12 | CND | 12/18/2009 | | | CLIENT; RETURN TO OFFICE |
| 12 | MGR | 12/22/2009 | 4.00 | 1,880.00 | REVIEW ALL MOTIONS AND REPLYS; REVIEW NOTES AND |
| 12 | MGR | 12/22/2009 | | | PREPARE PRESENTATIONS; REVIEW CASE LAW RAISED IN |
| 12 | MGR | 12/22/2009 | | | TAL OBJECTION AND CASE LAW REGARDING DISGUISED |
| 12 | MGR | 12/22/2009 | | | SALE ISSUE |
| 12 | CND | 1/26/2010 | 0.80 | 328.00 | PREPARE FOR HEARING ON MOTION TO REJECT; SEA |
| 12 | CND | 1/26/2010 | | | CASTLE LEASES |
| 12 | CND | 1/26/2010 | 0.10 | 41.00 | REVIEW EMAIL FROM J. SIMMS REGARDING MOLTENS FOR |
| 12 | CND | 1/26/2010 | | | HEARING; PREPARE RESPONSE TO SAME |
| 12 | CND | 1/26/2010 | 2.20 | 902.00 | PREPARE FOR HEARING REGARDING DIP MOTION; REVIEW |
| 12 | CND | 1/26/2010 | | | REVISED ORDER REGARDING SAME; REVIEW TRANSCRIPT |
| 12 | CND | 1/26/2010 | | | OF HEARING REGARDING SAME |
| 12 | CND | 1/27/2010 | 3.30 | 1,353.00 | PREPARE FOR HEARING ON SEA CASTLE MOTION, DIP |
| 12 | CND | 1/27/2010 | | | MOTION, TRAVEL TO COURT, ATTEND HEARING, RETURN |
| 12 | CND | 1/27/2010 | | | FROM HEARING |
| 12 | MGR | 1/27/2010 | 1.50 | 705.00 | MEETING TO PREPARE AND DISCUSS STRATEGY W/ |
| 12 | MGR | 1/27/2010 | | | CLIENTS FOR LATER MEETING W/ US MISSION TO UN. |
| 12 | CND | 2/1/2010 | 0.10 | 41.00 | PREPARE LETTER REGARDING ADJOURNMENT OF HEARING |
| 12 | CND | 2/1/2010 | | | ON DIP MOTION |
| 12 | MGR | 2/24/2010 | 3.00 | 1,410.00 | PREPARE FOR STATUS CONFERENCE AND FINAL DIP |
| 12 | MGR | 2/24/2010 | | | FINANCING HEARING; REVIEW TRANSCRIPTS OF PREVIOUS |
| 12 | MGR | 2/24/2010 | | | HEARINGS, FILED OBJECTIONS AND MEMOS FROM |
| 12 | MGR | 2/24/2010 | | | CREDITORS COMMITTEE REGARDING ISSUES RAISED BY |
| 12 | MGR | 2/24/2010 | | | CONTAINER LESSORS. |
| 12 | MGR | 2/24/2010 | 2.00 | 940.00 | ATTEND FINAL DIP FINANCING HEARING/STATUS |
| 12 | MGR | 2/24/2010 | | | CONFERENCE |
| 12 | CND | 3/23/2010 | 0.80 | 340.00 | PREPARE FOR SALE HEARING REGARDING PROGRESS AND |
| 12 | CND | 3/23/2010 | | | PROSPERITY |
| 12 | CND | 3/24/2010 | 4.80 | 2,040.00 | PREPARE FOR HEARING; TRAVEL TO HEARING; ATTEND |
| 12 | CND | 3/24/2010 | | | HEARING; PHONE CONFERENCE WITH M. ROSEMAN |
| 12 | CND | 3/24/2010 | | | REGARDING SAME |
| 12 | MGR | 4/20/2010 | 0.80 | 388.00 | REVIEW MOTION TO APPROVE SETTLEMENT AND |
| 12 | MGR | 4/20/2010 | | | SETTLEMENT AGREEMENT IN PREPARATION FOR HEARING |
| 12 | MGR | 4/21/2010 | 3.00 | 1,455.00 | APPEAR AT HEARING TO APPROVE SETTLEMENT WITH UN |
| 12 | MGR | 4/22/2010 | 1.00 | 485.00 | DRAFT, REVISE AND SUBMIT ORDER APPROVING |
| 12 | Total | | 39.60 | 17,670.00 | |