
EXHIBIT  B

# LaMonica Herbst & Maniscalco, LLP

3305 JERUSALEM AVENUE
WANTAGH, NY 11793
516-826-6500

Invoice submitted to:

Invoice Date: May 12, 2010
In Reference To:  Global Container Lines Ltd et al.,
                  Ch 11
                  8-09-78585-AST
Invoice #  15697
                  Professional services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  | **Case Admin** |  |  |  |
| 1/5/2010 | AW | Review docket and pleadings, Telephone call with Debtor counsel re status of case and case administration matters | 1.00 |  |
|  | AW | Telephone call with Gary Herbst re status and case administration matters | 0.10 |  |
|  | AW | Conference with Gary Herbst re status of case and committee retention, final cash collateral hearing | 0.20 |  |
|  | AW | Review docket | 0.10 |  |
|  | GFH | Telephone call with Adam Wofse re status and case administration matters | 0.10 |  |
|  | GFH | Conference with Adam Wofse re status of case and committee retention, final cash collateral hearing | 0.20 |  |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/6/2010 | AW | Review Motion reject leases, responses, docket, cash collateral Motion and interim orders, petitions, schedules, 20 largest creditors, sale Motion | 1.60 | |
| 1/7/2010 | AW | Review committee appointment from UST | 0.10 | |
| | AW | Review sale of ship Motion, 20 largest creditors in all debtor cases, schedules claims, Review 2 interim cash collateral orders and proposed final order (including blacklined), Review lease rejection Motion | 1.80 | |
| | AW | Review notice of status conference | 0.10 | |
| | AW | Review docket | 0.10 | |
| 1/8/2010 | AW | Meeting with Gary Herbst re case administration, cash collateral, ship operations and sale of ship | 0.30 | |
| | AW | Conference call with Roseman and Dee re case administration, cash collateral, ship operations and sale of ship | 0.50 | |
| | GFH | Conference with Adam Wofse re the history of case and the issues to address in the case | 0.30 | |
| | GFH | Meeting with Adam Wofse re case administration, cash collateral, ship operations and sale of ship | 0.30 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/8/2010 | AW | Meeting with Jacqulyn Giunta re case administration, ship operations and committee issues | 0.40 | |
| | AW | E-Mail to and from committee members re meeting and pending issues including final cash collateral hearing and equipment lessor claims | 0.20 | |
| | GFH | Conference with Adam Wofse and Debtor counsel re the history of case and the issues to address in the case | 0.50 | |
| 1/11/2010 | AW | Conference with Gary Herbst re status and committee call | 0.10 | |
| | AW | Conference call with committee re case, final cash collateral hearing, position re lessors objections | 0.50 | |
| | AW | Review file documents and Telephone call with McCleery re committee call | 0.10 | |
| | AW | E-Mail to and from Gary Herbst re committee call status | 0.10 | |
| | AW | Draft agenda for committee conference call. | 0.20 | |
| | AW | E-Mail to and from committee agenda for conference call | 0.10 | |
| | GFH | Conference with Adam Wofse and creditors committee re cash collateral and the container lessors Motion seeking administrative claim treatment | 0.50 | |

| Date | | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 1/12/2010 | JP | Research re lease rejection, admin claims and pre-petition arrears(.8); Conference with Adam Wofse re same(.2). | 1.00 | |
| | AW | Review Letter re case status conference | 0.10 | |
| | AW | Review docket | 0.10 | |
| | JP | Conference with Adam Wofse re case background and research re debtor's 365 rejection of container bases and admin claims | 0.50 | |
| 1/15/2010 | AW | Review file documents re pending matters | 0.20 | |
| 1/18/2010 | AW | E-Mail to and from N. Dee re meeting with debtors and counsel | 0.10 | |
| 1/20/2010 | AW | Telephone call with Dee re UN contracts and meeting | 0.20 | |
| 1/22/2010 | AW | E-Mails to and from Simms re operating report | 0.10 | |
| | AW | E-Mails to and from Ken Barnard re bar date status | 0.10 | |
| 1/29/2010 | AW | Review docket | 0.10 | |
| 2/12/2010 | AW | Review docket and pending matters. | 0.10 | |
| 2/18/2010 | AW | Review docket | 0.10 | |
| | AW | Telephone call with Dee re Meeting with bank and Key bank stipulation | 0.10 | |
| 2/22/2010 | GFH | E-Mails to and from Adam Wofse re UN contracts | 0.10 | |
| | AW | E-Mails to and from Gary Herbst re UN contracts | 0.10 | |
| | AW | Telephone call with Dee re Ch. 11 case operations and UN contracts | 0.30 | |
| | AW | E-Mails to and from Simms re continued ch. 11 operations and UN contracts | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/22/2010 | AW | E-Mails to and from Roseman and Dee re Simms inquiry re reorganization prospects | 0.10 | |
| 2/25/2010 | AW | Review E-Mails to and from Dee, Schein, Simms re depot charges | 0.30 | |
| 2/26/2010 | AW | Review docket and file documents | 0.20 | |
| 3/1/2010 | AW | Conference with Gary Herbst re status of case and administrative payment to equipment lessors | 0.10 | |
| | AW | Telephone call with Dee re UN contracts, plan and contract tenders | 0.30 | |
| | AW | E-Mails to and from Yudes re bank liens and security instruments for due diligence | 0.10 | |
| | GFH | Conference with Adam Wofse re status of case and administrative payment to equipment lessors | 0.10 | |
| 3/2/2010 | AW | Notes for Meeting with Gary Herbst re sale, extend exclusivity, modify Key Bank stipulation. | 0.20 | |
| 3/3/2010 | AW | Review Seacastle stipulated order, Review modified Key Bank stipulation, Review bar date order, Review motion to extend exclusivity, Review Court's amended order re rejection of leases, Review auction and sale motion. | 1.90 | |
| | AW | Telephone call with Dee re case status. | 0.10 | |
| 3/5/2010 | AW | Meeting with Gary Herbst re pending case matters and memo to committee | 0.30 | |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 3/5/2010 | AW | Draft memo committee re final cash collateral order, meeting with debtors, Key Bank modified stipulation, extend exclusivity motion, sale of 2 ships and bar date | 1.40 | |
| | AW | Revise memo to committee re pending matters | 0.20 | |
| | AW | E-Mails to and from committee re memo and meeting with debtors | 0.20 | |
| | GFH | Meeting with Adam Wofse re pending case matters and memo committee. | 0.30 | |
| | AW | E-Mails to and from Dee re meeting with debtors | 0.10 | |
| 3/8/2010 | AW | Telephone call with Roseman re Meeting with Debtors. | 0.10 | |
| 3/9/2010 | AW | Conference with Gary Herbst re status of case and hearings, UN contracts. | 0.10 | |
| | AW | Review Court calendar and docket re hearings pending. | 0.10 | |
| | AW | Review 9077 Affirmation of Roseman re UN Accounts Receivable. | 0.10 | |
| | GFH | Conference with Adam Wofse re status of case and hearings, UN contracts. | 0.10 | |
| | AW | E-Mails to and from Dee re UN negotiations. | 0.20 | |
| | AW | E-Mails to and from committee members re meeting with Debtors. | 0.20 | |
| 3/10/2010 | GFH | Conference with Adam Wofse re Meeting with debtors and sale hearing. | 0.20 | |
| | AW | Conference with Gary Herbst re Meeting with debtors and sale hearing. | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/10/2010 | AW | E-Mails to and from committee members re Meeting with debtors | 0.20 | |
| 3/11/2010 | AW | Telephone call with Ken Barnard re Meeting with debtors | 0.10 | |
| 3/12/2010 | AW | E-Mails to and from Dee and Roseman re Meeting with debtors and agenda | 0.10 | |
| | AW | E-Mails to and from Dee re UN contracts and status of case | 0.20 | |
| | AW | E-Mails to and from Ken. Barnard re Meeting with debtors and agenda | 0.10 | |
| 3/16/2010 | AW | E-Mails to and from Roseman and Dee re meeting with debtors and agenda | 0.10 | |
| | AW | Telephone call with Gary Herbst re Meeting with debtors, agenda, U.N. contracts and financials | 0.10 | |
| | AW | E-Mails to and from Gary Herbst re meeting and agenda | 0.10 | |
| | GFH | E-Mails to and from Adam Wofse re meeting and agenda | 0.10 | |
| | GFH | Telephone call with Adam Wofse re Meeting with debtors, agenda, U.N. contracts and financials | 0.10 | |
| 3/17/2010 | AW | Review financial statements of Debtors. | 0.30 | |
| 3/18/2010 | GFH | E-Mails to and from Adam Wofse re financial statements of Debtor. | 0.10 | |
| | AW | Review financial statements of Debtor for meeting preparation . | 0.20 | |
| | AW | E-Mails to and from Dee re UN contracts status. | 0.20 | |

|            |     | | Hours | Amount |
|------------|-----|--|------|--------|
| 3/18/2010  | AW  | E-Mails to and from Gary Herbst re financial statements of Debtor. | 0.10 | |
|            | AW  | E-Mails to and from committee members re case status and plan. | 0.10 | |
|            | AW  | E-Mails to and from Dee re meeting with Debtors re case status and plan. | 0.10 | |
| 3/19/2010  | GFH | E-Mails to and from Adam Wofse re Meeting with Debtors. | 0.10 | |
|            | AW  | E-Mails to and from Patty Grodski re Bank of Pakistan loan documents | 0.10 | |
|            | AW  | Conference with Patty Grodski re compile Bank of Pakistan loan documents. | 0.10 | |
|            | AW  | Notes to file re committee due diligence and review of Bank of Pakistan liens. | 0.20 | |
|            | AW  | Review Debtors' projections. | 0.30 | |
|            | AW  | E-Mails to and from Ken Barnard re Debtors' projections and meeting with Debtors. | 0.20 | |
|            | AW  | E-Mails to and from Gary Herbst re Meeting with Debtors. | 0.10 | |
|            | AW  | E-Mails to and from committee re Debtors' projections for plan. | 0.30 | |
|            | AW  | Telephone call with Yang re no objections to sale motion. | 0.10 | |
|            | AW  | Prepare for Meeting with Debtors including compile and review all documents, motions, orders, sale motion, financials, agenda, projections, operating report, | 2.80 | |

|  | | | Hours | Amount |
|---|---|---|---|---|
| | | petitions and schedules and claims registers for all 7 Debtors. | | |
| 3/22/2010 | GFH | conference call with the creditors committee re issues of the case | 0.40 | |
| | AW | Telephone call with Dee re sale hearing and order, and post-meeting matters. | 0.30 | |
| | AW | Review notes from conference call with committee | 0.20 | |
| | GFH | Prepare for and attend Meeting with Adam Wofse in advance of Debtors' meeting; Meeting with Debtors and counsel; and follow up meeting with Adam Wofse re case status, operations, sale, and plan. | 4.30 | |
| | GFH | Telephone call with Dee. | 0.30 | |
| | GFH | Meeting with Adam Wofse and conference call with committee members re Debtor's projections, plan formulation, financials and accountant retention. | 1.00 | |
| | AW | Prepare for and attend Meeting with Gary Herbst in advance of Debtors' meeting; Meeting with Debtors and counsel; and follow up meeting with Adam Wofse re case status, operations, sale, and plan. | 4.30 | |
| 3/29/2010 | AW | Review docket and notes from meeting with Debtor for follow up items with committee | 0.30 | |
| 4/2/2010 | AW | E-Mails to and from Dee re UN contracts status and retention of Conrad firm | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/2/2010 | AW | Telephone call with Dee re UN settlement of Accounts Receivable , bring hearing on shortened notice, filing of plan and disclosure statement | 0.30 | |
| | AW | Pull, Review and E-Mails to and from Conrad re schedules D, E and F for 7 Debtors | 0.50 | |
| | AW | E-Mails to and from Gary Herbst re E-Mail received concerning Debtor transfers and Dubai office | 0.10 | |
| | AW | Telephone call with Dee re E-Mail re transfers and Dubai office and Debtor response | 0.10 | |
| | AW | Review cash collateral provision re carve out with Bank of Pakistan | 0.20 | |
| | AW | Review docket re pending matters | 0.10 | |
| 4/5/2010 | AW | Conference with Gary Herbst re analysis of Bank of Pakistan documents and business operations | 0.40 | |
| | AW | Review loan documents and information for Bahamian registry | 0.30 | |
| | GFH | Conference with Adam Wofse re analysis of secured claim of Bank of Pakistan | 0.40 | |
| 4/6/2010 | AW | E-Mails to and from Yudes re extension Review bank liens | 0.10 | |
| | AW | Telephone call with Yudes re extension Review bank liens | 0.10 | |
| | AW | Review Bank of Pakistan mortgage and loan documents | 1.20 | |

|            |    |                                                                                    | Hours | Amount |
|------------|----|------------------------------------------------------------------------------------|-------|--------|
| 4/7/2010   | AW | Review file documents for all pending matters for Conference call with Debtor's counsel | 0.40  |        |
|            | AW | Telephone call with Gary Herbst re Conference call with Debtor's counsel            | 0.20  |        |
|            | AW | E-Mails to and from Roseman re Conference call with Debtor's counsel                | 0.20  |        |
|            | AW | Telephone call with Gary Herbst post-Conference call with Debtor's counsel re matters discussed | 0.20  |        |
|            | AW | Review financials, operating reports and projections for Bederson Review            | 0.30  |        |
|            | AW | E-Mails to and from Raquet re financials, operating reports and projections for Accountant Review | 0.30  |        |
|            | AW | Review documents to send to Raquet for Review                                       | 0.30  |        |
|            | AW | E-Mails to and from Dee re Debtor response to E-Mail inquiry re case                | 0.20  |        |
| 4/8/2010   | AW | Review financials, operating reports, projections for Bederson                      | 0.50  |        |
|            | AW | E-Mails to and from Conrad and Raquet re financials and projections, and issues for immediate Review | 0.30  |        |
|            | AW | Conference with Gary Herbst re committee plan negotiations                          | 0.10  |        |
|            | AW | Review projections for plan negotiations                                            | 0.20  |        |
|            | AW | Review information and mortgages for Bahamian registry inquiry                      | 0.20  |        |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/8/2010 | AW | 2 Telephone call with Bahamian Registry re mortgages of Bank of Pakistan | 0.50 | |
| | AW | Review mortgages and registration certificates for registry | 0.30 | |
| | AW | E-Mails to and from Sean Raquet re financials and retention | 0.20 | |
| | AW | Telephone call with Raquet re financials, retention, Debtor proposed projections, timing issues re plan and UN contracts | 0.40 | |
| | AW | E-Mails to and from Dee re response to E-Mail inquiry re transfers and Dubai office | 0.20 | |
| | AW | Review Dee's response to E-Mail inquiry | 0.30 | |
| | AW | E-Mails to and from Raquet, Conrad, Gary Herbst , Dee and Roseman re Accountant Review of Debtor documents next week | 0.20 | |
| | AW | Conference with Gary Herbst re plan negotiations and mortgages, and inquiry Bahamian registry | 0.40 | |
| 4/9/2010 | AW | Review docket. | 0.10 | |
| | AW | E-Mails to and from Dee re status of case. | 0.10 | |
| 4/13/2010 | AW | E-Mails to and from committee re urgent conference call re counteroffer to Debtor re plan payment | 0.30 | |
| | AW | Telephone call with Ken Barnard  re conference call matters | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/13/2010 | AW | E-Mails to and from committee re conference call matters | 0.20 | |
| | AW | Preparation and assembly of documents for Conference call with committee re plan negotiations | 0.30 | |
| | AW | Review UN settlement and motion for Conference call with committee | 0.30 | |
| | AW | draft nondisclosure agreement for Accountant | 0.50 | |
| | AW | E-Mails to and from Dee re nondisclosure agreement for Accountant | 0.10 | |
| | AW | 2 Telephone call with Raquet re Accountant Review of Debtor financials | 0.20 | |
| | AW | E-Mails to and from Raquet and Conrad re Accountant Review of Debtor fininacials | 0.20 | |
| | AW | E-Mails to and from Dee re Accountant to Review documents tomorrow at Debtor offices | 0.10 | |
| | AW | Telephone call with Dee re Accountant Review , timing constraints, and UN contract status | 0.20 | |
| | AW | Review Dee E-Mail re Accountant Review , timing constraints and UN contract status | 0.20 | |
| | AW | Telephone call with Dee re committee  conference call and UN settlement | 0.30 | |
| | AW | Preparation and assembly of documents for Conference call with committee re plan and UN settlement | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/13/2010 | AW | Conference call with Gary Herbst and committee re plan negotiations and UN settlements | 0.60 | |
| | GFH | Conference with Adam Wofse re possible Settlement agreement  and plan | 0.10 | |
| | GFH | Conference call with the creditors committee  re possible Settlement agreement  and plan | 0.60 | |
| | AW | Conference with Gary Herbst re funds to unsecured creditors | 0.10 | |
| | AW | E-Mails to and from and Telephone call with Dee re status of Accountant Review and pending matters | 0.10 | |
| 4/14/2010 | AW | notes re Briarcliffe charter and new UN business | 0.10 | |
| | AW | Conference call with Roseman and Herbst re plan negotiations | 0.30 | |
| | AW | Telephone call with London re Accountant Review of Debtor financial  and documents | 0.10 | |
| | AW | Conference with Roseman re committee and Debtor plan negotiations | 0.10 | |
| 4/15/2010 | GFH | Conference call with the Accountant  re possible Settlement agreement  and plan. | 0.30 | |
| | AW | Telephone call with London re Accountant Review of Debtor documents and financials | 0.30 | |
| | AW | Review final cash collateral order re avoidance actions | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/15/2010 | AW | draft memo committee re findings of Accountant re Debtor documents review | 0.30 | |
| 4/16/2010 | AW | Conference with Gary Herbst re committee negotiations and Bank of Pakistan re levels of cash on hand | 0.10 | |
| | AW | Review notes of phone call with Bahamian Registry re certified copies of ship mortgages | 0.20 | |
| | AW | memo committee re Accountant Review of Debtor financials and documents | 0.40 | |
| | AW | E-Mails to and from committee members re conference call of Tuesday to discuss plan negotiations | 0.20 | |
| | AW | Review mortgage and related debt instrument documents of Bank of Pakistan for inquiry wit Bahamian Registry | 0.40 | |
| | AW | Letter to Scavella at Bahamian registry re certified copies of 2 ship mortgages and Review mortgages | 0.50 | |
| | AW | Prepare committee conference call and meeting log re discussions and committee votes on matters | 0.50 | |
| | AW | E-Mails to and from committee re conference call to discuss plan negotiations | 0.10 | |
| | AW | E-Mails to and from Dee re amended schedules and status of case | 0.20 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/19/2010 AW |  | Review Bank of Pakistan stipulation extend committee time object to liens | 0.20 |  |
|  | AW | E-Mails to and from Roseman re Letter to UN re committee plan agreement | 0.10 |  |
|  | AW | E-Mails to and from Roseman and Dee re status of case and stipulation with Bank of Pakistan | 0.20 |  |
| 4/20/2010 AW |  | E-Mails to and from committee re Dee response to E-Mail inquiry re Debtor issues and Fee application | 0.30 |  |
|  | AW | E-Mails to and from committee re Dee response to E-Mail inquiry re Debtor issues and Fee application | 0.30 |  |
|  | AW | Review Dee response to anonymous E-Mail inquiry re Debtor issues | 0.10 |  |
|  | AW | E-Mails to and from Dee re Katerina charter | 0.10 |  |
|  | AW | E-Mails to and from Raquet re avoidance action Review Debtor documents | 0.20 |  |
|  | AW | E-Mails to and from Mccleery re committee call agenda | 0.20 |  |
|  | AW | Preparation and assembly of documents for committee call re plan negotiations and status | 0.40 |  |
| 4/21/2010 AW |  | Conference with Christine Vitiello and Laura Nuzzi re payment and obtain ship mortgages | 0.10 |  |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/21/2010 | AW | 2 Telephone calls with Scavella at Bahamian Registry re certified copy of ship mortgages | 0.30 | |
| | AW | Letter to Scavella re certified copy of ship mortgages | 0.30 | |
| | AW | E-Mails to and from Raquet re Review debtors books and records re preference actions | 0.20 | |
| 4/22/2010 | AW | E-Mails to and from Roseman re UN letter inquiry re plan | 0.20 | |
| | AW | E-Mails to and from Gary Herbst re UN letter re plan agreement and response | 0.10 | |
| | AW | E-Mails to and from Dee re Bank of Pakistan loans | 0.10 | |
| | AW | E-Mails to and from Christine Vitiello re Bahamian Registry ship mortgages request | 0.10 | |
| | AW | Conference with Gary Herbst re UN response to letter re plan | 0.20 | |
| | AW | E-Mails to and from Roseman re UN meeting and letter response | 0.10 | |
| | AW | E-Mails to and from and Dee re status of case and UN negotiations re new contracts | 0.10 | |
| | AW | E-Mails to and from Roseman re UN letter re plan agreement | 0.10 | |
| | AW | Telephone call with Dee re UN negotiations re new contracts & business operations | 0.10 | |
| 4/23/2010 | AW | Review So Ordered stipulation to object to bank liens | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/23/2010 | AW | E-Mails to and from Roseman re UN response to committee letter | 0.20 | |
| | AW | Telephone call with Roseman re UN status | 0.10 | |
| | AW | Review docket. | 0.10 | |
| 4/29/2010 | AW | Conference call with Herbst & Asbjornsen re UN inquiry re plan | 0.30 | |
| | AW | Conference call with Roseman and Herbst re response to UN inquiry re plan | 0.20 | |
| | AW | Conference with Herbst re response to UN re plan inquiry and case status | 0.30 | |
| | AW | Conference with Gary Herbst re response to UN re plan inquiry | 0.10 | |
| | AW | 2 Telephone calls with Roseman re response to UN re plan inquiry | 0.20 | |
| | AW | E-Mails to and from Roseman re response to UN | 0.20 | |
| | AW | E-Mails to and from Stee Asbjornsen of UN re inquiry re plan | 0.10 | |
| | AW | Telephone call with Stee Asbjornsen of UN re inquiry re plan | 0.10 | |
| | SUBTOTAL: | | [ 63.00 | 23,212.50] |

Cash Collateral

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/7/2010 | AW | Review notice re final cash collateral hearing | 0.10 | |
| 1/18/2010 | AW | Telephone call with Dee re hearings on cash collateral and responses re container charges | 0.40 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/19/2010 | GFH | E-Mail to and from Adam Wofse re final cash collateral order re budgets and challenge liens | 0.20 | |
| | GFH | Telephone call with Matt Roseman and Adam Wofse and Nathan Dee re the cash collateral order | 0.40 | |
| | AW | E-Mail to and from Dee re budget | 0.10 | |
| | GFH | Meeting with Adam Wofse re final cash collateral order with Conference call with Roseman and Dee, and Conference call with Yudes | 0.40 | |
| | AW | E-Mail to and from Roseman re cash collateral order comments and suggested revisions | 0.10 | |
| | AW | E-Mail to and from Dee re cash collateral order comments and suggested revisions | 0.20 | |
| | AW | Review cash collateral order and draft comments | 1.60 | |
| | AW | E-Mail to and from Gary Herbst re final cash collateral order re budgets and challenge liens | 0.20 | |
| | GFH | Conference with Adam Wofse re cash collateral order and Telephone call with Yudes re Bank Pakistan | 0.10 | |
| | AW | Conference with Gary Herbst re cash collateral order and Telephone call with Yudes re Bank Pakistan | 0.10 | |

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| 1/19/2010 | AW | Meeting with Gary Herbst re final cash collateral order with Conference call with Roseman and Dee, and Conference call with Yudes | 0.40 | |
| 1/20/2010 | AW | E-Mail to and from Yudes re revisions to cash collateral order | 0.20 | |
| | AW | Telephone call with Yudes re cash collateral order revisions | 0.10 | |
| 1/21/2010 | AW | E-Mail to and from Roseman re revised proposed final cash collateral order | 0.10 | |
| | AW | Telephone call with Dee re final cash collateral order, Key Bank stipulation and UN contracts | 0.40 | |
| 1/22/2010 | AW | E-Mails to and from Roseman re final cash collateral order revisions | 0.10 | |
| 1/25/2010 | AW | E-Mails to and from Roseman re revised final cash collateral order | 0.10 | |
| | GFH | Conference with Adam Wofse re revisions to cash collateral order | 0.10 | |
| | AW | E-Review final proposed revisions to cash collateral order | 0.30 | |
| | AW | Draft proposed revisions to final cash collateral order | 0.30 | |
| | AW | E-Mails to and from Roseman re proposed revisions to final cash collateral order | 0.20 | |
| | AW | Conference with Gary Herbst re revisions to cash collateral order | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/26/2010 | AW | E-Mails to and from Schein re cash collateral objections | 0.10 | |
| | AW | E-Mails to and from Dee re cash collateral objections | 0.10 | |
| | AW | Telephone call with Dee re cash collateral objections | 0.10 | |
| | AW | Review operating report re cash collateral. | 0.30 | |
| 2/1/2010 | GFH | Conference with Adam Wofse re cash collateral order and Key Bank stipulation re sale of ship | 0.10 | |
| | AW | Conference with Gary Herbst re cash collateral order and Key Bank stipulation re sale of ship | 0.10 | |
| | AW | E-Mails to and from Schein re final cash collateral order and Conference call | 0.20 | |
| | AW | E-Mails to and from Dee re Dec. 1 hearing re cash collateral and transcript | 0.10 | |
| | AW | Telephone call with Dee re Keyank stipulation, cash collateral issues and stipulation of Sept 09 | 0.40 | |
| 2/3/2010 | AW | Review transcript re issues raised by container lessors to cash collateral hearing | 0.60 | |
| | AW | Conference with Gary Herbst re issues raised by container lessors to cash collateral hearing | 0.10 | |
| | GFH | Conference with Adam Wofse re issues raised by container lessors to cash collateral hearing | 0.10 | |
| 2/8/2010 | AW | E-Mails to and from Schein re status of cash collateral order. | 0.10 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/8/2010 | AW | Review Schein's comments at 12-1 hearing and Review cash collateral Order. | 0.50 | |
| 2/10/2010 | AW | E-Mails to and from Dee re exclusivity and cash collateral. | 0.10 | |
| 2/11/2010 | AW | Conference with Gary Herbst re cash collateral hearing transcript and issues re Order. | 0.10 | |
| | AW | Review budget. | 0.10 | |
| | AW | E-Mails to and from Dee re budget and cash collateral Order. | 0.10 | |
| | AW | Review Dec. 1 cash collateral hearing transcript. | 0.50 | |
| | AW | Telephone call with Dee re budget and cash collateral Order and status of case. | 0.30 | |
| | GFH | Conference with Adam Wofse re cash collateral hearing transcript and issues re Order. | 0.10 | |
| 2/12/2010 | AW | Review cash collateral Order and draft proposed revisions. | 1.00 | |
| | AW | Detailed E-Mail to committee re final cash collateral Order and Key Bank stipulation. | 0.30 | |
| 2/16/2010 | AW | E-Mails to and from Roseman re cash collateral order negotiation of language and Meeting with bank | 0.10 | |
| | AW | E-Mails to and from committee members re cash collateral order and Key Bank stipulation | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/16/2010 | AW | E-Mails to and from and Telephone call with Roseman re cash collateral order negotiation of language | 0.10 | |
| | AW | Revise final cash collateral order | 1.50 | |
| | AW | E-Mails to and from Roseman re revised final cash collateral order | 0.20 | |
| | AW | E-Mails to and from Schein re status of revised final cash collateral order | 0.10 | |
| | AW | Detailed memo and E-Mails to and from Yudes re further revisions to final cash collateral order | 0.80 | |
| | AW | Conference call with Roseman re cash collateral order language negotiation | 0.40 | |
| 2/17/2010 | AW | Telephone call with McCleery re cash collateral status | 0.10 | |
| | AW | Telephone call with P. Levine re cash collateral status | 0.10 | |
| | AW | Telephone call with Ken Barnard re cash collateral status | 0.10 | |
| 2/18/2010 | AW | E-Mails to and from Roseman re final cash collateral order and Meeting with bank | 0.10 | |
| | AW | Telephone call with Roseman re final cash collateral order and Meeting with bank | 0.10 | |
| 2/19/2010 | AW | Review cash collateral order and draft revised language cash collateral order | 0.50 | |

|            |     |                                                                                                              | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/19/2010  | AW  | E-Mails to and from Roseman and Yudes re proposed cash collateral issues                                      | 0.30  |        |
|            | AW  | Meeting with Gary Herbst re revised cash collateral order                                                     | 0.30  |        |
|            | AW  | Review final cash collateral order revised draft and Schein comments                                         | 0.30  |        |
|            | AW  | Conference call with Roseman and Yudes re final cash collateral order negotiations                            | 0.30  |        |
|            | AW  | Review E-Mail correspondence Roseman and Yudes re final cash collateral changes                               | 0.30  |        |
|            | GFH | Conference with Adam Wofse re the cash collateral stipulation and possible sale of assets                     | 0.30  |        |
|            | GFH | Meeting with Adam Wofse re revised cash collateral order                                                      | 0.30  |        |
| 2/22/2010  | AW  | E-Mails to and from Yudes and Roseman re cash collateral order                                               | 0.10  |        |
|            | AW  | Revise cash collateral order                                                                                  | 0.80  |        |
|            | AW  | E-Mails to and from Roseman and Yudes re cash collateral order and revisions                                  | 0.30  |        |
|            | AW  | Review proposed language revise cash collateral order                                                         | 0.40  |        |
|            | AW  | Conference with Gary Herbst re proposed language revise cash collateral order                                 | 0.20  |        |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/22/2010 | AW | Review cash collateral motion re DIP terms, Review amendatory agreement | 0.60 | |
| | AW | Telephone call with and E-Mails to and from Roseman re DIP funding | 0.10 | |
| | AW | Revise cash collateral order | 0.40 | |
| | AW | E-Mails to and from Schein and all interested parties re revised cash collateral order | 0.20 | |
| | GFH | Conference with Adam Wofse re proposed language revise cash collateral order | 0.20 | |
| | AW | Telephone call with Roseman re DIP funding | 0.10 | |
| 2/23/2010 | AW | Conference with Gary Herbst re cash collateral order | 0.30 | |
| | AW | Telephone call with Yudes re issues re cash collateral order and hearing | 0.20 | |
| | AW | Telephone call with Schein re issues re cash collateral order and hearing | 0.30 | |
| | AW | Review Schein issues re cash collateral order for Telephone call with Schein | 0.30 | |
| | AW | E-Mails to and from committee re cash collateral order and hearing | 0.20 | |
| | AW | Telephone call with Yudes re cash collateral order and Schein revisions | 0.10 | |
| | AW | Telephone call with Roseman re cash collateral order and Schein revisions | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/23/2010 | AW | Conference call with Roseman re cash collateral order and revisions, cross-collateralization | 0.30 | |
| | AW | Redline revisions to cash collateral order, Review order and E-Mails to and from Schein | 0.40 | |
| | AW | E-Mails to and from Schein re cash collateral order | 0.20 | |
| | AW | E-Mails to and from Dee, Roseman, Schein re cash collateral order and revisions | 0.30 | |
| | GFH | Conference with Adam Wofse re cash collateral order | 0.30 | |
| 2/24/2010 | AW | Telephone call with Roseman re cash collateral order | 0.20 | |
| | AW | Telephone call with Yudes re cash collateral order | 0.20 | |
| | AW | E-Mails to and from Dee re budget | 0.10 | |
| | AW | Prepare for and attend final hearing on cash collateral and Key Bank stipulation | 3.30 | |
| | AW | Review cash collateral order, issues raised by container lessors, motion cash collateral and Key Bank stipulation | 1.20 | |
| 2/25/2010 | AW | Telephone call with Roseman re 507(b) issue and Meeting with debtors | 0.10 | |
| | AW | E-Mails to and from Roseman re submit final cash collateral order and 507(b) issue and pay container admin claims | 0.20 | |
| | AW | Review budget | 0.20 | |

|  | | | Hours | Amount |
|---|---|---|---|---|
| 2/25/2010 | AW | Review notes from cash collateral hearing and Key Bank stipulation modification | 0.20 | |
| 3/3/2010 | JP | Conference with Adam Wofse re cash collateral | 0.10 | |
| | AW | Review Court entered order re final cash collateral and modifications made by Judge. | 0.70 | |
| | AW | E-Mails to and from Roseman and Dee re modifications to cash collateral order made by Judge. | 0.10 | |
| 3/19/2010 | AW | Review cash collateral order. | 0.30 | |
| 4/12/2010 | AW | Review correspondence with Yudes re extention committee time to challenge liens | 0.10 | |
| 4/16/2010 | AW | E-Mails to and from Yudes, Roseman, Dee re stipulation extend committee time to object to bank's liens | 0.20 | |
| | AW | Draft stipulation with Bank of Pakistan re extend committee time to object to liens | 0.50 | |
| | | SUBTOTAL: | [ 32.40 | 11,655.00] |

Claims review/Claims Objection

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/8/2010 | GFH | Review Adam Wofse and E-Mail to and from Schein re pre-petition claim committee response | 0.10 | |
| | AW | Review Gary Herbst and E-Mail to and from Schein re pre-petition claim committee response | 0.10 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/12/2010 | AW | E-Mails to and from Dee re administrative claims and operating reports | 0.10 | |
| 3/8/2010 | AW | Review claim register all 7 Debtors re committee claims, top 20 list all 7 debtors, bar date order. | 1.20 | |
| | AW | E-Mails to and from McCleery re claims. | 0.30 | |
| | AW | Telephone call with McCleery re claims and case status. | 0.20 | |
| | SUBTOTAL: | | [ 2.00 | 712.50] |

Document Production and Review

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/26/2010 | GFH | Review document production from Bank of Pakistan re secured position | 2.40 | |
| | SUBTOTAL: | | [ 2.40 | 1,140.00] |

Fee App

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/13/2010 | AW | Review and Revise billing for Fee application | 0.70 | |
| 4/18/2010 | AW | Review and Revise billing for Fee application | 0.60 | |
| | SUBTOTAL: | | [ 1.30 | 455.00] |

Motions

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/11/2010 | GFH | Meeting with Adam Wofse and Ken Barnard re lessors responses to rejection Motion | 0.20 | |
| | GFH | Meeting with Adam Wofse re status and extension time respond lessors objections | 0.20 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/11/2010 | AW | Review notes, responses, reply of debtors to equipment lessors and Review adv pro documents | 1.00 | |
| | AW | Meeting with Gary Herbst re status and extension time respond lessors objections | 0.20 | |
| | GFH | Telephone call with Steve Sims and Adam Wofse re adjournment of time to respond to the container lessors Motion  seeking administrative claim treatment | 0.20 | |
| | GFH | Telephone call with Michael Schein re adjournment of time to respond to the container lessors Motion  seeking administrative claim treatment | 0.30 | |
| | GFH | Telephone call with Debtor counsel re adjournment of time to respond to the container lessors Motion seeking administrative claim treatment | 0.20 | |
| | GFH | Conference with Adam Wofse re adjournment of time to respond to the container lessors Motion  seeking administrative claim treatment and the status of the case | 0.20 | |
| | GFH | Telephone call with Bruce Weiner and Adam Wofse re adjournment of time to respond to the container lessors Motion  seeking administrative claim treatment | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/11/2010 | AW | Meeting with Gary Herbst and Ken Barnard re lessors responses to rejection Motion | 0.20 | |
| | GFH | Telephone call with Padnos and Adam Wofse re adjournment of time to respond to the container lessors Motion  seeking administrative claim treatment | 0.20 | |
| | AW | Review all Motions reject leases and responses | 0.50 | |
| | AW | Telephone call with Dee re case status and extension time respond lessors objections | 0.20 | |
| | AW | Telephone call with Weiner re extension respond equipment lessors | 0.20 | |
| | AW | Telephone call with Sims case status and extension time respond lessors objections | 0.20 | |
| | AW | Telephone call with Padnos case status and extension time respond lessors objections | 0.20 | |
| 1/12/2010 | AW | Meeting with Jordan Pilevsky re committee response equipment lessors objections and research | 0.40 | |
| | AW | Telephone call with and E-Mail to and from Dee re response to lessors objections | 0.10 | |
| | AW | Review Letter and E-Mail to chambers re extension time to answer | 0.20 | |
| | AW | Review correspondence Schein, Padnos and Sims for committee position | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/12/2010 AW | | Telephone call with Dee re committee response lessors objections | 0.20 | |
| | AW | Review Schein, Padnos, Sims emails re containers rejected | 0.10 | |
| | AW | E-Mail to and from Lori Gaetani re notice parties re 1 week extension request lessors objection | 0.10 | |
| | AW | Letter to chambers re committee time to submit position re lessors objections | 0.20 | |
| 1/13/2010 AW | | Conference with Jordan Pilevsky re committee position re container claims and research | 0.30 | |
| | AW | Conference with Jordan Pilevsky re research lessors container objections | 0.10 | |
| | AW | Review research re administrative treatment denied pre-petition claims | 0.30 | |
| | AW | E-Mail to and from and Telephone call with Dee re committee position re container claims | 0.10 | |
| 1/14/2010 AW | | Review Schein response and memo of law objection re container claims(.6), Review research re pre-petition claims(.6), Seacastle Motion, Review order authorizing rejection of containers and transcript of 12/22 hearing(.3) | 1.50 | |
| 1/18/2010 GFH | | Conference with Adam Wofse re responses of committee and cash collateral | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/18/2010 | AW | Review cases re tort administrative changes | 0.50 | |
| | AW | Conference with Gary Herbst re responses of committee and cash collateral | 0.10 | |
| | AW | Draft response to container lessor motion for administrative claim. | 1.50 | |
| | AW | Research for response container letter | 1.30 | |
| 1/19/2010 | GFH | Conference with Adam Wofse re committee response to container lessors' response | 0.10 | |
| | AW | Research cases for container lessors responses | 0.30 | |
| | AW | Continue draft response container lessors re storage charges with research cases | 4.30 | |
| | AW | Conference with Gary Herbst re committee response to container lessors' response | 0.10 | |
| 1/20/2010 | AW | E-Mail to and from container lessors re response of committee | 0.10 | |
| | AW | Telephone call with Dee re tort response to container lessor | 0.10 | |
| | AW | E-Mail to and from container lessors committee response re tort issues | 0.20 | |
| | AW | Draft response re tort response of container lessors and research re tort and admin expense | 2.30 | |
| 1/26/2010 | AW | Telephone call with Dee re proposed Seacastle order | 0.30 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/26/2010 | AW | E-Mails to and from Simms re proposed Seacastle rejection order | 0.10 | |
| | AW | E-Mails to and from Dee re proposed Seacastle rejection order | 0.20 | |
| | AW | Review proposed Seacastle rejection order | 0.30 | |
| | AW | Review motions for hearing on 1/27/10, exhibits, responses, replies, modified cash collateral order, docket, calendar | 0.70 | |
| 1/27/2010 | AW | E-Mails to and from Dee and Simms re Seacastle proposed order re rejection | 0.30 | |
| | AW | Prepare for and attend hearing on Seacastle rejection and status conference | 1.40 | |
| 2/18/2010 | AW | Review motion extend exclusivity | 0.20 | |
| | SUBTOTAL: | | [      22.60 | 8,147.50] |

Plan & Disclosu

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/7/2010 | GFH | Telephone call with Adam Wofse and then Matt Roseman re the formulating of a plan by the Debtor | 0.50 | |
| 4/8/2010 | GFH | Conference with Adam Wofse and Telephone call with Al Yudes re the formulating of a plan by the Debtor | 0.40 | |
| 4/19/2010 | GFH | emails to and from Matt Roseman re the plan agreement | 0.30 | |
| 4/20/2010 | AW | Letter to UN re committee agreement in principle re plan | 0.30 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/20/2010 | AW | Telephone call with Roseman re Letter to UN re Debtor and committee plan agreement | 0.20 | |
| | GFH | conference call with creditors committee and Adam Wofse re the proposed plan of the Debtor | 0.30 | |
| | GFH | conference call with matt Roseman and Adam Wofse re the proposed plan of the Debtor | 0.40 | |
| | AW | Conference call with committee re plan negotiations | 0.30 | |
| | AW | Conference call with Roseman and Herbst re plan negotiations | 0.40 | |
| | AW | E-Mails to and from Roseman re plan letter to UN | 0.20 | |
| | AW | Telephone call with Herbst re letter re plan agreement with committee and UN letter | 0.10 | |
| | AW | E-Mails to and from Debtor re committee agreement in principle re plan | 0.20 | |
| | AW | Revise Letter to UN re committee agreement re plan | 0.20 | |
| 4/21/2010 | AW | Revise letter to UN re plan agreement | 0.20 | |
| | AW | E-Mails to and from Committee re revised UN letter | 0.10 | |
| | SUBTOTAL: | | [ 4.10 | 1,672.50] |

Pref Actions
--------

| | | | | |
|---|---|---|---|---|
| 4/23/2010 | AW | Telephone call with Raquet re preference/avoidance actions and status of case | 0.10 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/26/2010 | AW | Conference with Gary Herbst re avoidance actions review by accountants | 0.10 |  |
|  | AW | E-Mails to and from Raquet re avoidance actions review by accountants | 0.10 |  |
|  | SUBTOTAL: |  | [    0.30 | 105.00] |

Ret Orders

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/4/2010 | AW | Review status of committee retention(.2), E-Mail to and from and Telephone call with Gary Herbst re retention(.2) and monitor docket (.1) | 0.50 |  |
|  | GFH | E-Mails to and from and Telephone call with Adam Wofse re retention. | 0.20 |  |
| 1/6/2010 | AW | Draft committee Retention Application | 0.70 |  |
| 1/7/2010 | AW | Conference with Gary Herbst re retention and status of case | 0.10 |  |
|  | GFH | Conference with Adam Wofse re retention and status of case | 0.10 |  |
|  | AW | Draft retention Application, Affidavit of disinterestedness and order | 1.30 |  |
|  | AW | E-Mail to and from committee members re Retention Application | 0.10 |  |
| 1/11/2010 | AW | E-Mail to and from McCleery re Retention Application | 0.10 |  |
| 1/12/2010 | AW | E-Mail to and from Gary Herbst re Retention Application | 0.10 |  |

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 1/12/2010 | GFH | E-Mail to and from Adam Wofse re Retention Application | 0.10 | |
| | AW | E-Mail to and from McCleery re Retention Application | 0.10 | |
| 1/15/2010 | AW | Review retention Application and Conference with Danielle Schnettler re filing | 0.10 | |
| | AW | E-Mail to and from Ken Barnard re Retention Application | 0.10 | |
| 1/26/2010 | AW | Review conformed Retention Order | 0.10 | |
| 4/1/2010 | AW | Telephone call with Conrad re retention of Conrad as financial consultant | 0.10 | |
| | AW | E-Mails to and from Conrad re retention of Conrad as financial consultant and firm materials to circulate to committee members | 0.10 | |
| | AW | Conference with Gary Herbst re retention of Conrad as financial consultant | 0.10 | |
| | AW | E-Mails to and from Dee re committee retention of financial consultant | 0.10 | |
| | AW | Telephone call with Conrad re retention of Conrad as financial consultant | 0.10 | |
| 4/2/2010 | AW | E-Mails to and from members of committee Conrad firm materials and resumes | 0.20 | |
| | AW | E-Mails to and from Conrad re retention as financial consultant | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/2/2010 | AW | Review Conrad's firm promotional materials and resumes | 0.30 | |
| | AW | E-Mails to and from Levine re retention of Conrad firm | 0.10 | |
| | AW | E-Mails to and from Conrad and Raquet re creditors, schedules, retention | 0.20 | |
| 4/5/2010 | AW | Review file documents for Bederson retention | 0.20 | |
| | AW | E-Mails to and from Ken Barnard re retention of Bederson | 0.10 | |
| | AW | E-Mails to and from McCleery re financial consultant and carve out | 0.20 | |
| 4/6/2010 | AW | E-Mails to and from Dee re Bederson retention and conference call tomorrow with Debtor counsel and committee counsel | 0.20 | |
| | AW | E-Mails to and from Raquet re Retention Application | 0.20 | |
| 4/7/2010 | AW | Conference with Sal LaMonica re Bederson retention | 0.10 | |
| 4/9/2010 | AW | E-Mails to and from Raquet re retention affidavit | 0.10 | |
| 4/12/2010 | AW | Review original certification of Raquet for Bederson retention | 0.10 | |
| 4/23/2010 | AW | Telephone call with Yang re Bederson retention | 0.10 | |
| 4/26/2010 | AW | Review Bederson retention order | 0.10 | |
| | AW | E-Mails to and from Raquet and Conrad re retention order | 0.10 | |
| SUBTOTAL: | | | [      6.60 | 2,360.00] |

|  |  |  | Hours | Amount |
|---|---|---|---|---|

### Sale of Assets

| | | | Hours |
|---|---|---|---|
| 1/12/2010 AW | | Review sale of ship order (Global Precision) and unpaid maritime liens | 0.40 |
| 2/1/2010 AW | | E-Mails to and from Dee re stipulation with Keybank re sale of ship proceeds | 0.10 |
| | AW | Review debtor and Keybank stipulation and draft comments to stipulation re sale of ship | 0.40 |
| 2/8/2010 AW | | Review Key Bank stipulation re allocation of sale proceeds | 0.30 |
| 2/12/2010 AW | | Telephone call with Dee re sale of ships, Key Bank stipulation | 0.30 |
| | GFH | Conference with Adam Wofse re potential sale of ships | 0.10 |
| | AW | Conference with Gary Herbst re potential sale of ships | 0.10 |
| 2/18/2010 AW | | Telephone call with Dee re sale Order to Show Cause and broker hearing and modify Key Bank stipulation | 0.30 |
| 2/23/2010 AW | | Review docket, sale Order to Show Cause and sale motion, retention Affidavit broker | 0.70 |
| 2/25/2010 AW | | E-Mails to and from Dee re Key Bank stipulation ad sale of ships | 0.20 |
| | AW | Review sale Order to Show Cause and motion | 0.30 |
| 3/3/2010 AW | | E-Mails to and from Dee re sale motion. | 0.10 |
| 3/5/2010 AW | | E-Mails to and from Dee re sale order | 0.20 |
| | AW | Telephone call with Gary Herbst re sale of 2 ships | 0.10 |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/5/2010 | AW | E-Mails to and from Yudes and Dee re sale of ships | 0.20 | |
| 3/8/2010 | AW | Review notes from Meeting with Gary Herbst re sale motion. | 0.20 | |
| | AW | Detailed E-Mails to and from Roseman and Dee re sale of 2 ships and breakdown of liens and operating costs. | 0.40 | |
| | AW | Review Precision's stipulation re sale breakdown. | 0.30 | |
| | AW | E-Mails to and from Dee re sale and liens. | 0.20 | |
| | AW | Meeting with Gary Herbst re sale of ships and motion approve sale. | 0.40 | |
| | AW | E-Mails to and from Roseman re meeting with Debtors and adjourn sale hearing due to bank activity. | 0.20 | |
| | GFH | Conference with Adam Wofse re Global sale of ships. | 0.40 | |
| 3/9/2010 | AW | E-Mails to and from Roseman and Dee re adjourned sale hearing and exclusivity motion. | 0.20 | |
| 3/10/2010 | AW | review amended scheduling order rder re sale hearing and review sale hearing file documents | 0.20 | |
| | GFH | Conference with Adam Wofse re sale of assets | 0.20 | |
| 3/11/2010 | AW | review so ordered Key Bank modified stip | 0.10 | |
| 3/12/2010 | AW | review Yudes email re case law re mortgage priority over maritime lines | 0.20 | |
| 3/23/2010 | AW | Telephone call with Gary Herbst re security as to bunkers re sale. | 0.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/23/2010 | AW | Telephone call with Dee re sale and carve out to unsecured creditors | 0.30 | |
| | AW | Telephone call with and E-Mails to and from Yudes re negotiations with bank carve out creditors | 0.20 | |
| | GFH | conference call with the Adam Wofse re the sale of the ships and funds for the creditors | 0.30 | |
| | AW | E-Mails to and from Dee re proposed sale order | 0.20 | |
| | AW | 2 Telephone call with Gary Herbst re carve out Bank of Pakistan for unsecured creditors | 0.20 | |
| | AW | Telephone call with Dee re bunkers not secured | 0.20 | |
| | AW | Review cash collateral order re security as to bunkers re sale. | 0.40 | |
| | AW | E-Mails to and from Dee re sale order and crew wages | 0.30 | |
| | AW | Telephone call with Dee re sale hearing and allocation of proceeds | 0.30 | |
| | AW | E-Mails to and from Dee and Yudes re sale order | 0.20 | |
| | AW | Telephone call with Gary Herbst re sale order | 0.10 | |
| | AW | Review sale order | 0.40 | |
| | AW | E-Mails to and from Gary Herbst re revised sale order | 0.10 | |
| | AW | Telephone call with Gary Herbst re revised sale order | 0.20 | |
| | AW | 2 Telephone call with Gary Herbst re negotiations with bank carve out creditors | 0.20 | |

|            |     |                                                                                                                              | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/24/2010  | AW  | Review Revised sale order                                                                                                     | 0.30  |        |
|            | AW  | E-Mails to and from Dee re broker fee                                                                                         | 0.10  |        |
|            | AW  | Meeting with Dee following sale hearing to discuss follow up documents to complete the sale, delivery of vessels and maritime lien issues | 0.80  |        |
|            | AW  | Prepare for and attend sale and exclusivity hearings                                                                          | 2.80  |        |
|            | GFH | conference call with the Adam Wofse re the sale of the ships and funds for the creditors                                      | 0.30  |        |
|            | AW  | Telephone call with Yudes re negotiation carve out creditors re sale.                                                         | 0.20  |        |
|            | AW  | Telephone call with Dee re revised sale order and inquiry re email re transfers                                               | 0.30  |        |
|            | AW  | Review emai correspondence re maritime liens                                                                                  | 0.20  |        |
|            | AW  | Meeting with Gary Herbst re sale hearing and negotiations with Yudes                                                          | 0.20  |        |
|            | AW  | Review file documents and sale motion documents                                                                              | 0.30  |        |
|            | AW  | Review scheduling order re hearing                                                                                            | 0.10  |        |
|            | AW  | 2 Telephone call with Dee re revised sale order                                                                               | 0.20  |        |
|            | AW  | 2 Telephone call with Yuds re negotiations carve out creditors  in sale order                                                 | 0.30  |        |
|            | AW  | Review sale and auction procedures                                                                                            | 0.60  |        |
| 3/25/2010  | AW  | Review revised sale order                                                                                                     | 0.10  |        |
|            | AW  | E-Mails to and from Dee re revised sale order                                                                                 | 0.20  |        |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2010 | AW | E-Mails to and from Dee re closing of sale of ships and funds on hand | 0.20 | |
| | SUBTOTAL: | | [    17.70 | 6,357.50] |

Settle Actions

| | | | | |
|---|---|---|---|---|
| 1/29/2010 | AW | Telephone call with Dee re Keybank stipulation | 0.10 | |
| 2/8/2010 | AW | Review Debtor's stipulation re Seacastle. | 0.20 | |
| 2/12/2010 | AW | Meeting with Gary Herbst re Key Bank stipulation and cash collateral order issues | 0.40 | |
| | AW | Review Key Bank stipulation re Meeting with Gary Herbst | 0.50 | |
| | GFH | Meeting with Adam Wofse re Key Bank stipulation and cash collateral order issues | 0.40 | |
| 2/25/2010 | AW | Review modified Key Bank stipulation | 0.20 | |
| | AW | E-Mails to and from Levine and Dee re modify Key Bank stipulation, sell equipment | 0.10 | |
| 3/23/2010 | AW | Telephone call with Dee re UN settlement and Bank advance of Accounts Receivable. | 0.20 | |
| 4/2/2010 | AW | Telephone call with Dee re settlement with UN and other Accounts Receivable with UN | 0.20 | |
| | AW | E-Mails to and from Gary Herbst re Review Dee order scheduling hearing re UN settlement | 0.30 | |
| | AW | Review Dee order scheduling hearing re UN settlement | 0.30 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/2/2010 | AW | Telephone call with Dee re UN settlement of Accounts Receivable | 0.10 | |
| | AW | E-Mails to and from Dee re procedure to bring hearing on expedited notice re UN settlement | 0.30 | |
| 4/6/2010 | AW | Review UN settlement motion re Accounts Receivable | 0.50 | |
| | AW | E-Mails to and from Dee re UN settlement and other Accounts Receivable | 0.20 | |
| 4/13/2010 | GFH | Telephone call with Matt Roseman re possible Settlement agreement | 0.30 | |
| 4/16/2010 | GFH | Conference with Adam Wofse re Settlement agreement re plan | 0.20 | |
| | GFH | Telephone call with Matt Rosemna re Settlement agreement re plan | 0.20 | |
| 4/21/2010 | AW | Prepare for and attend hearing on motion to approve settlement with U.N. | 2.20 | |
| 4/22/2010 | AW | Review hearing notes re UN settlement | 0.10 | |
| | SUBTOTAL: | | [    7.00 | 2,587.50] |

For professional services rendered          159.40 $58,405.00

### Atty/Para Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Adam Wofse | 135.60 | 350.00 | $47,460.00 |
| Gary Herbst | 22.20 | 475.00 | $10,545.00 |
| Jordan Pilevsky | 1.60 | 250.00 | $400.00 |