

EXHIBIT  C

Disbursements:

| | Amount |
|---|---|
| **$FedEx** | |
| 1/20/2009 FedEx to Cullen & Dykman | 12.79 |
| FedEx to Rosenberg Russo & Weiner | 12.79 |
| FedEx to Cullen & Dykman | 12.79 |
| FedEx to Simms Showers | 15.19 |
| FedEx to Dewey & Leboeuf | 21.24 |
| 1/12/2010 FedEx to US Bankruptcy Court | 13.06 |
| 1/15/2010 FedEx to Office of the US Trustee | 13.06 |
| 1/20/2010 FedEx to Lemery Greusler | 12.79 |
| FedEx to Vedder Price | 12.79 |
| FedEx to US Bankruptcy Court | 12.79 |
| FedEx to Cullen & Dykman | 12.79 |
| FedEx to Simms Showers LLP | 15.19 |
| FedEx to Dewey & Leboeuf | 21.24 |
| 4/9/2010 FedEx to Office of the US Trustee | 12.79 |
| SUBTOTAL: | [   201.30] |
| **$Photocopies** | |
| 1/20/2010 Response | 14.40 |
| Response and memo | 9.60 |

| | | Amount |
|---|---|---|
| 3/17/2010 | Copying cost financial statements | 10.00 |
| 3/18/2010 | Copying cost financial statemnets | 9.00 |
| 4/5/2010 | Copying cost Loan and security documentation | 49.60 |
| 4/9/2010 | Copying cost Appl/order/cert | 4.80 |
| 4/15/2010 | Copying cost prebilll | 8.60 |

SUBTOTAL:                                        [    106.00]

$Postage

| | | |
|---|---|---|
| 1/15/2010 | Postage | 0.44 |
| 4/9/2010 | Postage | 0.44 |
| 4/21/2010 | Postage | 0.88 |
| | Postage | 1.32 |

SUBTOTAL:                                        [      3.08]

$Service Fee

| | | |
|---|---|---|
| 4/21/2010 | Service Fee  to Bahamas Maritime Authority re certified copies | 200.00 |

SUBTOTAL:                                        [    200.00]

Total disbursements                                 $510.38

Total amount of this bill                        $58,915.38

Balance due                                      $58,915.38