Betancourt, Van Hemmen, Greco & Kenyon LLC
114 Maple Avenue
Red Bank, NJ 07701
(732) 530-4646
John Greco (JG 8586)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------x
In re:                           :   Chapter 11
                                 :
GLOBAL CONTAINER LINES LTD., *et al.*,   :   Case No.: 09-78585 (AST)
                                 :
                        Debtors. :
---------------------------------x

# RESPONSE AND OBJECTION TO CHAPTER 11 DEBTORS' FIRST OMNIBUS OBJECTION FOR AN ORDER EXPUNGING CLAIM #51 FILED BY KRISTENSONS PETROLEUM AS TIME BARRED

Betancourt, Van Hemmen, Greco & Kenyon LLC ("BVGK"), on behalf of the creditor Kristensons Petroleum Inc. ("KPI"), submits this response and objection to the Debtors' First Omnibus Objection for an Order Expunging Claim #51 filed by KPI as Time Barred (the "Debtors' Motion to Expunge").

1. The Debtors' Motion to Expunge seeks to expunge KPI's claim #51 against Debtor Global Container Line (the "Debtor" or "GCL") on the basis that KPI's claim was note timely filed.

2. It is undisputed that the deadline for filing proofs of claim set by the court was March 12, 2010 at 5:00 P.M. See Exhibit C to Debtor's Motion to Expunge.

3. KPI's Proof of Claim was timely filed with the Court on March 12, 2010 at 4:49 P.M. Annexed hereto as Exhibit 1 is a copy of KPI's Proof of Claim time stamped at the Court indicating it was filed on March 12, 2010 at 4:49 P.M.

4. Accordingly, KPI's Proof of Claim was timely filed and Debtor's Motion to Expunge KPI's Claim #51 should be denied.

**WHEREFORE**, KPI respectfully request that this Court deny the Motion to Expunge KPI's Claim and grant such other, further and different relief as is just and proper.

Dated: June 3, 2010
      Red Bank, New Jersey

                                          BETANCOURT, VAN HEMMEN, GRECO & KENYON LLC

                                          /s/
                                  By:    John Greco, Esq. (JG 8586)
                                          114 Maple Avenue
                                          Red Bank, New Jersey 07701
                                          (732)530-4646
                                          Counsel to Kristensons Petroleum

# EXHIBIT 1

B10 (Official Form 10) (12/08)

| United States Bankruptcy Court - | PROOF OF CLAIM |
|---|---|
| Name of Debtor: ~~Redstone Shipping Corp.~~ Guagua [illegible] | Case Number: 09-78585 |

*NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (The person or other entity to whom the debtor owes money or property): **Kristensons Petroleum Inc.**

2010 MAR 12 PM [illegible]

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Kristensons Petroleum Inc.
128 Broad Street
Red Bank, NJ 07701
Attn: Rob Atkinson
Telephone number: 732-219-7900

RECEIVED/08

Court Claim Number: _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:** $ **$1,403,943.97**

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. **See Attached**

**2. Basis for Claim: Provision of Fuel Oil to MV GLOBAL PATRIOT**
*(See instruction #2 on reverse side.)*

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
*(See instruction #3a on reverse side.)*

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☒ Other
Describe: **MV GLOBAL PATRIOT and its fuel oil**

Value of Property: $ **Unknown** Annual Interest Rate **18% compounded monthly**

Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $ **See Attached** Basis for perfection: **Maritime Lien**

Amount of Secured Claim: $ **Unknown** Amount Unsecured: $ _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)( ___ ).

Amount entitled to priority:
$ _____

**Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See instruction 7 and definition of "redacted" on reverse side.)*

**DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.**

If the documents are not available, please explain:

FOR COURT USE ONLY

Date: **3/6/10**

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.
John Greco, Attorney
Betancourt Van Hemmen Greco & Kenyon LLC
114 Maple Ave
Red Bank, NJ 07701

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

In re: ~~Redstone Shipping Corp.~~ *Global Container Lines*

# U.S. Bankruptcy Court, Eastern District of New York

# Central Islip – Case # 09-78585

## Summary of Proof of Claim
## of Kristensons Petroleum, Inc.

| Date | Invoice # | Description | Amount |
| --- | --- | --- | --- |
| 25 SEP 2008 | 08-6679 | Goods Sold and Delivered (M/V GLOBAL PATRIOT)* | $1,023,096.19 |
| | | Interest at 1.5% per month from 18 OCT 2008 - 10 Nov 2009 (12.75 months) on Outstanding Principal Balance | $209,310.45 |
| 10 DEC 2008 | 08-7012C | Goods Sold and Delivered (M/V GLOBAL PATRIOT)* | $145,623.74 |
| | | Interest at 1.5% per month from 06 JAN 2009 - 10 Nov 2009 (10.15 months) on Outstanding Principal Balance | $25,913.59 |
| TOTAL CLAIM as of November 10, 2009 (Petition Date) | | | $1,403,943.97 |
| Allowed costs incurred associated with Arrest and Judicial Sale of MV GLOBAL PATRIOT | | | $18,450.30 |
| Payment of allowed costs of Arrest and Judicial Sale from Proceeds of Judicial Sale of MV GLOBAL PATRIOT | | | ($18,450.30) |
| Initial Distribution from Proceeds of Judicial Sale of MV GLOBAL PATRIOT | | | ($288,376.60) |
| Additional distributions from Proceeds of Judicial Sale of MV GLOBAL PATRIOT | | | $0.00 |
| OUTSTANDING CLAIM AMOUNT as of March 10, 2010 | | | $1,115,567.37 |

* A copy of each of the referenced invoice is attached hereto.

Interest Calculation for Inv #08-6679

| Month | Interest % | Interest Amount | Balance |
|---|---|---|---|
| 25 Oct 2008 | 0.00 | | $1,023,096.19 |
| 25 Nov 2008 | .015 | $15,346.44 | $1,038,442.63 |
| 25 Dec 2008 | 0.015 | $15,576.64 | $1,054,019.27 |
| 25 Jan 2009 | 0.015 | $15,810.29 | $1,069,829.56 |
| 25 Feb 2009 | 0.015 | $16,047.44 | $1,085,877.00 |
| 25 Mar 2009 | 0.015 | $16,288.16 | $1,102,165.16 |
| 25 Apr 2009 | 0.015 | $16,532.48 | $1,118,697.64 |
| 25 May 2009 | 0.015 | $16,780.46 | $1,135,478.10 |
| 25 Jun 2009 | 0.015 | $17,032.17 | $1,152,510.27 |
| 25 Jul 2009 | 0.015 | $17,287.65 | $1,169,797.93 |
| 25 Aug 2009 | 0.015 | $17,546.97 | $1,187,344.90 |
| 25 Sep 2009 | 0.015 | $17,810.17 | $1,205,155.07 |
| 25 Oct 2009 | 0.015 | $18,077.33 | $1,223,232.40 |
| 10 Nov 2009 (.5) | 0.015 | $9,174.24 | $1,232,406.64 |
| BALANCE DUE | | $209,310.45 | $1,232,406.64 |

Interest Calculation for Inv. # 08-7012C

| Month | Interest % | Interest Amount | Balance |
|---|---|---|---|
| 10 Dec 2008 | 0.00 | | $145,623.74 |
| 10 Jan 2009 | 0.015 | $2,184.36 | $147,808.10 |
| 10 Feb 2009 | 0.015 | $2,217.12 | $150,025.22 |
| 10 Mar 2009 | 0.015 | $2,250.38 | $152,275.60 |
| 10 Apr 2009 | 0.015 | $2,284.13 | $154,559.73 |
| 10 May 2009 | 0.015 | $2,318.40 | $156,878.13 |
| 10 Jun 2009 | 0.015 | $2,353.17 | $159,231.30 |
| 10 Jul 2009 | 0.015 | $2,388.47 | $161,619.77 |
| 10 Aug 2009 | 0.015 | $2,424.30 | $164,044.06 |
| 10 Sep 2009 | 0.015 | $2,460.66 | $166,504.72 |
| 10 Oct 2009 | 0.015 | $2,497.57 | $169,002.30 |
| 10 Nov 2009 | 0.015 | $2,535.03 | $171,537.33 |
| BALANCE DUE | | $25,913.59 | $197,450.92 |



# Kristensons-Petroleum, Inc.

128 Broad Street, 2nd Floor
Red Bank, N.J. 07701

| DATE | INVOICE # |
|---|---|
| 9/25/2008 | 08-6679 |

| BILL TO |
|---|
| Global Container Lines<br>Garden City Center<br>100 Quentin Roosevelt Blvd<br>Garden City, New York 11530<br>USA |

| REMIT TO |
|---|
| PNC BANK NA ,Cherry Hill, NJ<br>ABA#: 031 207 607<br>Swift Code: PNCC US33<br>For: Kristensons-Petroleum Inc<br>Account#: 8007281163 |

## Invoice

| P.O.# | DUE DATE | Deliv Date | Ship Via | Location |
|---|---|---|---|---|
| | 10/18/2008 | 9/18/2008 | Global Patriot | Savannah |

| DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|
| IFO 180cst RME 180 | 1,500.15 | MT | 598.60 | 897,089.70 |
| MGO DMA | 100.03 | MT | 1,145.00 | 114,534.35 |
| Barging | 1,600.18 | MT | 6.50 | 10,401.17 |
| Barge Surcharge | 10,401.17 | | 0.10 | 1,040.12 |
| Federal Lust Tax | 30,846 | USG | 0.001 | 30.85 |

Thank you for your business.

**Total** $1,023,096.19

Telex: RCA 224502 • Phone: +1 (732) 219-7900 • Fax: +1 (732) 219-7919 • email: kpi@kpi-oil.com



# Kristensons-Petroleum, Inc.

128 Broad Street, 2nd Floor
Red Bank, N.J. 07701

| DATE | INVOICE # |
|---|---|
| 12/10/2008 | 08-7012C |

| BILL TO |
|---|
| Global Container Lines
c/o Ship Trade Inc.
100 Quentin Roosevelt Blvd
Garden City, NY 11530 |

| REMIT TO |
|---|
| PNC BANK NA
Cherry Hill, New Jersey
ABA#: 031 207 607
For: Kristensons-Petroleum, Inc
Account#: 8007281163 |

## Invoice

| P.O.# | DUE DATE | Deliv Date | Ship Via | Location |
|---|---|---|---|---|
|  | 1/6/2009 | 12/7/2008 | Global Patriot | Gibraltar |

| DESCRIPTION | QUANTITY | UM | PRICE | AMOUNT |
|---|---|---|---|---|
| 180 CST | 249.85 | MT | 248.00 | 61,962.80 |
| MGO DMA | 149.93 | MT | 558.00 | 83,660.94 |

Thank you for your business.

**Total** $145,623.74

Telex: RCA 224502 • Phone: +1 (732) 219-7900 • Fax: +1 (732) 219-7919 • email: kpi@kpi-oil.com