# CULLENandDYKMANLLP

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

**C. Nathan Dee**
**Partner**
Direct Dial: (516) 357-3817
ndee@cullenanddykman.com

June 16, 2010

**VIA OVERNIGHT MAIL**

Office of the US Trustee
Attn: Stan Yang, Esq.
560 Federal Plaza
Central Islip, New York 11722

    Re:    Global Container Lines Limited, et al ("Debtors")
            Index No.: 09-78585 (AST) (Main Case)

Dear Mr. Yang:

    Enclosed please find check number 1050 in the amount of $19,351.00 dated June 14, 2010 which represents payment of the Debtors' outstanding trustee's fees as follows:

| Debtor | Case No. | Quarter | Fee |
|---|---|---|---|
| Shiptrade | 09-78584 | 4 qtr 2009 | $4,875.00 |
|  |  | 1qtr 2010 | $4,875.00 |
| Global Container Lines | 09-78585 |  | $7,001.00 |
| Redstone | 09-78584 | 4 qtr 2009 | $325.00 |
|  |  | 1ptr 2010 | $325.00 |
| Gilmore | 09-78587 | 4 qtr 2009 | $325.00 |
|  |  | 1ptr 2010 | $325.00 |
| Global Progress | 09-78588 | 4 qtr 2009 | $325.00 |
|  |  | 1ptr 2010 | $325.00 |

| | | | |
|---|---|---|---|
| Global Prosperity | 09-78590 | 4 qtr 2009 | $325.00 |
| | | 1ptr 2010 | $325.00 |
| | **TOTAL :** | | **$19,351.00** |

If you have any questions or comments, please contact the undersigned.

Very truly yours,

C. Nathan Dee

CULLENandDYKMANLLP

GLOBAL CONTAINER LINES LIMITED DEBTOR
IN POSSESSION CASE 8-09-78585-AST
100 QUENTIN ROOSEVELT BLVD.
GARDEN CITY, NY 11530-4874

1050

1-2/210 893

PAY TO THE ORDER OF: U.S. Trustee

DATE: June 14, 2010

$19,351 xx/100

Nineteen Thousand Three Hundred Fifty One + xx/100 DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
New York, New York 10017
www.Chase.com

FOR: