Watson, Farley & Williams (New York) LLP
1133 Avenue of the Americas 11th Floor
New York, NY 10036
Telephone: (212) 922-2200
Facsimile: (212) 922-1512

Attorneys for The National Bank of Pakistan

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

                              **DOCUMENT ELECTRONICALLY FILED**

In re:

                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,    Case Nos.  09-78585 (AST)
                                                        09-78584 (AST)
                                                        09-78589 (AST)
                                                        09-78586 (AST)
                                                        09-78587 (AST)
                                                        09-78588 (AST)
                                                        09-78590 (AST)

                                 Debtors.
-----------------------------------------------------------------X  (Jointly Administered)

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that the undersigned appears as counsel for The National Bank of Pakistan, a party in interest, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, requests that all notices given or pleadings required to be served in this case be given or served, as the case may be, to or upon Alfred E. Yudes, Jr. at the address and telephone and facsimile numbers and electronic mail address set forth below:

                          Alfred E. Yudes, Jr.
                          Watson, Farley & Williams (New York) LLP
                          1133 Avenue of the Americas 11th Floor
                          New York, NY 10036
                          Telephone: (212) 922-2211
                          Facsimile: (212) 922-1512
                          E-mail:    ayudes@wfw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitations, orders and notices of any applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail delivery, telephone, telegraph, facsimile transmission, telex, electronic mail or otherwise, which affect the Debtor.

Dated: June 21, 2010

    New York, New York

Watson, Farley & Williams (New York) LLP
Attorneys for The National Bank of Pakistan.

By: _____
Alfred E. Yudes, Jr.
1133 Avenue of the Americas 11th Floor
New York, NY 10036
(212) 922-2214
(212) 922-1512 fax