UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,    Case Nos.  09-78585 (AST)
                                                   09-78584 (AST)
                                                   09-78589 (AST)
                                                   09-78586 (AST)
                                                   09-78587 (AST)
                                                   09-78588 (AST)
                                                   09-78590 (AST)
                            Debtors.
--------------------------------------------------------x

## ORDER GRANTING DEBTORS' FIRST
## OMNIBUS OBJECTION TO CLAIMS

Global Container Lines Ltd. ("Global") and Gilmore Shipping Corp. ("Gilmore"), two of the debtors and debtors-in-possession herein (the "Debtors"), having brought a First Omnibus Objection dated May 7, 2010, under 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure for an order expunging certain time-barred claims filed against them (the "Objection"); and

The Debtors having properly served the Objection on all claimants affected by the Objection at the addresses set forth in their respective proofs of claim, the Office of the United States Trustee for the Eastern District of New York, and counsel for the Creditors' Committee and all persons or entities who filed a Notice of Appearance; and

A reply to the Objection having been filed on June 6, 2010 (the "Reply") by Kristensons Petroleum, Inc. ("Kristensons") asserting that Claim No. 51 had been timely filed prior to the applicable bar date; and

A hearing having been held on June 9, 2010, with respect to the relief sought in the Objection and the Reply, and the Court having heard the arguments of all parties present at the

hearing; and

The Court having determined that good and proper notice of the relief sought in the Objection was made in accordance with the Bankruptcy Code and the Bankruptcy Rules and that cause exists to grant the relief sought in the Objection;

NOW, THEREFORE, in consideration of the foregoing, it is hereby ORDERED as follows:

1.     The following claims, all of which are included in Exhibit "B" to the Objection, be, and hereby are, expunged on the grounds that they are time-barred:

| CLAIMANT | DEBTOR | CLAIM NO. |
|---|---|---|
| Corrugated Sheets Ltd. | Global | 52 |
| Gulf Liners Shipping Agencies LLC | Global | 53 |
| Seven Seas Shiphandlers LLC | Gilmore | 19 |
| Trans Ethiopia PLC | Global | 54 |

2.     The Debtors objection to Kristenson's Claim No. 51 based on timeliness is withdrawn, however, nothing in this Order shall prevent the Debtors from filing additional objections, including, without limitation, objections as to the validity, amount, classification and status to Claim No. 51 of Kristensons.



**Dated: June 22, 2010**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**