UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                           Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,             Case Nos. 09-78585 (AST)
                                                           09-78584 (AST)
                                                           09-78589 (AST)
                                                           09-78586 (AST)
                                                           09-78587 (AST)
                                                           09-78588 (AST)
                                                           09-78590 (AST)

                    Debtors.
----------------------------------------------------------x

# ORDER PARTIALLY GRANTING DEBTORS'
# THIRD OMNIBUS OBJECTION TO CLAIMS

Global Container Lines, Ltd. ("Global"), GCL Shipping Corp. ("GCL"), Shiptrade, Inc. ("Shiptrade"), Gilmore Shipping Corp. ("Gilmore"), Global Prosperity, LLC ("Prosperity"), Global Progress, LLC ("Progress") and Redstone Shipping Corp. ("Redstone"), debtors and debtors-in-possession herein (collectively the "Debtors"), having brought a Third Omnibus Objection dated May 7, 2010, under 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure for an order expunging certain duplicative claims or claims filed against the wrong Debtors and/or allowing such claims against a different Debtor (the "Objection"); and

The Debtors having properly served the Objection on all claimants affected by the Objection at the addresses set forth in their respective proofs of claim, the Office of the United States Trustee for the Eastern District of New York, counsel for the Creditors' Committee and all persons or entities who filed a Notice of Appearance; and

On June 4, 2010, a response to the Objection was filed by counsel to Arthur J. Weiss (the "Response") seeking, among other things, to preserve Claim No. 6 filed by Weiss against Global Container Corp, Inc. and Claim No. 3 filed by Weiss against Shiptrade, Inc. (Claim No. 6 and

and together with Claim No. 3, the "Weiss Claims"); and

A hearing having been held on June 9, 2010, with respect to the relief sought in the Objection and the Response, and the Court having heard the arguments of all parties present at the hearing; and

The Court having determined that good and proper notice of the relief sought in the Objection was made in accordance with the Bankruptcy Code and the Bankruptcy Rules and that cause exists to grant the relief sought in the Objection;

NOW, THEREFORE, in consideration of the foregoing, it is hereby ORDERED as follows:

1.  The following claims, all of which are included in Exhibit "B" to the Objection, be, and hereby are, expunged on the grounds that they are filed against the wrong Debtor or otherwise duplicative:

| CREDITOR | DISALLOWED CLAIM(S) | ALLOWED CLAIM |
|---|---|---|
| Corrugated Sheets Ltd. | Global No. 52 | Prosperity No. 15 |
| DeWitt Stern, Imperatore, Ltd. | Global No. 31<br>Gilmore No. 14<br>Prosperity No. 11 | Progress No. 9 |
| Environmental Services Int'l. LLC | Gilmore No. 10 | Progress No. 6<br>Prosperity No. 7 |
| Gulf Oil Marine | Prosperity No. 1 | Prosperity No. 9 |

| CREDITOR | DISALLOWED CLAIM(S) | ALLOWED CLAIM |
|---|---|---|
| Hiller Systems Inc. | Global No. 16<br>GCL No. 2<br>Shiptrade No. 6<br>Gilmore No. 9<br>Progress No. 5<br>Prosperity No. 5 | Redstone No. 8 |
| Lilo Transport PLC | Prosperity No. 12 | Global No. 32 |
| Man Diesel SAS | Global No. 44<br>Shiptrade No. 8<br>Gilmore No. 17<br>Progress No. 13<br>Prosperity No. 17<br>GCL No. 5 | Redstone No. 11 |
| Man Diesel SAS | Gilmore No. 18<br>Progress No. 14 | Prosperity No. 18 |

2. The following claims, all of which were also included in Exhibit "B" to the Objection be, and hereby are, allowed against a different Debtor as set forth below:

| CREDITOR | DISALLOWED CLAIM(S) | ALLOWED CLAIM |
|---|---|---|
| Applied Weather Technology | GCL No. 3<br>Global No. 2 | Redstone |
| Saeed Marine | Global Nos. 34 and 35 | GCL |
| Saeed Marine | Global No. 36 | Redstone |
| Total U.A.E. LLC | Global Nos. 22 and 23 | GCL |

3. The hearing on the Objection and the Response regarding the Weiss Claims is adjourned until August 4, 2010 at 10:00 a.m.



**Dated: June 22, 2010**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**