# CULLENandDYKMANLLP

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

C. Nathan Dee
**Partner**
Direct Dial: (516) 357-3817
ndee@cullenanddykman.com

June 23, 2010

Via Electronic Mail and Regular Mail

Friedman, James & Buchsbaum LLP
Attn: John P. James, Esq.
132 Nassau Street
Suite 900
New York, NY 10038

      Re:     Global Container Lines Ltd. et al.
                Case No.: 09-78585 (AST)

Dear Mr. James:

Please be advised that the hearing on the Creditor, Arthur J. Weis's Response and/or Objection to the Notice of Third Omnibus Objection of Debtors Dated May 7, 2010 has been adjourned until August 4, 2010 at 10:00 a.m. before the Honorable Alan S. Trust in courtroom 960 located at the United States Bankruptcy Court, 290 Federal Plaza, Central Islip, New York 11772.

If you have any questions or concerns, please contact the undersigned.

Very truly yours,

C. Nathan Dee

CND/cr