UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                      Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,     Case Nos. 09-78585 (AST)
                                                                                                      09-78584 (AST)
                                                                                                      09-78589 (AST)
                                                                                                      09-78586 (AST)
                                                                                                      09-78587 (AST)
                                                                                                      09-78588 (AST)
                                                                                                      09-78590 (AST)

                                       Debtors.
----------------------------------------------------------x

**ORDER EXTENDING DEBTOR'S EXCLUSIVE
PERIOD TO FILE A PLAN OF REORGANIZATION
AND SOLICIT ACCEPTANCES PURSUANT
<u>TO 11 U.S.C. SECTION 1121(d)</u>**

Upon the application of Global Container Lines Ltd. and the Consolidated Debtors (collectively the "Debtors"), dated February 11, 2010, by its attorneys Cullen and Dykman LLP seeking an Order extending the Debtors exclusive period to file a Plan of Reorganization and solicit acceptances pursuant to 11 U.S.C. Section 1121(d) for a period of 120 days and the matter having come on to be heard before the Honorable Alan S. Trust, at which time the Debtor appeared by its attorneys Cullen and Dykman LLP, C. Nathan Dee, Esq., the Official Committee of Unsecured Creditors having appeared by counsel LaMonica, Herbst & Maniscalco LLP by Adam Wofse, Esq. and upon the record made at the hearing held on March 24, 2010, and after due deliberations having been had thereon, it is

ORDERED, that the Debtor's exclusive period to file a Plan of Reorganization and solicit acceptances pursuant to 11 U.S.C. § 1121(d) be, and hereby is, extended through and including July 10, 2010, and September 10, 2010, respectively.



**Dated: June 23, 2010**  
**Central Islip, New York**

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**