UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                      Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,        Case Nos. 09-78585 (AST)
                                                      09-78584 (AST)
                                                      09-78589 (AST)
                                                      09-78586 (AST)
                                                      09-78587 (AST)
                                                      09-78588 (AST)
                                                      09-78590 (AST)

                        Debtors.
----------------------------------------------------------x

**CONSENT ORDER APPROVING INTERIM FEE APPLICATIONS FOR
ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF
PROFESSIONALS FOR THE PERIOD FROM
NOVEMBER 9, 2009 THROUGH APRIL 30, 2010**

Upon the applications (the "Applications") of the professionals retained in the above captioned cases on behalf of Global Container Lines, Ltd. ("Global"), GCL Shipping Corp. ("GCL"), Shiptrade, Inc. ("Shiptrade"), Gilmore Shipping Corp. ("Gilmore"), Global Prosperity, LLC ("Prosperity"), Global Progress, LLC ("Progress") and Redstone Shipping Corp. ("Redstone"), debtors and debtors-in-possession in the above-captioned case (collectively the "Debtors") and/or the Official Committee of Unsecured Creditors of the Debtors for allowance of interim compensation for professional services rendered and reimbursement of expenses incurred for the period from November 9, 2009 through and including April 30, 2010 (the "Application Period"); and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 330 and 331; and due notice of the Applications having been provided to; (i) counsel for the Debtors' DIP lender National Bank of Pakistan; (ii) the Debtors' principals; (iii) all entities who have file a notice of appearance and request for service of pleadings pursuant to

Rule 2002 of the Federal Rules of Bankruptcy Procedure; and (iv) all other creditors and parties in interest in the Debtors' bankruptcy cases; and it appearing that the objection to the Applications by National Bank of Pakistan dated June 4, 2010 having been resolved, and it appearing that no further notice of the Applications is necessary; and upon the record made at the hearing on the Applications held before the Court on June 8, 2010, and after due deliberation and sufficient cause therefore, it is hereby:

**ORDERED**, that the Applications are granted and the fees and disbursements requested by the professionals in the Applications as set forth on Schedule A attached hereto are hereby awarded to the extent of the available carve out in the amount of $400,000 on an interim basis; and it is further

**ORDERED**, that the Debtors are authorized and directed, upon entry of the order to pay, subject to the availability of sufficient funds, the amounts requested by each respective professional as such amounts are further set forth on Schedule A attached hereto.

**Dated: June 25, 2010**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**

Read and Agreed to:

Cullen and Dykman, LLP

By: s/Matthew G. Roseman
    Matthew G. Roseman, Esq.

La Monica Herbst & Maniscalco, LLP

By: s/Adam Wofse_____
    Adam Wofse, Esq.

Farber, Blicht, Eyerman & Herzog, LLP

By: s/Steve Eyerman_____
    Steve Eyerman, Esq.

# EXHIBIT A

Case No. 09-78585 (AST) Jointly Administered

Case Name: Global Container Lines, et al.
Compensation Period: November 1, 2009 through April 30, 2010

| Applicant | Docket Number of Interim Application | Fee Requested | Expenses Request | Total Fees and Expenses Awarded |
|---|---|---|---|---|
| Cullen And Dykman LLP | 160 | $320,784.00 | $21,002.36 | $265,704.00 |
| Farber, Blicht, Eyerman & Herzog, LLP | 161 | $113,472.50 | $0.00 | $86,567.00 |
| LaMonica Herbst & Maniscalco, LLP | 164 | $58,405.00 | $510.38 | $47,729.00 |

                                                    TOTAL:      $400,000.00

June 25, 2010                                                 s/ Alan S. Trust
Dated                                                         Initials USBJ