CULLEN AND DYKMAN LLP
Attorneys for Reorganized Debtors
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x   Chapter 11
In re:

GLOBAL CONTAINER LINES LTD., et al.,

| Case Nos. | 09-78585 (AST) |
|---|---|
| | 09-78584 (AST) |
| | 09-78589 (AST) |
| | 09-78586 (AST) |
| | 09-78587 (AST) |
| | 09-78588 (AST) |
| | 09-78590 (AST) |

Debtors.
-----------------------------------------------------x

## NOTICE OF HEARING TO APPROVE DISCLOSURE STATEMENT
## AND FOR RELATED RELIEF

PLEASE TAKE NOTICE, that on August 16, 2010 at 3:00 p.m. (the "Hearing"), Global Container Lines, Ltd, debtor and debtor-in-possession herein (the "Debtor"), by its attorneys, Cullen and Dykman, LLP, will move this Court before the Honorable Alan S. Trust, United States Bankruptcy Judge, at the United States Bankruptcy Court for the Eastern District of New York, located at 271 Cadman Plaza East, Courtroom 2554 Brooklyn, New York, 11201 for entry of an order approving the Disclosure Statement dated July 9, 2010 pursuant to Section 1125 of the United States Bankruptcy Code (the "Disclosure Statement"), filed by the Debtor with respect to the Plan of Liquidation of the Debtor dated July 9, 2010 (the "Plan").

PLEASE TAKE FURTHER NOTICE, that at the Hearing, the Debtor will also request that the Court: (a) approve the procedures for voting upon the Plan as contained in the Disclosure Statement; (b) approve a ballot for voting upon the Plan; and (c) approve related relief.[1]

---

[1]     Any party in interest may obtain copies of the Plan and Disclosure Statement from the case file held by the Clerk of the Bankruptcy Court during regular business hours or from the undersigned counsel. Copies of the proposed order approving the Disclosure Statement and the proposed ballot for voting upon the Plan will be filed prior to the Hearing and can be obtained in the same manner.

PLEASE TAKE FURTHER NOTICE, that objections, if any, to the relief to be sought at the Hearing must: (a) be in writing; (b) state with particularity the grounds thereof, including any proposed language that the objectant believes satisfies such objection; (c) be filed with the Clerk of the Bankruptcy Court in accordance with the Standing General Order of the Bankruptcy Court for the Eastern District of New York, establishing procedures for electronic filing. Any responses or objections to the approval of the Disclosure Statement must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules for the Bankruptcy Court for the Eastern District of New York (the "Local Rules"), set forth the basis for the objection and the specific grounds therefor, and shall be filed with the Bankruptcy Court (with a courtesy copy delivered to chambers), and served upon: Cullen and Dykman, LLP, 100 Quentin Roosevelt Boulevard, Garden City, NY, 11530, Attention: Matthew G. Roseman, Esq. and C. Nathan Dee, Esq.; the Office of the United States Trustee, 560 Federal Plaza, Alfonse M. D'Amato Federal Court House, Central Islip, New York 11722, Attention: Stan Yang, Esq.; and counsel to the Creditors' Committee, LaMonica, Herbst & Maniscalco, 3505 Jerusalem Avenue Wantagh, New York 11793, Attention: Adam Wofse, Esq. and Gary Herbst, Esq., so as to be received on or before August 11, 2010, at 4:00 p.m.

PLEASE TAKE FURTHER NOTICE, that you need not appear at the Hearing if you do not object to the relief to be requested at the Hearing.

PLEASE TAKE FURTHER NOTICE, that the Hearing may be continued or adjourned from time to time without further notice other than by an announcement of the adjournment date at the Hearing.

Dated: New York, New York
      July 14, 2010

Cullen and Dykman LLP
Attorneys for the Debtor

By:   /s/  C. Nathan Dee
Matthew G. Roseman (MR 1387)
C. Nathan Dee (CD 9703)
100 Quentin Roosevelt Blvd.
Garden City, NY 11530
(516) 357-3700

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos. 09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)

                              Debtors.
---------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

        CYNTHIA ROBLES, being duly sworn, deposes and says:

        That she is over the age of 21 years, resides in Nassau County and is not a party to this
action.

        That on the 14th day of July 2010, she served the **Notice of Hearing to Approve
Disclosure Statement and For Related Relief**, via regular mail by depositing a true copy thereof
in a properly sealed wrapper in a depository maintained by United States Postal Service located
on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New
York 11530, addressed as follows:

                           **SEE ATTACHED SERVICE LIST**

        That being the address(es) designated on the latest papers served by them in this action.

                                                _____
                                                CYNTHIA ROBLES

Sworn to before me this
14th day of July, 2010

_____
Notary Public

EMILIA QUARTARARO
Notary Public, State of New York
No. 01QU5013232
Qualified in Nassau County
Commission Expires July 15, 20 11

Abdulkader Kordoughli
PO Box 1897
Lattakia, Syria

AND Group PLC
Tanners Bank
North Shields, Tyne and W
NE30 1JH United Kingdom

Applied Weather
Technology
158 Commercial Street
Sunnyvale, CA 94086

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Briarcliffe Limited
c/o Walkers SPV Limited
PO Box 908 GT
Grand Cayman, Cayman Is
George Town

Briarcliffe Ltd. Caterina
Akin, Gump, Straus, Hauer
590 Madison Avenue
attn. Heidi Liss
New York, NY 10022

C.R. Cushing & Co., Inc.
30 Vessey Street
7th Floor
New York, NY 10007

CAI
One Embarcadero Center
Suite 2101
San Francisco, CA 94111

Comet Shipping Nigeria Lt
c/o Michael J Carcich
Nicoletti, Hornig & Sweeney
88 Pine Street 7th Fl
New York, NY 10005

Consilium
PO Box 8018
SAIF Zone
Sharjah, UAE

Container Applications
Limited (CAI)
One Embarcadero Center
Suite 2102
San Francisco, CA 94111

Crew Wages-MV Caterina
c/o Engina Shipping
Liberia

Cux Parts
D-27607 Langen, Germany

Dan Bunkering ltd.
Strandvejen 5
PO Box 71
DK05500 Middelfart
Denmark

Descartes Systems(USA)LLC
Power Ferry Business Park
Suite 520 Building 500
2030 Powers Ferry Road SE
Atlanta, GA 30339

Dewitt Stern Imperatore
FD & D)
Harbourside Financial Ctr
Plaza Five Suite 1500
Jersey City, NJ 07311

Dr. A. Alizadeh
100 Quentin Roosevelt Blv
Garden City, NY 11530

Dr. N Paksima
100 Quentin Roosevelt Blv
Garden City, NY 11530

Elcome International
Dubai Investments Park
PO Box 1788
Dubai, UAE

GCL Shipping Corp.
100 Quentin Roosevelt Blv
Garden City, NY 11530

GE Seaco Charleston
215 East Bay Street
Suite 403-C
Charleston, SC 29401

Global Progress, LLC
100 Quentin Roosevelt Blv
Garden City, NY 11530

Global Prosperity, LLC
100 Quentin Roosevelt Blv
Garden City, NY 11530

Groupe Eyssautier
c/o Budd S.A. Marseille
7 Rue Bailli De Suffren
13001 Marseille, France

Hiller Systems, Inc.
PO Box 91508
Mobile, AL 36691

Intercargo Clearing and
Forwarding
Q. Asatique
Av. Des Payans
BP Bujumbura

Interpool Limited
211 College Road East
Princeton, NJ 08540

James J. Flanagan
Stevedores
595 Orleans
Suite 1500
Beaumont, TX 77701

Keraba and Bayo Freight
Transport
PO Box 2075
Addis Ababa, Ethiopia

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

Keybank National
Association
66 South Pearl Street
Albany, NY 12207

Legge Farrow Kimmit
McGrath & Brown
6363 Woodway
Suite 400
Houston, TX 77057

Lilo Transport P.L.C.
Bada Street House
No. 19-23
Asmara, Eritrea

Mercur International for
Development Co., Ltd.
Hameau de la Lanterne 2
B-7890 Wodecq/Belguim

Middle East Express
PO Box 622
Sharjah, UAE

Multistar Tank Leasing
Company LLC
18333 Egret Bay Boulevard
Suite 410
Houston, TX 77058

National Bank of Pakistan
100 Wall Street
New York, NY 10005

NCOS
For Logistic and Customs
Clearance Services
c/o Noureddin El Shaari
Benghazi/Libya

Nicoletti Hornig &
Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005

Potomac Maritime
1729 Wisconsin Avenue
2nd Floor
Washington, DC 20007

Rennie Shipd Agency (Pty)
Rennie House
41 Margaret Mncadi Avenue
Esplanade, Durbain 4001
South Africa

Rhine Marine
PO Box 86710
Dubai, UAE

Saeed Marine
PO Box 50636
Dubai, UAE

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103

Sea Pride Enterprises
Comboni Street
PO Box 76
Port Sudan, Sudan

Seacastle Container
Leasing LLC
1 Maynard Drive
Park Ridge, NJ 07656

Seven Sea Shipchandlers
PO Box 5592
Dubai, UAE

Shiptrade, Inc.
100 Quentin Roosevelt Blv
Garden City, NY 11530

Sigma Paints
PO Box 52781
Dubai, UAE

Spedag East Africa Ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland

Stratos
Xantic Sales B.V.
34 Harvey Road
PO Box 5754
St. Johns, CA

Syed Amjad Hussain & Co
12, Cour chambers
Syedna Tahir Saifuddin Rd
Karachi, OK 74200

TAL International
Container Corp.
100 Manhattanville Road
Purchase, NY 10577-2135

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

Tencarva Machinery Co.
Jay A Press P.C.
115 Broad Hollow Road
Suite 350
Melville, NY 11747

Textainer Equipment
Management (US) Limited
650 California Street
San Francisco, CA 94108

Thocomar Shipping Senegal
1 Rue Parent
B.P. 1781 Daker
Senegal

Tosi Maritime Consultants
PO Box 5488
Washington, DC 20016

Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577

Triton Container
International Limited
c/o Peter Frankel
55 Green Street
San Francisco, CA 94111

TSG Technical Services
2215 M Street Northwest
Washington, DC 20037

U.S. Department of
Homeland Security
1430 A Kristina Way
Chesapeake, VA 23326

Uni Global Business
Bangladesh
Taher Tower 9th Floor
Circle 2
Dhaka-1212

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

US Customs and Border
Protection
PO Box 70946
Charlotte, NC 28272

W.K. Webster & Co Ltd.
Christopher House
Station Road
Sidcup, Kent DA15 7BS
United Kingdom

World Food Program
Via Cesare Giulio Viola
Parco de'Medici
00148 Rome Italy

Legge Farrow Kimmit McGrath & Brown, LLP
6363 Woodway
Suite 400
Houston, TX 77057-1714

Arthur J. Weis
c/o: Friedman, James & Buchsbaum LLP
Attn: John P. James, Esq.
132 Nassau Street/Ste. 900
New York, NY 10038

Spedag East Africa Ltd.
c/o Samuel C. Coluzzi, Esq.
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801

Delta Marine Services
7, Panama & Elgomhoria St.
Attn. Mr. Ahmed Rezik
Port Said Egypt 0020127909998

Main Industries, Inc.
107 E Street
Hampton VA 23661

Alatas Middle East
Jebel Ali Free Zone-South
PO Box 263007
Dubai, UAE

Alatas Singapore PTE Ltd.
10 Toh Guan Road
#05-03, T.T. Int'l Tradepark
Singapore 608838

Seair Global Logistics LLC
Office #204, Al Ketbi Building
Next to Capitol Hotel, Al Mina Rd.
P.O. Box 34225
DUBAI - United Arab Emitrates
Attn: Mr. Johnson Fernandes

TOTAL U.A.E. LLC
Al Masaood Tower
7th Floor, POB 14871
Dubai-United Arab Emirates
Attn: Mr. Phillippe Cabus

Crescent Towing
1240 Patterson St
New Orleans, LA 70114

DNV Petroleum Services, Inc.
318 N. 16th Street
La Porte TC 77571

Ulsoy Mrti Roro Isletmeleri A.S.
c/o Lennon Murphy & Lennon, LLC
2425 Post Road, Suite 302
Southport CT 06890

Logwin Air & Ocean Middle East LLC
PO Box 119796
Al Mussala Tower 9# 901
Dubai, UAE

Atabhai Chowk, bhavnagar
(Gujarat) INDIA

Pioneer Diesels
2135/B Suramya Park

Corrugated Sheets Ltd
c/o Hill Rivkins LLP
45 Broadway, Suite 1500
New York, NY 10006

Goltens Co., Ltd.
Dubai Branch
PO Box 2811-Shed #3
Jaddaf Shipdocking Yard
Dubai, UAE

Gulf Liners Shipping Agencies LLC
PO Box 3274
Offices Land Building
Suite 201
Karama
Dubai, UAE

United States Attorney's Office
Eastern District of New York
Attention: Long Island Bankruptcy Processing
610 Federal Plaza
5th Floor
Central Islip, NY 11722

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126
Philadelphia, PA 19114

Office of Attorney General
120 Broadway
New York City, NY 10271-0332

Mcallister Towing &
Transportation Company
c/o J. Stephen Simms
Simms Showers LLP
20 South Charles Street
Suite 702
Baltimore, Maryland 21202

Kristensons Petroleum Inc.
Attn: Rob Atkinson
128 Broad Street
Red Bank, NJ 07701

MAN Diesel SAS
Avenue De Chatonay (Porte 7)
B.P. 427 44615
Saint Nazaire Cedex
France

NYS Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany, New York 12205-5300

US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715

Michael J Carcich, Esq.
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street 7th Fl
New York, NY 10005

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, New York 11242

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

Watson Farley & Williams LLP
Attn: Alfred E. Yudes, Jr.
1133 Avenue of Americas
11th Floor
New York, New York 10036

Vedder Price, P.C.
Attn: Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Adam P. Wofse, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

John P. James, Esq.
Friedman, James & Buchsbaum LLP
132 Nassau Street
Suite 900
New York, New York 10038

Oscar E. Sanchez, Esq.
Oscar Sanchez and Associates, P.A.
701 Brickell Key Boulevard
Suite CU-1
Miami, Florida 33131-2675

Securities and Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
Attn: John Murray
New York, NY 10279