

**SEAIR GLOBAL LOGISTICS**
Limited Liability Company

To:

United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza, Central Islip,
New York 11722-9013

Kind Attention: Mr. Robert A. Gavin Jr.
                Clerk, U.S. Bankruptcy Court.

4rd August, 2010.

Dear Sir,

Re: 1.  Notice Of Hearing To Approve Disclosure Statement And For Related Relief.

2.  Notice Of Hearing On Debtor's Motion To Dismiss The Bankruptcy Cases Of Global Progress L.L.C., Global Prosperity L.L.C., Redstone Shipping Corp., GCL Shipping Corp. And Shiptrade, Inc.

With reference to the Cases filed under Chapter 11 before the Honorable Court vide Case Nos.: 09-78584 (AST), 78585 (AST), 78586 (AST), 78587 (AST), 78588 (AST), 78589 (AST) and 78590 (AST), we object to the Motion To Dismiss Certain Of The Debtor's Bankruptcy Cases.

Attached is a copy of the letter dated 28th February, 2010 wherein we had filed the Proof of Claim for the total amount of USD 13,934.57 which was payable to us by Gulf Liner Shipping Agencies L.L.C. (Agents for Global Containers Lines Ltd., et al) based in Dubai – U.A.E.

There was no proper response from the Debtor's, even after sending them several reminders for payment.

We are still waiting for a copy of the Debtor's Plan and Disclosure Statement from Cullen and Dykman LLP (Attorneys for the Debtor) despite a written request for the same.

We now humbly seek relief from the Honorable Judge in securing our payment from the Debtor's who have been using the Cases filed before the Honorable Court as a pretext to avoid making payment to us.

Thanking you for your co-operation, we remain,

Sincerely yours,
For SEAIR GLOBAL LOGISTICS L.L.C.

Yasmeen S. Fernandes
Partner

**NEW CONTACT NUMBERS:**
TEL: +971-4-3454996
FAX: +971-4-3454997

Continued: Page...2....

a member of
Dubai Maritime City Authority

سي اير جلوبال لوجستكس (ذ.م.م)
P.O.Box: 34225, Dubai, United Arab Emirates
T: +9714 397 0080  F: +9714 397 0660
E: info@seairglobal.com / info@seair.ae
W: www.seairglobal.com



Encl.: As stated above.

Copy to: Cullen and Dykman LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Attn: C. Nathan Dee, ESQ.



NEW CONTACT NUMBERS:
TEL: +971-4-3454996
FAX: +971-4-3454997

سي اير جلوبال لوجستكس (ذ.م.م)

P.O.Box: 34225, Dubai, United Arab Emirates
T: +9714 397 0080  F: +9714 397 0660
E: info@seairglobal.com / info@seair.ae

member of
Dubai Maritime City Authority





**SEAIR**
GLOBAL LOGISTICS
Limited Liability Company

To:

United States Bankruptcy Court
Alfonse M. D'Amato U.S. Courthouse
290 Federal Plaza, Central Islip,
New York 11722-9013
U.S.A.

Kind Attention: Mr. Robert A. Gavin, Jr.
Clerk, U.S. Bankruptcy Court.

28th February, 2010.

Dear Sir,

Subject: Filing of Proof of Claim.

We are a freight forwarding company based in the United Arab Emirates with offices in Dubai. We used to handle the urgent airfreight shipments of "SHIP"S SPARES" for Gulf Liner Shipping Agencies L.L.C. (Agents for Global Container Lines Ltd., et al) based in Dubai – U.A.E.

We had been informed by Gulf Liner Shipping Agencies L.L.C. that Global Container Lines Ltd., et al, had filed for Bankruptcy under Chapter 11.

We now wish to file the Proof of Claim with the honorable court for recovering our dues.

We have been informed that the Vessel MV Global Precision has been sold and we object to any settlement which does not take into account payment of our dues.

Enclosed for your kind attention are the following 2 Proof of Claim's along with copies of the Invoices and back-up documents:

Contd. Page ...2....

NEW CONTACT NUMBERS:
TEL: +971-4-3454996
FAX: +971-4-3454997

سي اير جلوبال لوجستكس (ذ.م.م)
P.O.Box: 34225, Dubai, United Arab Emirates
T: +9714 397 0080  F: +9714 397 0660
E: info@seairglobal.com / info@seair.ae
W: www.seairglobal.com

a member of
Dubai Maritime City Authority



**SEAIR**
**GLOBAL LOGISTICS**
Limited Liability Company

--- 2 ---

| Sr. Nos.: | Name of Debtor: | Case Number: | Amount of Claim in USD: |
|---|---|---|---|
| 1. | Global Container Lines Ltd. | 8-09-78585-AST | 13084.84 |
| 2. | Gilmore Shipping Corp. | 8-09-78587-AST | 849.73 |

**The total amount payable to us is USD 13,934.57.**

We have enclosed 2 sets of the 2 Proof of Claim's documents. We request you to kindly stamp and return 1 set for our records to the following address:

SEAIR GLOBAL LOGISTICS L.L.C.
OFFICE # 204, AL KETBI BUILDING
NEXT TO CAPITOL HOTEL, AL MINA ROAD
P.O. BOX 34225, DUBAI – UNITED ARAB EMIRATES
ATTN: MR. JOHNSON FERNANDES
TEL: +9714-3454996
FAX: +9714-3454997

Thanking you for your co-operation, we remain,

Yours sincerely,
For Seair Global Logistics L.L.C.

Johnson Fernandes
Managing Director

**Encl.: As stated above.**

Copy to: 1. Cullen and Dykman, LLP.
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Attn: C. Nathan Dee, ESQ.

2. Global Partner Alliance, Inc.
703 Foster Avenue
Bensenville, IL 60106
Attn: Jakub Ligeza

**NEW CONTACT NUMBERS:**
**TEL: +971-4-3454996**
**FAX: +971-4-3454997**

سي اير جلوبال لوجستكس (ذ.م.م)

P.O.Box: 34225, Dubai, United Arab Emirates
T: +9714 397 0080  F: +9714 397 0660
E: info@seairglobal.com / info@seair.ae
W: www.seairglobal.com

a member of
Dubai Maritime City Authority