UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,        Case Nos.  09-78585 (AST)
                                                       09-78584 (AST)
                                                       09-78589 (AST)
                                                       09-78586 (AST)
                                                       09-78587 (AST)
                                                       09-78588 (AST)
                                                       09-78590 (AST)

                                   Debtors.
--------------------------------------------------------------x

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF NASSAU         )

        CYNTHIA ROBLES, being duly sworn, deposes and says:

        That she is over the age of 21 years, resides in Nassau County and is not a party to this
action.

        That on the 19th day of August, 2010 she served the Following documents:

1.      Letter from Creditor Committee dated August 18, 2010;

2.      Notice of Approval of Second Amended Disclosure Statement and of Hearing on
        Confirmation of Second Amended Plan of Reorganization

3.      Order (a) Approving Second Amended Disclosure Statement and Form of Ballot;
        (b) Scheduling Hearing on Confirmation of Second Amended Plan or Reorganization and
        Establishing a Deadline and Procedures for Filing Objections thereto; (c) Establishing
        Voting Procedures and Deadline for Submission of Ballots; (d) Approving Form of
        Notice; and (e) Granting Related Relief;

4.      Ballot Accepting or Rejecting Second Amended Plan of Reorganization;

5.      Debtor's Second Amended Chapter 11 Plan of Reorganization;

6.      Second Amended Disclosure Statement for Debtors Second Amended Chapter 11
        Plan of Reorganization.

via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

**SEE ATTACHED SERVICE LIST**

That being the address(es) designated on the latest papers served by them in this action.

_____
CYNTHIA ROBLES

Sworn to before me this
19th day of August, 2010.

_____
Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/

2

Abdulkader
Kordoughli
PO Box 1897
Lattakia, Syria

AND Group PLC
Tanners Bank
North Shields, Tyne and W
NE30 1JH United Kingdom

Applied Weather
Technology
158 Commercial Street
Sunnyvale, CA 94086

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Briarcliffe Limited
c/o Walkers SPV Limited
PO Box 908 GT
Grand Cayman, Cayman Is
George Town

Briarcliffe Ltd. Caterina
Akin, Gump, Straus, Hauer
590 Madison Avenue
attn. Heidi Liss
New York, NY 10022

C.R. Cushing & Co., Inc.
30 Vessey Street
7th Floor
New York, NY 10007

CAI
One Embarcadero Center
Suite 2101
San Francisco, CA 94111

Comet Shipping Nigeria Lt
c/o Michael J Carcich
Nicoletti, Hornig & Sweeney
88 Pine Street 7th Fl
New York, NY 10005

Consilium
PO Box 8018
SAIF Zone
Sharjah, UAE

Container Applications
Limited (CAI)
One Embarcadero Center
Suite 2102
San Francisco, CA 94111

Crew Wages-MV Caterina
c/o Engina Shipping
Liberia

Cux Parts
D-27607 Langen, Germany

Dan Bunkering ltd.
Strandvejen 5
PO Box 71
DK05500 Middelfart
Denmark

Descartes Systems(USA)LLC
Power Ferry Business Park
Suite 520 Building 500
2030 Powers Ferry Road SE
Atlanta, GA 30339

Dewitt Stern Imperatore
FD & D)
Harbourside Financial Ctr
Plaza Five Suite 1500
Jersey City, NJ 07311

Dr. A. Alizadeh
100 Quentin Roosevelt Blv
Garden City, NY 11530

Dr. N Paksima
100 Quentin Roosevelt Blv
Garden City, NY 11530

Elcome International
Dubai Investments Park
PO Box 1788
Dubai, UAE

GCL Shipping Corp.
100 Quentin Roosevelt Blv
Garden City, NY 11530

Global Progress, LLC
100 Quentin Roosevelt Blv
Garden City, NY 11530

Global Prosperity, LLC
100 Quentin Roosevelt Blv
Garden City, NY 11530

Hiller Systems, Inc.
PO Box 91508
Mobile, AL 36691

Interpool Limited
211 College Road East
Princeton, NJ 08540

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

Keybank National
Association
66 South Pearl Street
Albany, NY 12207

Legge Farrow Kimmit
McGrath & Brown
6363 Woodway
Suite 400
Houston, TX 77057

Lilo Transport P.L.C.
Bada Street House
No. 19-23
Asmara, Eritrea

Middle East Express
PO Box 622
Sharjah, UAE

Multistar Tank Leasing
Company LLC
18333 Egret Bay Boulevard
Suite 410
Houston, TX 77058

National Bank of Pakistan
100 Wall Street
New York, NY 10005

NCOS
For Logistic and Customs
Clearance Services
c/o Noureddin El Shaari
Benghazi/Libya

Nicoletti Hornig &
Sweeney
Wall Street Plaza
88 Pine Street, 7th Floor
New York, NY 10005

Potomac Maritime
1729 Wisconsin Avenue
2nd Floor
Washington, DC 20007

Rhine Marine
PO Box 86710
Dubai, UAE

Saeed Marine
PO Box 50636
Dubai, UAE

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103

Sea Pride Enterprises
Comboni Street
PO Box 76
Port Sudan, Sudan

Seacastle Container
Leasing LLC
1 Maynard Drive
Park Ridge, NJ 07656

Seven Sea Shipchandlers
PO Box 5592
Dubai, UAE

Shiptrade, Inc.
100 Quentin Roosevelt Blv
Garden City, NY 11530

Sigma Paints
PO Box 52781
Dubai, UAE

Spedag East Africa Ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland

Stratos
Xantic Sales B.V.
34 Harvey Road
PO Box 5754
St. Johns, CA

Syed Amjad Hussain & Co
12, Cour chambers
Syedna Tahir Saifuddin Rd
Karachi, OK 74200

TAL International
Container Corp.
100 Manhattanville Road
Purchase, NY 10577-2135

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

Tencarva Machinery Co.
Jay A Press P.C.
115 Broad Hollow Road
Suite 350
Melville, NY 11747

Textainer Equipment
Management (US) Limited
650 California Street
San Francisco, CA 94108

Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577

Triton Container
International Limited
55 Green Street
San Francisco, CA 94111

TSG Technical Services
2215 M Street Northwest
Washington, DC 20037

U.S. Department of
Homeland Security
1430 A Kristina Way
Chesapeake, VA 23326

Uni Global Business
Bangladesh
Taher Tower 9th Floor
Circle 2
Dhaka-1212

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

US Customs and Border
Protection
PO Box 70946
Charlotte, NC 28272

W.K. Webster & Co Ltd.
Christopher House
Station Road
Sidcup, Kent DA15 7BS
United Kingdom

Legge Farrow Kimmit McGrath & Brown, LLP
6363 Woodway
Suite 400
Houston, TX 77057-1714

Spedag East Africa Ltd.
c/o Samuel C. Coluzzi, Esq.
NICOLETTI HORNIG & SWEENEY
Wall Street Plaza
88 Pine Street, 7th Floor
New York, New York 10005-1801

Delta Marine Services
7, Panama & Elgomhoria St.
Attn. Mr. Ahmed Rezik
Port Said Egypt 0020127909998

Main Industries, Inc.
107 E Street
Hampton VA 23661

Alatas Middle East
Jebel Ali Free Zone-South
PO Box 263007
Dubai, UAE

Alatas Singapore PTE Ltd.
10 Toh Guan Road
#05-03, T.T. Int'l Tradepark
Singapore 608838

Seair Global Logistics LLC
Office #204, Al Ketbi Building
Next to Capitol Hotel, Al Mina Rd.
P.O. Box 34225
DUBAI - United Arab Emitrates
Attn: Mr. Johnson Fernandes

TOTAL U.A.E. LLC
Al Masaood Tower
7th Floor, POB 14871
Dubai-United Arab Emirates
Attn: Mr. Phillippe Cabus

Crescent Towing
1240 Patterson St
New Orleans, LA 70114

DNV Petroleum Services, Inc.
318 N. 16th Street
La Porte TC 77571

Ulsoy Mrti Roro Isletmeleri A.S.
c/o Lennon Murphy & Lennon, LLC
2425 Post Road, Suite 302
Southport CT 06890

Logwin Air & Ocean Middle East LLC
PO Box 119796
Al Mussala Tower 9# 901
Dubai, UAE

Pioneer Diesels
2135/B Suramya Park
Atabhai Chowk, bhavnagar
(Gujarat) INDIA

Corrugated Sheets Ltd
c/o Hill Rivkins LLP
45 Broadway, Suite 1500
New York, NY 10006

Mcallister Towing &
Transportation Company
c/o J. Stephen Simms
Simms Showers LLP
20 South Charles Street
Suite 702
Baltimore, Maryland 21202

Goltens Co., Ltd.
Dubai Branch
PO Box 2811-Shed #3
Jaddaf Shipdocking Yard
Dubai, UAE

Kristensons Petroleum Inc.
Attn: Rob Atkinson
128 Broad Street
Red Bank, NJ 07701

Gulf Liners Shipping Agencies LLC
PO Box 3274
Offices Land Building
Suite 201
Karama
Dubai, UAE

MAN Diesel SAS
Avenue De Chatonay (Porte 7)
B.P. 427 44615
Saint Nazaire Cedex
France

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126
Philadelphia, PA 19114

NYS Department of Taxation and
Finance
Bankruptcy Unit
PO Box 5300
Albany, New York 12205-5300

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Alba Petroleum
Tangana Road/Mbaraki
Creek
PO Box 97155
Mombasa, Kenya

Fal Energy Co., Inc.
PO Box 6600 Sharjah
United Arab Emirates

K Hashim
PO Box 5216
Sharjah, UAE

Tile Marine
PO Box 33296
Dubai, UAE

Merrill Marine Services
7909 Big Bend Boulevard
Saint Louis, MO 63119

ABB Inc.
11600 Miramar Pkwy
Hollywood, FL 33025

American Diesel & Ship
Repairs, Inc.
604 Time Save Avenue
New Orleans, LA 70123

CG International, Inc.
1958 Westfield Avenue
Scotch Plains, NJ 07076

Coleman Supply Company
989 Morrison Drive
PO Box 21818
Charleston, SC 29403

Crescent Towing & Salvage
Co., Inc.
PO Box 2704
Savannah, GA 31401

Detyens
1670 Dryrock Avenue
Building 236
Suite 200
North Charleston, SC 29405

Dormac(Pty) Ltd.
1 Belfast Road
PO Box 12568
Burban, South Africa

Gulf and Continental
Bunker Fuels Co., Ltd.
PO Box 18068
Jebel Ali, Dubai
United Arab Emirates

IMS International Ltd.
2881 East Oakland Park Boulevard
Suite 215
Fort Lauderdale, Florida 33306

Interocean
Ecffelon Plaza
302 Harper Drive
Suite 200
Moorestown, NJ 08057

Kristensons-Petroleum Inc
128 Broad Street
2nd Floor
Red Bank, NJ 07701

Main Industries, Inc.
107 E. Street
Hampton, VA 23661

Man Diesel S.A.S.
Avenue de Catonay(port 7)
BP 427
44615 Saint-Nazaire Cedex
France

Precision Solutions
Incorporated
34 Village Street
Manchester, CT 06040-6532

Southern Elevator Company
130 O'Connor Street
PO Box 36006
Greensboro, NC 27416

Washington International
US Customs Ins. Company
1200 Arlington Heights Rd
Suite 400
Itasca, IL 60143

Westfalia Separator Inc.
PO Box 12042
Newark, NJ 07101

Worldwide Diesel Power
732 Parker Street
Jacksonville, FL 32202

Blue Sea Capital
62 Southfeld Avenue
Building 2 Suite 214
Stamford, CT 06902

Briarcliffe Ltd.
Akin, Gump, Straus, Hauer & Feld LLC
Attn. Heidi Liss, Esq.
1 Bryant Park
New York, NY 10036-6715

Comet Shipping Nigeria Lt
c/o Michael J Carcich, Esq.
Wall Street Plaza
88 Pine Street 7th Fl
New York, NY 10005

Dr. A. Alizadeh
100 Quentin Roosevelt Blv
Garden City, NY 11530

Keybank Equipment Finance
66 South Pearl Street
Albany, NY 12207

SDV Ghan Limited
c/o Weber Gallagher
Simpson Stapleon Fires &
2000 Market St. 13 Fl.
Philadelphia, PA 19103

Tanzania Road Haulage
PO Box 21493
Nelson Mandela Expressway
Dar Es Salaam, Tanzania

Textainer Equipment Management (U.S.)
650 California Street
16th Floor
San Francisco, CA 94108

Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577

TSG Technical Services
2215 M Street Northwest
Washington, DC 20037

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

ISB Internat'l Shipping
Bureau
PO Box 14751
Dubai, UAE

Middle East Express
PO Box 622
Sharjah, UAE

Noble Denton
PO Box 12541
Dubai, UAE

Citibank
Business Bank Loan Ops
100 Citibank Drive
San Antonio, TX 48029

GalBraith's, Ltd.
124-126 Borough High St.
London, Se11 BL

Griffin Partner Travel AS
Fr. Nansens plass 8
Oslo 0160 Norway

Shipnet
53 Water Street
Norwalk, CT 06854

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07311-4097

Spedag East Africa, ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, New York 11242

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

Watson Farley & Williams LLP
Attn: Alfred E. Yudes, Jr.
1133 Avenue of Americas
11th Floor
New York, New York 10036

Vedder Price, P.C.
Attn: Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Michael J Carcich, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Adam P. Wofse, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

United States Attorney's Office
Eastern District of New York
Attention: Long Island Bankruptcy
Processing
610 Federal Plaza
5th Floor
Central Islip, NY 11722

Oscar E. Sanchez, Esq.
Oscar Sanchez and Associates, P.A.
701 Brickell Key Boulevard
Suite CU-1
Miami, Florida 33131-2675

Gilbert B. Weisman, Esq.
Becket & Lee, LLP
POB 3001
Malverne, PA 19355-0701

Securities and Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
Attn: John Murray
New York, NY 10279

updated: August 19, 2010