UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,          Case Nos. 09-78585 (AST)
                                                                         09-78584 (AST)
                                                                         09-78589 (AST)
                                                                         09-78586 (AST)
                                                                         09-78587 (AST)
                                                                         09-78588 (AST)
                                                                         09-78590 (AST)

                                Debtors.
-----------------------------------------------------------x

## AMENDED AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                         ) ss.:
COUNTY OF NASSAU   )

       JANET S. UMPHRED, being duly sworn, deposes and says:

       That she is over the age of 21 years, resides in Suffolk County and is not a party to this action.

       That on the 20th day of August, 2010 she served the following documents:

1. Letter from Creditor Committee dated August 18, 2010;

2. Notice of Approval of Second Amended Disclosure Statement and of Hearing on Confirmation of Second Amended Plan of Reorganization

3. Order (a) Approving Second Amended Disclosure Statement and Form of Ballot; (b) Scheduling Hearing on Confirmation of Second Amended Plan or Reorganization and Establishing a Deadline and Procedures for Filing Objections thereto; (c) Establishing Voting Procedures and Deadline for Submission of Ballots; (d) Approving Form of Notice; and (e) Granting Related Relief;

4. Ballot Accepting or Rejecting Second Amended Plan of Reorganization;

5. Debtor's Second Amended Chapter 11 Plan of Reorganization;

6. Second Amended Disclosure Statement for Debtors Second Amended Chapter 11 Plan of Reorganization.

via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

Dewitt Stern Imperatore
PI Insurance
Harbourside Financial Ctr
Jersey City, New Jersey  07311

Dewitt Stern Imperatore
Container Insurance
Harbourside Financial Ctr
Plaza Five Suite 1500
Jersey City, New Jersey  07311

Dewitt Stern Imperatore
(H&M)
Harbourside Financial Cr.
Plaza Five Suite 1500
Jersey City, New Jersey  07311

Arthur J. Weiss
c/o Friedman, James & Buchsbaum LLP
Attn: John P. James, Esq.
132 Nassau Street/Ste. 900
New York, New York  10038

DNV Petroleum Services, Inc.
318 N. 16th Street
La Porte TX 77571

That being the address(es) designated on the latest papers served by them in this action.

JANET S. UMPHRED

Sworn to before me this
20th day of August, 2010.

Notary Public

EMILIA QUARTARARO
Notary Public, State of New York
No. 01QU5013232
Qualified in Nassau County
Commission Expires July 15, 2011