

**McAllister Towing of Charleston, Inc.**

1120 NORTH POINT DR
CHARLESTON, SC  29405
scarden@mcallistertowing.com

(212)269-3200         Fax    (212)908-9383

Wire Transfer Advice
Bank of America ABA 026009593
135 S LaSalle St
Chicago, IL  60603
A/C McAllister Towing Acct# 5800092487
Notify: payment@mcallistertowing.com
Remittance Address
MCALLISTER TOWING
3931 Paysphere Circle
Chicago, IL  60674

| | | |
|---|---|---|
| M/V GLOBAL PATRIOT<br>GLOBAL CONTAINER LINES LTD.<br>%SS&Y, LLOYDS CHAMBERS<br>1 PORTSOKEN ST.,8TH FL.<br>LONDON E1 8PH, ENGLAND | And/Or Owners | Date: 09/12/2008<br>Invoice No: 4710228<br>Account #: 122063<br>Job #: 47335643<br>Terms: Net 30 Unless Stated Otherwise<br>Net Amount: **$4,629.05** |

**Port** Charleston                                **NRT** 9364

| Tug Services | Started | From | To | Ended | Zone |
|---|---|---|---|---|---|
| L SEABROOK, DOROTHY McALLISTER | | | | | Zone 3 |
| Sailing | 09/11/2008 | Pier Zulu NS | Stream | | |

| Charges | | Rate | Amount | Disc | Less | Net Amount |
|---|---|---|---|---|---|---|
| Docking or sailing, Zone 003, 0-100000 DWT | 9364.00 | 0.2570 | $2,406.55 | .200 | $481.31 | $1,925.24 |
| Overtime | 2.00 | 293.0000 | $586.00 | .200 | $117.20 | $468.80 |
| Fuel Surcharge | 1925.24 | 1.1609 | $2,235.01 | | | $2,235.01 |
| | | | $5,227.56 | | | **$4,629.05** |

Please Pay this Amount

**Please refer to our invoice numbers with your remittance**
Past Due Accounts Subject to 1.5% Interest per Month

LIMITATION OF LIABILITY: The furnishing of any service or anything done in connection therewith, shall not be construed to be or to give rise to a personal contract, and it is understood that we and any tugs we may furnish, and their owners, charterers, operators, managers and agents, shall have the benefit of all exemptions from, and limitation of liability to which an owner of a vessel is entitled, under the Limitation of Liability Statutes of the United States. We warrant the exercise of reasonable care in the performance of all tug services, but make no other warranty express or implied.

PILOTAGE: We do not furnish pilots or pilotage to vessels making use of or having available their own propelling power, so that whenever any licensed pilot, or a captain of any tug which is furnished to or is engaged in the service of assisting a vessel making use of or having available her own propelling power, participates in directing the navigation of such vessel, or in directing the assisting tugs, from on board such vessel or from elsewhere, it is agreed that he becomes the borrowed servant of the vessel assisted and her owner and operator, for all purposes and in every respect, his services while so engaged being the work of the vessel assisted, her owner and operator, and being subject to the exclusive supervision and control of the vessel's personnel. Any such service performed by any such person is beyond the scope of his employment for us and neither those furnishing the tugs or lending any such person, nor the tugs, their owners, agents, charterers, operators or managers shall be liable for any act or omission of any such person. The provisions of this paragraph may not be changed or modified in any manner whatsoever except by written instrument signed by an officer of this company.

With respect to vessels that are not owned by the person or company ordering the tug service, it is understood and agreed that such person or company warrants that it has authority to bind the vessel owner to all the provisions of the preceding paragraphs, and agrees to indemnify and hold us harmless, and also those furnishing the tugs, their owners, agents, charterers, operators and managers, from all damages and expenses that may be sustained or incurred in the event and in consequence of such person or company not having such authority.

Vendors and subcontractors are hereby notified that they may be subject to the provisions of 41 C.F.R. Section 60-1.4, 41 C.F.R. Section 60-250.5, and 41 C.F.R. Section 60-741.5 with respect to affirmative action program and plan requirements pursuant to Executive Order 11246, as amended, Rehabilitation Act of 1973, and the Vietnam Era Veteran's Readjustment Assistance Act of 1974, which are incorporated herein by reference.



**McAllister Towing of Charleston, Inc.**

1120 NORTH POINT DR
CHARLESTON, SC 29405
scarden@mcallistertowing.com

(212)269-3200    Fax    (212)908-9383

Wire Transfer Advice
Bank of America ABA 026009593
135 S LaSalle St
Chicago, IL 60603
A/C McAllister Towing Acct# 5800092487
Notify: payment@mcallistertowing.com
Remittance Address
MCALLISTER TOWING
3931 Paysphere Circle
Chicago, IL 60674

| | | |
|---|---|---|
| M/V GLOBAL PATRIOT<br>GLOBAL CONTAINER LINES LTD.<br>%SS&Y,LLOYDS CHAMBERS<br>1 PORTSOKEN ST.,8TH FL.<br>LONDON E1 8PH,ENGLAND | And/Or Owners | Date: 09/12/2008<br>Invoice No: 4710229<br>Account #: 122063<br>Job #: 47335670<br>Terms: Net 30 Unless Stated Otherwise<br>Net Amount: **$4,226.72** |

| Port | Charleston | NRT 9364 |
|---|---|---|

| Tug Services | Started | From | To | Ended | Zone |
|---|---|---|---|---|---|
| L SEABROOK, DOROTHY McALLISTER | | | | | |
| Escorting | 09/11/2008 | Stream | JETTIES | | |

| Charges | Rate | Amount | Disc | Less | Net Amount |
|---|---|---|---|---|---|
| Escort Charges | 5.00   489.0000 | $2,445.00 | .200 | $489.00 | $1,956.00 |
| Fuel Surcharge | 1956.00   1.1609 | $2,270.72 | | | $2,270.72 |
| | | $4,715.72 | | | **$4,226.72** |
| | | | | | Please Pay this Amount |

**Please refer to our invoice numbers with your remittance**
Past Due Accounts Subject to 1.5% Interest per Month

LIMITATION OF LIABILITY: The furnishing of any service or anything done in connection therewith, shall not be construed to be or to give rise to a personal contract, and it is understood that we and any tugs we may furnish, and their owners, charterers, operators, managers and agents, shall have the benefit of all exemptions from, and limitation of liability to which an owner of a vessel is entitled, under the Limitation of Liability Statutes of the United States. We warrant the exercise of reasonable care in the performance of all tug services, but make no other warranty express or implied.

PILOTAGE: We do not furnish pilots or pilotage to vessels making use of or having available their own propelling power, so that whenever any licensed pilot, or a captain of any tug which is furnished to or is engaged in the service of assisting a vessel making use of or having available her own propelling power, participates in directing the navigation of such vessel, or in directing the assisting tugs, from on board such vessel or from elsewhere, it is agreed that he becomes the borrowed servant of the vessel assisted and her owner and operator, for all purposes and in every respect, his services while so engaged being the work of the vessel assisted, her owner and operator, and being subject to the exclusive supervision and control of the vessel's personnel. Any such service performed by any such person is beyond the scope of his employment for us and neither those furnishing the tugs or lending any such person, nor the tugs, their owners, agents, charterers, operators or managers shall be liable for any act or omission of any such person. The provisions of this paragraph may not be changed or modified in any manner whatsoever except by written instrument signed by an officer of this company.

With respect to vessels that are not owned by the person or company ordering the tug service, it is understood and agreed that such person or company warrants that it has authority to bind the vessel owner to all the provisions of the preceding paragraphs, and agrees to indemnify and hold us harmless, and also those furnishing the tugs, their owners, agents, charterers, operators and managers, from all damages and expenses that may be sustained or incurred in the event and in consequence of such person or company not having such authority.

Vendors and subcontractors are hereby notified that they may be subject to the provisions of 41 C.F.R. Section 60-1.4, 41 C.F.R. Section 60-250.5, and 41 C.F.R. Section 60-741.5 with respect to affirmative action program and plan requirements pursuant to Executive Order 11246, as amended, Rehabilitation Act of 1973, and the Vietnam Era Veteran's Readjustment Assistance Act of 1974, which are incorporated herein by reference.