UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
In re:                                                                    Chapter 11

GLOBAL CONTAINER LINES LTD., *et al.*          Case Nos.    09-78585 (AST)
                                                                                       09-78584 (AST)
                                                                                       09-78589 (AST)
                                                                                       09-78586 (AST)
                                                                                       09-78587 (AST)
                                                                                       09-78588 (AST)
                                                                                       09-78590 (AST)

                            Debtors.
----------------------------------------------------------------x

## **ORDER**

Upon the Motion dated July 26, 2010, of Global Container Lines Ltd., debtor and debtor-in-possession herein ("Debtor"), for an order expunging certain claims and granting related relief, and the affidavit of Kazem Paksima, dated July 23, 2010, in support of the Motion, , and after due deliberation and sufficient cause therefore, it is

**ORDERED**, that the Motion is **DENIED** with respect to expunging the claim of creditor McAllister Towing & Transportation; and it is further

**ORDERED**, that the claim of creditor McAllister Towing & Transportation is allowed against Debtor.