UNITED STATED BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:                                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,          Case Nos.  09-78585 (AST)
                                                                                    09-78584 (AST)
                                                                                    09-78586 (AST)
                                                                                    09-78587 (AST)
                                                                                    09-78588 (AST)
                                                                                    09-78589 (AST)
                                                                                    09-78590 (AST)
                                                                              (Jointly Administered)

                                      Debtor.
-------------------------------------------------------X

## ORDER PROHIBITING UNAUTHORIZED
## CONTACT WITH CHAMBERS

WHEREAS, the above referenced cases were filed under Chapter 11 of the Bankruptcy Code on November 10, 2009; and

WHEREAS, by Order entered on November 18, 2009, these cases were consolidated for purposes of administration only pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure; and

WHEREAS, during the administration of these cases Debtor's counsel has on several occasions directly contacted Judge Trust's Law Clerks, in violation of this Court's procedures, which have been published on this Court's publicly available website since early May 2008.

Based on the above, it is hereby

**ORDERED,** that any future contact by Debtor's counsel with chambers in violation of this Court's published procedures shall subject Debtor's counsel to sanctions; this includes any

Case 8-09-78585-ast    Doc 208    Filed 09/01/10    Entered 09/01/10 15:48:45

prohibited contact with this Court's Judicial Assistant, Law Clerks, and Courtroom Deputy.



**Dated: September 1, 2010**  
**Central Islip, New York**

_____  
**Alan S. Trust**  
**United States Bankruptcy Judge**

**SERVICE LIST:**

C. Nathan Dee, Esq.
Cullen & Dykman, LLP
100 Quentin Rooselvelt Blvd.
Garden City, NY 11530

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza - Room 560
Central Islip, NY 11722-4437