# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 9/1/2010 |
| Case: 8−09−78585−ast | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust      United States Trustee      USTPRegion02.LI.ECF@usdoj.gov
aty      C. Nathan Dee      ndee@cullenanddykman.com

TOTAL: 2