UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
In re:

GLOBAL CONTAINER LINES LTD., et al.

                       **Chapter 11**
                       **Case Nos.**
                       **09-78585 (AST)**
                       **09-78584 (AST)**
                       **09-78586 (AST)**
                       **09-78587 (AST)**
                       **09-78588 (AST)**
                       **09-78589 (AST)**
                       **09-78590 (AST)**

          Debtors.              **(Jointly Administered)**
-----------------------------------------------------------------

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2010, I electronically filed the foregoing Notice of Motion and Motion of Key Bank National Association for Temporary Allowance of Claim for Voting Purposes Pursuant to Rule 3018 of the Federal Rules of Bankruptcy Procedure with the Clerk of the Bankruptcy Court using the CM/ECF system which sent notification of such filing to the following:

C. Nathan Dee on behalf of Consolidated Debtor GCL Shipping Corp.,

ndee@cullenanddykman.com

Paul A Levine on behalf of Creditor Key Equipment Finance Inc.

plevine@lemerygreisler.com

Neil A Quartaro on behalf of Creditor National Bank of Pakistan

nquartaro@wfw.com

Matthew G Roseman on behalf of Debtor GCL Shipping Corp. (M.I.)

mroseman@cullenanddykman.com

Oscar E Sanchez on behalf of Creditor Viking Enterprises CO LTD

lawsanchez@gmail.com

Michael L Schein on behalf of Creditor TAL International Container Corp.

mschein@vedderprice.com, ecfnydocket@vedderprice.com

J Stephen Simms on behalf of Creditor Container Applications Limited

jssimms@simmsshowers.com,

dmhnat@simmsshowers.com;mjmonopolis@simmsshowers.com;jtward@simmsshowers.com

United States Trustee

USTPRegion02.LI.ECF@usdoj.gov

Bruce Weiner on behalf of Creditor Textainer Equipment Management U.S. Ltd.

rmwlaw@att.net, rmwlaw@att.net

Gilbert B Weisman on behalf of Creditor American Express Bank FSB

notices@becket-lee.com

Adam P Wofse on behalf of Creditor Committee Official Committee Of Unsecured Creditors

AWofse@lhmlawfirm.com, JSG@lhmlawfirm.com


Dated: September 7, 2010           /s/Ariel E. Robertson
                                    Ariel E. Robertson