```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X
In re:                                      Chapter 11

GLOBAL CONTAINER LINES LTD. et al.,         Case Nos.
                                            809-78585-735
                                            809-78584-735
                                            809-78589-735
                                            809-78586-735
                                            809-78587-735
                                            809-78588-735
                                            809-78590-735
                      Debtors.
- - - - - - - - - - - - - - - - - - - - -X
```

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, Thomas A. McFarland, Assistant U.S. Attorney, of counsel, hereby enters her appearance as attorney for the UNITED STATES OF AMERICA, acting through the UNITED STATES DEPARTMENT OF AGRICULTURE (USDA), an agency of the United States of America and a creditor herein. Copies of all papers in this matter shall be served upon her at the United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722-4454.

PLEASE TAKE FURTHER NOTICE that you must comply with special requirements for giving notice of proceedings to the United States of America, its agencies and its officials as set

forth in detail in Rule 2002(j), Rule 7004(a), Rule 7004(b) and Rule 7004(I) of the Federal Rules of Bankruptcy Procedure.

Dated: Central Islip, New York
      September 7, 2010

                        LORETTA E. LYNCH
                        United States Attorney
                        Eastern District of New York
                        Attorney for the United States
                        610 Federal Plaza, 5th Floor
                        Central Islip, New York 11722

                  By:  S/ [electronically filed]
                        THOMAS A. McFARLAND
                        Assistant U.S. Attorney
                        (631) 715-7863

TO:  CULLEN AND DYKMAN LLP
     Counsel for Debtors
     100 Quentin Roosevelt Boulevard
     Garden City, NY 11530
     Att: C. Nathan Dee, Esq.

     OFFICE OF THE UNITED STATES TRUSTEE
     290 Federal Plaza
     Central Islip, NY 11722
     Att: Stan Yang, Esq.

     LAMONICA, HERBST & MANISCALCO, LLP
     Counsel to Creditors' Committee
     3305 Jerusalem Avenue
     Wantagh, NY 11793
     Att: Adam P. Wofse, Esq.

DECLARATION OF PERSONAL SERVICE

Thomas A. McFarland, being duly sworn, deposes and says that he is employed in the office of the United States Attorney for the Eastern District of New York, and that on the 7th day of September, 2010, he caused to be personally served copies of the within Notice of Entry of Appearance of the United States of America upon the following:

> OFFICE OF THE UNITED STATES TRUSTEE
> 290 Federal Plaza
> Central Islip, NY 11722
> Att: Stan Yang, Esq.

Dated: Central Islip, New York
September 7, 2010

s/ [electronically filed]
THOMAS A. McFARLAND
Assistant U.S. Attorney

## DECLARATION OF OVERNIGHT SERVICE

Thomas A. McFarland declares and says that he is employed in the office of the United States Attorney for the Eastern District of New York, and that on the 7th day of September, 2010, he caused to be deposited with an overnight delivery service copies of the within NOTICE OF ENTRY OF APPEARANCE for delivery to

>CULLEN AND DYKMAN LLP
>100 Quentin Roosevelt Boulevard
>Garden City, NY 11530
>Att: C. Nathan Dee, Esq.

>LAMONICA, HERBST & MANISCALCO, LLP
>3305 Jerusalem Avenue
>Wantagh, NY 11793
>Att: Adam P. Wofse, Esq.

Dated: Central Islip, New York
September 7, 2010

S/ [electronically filed]
THOMAS A. McFARLAND
Assistant U.S. Attorney