# EXHIBIT A

## PROOF OF CLAIM SUMMARY
## OF THE UNITED STATES DEPARTMENT OF AGRICULTURE
## GLOBAL CONTAINER LINES LTD. - CASE NUMBER 09-78585 (AST)
### United States Bankruptcy Court
### Eastern District of New York

Prior to filing the petition for adjudication of bankruptcy under Chapter 11 of the Bankruptcy Code, the debtor, Global Container Lines Ltd., was indebted and is now indebted to the United States for losses of humanitarian food aid cargo in the sum of $256,470.78.

Consideration of the claim amount is as follows: Global Container Lines Ltd. contracted with representatives of the United States Agency for International Development and various governmental and nongovernmental cooperating sponsors to transport food aid commodities to various foreign destinations under U.S. government food aid programs. Cargo losses from these shipments occurred prior to loading on board vessels, on board vessels during ocean transport, and at the discharge and delivery of the cargo from the vessels owned or operated by Global Container Lines Ltd. As a result of the losses, 22 claims totaling $256,470.78 were filed against Global Container Lines Ltd. The claims were filed by representatives of the U.S. Department of Agriculture-Kansas City Commodity Office, on behalf of Commodity Credit Corporation (CCC) which made the food aid commodities available. CCC is an agency and instrumentality of the United States, within the U.S. Department of Agriculture (15 U.S.C. § 714). Pursuant to the applicable program regulations, CCC has the right to initiate, prosecute and retain the proceeds of all claims against ocean carriers for cargo loss and/or damage arising out of shipments of commodities transferred or delivered by CCC.

Documentation supporting the claims is voluminous. Therefore, copies of the documents are not being sent with the Proof of Claim, but can be produced upon request or made available at our offices. The documents for each claim may include, but are not limited to, the Statement(s) of Loss, Assignment of Rights, Bill(s) of Lading, Booking Note(s), the Charter Party, CCC-512(s) – Notice of Commodity Availability, Vessel Loading Observation Commodity Inspection Certificate(s), Vessel Loading Observation Worksheet(s), KC-366(s) – Shipment Information Logs, Forwarding Notice(s), Freight Tender/Awards, cargo surveys at the foreign destination and various correspondence concerning the claims.

The attached spreadsheet details the 22 claims filed against Global Container Lines Ltd. Payment has not been received for any of the individual claims or for the overall debt amount.

1

**SCHEDULE OF DEBTS**
Global Container Lines Ltd. - Case Number 09-78585 (AST)

| # | USDA Debt Control Number | Vessel Name | Voyage Number | Shipper | On Board Date | Bill of Lading (B/L) | Cargo | Stateside Port Loss Amount | Marine Shortage Amount | Marine Damage Amount | Total B/L Losses | Total Debt Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14279 | Chettinad Tradition | 3214 | Gov't of Ethiopia | 11/03/03 | 3214/HOUDJI-001/01 | Wheat (bulk) | 0.00 | 0.00 | 10,057.92 | 10,057.92 | |
| | | | | | | 3214/HOUDJI-001/02 | Wheat (bulk) | 0.00 | 0.00 | 29,877.14 | 29,877.14 | 39,935.06 |
| 2 | 16959 | Emerald Sea | 6107 | USAID | 03/24/06 | 6107/DXBMBA-002 | Vegetable Oil | 0.00 | 385.54 | 30.28 | 415.82 | |
| | | | | | | 6107/DXBMBA-003 | Lentils | 0.00 | 862.03 | 176.83 | 1,038.86 | 1,454.68 |
| 3 | 18310 | Emerald Sea | 6111 | ADRA | 04/26/06 | 6111/DXBMBA-003 | Corn Soy Blend | 0.00 | 650.81 | 0.00 | 650.81 | 650.81 |
| 4 | 17046 | Global Progress | 6108 | CARE | 04/10/06 | 6108/DXBMBA-003 | Lentils | 0.00 | 0.00 | 2,928.47 | 2,928.47 | 2,928.47 |
| 5 | 13917 | Lucky Moon | 3209 | USAID | 06/20/03 | 3209LCH/MBA-007 | Sorghum | 0.00 | 730.98 | 2,502.67 | 3,233.65 | |
| | | | | | | 3209LCH/MBA-006 | Split Green Peas | 572.33 | 0.00 | 635.96 | 1,208.29 | |
| | | | | | | 3209LCH/MBA-005 | Split Green Peas | 45.79 | 0.00 | 433.60 | 479.39 | |
| | | | | | | 3209LCH/MBA-004 | Split Green Peas | 24.13 | 0.00 | 120.55 | 144.68 | |
| | | | | | | 3209LCH/MBA-003 | Split Green Peas | 86.96 | 0.00 | 444.06 | 531.02 | |
| | | | | | | 5202/HOUDJI-034 | Lentils | 0.00 | 20,194.29 | 35.87 | 20,230.16 | |
| 6 | 15742 | Patriot | 5202 | USAID | 04/29/05 | 5202/HOUDJI-035 | Lentils | 0.00 | 0.00 | 726.32 | 726.32 | |
| | | | | | | 5202/HOUDJI-036 | Lentils | 0.00 | 71.74 | 0.00 | 71.74 | |
| | | | | | | 5202/HOUDJI-037 | Lentils | 267.62 | 0.00 | 0.00 | 267.62 | |
| | | | | | | 5202/HOUDJI-038 | Lentils | 45.15 | 71.74 | 0.00 | 116.89 | |
| | | | | | | 5202/HOUDJI-039 | Lentils | 66.12 | 0.00 | 0.00 | 66.12 | |
| | | | | | | 5202/HOUDJI-040 | Lentils | 91.05 | 0.00 | 0.00 | 91.05 | |
| | | | | | | 5202/HOUDJI-041 | Lentils | 91.05 | 0.00 | 0.00 | 91.05 | |
| | | | | | | 5202/HOUDJI-042 | Lentils | 66.50 | 0.00 | 0.00 | 66.50 | |
| | | | | | | 5202/HOUDJI-043 | Lentils | 157.49 | 0.00 | 0.00 | 157.49 | |
| | | | | | | 5202/HOUDJI-044 | Corn Soy Blend | 24.81 | 0.00 | 0.00 | 24.81 | |
| | | | | | | 5202/HOUDJI-045 | Vegetable Oil | 0.00 | 0.00 | 3,915.59 | 3,915.59 | |
| | | | | | | 5202/HOUDJI-046 | Vegetable Oil | 0.00 | 0.00 | 394.23 | 394.23 | |
| | | | | | | 5202/HOUDJI-047 | Vegetable Oil | 0.00 | 0.00 | 91.38 | 91.38 | |
| | | | | | | 5202/HOUDJI-048 | Vegetable Oil | 0.00 | 0.00 | 999.93 | 999.93 | |
| | | | | | | 5202/HOUDJI-049 | Vegetable Oil | 33.51 | 0.00 | 615.26 | 648.77 | |
| | | | | | | 5202/HOUDJI-050 | Lentils | 111.57 | 0.00 | 0.00 | 111.57 | |
| | | | | | | 5202/HOUDJI-051 | Wheat | 0.00 | 3,594.12 | 641.55 | 4,235.67 | 5,597.03 |
| | | | | | | | | | | | | 32,306.89 |

2

**SCHEDULE OF DEBTS**
**Global Container Lines Ltd. - Case Number 09-78585 (AST)**

| # | USDA Debt Control Number | Vessel Name | Voyage Number | Shipper | On Board Date | Bill of Lading | Cargo | Stateside Port Loss Amount | Marine Shortage Amount | Marine Damage Amount | Total B/L Losses | Total Debt Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | 15743 | Patriot | 5202 | USAID | 04/29/05 | 5202/HOUDJI-025 | Vegetable Oil | 0.00 | 0.00 | 1,634.07 | 1,634.07 | |
| | | | | | | 5202/HOUDJI-026 | Vegetable Oil | 0.00 | 0.00 | 207.47 | 207.47 | |
| | | | | | | 5202/HOUDJI-027 | Lentils | 22.76 | 0.00 | 0.00 | 22.76 | |
| | | | | | | 5202/HOUDJI-028 | Lentils | 111.58 | 0.00 | 0.00 | 111.58 | |
| | | | | | | 5202/HOUDJI-029 | Lentils | 91.05 | 1,791.50 | 0.00 | 1,882.55 | |
| | | | | | | 5202/HOUDJI-030 | Lentils | 90.97 | 0.00 | 0.00 | 90.97 | |
| | | | | | | 5202/HOUDJI-031 | Lentils | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | 5202/HOUDJI-032 | Vegetable Oil | 33.51 | 1,902.14 | 2,384.86 | 4,320.51 | 8,269.91 |
| 8 | 15784 | Patriot | 5202 | WV | 04/29/05 | 5202/HOUDJI-004 | Vegetable Oil | 0.00 | 0.00 | 115.30 | 115.30 | |
| | | | | | | 5203/HOUDJI-003 | Whole Yellow Peas | 0.00 | 4,485.73 | 0.00 | 4,485.73 | |
| | | | | | | 5203/HOUDJI-002 | Corn Soy Blend | 38.34 | 326.38 | 0.00 | 364.72 | |
| | | | | | | 5203/HOUDJI-001 | Vegetable Oil | 0.00 | 413.70 | 13,966.90 | 14,380.60 | |
| 9 | 15906 | Patriot | 5203 | WV | 07/22/05 | 5203/HOUDJI-001 | Vegetable Oil | 18.37 | 0.00 | 12.76 | 31.13 | |
| | | | | | 07/22/05 | 5203/HOUDJI-002 | Vegetable Oil | 0.00 | 0.00 | 25.52 | 25.52 | |
| | | | | | 07/19/05 | 5203/HOUDJI-003 | Vegetable Oil | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | 07/19/05 | 5203/HOUDJI-004 | Wheat | 0.00 | 942.66 | 0.00 | 942.66 | |
| | | | | | 07/19/05 | 5203/HOUDJI-005 | Wheat | 0.00 | 22.99 | 0.00 | 22.99 | |
| | | | | | 07/19/05 | 5203/HOUDJI-006 | Wheat | 0.00 | 1,871.96 | 0.00 | 1,871.96 | |
| | | | | | 07/19/05 | 5203/HOUDJI-007 | Wheat | 0.00 | 616.35 | 0.00 | 616.35 + 46.63 = 662.98 | |
| | | | | | 07/19/05 | 5203/HOUDJI-008 | Corn Soy Blend | 46.63 | 616.35 | 0.00 | 662.98 | |
| | | | | | 07/22/05 | 5203/HOUDJI-009 | Vegetable Oil | 22.35 | 0.00 | 21.45 | 43.80 | |
| | | | | | 07/22/05 | 5203/HOUDJI-010 | Whole Yellow Peas | 50.22 | 2,153.58 | 0.00 | 2,203.80 | |
| | | | | | 08/06/05 | 5203/HOUDJI-016 | Vegetable Oil | 0.00 | 0.00 | 12.54 | 12.54 | |
| | | | | | 08/06/05 | 5203/HOUMBA-006 | Vegetable Oil | 0.00 | 3,107.59 | 442.83 | 3,550.42 | |
| | | | | | 08/06/05 | 5203/HOUMBA-007 | Corn Soy Blend | 387.96 | 0.00 | 27.14 | 415.10 | 9,782.90 |
| 10 | 15961 | Patriot | 5202 | USAID | 04/29/05 | 5202/HOUDJI-033 | Corn Soy Blend | 265.49 | 0.00 | 0.00 | 265.49 | 265.49 |
| 11 | 16041 | Patriot | 5202 | STC | 04/29/05 | 5202/HOUDJI-012 | Split Green Peas | 60.10 | 108.26 | 315.57 | 483.93 | |
| | | | | | | 5202/HOUDJI-013 | Vegetable Oil | 0.00 | 0.00 | 8.28 | 8.28 | |
| | | | | | | 5202/HOUDJI-014 | Split Green Peas | 15.03 | 6,495.43 | 415.17 | 6,925.63 | |
| | | | | | | 5202/HOUDJI-015 | Vegetable Oil | 0.00 | 0.00 | 156.26 | 156.26 | |
| | | | | | | 5202/HOUDJI-016 | Vegetable Oil | 33.51 | 3,812.94 | 5,216.62 | | 16,637.17 |

3

**SCHEDULE OF DEBTS**
Global Container Lines Ltd. - Case Number 09-78585 (AST)

| # | USDA Debt Control Number | Vessel Name | Voyage Number | Shipper | On Board Date | Bill of Lading | Cargo | Stateside Port Loss Amount | Marine Shortage Amount | Marine Damage Amount | Total B/L Losses | Total Debt Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | 16500 | Patriot | 5202 | CARE | 04/29/05 | 5202/HOUDJI-018 | Corn Soy Blend | 0.00 | 4,563.59 | | 4,563.59 | 4,563.59 |
| 13 | 16502 | Patriot | 5202 | CARE | 04/29/05 | 5202/HOUDJI-019 | Corn Soy Blend | 387.66 | 11,952.12 | 0.00 | 12,339.78 | 12,339.78 |
| 14 | 16605 | Patriot | 5202 | USAID | 04/29/05 | 5202/HOUDJI-023 | Lentils | 415.62 | 0.00 | 0.00 | 415.62 | |
| | | | | | | 5202/HOUDJI-024 | Lentils | 42.02 | 0.00 | 0.00 | 42.02 | 457.64 |
| 15 | 16793 | Patriot | 5204 | USAID | 10/26/05 | 5204/HOUDJI-001 | Wheat (bulk) | 0.00 | 46,237.19 | 21.59 | 46,258.78 | 46,258.78 |
| 16 | 16960 | Patriot | 6201 | WV | 04/30/06 | 6201/HOUDBN-007 | Bulgur Wheat | 347.93 | 0.00 | 3,691.19 | 4,039.12 | |
| | | | | | | 6201/HOUDBN-008 | Bulgur Wheat | 0.00 | 2,694.30 | 6,601.04 | 9,295.34 | |
| | | | | | | 6201/HOUDJI-002 | Wheat | 0.00 | 0.00 | 158.39 | 158.39 | |
| | | | | | | 6201/HOUDJI-003 | Wheat | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | 6201/HOUDJI-004 | Wheat | 0.00 | 13,472.42 | 0.00 | 13,472.42 | |
| | | | | | | 6201/HOUDJI-007 | Vegetable Oil | 0.00 | 50.13 | 0.00 | 50.13 | |
| | | | | | | 6201/HOUDJI-008 | Vegetable Oil | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | | | | | 6201/HOUMBSA-003 | Bulgur Wheat-SF | 0.00 | 0.00 | 0.00 | 0.00 | 27,015.40 |
| 17 | 16972 | Patriot | 6201 | WV | 04/30/06 | 6201/HOUMBSA-002 | Corn Soy Blend | 392.73 | 3,121.60 | 349.96 | 3,864.29 | |
| | | | | | | 6201/HOUDJI-005 | Corn Soy Blend | 61.61 | 238.78 | 0.00 | 300.39 | |
| | | | | | | 6201/HOUDJI-006 | Corn Soy Blend | 0.00 | 302.45 | 0.00 | 302.45 | 4,467.13 |
| 18 | 17206 | Patriot | 6201 | CRS | 04/30/06 | 6201/HOUDJI-001 | Bulgur Wheat | 140.06 | 15,383.90 | | 15,523.96 | 15,523.96 |
| 19 | 17283 | Patriot | 5203 | ADRA | 07/22/05 | 5203/HOUMBA-001 | Vegetable Oil | 0.00 | 0.00 | | 0.00 | |
| | | | | | 08/03/05 | 5203/HOUMBA-002 | Whole Green Peas | 0.00 | 1,233.94 | 0.00 | 1,233.94 | 1,233.94 |
| 20 | 17449 | Patriot | 6201 | CRS | 04/30/06 | 6201/HOUBEI-025 | Cornmeal | 807.10 | 3,594.13 | 318.26 | 4,719.49 | |
| | | | | | | 6201/HOUBEI-026 | Corn Soy Blend | 146.31 | 0.00 | 56.19 | 202.50 | |
| | | | | | | 6201/HOUBEI-027 | Pinto Beans | 82.48 | 0.00 | 37.11 | 119.59 | |
| | | | | | | 6201/HOUBEI-028 | Vegetable Oil | 0.00 | 493.54 | 33.98 | 527.52 | 5,569.10 |

4

SCHEDULE OF DEBTS
Global Container Lines Ltd. - Case Number 09-78585 (AST)

| # | USDA Debt Control Number | Vessel Name | Voyage Number | Shipper | On Board Date | Bill of Lading | Cargo | Stateside Port Loss Amount | Marine Shortage Amount | Marine Damage Amount | Total B/L Losses | Total Debt Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | 1752 | Patriot | 5203 | ADRA | 08/03/05 | 5203/HOUMBA-003 | Bulgur Wheat | 708.13 | 715.26 | 0.00 | 1,423.39 | 1,423.39 |
| 22 | 16042 | Performance | 513 | STC | 06/14/05 | HOUDJI-001 | Vegetable Oil | 0.00 | 0.00 | 443.31 | 443.31 | 443.31 |
| TOTAL | | | | | | | | | | | | 256,470.78 |

5