# EXHIBIT B



United States
Department of
Agriculture

Farm and Foreign
Agricultural Services

Farm Service
Agency

Kansas City
Commodity Office
P.O. Box 419205
Kansas City,
Missouri
64141-6205

September 5, 2008

Mr. Hormoz Shayegan
Global Container Lines, Ltd.
100 Quentin-Roosevelt Blvd.
Garden City, NY 11530

DCN 16959
Emerald Sea V. 6107
6107/DXBMBA-002
6107/DXBMBA-003

Dear Mr Shayegan:

The debt for $1,454.68 covers marine losses to cargo on board the vessel referenced above.

Your offer of $1,402.90 at the settlement conference on July 9, 2008, has been accepted as full and final settlement of the debt. The check should be issued payable to Commodity Credit Corporation-Contract Reconciliation Division (CCC-CRD) referencing DCN 16959, and mailed to the following address:

> USDA/FSA/FSC/RMO/COSG
> Beacon Facility -- MAIL STOP 8528
> P. O. Box 419205
> Kansas City, MO 64141-6205

Checks received in payment will be converted to an Electronic Fund Transfer (EFT) from your account. The check will be voided and destroyed within 14 days. For additional information, please visit the Farm Service Agency's website at http://www.fsa.usda.gov/pas/pccnotice.htm.

Payment by electronic transfer may be made via:

> Federal Reserve Bank of New York City
> ABA   0210-3000-4
> BNF = /AC -- 4992
> OBI = CCC/KCCO - DCN 16959
> GCL., Ltd.

If you have any questions, please contact me at (816) 926-2992 or e-mail at martha.locke@kcc.usda.gov.

Sincerely,

*Martha Locke*

Martha Locke
Commodity Program Specialist
Export Debt Branch
Contract Reconciliation Division