# EXHIBIT E

Locke, Martha - Kansas City, MO

| | |
|---|---|
| From: | Locke, Martha - Kansas City, MO |
| Sent: | Wednesday, July 01, 2009 10:47 AM |
| To: | 'Hormoz Shayegan' |
| Cc: | Belcher, Gene - Kansas City, MO |
| Subject: | Re: July 2008 Settlement Conference |
| Attachments: | NY Accepted Settlement Offers (2).doc; GCL Offer Accept 9-5-08 (NY sett).doc; GCL Offer Accept 3-3-09 (NY sett).doc; GCL Offer Accept 6-30-09 (NY sett).doc |

Dear Hormoz,

Yesterday, June 30, I mailed acceptance of your offer for $15,420.00 on DCN 15742 which was discussed July 9, 2008, at your office. With this offer acceptance, all 18 offers from that settlement conference have now been accepted. I have attached a copy of the table which shows all 18 offer amounts proposed and agreed upon at the July 2008 settlement conference. Also, I have attached copies of the offer acceptance letters previously mailed on September 5, 2008, March 3, 2009, and June 30, 2009.

When we last spoke on March 4, 2009, you indicated that you would work towards sending payment for those offers which had been accepted. At that time, 17 of the 18 offers were accepted. Please let me know when we can expect payment of the accepted settlement offers which total $145,785.18.

If you have any questions, please give me a call or an email.

Have a good day,
Martha

Martha Locke
Commodity Program Specialist
KCCO/CRD/EDB
(816) 926-2992
martha.locke@kcc.usda.gov

Tracking:

1

## Global Container Lines
### Accepted Settlement Offer Amounts

| LINE ITEM # | DCN # | VESSEL | VOY. # | ON BOARD DATE | MARINE LOSS $ | STATE-SIDE PORT LOSS $ | TOTAL DEBT AMOUNT $ | ACCEPTED SETTLEMENT OFFER AMOUNTS $ |
|---|---|---|---|---|---|---|---|---|
| 1 | 14279 | Chettinad Tradition | | 11/03/03 | 39,935.06 | 0.00 | 39,935.06 | 29,000.00 |
| 2 | 16959 | Emerald Sea | 6107 | 03/24/06 | 1,454.68 | 0.00 | 1,454.68 | 1,402.90 |
| 3 | 17046 | Global Progress | 6108 | 04/10/06 | 2,928.47 | 0.00 | 2,928.47 | 1,000.00 |
| 4 | 13917 | Lucky Moon | 3209 | 06/20/03 | 4,867.82 | 729.21 | 5,597.03 | 2,798.51 |
| 5 | 15742 | Patriot | 5202 | 04/10/08 | 31,352.02 | 954.87 | 32,306.89 | 15,420.00 |
| 6 | 15743 | Patriot | 5202 | 04/29/05 | 7,920.04 | 349.87 | 8,269.91 | 6,150.00 |
| 7 | 15784 | Patriot | 5202 | 04/29/05 | 19,308.01 | 38.34 | 19,346.35 | 13,000.00 |
| 8 | 15906 | Patriot | 5203 | 08/06/05 | 9,257.37 | 525.53 | 9,782.90 | 7,150.00 |
| 9 | 15961 | Patriot | 5202 | 04/29/05 | 0.00 | 265.49 | 265.49 | 190.00 |
| 10 | 16041 | Patriot | 5202 | 04/29/05 | 16,528.53 | 108.64 | 16,637.17 | 12,500.00 |
| 11 | 16500 | Patriot | 5202 | 04/29/05 | 4,563.59 | 0.00 | 4,563.59 | 2,281.79 |
| 12 | 16502 | Patriot | 5202 | 04/29/05 | 11,952.12 | 387.66 | 12,339.78 | 9,100.00 |
| 13 | 16605 | Patriot | 5202 | 04/29/05 | 0.00 | 457.64 | 457.64 | 330.00 |
| 14 | 16793 | Patriot | 5202 | 10/26/05 | 46,258.78 | 0.00 | 46,258.78 | 30,000.00 |
| 15 | 16972 | Patriot | 6201 | 04/30/06 | 4,012.79 | 454.34 | 4,467.13 | 2,200.00 |
| 16 | 17206 | Patriot | 6201 | 04/30/06 | 15,383.90 | 140.06 | 15,523.96 | 7,761.98 |
| 17 | 17283 | Patriot | 5203 | 08/03/05 | 1,233.94 | 0.00 | 1,233.94 | 700.00 |
| 18 | 17449 | Patriot | 6201 | 04/30/06 | 4,533.21 | 1,035.89 | 5,569.10 | 4,800.00 |
| TOTALS | | | | | 221,490.33 | 5,447.54 | 226,937.87 | 145,785.18 |

**Note:** Offer Acceptance for Line Item 2 was mailed to GCL on September 5, 2008. Offer Acceptance for Line Items 1, 3-4, and 6-18 were mailed on March 3, 2009. Offer Acceptance for Line Item 5 was mailed on June 30, 2009.