# EXHIBIT G



**PANALPINA**
on 6 continents

22750 Glenn Drive
Sterling, VA 20164
Tel: (703) 674-2317
Fax: (703) 733-4353

DCN 18310

August 29, 2007

Global Container Lines
100 Quentin Roosevelt Blvd
Garden City, NY 11530

Attention:   Hormoz Shayegan

Subject:   Claims

Ref:   Country: Kenya
       Vessel: M/V Emerald Sea V.6111
       Bill of Lading 6111/DXBMBA-003
       Claim Ref. Nr.: AD-0450-KEN

Dear Sir/Madam,

On behalf of the Adventist Development and Relief Agency International, Inc. (ADRA), we claim on you and/or owners, agents or charterers of the above vessel for loss due to non-delivery and/or damage to the subject shipment for which you are held responsible.

1) Claims Invoice for US Dollars $650.81
2) Claims Work Sheets
3) Copy of the Bill of Lading
4) Copy of the Commercial Invoice, Packing List and CCC 512
5) Copy of the Booking Note
6) Copy of Survey Report

Sincerely,

*Norberto M. Chaves*
Panalpina, Inc.
As Agents for ADRA

Cc:   Rachel Kasumba @ ADRA Hqs
      Martha Locke @ USDAKCCO-CRD



**PANALPINA**
on 6 continents

22750 Glenn Drive
Sterling, VA 20164
Tel: (703) 674-2351
Fax: (703) 733-4353

To:	Martha Locke
	FSA-KCCO-CRD-EDB
	Commodity Credit Corporation
	Fax: (816) 823-4296

Cc:	Rachel Kasumba
	ADRA Hqs
	Fax: (301) 680-6370

From:	Bert M. Chavez

ASSIGNMENT OF CLAIM RIGHTS

To whom it may concern: ADRA International, a Private Voluntary Agency, does hereby, assign, transfer and set over to Commodity Credit Corporation, an agency and instrumentality of the United States, within the U.S. Department of Agriculture, all of its rights, title and interest, if any, in and to any; in and to any claims for losses incurred at the U.S. port of loading or during the carriage of the following shipment(s):

| Ref # | OBL | Carrier/Vessel | Discharge Port | Commodity |
|---|---|---|---|---|
| CCC 5895 001 | 6111/DXBMBA-003 | M/V Emerald Sea V/6111 | Mombasa | 29,866-25 kgs HI-P bags, CSB |

Signed: _____

Date: 30 August 2007