# EXHIBIT H



DEC 1 8 2008

United States
Department of
Agriculture

Farm and Foreign
Agricultural Services

Commodity
Credit
Corporation

Kansas City
Commodity Office
P.O. Box 419205
Kansas City,
Missouri
64141-6205

Global Container Lines, Ltd.
100 Quentin Roosevelt Blvd.
Garden City, N.Y. 11530
Attention: Hormoz Shayegan

Ref: DCN 16960
Patriot Voyage/6201

Dear Mr. Shayegan:

Enclosed is our Marine Statement of Loss for $27,208.70 and the Domestic Port Loss for $409.54, which covers losses, sustained to a shipment of various food aid commodities shipped by World Vision, Inc. on April 30, 2006 aboard the above captioned vessel. The shipment loaded from Jacintoport, Texas and discharged at Djibouti, Djibouti with delivery to various destinations. Supporting documentation related to these determinations is also enclosed..

This shipment was made under Public Law 480, Title II, and is subject to the terms and conditions set forth in 22 CFR Part 211, commonly referred to as AID Regulation 11. According to Part 211.9(c)(2)(i) of the Regulation, if AID or its agents or representatives contracted for the ocean transportation, Commodity Credit Corporation (CCC) has the right to initiate and prosecute, and retain the proceeds of, all debts against ocean carriers for cargo loss and damage arising out of shipments of commodities transferred or delivered by CCC under the Regulation.

Your check for $27,618.24, referencing DCN 16960, should be made payable to CCC and mailed to the following address:

> USDA/FSA/FSC
> RMO/COSG
> Beacon Facility -- MAIL STOP 8528
> P. O. Box 419205
> Kansas City, MO 64141-6205

Checks received in payment will be converted to an Electronic Fund Transfer (EFT) from your account. The check will be voided and destroyed within 14 days. For additional information, please visit the Farm Service Agency's website at http://www.fsa.usda.gov/pas/pcnotice.htm.

Payment by electronic transfer may be made via:

> Federal Reserve Bank of New York City
> ABA  0210-3000-4
> BNF = /AC -- 4992
> OBI = CCC/KCCO - DCN 16960
> Global Container Lines, Ltd.

USDA is an Equal Opportunity Employer

Page 2

* Please Note: If you are making direct payment by electronic transfer, it will be necessary for you to contact your financial institution and ascertain how much the electronic transfer fee is and add that amount to the $27,618.24 resolution amount.

If you contest this loss, please notify us and provide the documentation to support your position.

Any questions or correspondence related to this matter should be forwarded to my attention at the following address:

> Kansas City Commodity Office
> CRD/EDB
> Mail Stop 8758
> P.O. Box 419205
> Kansas City, MO 64141-6205

You may also contact me at 816-926-2992 or by e-mail at Martha.locke@kcc.usda.gov.

Sincerely,

Martha Locke
Commodity Program Specialist
Export Debt Branch
Contract Reconciliation Division

Enclosures