# EXHIBIT I



OCT 24 2008

United States
Department of
Agriculture

Farm and Foreign
Agricultural Services

Commodity
Credit
Corporation

Kansas City
Commodity Office
P.O. Box 419205
Kansas City,
Missouri
64141-6205

Mr. Hormoz Shayegan
Global Container Lines, Ltd.
100 Quentin-Roosevelt Blvd.
Garden City, NY 11530

Our Ref: PATRIOT
DCN 17752

Dear Mr. Shayegan:

Enclosed is our Statement of Loss for $715.26 which covers loss of bagged bulgur wheat shipped by ADRA on August 3, 2005. The cargo was loaded on board the Patriot at Houston, Texas, and discharged at Mombasa, Kenya. Also enclosed is our Stateside Port Loss Statement for $708.13 which covers losses during loading at Houston, Texas. Supporting documentation related to these determinations is also enclosed.

The shipment was made under Public Law 480, Title II, and is subject to the terms and conditions set forth in 22 CFR Part 211, commonly referred to as AID Regulation 11. According to Part 211.9(c)(2)(i) of the Regulation, if AID or its agents or representatives contracted for the ocean transportation, Commodity Credit Corporation (CCC) has the right to initiate and prosecute, and retain the proceeds of, all debts against ocean carriers for cargo loss and damage arising out of shipments of commodities transferred or delivered by CCC under the Regulation.

Your check for $1,423.39, referencing DCN 17752, should be made payable to CCC and mailed to the following address:

> USDA/FSA/FSC
> RMO/COSG
> Beacon Facility – MAIL STOP 8528
> P. O. Box 419205
> Kansas City, MO 64141-6205

Checks received in payment will be converted to an Electronic Fund Transfer (EFT) from your account. The check will be voided and destroyed within 14 days. For additional information, please visit the Farm Service Agency's website at
http://www.fsa.usda.gov/pas/pccnotice.htm.

Payment by electronic transfer may be made via:

> Federal Reserve Bank of New York City
> ABA#0210-3000-4
> BNF=/AC -- 4992
> OBI=CCC/KCCO - DCN 17752
> Global Container Lines, Ltd.

USDA is an Equal Opportunity Employer

Mr. Hormoz Shayegan
Page 2

If you contest the loss, please notify us and provide written documentation to support your position. Any questions or correspondence related to this matter should be forwarded to my attention at the following address:

> USDA - Farm Service Agency
> KCCO/CRD/EDB
> Beacon Facility – Mail Stop 8758
> P. O. Box 419205
> Kansas City, MO 64141-6205

You may also contact me at (816) 926-2992, or by e-mail at martha.locke@kcc.usda.gov.

Sincerely,

*Martha Locke*
Martha Locke
Commodity Program Specialist
Export Debt Branch
Contract Reconciliation Division

Enclosures