CULLEN AND DYKMAN LLP
Attorneys for Debtors
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,       Case Nos. 09-78585 (AST)

                          Debtors.
------------------------------------------------------------x

## SUMMARY AND CERTIFICATION OF ACCEPTANCE OR REJECTION OF PLAN PURSUANT TO LOCAL RULE 3018-1(a)

Global Container Lines, Ltd. ("GCL" or "Debtor") by their attorneys Cullen and Dykman LLP submit this Summary and Certification of Acceptance of Plan of Reorganization pursuant to Local Rule 3018-1.

1. The summary of the ballots received is set forth on the spreadsheet annexed as Exhibit "1".

2. The Plan has been unanimously approved by the creditor body and the sole objection made by KeyBank has been resolved by Stipulation. Accordingly, the Debtor does not propose to confirm the plan over the objection of one or more class of creditors.

3. The Debtor intends to proffer the testimony of the following parties in support of the Plan:

    a.   Steven Eyerman, CPA

    b.   Kazem Paksima, Debtors President

Dated: Garden City, New York
      September 8, 2010

                                            CULLEN AND DYKMAN LLP
                                            Counsel for Debtors


                                   By     /s/ Matthew G. Roseman
                                            Matthew G. Roseman (MR1387)
                                            C. Nathan Dee (CD 9703)
                                            100 Quentin Roosevelt Boulevard
                                            Garden City, New York 11530
                                            (516) 296-9106

Global Container Lines, Ltd.                              Exhibit 1

| | CLAIM AMOUNT | ACCEPT | REJECT |
|---|---|---|---|
| **CLASS 2** | | | |
| National Bank of Pakistan | $9,133,165.58 | X | |
| | | | |
| **TOTALS** | **$9,133,165.58** | **1** | **0** |
| | | | |
| | CLAIM AMOUNT | ACCEPT | REJECT |
| **CLASS 3** | | | |
| **General Unsecured Creditors** | | | |
| Briarcliff Limited | $4,747,402.00 | X | |
| Key Equipment Finance, Inc. | $9,536,910.48 | X | |
| Blue Sea Capital, Inc. | $145,500.00 | X | |
| Spedag East Africa Ltd. | $797,342.00 | X | |
| Seair Global Logistics LLC | $13,934.57 | X | |
| Middle East Express LLC | $29,337.15 | X | |
| Triton Container International Limited | $383,987.24 | X | |
| United States Department of Agriculture | $175,024.78 | X | |
| United States Coast Guard | $5,004.93 | X | |
| Corrugated Sheets Ltd. | $295,300.00 | X | |
| CG International Inc. | $32,824.33 | X | |
| Comet Shipping Agencies Nigeria Ltd. | $193,919.20 | X | |
| | | | |
| **TOTAL** | **$16,356,486.68** | **12** | **0** |