CULLEN AND DYKMAN LLP
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 296-9106

Attorneys for Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x    Chapter 11
In re:
                                                            Case Nos. 09-78585 (AST)
GLOBAL CONTAINER LINES LTD., et al.,                                  09-78584 (AST)
                                                                      09-78589 (AST)
                                                                      09-78586 (AST)
                                                                      09-78587 (AST)
                                                                      09-78588 (AST)
                                                                      09-78590 (AST)

                        Debtors.
-------------------------------------------------------x

## CERTIFICATION REGARDING SOLICITATION AND VOTING RELATING TO THE DEBTOR'S SECOND AMENDED PLAN OF REORGANIZATION

I, C. Nathan Dee, being duly sworn, state the following under penalty of perjury:

1.  I am an attorney at law, duly admitted to practice in the State of New York, as well as before the United States District Courts for the Eastern and Southern Districts of New York. I am a partner at the law firm Cullen and Dykman LLP ("C&D"). C&D maintains an office for the practice of law at 100 Quentin Roosevelt Boulevard, Garden City, New York 11530. There are no disciplinary proceedings pending against me.

2.  On August 18, 2010, the Court entered an Order (A) Approving Second Amended Disclosure Statement And Form Of Ballot: (B) Scheduling Hearing On Confirmation Of Second

Amended Plan And Establishing A Deadline And Procedures For Filing Objections Thereto; (C) Establishing Voting Procedures And Deadline For Submission of Ballots; (D) Approving Form of Notice; And (E) Granting Related Relief (the "Balloting Order"). Among other things, the Balloting Order established September 8, 2010 (the "Balloting Deadline") as the deadline for the submission of ballots with respect to the Plan.

3. A chart detailing the ballots received by the Debtor on or before the Balloting Deadline is attached hereto as Exhibit 1.

4. Pursuant to the ballots which were received in accordance with the Balloting Order and/or the terms of the ballots, each impaired Class of claims entitled to vote under the Plan has voted as follows:

| IMPAIRED CLASS AND DESCRIPTION | ACCEPT | | REJECT | |
|---|---|---|---|---|
| | VOTES COUNTED | AMOUNT | VOTES COUNTED | AMOUNT |
| Class 2 National Bank of Pakistan | 1 100.00% | $9,133,165 100.00% | 0 | 0 |
| Class 3 General Unsecured Claims | 12 100.00% | $16,356,486 100.00% | 0 | 0 |

5. All Ballots received by the Debtor are stored at Debtors' counsel's Garden City office located at 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, and are available for inspection by the Court or any party in interest.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

6.    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: Garden City, New York
       September 9, 2010

CULLEN AND DYKMAN, LLP

By: _____
Matthew G. Roseman (MR 1387)
Nathan Dee (CD 9703)
CULLEN AND DYKMAN, LLP
100 Quentin Roosevelt Boulevard
Garden City, New York, 11530
(516) 296-9106

Global Container Lines, Ltd.

Exhibit 1

| | CLAIM AMOUNT | ACCEPT | REJECT |
|---|---|---|---|
| **CLASS 2** | | | |
| National Bank of Pakistan | $9,133,165.58 | X | |
| **TOTALS** | $9,133,165.58 | 1 | 0 |
| **CLASS 3** | | | |
| **General Unsecured Creditors** | CLAIM AMOUNT | ACCEPT | REJECT |
| Briarcliff Limited | $4,747,402.00 | X | |
| Key Equipment Finance, Inc. | $9,536,910.48 | X | |
| Blue Sea Capital, Inc. | $145,500.00 | X | |
| Spedag East Africa Ltd. | $797,342.00 | X | |
| Seair Global Logistics LLC | $13,934.57 | X | |
| Middle East Express LLC | $29,337.15 | X | |
| Triton Container International Limited | $383,987.24 | X | |
| United States Department of Agriculture | $175,024.78 | X | |
| United States Coast Guard | $5,004.93 | X | |
| Corrugated Sheets Ltd. | $295,300.00 | X | |
| CG International Inc. | $32,824.33 | X | |
| Comet Shipping Agencies Nigeria Ltd. | $193,919.20 | X | |
| **TOTAL** | $16,356,486.68 | 12 | 0 |