UNITED STATES BANKRUPTCY COURT

Eastern _____ DISTRICT OF New York .

| | |
|---|---|
| In re **Global Container Lines Limited \*** | Case No. **09-78585 (AST)** |
| **Debtor** | Reporting Period: **7/1/10-7/31/10** |

Federal Tax I.D. #    **11-3024523**

## CORPORATE MONTHLY OPERATING REPORT

File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
| Copies of bank statements | | X | |
| Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
| Copies of IRS Form 6123 or payment receipt | | X | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
| Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____    Date _____

Signature of Authorized Indiv. iual\* _____    Date 9/9/2010

Printed Name of Authorized Individual  KAZEM SAKSIMA    Date _____

\*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Notes:
* Consolidated. Includes case #'s:  09-78584 Shiptrade, 09-78585 Global Container, 09-78586 Redstone, 09-78587 Gilmore Shipping 09-78588 Global Progress, 09-78589 GCL Shipping Corp, 09-78590 Global Prosperity LLC

In re Global Container Lines Limited *          Case No. 09-78585 (AST)
_____Debtor_____                Reporting Period: 7/1/10-7/31/10

### SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must **equal the sum** of the four bank account columns.  Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
|---|---|---|---|---|---|
| | OPER | PAYROLL | TAX | OTHER | |
| **CASH BEGINNING OF MONTH** | 8,633 | 10,707 | 11,951 | 1,374,294 | 1,405,585 |
| **RECEIPTS** | | | | | |
| CASH SALES | - | | | | - |
| ACCOUNTS RECEIVABLE - PREPETITION | - | - | | | - |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | - | 240,050 | 240,050 |
| LOANS AND ADVANCES | 400 | - | | - | 400 |
| SALE OF ASSETS | - | - | | - | - |
| OTHER (ATTACH LIST) | - | - | | - | - |
| Deposits | - | - | | - | - |
| Line of Credit/Advances | - | - | | - | - |
| Reversal of Expenses | - | - | | - | - |
| Sale of Container | - | - | | 100,232 | 100,232 |
| Sale of Equipment | - | - | | - | - |
| Sale of Vessels | - | - | | - | - |
| TRANSFERS (FROM DIP ACCTS) | - | - | | - | - |
| Transfer | - | - | | - | - |
| Transfer from Credit Card #6779 | - | - | - | | - |
| Transfer from Acct # 0061 | - | - | | - | - |
| Transfer from Acct # 2050 | - | - | | - | - |
| Transfer from Acct # 2080 | - | - | | 16,309 | 16,309 |
| Transfer from Acct # 2087 | - | - | | - | - |
| Transfer from Acct # 2972 | - | - | | 14,800 | 14,800 |
| Transfer from Acct # 7135 | 105,000 | - | | 32,109 | 137,109 |
| Transfer from Acct # 7143 | - | 54,000 | 33,500 | | 87,500 |
| Transfer from Acct #5183 | - | - | | - | - |
| Transfer from Acct #8046 | - | - | | - | - |
| **TOTAL RECEIPTS** | **105,400** | **54,000** | **33,500** | **403,500** | **596,400** |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 342 | 50,319 | 26,223 | - | 76,884 |
| PAYROLL TAXES | - | - | 2,898 | - | 2,898 |
| SALES, USE, & OTHER TAXES | - | - | - | - | - |
| INVENTORY PURCHASES | - | - | - | - | - |
| SECURED/ RENTAL/ LEASES | - | - | - | - | - |
| INSURANCE | 11,817 | - | - | - | 11,817 |
| ADMINISTRATIVE | - | - | - | - | - |
| SELLING | - | - | - | - | - |
| OTHER (ATTACH LIST) | - | - | - | - | - |
| 401K Expense | - | - | 1,382 | - | 1,382 |
| Advance to Agent | - | - | - | 5,422 | 5,422 |
| Amex Line of Credit | - | - | - | - | - |
| Bank Charge | - | 236 | - | 253 | 489 |
| Bunker | - | - | - | - | - |
| Business Loan Payment | - | - | - | - | - |
| Charter Hire | - | - | - | 84,000 | 84,000 |
| Container | - | - | - | 1,755 | 1,755 |
| Consulting Fees | - | - | - | 10,350 | 10,350 |
| Crew Wages | - | - | - | 26,455 | 26,455 |
| Custom Fees | - | - | - | - | - |
| Department of State Filing Fee | - | - | - | - | - |
| Disbrsmt of Loan | - | - | - | - | - |
| Fed and State Tax Payments | - | - | - | - | - |
| Inland Freight | - | - | - | - | - |
| Inspection | - | - | - | 1,058 | 1,058 |
| Interest | - | - | - | 14,947 | 14,947 |
| Line of Credit- Insurance | - | - | - | - | - |
| Marketing | - | - | - | 54 | 54 |
| Misc | - | - | - | 176 | 176 |
| Office | 109 | - | - | 450 | 559 |
| Pension Fees | - | - | - | - | - |
| Petty Cash | - | - | - | - | - |
| Rent | 7,689 | - | - | - | 7,689 |
| Annual Registration Fees | - | - | - | - | - |
| Sale for part of Prosperity Loan | - | - | - | 50,000 | 50,000 |
| Sale for part of Gilmore Loan | - | - | - | 32,646 | 32,646 |
| Sale of Container | - | - | - | 34,850 | 34,850 |
| Service Charge | - | - | - | - | - |
| Settlement of Reimbursement | - | - | - | - | - |
| Settlement tug for towage precision | - | - | - | - | - |
| Ship Expense | 905 | - | - | 16,468 | 17,373 |
| Telephone | 3,049 | - | - | 511 | 3,560 |
| Travel | - | - | - | - | - |
| OWNER DRAW * | - | - | - | - | - |
| TRANSFERS (TO DIP ACCTS) | - | - | - | - | - |
| Transfers | - | - | - | - | - |
| Transfer to Acct # 2972 | - | - | - | 1,000 | 1,000 |
| Transfer to Acct # 5183 | - | - | - | - | - |
| Transfer to Acct # 7143 | - | - | - | 105,000 | 105,000 |
| Transfer to Acct #2050 | - | - | - | - | - |
| Transfer to Acct #2051 | - | - | - | - | - |
| Transfer to Acct #2080 | - | - | - | 31,109 | 31,109 |
| Transfer to Acct #7135 | - | - | - | 31,109 | 31,109 |
| Transfer to Acct #7150 | 54,000 | - | - | - | 54,000 |
| Transfer to Acct #7168 | 33,500 | - | - | - | 33,500 |
| PROFESSIONAL FEES | - | - | - | 3,172 | 3,172 |
| U.S. TRUSTEE QUARTERLY FEES | - | - | - | - | - |
| COURT COSTS | - | - | - | - | - |
| **TOTAL DISBURSEMENTS** | **111,411** | **50,555** | **30,503** | **450,785** | **643,254** |
| | | | | | |
| **NET CASH FLOW** (RECEIPTS LESS DISBURSEMENTS) | (6,011) | 3,448 | 2,997 | (47,285) | (46,854) |
| | | | | | |
| **CASH – END OF MONTH** | 2,622 | 14,152 | 14,948 | 1,327,009 | 1,358,731 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
|---|---|
| TOTAL DISBURSEMENTS | 643,254 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 255,718 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 387,536 |

In re Global Container Lines Limited *

Debtor

Case No. 09-78585 (AST)

Reporting Period: 7/1/10-7/31/10

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating | Payroll | Tax | Other |
|---|---|---|---|---|
| | # | # | # | # (1) |
| **BALANCE PER BOOKS** | 392,375 | 14,152 | 14,948 | 937,256 |
| | | | | |
| **BANK BALANCE** | **424,477** | **16,302** | **19,869** | **959,227** |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | 32,102 | 2,150 | 4,921 | 21,971 |
| OTHER *(ATTACH EXPLANATION)* | - | - | - | - |
| | | | | |
| **ADJUSTED BANK BALANCE \*** | **392,375** | **14,152** | **14,948** | **937,256** |

\*"Adjusted Bank Balance" must equal "Balance per Books"

| CHECKS OUTSTANDING | Ck. # | Amount |
|---|---|---|
| Shiptrade | | |
| 7143-Chase DIP | | |
| 7/21/2010 | 1280 | 940 |
| 7/21/2010 | 1282 | 7,041 |
| 7/21/2010 | 1283 | 344 |
| 7/21/2010 | 1284 | 178 |
| 7/23/2010 | 1286 | 481 |
| 7/23/2010 | 1287 | 37 |
| 7/23/2010 | 1288 | 37 |
| 7/23/2010 | 1289 | 560 |
| 7/23/2010 | 1290 | 39 |
| 7/23/2010 | 1291 | 39 |
| 7/23/2010 | 1292 | 560 |
| 7/23/2010 | 1293 | 39 |
| 7/23/2010 | 1294 | 39 |
| 7/26/2010 | 1295 | 334 |
| 7/26/2010 | 1296 | 1,241 |
| 7/28/2010 | 1297 | 70 |
| **Total** | | **11,981** |
| Global | | |
| 7135-Chase DIP | | |
| 3/4/2010 | 1013 | 5,480 |
| 7/28/2010 | 1059 | 173 |
| 7/30/2010 | 1060 | 14,468 |
| **Total** | | **20,121** |
| Shiptrade | | |
| 7150- Chase DIP | | |
| 2/26/2010 | 10342 | 378 |
| 7/7/2010 | 10549 | 189 |
| 7/14/2010 | 10560 | 189 |
| 7/21/2010 | 10569 | 189 |
| 7/28/2010 | 10579 | 189 |
| 7/28/2010 | 10581 | 1,018 |
| **Total** | | **2,150** |
| Shiptrade | | |
| 7168- Chase DIP | | |
| 3/19/2010 | | 1,470 |
| 3/19/2010 | | 1,470 |
| 5/12/2010 | 1046 | 464 |
| 7/28/2010 | 1074 | 464 |
| 7/28/2010 | 1075 | 1,053 |
| **Total** | | **4,921.00** |
| Shiptrade | | |
| 8987- Citibank | | |
| 9/6/2009 | 32350 | 1,037 |
| 10/22/2009 | 32424 | 120 |
| 12/15/2009 | 32483 | 225 |
| **Total** | | **1,382** |
| Shiptrade | | |
| 8987- Citibank | | |
| 12/23/2009 | 10219 | 3,782 |
| 12/23/2009 | 10222 | 3,360 |
| 12/23/2009 | 10224 | 3,165 |
| 12/23/2009 | 10220 | 2,297 |
| 12/23/2009 | 10221 | 2,098 |
| 12/23/2009 | 10212 | 1,358 |
| 12/23/2009 | 10213 | 1,170 |
| 12/23/2009 | 10216 | 729 |
| 12/23/2009 | 10218 | 661 |
| 12/23/2009 | 10223 | 587 |
| 12/23/2009 | 10217 | 434 |
| 12/23/2009 | 10215 | 380 |
| 12/23/2009 | 10214 | 189 |
| 12/30/2009 | 10238 | 380 |
| **Total** | | **20,589** |

**OTHER**

In re  Global Container Lines Limited *
Debtor

Case No.  09-78585 (AST)
Reporting Period:  7/1/10-7/31/10

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted to last four numbers.)

| | Operating | | | Period | | Tax | OTHER | Other OPERATING | | | | | | | | GLOBAL CONTAINER LINES LIMITED | | | | | | PAYROLL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Combined Operating | Global 7132-Chase IDP | Sidestreak 6714-Chase IDP | Sidestreak 7104-Chase IDP | Sidestreak 7118-Chase IDP | | | Capital(a) Operating | Sidestreak 0005-Citibank | Robotics Total-Capital One | 7973-Chase | 2050-Paloam | 2052-?MP SBLC 1/2005 | Global Capital One | 0061-Capital One 1/2006 | 2005-SHIP SBLC | 37500 | 2204NBFAC | 2007NBFAC | 2008NBFAC | 2009NBFAC | Sidestreak 0007-Citibank |
| BALANCE PER BOOKS | 393,275 | 2,622 | 14,682 | 14,152 | 14,948 | | 937,256 | 957,589 | | (291) | | 1,906 | 3,531 | | | 37,500 | | 4,727 | 909,445 | | 1,000 | 120,321 |
| BANK BALANCE | 414,477 | 14,682 | 16,901 | 16,901 | 16,901 | | 659,327 | 956,979 | | 991 | | 1,906 | 3,531 | | | 37,500 | | 4,727 | 909,445 | | 1,000 | 297 |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 32,102 | 11,991 | 20,121 | 2,159 | 4,021 | | 21,971 | 1,382 | | 1,382 | | | | | | | | | | | | 20,395 |
| (+) OUTSTANDING CHECKS (ATTACH LIST) | | | | | | | | | | | | | | | | | | | | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | | | | | | | | | | | | | | | |
| ADJUSTED BANK | 393,275 | 2,622 | 14,682 | 14,152 | 14,948 | | 937,256 | 957,589 | | (291) | | 1,906 | 3,531 | | | 37,500 | | 4,727 | 909,445 | | 1,000 | 120,321 |
| Difference | | | | | | | | | | | | | | | | | | | | | | |

** Adjusted Bank Balance" must equal "Balance per Books"

In re:  Global Container Lines Limited *
Debtor

Case No.:  8-09-78585 (AST)
Reported Period:  7/1/10-7/31/10

## CHECKS OUTSTANDING

| Date | CK # | Amount |
|---|---|---|
| **74454 Chase DIP** | | |
| 7/22/2010 | 1286 | 906 |
| 7/22/2010 | 1282 | 7,041 |
| 7/21/2010 | 1283 | 341 |
| 7/21/2010 | 1284 | 178 |
| 7/22/2010 | 1286 | 481 |
| 7/22/2010 | 1287 | 37 |
| 7/22/2010 | 1288 | 57 |
| 7/22/2010 | 1289 | 560 |
| 7/22/2010 | 1290 | 39 |
| 7/22/2010 | 1291 | 39 |
| 7/22/2010 | 1292 | 390 |
| 7/22/2010 | 1293 | 39 |
| 7/22/2010 | 1294 | 39 |
| 7/26/2010 | 1295 | 313 |
| 7/26/2010 | 1296 | 1,261 |
| 7/28/2010 | 1297 | 70 |
| **Total** | | **11,980** |
| **75104 Chase DIP** | | |
| 7/2/2010 | 1013 | 5,480 |
| 7/20/2010 | 1099 | 175 |
| 7/30/2010 | 1109 | 14,604 |
| **Total** | | **20,131** |
| **75100 Chase DIP** | | |
| 7/2/2010 | 10142 | 576 |
| 7/7/2010 | 10549 | 189 |
| 7/12/2010 | 10560 | 189 |
| 7/12/2010 | 10569 | 189 |
| 7/20/2010 | 10578 | 189 |
| 7/20/2010 | 10581 | 1,014 |
| **Total** | | **2,150** |
| **Payroll Citibank** | | |
| 3/3/2010 | 32330 | 1,033 |
| 3/3/2010 | 32420 | 1,470 |
| 5/12/2010 | 30246 | 464 |
| 5/12/2010 | 32471 | 464 |
| 7/20/2010 | 10593 | 1,055 |
| **Total** | | **4,555.00** |
| **89913 Citibank** | | |
| 4/6/2009 | 32100 | 120 |
| 10/12/2009 | 32431 | 320 |
| 12/13/2009 | 32485 | 223 |
| **Total** | | **1,283** |
| **89914 Citibank** | | |
| 12/23/2009 | 10219 | 3,782 |
| 12/23/2009 | 10222 | 3,300 |
| 12/23/2009 | 10224 | 3,163 |
| 12/23/2009 | 10220 | 2,227 |
| 12/23/2009 | 10221 | 2,076 |
| 12/23/2009 | 10233 | 1,555 |
| 12/23/2009 | 10233 | 1,170 |
| 12/23/2009 | 10236 | 720 |
| 12/23/2009 | 10218 | 661 |
| 12/23/2009 | 10223 | 267 |

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 01, 2010 through July 30, 2010

Account Number:  **000000863337143**



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

IIuIIuuIIbIduuIIdIIuuIuIIduIduIdIIdIIuuuIIIIuuI
00006588 DRE 802 219 21610 - NNNNN  1  000000000  D2 0000
SHIPTRADE INC
DEBTOR IN POSSESSION CASE#8-09-78584-AST
DEBTOR IN POSSESSION
100 QUENTIN ROOSEVELT BLVD STE 401
GARDEN CITY NY 11530-4843

## CHECKING SUMMARY    Chase BusinessPlus Extra

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $18,033.38 |
| Deposits and Additions | 6 | 105,595.37 |
| Checks Paid | 19 | - 21,525.78 |
| Electronic Withdrawals | 8 | - 87,500.00 |
| Ending Balance | 33 | $14,602.97 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | Book Transfer Credit B/O: Global Container Lines Limitedgarden City NY 11530-4874 Trn: 1803900187Jo | $30,000.00 |
| 07/12 | Book Transfer Credit B/O: Global Container Lines Limitedgarden City NY 11530-4874 Trn: 4256000193Jo | 25,000.00 |
| 07/14 | Deposit | 195.37 |
| 07/20 | Book Transfer Credit B/O: Global Container Lines Limitedgarden City NY 11530-4874 Trn: 1710700201Jo | 25,000.00 |
| 07/27 | Book Transfer Credit B/O: Global Container Lines Limitedgarden City NY 11530-4874 Trn: 3264600208Jo | 25,000.00 |
| 07/28 | Deposit | 400.00 |
| **Total Deposits and Additions** | | **$105,595.37** |



July 01, 2010 through July 30, 2010
Account Number:  **00000863337143**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1.  Write in the Ending Balance shown on this statement:**          **Step 1 Balance:  $**_____

**2.  List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

                                                                **Step 2 Total:   $**_____

**3.  Add Step 2 Total to Step 1 Balance.**                       **Step 3 Total:   $**_____

**4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
    not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

                                                                **Step 4 Total:   -$**_____

**5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    $**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.



JPMorgan Chase Bank, N.A. Member FDIC

Page 2 of 6

 **CHASE**

July 01, 2010 through July 30, 2010

Account Number: **000000863337143**



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1260  ^ | | 07/13 | $7,688.77 |
| 1261  ^ | | 07/06 | 66.46 |
| 1262  ^ | | 07/06 | 333.64 |
| 1263  ^ | | 07/06 | 1,089.08 |
| 1264  ^ | | 07/06 | 100.00 |
| 1265  ^ | | 07/07 | 53.14 |
| 1266  ^ | | 07/07 | 69.88 |
| 1268  * ^ | | 07/13 | 7,688.77 |
| 1269  ^ | | 07/14 | 84.90 |
| 1270  ^ | | 07/16 | 1,588.57 |
| 1271  ^ | | 07/21 | 905.00 |
| 1272  ^ | | 07/19 | 83.75 |
| 1273  ^ | | 07/14 | 434.70 |
| 1275  * ^ | | 07/15 | 606.38 |
| 1277  * ^ | | 07/20 | 109.45 |
| 1278  ^ | | 07/22 | 50.00 |
| 1279  ^ | | 07/27 | 68.46 |
| 1281  * ^ | | 07/29 | 434.95 |
| 1285  * ^ | | 07/29 | 69.88 |
| **Total Checks Paid** | | | **$21,525.78** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 07/06 | 07/06 Online Wire Transfer A/C: Shiptrade Inc Debtor IN Garden City NY 11530-4843 Ref: Payroll Trn: 0849300187Es | $15,000.00 | 7150 |
| 07/06 | 07/06 Online Wire Transfer A/C: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Taxes/401K Trn: 0850600187Es | 10,000.00 | 7168 |
| 07/13 | 07/13 Online Wire Transfer A/C: Shiptrade Inc Debtor IN Garden City NY 11530-4843 Ref: Payroll Trn: 0122500194Es | 15,000.00 | 7150 |
| 07/13 | 07/13 Online Wire Transfer A/C: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Taxes/401K Trn: 0121400194Es | 10,000.00 | 7168 |
| 07/20 | 07/20 Online Wire Transfer A/C: Shiptrade Inc Debtor IN Garden City NY 11530-4843 Ref: Payroll Trn: 0458900201Es | 13,000.00 | 7150 |
| 07/20 | 07/20 Online Wire Transfer A/C: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Taxes/401K Trn: 0469200201Es | 7,000.00 | 7168 |
| 07/27 | 07/27 Online Wire Transfer A/C: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Taxes/401K Trn: 0829000208Es | 6,500.00 | 7168 |
| 07/27 | 07/27 Online Wire Transfer A/C: Shiptrade Inc Debtor IN Garden City NY 11530-4843 Ref: Payroll Trn: 0833100208Es | 11,000.00 | 7150 |
| **Total Electronic Withdrawals** | | **$87,500.00** | |

The fees for this account are included in the fee information for account -------------- 000000863337150.

**CHASE** ◻

July 01, 2010 through July 30, 2010
Account Number:    **000000863337143**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 07/06 | $21,444.20 | 07/19 | 3,340.71 |
| 07/07 | 21,321.18 | 07/20 | 8,231.26 |
| 07/12 | 46,321.18 | 07/21 | 7,326.26 |
| 07/13 | 5,943.64 | 07/22 | 7,276.26 |
| 07/14 | 5,619.41 | 07/27 | 14,707.80 |
| 07/15 | 5,013.03 | 07/28 | 15,107.80 |
| 07/16 | 3,424.46 | 07/29 | 14,602.97 |





## Point. Shoot. Deposit.

Now depositing checks is even easier than before with Chase QuickDeposit <sup>SM</sup>. Just snap a picture of the front and back or your endorsed check using the free Chase Mobile <sup>SM</sup> app on your iPhone® and hit send. It's fast, easy and best of all - it's free for eligible Chase checking customers.

**Deposit faster with iPhone**  - anytime - anywhere

**Safe and secure -** Get immediate confirmation that your images have successfully uploaded.

**Save time -** Save yourself a trip and skip the deposit slip

**It's free -** Download the Chase Mobile app from the App Store and use it for free. (Check your mobile carrier's agreement for any data transfer fees that may apply)

**To learn more about QuickDeposit visit chase.com/QuickDeposit.**

Must download Chase Mobile App from the App Store <sup>SM</sup> and enroll in Chase Online<sup>SM</sup>. Requires iPhone® 3 or higher. App Store and iPhone are trademarks of Apple, Inc. Message and data rates from your wireless provider may apply. Subject to eligibility and further review. Deposits are subject to verification and not available for immediate withdrawal. Deposit limits and other restrictions apply.



July 01, 2010 through July 30, 2010
Account Number:    **000000863337143**

This Page Intentionally Left Blank

# CHASE ⬡

JPMorgan Chase Bank, N.A.
Northeast Market
P O Box 260180
Baton Rouge, LA 70826-0180

July 01, 2010 through July 30, 2010
Account Number: **000000863337135**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| WebSite: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00003158 DDA 802 142 21210 - NNNNN T 1 000000000 69 0000
GLOBAL CONTAINER LINES LIMITED
DEBTOR IN POSSESSION CASE#8-09-78585-AST
DEBTOR IN POSSESSION
100 QUENTIN ROOSEVELT BLVD
GARDEN CITY NY 11530-4874

# CHECKING SUMMARY   Commercial Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $442,800.65 |
| Deposits and Additions | 9 | 356,589.23 |
| Checks Paid | 5 | - 23,505.24 |
| Electronic Withdrawals | 27 | - 365,874.63 |
| Other Withdrawals, Fees & Charges | 1 | - 136.04 |
| Ending Balance | 42 | $409,873.97 |

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/09 | Book Transfer Credit B/O: Global Container Lines Ltd Garden City NY 11530-4843 Trn: 0669300190Jo | $4,800.00 |
| 07/12 | Fed Wire Credit Via: National Bank of Pakistan/026004721 B/O: Gcl Shipping Corp., Marshall Imarshall Island, Mh 96960 Ref: Chase Nyc/Ctr/Bnf=Global Container Lines Limited Garden City NY 11530-4874/Ac-000000008633 Rfb=M1061 Obi=Refund of Owners Liability Insimad: 0712B6B7Hq1C000031 Trn: 1951609193Ff | 16,308.56 |
| 07/13 | Chips Credit Via: Deutsche Bank Trust CO America/0103 B/O: African Liner Agencies Limitedpo Box 30550 00100 Nairobi Kenya Ref: Nbnf=Global Container Lines Limited Garden City NY 11530-4874/Ac-000000008633 Org=/0100001208335 PO Box 30550 00100 Nairobi Kenya Ogb=/Ssn: 0261699 Trn: 4958900194Fc | 21,738.56 |
| 07/15 | Chips Credit Via: Deutsche Bank Trust CO America/0103 B/O: African Liner Agencies Limitedp.O. Box 43181 Mombasa Kenya Ref: Nbnf=Global Container Lines Limited Garden City NY 11530-4874/Ac-000000008633 Org=/0100001208335 P.O. Box 43181 Mombasa Kenya Ogb=/0409Ssn: 0174766 Trn: 3243600196Fc | 13,704.57 |
| 07/22 | Book Transfer Credit B/O: Global Container Lines Ltd Garden City NY 11530-4843 Trn: 4380200203Jo | 10,000.00 |
| 07/23 | Book Transfer Credit B/O: U N Mission IN Liberia Unmil New York NY 10017- Ref:/Bnf/Inv. 00-10-0050 And 00-10-0051 Trn: 8076000204Jn | 222,570.00 |

Page 1 of 6

# CHASE ◑

July 01, 2010 through July 30, 2010
Account Number: **000000863337135**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**          Step 1 Balance: $_____

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| ____ | _____ | ____ | _____ | ____ | _____ |
| ____ | _____ | ____ | _____ | ____ | _____ |

                                                          Step 2 Total:  $_____

**3. Add Step 2 Total to Step 1 Balance.**              Step 3 Total:  $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

                                                          Step 4 Total:  -$_____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

🏠
EQUAL HOUSING LENDER    JPMorgan Chase Bank, N.A. Member FDIC

# CHASE ⬡

July 01, 2010 through July 30, 2010
Account Number: **000000863337135**

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/23 | Chips Credit Via: Deutsche Bank Trust CO America/0103 B/O: African Liner Agencies Limitedp.O. Box 43181 Mombasa Kenya Ref: Nbnf=Global Container Lines Limited Garden City NY 11530-4874/Ac-00000008633 Org=/0100001208335 P.O. Box 43181 Mombasa Kenya Ogb=/040Ssn: 0285956 Trn: 5461700204Fc | 37,889.00 |
| 07/29 | Chips Credit Via: Deutsche Bank Trust CO America/0103 B/O: African Liner Agencies Limitedp.O. Box 90131 Mombasa Kenya Ref: Nbnf=Global Container Lines Limited Garden City NY 11530-4874/Ac-00000008633 Org=/0100001208335 P.O. Box 90131 Mombasa Kenya Ogb=/0409Ssn: 0313223 Trn: 5943000210Fc | 26,898.54 |
| 07/30 | Book Transfer Credit B/O: U N Mission IN Liberia Unmil New York NY 10017-Ref:/Bnf/Inv. No. 00100052 And 00100053 Trn: 8142500211Jn | 2,680.00 |

**Total Deposits and Additions**

**$356,589.23**

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|--------------|-----------|--------|
| 1054 | 07/16 | $3,172.00 |
| 1055 | 07/27 | 1,755.00 |
| 1056 | 07/19 | 53.50 |
| 1057 | 07/26 | 18,174.74 |
| 1058 | 07/27 | 350.00 |

**Total Checks Paid**

**$23,505.24**

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/06 | Book Transfer Debit A/C: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Trn: 1803900187Jo | $30,000.00 |
| 07/09 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Eco Bank Liberia Limited Liberia Ben: Enigma Shipping Agency Liberia Ref: Cash To Master Mv Caterina Ssn: 0228467 Trn: 0900900190Jo | 2,500.00 |
| 07/09 | Book Transfer Debit A/C: Fortis Bank (Ex Generale Bank)Brussels Belgium 1000 - Trn: 1906300190Jo | 50,000.00 |
| 07/12 | Fedwire Debit Via: Natl Pakistan/026004721 A/C: Gcl Shipping Corp. Garden City, New York Imad: 0712B1Qgc06C003589 Trn: 2245500193Jo | 31,109.45 |
| 07/12 | Book Transfer Debit A/C: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Trn: 4256000193Jo | 25,000.00 |
| 07/13 | Chips Debit Via: Standard Chartered Bank/0256 A/C: Standard Chartered Bank Karachi 2, Pakistan Ben: Global Maritime (Pvt) Ltd. Karachi, Pakistan Ref: Refund Cost of Containers Ssn: 0301726 Trn: 4063900194Jo | 34,850.00 |
| 07/15 | Book Transfer Debit A/C: Global Container Lines Ltd Garden City NY 11530-4843 Trn: 2327800196Jo | 1,000.00 |
| 07/15 | Book Transfer Debit A/C: Absa Bank Ltd Johannesburg South Africa 2000 - Ref: On Account of Inspection Services Trn: 3274500196Jo | 1,058.24 |
| 07/16 | Book Transfer Debit A/C: National Westminster Bank Plc London Ec2M 4BB United Kingdom Ref: Invoice Nos. Rt127131, Rt126173 Trn: 2410200197Jo | 511.05 |
| 07/16 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Eco Bank Liberia Limited Liberia Ben: Enigma Shipping Agency Liberia Ref: Balance of Statement of Account May2010 Ssn: 0302951 Trn: 3099400197Jo | 5,422.40 |
| 07/20 | Book Transfer Debit A/C: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Trn: 1710700201Jo | 25,000.00 |

# CHASE ◯

July 01, 2010 through July 30, 2010
Account Number: **00000863337135**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/23 | Book Transfer Debit A/C: Swedbank Ab Publ Stockholm Sweden 10534 Ref: Invoice No. 20063 2010-07-20 Mv Caterina Trn: 1287700204Jo | 8,468.21 |
| 07/23 | Book Transfer Debit A/C: UBS Ag Zurich Switzerland 8021 - Ref: Mv Caterina Trn: 2985200204Jo | 84,000.00 |
| 07/26 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Eco Bank Liberia Limited Liberia Ben: Enigma Shipping Agency Liberia Ref: Cash To Master Mv Caterina Ssn: 0308866 Trn: 2132400207Jo | 3,000.00 |
| 07/26 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Eco Bank Liberia Limited Liberia Ben: Enigma Shipping Agency Liberia Ref: Cash To Master Mv Caterina Ssn: 0323340 Trn: 2541500207Jo | 5,000.00 |
| 07/27 | Book Transfer Debit A/C: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Trn: 3264600208Jo | 25,000.00 |
| 07/27 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Eco Bank Liberia Limited Liberia Ben: Enigma Shipping Agency Liberia Ref: Cash To Master Mv Caterina Ssn: 0333952 Trn: 5419400208Jo | 5,400.00 |
| 07/29 | Chips Debit Via: Citibank/0008 A/C: Bijan Paksima Ssn: 0298608 Trn: 2930000210Jo | 5,000.00 |
| 07/29 | Chips Debit Via: Citibank/0008 A/C: Ali David Paksima Ssn: 0298609 Trn: 2929900210Jo | 5,000.00 |
| 07/29 | Book Transfer Debit A/C: Privatbank Dnepropetrovsk Ukraine 49094- Ref: Mv Caterina Crew Wages Trn: 5307900210Jo | 2,615.00 |
| 07/29 | Book Transfer Debit A/C: Privatbank Dnepropetrovsk Ukraine 49094- Ref: Mv Caterina Crew Wages Trn: 5308000210Jo | 2,215.00 |
| 07/29 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Eco Bank Liberia Limited Liberia Ben: Enigma Shipping Agency Liberia Ref: Balance Crew Wages Mv Caterinassn: 0355876 Trn: 5307600210Jo | 4,440.28 |
| 07/29 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Vtb 24 (Jsc) Moscow 103006, Russia Ben: Tatyana Gurevskaya Ref: Replenishment of Bank Card No. 4272290008459729. Please Mark Payment: Mv Caterina Crew Wages Ssn: 0355864 Trn: 5307700210Jo | 3,335.00 |
| 07/29 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Imexbank Odessa, Ukraine 65039 Ben: Mykola Prytula Ref: Mv Caterina Crew Wages Ssn: 0355879 Trn: 5307800210Jo | 3,175.00 |
| 07/29 | Chips Debit Via: Deutsche Bank Trust CO America/0103 A/C: Janata Bank Chittagong, Bangladesh Ben: Nurul Alam Ref: Mv Caterina Crew Wages Ssn: 0355882 Trn: 5308100210Jo | 1,175.00 |
| 07/29 | Chips Debit Via: The Bank of New York Mellon/0001 A/C: Ukrsotzbank 252006 Kiev, Ukraine Ben: Slobodyanyuk Sergiy Ukraine Ref: Mv Caterina Crew Wages Ssn: 0355870 Trn: 5308200210Jo | 825.00 |
| 07/29 | Chips Debit Via: The Bank of New York Mellon/0001 A/C: Ukrsotzbank 252006 Kiev, Ukraine Ben: Tetyana Shyryayeva Ref: Mv Caterina Crew Wages Ssn: 0355880 Trn: 5308300210Jo | 775.00 |
| **Total Electronic Withdrawals** | | **$365,874.63** |

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | Account Analysis Settlement Charge | $136.04 |
| **Total Other Withdrawals, Fees & Charges** | | **$136.04** |

Your service charges, fees and earnings credit have been calculated through account analysis.

# CHASE ⬡

July 01, 2010 through July 30, 2010
Account Number: **000000863337135**

## DAILY ENDING BALANCE



| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 07/06 | $412,800.65 | 07/20 | 289,539.66 |
| 07/09 | 365,100.65 | 07/22 | 299,539.66 |
| 07/12 | 325,299.76 | 07/23 | 467,530.45 |
| 07/13 | 312,188.32 | 07/26 | 441,355.71 |
| 07/15 | 323,698.61 | 07/27 | 408,850.71 |
| 07/16 | 314,593.16 | 07/29 | 407,193.97 |
| 07/19 | 314,539.66 | 07/30 | 409,873.97 |



July 01, 2010 through July 30, 2010
Account Number: **000000863337135**

This Page Intentionally Left Blank

 **CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 01, 2010 through July 30, 2010
Account Number: **000000863337150**





### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00006589 DRE 802 219 21610 - NNNNN  1  000000000  D2 0000
SHIPTRADE INC
DEBTOR IN POSSESSION CASE#8-09-78584-AST
DEBTOR IN POSSESSION
100 QUENTIN ROOSEVELT BLVD STE 401
GARDEN CITY NY 11530-4843

---

## CHECKING SUMMARY    Chase BusinessPlus Extra

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $23,256.64 |
| Deposits and Additions | 4 | 54,000.00 |
| Checks Paid | 46 | - 60,718.95 |
| Fees and Other Withdrawals | 1 | - 236.00 |
| Ending Balance | 51 | $16,301.69 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | Book Transfer Credit B/O: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Payroll Trn: 0849300187Es | $15,000.00 |
| 07/13 | Book Transfer Credit B/O: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Payroll Trn: 0122500194Es | 15,000.00 |
| 07/20 | Book Transfer Credit B/O: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Payroll Trn: 0458900201Es | 13,000.00 |
| 07/27 | Book Transfer Credit B/O: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Payroll Trn: 0833100208Es | 11,000.00 |
| **Total Deposits and Additions** | | **$54,000.00** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10521  ^ | | 07/08 | $188.64 |
| 10529  * ^ | | 07/02 | 1,353.98 |
| 10530  ^ | | 07/08 | 188.64 |
| 10538  * ^ | | 07/02 | 1,353.98 |
| 10539  ^ | | 07/08 | 188.64 |
| 10541  * ^ | | 07/06 | 1,017.53 |
| 10542  ^ | | 07/01 | 431.69 |



Page 1 of 6

 **CHASE**

July 01, 2010 through July 30, 2010
Account Number:    **00000863337150**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**          Step 1 Balance: $_____

**2. List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

Step 2 Total:    $_____

**3. Add Step 2 Total to Step 1 Balance.**          Step 3 Total:    $_____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

Step 4 Total:    -$_____

**5. Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:**    $_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
•  Your name and account number
•  The dollar amount of the suspected error
•  A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement.  If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 JPMorgan Chase Bank, N.A. Member FDIC



## CHECKS PAID  *(continued)*



| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 10543 ^ | | 07/01 | 658.33 |
| 10545 * ^ | | 07/02 | 3,316.96 |
| 10546 ^ | | 07/02 | 565.73 |
| 10547 ^ | | 07/02 | 2,908.23 |
| 10548 ^ | | 07/09 | 1,353.99 |
| 10550 * ^ | | 07/07 | 377.63 |
| 10551 ^ | | 07/07 | 423.24 |
| 10552 ^ | | 07/09 | 1,017.53 |
| 10553 ^ | | 07/08 | 431.68 |
| 10554 ^ | | 07/08 | 658.32 |
| 10555 ^ | | 07/07 | 3,782.83 |
| 10556 ^ | | 07/09 | 3,316.96 |
| 10557 ^ | | 07/09 | 565.72 |
| 10558 ^ | | 07/09 | 2,908.22 |
| 10559 ^ | | 07/16 | 1,353.98 |
| 10561 * ^ | | 07/19 | 1,017.53 |
| 10562 ^ | | 07/15 | 431.69 |
| 10563 ^ | | 07/15 | 658.33 |
| 10564 ^ | | 07/14 | 2,787.82 |
| 10565 ^ | | 07/16 | 2,382.88 |
| 10566 ^ | | 07/16 | 565.73 |
| 10567 ^ | | 07/16 | 2,141.50 |
| 10568 ^ | | 07/23 | 1,353.99 |
| 10570 * ^ | | 07/22 | 332.02 |
| 10571 ^ | | 07/23 | 1,017.54 |
| 10572 ^ | | 07/23 | 431.68 |
| 10573 ^ | | 07/22 | 658.32 |
| 10574 ^ | | 07/21 | 2,787.82 |
| 10575 ^ | | 07/23 | 2,382.88 |
| 10576 ^ | | 07/23 | 565.72 |
| 10577 ^ | | 07/23 | 2,141.50 |
| 10578 ^ | | 07/30 | 1,353.98 |
| 10580 * ^ | | 07/29 | 377.63 |
| 10582 * ^ | | 07/29 | 431.69 |
| 10583 ^ | | 07/29 | 658.33 |
| 10584 ^ | | 07/28 | 2,787.83 |
| 10585 ^ | | 07/30 | 2,382.87 |
| 10586 ^ | | 07/30 | 565.73 |
| 10587 ^ | | 07/30 | 2,141.49 |

**Total Checks Paid**                                                                 **$60,718.95**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

 **CHASE**

July 01, 2010 through July 30, 2010
Account Number: **000000863337150**

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 07/06 | Service Charges For The Month of June | $236.00 |
| **Total Fees & Other Withdrawals** | | **$236.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 07/01 | $22,166.62 | 07/19 | 14,672.71 |
| 07/02 | 12,667.74 | 07/20 | 27,672.71 |
| 07/06 | 26,414.21 | 07/21 | 24,884.89 |
| 07/07 | 21,830.51 | 07/22 | 23,894.55 |
| 07/08 | 20,174.59 | 07/23 | 16,001.24 |
| 07/09 | 11,012.17 | 07/27 | 27,001.24 |
| 07/13 | 26,012.17 | 07/28 | 24,213.41 |
| 07/14 | 23,224.35 | 07/29 | 22,745.76 |
| 07/15 | 22,134.33 | 07/30 | 16,301.69 |
| 07/16 | 15,690.24 | | |

## SERVICE CHARGE SUMMARY

Chase BusinessPlus Extra Accounts Included: 00000000000863337143 , 00000000000863337168

| | |
|---|---|
| Maintenance Fee | $46.00 |
| Excess Product Fees | $0.00 |
| Other Service Charges | $80.00 |
| **Total Service Charges** | **$126.00**  Will be assessed on 8/4/10 |

You can waive your monthly maintenance fee of $46.00 if you maintain an average balance of $12,000 in checking and a combined average balance of $100,000 in linked business and personal checking, savings, credit, and investment balances.

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 87 |
| Deposits / Credits | 14 |
| Deposited Items | 2 |
| **Total Transactions** | **103** |

Chase BusinessPlus Extra allows up to 500 checks, deposits, and deposited items per statement cycle. Your transaction total for this cycle was 103.

 **CHASE**

July 01, 2010 through July 30, 2010
Account Number:    **000000863337150**

## SERVICE CHARGE DETAIL

| DESCRIPTION | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| Your Product Includes: | | | | | |
| Account Maintenance - Check Safekeeping | 1 | | | $46.00 | $46.00 |
| Transactions | 103 | 500 | 0 | $0.00 | $0.00 |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $0 | $20,000 | $0 | $0.0000 | $0.00 |
| Branch Deposit - Post Verification | $0 | $20,000 | $0 | $0.0000 | $0.00 |
| Outgoing Wires - Domestic Manual | 0 | 4 | 0 | $0.00 | $0.00 |
| Outgoing Wire - Domestic Online | 8 | 4 | 4 | $20.00 | $80.00 |
| Stop Payment - Manual | 0 | 4 | 0 | $0.00 | $0.00 |
| ODP Transfers | 0 | 4 | 0 | $0.00 | $0.00 |
| **Total Service Charge (assessed on 8/4/10)** | | | | | **$126.00** |





## Point. Shoot. Deposit.

Now depositing checks is even easier than before with Chase QuickDeposit <sup>SM</sup>. Just snap a picture of the front and back or your endorsed check using the free Chase Mobile <sup>SM</sup> app on your iPhone® and hit send. It's fast, easy and best of all - it's free for eligible Chase checking customers.

**Deposit faster with iPhone** - anytime - anywhere

**Safe and secure** - Get immediate confirmation that your images have successfully uploaded.

**Save time** - Save yourself a trip and skip the deposit slip

**It's free** - Download the Chase Mobile app from the App Store and use it for free. (Check your mobile carrier's agreement for any data transfer fees that may apply)

**To learn more about QuickDeposit visit chase.com/QuickDeposit.**

Must download Chase Mobile App from the App Store <sup>SM</sup> and enroll in Chase Online<sup>SM</sup>. Requires iPhone® 3 or higher. App Store and iPhone are trademarks of Apple, Inc. Message and data rates from your wireless provider may apply. Subject to eligibility and further review. Deposits are subject to verification and not available for immediate withdrawal. Deposit limits and other restrictions apply.


**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 01, 2010 through July 30, 2010
Account Number:  **000000863337168**



| CUSTOMER SERVICE INFORMATION | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00006590 DRE 802 219 21610 - NNNNN  1  000000000  D2 0000
SHIPTRADE INC
DEBTOR IN POSSESSION CASE#8-09-78584-AST
DEBTOR IN POSSESSION
100 QUENTIN ROOSEVELT BLVD STE 401
GARDEN CITY NY 11530-4843

## CHECKING SUMMARY  Chase BusinessPlus Extra

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $16,990.28 |
| Deposits and Additions | 4 | 33,500.00 |
| Checks Paid | 10 | - 7,945.56 |
| Electronic Withdrawals | 4 | - 22,676.15 |
| Ending Balance | 18 | $19,868.57 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/06 | Book Transfer Credit B/O: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Taxes/401K Trn: 0850600187Es | $10,000.00 |
| 07/13 | Book Transfer Credit B/O: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Taxes/401K Trn: 0121400194Es | 10,000.00 |
| 07/20 | Book Transfer Credit B/O: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Taxes/401K Trn: 0469200201Es | 7,000.00 |
| 07/27 | Book Transfer Credit B/O: Shiptrade Inc Debtor IN Possesgarden City NY 11530-4843 Ref: Taxes/401K Trn: 0829000208Es | 6,500.00 |
| **Total Deposits and Additions** | | **$33,500.00** |

 **CHASE**

July 01, 2010 through July 30, 2010
Account Number:   **000000863337168**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your
statement or not.

**1.  Write in the Ending Balance shown on this statement:**          **Step 1 Balance:  $_____**

**2.  List and total all deposits & additions  not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
|      |        |      |        |      |        |
|      |        |      |        |      |        |

**Step 2 Total:   $_____**

**3.  Add Step 2 Total to Step 1 Balance.**          **Step 3 Total:   $_____**

**4.  List and total all checks, ATM withdrawals, debit card purchases and other withdrawals
not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |
|                      |        |                      |        |

**Step 4 Total:   -$_____**

**5.  Subtract Step 4 Total from Step 3 Total.  This should match your Checkbook Balance:    $_____**

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**Call or write us at the phone number or address on
the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you
need more information about a transfer listed on the statement or receipt.  We must hear from you no later than 60 days after we sent you
the FIRST statement on which the problem or error appeared.  Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for
new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the
time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:**Contact the bank immediately if your statement is
incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error
appears, you must notify the bank in writing no later than 30 days after the statement was made available to you.  For more complete
details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**

Page 2 of 4



July 01, 2010 through July 30, 2010
Account Number: **000000863337168**



## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1062 ^ | | 07/06 | $463.67 |
| 1063 ^ | | 07/06 | 1,173.21 |
| 1064 ^ | | 07/07 | 463.67 |
| 1065 ^ | | 07/07 | 1,173.21 |
| 1067 * ^ | | 07/15 | 1,226.00 |
| 1068 ^ | | 07/15 | 463.67 |
| 1069 ^ | | 07/26 | 1,001.00 |
| 1070 ^ | | 07/26 | 418.06 |
| 1071 ^ | | 07/26 | 509.28 |
| 1073 * ^ | | 07/26 | 1,053.79 |
| **Total Checks Paid** | | | **$7,945.56** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

\* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/07 | 07/07 Book Transfer Debit A/C: ADP Inc Funds Mgmt San Dimas CA 91773- Ref: ID# 52MI8 7758153Vv Trn: 0428000188Jo | $7,194.33 |
| 07/14 | 07/14 Book Transfer Debit A/C: ADP Inc Funds Mgmt San Dimas CA 91773- Ref: ID# 52MI8 7809799Vv Trn: 0625100195Jo | 5,045.68 |
| 07/21 | 07/21 Book Transfer Debit A/C: ADP Inc Funds Mgmt San Dimas CA 91773- Ref: ID# 52MI8 7845555Vv Trn: 0464700202Jo | 5,218.07 |
| 07/28 | 07/28 Book Transfer Debit A/C: ADP Inc Funds Mgmt San Dimas CA 91773- Ref: ID# 52MI8 7900313Vv Trn: 0487400209Jo | 5,218.07 |
| **Total Electronic Withdrawals** | | **$22,676.15** |

The fees for this account are included in the fee information for account ------------- 000000863337150.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 07/06 | $25,353.40 |
| 07/07 | 16,522.19 |
| 07/13 | 26,522.19 |
| 07/14 | 21,476.51 |
| 07/15 | 19,786.84 |
| 07/20 | 26,786.84 |
| 07/21 | 21,568.77 |
| 07/26 | 18,586.64 |
| 07/27 | 25,086.64 |
| 07/28 | 19,868.57 |

 CHASE

## Point. Shoot. Deposit.

Now depositing checks is even easier than before with Chase QuickDeposit $^{SM}$. Just snap a picture of the front and back or your endorsed check using the free Chase Mobile $^{SM}$ app on your iPhone $^®$ and hit send. It's fast, easy and best of all – it's free for eligible Chase checking customers.

**Deposit faster with iPhone** – anytime – anywhere

**Safe and secure** – Get immediate confirmation that your images have successfully uploaded.

**Save time** – Save yourself a trip and skip the deposit slip

**It's free** – Download the Chase Mobile app from the App Store and use it for free. (Check your mobile carrier's agreement for any data transfer fees that may apply)

**To learn more about QuickDeposit visit chase.com/QuickDeposit.**

Must download Chase Mobile App from the App Store $^{SM}$ and enroll in Chase Online $^{SM}$. Requires iPhone $^®$ 3 or higher. App Store and iPhone are trademarks of Apple, Inc. Message and data rates from your wireless provider may apply. Subject to eligibility and further review. Deposits are subject to verification and not available for immediate withdrawal. Deposit limits and other restrictions apply.

 Citibank

Citibank Client Services   236
PO Box 769013
San Antonio, TX 78245-9013

17852/R1/04F000/0

000
CITIBANK, N. A.
**Account**
**17878987**
**Statement Period**
**July 1 - July 31, 2010**
**Relationship Manager**
Citibusiness Service Cent
(877) 528-0990

**SHIPTRADE INC**
**100 QUENTIN ROOSEVLT BL SUITE 401**
**GARDEN CITY          NY 11530-4817**
I..II...II.I.I...II.II...I.II..I.I..I.II.II...III..I

Page  1  of  2

## CitiBusiness® ACCOUNT AS OF JULY 31, 2010

**Relationship Summary:**

| | |
|---|---|
| **Checking** | **$1,247.98** |
| **Savings** | ----- |
| **Investments** (not FDIC insured) | ----- |
| **Checking Plus** | ----- |

*Get up to $200 when you sign up for Merchant Services.* Open a new account with Citi Merchant Services Provided by First Data Merchant Services Corp. and take advantage of this limited time credit offer. Call **1-800-592-2398** today for more details.

| Checking | | Balance |
|---|---|---|
| CitiBusiness Checking   0017878987 | | $991.23 |
| CitiBusiness Checking   0043730409 | | $256.75 |
| **Total Checking at Citibank** | | **$1,247.98** |

## SERVICE CHARGE SUMMARY FROM JUNE 1, 2010 THRU JUNE 30, 2010

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **CITIBUSINESS CHECKING # 17878987** | | | |
| Average Daily Collected Balance | | | $1,153.13 |
| **Total Charges for Services** | | | **$0.00** |
| **CITIBUSINESS CHECKING # 43730409** | | | |
| Average Daily Collected Balance | | | $256.75 |
| **Total Charges for Services** | | | **$0.00** |
| **Total Non-Interest Bearing Account Charges** | | | **$0.00** |
| Average collected balances | | | $1,409.88 |
| Less 10% reserve requirement | | | $140.98 |
| Balances eligible for Earnings Credit | | | $0.00 |
| Earnings Credit allowance at   0.00000% | | | $0.00 |
| Charges Subject to Earnings Credit | | | $0.00 |
| **Net Service Charge** | | | **$0.00** |

Avg. Collected Non-Interest Bearing Balances must be at least $5,000.00 to generate Earnings Credit

63

SHIPTRADE INC                          Account 17878987          Page 2 of 2.                    17853/R1/04F000/0
                                        Statement Period -  July 1 - July 31, 2010

## CHECKING ACTIVITY

**CitiBusiness Checking**
0017878987

| | | Beginning Balance: | $1,138.49 |
| | | Ending Balance: | $991.23 |

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 7/12 | BUSINESS LOAN PAYMENT<br>AUTOMATED LOAN   PAYMENT   000000090498729 Jul 12 | 147.26 | | 991.23 |

**CitiBusiness Checking**
0043730409

| | | Beginning Balance: | $256.75 |
| | | Ending Balance: | $256.75 |

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:          YOU CAN CALL:                    YOU CAN WRITE:

Checking                            877-528-0990                    CitiBusiness
                                    (For Speech and Hearing         100 Citibank Drive
                                    Impaired Customers Only         San Antonio, TX 78245-9966
                                    TDD: 800-945-0258)

For change in address, call your account officer or visit your branch.