UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                             Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,        Case Nos.   09-78585 (AST)
                                                        09-78584 (AST)
                                                        09-78589 (AST)
                                                        09-78586 (AST)
                                                        09-78587 (AST)
                                                        09-78588 (AST)
                                                        09-78590 (AST)

                        Debtors.
-----------------------------------------------------------x

**ORDER GRANTING FOURTH OMNIBUS OBJECTION UNDER SECTION 502
OF THE BANKRUPTCY CODE AND RULE 3007 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE FOR AN ORDER EXPUNGING CLAIM NOS.
3, 4, 5, 12, 17, 18, 19, 24, 25, 43, 48, 49, 50 and 51 FILED AGAINST GLOBAL
CONTAINER LINES, LTD. AS BEING FILED AGAINST THE WRONG DEBTOR**

Global Container Lines, Ltd. ("Global or the Debtor"), debtor and debtor-in-possession herein, having brought a Fourth Omnibus Objection dated July 23, 2010, under 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure for an order expunging certain claims filed against the wrong Debtor (the "Objection"); and

The Debtor having properly served the Objection on all claimants affected by the Objection at the addresses set forth in their respective proofs of claim, the Office of the United States Trustee for the Eastern District of New York, counsel for the Creditors' Committee and all persons or entities who filed a Notice of Appearance; and

J. Stephen Simms appearing on behalf of McAllister Towing & Transportation and at which time the Debtor withdrew its objection to Claim 30; and

A hearing having been held on September 15, 2010 with respect to the relief sought in the Objection, and the Court having heard the arguments of all parties present at the hearing; and

The Court having determined that good and proper notice of the relief sought in the

Objection was made in accordance with the Bankruptcy Code and the Bankruptcy Rules and that cause exists to grant the relief sought in the Objection;

NOW, THEREFORE, in consideration of the foregoing, it is hereby ordered as follows:

1. The following claims, all of which are included in Exhibit "B" to the Objection be, and hereby are, expunged on the grounds that they were filed against the wrong debtor:

| **CREDITOR** | **DISALLOWED CLAIM** |
|---|---|
| Alatas Middle East<br>Jebel Ali Free Zone – South<br>P.O. Box 263007<br>Dubai, UAE | Claim #18 - $527.50 |
| Alatas Singapore PTE Ltd.<br>10 Toh Guan Road<br>#05-03, T.T. Int'l. Tradepark<br>Singapore 608838 | Claim #19 - $28,835.24 |
| Crescent Towing<br>1240 Patterson St.<br>New Orleans, LA 70114 | Claim #24 - $17,510.96 |
| DNV Petroleum Services Inc.<br>318 N. 16th Street<br>La Porte, TX 77571 | Claim #25 - $2,150.25 |
| Delta Marine Services<br>7, Panama & Elgomhoria St.<br>Port Said Egypt<br>0020127909998 | Claim #12 - $22,939.09 |

| | |
|---|---|
| Goltens Co. Ltd.<br>P.O. Box 2811 - Shed #3<br>Jaddaf Shipdocking Yard<br>Dubai, UAE | Claim #48 - $1,195.26 |
| Goltens Co. Ltd.<br>P.O. Box 2811 - Shed #3<br>Jaddaf Shipdocking Yard<br>Dubai, UAE | Claim #49 - $489.86 |
| Goltens Co. Ltd.<br>P.O. Box 2811 - Shed #3<br>Jaddaf Shipdocking Yard<br>Dubai, UAE | Claim #50 - $19,923.44 |
| Kristensons Petroleum Inc.<br>Attn: Rob Atkinson<br>128 Broad Street<br>Redbank, N.J. 07701 | Claim #51 - $1,403,943.94 |
| Main Industries, Inc.<br>107 East Street<br>Hampton, VA. 23661 | Claim #17 - $37,800.00 |
| Pioneer Diesels<br>2135/B Suramya Park<br>Atabhia Chowk, bhavnagar<br>(Gujarat) India | Claim #43 - $570.00 |
| Seven Sea Shipchandlers<br>P.O. Box 5592<br>Dubai, UAE | Claim #3 - $22,470.90 |

| | |
|---|---|
| Seven Sea Shipchandlers<br>P.O. Box 5592<br>Dubai, UAE | Claim #4 - $5,389.35 |
| Seven Sea Shipchandlers<br>P.O. Box 5592<br>Dubai, UAE | Claim #5 - $35,862.90 |

2. Nothing in this Order shall prevent the Debtor from filing additional objections, including, without limitation, objections as to the validity, amount, classification and status of any claims in the Debtor's case including, without limitation, the claims that are the subject of this Order.



Dated: September 16, 2010
Central Islip, New York

_____
**Alan S. Trust**
**United States Bankruptcy Judge**