UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                    Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,      Case Nos.  09-78585 (AST)
                                                     09-78584 (AST)
                                                     09-78589 (AST)
                                                     09-78586 (AST)
                                                     09-78587 (AST)
                                                     09-78588 (AST)
                                                     09-78590 (AST)
                     Debtors.
---------------------------------------------------------x

**ORDER GRANTING MOTION TO RECLASSIFY AND REDUCE CLAIM NO. 27 FILED BY THE UNITED STATES DEPARTMENT OF AGRICULTURE UNDER SECTION 502 OF THE BANKRUPTCY CODE AND RULE 3007 OF THE <u>FEDERAL RULES OF CIVIL PROCEDURE</u>**

Global Container Lines Limited, debtor and debtor-in-possession herein ("Global" or the "Debtor"), having made a motion dated July 23, 2010 under 11 U.S.C. §502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure for an order reclassifying claim no. 27 filed by The United States Department of Agriculture ("USDA") as a general unsecured claim and reducing the amount of such claim for the reasons set forth in the Motion; and

The Debtor having properly served the Motion on the claimant affected thereby at the address set forth in the proof of claim filed by said claimant, the Office of the United States Trustee for the Eastern District of New York and counsel for the Creditors' Committee; and

A hearing having been held on September 15, 2010 with respect to the relief sought in the Motion, and the Court having heard the arguments of all parties present at the hearing; and

The Court having determined that good and proper notice of the relief sought in the Motion was made in accordance with the Bankruptcy Code and the Bankruptcy Rules and that cause exists to grant the relief sought in the Motion;

NOW, THEREFORE, in consideration of the foregoing, it is hereby ordered as follows:

1. Claim No. 27 in the amount of $256,470.78 filed by USDA against the Debtor's estate be, and hereby is, reclassified from a secured claim to a general unsecured claim and shall be reduced to the amount of $175,024.78.

**Dated: September 16, 2010**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**