# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

---

IN RE:                                                                                                           CASE NO: 8−09−78585−ast

Global Container Lines Limited

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                              CHAPTER: 11

11−3024523

DEBTOR(s)

---

## NOTICE OF ENTRY OF ORDER CONFIRMING
## CHAPTER 11 PLAN OF REORGANIZATION

### NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

Notice is hereby given that:

In accordance with Bankruptcy Rule 2002, an order was signed on September 17, 2010 confirming the debtor's Chapter 11 Plan of Reorganization.

The Order Confirming the Plan of Reorganization is on file and available for inspection in the Clerk's Office,

290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

Dated: September 17, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLeoc.jsp** [Notice Confirming Chapter 11 Plan rev. 05/23/07]