# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: smarcus | Date Created: 9/17/2010 |
| Case: 8−09−78585−ast | Form ID: 225 | Total: 150 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
6453372    NSPO Eqypt

TOTAL: 1

**Recipients of Notice of Electronic Filing:**
aty         C. Nathan Dee         ndee@cullenanddykman.com
aty         Matthew G Roseman     mroseman@cullenanddykman.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Global Container Lines Limited        100 Quentin Roosevelt Boulevard         Garden City, NY 11530
smg         United States of America        Secretary of the Treasury        15th Street &Pennsylvania Ave. NW        Washington, DC 20220
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12201
smg         NYS Department of Taxation &Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         Internal Revenue Service        11601 Roosevelt Blvd.        P.O. Box 21126        Philadelphia, PA 19114
smg         NYC Department of Finance        345 Adams Street, 3rd Floor        Attn: Legal Affairs − Devora Cohn        Brooklyn, NY 11201−3719
smg         United States Trustee        Office of the United States Trustee        Long Island Federal Courthouse        560 Federal Plaza        Central Islip, NY 11722−4437
6450536     AND Group PLC        Tanners Bank        North Shields, Tyne and W        NE30 1JH United Kingdom
6450535     Abdulkader Kordoughli        PO Box 1897        Lattakia, Syria
6591813     Alatas Middle East        Jebel Ali Free Zone−South        PO Box 263007        Dubai, UAE
6591823     Alatas Singapore PTE Ltd.        10 Toh Guan Road        #05−03, T.T. Int'l Tradepark        Singapore 608838
6450537     Applied Weather        Technology        158 Commercial Street        Sunnyvale, CA 94086−5201
6556108     Arthur J. Weis        c/o John P. James, Esq.        Friedman, James &Buchsbaum LLP        132 Nassau Street, Suite 900        New York, NY 10038
6509601     Arthur J. Weis        c/o: Friedman, James &Buchsbaum LLP        Attn: John P. James, Esq.        132 Nassau Street/Ste. 900        New York, NY 10038
6450538     Blue Sea Capital        62 Southfeld Avenue        Building 2 Suite 214        Stamford, CT 06902
6453363     Blue Sea Capital        62 Southfeld Avenue        Building 2 Suite 214        Stamford, CT 06902
6450539     Blue Sea Capital, Inc.        62 Southfield Avenue        Stamford, CT 06902
6569395     Briarcliff Limited        c/o Heidi Liss, Esq.        Akin, Gump, Strauss Hauer &Feld LLP        One Bryant Park        New York, NY 10036        212−872−1047
6569396     Briarcliff Limited (Caterina)        c/o Heidi Liss, Esq.        Akin, Gump, Strauss, Hauer &Feld LLP        One Bryant Park        New York, NY 10036        212−872−1047
6657894     Briarcliffe Limited        %Walkers SPV Limited        PO Box 908 GT        Grand Cayman, Cayman Islands        George Town
6453364     Briarcliffe Ltd. Caterina        Akin, Gump, Straus, Hauer        590 Madison Avenue        New York, NY 10022
6450540     Briarcliffe Ltd. Caterina        Akin, Gump, Straus, Hauer        590 Madison Avenue        attn. Heidi Liss        New York, NY 10022
6485153     Briarcliffe Ltd. Caterina and Briarcliffe Ltd Loan        Lisa G. Beckerman, Esq.        Akin Gump Strauss Hauer &Feld LLP        One Bryant Park        New York, NY 10036
6450541     Briarcliffe ltd. Loan        c/o Akin Gump Strauss        Hauer &Feld LLC        590 Madison Avenue        New York, NY 10022
6453365     Briarcliffe ltd. Loan        c/o Akin Gump Strauss        Hauer &Feld LLC        New York, NY 10022
6450542     C.R. Cushing &Co., Inc.        30 Vessey Street        7th Floor        New York, NY 10007
6450543     CAI International Inc.        One Embarcadeo Center        Suite 2101        San Francisco, CA 94111
6600801     CAI International, Inc.        c/o J. Stephen Simms        Simms Showers LLP        20 South Charles Street, Suite 702        Baltimore, Maryland 21201
6450544     CAI−Interpool, LLC        One Embarcadero Center        Suite 2101        San Francisco, CA 94111
6545893     Comet Shipping Agencies Nigeria Ltd.        c/o Michael J. Carcich, Esq.        NICOLETTI HORNIG &SWEENEY        Wall Street Plaza        88 Pine Street, 7th Floor        New York, New York 10005−1801
6450545     Comet Shipping Nigeria Lt        c/o Michael J Carcich        Wall Street Plaza        88 Pine Street 7th Fl        New York, NY 10005
6453366     Comet Shipping Nigeria Lt        c/o Michael J Carcich        Wall Street Plaza        New York, NY 10005
6450546     Consilium        PO Box 8018        SAIF Zone        Sharjah, UAE
6450547     Container Applications        Limited        One Embarcadero Center        Suite 2102        San Francisco, CA 94111
6616020     Corrugated Sheets Ltd        c/o Hill Rivkins LLP        45 Broadway, Suite 1500        New York, NY 10006
6599807     Crescent Towing        1240 Patterson St        New Orleans, LA 70114
6450548     Crew Wages−MV Caterina        c/o Engima Shipping        Liberia
6450549     Cux Parts        D−27607 Langen, Germany
6600147     DNV Petroleum Services, Inc.        318 N. 16th Street        La Porte TC 77571
6450550     Dan Bunkering ltd.        Strandvejen 5        PO Box 71        DK05500 Middelfart        Denmark

| | | | | |
|---|---|---|---|---|
| 6453367 | DeWitt Stern Imperatore | harborside Financial Cent | Plaza Five Suite 1500 | Jersey City, NJ 07311 |
| 6450552 | DeWitt Stern Imperatore | harborside Financial Cent | Plaza Five Suite 1510 | Jersey City, NJ 07311 |
| 6601507 | DeWitt Stern, Imperatore, Ltd. | Harborside Financial Center | Plaza 5, Suite 1510 | Jersey City New Jersey 07311 |
| 6601559 | DeWitt Stern, Imperatore, Ltd. | Harborside Financial Center | Plaza 5, Suite 1510 | Jersey City New Jersey 07311 |
| 6601583 | DeWitt Stern, Imperatore, Ltd. | Harborside Financial Center | Plaza 5, Suite 1510 | Jersey City New Jersey 07311 |
| 6601594 | DeWitt Stern, Imperatore, Ltd. | Harborside Financial Center | Plaza 5, Suite 1510 | Jersey City New Jersey 07311 |
| 6555260 | Delta Marine Services | 7, Panama &Elgomhoria St. | Attn. Mr. Ahmed Rezik | Port Said Egypt 0020127909998 |
| 6450551 | Descartes Systems(USA)LLC | Power Ferry Business Park | Suite 520 Building 500 | 2030 Powers Ferry Road SE    Atlanta, GA 30339 |
| 6450554 | Dewitt Stern Imperatore | Container Insurance | Harbourside Financial Ctr | Plaza Five Suite 1500    Jersey City, NJ 07311 |
| 6450555 | Dewitt Stern Imperatore | FD &D) | Harbourside Financial Ctr | Plaza Five Suite 1500    Jersey City, NJ 07311 |
| 6450556 | Dewitt Stern Imperatore | H | Harbourside Financial Cr. | Plaza Five Suite 1500    Jersey City, NJ 07311 |
| 6450553 | Dewitt Stern Imperatore | PI Insurance | Harbourside Financial Ctr | Jersey City, NJ 07311 |
| 6453368 | Dewitt Stern Imperatore | PI Insurance | Harbourside Financial Ctr | Jersey City, NJ 07311 |
| 6450557 | Elcome International | Dubai Investments Park | PO Box 1788 | Dubai, UAE |
| 6450558 | GE Seaco Charleston | 215 East Bay Street | Suite 403–C | Charleston, SC 29401 |
| 6611271 | GOLTENS CO. LTD. | (DUBAI BRANCH) | PO BOX 2811 – Shed # 3 | Jaddaf Shipdocking Yard    DUBAI U.A.E. |
| 6450559 | Groupe Eyssautier | c/o Budd S.A. Marseille | 7 Rue Bailli De Suffren | 13001 Marseille, France |
| 6618628 | Gulf Liners Shipping Agencies LLC | PO Box 3274 | Offices Land Building, Suite 201, Karama    Dubai, UAE | |
| 6450560 | Hiller Systems, Inc. | PO Box 91508 | Mobile, AL 36691 | |
| 6450561 | Intercargo Clearing and | Forwarding | Q. Asatique | Av. Des Payans    BP Bujumbura |
| 6450562 | Intercargo S.A. | Q. Asatique | Av. Des Payans | BP Bujunbra |
| 6450563 | Interpool Limited | 211 College Road East | Princeton, NJ 08540 | |
| 6450564 | Interpool, Inc. | Princeton, NJ 08540 | | |
| 6450565 | James J. Flanagan | Stevedores | 595 Orleans | Suite 1500    Beaumont, TX |
| 6450566 | Keraba and Bayo Freight | Transport | PO Box 2075 | Addis Ababa, Ethiopia |
| 6524418 | Key Equipment Finance Inc. | c/o Lemery Greisler LLC | 50 Beaver Street, 2nd Floor | Albany, New York 12207 |
| 6463392 | Key Equipment Finance Inc. | c/o Paul A. Levine, Esq. | Lemery Greisler LLC | 50 Beaver Street    Albany, New York 12207 |
| 6463394 | KeyBank National Association | c/o Paul A. Levine, Esq. | Lemery Greisler LLC | 50 Beaver Street    Albany, New York 12207 |
| 6450567 | Keybank Equipment Finance | 66 South Pearl Street | Albany, NY 12207 | |
| 6450568 | Keybank National | Association | 66 South Pearl Street | 8th Floor    Albany, NY 12207 |
| 6450569 | Keybank National | Association | 66 South Pearl Street | Albany, NY 12207 |
| 6453369 | Keybank National | Association | 66 South Pearl Street | Albany, NY 12207 |
| 6524397 | Keybank National Association | c/o Lemery Greisler LLC | 50 Beaver Street, 2nd Floor | Albany, New York 12207 |
| 6611398 | Kristensons Petroleum Inc. | Attn: Rob Atkinson | 128 Broad Street | Red Bank NJ 07701 |
| 6450570 | Legge Farrow Kimmit McGrath &Brown, LLP | 6363 Woodway | Suite 400 | Houston, TX 77057–1714 |
| 6450571 | Lilo Transport PLC | Bada Street House No. 19–23 | Asmara, Eritrea | |
| 6603518 | Logwin Air &Ocean Middle East LLC | PO Box 119796 | Al Mussala Tower 9# 901 | Dubai, UAE |
| 6606821 | MAN DIESEL SAS | Avenue De Chatonay (Porte 7) | B.P. 427 44615 | Saint Nazaire Cedex    FRANCE |
| 6591079 | Main Industries, Inc. | 107 E Street | Hampton VA 23661 | |
| 6600815 | Mcallister Towing &Transportation Company | c/o J. Stephen Simms | Simms Showers LLP | 20 South Charles Street, Suite 702    Baltimore, Maryland 21201 |
| 6450572 | Mercur International for | Development Co Ltd. | Faisal Islamic Bank Bldg. | 5th Floor    Port Sudan |
| 6453370 | Mercur International for | Development Co Ltd. | Faisal Islamic Bank Bldg. | Port Sudan |
| 6450573 | Middle East Express | PO Box 622 | Sharjah, UAE | |
| 6575107 | Middle East Express Ltd. | Mazen Abdul Majeed Al Khatib Building | Shop No 2 | Umm Al Tarafa    PO Box 622    Sharjah UAE |
| 6450574 | Multistar Tank Leasing Co. LLC | 18333 Egret Bay Boulevard | Suite 410 | Houston TX 77058 |
| 6450576 | NCOS for Logistic and | Customs NCOS | | |
| 6625994 | National Bank | Po box 59231 | Minneapolis MN 55459–0231 | |
| 6450575 | National Bank of Pakistan | 100 Wall Street | New York, NY 10005 | |
| 6453371 | National Bank of Pakistan | 100 Wall Street | New York, NY 10005 | |
| 6762397 | National Bank of Pakistan | Watson, Farley &Williams (New York) LLP | 1133 Avenue of the Americas 11th Floor    New York, NY 10036 | |
| 6762403 | National Bank of Pakistan | Watson, Farley &Williams (New York) LLP | 1133 Avenue of the Americas 11th Floor    New York, NY 10036 | |
| 6450577 | Nicoletti Hornig | Sweeney | Wall Street Plaza | 88 Pine Street, 7th Floor    New York, NY 10005 |

| | | |
|---|---|---|
| 6605937 | Pioneer Diesels | 2135/B Suramya Park    Atabhai Chowk, bhavnagar    (Gujarat) INDIA |
| 6450578 | Potomac Maritime | 1729 Wisconsin Avenue    2nd Floor    Washington, DC 20007 |
| 6450579 | Rhine Marine | PO Box 86710    Dubai, UAE |
| 6450581 | SDV Ghan Limited | c/o Weber Gallagher    Simpson Stapleon Fires    2000 Market St. 13 Fl.    Philadelphia, PA 19103 |
| 6453373 | SDV Ghan Limited | c/o Weber Gallagher    Simpson Stapleon Fires    2000 Market St. 13 Fl.    Philadelphia, PA 19103 |
| 6450580 | Saeed Marine Equipment Est | PO Box 50636    Dubai, UAE |
| 6450582 | Sea Castle Container | Leasing    1 Matnard Drive    Park Ridge, NJ 07656 |
| 6450583 | Sea Pride Enterprises | Comboni Street    PO Box 76    Port Sudan, Sudan |
| 6450584 | Seacastle Container | Leasing    1 Maynard Drive    Park Ridge, NJ 07656 |
| 6453374 | Seacastle Container | Leasing    1 Maynard Drive    Park Ridge, NJ 07656 |
| 6450585 | Seacastle Container | Leasing LLC    1 Maynard Drive    Park Ridge, NJ 07656 |
| 6600779 | Seacastle Container Leasing LLC | c/o J. Stephen Simms    Simms Showers LLP    20 South Charles Street, Suite 702    Baltimore, Maryland 21201 |
| 6599064 | Seair Global Logistics LLC | Office #204, Al Ketbi Building    Next to Capitol Hotel, Al Mina Rd.    P.O. Box 34225    DUBAI – United Arab Emitrates    Attn: Mr. Johnson Fernandes |
| 6450586 | Seven Sea Shipchandlers | PO Box 5592    Dubai, UAE |
| 6450587 | Sigma Paints | PO Box 52781    Duabi, UAE |
| 6450588 | Spedag East Africa Ltd. | Kriegackerstasse 91    Muttenz    4002 Basel Switzerland |
| 6453375 | Spedag East Africa Ltd. | Kriegackerstasse 91    Muttenz    4002 Basel Switzerland |
| 6545861 | Spedag East Africa Ltd. | c/o Samuel C. Coluzzi, Esq.    NICOLETTI HORNIG &SWEENEY    Wall Street Plaza    88 Pine Street, 7th Floor    New York, New York 10005–1801 |
| 6450589 | Stratos | Xantic Sales B.V.    34 Harvey Road    PO Box 5754    St. Johns, CA |
| 6450590 | Syed Amjad Hussain &Co | 12, Cour chambers    Syedna Tahir Saifuddin Rd    Karachi, OK 74200 |
| 6450591 | TAL International | Container Corp.    fka: Transamerica Leasing Inc.    100 Manhattanville Road    Purchase, NY 10577–2135    Attn: Legal Dept. |
| 6477478 | TAL International Container Corp. | c/o Michael L. Schein, Esq.    1633 Broadway, 47th Floor    New York NY 10019 |
| 6599595 | TOTAL U.A.E. LLC | Al Masaood Tower    7th Floor, POB 14871    Dubai–United Arab Emirates    Attn: Mr. Phillippe Cabus |
| 6450604 | TSG Technical Services | 2215 M Street Northwest    Washington, DC |
| 6453379 | TSG Technical Services | 2215 M Street Northwest    Washington, DC |
| 6450592 | Talk International | Container Corp.    100 Manhattanville Road    Purchase, NY 10577 |
| 6450593 | Tanzania Road Haulage | PO Box 21493    Nelson Mandela Expressway    Dar Es Salaam, Tanzania |
| 6453376 | Tanzania Road Haulage | PO Box 21493    Nelson Mandela Expressway    Dar Es Salaam, Tanzania |
| 6450594 | Tencarva Machinery Co. | Jay A Press P.C.    115 Broad Hollow Road    Suite 350    Melville, NY 11747 |
| 6450596 | Textainer Equipment | 650 California Street    16th Floor    San Francisco, CA 94108 |
| 6453377 | Textainer Equipment | 650 California Street    16th Floor    San Francisco, CA 94108 |
| 6450595 | Textainer Equipment | Management    650 California Street    16th Floor    San Francisco, CA 94108 |
| 6453378 | Textainer Equipment | Management    650 California Street    San Francisco, CA 94108 |
| 6450597 | Textainer Equipment | Management (US) Limited    650 California Street    San Francisco, CA 94108 |
| 6592804 | Textainer Equipment Management (U.S.) Ltd. | 650 California Street    16th Floor    San Francisco, CA 94108 |
| 6463830 | Textainer Equipment Management U.S. Ltd. | c/o Bruce Weiner    Rosenberg Musso &Weiner    26 Court Street, Suite 2211    Brooklyn, NY 11242 |
| 6450598 | Thocomar Shipping Senegal | 1 Rue Parent    B.P. 1781 Daker    Senegal |
| 6450599 | Tosi Maritime Consultants | PO Box 5488    Washington, DC 20016 |
| 6450600 | Trans Ethiopia PLC | Adigrat Road Elala    Mekelle, Tigray    Ethiopia 459 |
| 6450601 | Trans Ethiopia PLC | PO Box 459 Mekelle    9280 Addis Ababa, Ethiopia |
| 6450602 | TransAmerica Leasing | 100 Manhattanville Road    Purchase, NY 10577 |
| 6450603 | Triton Container International Limited | c/o Peter Fraenkel    55 Green Street    San Francisco, CA 94111 |
| 6450605 | U.S. Department of | Homeland Security    1430 A Kristina Way    Chesapeake, VA 23326 |
| 6873516 | U.S. Department of Agriculture | c/o Loretta E. Lynch, U.S. Atty    by: Thomas A. McFarland,    Assistant U.S. Attorney    610 Federal Plaza, 5th Floor    Central Islip, Ny 11722 |
| 6450608 | US Bureau of Customs and | Border Protection    PO Box 70946    Charlotte, NC 28272 |
| 6453381 | US Bureau of Customs and | Border Protection    PO Box 70946    Charlotte, NC 28272 |
| 6450609 | US Customs and Border | Protection    PO Box 70946    Charlotte, NC 28272 |
| 6600775 | USDA/FSA/FSC/RMO/COSG | Beacon Facility – Mail Stop 8528    PO Box 419205    Kansa City, MO 64141–6205 |
| 6603438 | Ulsoy Mrti Roro Isletmeleri A.S. | c/o Lennon Murphy &Lennon, LLC    2425 Post Road, Suite 302    Southport CT 06890 |
| 6450606 | Uni Global Business | Bangladesh    Taher Tower 9th Floor    Circle 2    Dhaka–1212 |
| 6450607 | United States Dept of | Agriculture    Kansas City Commodity    PO Box 419205    Kansas City, MO 64114 |
| 6453380 | United States Dept of | Agriculture    Kansas City Commodity    PO Box 419205    Kansas City, MO 64114 |
| 6582393 | Viking Enterprises CO LTD | c/o Oscar E. Sanchez, Esq.    Oscar Sanchez and Associates, P.A.    701 Brickell Key Blvd.    Suite CU–1    Miami, Florida 33131–2675 |
| 6450610 | W.K. Webster &Co Ltd. | Christopher House    Station Road    Sidcup, Kent DA15 7BS    United Kingdom |

| | | | | |
|---|---|---|---|---|
| 6450611 | World Food Program | Via Cesare Giulio Viola | Parco de'Medici | 00148 Rome Italy |

TOTAL: 147