# United States Bankruptcy Court

Eastern District of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722−9013

| | |
|---|---|
| IN RE: | CASE NO: 8−09−78585−ast |
| Global Container Lines Limited | |
| SSN/TAX ID: | CHAPTER: 11 |
| 11−3024523 | |
| DEBTOR(s) | |

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on September 15, 2010 was filed on September 24, 2010 .

The following deadlines apply:

The parties have until October 1, 2010 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is October 15, 2010.

If a Transcript Redaction Request is filed, the redacted transcript is due October 25, 2010.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 23, 2010 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber TypeWrite Word Processing Service 1−888−4TYPEWP or you may view the document at the public terminal at the Office of the Clerk.

Dated: September 27, 2010

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]