# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−8 | User: dcox | Date Created: 9/27/2010 |
| Case: 8−09−78585−ast | Form ID: 295 | Total: 9 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | C. Nathan Dee | ndee@cullenanddykman.com |
| aty | Matthew G Roseman | mroseman@cullenanddykman.com |
| aty | Paul A Levine | plevine@lemerygreisler.com |
| aty | Thomas A McFarland | thomas.mcfarland@usdoj.gov |

TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Global Container Lines Limited    100 Quentin Roosevelt Boulevard    Garden City, NY 11530 |
| aty | Adam P Wofse    Lamonica Herbst &Maniscalco LLP    3305 Jerusalem Avenue    Wantagh, NY 11793 |
| aty | J Stephen Simms    Simms Showers LLP    20 S Charles Street    Suite 702    Baltimore, MD 21201 |
| | Alfred Yudes c/o Watson Farley &Williams LLP    1133 Avenue of the Americas    11th Floor    New York, NY 10036 |
| | Stan Yang c/o U.S. Department of Justice    Office of the United States Trustee    560 Federal Plaza    Central Islip, NY 11722 |

TOTAL: 5