UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos. 09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)

                          Debtors.
-----------------------------------------------------------x

# ORDER GRANTING DEBTORS MOTION TO
# DISMISS CHAPTER 11 CASES OF GLOBAL PROGRESS LLC
# AND GLOBAL PROSPERITY LLC

Ùpon the Motion (the "Motion") dated July 14, 2010 by Global Container Lines Ltd., et al (the "Consolidated Debtors"), the Debtors and Debtors-in-Possession, seeking entry of an order pursuant to 11 U.S.C. section 1112(b) of the Bankruptcy Code dismissing the chapter 11 cases of the related Debtors Global Progress LLC, Case No. 8-09-78588 and Global Prosperity LLC, Case No. 8-09-78590; and that certain order entered on March 25, 2010 (the "Sale Order"), a copy of which is annexed as Exhibit "B" to the Motion, and it is apparent that notice of the Motion was good and sufficient under the particular circumstances and the objections of the Office of the United States Trustee having been resolved and the Court having determined at the hearing that the relief sought in the Motion is in the best interest of the Debtors, the Debtors' creditors and the Debtors' estates, it is hereby

ORDERED, that the cases of Global Progress LLC, Case No. 8-09-78588 and Global Prosperity LLC, Case No. 8-09-78590 (the "Dismissed Debtors") be and hereby are dismissed for cause pursuant to 11 U.S.C. section 1112(b) because there are no further assets of the Dismissed Debtors to administer and no other payments to be made to the creditors of the

Dismissed Debtors, and any remaining funds reserved from the sale pursuant to the Sale Order may be disbursed to NPB, and such dismissal shall take effect upon the Dismissed Debtors paying to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. section 1930; and it is further

ORDERED, that within seven (7) days of entry of this Order the Dismissed Debtors shall provide to the United States Trustee an appropriate affidavit indicating cash disbursements, if any, for the relevant period along with such payment of such fees; and it is further

ORDERED, that the dismissed Debtors shall pay the Clerk of the Court its costs within seven (7) days of entry of this Order; and it is further

ORDERED, that the Clerk shall notice on the individual dockets of the Dismissed Debtors the dismissal of these cases.



**Dated: September 29, 2010**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**

Dated: September 29, 2010  Agreed and Assented to United States
Central Islip, New York  Trustee

By: /s/ Stan Yang
   Stan Yang, Esq.