UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
In re:                                         Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,           Case Nos.  09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)

                    Debtors.
--------------------------------------------------------X

**ORDER GRANTING MOTION TO RECLASSIFY CLAIM
NO. 28 FILED BY SEACASTLE CONTAINER
LEASING LLC UNDER SECTION 502 OF
THE BANKRUPTCY CODE AND RULE 3007 OF
<u>THE FEDERAL RULES OF CIVIL PROCEDURE</u>**

Global Container Lines Limited, debtor and debtor-in-possession herein ("Global" or the "Debtor"), having made a motion dated July 23, 2010 under 11 U.S.C. §502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure for an order reclassifying claim no. 28 filed by Seacastle Container Leasing LLC as a general unsecured claim for the reasons set forth in the Motion; and

The Debtor having properly served the Motion on the claimant affected thereby at the address set forth in the proof of claim filed by said claimant, the Office of the United States Trustee for the Eastern District of New York and counsel for the Creditors' Committee; and

A hearing having been held on September 15, 2010, with respect to the relief sought in the Motion, and the Court having heard the arguments of all parties present at the hearing and Seacastle having consented at the hearing to the relief sought in the Motion; and

The Court having determined that good and proper notice of the relief sought in the Motion was made in accordance with the Bankruptcy Code and the Bankruptcy Rules and that cause exists to grant the relief sought in the Motion;

NOW, THEREFORE, in consideration of the foregoing, it is hereby **ORDERED** as follows:

1. Claim No. 28 in the amount of $1,882,717.00 filed by Seacastle Container Leasing LLC against the Debtor's estate be, and hereby is, reclassified from a secured claim to a general unsecured claim.

2. Nothing in this Order shall prevent the Debtor from filing additional objections, including without limitation, objections as to the validity, amount, classification and status of any claim in the Debtor's case including, without limitation, the claim that is the subject of this Order.



Dated: October 14, 2010
Central Islip, New York

Alan S. Trust
United States Bankruptcy Judge