UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re **Global Container Lines Limited \***
       **Debtor**

Case No. **09-78585 (AST)**

Reporting Period: **8/1/10-8/31/10**

Federal Tax I.D. #   **11-3024523**

## CORPORATE MONTHLY OPERATING REPORT

**File with the Court and submit a copy to the United States Trustee within 20 days after the end of the month and submit a copy of the report to any official committee appointed in the case.**
*(Reports for Rochester and Buffalo Divisions of Western District of New York are due 15 days after the end of the month, as are the reports for Southern District of New York.)*

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CON'T) | X | |
|    Copies of bank statements | | X | |
|    Cash disbursements journals | | X | |
| Statement of Operations | MOR-2 | X | |
| Balance Sheet | MOR-3 | X | |
| Status of Post-petition Taxes | MOR-4 | X | |
|    Copies of IRS Form 6123 or payment receipt | | X | |
|    Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Post-petition Debts | MOR-4 | X | |
|    Listing of Aged Accounts Payable | | X | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | |
| Taxes Reconciliation and Aging | MOR-5 | X | |
| Payments to Insiders and Professional | MOR-6 | X | |
| Post Petition Status of Secured Notes, Leases Payable | MOR-6 | X | |
| Debtor Questionnaire | MOR-7 | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

Signature of Debtor _____     Date _____

Signature of Authorized Individual\* _____     Date 9/30/2010

Printed Name of Authorized Individual _NAEEM PRESIDENT/PRESIDENT_     Date _____

\*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

Notes:
   \* Consolidated.  Includes case #'s:  09-78584 Shiptrade, 09-78585 Global Container, 09-78586 Redstone, 09-78587 Gilmore Shipping 09-78588 Global Progress, 09-78589 GCL Shipping Corp, 09-78590 Global Prosperity LLC

In re Global Container Lines Limited *   Case No. 09-78585 (AST)
Debtor   Reporting Period: 8/1/10-8/31/10

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be from the debtor's books and records. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| ACCOUNT NUMBER (LAST 4) | BANK ACCOUNTS | | | | CURRENT MONTH ACTUAL (TOTAL OF ALL ACCOUNTS) |
| --- | --- | --- | --- | --- | --- |
| | OPER | PAYROLL | TAX | OTHER | |
| CASH BEGINNING OF MONTH | 2,622 | 14,152 | 14,948 | 1,327,009 | 1,358,731 |
| **RECEIPTS** | | | | | |
| CASH SALES | | - | | | |
| ACCOUNTS RECEIVABLE - PREPETITION | - | | | | |
| ACCOUNTS RECEIVABLE - POSTPETITION | - | - | | 230,229 | 230,229 |
| LOANS AND ADVANCES | - | - | | - | - |
| SALE OF ASSETS | - | - | | - | - |
| OTHER (ATTACH LIST) | | | | | |
| Deposits | - | | | - | - |
| Line of Credit/Advances | - | | | - | - |
| Reversal of Expenses | 2,325 | | | | 2,325 |
| Sale of Container | - | | | 53,895 | 53,895 |
| Sale of Equipment | - | | | - | - |
| Sale of Vessels | - | | | - | - |
| TRANSFERS (FROM DIP ACCTS) | - | | | - | - |
| Transfer | - | | | - | - |
| Transfer from Credit Card #6779 | - | | | - | - |
| Transfer from Acct # 0061 | - | | | - | - |
| Transfer from Acct # 2050 | - | | | - | - |
| Transfer from Acct # 2080 | - | | | - | - |
| Transfer from Acct # 2087 | - | | | - | - |
| Transfer from Acct # 2972 | - | | | - | - |
| Transfer from Acct # 7135 | 105,000 | | | 50,531 | 155,531 |
| Transfer from Acct # 7143 | - | 51,000 | 25,000 | | 76,000 |
| Transfer from Acct #5183 | - | | | - | - |
| Transfer from Acct #8046 | - | | | - | - |
| **TOTAL RECEIPTS** | 107,325 | 51,000 | 25,000 | 334,655 | 517,980 |
| **DISBURSEMENTS** | | | | | |
| NET PAYROLL | 383 | 49,642 | 29,653 | - | 79,678 |
| PAYROLL TAXES | | | 3,683 | - | 3,683 |
| SALES, USE & OTHER TAXES | - | | - | - | - |
| INVENTORY PURCHASES | - | | | - | - |
| SECURED RENTAL/ LEASES | - | | | - | - |
| INSURANCE | 11,620 | | - | - | 11,620 |
| ADMINISTRATIVE | - | | | - | - |
| SELLING | - | | | - | - |
| OTHER (ATTACH LIST) | - | | | - | - |
| 401K Expense | - | | | - | - |
| Advance to Agent | | | | 13,450 | 13,450 |
| Amex Line of Credit | - | | | - | - |
| Bank Charge | | 126 | - | 1,846 | 1,972 |
| Bunker | - | | | - | - |
| Business Loan Payment | - | | | - | - |
| Charter Hire | | | - | 108,892 | 108,892 |
| Container | | | - | 1,814 | 1,814 |
| Consulting Fees | | | - | 7,000 | 7,000 |
| Crew Wages | | | - | 14,355 | 14,355 |
| Custom Fees | | | - | - | - |
| Department of State Filing Fee | | | - | - | - |
| Disbmnt of Loan | | | - | | 9 |
| Fed and State Tax Payments | | | - | - | - |
| Inland Freight | | | - | 1,250 | 1,702 |
| Inspection | | | - | 95,000 | 95,000 |
| Interest | | | - | - | - |
| Line of Credit- Insurance | | | - | 48,580 | 48,580 |
| Marketing | | | - | - | - |
| Misc | | | - | - | - |
| Office | 514 | | - | 1,781 | 2,295 |
| Pension Fees | | | - | - | - |
| Petty Cash | | | - | - | - |
| Rent | 15,498 | | - | - | 15,498 |
| Annual Registration Fees | - | | - | - | - |
| Sale for part of Prosperity Loan | - | | | - | - |
| Sale for part of Gilmore Loan | - | | | - | - |
| Sale of Container | - | | | 28,942 | 28,942 |
| Service Charge | - | | | - | - |
| Settlement of Reimbursement | - | | | - | - |
| Settlement tug for towage precision | - | | | - | - |
| Ship Expense | | | | 4,348 | 4,348 |
| Telephone | 2,626 | | | 294 | 2,920 |
| Travel | - | | | - | - |
| OWNER DRAW * | - | | | - | - |
| TRANSFERS (TO DIP ACCTS) | - | | | - | - |
| Transfers | - | | | - | - |
| Transfer to Acct # 2972 | - | | | 2,000 | 2,000 |
| Transfer to Acct # 5183 | - | | | - | - |
| Transfer to Acct # 7143 | - | | - | 105,000 | 105,000 |
| Transfer to Acct #2050 | - | | | - | - |
| Transfer to Acct #2051 | - | | | - | - |
| Transfer to Acct #2080 | - | | - | 48,531 | 48,531 |
| Transfer to Acct #7135 | - | | | - | - |
| Transfer to Acct #7150 | 51,000 | | | - | 51,000 |
| Transfer to Acct #7166 | 25,000 | | | - | 25,000 |
| PROFESSIONAL FEES | - | | | 41,863 | 41,863 |
| U.S. TRUSTEE QUARTERLY FEES | - | | | 16,575 | 16,575 |
| COURT COSTS | - | | | - | - |
| **TOTAL DISBURSEMENTS** | 107,102 | 49,768 | 13,336 | 541,521 | 731,727 |
| **NET CASH FLOW (RECEIPTS LESS DISBURSEMENTS)** | 223 | 1,232 | (8,336) | (206,866) | (213,747) |
| **CASH – END OF MONTH** | 2,845 | 15,384 | 6,612 | 1,120,143 | 1,144,984 |

* COMPENSATION TO SOLE PROPRIETORS FOR SERVICES RENDERED TO BANKRUPTCY ESTATE

### THE FOLLOWING SECTION MUST BE COMPLETED
DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN)

| | |
| --- | --- |
| TOTAL DISBURSEMENTS | 731,727 |
| LESS: TRANSFERS TO OTHER DEBTOR IN POSSESSION ACCOUNTS | 231,531 |
| PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | |
| TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES | 500,196 |

In re Global Container Lines Limited *

Debtor

Case No. 09-78585 (AST)

Reporting Period: 8/1/10-8/31/10

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

(Bank account numbers may be redacted to last four numbers.)

| | Operating # | Payroll # | Tax # | Other # (1) |
|---|---|---|---|---|
| **BALANCE PER BOOKS** | 187,127 | 15,384 | 6,612 | 935,861 |
| | | | | |
| **BANK BALANCE** | 204,105 | 13,162 | 10,283 | 957,832 |
| (+) DEPOSITS IN TRANSIT *(ATTACH LIST)* | - | - | - | - |
| (-) OUTSTANDING CHECKS *(ATTACH LIST)*: | 16,978 | 565 | 3,671 | 21,971 |
| OTHER *(ATTACH EXPLANATION)* | - | - | - | - |
| | | | | |
| **ADJUSTED BANK BALANCE *** | 187,127 | 12,597 | 6,612 | 935,861 |

*"Adjusted Bank Balance" must equal "Balance per Books"

| CHECKS OUTSTANDING | Ck. # | Amount |
|---|---|---|
| **Shiptrade** | | |
| **7143-Chase DIP** | | |
| 8/16/2010 | 1313 | 9 |
| 8/25/2010 | 1331 | 73 |
| 8/25/2010 | 1334 | 7,689 |
| **Total** | | **7,771** |
| **Global** | | |
| **7135-Chase DIP** | | |
| 3/4/2010 | 1013 | 5,480 |
| 8/30/2010 | 1076 | 3,727 |
| **Total** | | **9,207** |
| **Shiptrade** | | |
| **7150- Chase DIP** | | |
| 2/26/2010 | 10342 | 378 |
| 8/25/2010 | 10621 | 189 |
| **Total** | | **565** |
| **Shiptrade** | | |
| **7168- Chase DIP** | | |
| 3/19/2010 | | 1,470 |
| 3/19/2010 | | 1,470 |
| 5/12/2010 | 1046 | 464 |
| 8/26/2010 | 1084 | 267 |
| **Total** | | **3,671** |
| **Shiptrade** | | |
| **8987- Citibank** | | |
| 9/6/2009 | 32350 | 1,037 |
| 10/22/2009 | 32424 | 120 |
| 12/15/2009 | 32483 | 225 |
| **Total** | | **1,382** |
| **Shiptrade** | | |
| **8987- Citibank** | | |
| 12/23/2009 | 10212 | 1,358 |
| 12/23/2009 | 10213 | 1,170 |
| 12/23/2009 | 10214 | 189 |
| 12/23/2009 | 10215 | 380 |
| 12/23/2009 | 10216 | 729 |
| 12/23/2009 | 10217 | 434 |
| 12/23/2009 | 10218 | 661 |
| 12/23/2009 | 10219 | 3,782 |
| 12/23/2009 | 10220 | 2,297 |
| 12/23/2009 | 10221 | 2,098 |
| 12/23/2009 | 10222 | 3,360 |
| 12/23/2009 | 10223 | 587 |
| 12/23/2009 | 10224 | 3,165 |
| 12/30/2009 | 10238 | 380 |
| **Total** | | **20,589** |

**OTHER**

In re  **Global Container Lines Limited \***
Debtor

Case No.  09-78585 (AST)
Reporting Period:  8/1/10-8/31/10

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-2**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.
(Bank account numbers may be redacted in last four numbers.)

| | Operating | | | Payroll | | Tax | OTHER | | Sub-totals | | Building | | | | Other OPERATING | | GLOBAL CONTAINER LINES LIMITED | | | | | | PAYROLL | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Combined Operating | Shipmate 7115-Chase DIP | Global 7115-Chase | Shipmate 7116-Chase DIP | Shipmate 7116-Chase Dip | | Combined Operating | Shipmate 0000-Citibank | | 8584-Capital One | 2975-Chase | 2050-Pavilion | 2050-MHF FBO/C 12085C | 2069-MHF FBO/C 1/2009 | 8584-Capital One | 8501-Capital One | 2080-NBFP/AC 1/2009 | 2080-NBFP/AC | 2080-NBFP/AC | Shipmate 0087-Citibank | |
| BALANCE PER BOOKS | 107,137 | 2,845 | 194,293 | 15,284 | 6,612 | | 525,861 | (445) | | | | | 2,081 | | 37,500 | | 4,772 | 909,645 | 1,898 | (429,332) | |
| BANK BALANCE | 108,618 | 193,489 | 13,182 | 13,182 | | | 927,832 | 937 | | | 1,726 | 2,081 | | | 37,500 | | 4,772 | 909,645 | 1,898 | (429,332) | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | | | | | | | | | | | | | | | | | | | | 267 | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | 16,076 | 9,207 | 963 | 3,671 | | | 21,971 | 1,382 | | | | | | | | | | | | 20,269 | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | | | | | | | | | | | | | | |
| ADJUSTED BANK BALANCE * | 107,137 | 2,845 | 194,281 | 12,697 | 6,612 | | 525,861 | (445) | | | 1,726 | 2,081 | | | 37,500 | | 4,772 | 909,645 | 1,898 | (429,332) | |

\* Adjusted Bank Balance must equal "Balance per Books"

In re   Global Container Lines Limited
Debtor

Case No.
Reporting Period:

09-78585 (AST)
8/1/10-8/31/10

**CHECKED OUTSTANDING**

| | CK # | Amount |
|---|---|---|
| **7116-Chase BIP** | | |
| 8-18-2010 | 1313 | |
| 8-23-2010 | 1331 | 72 |
| 8-23-2010 | 1334 | 7,500 |
| **Total** | | **7,573** |
| **Global** | | |
| **7116-Chase BIP** | | |
| 8-4-2010 | 1051 | 6,456 |
| 8-20-2010 | 1076 | 2,751 |
| **Total** | | **9,207** |
| **7116-Chase BIP** | | |
| 2-26-2010 | 1042 | 376 |
| 8-25-2010 | 1062 | 289 |
| **Total** | | **665** |
| **7116-Chase BIP** | | |
| 3-19-2010 | 1046 | 1,476 |
| 5-12-2010 | 1048 | 564 |
| 8-26-2010 | 1064 | 2,067 |
| **Total** | | **2,071** |
| **8887-Citibank** | | |
| 10-2010 | 13196 | 1,011 |
| 12-23-2009 | 13209 | 125 |
| 12-15-2009 | 12601 | 225 |
| **Total** | | **1,362** |
| **8887-Citibank** | | |
| 12-23-2009 | 10212 | 3,356 |
| 12-23-2009 | 10213 | 1,170 |
| 12-23-2009 | 10214 | 189 |
| 12-23-2009 | 10215 | 360 |
| 12-23-2009 | 10216 | 726 |
| 12-23-2009 | 10224 | 443 |
| 12-23-2009 | 10239 | 1,762 |
| 12-21-2009 | 10229 | 2,257 |
| 12-23-2009 | 10222 | 2,096 |
| 12-23-2009 | 10223 | 9,360 |
| 12-23-2009 | 10237 | 345 |
| 12-30-2009 | 10254 | 3,519 |
| 12-30-2009 | 10276 | 569 |
| **Total** | | **26,950** |

**OTHER**