CULLEN AND DYKMAN LLP
Attorneys for Debtors
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq.  (CD 9703)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos.  09-78585 (AST)
                                                           09-78584 (AST)
                                                           09-78589 (AST)
                                                           09-78586 (AST)
                                                           09-78587 (AST)
                                                           09-78588 (AST)
                                                           09-78590 (AST)
                        Debtors.
-----------------------------------------------------------x

## NOTICE OF ADJOURNED STATUS CONFERENCE

GENTLEMEN:

PLEASE TAKE NOTICE that the Status Conference in the above-referenced matter has

been adjourned until December 15, 2010 at 10:00 a.m. before the Honorable Alan S. Trust,

United States Bankruptcy Judge, in the United States Bankruptcy Court for the Eastern District

of New York located at 290 Federal Plaza, Courtroom 960, Central Islip, New York 11722.

Dated:  Garden City, New York
        October 21, 2010

                                    CULLEN AND DYKMAN LLP
                                    Counsel for Debtor


                                    By:____/s/ Matthew G. Roseman_____
                                          Matthew G. Roseman (MR 1387)
                                          C. Nathan Dee (CD 9703)
                                          100 Quentin Roosevelt Boulevard
                                          Garden City, New York  11530
                                          (516) 296-9106