UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                              Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,                Case Nos. 09-78585 (AST)
                                                              09-78584 (AST)
                                                              09-78589 (AST)
                                                              09-78586 (AST)
                                                              09-78587 (AST)
                                                              09-78588 (AST)
                                                              09-78590 (AST)

                              Debtors.
-----------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

JANET S. UMPHRED, being duly sworn, deposes and says:

That she is over the age of 21 years, resides in Bay Shore, New York and is not a party to this action.

That on the 22nd day of October 2010, she served the **Notice of Adjourned Status Conference**, via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

SEE ATTACHED LIST

That being the address(es) designated on the latest papers served by them in this action.

/s/ Janet S. Umphred
JANET S. UMPHRED

Sworn to before me this
22nd day of October, 2010.

/s/ Emilia Quartararo
Notary Public

EMILIA QUARTARARO
Notary Public, State of New York
No. 01QU5013232
Qualified in Nassau County
Commission Expires July 15, 2011

Internal Revenue Service
11601 Roosevelt Boulevard
PO Box 21126
Philadelphia, PA 19114

Office of the US Trustee
Attn: Stan Yang
560 Federal Plaza
Central Islip, New York 11722

Fal Energy Co., Inc.
PO Box 6600 Sharjah
United Arab Emirates

Tile Marine
PO Box 33296
Dubai, UAE

ABB Inc.
11600 Miramar Pkwy
Hollywood, FL 33025

CG International, Inc.
1958 Westfield Avenue
Scotch Plains, NJ 07076

Crescent Towing & Salvage
Co., Inc.
PO Box 2704
Savannah, GA 31401

Dormac(Pty) Ltd.
1 Belfast Road
PO Box 12568
Burban, South Africa

IMS International Ltd.
2881 East Oakland Park Boulevard
Suite 215
Fort Lauderdale, Florida 33306

Kristensons-Petroleum Inc
128 Broad Street
2nd Floor
Red Bank, NJ 07701

NYS Department of Taxation and Finance
Bankruptcy Unit
PO Box 5300
Albany, New York 12205-5300

Alba Petroleum
Tangana Road/Mbaraki Creek
PO Box 97155
Mombasa, Kenya

K Hashim
PO Box 5216
Sharjah, UAE

Merrill Marine Services
7909 Big Bend Boulevard
Saint Louis, MO 63119

American Diesel & Ship
Repairs, Inc.
604 Time Save Avenue
New Orleans, LA 70123

Coleman Supply Company
989 Morrison Drive
PO Box 21818
Charleston, SC 29403

Detyens
1670 Dryrock Avenue
Building 236
Suite 200
North Charleston, SC 29405

Gulf and Continental
Bunker Fuels Co., Ltd.
PO Box 18068
Jebel Ali, Dubai
United Arab Emirates

Interocean
Ecffelon Plaza
302 Harper Drive
Suite 200
Moorestown, NJ 08057

Main Industries, Inc.
107 E. Street
Hampton, VA 23661

Man Diesel S.A.S.
Avenue de Catonay(port 7)
BP 427
44615 Saint-Nazaire Cedex
France

Southern Elevator Company
130 O'Connor Street
PO Box 36006
Greensboro, NC 27416

Precision Solutions
Incorporated
34 Village Street
Manchester, CT 06040-6532

Washington International
US Customs Ins. Company
1200 Arlington Heights Rd
Suite 400
Itasca, IL 60143

| | |
|---|---|
| Westfalia Separator Inc.<br>PO Box 12042<br>Newark, NJ 07101 | Worldwide Diesel Power<br>732 Parker Street<br>Jacksonville, FL 32202 |
| Blue Sea Capital<br>62 Southfeld Avenue<br>Building 2 Suite 214<br>Stamford, CT 06902 | Briarcliffe Ltd.<br>Akin, Gump, Straus, Hauer & Feld LLC<br>Attn. Heidi Liss, Esq.<br>1 Bryant Park<br>New York, NY 10036-6715 |
| Comet Shipping Nigeria Lt<br>c/o Michael J Carcich, Esq.<br>Wall Street Plaza<br>88 Pine Street 7th Fl<br>New York, NY 10005 | Dr. A. Alizadeh<br>100 Quentin Roosevelt Blv<br>Garden City, NY 11530 |
| Groupe Eyssautier<br>c/o Budd S.A. Marseille<br>7 Rue Bailli De Suffren<br>13001 Marseille, France | Keybank Equipment Finance<br>66 South Pearl Street<br>Albany, NY 12207 |
| Mercur International for<br>Development Co., Ltd.<br>Hameau de la Lanterne 2<br>B-7890 Wodecq/Belguim | SDV Ghan Limited<br>c/o Weber Gallagher<br>Simpson Stapleon Fires &<br>2000 Market St. 13 Fl.<br>Philadelphia, PA 19103 |
| Tanzania Road Haulage<br>PO Box 21493<br>Nelson Mandela Expressway<br>Dar Es Salaam, Tanzania | Textainer Equipment Management (U.S.)<br>650 California Street<br>16th Floor<br>San Francisco, CA 94108 |

Trans Ethiopia PLC
Adigrat Road Elala
Mekelle, Tigray
Ethiopia 459

TransAmerica Leasing
100 Manhattanville Road
Purchase, NY 10577

TSG Technical Services
2215 M Street Northwest
Washington, DC 20037

United States Dept of
Agriculture
Kansas City Commodity
PO Box 419205
Kansas City, MO 64114

US Bureau of Customs and
Border Protection
PO Box 70946
Charlotte, NC 28272

Middle East Express
PO Box 622
Sharjah, UAE

Noble Denton
PO Box 12541
Dubai, UAE

Citibank
Business Bank Loan Ops
100 Citibank Drive
San Antonio, TX 48029

Griffin Partner Travel AS
Fr. Nansens plass 8
Oslo 0160 Norway

Shipnet
53 Water Street
Norwalk, CT 06854

State Board of
Equalization
450 N Street, MIC:48
PO Box 942879
Sacramento, CA 94279

DeWitt Stern Imperatore, Ltd.
Harborside Financial Ctr.
Plaza Five
Suite 1510
Jersey City, NJ 07311-4097

Spedag East Africa, ltd.
Kriegackerstasse 91
Muttenz
4002 Basel Switzerland

Bruce Weiner, Esq.
Rosenberg, Musso & Weiner, LLP
26 Court Street
Suite 2211
Brooklyn, New York 11242

Paul A. Levine, Esq.
Lemery Greisler LLC
50 Beaver Street
Albany, New York 12207

Watson Farley & Williams LLP
Attn: Alfred E. Yudes, Jr.
1133 Avenue of Americas
11th Floor
New York, New York 10036

Akin Gump Strauss Hauer & Feld LLP
Attn: Lisa G. Beckerman, Esq.
Heidi T. Liss, Esq.
One Bryant Park
New York, New York 10036

Michael J Carcich, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

United States Attorney's Office
Eastern District of New York
Attention: Long Island Bankruptcy Processing
610 Federal Plaza
5th Floor
Central Islip, NY 11722

Oscar E. Sanchez, Esq.
Oscar Sanchez and Associates, P.A.
701 Brickell Key Boulevard
Suite CU-1
Miami, Florida 33131-2675

Securities and Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, NY 10279
Attn: John Murray

J. Stephen Simms
Simms Showers LLP
20 S. Charles Street
Suite 702
Baltimore, Maryland 21201

Vedder Price, P.C.
Attn: Michael L. Schein, Esq.
1633 Broadway
47th Floor
New York, New York 10019

Samuel C. Coluzzi, Esq.
Nicoletti Hornig & Sweeney
Wall Street Plaza
88 Pine Street
7th Floor
New York, NY 10005-1801

Adam P. Wofse, Esq.
LaMonica Herbst & Maniscalco, LLP
3305 Jerusalem Avenue
Wantagh, NY 11793

John P. James, Esq.
Friedman, James & Buchsbaum LLP
132 Nassau Street
Suite 900
New York, New York 10038

Gilbert B. Weisman, Esq.
Becket & Lee, LLP
POB 3001
Malverne, PA 19355-0701

Loretta E. Lynch
Attorney for the United States
610 Federal Plaza, 5th Floor
Central Islip, NY 11722