CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, New York 11530
(516) 357-3700
Matthew G. Roseman, Esq. (MR 1387)
C. Nathan Dee, Esq. (CD 9703)

Counsel for Reorganized Debtor and Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                    Chapter 11

GLOBAL CONTAINER LINES LIMITED,           Case No. 09-78585 (AST)

                    Debtor.
-----------------------------------------------------------x

## NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF AMENDED CHAPTER 11 PLAN OF REORGANIZATION

PLEASE TAKE NOTICE that the Effective Date of the Debtors' Amended Plan of Reorganization dated August 18, 2010 for the chapter 11 case of Global Container Lines Ltd occurred on September 28, 2010.

Garden City, New York                    CULLEN AND DYKMAN LLP
November 4, 2010

                                         By:   /s/ C. Nathan Dee
                                         Matthew G. Roseman (MR 1387)
                                         C. Nathan Dee (CD 9703)
                                         100 Quentin Roosevelt Boulevard
                                         Garden City, New York, 11530
                                         (516) 296-9106

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                          Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,            Case Nos. 09-78585 (AST)
                                                          09-78584 (AST)
                                                          09-78589 (AST)
                                                          09-78586 (AST)
                                                          09-78587 (AST)
                                                          09-78588 (AST)
                                                          09-78590 (AST)
                    Debtors.
-----------------------------------------------------------x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

    CYNTHIA ROBLES, being duly sworn, deposes and says:

    That she is over the age of 21 years, resides in Bay Shore, New York and is not a party to this action.

    That on the 5th day of November 2010, she served the Notice of Occurrence of Effective Date of Amended Chapter 11 Plan of Reorganization, via regular mail by depositing a true copy thereof in a properly sealed wrapper in a depository maintained by United States Postal Service located on the premises at Garden City Center, 100 Quentin Roosevelt Boulevard, Garden City, New York 11530, addressed as follows:

SEE ATTACHED LIST

    That being the address(es) designated on the latest papers served by them in this action.

/s/ Cynthia Robles<br>CYNTHIA ROBLES

Sworn to before me this
5TH day of November, 2010.

/s/ Janet S. Umphred
Notary Public

JANET S. UMPHRED
Notary Public, State Of New York
No. 01UM4818081
Qualified In Suffolk County
Term Expires 4/30/14