# EXHIBIT B

## LIST OF PROFESSIONAL AND PARAPROFESSIONALS
## CONTRIBUTING SERVICES
### APRIL 7, 2010 TO SEPTEMBER 17, 2010

| Name of Professional | Initials | | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Frank Conrad | FGC | Partner | 550.00 | 2.10 | 1,155.00 |
| Charles Lunden | CSL | Partner | 395.00 | 8.80 | 3,476.00 |
| Charles Lunden | CSL | Travel | 197.50 | 6.40 | 1,264.00 |
| Sean Raquet | SR | Partner | 330.00 | 21.70 | 7,161.00 |
| Sean Raquet | SR | Travel | 165.00 | 2.80 | 462.00 |
| | | | Total | 41.80 $ | 13,518.00 |



**Bederson & Company LLP**
CERTIFIED PUBLIC ACCOUNTANTS AND CONSULTANTS
Insolvency and Litigation Services

347 Mt. Pleasant Avenue, West Orange, New Jersey 07052 • (973) 736-3333 • Fax: (973) 736-9219

Global Container Lines LTD, et al.
C/O Lamonica, Herbst and Maniscalco LLP
3305 Jerusalem Avenue
Wantagh, NY  11793

Invoice Date:    10/27/2010
Invoice Number: 15004635
Client No:           0004756

FOR PROFESSIONAL SERVICES RENDERED

    FEES                                                                                                                 $    13,518.00
    EXPENSES                                                                                             286.00

Total Invoice Amount                                                                                $    13,804.00

**PAYMENT OPTIONS**

[ ] Check Enclosed         Charge to:    [ ] Amex    [ ] Visa    [ ] MasterCard

Credit Card #                                                           Exp. Date (Month/Year)

Name on Credit Card                 Billing Address

Signature                               CVV Security Code           Amount

PLEASE INCLUDE INVOICE # WITH YOUR REMITTANCE

A Member of AGN International Ltd
a worldwide association of separate and independent
accounting and consulting firms

Center for Audit Quality
Employee Benefit Plan Audit Quality Center
Governmental Audit Quality Center

GLOBAL CONTAINER LINES LTD., ET AL

| DATE | ACCT | FUNCTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **.03 Business Operations** | | | | | |
| 04/08/2010 | SR | REVIEW AND RESPOND TO DEBTORS' COUNSEL RE: PENDING MEETING WITH THE DEBTOR | 330.00 | 0.30 | 99.00 |
| 04/08/2010 | SR | TELEPHONE CONFERENCE WITH ADAM WOFSE RE: CASE STATUS AND WORK TO BE PERFORMED | 330.00 | 0.40 | 132.00 |
| 04/09/2010 | SR | REVIEW THE DEBTORS' FINANCIAL STATEMENTS FOR THE THREE YEARS ENDED DECEMBER 31, 2006, 2007 AND 2008 IN ADVANCE OF MEETING TO REVIEW THE DEBTORS' PROJECTIONS | 330.00 | 0.90 | 297.00 |
| 04/09/2010 | SR | CALCULATE THE DEBTORS' HISTORICAL GROSS PROFIT PERCENTAGES FOR THE YEARS ENDED DECEMBER 31, 2005 THROUGH DECEMBER 31, 2008 BASED ON THE HISTORICAL FINANCIAL STATEMENTS | 330.00 | 0.80 | 264.00 |
| 04/09/2010 | SR | REVIEW THE DEBTORS' DECEMBER 2009 AND JANUARY 2010 MONTHLY OPERATING REPORTS | 330.00 | 0.70 | 231.00 |
| 04/09/2010 | SR | PREPARE CORRESPONDENCE TO NATHAN DEE RE: DOCUMENTS REQUESTED BE AVAILABLE FOR MEETING | 330.00 | 0.60 | 198.00 |
| 04/12/2010 | SR | CORRESPONDENCE TO DEBTOR COUNSEL RE: UPCOMING APPOINTMENT | 330.00 | 0.20 | 66.00 |
| 04/13/2010 | SR | TELEPHONE CONFERENCE WITH ADAM WOFSE RE: DOCUMENT REVIEW AT DEBTOR'S OFFICES SCHEDULED FOR APRIL 14, 2010 | 330.00 | 0.30 | 99.00 |
| 04/16/2010 | FGC | REVIEW FINANCIAL DATA FROM THE TOP DOWN AS SENT BY S. RAQUET | 550.00 | 0.50 | 275.00 |

Timekeeper Activity Summary

| | | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | Raquet | 330.00 | 4.20 | $ 1,386.00 |
| | | Conrad | 550.00 | 0.50 | 275.00 |
| | | **Total for Activity .03 Business Operations** | | 4.70 | $ 1,661.00 |

| DATE | ACCT | FUNCTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **.04 Case Administration** | | | | | |
| 04/08/2010 | FGC | REVIEW PROJECTIONS OF UCC AND SEND COMMENTS TO S. RAQUET ON SAME | 550.00 | 0.20 | 110.00 |
| 04/08/2010 | FGC | READ ADMIN E-MAIL FROM LHM RE: FS OF DATA, INFORMING ME OF SAME | 550.00 | 0.10 | 55.00 |
| 04/12/2010 | FGC | MONITOR SEVERAL E-MAILS AMONGST COLE, DEES AND S. RAQUET RE: REVIEW OF DOCUMENTS FOR UCC | 550.00 | 0.10 | 55.00 |
| 04/14/2010 | FGC | READ AND FOLLOW E-MAIL CHAIN BETWEEN COUNSEL AND STAFF RE: DOCUMENTS AND RESPOND TO S. RAQUET ON STAFFING ISSUES | 550.00 | 0.10 | 55.00 |
| 04/16/2010 | FGC | READ UPDATE FROM S. RAQUET ON CASE STATUS | 550.00 | 0.10 | 55.00 |
| 05/10/2010 | FGC | MONITOR GLOBAL SCHEDULING AND STATUS VIA E-MAIL FROM S. RAQUET OF BEDERSON | 550.00 | 0.10 | 55.00 |
| 06/21/2010 | FGC | MONITOR E-MAIL RE: PREFERENCE STATUS SENT BY COUNSEL TO BEDERSON PARTNER | 550.00 | 0.10 | 55.00 |
| 07/28/2010 | FGC | MONITOR SEVERAL E-MAILS FROM COUNSEL AND S. RAQUET ABOUT DEBTOR INVESTIGATIONS | 550.00 | 0.10 | 55.00 |

GLOBAL CONTAINER LINES LTD., ET AL

| DATE | ACCT | FUNCTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | *Timekeeper Activity Summary* | | | |
| | | Conrad | 550.00 | 0.90 | $ 495.00 |
| | | **Total for Activity .04 Case Administration** | | 0.90 | $ 495.00 |
| **.07 Fee/Employment Applications** | | | | | |
| 04/07/2010 | SR | PREPARE CERTIFICATION IN SUPPORT OF OUR RETENTION | 330.00 | 0.80 | 264.00 |
| 04/07/2010 | SR | CORRESPONDENCE TO ADAM WOFSE RE: CERTIFICATION IN SUPPORT OF OUR RETENTION | 330.00 | 0.30 | 99.00 |
| 04/08/2010 | SR | UPDATE CERTIFICATION AND FORWARD TO ADAM WOFSE FOR FILING WITH THE COURT | 330.00 | 0.30 | 99.00 |
| 04/26/2010 | SR | REVIEW OUR EXECUTED RETENTION ORDER | 330.00 | 0.30 | 99.00 |
| | | *Timekeeper Activity Summary* | | | |
| | | Raquet | 330.00 | 1.70 | $ 561.00 |
| | | **Total for Activity .07 Fee/Employment Applications** | | 1.70 | $ 561.00 |
| **.11 Avoidance Action Litigation** | | | | | |
| 04/19/2010 | SR | TELEPHONE CONFERENCE WITH ADAM WOFSE, ESQ. RE: 90 DAY AND 1 YEAR ANALYSIS OF POTENTIAL PREFERENCE ACTIONS | 330.00 | 0.20 | 66.00 |
| 04/21/2010 | SR | TELEPHONE CONFERENCE WITH ADAM WOFSE RE: PREFERENCE ANALYSIS | 330.00 | 0.20 | 66.00 |
| 04/23/2010 | SR | TELEPHONE CONFERENCE WITH ADAM WOFSE RE: TASK OF REVIEWING POTENTIAL PREFERENCE ACTIONS AND INSIDER ANALYSIS | 330.00 | 0.40 | 132.00 |
| 07/12/2010 | SR | REVIEW AND RESPOND TO ADAM WOFSE RE: COST TO DO PREFERENCE ANALYSIS | 330.00 | 0.40 | 132.00 |
| 08/02/2010 | SR | REVIEW DEBTORS' RECORDS TO DETERMINE IF THERE ARE POTENTIAL PREFERENCE ACTIONS | 330.00 | 5.50 | 1,815.00 |
| 08/03/2010 | SR | PREPARE AND SEND CORRESPONDENCE TO ADAM WOLFE RE: FINDINGS IN CONNECTION WITH POTENTIAL PREFERENCE AND FRAUDULENT CONVEYANCES | 330.00 | 0.60 | 198.00 |
| 08/06/2010 | SR | TELEPHONE CONFERENCE WITH ADAM WOFSE RE: PREFERENCE ACTIONS | 330.00 | 0.20 | 66.00 |
| 08/09/2010 | SR | BRIEF TELEPHONE CONFERENCE WITH ADAM WOFSE RE: POTENTIAL PREFERENCE ACTIONS | 330.00 | 0.20 | 66.00 |
| 08/10/2010 | SR | PREPARE FOR CONFERENCE CALL WITH COUNSEL RE: POTENTIAL AVOIDANCE ACTIONS | 330.00 | 0.30 | 99.00 |
| 08/10/2010 | SR | PREPARE ANALYSIS OF THE PAYMENTS TO CERTAIN VENDORS IN CONNECTION WITH DETERMINING POTENTIAL PREFERENCES IN THE DEBTOR DISMISSAL MATTERS | 330.00 | 0.70 | 231.00 |
| 08/10/2010 | SR | CORRESPONDENCE TO COUNSEL RE: DETAIL INFORMATION RELATED TO PAYMENTS TO CERTAIN VENDORS | 330.00 | 0.40 | 132.00 |
| 08/18/2010 | SR | CORRESPONDENCE TO CREDITORS' COMMITTEE COUNSEL RE: NEXT STEPS IN PREFERENCE ANALYSIS | 330.00 | 0.20 | 66.00 |

GLOBAL CONTAINER LINES LTD., ET AL

| DATE | ACCT | FUNCTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 08/19/2010 | SR | CORRESPONDENCE TO CREDITORS' COMMITTEE COUNSEL RE: POTENTIAL PREFERENCE ACTIONS | 330.00 | 0.20 | 66.00 |
| 09/13/2010 | SR | REVIEW AND RESPOND TO KAREN GRIMM RE: MISSING BANK STATEMENTS | 330.00 | 0.30 | 99.00 |
| 09/16/2010 | SR | TELEPHONE CONFERENCE WITH ADAM WOFSE RE: STATUS OF THE CASE AND THE PENDING PREFERENCE ANALYSIS | 330.00 | 0.50 | 165.00 |

Timekeeper Activity Summary

| | | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | Raquet | 330.00 | 10.30 | $ 3,399.00 |
| | | **Total for Activity .11 Avoidance Action Litigation** | | 10.30 | $ 3,399.00 |

**.13 Plan & Disclosure Statement**

| DATE | ACCT | FUNCTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| 07/21/2010 | FGC | E-MAIL TO COUNSEL RE: REVIEW OF PLAN, DISCLOSURE STATEMENT, SETTING DEADLINE FOR REVIEW AND REQUEST FINANCIAL STATEMENTS | 550.00 | 0.20 | 110.00 |
| 07/25/2010 | FGC | RESPOND TO E-MAIL FROM S. RAQUET RE: PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT REVIEW | 550.00 | 0.10 | 55.00 |
| 07/29/2010 | FGC | MONITOR E-MAILS BETWEEN S. RAQUET AND COUNSEL AND READ AND REVIEW S. RAQUET'S COMMENT ON PLAN OF REORGANIZATION, DISCLOSURE STATEMENT AND COUNSEL'S RESPONSE THERETO | 550.00 | 0.20 | 110.00 |
| 07/29/2010 | SR | ANALYZE IMPACT ON THE UNSECURED CREDITORS CLASS OF CHANGES IN THE PAYOUT TO THE BANKS | 330.00 | 0.60 | 198.00 |
| 07/29/2010 | SR | PREPARE E-MAIL TO COUNSEL TO THE CREDITORS' COMMITTEE RE: THE PLAN AND DISCLOSURE STATEMENTS | 330.00 | 0.40 | 132.00 |
| 07/29/2010 | SR | REVIEW THE PLAN AND DISCLOSURE STATEMENT PER COUNSEL TO THE COMMITTEE'S REQUEST | 330.00 | 2.10 | 693.00 |
| 08/11/2010 | SR | PREPARE CORRESPONDENCE TO CREDITORS' COMMITTEE COUNSEL RE: THE DEBTORS' LATEST FINANCIAL PROJECTIONS | 330.00 | 0.40 | 132.00 |
| 08/11/2010 | SR | REVIEW THE DEBTORS' LATEST PROJECTIONS TO BE INCLUDED IN THE PLAN OF REORGANIZATION AND RESPOND TO COUNSEL REGARDING SAME. | 330.00 | 0.50 | 165.00 |
| 08/11/2010 | SR | REVIEW DEBTORS' UPDATED PLAN PROJECTIONS | 330.00 | 0.70 | 231.00 |

Timekeeper Activity Summary

| | | | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | Conrad | 550.00 | 0.50 | $ 275.00 |
| | | Raquet | 330.00 | 4.70 | 1,551.00 |
| | | **Total for Activity .13 Plan & Disclosure Statement** | | 5.20 | $ 1,826.00 |

GLOBAL CONTAINER LINES LTD., ET AL

| DATE | ACCT | FUNCTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| **.16 Travel** | | | | | |
| 04/14/2010 | CSL | TRAVEL FROM WEST CHESTER PA TO GARDEN CITY NY AND BACK TO ATTEND MEETING TO REVIEW FINANCIAL PROJECTIONS NEEDED TO BE SUBMITTED TO UN PROCUREMENT OFFICE ON AN EMERGENT BASIS | 197.50 | 6.40 | 1,264.00 |
| 08/02/2010 | SR | TRAVEL TO AND FROM GARDEN CITY LONG ISLAND FOR MEETING AT DEBTORS' OFFICES | 165.00 | 2.80 | 462.00 |
| | | *Timekeeper Activity Summary* | | | |
| | | Lunden | 197.50 | 6.40 $ | 1,264.00 |
| | | Raquet | 165.00 | 2.80 | 462.00 |
| | | **Total for Activity .16 Travel** | | 9.20 $ | 1,726.00 |
| **.18 Business Analysis** | | | | | |
| 04/08/2010 | FGC | REVIEW JANUARY AND DECEMBER MONTHLY OPERATING REPORTS AND SEND BRIEF COMMENTS TO COLLEAGUES ON SAME | 550.00 | 0.20 | 110.00 |
| 04/08/2010 | SR | REVIEW THE DEBTORS' JANUARY 2010 MONTHLY OPERATING REPORT | 330.00 | 0.40 | 132.00 |
| 04/13/2010 | SR | TELEPHONE CONFERENCE WITH CHUCK LUNDEN RE: UPCOMING MEETING WITH DEBTOR TO REVIEW SUPPORT FOR THE PROJECTIONS | 330.00 | 0.40 | 132.00 |
| 04/13/2010 | CSL | TELEPHONE CONFERENCE WITH SEAN RAQUET RE: UPCOMING MEETING WITH DEBTOR TO REVIEW SUPPORT FOR THE PROJECTIONS | 395.00 | 0.40 | 158.00 |
| | | *Timekeeper Activity Summary* | | | |
| | | Conrad | 550.00 | 0.20 $ | 110.00 |
| | | Lunden | 395.00 | 0.40 | 158.00 |
| | | Raquet | 330.00 | 0.80 | 264.00 |
| | | **Total for Activity .18 Business Analysis** | | 1.40 $ | 532.00 |
| **.20 Data Analysis** | | | | | |
| 04/13/2010 | CSL | OBTAIN DOCUMENTS TO PREPARE FOR MEETING WITH DEBTOR TO REVIEW THEIR FINANCIAL PROJECTIONS TO PREPARE ANALYSIS NEEDED TO SUPPORT URGENT REQUEST TO UNITED NATIONS PROCUREMENT OFFICE FOR CONTRACT SUBMISSIONS | 395.00 | 4.60 | 1,817.00 |
| 04/14/2010 | CSL | MEET WITH STEVE EYERMAN, FINANCIAL ADVISOR TO DEBTOR, BIJAN PAKSIM, VP OF DEBTOR, HORMOZ SHAYGEN, DIRECTOR, TO OBTAIN UNDERSTANDING OF BUSINESS MODEL AS TO WHY PAST PERFORMANCE IS NOT THE BEST INDICATOR OF FUTURE PERFORMANCE AS A RESULT OF CHANGE TO BUSINESS MODEL, AND REVIEW DOCUMENTS ASSEMBLED IN SUPPORT OF PROJECTIONS, AS REQUESTED BY SEAN RAQUET | 395.00 | 3.80 | 1,501.00 |

GLOBAL CONTAINER LINES LTD., ET AL

| DATE | ACCT | FUNCTION | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|
| | | Timekeeper Activity Summary | | | |
| | | Lunden | 395.00 | 8.40 | $ 3,318.00 |
| | | **Total for Activity .20 Data Analysis** | | 8.40 | $ 3,318.00 |
| | | Description of Expenditures | | | |
| | | Copies 59 @ $0.20 each | | | $ 11.80 |
| | | Travel | | | 274.20 |
| | | Total Expenses | | | $ 286.00 |
| | | For Professional Services Rendered From April 7, 2010 through September 17, 2010 | | | |
| | | Summary by Employee | | | |
| | FGC | FRANK CONRAD | | 2.10 | $ 1,155.00 |
| | CSL | CHARLES LUNDEN | | 8.80 | 3,476.00 |
| | CSL | CHARLES LUNDEN (TRAVEL) | | 6.40 | 1,264.00 |
| | SR | SEAN RAQUET | | 21.70 | 7,161.00 |
| | SR | SEAN RAQUET (TRAVEL) | | 2.80 | 462.00 |
| | | Employee Total | | 41.80 | $ 13,518.00 |
| | | Totals for This Matter | | | |
| | | Fees for Professional and ParaProfessional Services | | | $ 13,518.00 |
| | | Expenditures | | | 286.00 |
| | | **TOTAL DUE FOR THIS MATTER** | | | $ 13,804.00 |