# EXHIBIT C

## EXPENSE SUMMARY

| EXPENSE SUMMARY | Total Expenses for the period 04/07/2010 – 09/17/10 |
|---|---|
| Duplication @ .20 per page | 12.60 |
| Long Distance Telephone | |
| FedEx | |
| Fax | |
| Computerized Legal Research | |
| Hotel/Lodging | |
| Working Meals | |
| Mileage | 217.00 |
| Tolls | 56.40 |
| Parking | |
| Air/Rail Travel | |
| Car/Bus/Subway Travel | |
| Docket Retrieval | |
| Oversized Copies | |
| Postage | |
| Teleconference | |
| Storage | |
| Travel Meals | |
| Payroll Service Fees | |
| TOTAL | 286.00 |

**GLOBAL CONTAINER LINES LTD.**
**SCHEDULE OF EXPENSES**

EXHIBIT C

| DATE | ACCOUNTANT | | MILES | RATE | AMOUNT | TOLLS | PARKING | TOTAL |
|---|---|---|---|---|---|---|---|---|
| 12/29/2009 | CSL | A | 300 | $ 0.550 | $ 165.00 | $ 34.20 | | $ 199.20 |
| 08/02/2010 | SR | B | 104 | 0.500 | 52.00 | 22.20 | | 74.20 |
| Total | | | 404 | | $ 217.00 | $ 56.40 | | $ 273.40 |

A - TRAVEL TO GARDEN CITY, NY FROM WESTCHESTER, PA
B - TRAVEL TO GARDEN CITY, NY FROM WEST ORANGE, NJ