SIMMS SHOWERS LLP
J. Stephen Simms
20 South Charles Street, Suite 702
Baltimore, Maryland  21201
Telephone:     410-783-5795
Facsimile:      410-510-1789
jssimms@simmsshowers.com

*Attorneys for Container Applications Limited ("CAI")*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

In re:

GLOBAL CONTAINER LINES LTD., et al.

          Debtors.

-------------------------------------------------------------x

Chapter 11
Case No. 09-78585 (AST)

(Jointly Administered with Case Nos. 09-78584 through 09-78590)

## CAI'S SUBMISSION OF ADMINISTRATIVE CLAIM

Container Applications Limited ("CAI") hereby submits, pursuant to 11 U.S.C. § 503(b), an administrative claim in the amount of $1,444,247.20 for the value of containers provided to and used by Global Container Lines Ltd. ("Debtor") subsequent to the date of filing of the above-captioned Chapter 11 case.

### Jurisdiction

1.      The Court has jurisdiction over this pleading pursuant to 28 U.S.C. § 1334 because this is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).  Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

### Background

2.      CAI is a container leasing company that leases intermodal containers, including to Debtor.

3. Debtor leased CAI's containers pre-petition under a lease purchase agreement dated February 1, 2008 (Exhibit A).

4. Debtor retained possession and control of CAI's containers post-petition, including after Debtor rejected the lease agreement with CAI.

5. Debtor used and benefitted from CAI's containers post-petition, including after Debtor rejected the lease agreement with CAI.

6. Despite CAI's repeated demand for the return of CAI's containers, Debtor has refused and/or failed to return CAI's containers. CAI, at its own expense, has been forced to scour global depots in an attempt to locate and recover its containers.

7. From the petition date of November 10, 2009 through November 15, 2010, CAI has provided container leasing services to Debtor totaling $47,055.32 as detailed in the attached invoices (Exhibit B).

8. Further, for units which remain lost and/or unaccounted for by Debtor, CAI is entitled to the replacement value for each container as specified in the lease agreement. The total replacement value is $254,900.00.

9. CAI's claim constitutes necessary and reasonable expenses incurred by the Debtor. As such, CAI's claim is entitled to administrative priority and should be allowed.

## Reservation of Rights

10. <u>Right to Amend</u>. CAI expressly reserves the right to amend or supplement this claim to correct, clarify, explain, expand, supplement or add to any portion of the claims asserted herein, or otherwise, to both increase the dollar amounts of such claims and provide additional information and documentation as is necessary or appropriate to pursue these and such additional claims as are, or may be, held by CAI, including, without limitation, the right to amend this

claim in the event an objection is made against this claim or a claim is asserted against CAI. Moreover, CAI specifically reserves the right to conduct discovery with respect to this matter in accordance with the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

11. <u>No Admission</u>.  Nothing contained in this claim shall be deemed an admission by CAI.  CAI expressly reserves the right to withdraw this claim as if it had never been filed.

12. <u>Additional Proofs of Claim</u>.  CAI expressly reserves its right to file any separate or additional proofs of claim with respect to its claims, or any portion thereof, set forth herein or otherwise (which proofs of claim, if so filed, shall not be deemed to supersede this claim), or to file additional proofs of claim in respect of any other claim against. or liability of, the Debtor, or for any other reason.

13. <u>Additional Reservations</u>.  In addition, the filing of this claim is not intended, and shall not be deemed or construed as: (a) consent by CAI to the jurisdiction of the Bankruptcy Court or any other court for any purpose other than with respect to issues directly related to the claim asserted herein; (b) a waiver or release of any right of CAI to have all disputes with the Debtor resolved through any other forum, notwithstanding whether or not such matters are designated as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2); (c) consent by CAI to a trial in the Bankruptcy Court or in any other court of any proceeding as to any and all matters so triable herein or in any case, controversy, or proceeding related hereto. pursuant to 28 U.S.C. § 157(3) or otherwise: (d) a waiver or release of the right of CAI, or any of the Noteholders, to have any and all final orders in any and all non-core matters or proceedings entered only after *de novo* review by the United States District Court; (e) a waiver of the right to move to withdraw the reference in respect of the subject matter of this claim, any objection thereto or other

proceeding which may be commenced in the Debtor's bankruptcy case against or otherwise involving CAI; or (I) an election of remedies.

14. <u>Notices Regarding Claim</u>. All notices and correspondence with respect to this claim (and, if filed, any objections thereto) must be sent to the CAI's counsel at the following address:

> SIMMS SHOWERS LLP
> J. Stephen Simms
> 20 South Charles Street, Suite 702
> Baltimore, Maryland 21201
> Telephone:    410-783-5795
> Facsimile:    410-510-1789
> jssimms@simmsshowers.com

15. <u>Disclosure</u>.  To the best of the undersigned's knowledge, information and belief, no judgment has been rendered on the claim asserted herein, no payments have been made on the claim asserted herein, no security interest is held for the claim other than as set forth herein, and CAI has not assigned any portion of this claim.

Dated: November 16, 2010.

> /s/ J. Stephen Simms
> J. Stephen Simms
> SIMMS SHOWERS LLP
> 20 South Charles Street, Suite 702
> Baltimore, Maryland 21201
> Telephone:    410-783-5795
> Facsimile:    410-510-1789
> jssimms@simmsshowers.com
>
> *Counsel for CAI Container Leasing*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2010 I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel and the United States Trustee.

/s/ J. Stephen Simms