UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                    Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,      Case Nos. 09-78585 (AST)
                                                    09-78584 (AST)
                                                    09-78589 (AST)
                                                    09-78586 (AST)
                                                    09-78587 (AST)
                                                    09-78588 (AST)
                                                    09-78590 (AST)
                    Debtors.
---------------------------------------------------------x

### ORDER APPROVING FINAL FEE APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF PROFESSIONALS

Upon the applications (the "Applications") of the professionals retained in the above captioned cases on behalf of Global Container Lines, Ltd. ("Global"), debtors and debtors-in-possession in the above-captioned case (collectively the "Debtors") and/or the Official Committee of Unsecured Creditors of the Debtors for allowance of final compensation for professional services rendered and reimbursement of expenses incurred for the period from November 9, 2009 through and including September 17, 2010 (the "Application Period"); and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. §§ 330 and 331; and due notice of the Applications having been provided to; (i) counsel for the Debtors' DIP lender National Bank of Pakistan; (ii) the Debtors' principals; (iii) all entities who have file a notice of appearance and request for service of pleadings pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure; and (iv) all other creditors and parties in interest in the Debtors' bankruptcy cases; and it appearing that the informal objection to the Application of Cullen and Dykman LLP by the U.S. Trustee having been resolved, and it appearing that no further notice of

the Applications is necessary; and upon the record made at the hearing on the Applications held before the Court on December 15, 2010, and after due deliberation and sufficient cause therefore, it is hereby:

**ORDERED**, that the Applications are granted and the fees and disbursements requested by the professionals in the Applications as set forth on Schedule A attached hereto are hereby awarded; and it is further

**ORDERED**, that the Debtors are authorized and directed, upon entry of the order to pay, subject to the availability of sufficient funds, the amounts requested by each respective professional as such amounts are further set forth on Schedule A attached hereto.



_____

**Dated: December 16, 2010**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**

# EXHIBIT A

Case Name: Global Container Lines, et al.
Case No. 09-78585 (AST) Jointly Administered

| Applicant | Docket Number of Final Application | Fee Awarded | Expenses Request | Total Fees and Expenses Awarded |
|---|---|---|---|---|
| Cullen And Dykman LLP | 242 | $471,382.50 | $27,534.72 | $498,917.22 |
| Farber, Blicht, Eyerman & Herzog, LLP | 245 | $162,878.00 | $0.00 | $162,878.00 |
| LaMonica Herbst & Maniscalco, LLP | 243 | $101,115.00 | $763.53 | $101,878.53 |
| Bederson & Co. | 244 | $ 13,510.00 | $286.00 | $13,796.00 |

                                                              TOTAL:       $777,469.75