UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

GLOBAL CONTAINER LINES LTD., *et al.*

Debtors. Jointly Administered

Chapter 11
Case No. 09-78585
(Jointly Administered with 09-78584
Case Nos. through 09-78590)

-------------------------------------------------------------x

**NOTICE OF ADJOURNMENT -
HEARING ON MOTIONS DOCKET Nos. 248, 249, 250, 251, 252 -
TO TUESDAY, APRIL 5, 2011, 10:00 A.M. -
<u>UNITED STATES COURTHOUSE, BROOKLYN, COURTROOM 2554</u>**

PLEASE TAKE NOTICE that the Court has granted the agreed adjournment request of Debtor, Seacastle, CAI and Textainer to adjourn from January 12, 2011 to April 5, 2011 at 10:00 a.m., Courtroom 2554, Eastern District of New York, Conrad B. Duberstein U.S. US Courthouse, 271 Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800, hearing on the motions docketed as Nos. 248 (Seacastle, for Administrative Claims), 249 (CAI, for Administrative Claims), 250 (Debtor, to Reduce Seacastle Claims), 251 (Debtor, to Reduce Textainer Claims), and 252 (Debtor, to Reduce CAI Claims).

Dated: January 4, 2011.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
20 South Charles Street
Suite 702
Baltimore, Maryland 21201
Telephone 410-783-5795
Facsimile 410-510-1789
jssimms@simmsshowers.com

Counsel for Creditors Seacastle Container Leasing LLC ("Seacastle") and CAI

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2011 I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel and the United States Trustee.

/s/ J. Stephen Simms