UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

In re:

GLOBAL CONTAINER LINES LTD., *et al.*

Debtors.

Chapter 11
Case No. 09-78585
(Jointly Administered with
Case Nos. 09-78584 through
09-78590)

---------------------------------------------------------------x

**NOTICE OF RESCHEDULING OF HEARING ON MOTIONS
- DOCKET NOS. 248, 249, 250, 251, 252 -
TO WEDNESDAY, APRIL 13, 2011, 10:00 A.M. -
<u>UNITED STATES COURTHOUSE, CENTRAL ISLIP, ROOM 960</u>**

PLEASE TAKE NOTICE that the Court has rescheduled the hearing on the motions docketed as Nos. 248 (Seacastle, for Administrative Claims), 249 (CAI, for Administrative Claims), 250 (Debtor, to Reduce Seacastle Claims), 251 (Debtor, to Reduce Textainer Claims), and 252 (Debtor, to Reduce CAI Claims) from April 5, 2011 at 10:00 a.m., Courtroom 2554, U.S. District Court for the Eastern District of New York, Brooklyn Courthouse, Brooklyn, NY, to Wednesday April 13, 2011 at 10:00 a.m., Courtroom 960, U.S. District Court for the Eastern District of New York, Long Island Courthouse, 100 Federal Plaza, Central Islip, NY 11722.

Dated: January 6, 2011.

/s/ J. Stephen Simms
J. Stephen Simms
Simms Showers LLP
20 South Charles Street, Suite 702
Baltimore, Maryland 21201
Telephone 410-783-5795
Facsimile 410-510-1789
jssimms@simmsshowers.com

Counsel for Creditors Seacastle Container
Leasing LLC ("Seacastle") and CAI

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 6, 2011 I caused the foregoing to be filed on the Court's CM/ECF system for service on all record counsel and the United States Trustee.

/s/ J. Stephen Simms