

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

C. Nathan Dee
**Partner**
Direct Dial: (516) 357-3817
ndee@cullenanddykman.com

January 7, 2011

**VIA ELECTRONIC FILING**

Honorable of the Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

      RE:    Global Container Lines Limited, et al.
              Case No.: 09-78585 (AST)

Dear Judge Trust:

    This letter shall confirm that the reorganized debtor's claim objections (Docket No. 253 and 254) to the claims of Triton International Container Corp and TAL International Container Corp that were scheduled for hearing on January 12, 2011 have been adjourned to April 13, 2001 at 10:00 a.m.

    Should you have any questions, please feel free to contact the undersigned. Thank you for your courtesies in this matter.

Very truly yours,

C. Nathan Dee

CND/cnd

Cc: Marc Pearlin, Esq.
     Todd Padnos, Esq.