
# CULLENandDYKMANLLP

Garden City Center
100 Quentin Roosevelt Boulevard
Garden City, New York 11530-4850
Telephone (516) 357-3700 • Facsimile (516) 357-3792

**C. Nathan Dee**
**Partner**
Direct Dial: (516) 357-3817
ndee@cullenanddykman.com

February 8, 2011

**VIA ELECTRONIC FILING**
Honorable of the Alan S. Trust
United States Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, New York 11722

    RE:    Global Container Lines Limited, et al.
             Case No.: 09-78585 (AST)

Dear Judge Trust:

    This letter shall confirm that the status conference in the above referenced matter that was scheduled for hearing on Wednesday, February 9, 2011 at 11:00 a.m. has been adjourned to April 13, 2011 at 10:00 a.m.

    Should your honor have any questions, please feel free to contact the undersigned.

                                            Very truly yours,

                                            C. Nathan Dee

CND/cnd

cc:    Adam Wofse, Esq. (via facsimile)
       Al Yudes, Esq. (via facsimile)
       Paul Levine, Esq. (via facsimile)
       Stan Yang, Esq. (via facsimile)

*Founded 1850*

BROOKLYN      LONG ISLAND      MANHATTAN      WASHINGTON, D.C.      NEW JERSEY