UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                         Chapter 11

GLOBAL CONTAINER LINES LTD., *et al.*,           Case Nos.: 09-78585 (AST)
                                                                               09-78584 (AST)
                                                                               09-78586 (AST)
                                                                               09-78587 (AST)
                                                                               09-78588 (AST)
                                                                               09-78589 (AST)
                                                                               09-78590 (AST)

                             Debtors.
---------------------------------------------------------x

### ASSENTED AND AGREED TO ORDER GRANTING DEBTORS' MOTION TO DISMISS CHAPTER 11 CASE OF SHIPTRADE, INC.

**UPON** the Motion (the "Motion") dated July 14, 2010, by Global Container Lines Ltd., *et al.* (the "Consolidated Debtors"), the Debtors and Debtors-in-Possession, seeking entry of an order pursuant to 11 U.S.C. section 1112(b) of the Bankruptcy Code dismissing the chapter 11 case of the related Debtor Shiptrade Inc., Case No. 8-09-78584; and it is apparent that notice of the Motion was good and sufficient under the particular circumstances; and the objections of the Office of the United States Trustee having been resolved; and the Court having determined at the hearing that the relief sought in the Motion is in the best interest of the Debtors, the Debtors' creditors and the Debtors' estates; it is hereby

**ORDERED**, that the case of Shiptrade Inc., Case No. 8-09-78584 (the "Dismissed Debtor") be and hereby is dismissed for cause pursuant to 11 U.S.C. section 1112(b) because there are no further assets of the Dismissed Debtor to administer and no other payments to be made to the creditors of the Dismissed Debtor, and such dismissal shall take effect upon the Dismissed Debtor paying to the United States Trustee the appropriate sum required, if any, pursuant to 28 U.S.C. section 1930; and it is further

2

**ORDERED**, that within seven (7) days of entry of this Order, the Dismissed Debtor shall provide to the United States Trustee an appropriate affidavit indicating cash disbursements, if any, for the relevant period along with such payment of such fees; and it is further

**ORDERED**, that the dismissed Debtor shall pay the Clerk of the Court its costs within seven (7) days of entry of this Order; and it is further

**ORDERED**, that the Clerk shall notice on the individual docket of the Dismissed Debtor the dismissal of this case.

Dated: November 8, 2011                               No objection
                                                                    By: /S/ Stan Y. Yang
                                                    Office of the United States Trustee



**Dated: November 9, 2011**                          _____
**Central Islip, New York**                                **Alan S. Trust**
                                                           **United States Bankruptcy Judge**