UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                               Chapter 11

GLOBAL CONTAINER LINES LTD., et al.,    Case Nos.: 09-78585 (AST)
                                                     09-78584 (AST)
                                                     09-78589 (AST)
                                                     09-78586 (AST)
                                                     09-78587 (AST)
                                                     09-78588 (AST)
                                                     09-78590 (AST)

                    Debtors.
---------------------------------------------------------x

## FINAL DECREE

This Court having entered an Order dated September 17, 2010, (the "Confirmation Order") [dkt item 227] confirming Global Container Lines Ltd.'s Second Amended Chapter 11 Plan of Reorganization (the "Plan") [dkt item 200]; and Global Container Lines Ltd. ("Global" or the "Debtor") having applied for this Final Decree; and Global having reported that the estate of the Debtor having been fully administered; and after due deliberation and sufficient cause appearing therefore; and with capitalized terms used herein but not otherwise defined having the meanings ascribed to them in the Plan; it is hereby

ORDERED AND DECREED:

1. That within 10 days of entry of this Final Decree, the Debtor shall file with the Court and serve upon the Office of the United States Trustee a statement of disbursements made since the last payment of quarterly fees to the Office of the United States Trustee, and submit with such statement to the United States Trustee payment of any amount that would be due and owing to the Office of the United States Trustee under 28 U.S.C. § 1930 with respect to such disbursements.

2. Pursuant to section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure, the above captioned case is now closed,[1] subject to this Court's continued jurisdiction with respect to such matters as may be prescribed under the Plan, the Confirmation Order, this Order and as provided for under the Bankruptcy Code.

Assented to by:

/s/ Stan Yang, Esq.
Stan Yang, Esq.
United States Trustee

---

[1] The entry of this Final Decree shall not effect the pending chapter 11 case of Gilmore Shipping Corp., 09- 78587 (AST) which case shall remain pending until either a separate final decree is entered by the Court in that case or the case is otherwise dismissed pursuant to an Order of the Court. The chapter 11 cases of the other remaining jointly administered debtors have been dismissed by orders of this Court on the following dates, as follows: Shiptrade, Inc. by order dated November 29, 2011, Redstone Shipping Corp. by order dated December 9, 2010, Global Progress LLC by order dated November 24, 2010, GCL Shipping Corp. by order dated November 29, 2010 and Global Prosperity LLC by order dated October 28, 2010.



**Dated: November 26, 2012**
**Central Islip, New York**

_____
**Alan S. Trust**
**United States Bankruptcy Judge**